| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| 2 | VINCENT H. CHIEFFO (SBN 49069)<br>Email: *ChieffoV@gtlaw.com* |
| 3 | ALANA C. SROUR (SBN 271905)<br>Email: *SrourA@gtlaw.com* |
| 4 | 1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121 |
| 5 | Telephone:  310-586-7700 |
| 6 | Facsimile:   310-586-7800 |
| 7 | Attorneys for Defendants Katheryn Elizabeth Hudson |
| 8 | p/k/a Katy Perry and Kitty Purry, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME); EMANUEL LAMBERT; and CHIKE OJUKWU,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHERYN ELIZABETH, HUDSON (p/k/a KATY PERRY); JORDAN HOUSTON (p/k/a JUICY J); LUKASZ GOTTWALD (p/k/a DR. LUKE); SARAH THERESA HUDSON; KARL MARTIN SANDBERG (p/k/a MAX MARTIN; HENRY RUSSELL WALTER (p/k/a CIRKUT); KASZ MONEY, INC.; CAPITOL RECORDS, LLC; KITTY PURRY, INC., UMG RECORDINGS, INC.; UNIVERSAL MUSIC GROUP, INC.; WB MUSIC CORP; BMG RIGHTS MANAGEMENT (US) LLC; and KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>Defendants. | CASE NO.  2:15-cv-05642-CAS-JC<br><br>**DECLARATION OF ROBERT "BOB" KOHN  IN SUPPORT OF DEFENDANTS KATHERYN ELIZABETH HUDSON P/K/A KATY PERRY AND KITTY PURRY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently: Notice of Motion and Motion for Partial Summary Judgment; Declaration of Vincent H. Chieffo; Declaration of Madeline Schilder; Separate Statement of Uncontroverted Facts and Conclusions of Law, and Proposed Order]*<br><br>Hearing Date:  February 27, 2017<br>Time:                10:00 a.m.<br>Courtroom:     First Street Courthouse<br>                         350 W. First Street<br>                         Courtroom 8D, 8th Floor<br>                         Los Angeles, CA 90012<br><br>Judge:   District Judge Christina A. Snyder<br>Date Filed:    July 1, 2014<br>Trial Date:    September 5, 2017 |

LA132885277

# DECLARATION OF ROBERT "BOB" KOHN

I, Bob Kohn, declare:

1. I am an attorney admitted to practice law in California and before the Second Circuit court of Appeals. My expertise includes business practices within the international music and music publishing industries, particularly with regard to the licensing of rights in musical compositions and the customs and practices regarding such licensing. I am the founder of EMusic, the pioneering MP3 music-download service. More recently, I founded RoyaltyShare, Inc., the premier provider of digital revenue and royalty solutions for record companies, music publishers, book publishers, and motion picture distributors. I have served as Chief Legal Officer of Pretty Good Privacy, makers of PGP encyrption software, and Borland Software, makers of Turbo Pascal, Sidekick, Paradox, Quattro Pro, and Borland C++. Prior to those positions, I worked for the Law Offices of Milton A. "Mickey" Rudin, attorney for Frank Sinatra, Cher, Liza Minnelli, Warner Bros. Music, 20th Century Fox, and others. I am the co-author of *Kohn on Music Licensing* (4th Ed. 2010), which USA Today called, "the bible of legal issues in the music world." *Kohn on Music Licensing* is a treatise of over 1,800 pages that was first published in 1992 and addresses various types of publishing agreements, the standard forms of such licenses and assignments, and the role played by collective rights organizations such as the American Society of Authors and Publishers ("ASCAP") in administering music rights. I have an LL.M degree from Columbia Law School where I am currently a Visiting Scholar, conducting academic research and attending classes. From time to time, I serve as an expert witness in music copyright cases. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this Declaration in support of Defendants Katheryn Elizabeth Hudson p/k/a Katy Perry and Kitty Purry, Inc., (collectively "Perry Defendants") Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit A, is my Expert Witness Report dated January 11, 2017 ("Expert Report") prepared for this Action. In addition to setting forth my expert

1  opinions on issues relevant to the partial motion for summary judgment made and filed by
2  Defendants Katheryn Elizabeth Hudson p/k/a Katy Perry and Kitty Purry, Inc., my
3  Expert Report complies with the requirements of Rule 26(a)(2)(B), Rules of Federal Civil
4  Procedure

   I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on January 11, 2017 New York, New York.

_____
Robert "Bob" Kohn

LA132885277