1   CHRISTINE LEPERA (*pro hac vice*)
       ctl@msk.com
2   JEFFREY M. MOVIT (*pro hac vice*)
       jmm@msk.com
3   JACOB D. ALBERTSON (*pro hac vice*)
       jla@msk.com
4   MITCHELL SILBERBERG & KNUPP LLP
    12 East 49th Street, 30th Floor
5   New York, New York 10017-1028
    Telephone: (212) 509-3900
6   Facsimile: (212) 509-7239

7   AARON M. WAIS (SBN 250671)
       amw@msk.com
8   MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
9   Los Angeles, CA  90064-1683
    Telephone: (310) 312-2000
10  Facsimile: (310) 312-3100

11  Attorneys for Defendants Capitol Records
    LLC, Jordan Houston, Lukasz Gottwald,
12  Sarah Theresa Hudson, Karl Martin Sandberg,
    Henry Russell Walter, UMG Recordings, Inc.,
13  Universal Music Group, Inc., WB Music
    Corp., Kobalt Music Publishing America,
14  Inc., and Kasz Money, Inc.

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                    WESTERN DIVISION

18  MARCUS GRAY (p/k/a FLAME), et        CASE NO. 2:15-cv-05642-CAS JCx
19  al.,
                                         Honorable Christina A. Snyder
20        Plaintiffs,
                                         **DECLARATION OF HENRY**
21        v.                             **WALTER P/K/A CIRKUT IN**
                                         **SUPPORT OF DEFENDANTS'**
22  KATHERYN ELIZABETH HUDSON            **MOTION FOR SUMMARY**
    (p/k/a KATY PERRY), et al.,          **JUDGMENT**
23
          Defendants.                    Time:   10:00 a.m.
24                                       Date:   August 13, 2018
                                         Ctrm:   8D – 8th Fl., First Street
25
                                         Filed:  July 1, 2014
26                                       Trial:  February 26, 2019

27

28

Mitchell
Silberberg &
Knupp LLP

B014955.1

**WALTER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1     I, Henry Walter, declare as follows:

2

3     1.     I am a songwriter and producer, professionally known as "Cirkut."

4     Except as otherwise stated below, I have personal knowledge of the following facts

5     and, if called and sworn as a witness, could and would competently testify thereto.

6

7                              **My Background**

8     2.     I have professionally written and produced commercial music for over

9     12 years.

10    3.     I respectfully submit this declaration in support of Defendants' motion

11    for summary judgment dismissing the copyright infringement lawsuit filed by

12    Plaintiffs Marcus Gray p/k/a Flame, Emanuel Lambert p/k/a Da' T.R.U.T.H., and

13    Chike Ojukwu ("Plaintiffs").

14    4.     I am informed that in this action Plaintiffs claim that the musical

15    composition entitled "Dark Horse" infringes their claimed copyright in a musical

16    composition entitled "Joyful Noise," which appears on an album entitled *Our*

17    *World Redeemed.*

18    5.     I am one of the songwriters of the musical composition "Dark Horse."

19    The other writers are Lukasz Gottwald p/k/a Dr. Luke, Karl Martin Sandberg p/k/a

20    Max Martin, Katheryn Hudson p/k/a Katy Perry, Sarah Hudson, and Jordan

21    Houston, p/k/a Juicy J.  I am also a producer of the sound recording of "Dark

22    Horse," which appeared on the Katy Perry album, *Prism*.  The other producers of

23    that sound recording are Mr. Gottwald and Mr. Sandberg.

24

25                    **I Do Not Know Plaintiffs or Their Music and**

26    **I Had Never Heard "Joyful Noise" Before This Lawsuit Was Filed**

27    6.     After this lawsuit was filed, I was informed that Plaintiffs are

28    Christian hip-hop artists.  After the lawsuit was filed, I was also informed that

1  another Christian hip-hop artist, Lecrae Moore p/k/a Lecrae, raps a verse on the
2  sound recording of "Joyful Noise."

3      7.      Before this lawsuit was filed, I had never heard of Gray, Lambert,
4  Ojukwu, or Lecrae, either by their given names or by their professional names.
5  The first time I heard of any of them was when I learned about this lawsuit.

6      8.      I have never met Gray, Lambert, Ojukwu, or Lecrae, received any
7  music from any of them, attended any of their concerts, or watched them perform
8  any music.  I have never seen any of them interviewed on television.  I have never
9  bought, streamed, or listened to any of Plaintiffs' or Lecrae's albums, including
10  *Our World Redeemed*.

11     9.      I do not write or produce music in the genre of Christian music,
12  including Christian gospel music and Christian hip-hop.  It is not my practice to
13  create music with individuals who specialize in the genre of Christian music,
14  including Christian gospel music and Christian hip-hop.

15     10.     It is not my practice to listen to music falling within the genre of
16  Christian music, including Christian gospel music and Christian hip-hop. I also do
17  not search online for music within the Christian music genre, including Christian
18  gospel and Christian hip-hop, or listen to radio stations playing that genre of music.
19  I do not watch any awards shows dedicated to the genre of Christian music,
20  including Christian gospel music and Christian hip-hop, or follow any charts that
21  keep track of what songs and albums are popular within that genre of music.

22     11.     After Plaintiffs filed this lawsuit and solely in relation to this lawsuit,
23  I listened to the song "Joyful Noise." Having listened to it, I can state
24  unequivocally that I never heard "Joyful Noise" before this lawsuit.  I did not listen
25  to or copy "Joyful Noise" in creating "Dark Horse."

26     12.     I have always had and continue to have a firm practice and policy of
27  not accepting unsolicited music from anyone. I do not listen to music submitted to
28  me by strangers. I will only listen to music that is submitted to me by someone I

1  know and who has vouched for the artist seeking to have me listen to their music.
2  Prior to this lawsuit being filed, no one ever provided "Joyful Noise" to me, played
3  it to me, or performed it for me. I never listened to, played or streamed "Joyful
4  Noise" from any website or other Internet source before this lawsuit was filed.  I
5  never received any copy of "Joyful Noise" prior to this lawsuit.

6

7  <u>**Mr. Gottwald and I Independently Created**</u>
8  <u>**the Instrumental Musical Composition At Issue**</u>

9       13.    The songwriters of "Dark Horse" created "Dark Horse" independently
10  and did not in any way copy "Joyful Noise."

11       14.    In or about March 2013, I independently created an instrumental
12  musical track (the "Instrumental Track") that later became the musical bed for
13  "Dark Horse" at Conway Studios in Los Angeles, California.

14       15.    That same day, I played an early version of the Instrumental Track for
15  Mr. Gottwald.  I frequently collaborated with Mr. Gottwald in 2013. Mr. Gottwald
16  liked the Instrumental Track. He made some creative suggestions and, over the
17  course of the day, I continued to refine the Instrumental Track. Mr. Gottwald and I
18  are the only two people who created the Instrumental Track.

19       16.    Thereafter, at a later point in 2013, Mr. Gottwald, Mr. Sandberg, and I
20  met with the artist Katy Perry to work on music for her next album at a studio in
21  Santa Barbara, California.  I played the Instrumental Track for her and she reacted
22  positively to it.

23       17.    Thereafter in or about the late spring and summer of 2013, the vocal
24  melody and lyrics of "Dark Horse" were written and recorded at the following
25  studios:  Luke's in the Boo in Malibu, California, Conway Studios in Los Angeles,
26  California, Playback Recording Studio in Santa Barbara, California, MXM Studios
27  in Stockholm, Sweden, and Secret Garden Studios in Montecito, California.
28  During these sessions, Katy Perry and Sarah Hudson created the sung vocal

Mitchell
Silberberg &
Knupp LLP

B014955.1

4

**WALTER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

melody and lyrics in collaboration with Mr. Gottwald, Mr. Sandberg, and me, over the Instrumental Track.  Jordan Houston wrote and recorded the rap vocal portion of "Dark Horse" over the Instrumental Track.  Thereafter, Mr. Gottwald and I worked together to fine-tune and polish the production of the sound recording of "Dark Horse."

### Response to Plaintiffs' Claims Regarding
### Myspace, YouTube, and the Grammys

18.     I am informed that Plaintiffs claim that the sound recording of "Joyful Noise" was posted on the Myspace website. I have never used Myspace to search for or listen to music from artists I have never heard of, or music falling within the genre of Christian music, including Christian gospel music and Christian hip-hop.

19.     I am further informed that Plaintiffs contend that "Joyful Noise" was posted on the YouTube website.  On occasion I will visit YouTube to watch videos recommended by people I know. I do not, however, search YouTube for or listen to music from artists I have never heard of. I have never searched YouTube for music falling within the genre of Christian music, including Christian gospel music and Christian hip-hop.

///
///
///
///
///
///
///
///
///
///

Mitchell
Silberberg &
Knupp LLP

B014955.1

**WALTER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

20.    I am also informed that Plaintiffs contend that, in December 2008, *Our World Redeemed* was nominated for a GRAMMY award for the 51st Annual GRAMMY Awards.  I was not a voting member of the Recording Academy for the 51st Annual GRAMMY Awards and did not vote in any category for the 51st Annual GRAMMY Awards.  I also did not visit any streaming website associated with the GRAMMY Awards to listen to nominated songs for the 51st Annual GRAMMY Awards.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2018, at L0S ANGELES , CALIFORNIA .
                                        [city]                    [state]

By: _____
        Henry Walter

WALTER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Mitchell
Silberberg &
Knupp LLP

B014955.1