1  CHRISTINE LEPERA (*pro hac vice*)
      ctl@msk.com
2  JEFFREY M. MOVIT (*pro hac vice*)
      jmm@msk.com
3  JACOB D. ALBERTSON (*pro hac vice*)
      j1a@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   12 East 49th Street, 30th Floor
5  New York, New York 10017-1028
   Telephone: (212) 509-3900
6  Facsimile: (212) 509-7239

7  AARON M. WAIS (SBN 250671)
      amw@msk.com
8  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
9  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
10 Facsimile: (310) 312-3100

11 Attorneys for Defendants Capitol Records
   LLC, Jordan Houston, Lukasz Gottwald,
12 Sarah Theresa Hudson, Karl Martin Sandberg,
   Henry Russell Walter, UMG Recordings, Inc.,
13 Universal Music Group, Inc., WB Music
   Corp., Kobalt Music Publishing America,
14 Inc., and Kasz Money, Inc.

15            UNITED STATES DISTRICT COURT

16           CENTRAL DISTRICT OF CALIFORNIA

17                  WESTERN DIVISION

18 | MARCUS GRAY (p/k/a FLAME), et | CASE NO. 2:15-cv-05642-CAS JCx
19 | al., | |
   | | Honorable Christina A. Snyder
20 |     Plaintiffs, | |
   | | **DECLARATION OF AARON M.**
21 |     v. | **WAIS IN SUPPORT OF**
   | | **DEFENDANTS' MOTION FOR**
22 | KATHERYN ELIZABETH HUDSON | **SUMMARY JUDGMENT**
   | (p/k/a KATY PERRY), et al., | |
23 | | Date:    August 13, 2018
   |     Defendants. | Time:    10:00 a.m.
24 | | Ctrm:    8D – 8th Fl., First Street
25 | | Filed:    July 1, 2014
   | | Trial:    February 26, 2019
26

27

28

Mitchell
Silberberg &
Knupp LLP

B065069.1

I, Aaron M. Wais, declare as follows:

1.     I am an attorney at law duly licensed to practice law in the State of California and before this Court.  I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Defendants Capitol Records LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc. (hereafter "Defendants"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.     I respectfully submit this declaration in support of Defendants' motion for summary judgment dismissing the copyright infringement lawsuit filed by Plaintiffs Marcus Gray p/k/a Flame, Emanuel Lambert p/k/a Da' T.R.U.T.H., and Chike Ojukwu ("Plaintiffs").

3.     Submitted herewith as **Exhibit 1** to my declaration is a true and correct copy of the sound recording of the composition "Joyful Noise" as it appears on the U.S. Copyright Office deposit copy of plaintiff Gray's album *Our World: Redeemed*.  As explained in the concurrently filed Notice of Lodging, Exhibit 1 cannot be filed electronically and so is being lodged manually with the Court as an audio file, titled "Wais Decl. Exhibit 1 – Joyful Noise," on a CD labeled "Exhibits 1 and 2 to the Declaration of Aaron M. Wais in Support of Defendants' Motion for Summary Judgment."

4.     Submitted herewith as **Exhibit 2** to my declaration is a true and correct copy of the sound recording of the composition "Dark Horse" as it appears on the commercially released album, *Prism*, by Katheryn Hudson, p/k/a Katy Perry.  As explained in the concurrently filed Notice of Lodging, Exhibit 2 cannot be filed electronically and so is being lodged manually with the Court as an audio

1  file, titled "Wais Decl. Exhibit 2 – Dark Horse," on a CD labeled "Exhibits 1 and 2

2  to the Declaration of Aaron M. Wais in Support of Defendants' Motion for

3  Summary Judgment."

4       5.     Attached hereto as **Exhibit 3** is a true and correct copy of the Expert

5  Report of Todd Decker, dated April 6, 2017, which was produced by Plaintiffs

6  during discovery in this matter.

7       6.     Attached hereto as **Exhibit 4** is a true and correct copy of the Expert

8  Report of Lawrence Ferrara, Ph.D. Regarding "Joyful Noise" as Recorded by

9  Flame and "Dark Horse" as Recorded by Katy Perry, dated May 5, 2017 (the

10  "Ferrara Report"), which was produced by Defendants during discovery in this

11  matter.

12       7.     Attached hereto collectively as **Exhibit 5** are true and correct copies

13  of Visual Exhibits A through E to the Ferrara Report, which were also produced by

14  Defendants during discovery in this matter.

15       8.     Submitted herewith as **Exhibits 6 and 7** to my declaration,

16  respectively, are true and correct copies of Audio Exhibits 1 and 2 to the Ferrara

17  Report, which were also produced by Defendants during discovery in this matter.

18  As explained in the concurrently filed Notice of Lodging, Exhibit 6 cannot be filed

19  electronically and so is being lodged manually with the Court as a folder of audio

20  files, titled "Wais Decl. Exhibit 6 – Audio Exhibit 1 to Ferrara Report," on a CD

21  labeled "Exhibits 6, 7, and 12 to the Declaration of Aaron M. Wais in Support of

22  Defendants' Motion for Summary Judgment."  Exhibit 7, in turn, also cannot be

23  filed electronically and so is being lodged manually with the Court as a folder of

24  audio files, titled "Exhibit 7 – Audio Exhibit 2 to Ferrara Report" on the same CD.

25       9.     Attached hereto as **Exhibit 8** is a true and correct of the Response of

26  Todd Decker to Lawrence Ferrara Report, dated June 9, 2017 (the "Decker

27  Rebuttal Report"), which was produced by Plaintiffs during discovery in this

28  matter.

10.     Submitted herewith as **Exhibit 9** to my declaration are true and correct copies of video exhibits to the Decker Rebuttal Report, which Plaintiffs produced during discovery in this matter.  As explained in the concurrently filed Notice of Lodging, Exhibit 9 cannot be filed electronically and so is being lodged manually with the Court as a folder of video files, titled "Wais Decl. Exhibit 9 – Video Exhibits to Decker Rebuttal Report," on the CD labeled "Exhibit 9 to the Declaration of Aaron M. Wais in Support of Defendants' Motion for Summary Judgment."

11.     Attached hereto as **Exhibit 10** is a true and correct copy of Lawrence Ferrara's Rebuttal Report to the Decker Rebuttal Report, dated July 31, 2017 (the "Ferrara Rebuttal Report"), which was produced by Defendants during discovery in this matter.

12.     Attached hereto collectively as **Exhibit 11** are true and correct copies of Rebuttal Visual Exhibits A-X to the Ferrara Rebuttal Report, which were also produced by Defendants during discovery in this matter.

13.     Submitted hereto collectively as **Exhibit 12** to my declaration are the Rebuttal Audio Exhibits to the Ferrara Rebuttal Report, which were also produced by Defendants during discovery in this matter. As explained in the concurrently filed Notice of Lodging, Exhibit 12 cannot be filed electronically and so is being lodged manually with the Court as a folder of audio files, titled "Wais Decl. Exhibit 12 – Audio Exhibits to Ferrara Rebuttal Report," on the CD labeled "Exhibits 6, 7, and 12 to the Declaration of Aaron M. Wais in Support of Defendants' Motion for Summary Judgment."

14.     Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiffs' Third Amended Complaint, filed November 1, 2016.  The Third Amended Complaint is Plaintiffs' operative pleading in this matter.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiffs' Reply in Support of their Motion to Extend Deadline for Amending Pleadings and

Adding Parties, minus the exhibits thereto. On pages 8:27-9:1, Plaintiffs state, in relevant part, "If that were so, Plaintiffs—Christian gospel musicians who operate in a far different music universe than Defendants …"

16.     Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiffs' Combined Responses to Defendants' First Set of Interrogatories, which is submitted solely to direct the Court to Plaintiffs' Response to Interrogatory No. 2 and to show the absence of admissible evidence by which Plaintiffs can meet their burden of proof.

17.     During discovery, Plaintiffs obtained a declaration from the corporate witness for nonparty Google LLC, Joel Truher, concerning the irrelevant fact that certain videos were uploaded to YouTube (www.youtube.com) and had certain view counts as of November 4, 2010, March 16, 2011, July 26, 2011, and March 11, 2012.  A true and correct copy of that declaration, dated December 7, 2017, is attached hereto as **Exhibit 16**, solely to direct the Court's attention to Paragraphs 3 and 5, wherein Mr. Truher discusses what "views" do and do not mean.  As to the remainder of the declaration, Defendants are not relying on the other Paragraphs and reserve the right to object to them, to the extent that Plaintiffs seek to rely on those Paragraphs in opposition to summary judgment.

18.     Thereafter, Defendants obtained an additional declaration from Mr. Truher further explaining what "views" do and do not mean; discussing the massive volume of content that is available and uploaded to YouTube on a daily basis; and identifying those videos that received the most views in each of 2010, 2011, 2012, and 2013. A true and correct copy of Mr. Truher's second declaration, dated February 23, 2018, is attached hereto as **Exhibit 17**.

19.     During discovery, Defendants obtained a declaration from third-party witness, Lecrae Moore, dated December 11, 2017.  A true and correct copy of this declaration is attached hereto as **Exhibit 18**.  After Defendants obtained this declaration from Mr. Moore, Plaintiffs obtained a second declaration from Mr.

Moore, in which Mr. Moore provides inadmissible and irrelevant testimony about alleged concert performances and discusses what he identifies as a screenshot of what appears to be his Myspace page as of September 2011. Defendants are not relying on the declaration from Mr. Moore obtained by Plaintiffs and reserve the right to object to it, to the extent that Plaintiffs seek to introduce and rely on it in opposition to summary judgment.

20.     During the course of discovery, Plaintiffs produced a declaration from the designated representative of third-party Myspace, LLC, Christopher Magill, concerning the irrelevant fact of how Myspace tracks songs being played on a Myspace page. In response, Defendants obtained a second declaration from Mr. Magill, in which Mr. Magill testifies, among other things, about what a "play" on a Myspace page does and does not mean. A true and correct copy of this second declaration from Mr. Magill, dated March 28, 2018, is attached hereto as **Exhibit 19**. Defendants are not relying on the declaration obtained by Plaintiffs and reserve the right to object to it, to the extent that Plaintiffs seek to introduce and rely on it in opposition to summary judgment.

21.     During the course of discovery, Plaintiffs produced a declaration from a representative of the National Academy of Recording Arts & Sciences, Inc., Ann Meckelborg, in which she (a) identified Lukasz Gottwald and Jordan Houston as voting members of the Recording Academy eligible to vote for the 51st Annual GRAMMY Awards and (b) stated that, as a matter of practice and policy, all voting members of the Recording Academy were provided with access to all of the musical works nominated that year via a streaming website.  Thereafter, Defendants obtained and produced a second declaration from Ms. Meckelborg, in which she confirmed that there are no records in the Recording Academy's files evidencing whether or not Mr. Gottwald or Mr. Houston voted in the 51st Annual GRAMMY Awards.  She also testified that she had reviewed the Recording Academy's records and determined that, for the 51st Annual GRAMMY Awards,

the Recording Academy could not get permission for all of the works nominated in the category of Best Rock or Rap Gospel Album—the category for which the album *Our World: Redeemed* was nominated—to be streamed on the Recording Academy's website and that, as such, no works nominated in that category were made available on the website.  Attached hereto as **Exhibit 20** is a true and correct copy of Ms. Meckleborg's second declaration, dated November 30, 2017.

22.     Attached hereto as **Exhibit 21** are true and correct copies of relevant portions from the certified transcript of the deposition of Plaintiff Marcus Gray taken on November 15, 2017, as well as a true and correct copy of Certificate of Registration PA 1-900-321, which was marked as Exhibit 1 at Mr. Gray's deposition.

23.     Attached hereto as **Exhibit 22** are true and correct copies of relevant portions from the certified transcript of the deposition of Plaintiff Chike Ojukwu taken on November 17, 2017.

24.     Attached hereto as **Exhibit 23** are true and correct copies of relevant portions from the certified transcript of the deposition of Plaintiff Emanuel Lambert taken on November 16, 2017.

25.     Attached hereto as **Exhibit 24** are true and correct copies of relevant portions from the certified transcript of the deposition of Todd Decker taken on January 22, 2018, as well as true and correct copies of those documents marked as Exhibits 6, 7, 8, 9, 11, 12 and 13 at Dr. Decker's deposition.

26.     Attached hereto as **Exhibit 25** are true and correct copies of relevant portions from the certified transcript of the deposition of Lawrence Ferrara taken on January 25, 2018,

27.     Attached hereto as **Exhibit 26** is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants' First Set of Interrogatories, which is submitted solely to show the absence of admissible evidence by which Plaintiffs can meet their burden of proof.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of Plaintiffs' Amended Supplemental Responses to Defendants' First Set of Interrogatories, which is submitted solely to show the absence of admissible evidence by which Plaintiffs can meet their burden of proof.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of Plaintiffs' Responses to Defendants' Requests for the Production of Documents, which is submitted solely to show the absence of admissible evidence by which Plaintiffs can meet their burden of proof.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants' Requests for the Production of Documents, which is submitted solely to show the absence of admissible evidence by which Plaintiffs can meet their burden of proof.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2018, at Los Angeles, California.

By:   /s/ Aaron M. Wais
        Aaron M. Wais

**WAIS DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

## Index of Exhibits to Declaration of Aaron M. Wais

| Ex. No. | Description | Page No. |
|---|---|---|
| 1. | Sound recording of the composition "Joyful Noise" as it appears on the U.S. Copyright Office deposit copy of plaintiff Gray's album *Our World: Redeemed* | Submitted on CD |
| 2. | Sound recording of the composition "Dark Horse" as it appears on the commercially released album, *Prism*, by Katheryn Hudson, p/k/a Katy Perry | Submitted on CD |
| 3. | Expert Report of Todd Decker, dated April 6, 2017 | 17 |
| 4. | Expert Report of Lawrence Ferrara, Ph.D. Regarding "Joyful Noise" as Recorded by Flame and "Dark Horse" as Recorded by Katy Perry, dated May 5, 2017 ("Ferrara Report") | 45 |
| 5. | Visual Exhibits A through E to the Ferrara Report | 114 |
| | Ferrara Visual Exhibit A | 115 |
| | Ferrara Visual Exhibit B | 120 |
| | Ferrara Visual Exhibit C | 136 |
| | Ferrara Visual Exhibit D | 138 |
| | Ferrara Visual Exhibit E | 143 |
| 6. | Audio Exhibit 1 to the Ferrara Report | Submitted on CD |
| 7. | Audio Exhibit 2 to the Ferrara Report | Submitted on CD |
| 8. | Response of Todd Decker to Lawrence Ferrara Report, dated June 9, 2017 ("Decker Rebuttal Report") | 150 |
| 9. | Video exhibits to the Decker Rebuttal Report | Submitted on CD |

Mitchell Silberberg & Knupp LLP

B065069.1

**WAIS DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Ex. No. | Description | Page No. |
|---------|-------------|----------|
| 10. | Lawrence Ferrara's Rebuttal Report to the Decker Rebuttal Report, dated July 31, 2017 ("Ferrara Rebuttal Report") | 199 |
| 11. | Rebuttal Visual Exhibits A-X to the Ferrara Rebuttal Report | 250 |
| | Ferrara Rebuttal Visual Exhibit A | 251 |
| | Ferrara Rebuttal Visual Exhibit B | 258 |
| | Ferrara Rebuttal Visual Exhibit C | 260 |
| | Ferrara Rebuttal Visual Exhibit D | 262 |
| | Ferrara Rebuttal Visual Exhibit E | 266 |
| | Ferrara Rebuttal Visual Exhibit F | 287 |
| | Ferrara Rebuttal Visual Exhibit G | 320 |
| | Ferrara Rebuttal Visual Exhibit H | 353 |
| | Ferrara Rebuttal Visual Exhibit I | 390 |
| | Ferrara Rebuttal Visual Exhibit J | 425 |
| | Ferrara Rebuttal Visual Exhibit K | 457 |
| | Ferrara Rebuttal Visual Exhibit L | 474 |
| | Ferrara Rebuttal Visual Exhibit M | 489 |
| | Ferrara Rebuttal Visual Exhibit N | 516 |
| | Ferrara Rebuttal Visual Exhibit O | 520 |
| | Ferrara Rebuttal Visual Exhibit P | 542 |
| | Ferrara Rebuttal Visual Exhibit Q | 553 |
| | Ferrara Rebuttal Visual Exhibit R | 564 |
| | Ferrara Rebuttal Visual Exhibit S | 567 |
| | Ferrara Rebuttal Visual Exhibit T | 570 |
| | Ferrara Rebuttal Visual Exhibit U | 572 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

B065069.1

**WAIS DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Ex. No. | Description | Page No. |
|---------|-------------|----------|
| | Ferrara Rebuttal Visual Exhibit V | 575 |
| | Ferrara Rebuttal Visual Exhibit W | 577 |
| | Ferrara Rebuttal Visual Exhibit X | 579 |
| 12. | Rebuttal Audio Exhibits to the Ferrara Rebuttal Report | Submitted on CD |
| 13. | Plaintiffs' Third Amended Complaint, filed November 1, 2016 | 584 |
| 14. | Plaintiffs' Reply in Support of their Motion to Extend Deadline for Amending Pleadings and Adding Parties, filed August 29, 2016 | 599 |
| 15. | Plaintiffs' Combined Responses to Defendants' First Set of Interrogatories | 610 |
| 16. | December 7, 2017 Declaration of Joel Truher, corporate witness for nonparty Google LLC | 626 |
| 17. | February 23, 2018 Supplemental Declaration of Joel Truher | 631 |
| 18. | December 11, 2017 Declaration of third party Lecrae Moore | 636 |
| 19. | March 28, 2018 Declaration of Christopher Magill, designated representative of third-party Myspace, LLC | 641 |
| 20. | November 30, 2017 Declaration of Ann Meckelborg, representative of the National Academy of Recording Arts & Sciences, Inc. | 645 |
| 21. | Excerpts from the certified transcript of the deposition of Plaintiff Marcus Gray taken on November 15, 2017 | 650 |
| | Exhibit 1 to Gray Deposition | 713 |

**WAIS DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Ex. No. | Description | Page No. |
|---------|-------------|----------|
| 22. | Excerpts from the certified transcript of the deposition of Plaintiff Chike Ojukwu taken on November 17, 2017 | 715 |
| 23. | Excerpts from the certified transcript of the deposition of Plaintiff Emanuel Lambert taken on November 16, 2017 | 755 |
| 24. | Excerpts from the certified transcript of the deposition of Todd Decker taken on January 22, 2018 | 797 |
| | Exhibit 6 to Decker Deposition | 867 |
| | Exhibit 7 to Decker Deposition | 868 |
| | Exhibit 8 to Decker Deposition | 869 |
| | Exhibit 9 to Decker Deposition | 870 |
| | Exhibit 11 to Decker Deposition | 875 |
| | Exhibit 12 to Decker Deposition | 882 |
| | Exhibit 13 to Decker Deposition | 883 |
| 25. | Excerpts from the certified transcript of the deposition of Lawrence Ferrara taken on January 25, 2018 | 884 |
| 26. | Plaintiffs' Supplemental Combined Responses to Defendants' First Set of Interrogatories | 894 |
| 27. | Plaintiffs' Amended Supplemental Combined Responses to Defendants' First Set of Interrogatories | 905 |
| 28. | Plaintiffs' Combined Responses to Defendants' First Set of Requests for Production of Documents | 915 |
| 29. | Plaintiffs' Supplemental Combined Responses to Defendants' First Set of Requests for Production of Documents | 928 |

**WAIS DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Mitchell Silberberg & Knupp LLP

B065069.1

# EXHIBIT 1

EXHIBIT 1
PAGE 13

# "Joyful Noise" Audio File

# (Submitted on CD lodged with the Court)

EXHIBIT 1
PAGE 14

# EXHIBIT 2

EXHIBIT 2
PAGE 15

# "Dark Horse" Audio File

# (Submitted on CD lodged with the Court)

# EXHIBIT 3

EXHIBIT 3
PAGE 17

Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Drey A. Cooley (pro hac vice)
cooley@capessokol.com
CAPES SOKOL
7701 Forsyth Blvd. 12th Floor
St. Louis, MO 63015
(314) 721-7701

Eric. F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
KAYIRA LAW, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
(314) 899-9381

Carole E. Handler (SBN 129381)
chandler@CDAS.com
Brianna Dahlberg (SBN 280711)
bdahlberg@CDAS.com
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
(310) 492-4392
Facsimile:  (310) 492-4394

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME), et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al., <br><br> Defendants. | No. 2:15-cv-05642-CAS-JC <br><br><br> **EXPERT REPORT OF TODD DECKER** |

I, Todd Decker, state the following:

I have been retained by the Plaintiffs in this matter to perform a musicological analysis and comparison of the two musical works at issue in this lawsuit, namely, the released recorded versions of:

EXHIBIT 3
PAGE 18

1   • "Joyful Noise" (from the *Our World Redeemed* album); and

2   • "Dark Horse" (from the *Prism* deluxe album).

3   I reserve the right to amend this report if new information becomes available to me.

### SUMMARY OF MY CONCLUSIONS

5   The similarities between Joyful Noise and Dark Horse are substantial and

6   significant. These similarities are most evident in the overlapping domains of

7   rhythm, pitch content, melodic contour, and timbre. Matters of large-scale form also

8   show a substantial similarity as well. Among other things, these substantial

9   similarities include the following:

10   • Rhythm: The ostinatos in Joyful Noise and Dark Horse are identical in

11   rhythm. This creates an immediate and pervasive rhythmic identification

12   between the songs, both of which have a spare, four-square, halting

13   rhythmic affect. [1]

14   • Pitch Content. The ostinatos in Joyful Noise and Dark Horse are nearly

15   identical in pitch content.

16   • Timbre. The timbre of the upper and primary voice in the Joyful Noise

17   and Dark Horse ostinatos is substantially similar.

18   By contrast, the differences between the ostinatos are trivial and reflect, in part,

19   the standard differences between the genres of the two songs.

20   The similarities between the tracks' underlying musical material and the clear

21   chronological relationship between the two (with Joyful Noise widely released in

22   2008 and Dark Horse released in 2013) suggests significant borrowing of musical

23   material from Joyful Noise by the creators of Dark Horse.

### MY QUALIFICATIONS

25   I am Professor of Music and Chair of the Music Department of Washington

26   University in St Louis. I hold a Ph.D. in musicology (earned at the University of

27   _____

[1] An ostinato is "a fairly short melodic, rhythmic, or chordal pattern repeated continuously throughout a piece or section" [*Oxford Companion to Music*, 2002]

2

Michigan in 2007). My research, publications, and teaching focus on American popular music since 1920.

I have published four books and over twenty scholarly articles in the last ten years on commercial American popular music in film, on records and television, and on the musical stage. I have presented my research to scholars across the United States and in Canada, the United Kingdom, and France. I have lectured to general public audiences at the Library of Congress and London's Victoria and Albert Museum. I was recently a visiting international chair at Université Paris 8, where I taught classes and gave lectures. I have taught the history of American popular music, including music of the twenty-first century, for over a decade at both Washington University in St Louis and UCLA.

My academic discipline – historical musicology – has a long tradition of high standards of evidence when it comes to musical borrowing. Indeed, musical borrowing is a long-established sub-field in the discipline applied to all kinds of music. My training in this area encompasses both classical and popular music. I regularly discuss and evaluate musical borrowing with my graduate students relative to their specific research projects.

My published research has involved identifying popular songs which are demonstrably borrowing from other songs. For example, in my 2013 book *Show Boat: Performing Race in an American Musical*, published by Oxford University Press, I identified a 1926 song that composer Jerome Kern used as a model for his very well-known 1927 song "Ol' Man River." The connections I drew in that case are similar to those made in this report about Joyful Noise and Dark Horse – even to the matter of timbre. Both "Ol' Man River" and the song I found that Kern drew substantively from (titled "De Old Clay Road") were introduced by an African American bass-baritone singer. My book on *Show Boat* was awarded an Honorable Mention for the Woody Guthrie Award for Outstanding Book on Popular Music

3

awarded by the International Association for the Study of Popular Music – US.

My complete CV is attached to this Report as Exhibit 1 and incorporated here.

## COMPENSATION AND DISCLOSURE

My hourly fee is $200, no part of which is contingent upon the outcome of this case. I have not testified as an expert at trial or by deposition during the previous four years.

## EXPERT OPINIONS

1. **The most obvious, pervasive, and substantial similarity between Joyful Noise and Dark Horse is a descending ostinato figure which serves as the primary formal building block for both tracks. These obvious, pervasive, and substantial similarities are evident in the phrase length, rhythm, pitch content, melodic contour, and timbre of the two ostinatos.**

   a. <u>Importance of the Ostinatos</u>: Dark Horse and Joyful Noise alike are built almost entirely on ostinatos.

   b. <u>Phrase Length</u>: The ostinatos in Joyful Noise and Dark Horse are identical in phrase length.

      i. Both use two-bar units of eight beats in length.

      ii. Joyful Noise features a four-bar phrase built of two two-bar ostinato units. (The slight difference in pitch content between Joyful Noise's two-bar units is discussed in Section 2c below. As detailed there, the difference between the two two-bar units can be reduced to one difference in pitch. Rhythm, melodic profile, and timbre are otherwise identical.)

      iii. Dark Horse's ostinato repeats the same two-bar phrase over and over, however always in multiples of two so that the ostinato can be heard as a four-bar phrase built of two identical two-bar units.

4

iv. Both tracks are defined formally by two-bar units organized into groups of two, creating four-bar phrases. This is a general characteristic of contemporary beat-driven popular music in many genres.

c. <u>Rhythm</u>. The ostinatos in Joyful Noise and Dark Horse are identical in rhythm.

    i. Both use eight even quarter notes in duple meter time.

    ii. The relative simplicity of this rhythmic choice – even quarter-note motion realized in Joyful Noise and Dark Horse alike in a stiff and mechanical style – is noteworthy.

    iii. There is no syncopation of any kind in either track's ostinato melody.

d. <u>Pitch Content</u>. The ostinatos in Joyful Noise and Dark Horse are nearly identical in pitch content.

    i. Pitch content in this context is best understood by way of scale degrees, which allow for comparison to be made despite the difference in key between the two tracks and without using musical notation. Scale degrees at once speak to melodic contour (the shape of a melody) and the harmonic function of given pitches in the tonal music system (as specific scale degrees inherently suggest either the need for further motion or arrival at a point of rest). Scale degrees are expressed in music scholarship by carets above numerals in this manner: $\hat{2}$.

    ii. Joyful Noise and Dark Horse alike use a descending $\hat{3}, \hat{2}, \hat{1}$ pattern which, especially in the minor mode, offers a strong melodic profile, creating a melodic identification between the two tracks that is reinforced by the repetition pattern described next.

5

Expert Report of Todd Decker

EXHIBIT 3

PAGE 22

iii. The repetition pattern for each track's realization of the descending $\hat{3}, \hat{2}, \hat{1}$ pattern is almost identical and offers a strong point of identification between the tracks that is reinforced along several musical parameters.

iv. In both tracks, the ostinato opens with four iterations of $\hat{3}$, a significant, much repeated element marking both tracks.

v. This is followed in Joyful Noise by three iterations of $\hat{2}$, which is a melodically prominent half step down.

vi. In Dark Horse, the four iterations of $\hat{3}$ are followed by two iterations of $\hat{2}$.

vii. The respective ostinatos can be compared in table form in this way:

| Beat | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Joyful Noise | $\hat{3}$ | $\hat{3}$ | $\hat{3}$ | $\hat{3}$ | $\hat{2}$ | $\hat{2}$ | $\hat{2}$ | $\hat{1}/\hat{6}$ |
| Dark Horse | $\hat{3}$ | $\hat{3}$ | $\hat{3}$ | $\hat{3}$ | $\hat{2}$ | $\hat{2}$ | $\hat{1}$ | $\hat{5}$ |

viii. The half-step descent in both tracks from $\hat{3}$ to $\hat{2}$ on beat 5, an especially strong rhythmic placement in this metrical context (shaded in gray above), serves as a prominent melodic and rhythmic gesture that marks both tracks. The four-fold repetition of $\hat{3}$ followed by the descent to $\hat{2}$ is the most specific musical content shared by both tracks.

e. <u>Timbre</u>. The timbre of the upper and primary voice in the Joyful Noise and Dark Horse ostinatos is remarkably similar.

6

Expert Report of Todd Decker

EXHIBIT 3
PAGE 23

i. The term *timbre* refers to the distinctive color of a sound, which can be difficult to define in words but is readily recognizable to the ear.

ii. Both Joyful Noise and Dark Horse render the ostinato's leading voice in a pingy, synthesized timbre.

iii. The timbre of this sound does not suggest any particular acoustic instrument and instead marks both tracks as the product of electronically and digitally processed methods of creation.

iv. Hence, neither track evokes "real" instruments in the listener's mind. Instead, the sound worlds of Joyful Noise and Dark Horse are similarly placed in an entirely synthetic, machine-made, artificial realm – common in contemporary popular music genres including hip hop, EDM, and the broad category of pop.

v. The timbre in Joyful Noise is perhaps more piercing than Dark Horse but they are in the same general family of electronic sounds heard in current popular music.

2. **Differences in the Ostinatos are trivial. They are, in context, at a surface level only and are partially explainable by the different generic contexts for these tracks: hip hop for Joyful Noise; pop for Dark Horse.**

   a. <u>Key</u>. The tracks are slightly different in terms of key.

      i. Key refers to the absolute pitch of the note that serves as the tonic or "home" (the $\hat{1}$) in a tonal music composition.

      ii. Dark Horse (in the key of B-flat minor) is a half-step higher than Joyful Noise (in the key of A minor).

      iii. Dark Horse's higher key can be heard as evoking a brighter "pop" sound.

7

iv. The respective choice of key for Joyful Noise and Dark Horse is likely driven by the vocal range of each track's respective vocalists and the nature of each track's sung melodic lines.

v. The nearness of the two tracks' keys – just a half step apart – is interesting and contributes to the overall sonic similarity between Joyful Noise and Dark Horse.

**b.** <u>Tempo</u>. The tracks are slightly different in terms of tempo.

i. Tempo refers to the relative speed of a musical recording or performance and is expressed in popular music in beats per minute or bpm.

ii. Dark Horse (132 bpm) is about 20 beats per minute slower than Joyful Noise (154 bpm).

iii. Both tracks fall within a moderate tempo range and, in the context of current popular music, neither track offers an up tempo dance groove.

iv. The tempo difference is negligible.

**c.** <u>Final note</u>. The final note in both ostinatos differs in pitch content.

i. This note, the weakest in rhythmic terms given the square rhythm of both tracks, is a throwaway of sorts and is similarly attenuated in length in both Joyful Noise and Dark Horse.

ii. It constitutes the only substantive difference between the two ostinatos, which are otherwise near identical in rhythm, melodic contour and profile, and timbre.

iii. As noted, Joyful Noise's two-bar ostinato has two forms (A and B), differing only in their final pitch.

1. The first form of Joyful Noise's ostinato (A) has a final pitch a whole step below the previous note, with a î

8

Expert Report of Todd Decker

EXHIBIT 3
PAGE 25

completing the $\hat{3},\hat{2},\hat{1}$ descent – exactly the same descending contour as the Dark Horse ostinato beats 1-7.

2.  The second form of Joyful Noise's ostinato (B) has a final pitch lying a tritone below the previous pitch, with a $\hat{6}$ completing the $\hat{3},\hat{2},\hat{6}$ descent for a slightly harmonically off conclusion

3.  This is, of course, not the conclusion of the ostinato but a gently wrong melodic move that propels the ostinato back to its start. The leap to the $\hat{6}$ works effectively and efficiently and with a certain edginess to set the cycling of the ostinato in motion.

4.  The use of $\hat{6}$ at the end of the Joyful Noise ostinato tweeks without undermining completely the melodic and implied harmonic motion expected at this juncture: a leap to $\hat{5}$ or the dominant.

5.  This gives the Joyful Noise ostinato a slightly off quality. The $\hat{6}$ can be heard as, perhaps, a wrong note—although repetition confirms it is intended. The slightly bent quality of the sound also plays a part here – conventional notation might not catch the nuance of the pitch – as does the clashing bass note below, which is e, the dominant ($\hat{5}$).

6.  In this moment at the end of ostinato form B, there is an ambiguity to Joyful Noise's musical language that lends a certain edginess to the track which is suited to rap.

iv.  Dark Horse's ostinato uses for its final note the most expected scale degree in tonal music at the end of every iteration of its simpler two-bar ostinato – $\hat{5}$, the dominant.

9

1. This unambiguous $\hat{5}$ cycles the Dark Horse ostinato back towards its start again and again every two bars with a tonal reinforcement that is direct and familiar. In this regard, the Dark Horse ostinato sits squarely in the pop vein. It is, literally, more repetitive and predictable.

2. Dark Horse's $\hat{3},\hat{2},\hat{1},\hat{5}$ melodic contour could also be understood analytically as a conflation of Joyful Noise's ostinato forms A and B. Indeed, if Dark Horse's use of $\hat{5}$ is understood as a more conventional substitute for Joyful Noise's edgier use of $\hat{6}$, then it can be said that all the pitches in Dark Horse's comparatively more uniform ostinato are present in Joyful Noise.

3. Thus, all the basic musical materials for Dark Horse's ostinato are available in Joyful Noise to be manipulated or, in music composition terms, developed.[2]

   d. The differences in subtlety between the Joyful Noise and Dark Horse tracks can be understood within the generic contexts guiding the creation of both tracks.

      i. Joyful Noise's ostinato is more relatively subtle because this rap track is not seeking a mass audience. It is tailored to a narrower group of listeners likely understood to appreciate such small touches.

---

[2] It should be noted that musicologists do not understand musical works that differ in levels of relative complexity as necessarily moving from simple to complex during the creative process. Chronological movement from simple to complex – analogized with evolutionary models – does not apply in the creative realm. Taking a musical exemplar that is subtle or complex and revising it to be simpler is a common practice across music history. Neither relative simplicity nor relative complexity can be used to determine the relative chronological position of two works.

10

Expert Report of Todd Decker

EXHIBIT 3
PAGE 27

ii. Dark Horse's ostinato is more direct because this pop track is seeking the largest of possible audiences. Subtlety of form has seldom been a characteristic of commercially successful popular music at any time in American history.

iii. Dark Horse's use of only one two-bar ostinato cycling over and over insures that the fundamental elements of the track can be absorbed in seconds – and, significantly, from almost any set of seconds from within in the track. This strategy hails fickle listeners with their finger on the scan button on their car radio. Instantly, Dark Horse declares arrival at a pop station featuring music designed for the largest mass audience remaining in the popular music scene.

iv. Joyful Noise, not primarily intended for radio play, does not work in this way.

v. Joyful Noise and Dark Horse display differences in large-scale form which are, again, arguably products of their different generic identifications.

vi. The Joyful Noise ostinato continues without ceasing for the first 4:25 minutes of the track. Almost the entire track features rapping and rapping is the primary expressive element.

vii. Dark Horse is a pop track which emphasizes singing over rapping, and so it displays more variety in its large-scale form.

e. As a pop track, Dark Horse's large-scale form juxtaposes distinct verse and chorus-like sections, which are defined by different ostinato patterns, described below as ostinato X and ostinato Y.

i. Dark Horse's even-quarter-notes ostinato described at length above in relation to Joyful Noise (hereafter ostinato X)

11

Expert Report of Todd Decker

EXHIBIT 3
PAGE 28

alternates with a second, faster ostinato figure (hereafter ostinato Y).

    ii. Every measure of Dark Horse uses either ostinato X or Y.

    iii. Ostinato X is almost always mixed to be very prominent in the overall mix of the track and is heard from :18-:47, 1:16-1:52, and 2:22-2:52.

    iv. Ostinato Y is used for Dark Horse's introduction and returns during the track's choruses, sometimes emerging slowly from a distorted mix but present and prominent nonetheless.

f. Dark Horse's ostinato Y is fundamentally derived in melodic terms from its slower cousin, ostinato X.

    i. The pitch content of Y (d-flat, c, b-flat, f) is identical to the pitch content of ostinato X (d-flat, c, b-flat, f).

    ii. Both employ the characteristic $\hat{3},\hat{2},\hat{1},\hat{5}$ descent discussed above.

g. The primary difference between Dark Horse's ostinato X and ostinato Y is rhythmic.

    i. As described above, ostinato X unfolds in an 8-beat pattern over two bars, with individual pitches repeated.

    ii. In ostinato Y, each pitch is heard only once in cascading eighth-note motion against a slower moving bassline.

h. Like ostinato X, the faster ostinato Y uses even and unchanging rhythmic values – in this case, eighth notes.

    i. Both ostinatos X and Y are strikingly regular in their rhythmic realization. Neither introduces any syncopation into Dark Horse.

i. Dark Horse ostinato Y, like ostinato X, uses a pingy timbre near the same color as the ostinato in Joyful Noise.

j. To summarize, the primary musical content of Dark Horse's two ostinato patterns (X and Y), which form the musical support to the

12

track's sung and rapped vocals, can be said to be derived from the ostinato in Joyful Noise.

3. **The large-scale forms of Joyful Noise and Dark Horse are somewhat similar.**

   a. This is to be expected given the dominance of 8-beat phrases and 16-bar sections in contemporary popular music.

   b. Still, the use of very similar ostinatos in both tracks raises another suggestive point of evidence for influence of Joyful Noise on Dark Horse, as follows:

   c. The sung and rapped content of Joyful Noise can be broken down into three distinct sections, each 16-bars in length (or 4 iterations of a 4-bar ostinato phrase). These can be described as:

      i. section 1 (entirely rap over ostinato)

      ii. section 2 (entirely rap over ostinato with added angular bassline)

      iii. section 3 (sung chorus melody over ostinato with added baseline).

   d. The sung and rapped content of Dark Horse can similarly be broken down into two distinct sections, each 16-bars in length (or 4 iterations of a 4-bar [2-bar + 2-bar] ostinato phrase). These can be described as:

      i. section 1 (entirely sung or rapped over ostinato X)

      ii. section 2 (entirely sung or rapped over ostinato Y with added angular bassline)

   e. Using the above section designations, the complete tracks (excluding introductions) can be diagrammed in this way:

| Joyful Noise | 1 | 2 | Z | 3 | 1 | 2 | Z | 3 | 1 | 2 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dark Horse | 1 | 2 | Z | 1 | 2 | 1 | 2 | 2 | | | |

13

f. Of significance in the above diagram is the insertion in both Joyful Noise and Dark Horse at the same structural point of a single iteration of the 4-bar ostinato, labeled as Z and shaded.

g. This in effect extra ostinato pattern occurs once in Dark Horse and twice in Joyful Noise (which, as a rap track, takes on a more extended form).

h. In both tracks, the extra ostinato iteration allows for the rapped or sung content of the section following to begin without elision with the rapped or sung content of the previous section.

i. In context, the extra ostinato iteration—in both cases realized in the most characteristic timbre and mix, isolated from any formal identification with a specific section—forms yet another point of stark auditory similarity between Joyful Noise and Dark Horse.

4. **Both Joyful Noise's and Dark Horse's ostinatos offer a substantially similar frame for lyrics, whether sung or rapped.**

   a. Indeed, the similarity of affect between the tracks is most apparent from 2:21 to 2:48 in Dark Horse when Juicy J raps to ostinato X.

   b. It is not difficult, in this passage from Dark Horse, to imagine Juicy J rapping to the underlying ostinato of Joyful Noise.

   c. In earlier decades, when sampling was a widespread practice in beat-driven popular music, a track like Dark Horse might have been constructed over a slowed-down sample from Joyful Noise.

## CONCLUSION

The similarities between Joyful Noise and Dark Horse are substantial and significant. These similarities are evident in several overlapping musical domains, including, as detailed above, the rhythm, pitch content, melodic contour, and timbre of the ostinatos in both tracks.

14

Expert Report of Todd Decker

EXHIBIT 3
PAGE 31

1    In my view, the ostinato in Dark Horse clearly borrows a memorable and highly

2    characteristic combination of discrete and specific musical elements heard in Joyful

3    Noise. Given the important structural function and expressive use of the ostinato in

4    Dark Horse, Joyful Noise can be said to have provided essential and highly

5    characteristic musical materials for Dark Horse.

6    I hereby declare under penalty of perjury that the foregoing truthfully and

7    correctly sets forth my opinions and the reasons for those opinions.

8

9

10

11   By _____   Date:   4-6-2017

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15

Expert Report of Todd Decker

EXHIBIT 3
PAGE 32

# Todd Decker
*tdecker@wustl.edu*

## EDUCATION
2007    University of Michigan, Ann Arbor, *Ph.D. Historical Musicology*
1991    San Francisco Conservatory of Music, *Master of Music, Harpsichord Performance*
1989    Fresno Pacific College (California), *B.A. summa cum laude, Music / Intellectual History*

## ACADEMIC POSITIONS
Washington University in St. Louis, College of Arts and Sciences, Department of Music
        Professor of Music (2016–)
        Associate Professor of Music (2013–2016)
        Assistant Professor of Music (2007–2013)
                Program in Film and Media Studies, affiliated faculty
                Program in American Culture Studies, joint appointment
                Performing Arts Department, faculty affiliate
University of California, Los Angeles
        Visiting Lecturer, Department of Musicology (2006–07)

## VISITING PROFESSORSHIPS
LabEx Arts-H2H / Université Paris VIII (Vincennes—Saint-Denis)
        International Chair (November/December 2016)

## PUBLICATIONS
**Books**
2017    *Hymns for the Fallen: Combat Movie Music and Sound after Vietnam*
        University of California Press

2015    *Who Should Sing "Ol' Man River"?: The Lives of an American Song*
        Oxford University Press and Oxford Scholarship Online
        REVIEWS:
        • Ethan Mordden, *Wall Street Journal*, 13 December 2014
        • Dave Singer, *St. Louis Post-Dispatch*, 11 January 2015
        • John McDonough, *Downbeat*, March 2015
        • Vincent L. Stephens, riffsbeatsandcodas.com, 1 March 2015
        • Alison Walls, *Studies in Musical Theatre*, June 2015
        • Katherine L. Turner, *Popular Music and Society*, July 2015
        • *Notes* (Music Library Association), June 2016.

2013    *Show Boat: Performing Race in an American Musical*
        Oxford University Press
        paperback edition, 2015; Oxford Scholarship Online, 2015
        AWARD: Honorable Mention, Woody Guthrie Award for Outstanding Book on
        Popular Music, International Association for the Study of Popular Music – US
        REVIEWS:
        • Alan Gomberg, talkinbroadway.com, March 2013
        • Brad Hathaway, dctheatrescene.com, 5 March 2013

EXHIBIT 3
PAGE 33

- *Choice* (recommended), May 2013
- Bethany Wood, *Theatre Journal*, October 2013
- Kevin Byrne, *Theatre Survey*, January 2014
- Jim Lovensheimer, *Studies in Musical Theatre*, March 2014
- Erica Rumbley, *College Music Symposium: Journal of the College Music Society*, 23 July 2014
- Tim Carter, *Journal of the American Musicological Society*, Summer 2014
- Jonas Westover, *Journal of the Society for American Music*, February 2017

2011  *Music Makes Me: Fred Astaire and Jazz*
    University of California Press
    AWARD: Best First Book, Society of Cinema and Media Studies
    REVIEWS:
- Will Friedwald, *Wall Street Journal*, 9 July 2011
- Leonard Maltin's Movie Crazy (blogs.indiewire.com/leonardmaltin), 4 August 2011
- *Choice* (highly recommended)*,* December 2011
- John Mole, *Times Literary Supplement,* 9 December 2011
- Arlene Croce, *New York Review of Books,* 5 April 2012
- Paul Thomas, *Film Quarterly* 65/3, Spring 2012
- Richard Hornby, *Hudson Review* 65/2, Summer 2012
- *Notes* (Music Library Association), December 2012
- Jennifer R. Jenkins, *Film and History* 42/2, Fall 2012
- Steve Schwarz, classical.net, 2013

**Peer-Reviewed Articles and Book Chapters**

2017  "The Filmmaker as DJ: Martin Scorsese's Compiled Score for *Casino* (1995)"
    *Journal of Musicology* 34/2: 281–317

2017  "Domenico Scarlatti."
    In *Oxford Bibliographies in Music*. Bruce Gustafson, ed., Oxford University Press

2016  "A Waltz with and for the Greatest Generation: Music in *Band of Brothers* (2001)"
    In *American Militarism on the Small Screen*, Stacy Takacs and Anna Froula, eds., Routledge: 93–108

2012  "The Musical Mr. Ripley: Closeting a Character in the 1950s and a Film in the 1990s."
    *Music, Sound and the Moving Image* 6/2: 185–207

2011  "On the Scenic Route to *Irving Berlin's Holiday Inn* (1942)."
    *Journal of Musicology* 28/4: 464–497

2009  "'Do You Want to Hear a Mammy Song?': A Historiography of *Show Boat.*"
    *Contemporary Theatre Review* 19/1: 7–20

2005  "'Scarlattino, the wonder of his time': Domenico Scarlatti's Absent Presence in Eighteenth-Century England."
    *Eighteenth-Century Music* 2/2: 273–298

EXHIBIT 3
PAGE 34

**Invited Articles and Book Chapters**

| | |
|---|---|
| in press | "Fred Astaire, Captain America, and the Cyborg: The Technological Body of a Musical Star" |
| | In *Stars of Hollywood Musicals* (French and English editions), Marguerite Chabrol and Pierre-Olivier Toulza, eds., Presses du reel, Grande Collection du Labex Arts-H2H (Paris) |
| 2017 | "'Big, as in Large, as in Huge': *Dreamgirls* and Difference in the Performance of Gender, Blackness, and Popular Music History" |
| | In *Twenty-First Century Musicals: From Stage to Screen*, George Rodosthenous, ed., Routledge |
| 2017 | "Racing in the Beat: Music in *The Fast and the Furious* Franchise" |
| | In *Contemporary Musicals*, K.J. Donnelly and Beth Carroll, eds., Edinburgh University Press |
| 2017 | "Florenz Ziegfeld Jr.'s 'Simple Idea': Girls and Music in Tastefully Extravagant Settings" |
| | "Garth Drabinsky's 'Grand Moves': Artistic Ambition and Commercial Illusions in the 1990s" |
| | In *The Palgrave Handbook of Musical Theater Producers*, eds. William Everett and Laura MacDonald, eds., Palgrave Macmillan |
| 2016 | "'We're the Real Countries': Songs as Private Musical Territories in the Epic Romances *Casablanca, Doctor Zhivago*, and *The English Patient*" |
| | In *Music in Epic Films: Listening to Spectacle*, Stephen C. Meyer, ed., Routledge (Music and Screen Media Series): 170-186 |
| 2015 | "On the 'I' in *The King and I*" |
| | *Lincoln Center Theatre Review* 65: 33–34, for the Broadway production of *The King and I* at the Vivian Beaumont Theatre, distributed to audiences at Lincoln Center and online |
| 2013 | Entries in *The Grove Dictionary of American Music, 2nd ed.*, Charles Hiroshi Garrett, ed., Oxford University Press |
| | "Fred Astaire," "Josephine Baker," "Jack Benny," "Bing Crosby," "Todd Duncan," "Judy Garland," "Jackie Gleason," "Gene Kelly," "Lonette McKee," "Helen Morgan," "Musical Theater, 1918-1930," "Bill (Bojangles) Robinson," "Ginger Rogers," "Saint Louis, Missouri," "Shirley Temple (Black)," "Ethel Waters" |
| 2013 | "Fancy Meeting You Here: Pioneers of the Concept Album." |
| | *Daedalus* 142/4: 98–108 |
| 2011 | "Race, Ethnicity, Performance." |
| | In *The Oxford Handbook of the American Musical*, Raymond Knapp, Mitchell Morris and Stacy Wolf, eds., Oxford University Press: 197–209 |
| 2008 | "The *Essercizi* and the Editors: Visual Virtuosity, Large–Scale Form and Editorial Reception." |
| | In *Domenico Scarlatti Adventures: Essays to Commemorate the 250th Anniversary of his Death (Ad Parnassum Studies 3)*, W. Dean Sutcliffe and Massimiliano Sala, eds., Ut Orpheus Edizioni: 309–342. |

EXHIBIT 3
PAGE 35

**Reviews**

| submitted | Dominic Symonds, *We'll Have Manhattan: The Early Work of Rodgers & Hart* *Journal of the Society for American Music* |
|---|---|

submitted   Dominic Symonds, *We'll Have Manhattan: The Early Work of Rodgers & Hart*
     *Journal of the Society for American Music*

2016   Allan Shawn, *Leonard Bernstein (Yale Jewish Lives)*
     *The Common Reader* web edition
     (https://commonreader.wustl.edu/c/last-american-maestro/)

2015   Warren Hoffman, *The Great White Way: Race and the Broadway Musical*
     *American Studies Journal* 54/4: 28–29.

2015   *The Threepenny Opera*, New Line Theatre (St Louis)
     *The Kurt Weill Foundation Newsletter* 33/2: 18.

2014   Alisa Solomon, *Wonder of Wonders: A Cultural History of* Fiddler on the Roof
     *The Common Reader* web edition
     (https://commonreader.wustl.edu/c/fiddler-sticks/)

2013   John Franceschina, *Hermes Pan: The Man Who Danced with Fred Astaire.*
     *The Figure in the Carpet* (Washington University Center for the Humanities) XI/6: 6–8.

2012   Jeffrey Magee, *Irving Berlin's American Musical Theater*
     Benjamin Sears, ed., *The Irving Berlin Reader.*
     *Theatre Journal* 64/4: 629–631.

2008   Caryl Flinn, *Brass Diva: The Life and Legends of Ethel Merman.*
     *Journal of Popular Music Studies* 20/4: 448–451.

2007   Roberto Pagano, *Alessandro and Domenico Scarlatti: Two Lives in One.*
     *Society for Eighteenth-Century Music Newsletter*, no. 11.

2006   *Stormy Weather: The Music of Harold Arlen* (film).
     *American Music* 24/3: 378–380.

**Online Publications**

2017   Center for the Humanities, Washington University in St Louis, Human Ties: Stories in the Humanities blog, "Musical Fakery in *La La Land*: Ryan Gosling, Fred Astaire and Why Performance Still Matters" [https://cenhum.artsci.wustl.edu/features/Todd-Decker-Musical-Fakery-in-La-La-Land]

2015   Center for the Humanities, Washington University in St Louis, Human Ties: Stories in the Humanities blog, "Saving Astronaut Damon (with Disco): *The Martian* as War Film" [https://cenhum.artsci.wustl.edu/features/Todd-Decker-The-Martian-as-War-Movie]

2014   Library of Congress, National Recording Registry website, entry on "Show Boat – Selections [1932 studio-cast album]" [http://www.loc.gov/programs/static/national-recording-preservation-board/documents/Showboat.pdf]

2014   New York Public Library "Musical of the Month" blog, "*Show Boat* in the hands of its makers" [http://www.nypl.org/blog/2014/07/08/musical-month-show-boat]

2013   Oxford University Press music blog, "Why does 'Ol' Man River' still stop *Show Boat*?" [http://blog.oup.com/2013/02/show-boat-ol-man-river-music-race/]

**FORTHCOMING & IN PROGRESS**

| Edition | *George and Ira Gershwin Critical Edition, series VII: Film Music, volume 2: Shall We Dance* (1937) |
|---|---|

Edition   *George and Ira Gershwin Critical Edition, series VII: Film Music, volume 2: Shall We Dance* (1937)
     -invited volume in the Gershwin complete works edition being prepared by the Gershwin Initiative based at the University of Michigan

EXHIBIT 3
PAGE 36

**Articles**

| | |
|---|---|
| in progress | "The Multiracial Musical Metropolis: Casting and Race after *A Chorus Line*" |
| | In *The Routledge Companion to the Post-1970's American Stage Musical*, Jessica Sternfeld and Elizabeth Wollman, eds., Routledge. |
| in progress | "Loud, Sweet, Bitter, White [Repeat]: The Jeanette MacDonald and Nelson Eddy Operettas at MGM" |
| | In *The Oxford Handbook of Musical Theatre Adaptations*, Dominic McHugh, ed., Oxford University Press. |
| in progress | "Gershwin Brings Jazz to Broadway" |
| | "Gershwin Returns to Broadway" |
| | In *The Cambridge Companion to George Gershwin*, Anna Celenza, ed., Cambridge University Press. |
| submitted | "The 'most distinctive and biggest benefit that Broadway has ever known': Producing, Performing, and Applauding across the Color Line in the Twilight of the Jazz Age." |
| | In *Rethinking American Music*, Tara Browner, Tom Riis, and Jeffrey Taylor, eds. |

**Books in development**

- *Shoes with Wings On: Fred Astaire and Technology* [A companion to *Music Makes Me: Fred Astaire and Jazz*, this volume will consider Astaire's career before Hollywood and take up larger questions around dance on record and film.]
- *Jim Crow in Times Square: A Guide to Race and Place in the Broadway Musical* [Book with online digital research tool.]
- *Martin Scorsese Cuts to Music* [A study of music in the films of Martin Scorsese.]

## INTERNATIONAL SCHOLARLY PARTNERSHIPS

Musical MC$^2$: The Hollywood Film Musical in its Mediatic and Cultural Context

- A three-year, multi-platform research project on the Hollywood musical (six bi-annual conferences in Paris, print publications, internet presence)
- Led by Marguerite Chabrol (Equipe HAR, Université Paris VIII) and Pierre-Olivier Toulza (Equipe CERILAC, Université Paris Diderot)
- Fully funded by Labex Arts-H2H (a humanities and arts institute in Paris)

[The project will produce two French-English books (under contract with a French academic publisher) and a web-based database on the film musical. Project website: http://musicalmc2.labex-arts-h2h.fr/en]

## AWARDS & FELLOWSHIPS

| | |
|---|---|
| 2014 | Honorable Mention, Woody Guthrie Award for Outstanding Book on Popular Music for *Show Boat: Performing Race in an American Musical* |
| | International Association for the Study of Popular Music—United States |
| 2014 | Subvention for *Who Should Sing "Ol' Man River"?: The Lives of an American Song* |
| | John Daverio Endowment of the American Musicological Society. |
| 2012 | Best First Book Award for *Music Makes Me: Fred Astaire and Jazz* |
| | Society for Cinema and Media Studies. |

EXHIBIT 3
PAGE 37

2012    Summer Seed Grant for *Combat Movie Music and Sound after Vietnam*
    Office of the Dean of Arts and Sciences, Washington University in St. Louis.
2012    Subvention for *Show Boat: Performing Race in an American Musical*
    Lloyd Hibberd Endowment of the American Musicological Society.
2011    Subventions for *Music Makes Me: Fred Astaire and Jazz*
    Claire and Barry S. Brook Endowment Fund of the American Musicological Society.
    AMS 75 PAYS Endowment of the American Musicological Society.
2011    Faculty Fellowship
    Center for the Humanities, Washington University in St. Louis.
2006    Alvin H. Johnson AMS 50 Fellow
    American Musicological Society.

## PAPER PRESENTATIONS / LECTURES

2017    "Astaire by the Numbers: Using Corpus Studies to Understand a Musical Star's Creative Output"
    Music and the Moving Image, New York University, May.
2017    Library Faculty Book Talk: *Hymns for the Fallen*
    University Libraries, Washington University in St. Louis, March.
2016    "Jim Crow in Times Square: Mapping Race on the Broadway Stage"
    Séminaire de recherche "Histoire du spectateur - 19e-21e siècles" (presided over by Isabelle Moindrot, Université Paris 8), Société d'Histoire du Théâtre, Paris, December.
2016    "Jeanette MacDonald Sings a Mammy Song"
    Musical MC$^2$ Workshop 4: The Politics of Hollywood Musicals, Université Paris Ouest Nanterre La Défense and Université Paris Diderot, Paris, December.
2016    "'This is the End.': Music for End Titles and the Patriotic Rituals of the American War Film"
    Labex Arts-H2H, Université Paris 8, Paris, November.
2016    "Jim Crow in Times Square: Racial Segregation as Structural Element of Broadway Musical History"
    American Musicological Society National Meeting, Vancouver, November.
2016    "Fred Astaire, Captain America, and the Cyborg: The Technological Body of a Musical Star"
    Musical MC$^2$ Workshop 3: The Film Musical in the History of Technologies, Université Paris 8 and Institut National d'Histoire de l'Art, Paris, June. aso given at the Washington University Society of Professors Emeriti, February 2017.
2015    "Astaire's Set Steps: Star Texts, Creative Labor, and Dance Style" and "Methodology Style: Song Form Sing-a-long"
    Musical MC$^2$ Workshop 2: Stars of Hollywood Musicals: Song and Dance Performances, Université Paris Diderot, December.
2015    "Fred, Adele, George, Ira—and Jazz: The Astaires and the Gershwins as Pop Music Ambassadors"
    Fred Astaire and Ginger Rogers: A London Celebration, Victoria and Albert Museum, London, September.

EXHIBIT 3
PAGE 38

2015   "Making Musical Numbers Black: Finding African American Artists in the Hollywood Musical" and "Methodology Session: Musical Style"
        Musical MC$^2$ Workshop 1: Remapping the Hollywood Musical, Sources and Methods, Institut National d'Histoire de l'Art, Paris, June.

2014   "*Platoon* as Musical War Movie"
        Music and the Moving Image, New York University; also given at The Films of Oliver Stone, Rider University, New Jersey, 2013.

2014   "The Case of Julie LaVerne: How Performers Remade Race in *Show Boat*."
        The College of William and Mary, Music in American Culture lecture series; Also given at Musicology Lecture Series, University at Buffalo SUNY, 2013 and Musicology Colloquium, Northwestern University, Evanston, 2012.

2014   "Helicopter Music"
        Society for Cinema and Media Studies, Seattle.

2013   "'It's over now I think.': Film Form, Musical Meaning, and the Cinematic Auditorium of the Post-Vietnam Combat Movie"
        American Musicological Society National Meeting, Pittsburgh.

2013   "'This is the End': Film Form and Musical Meaning in Post-Vietnam Combat Cinema"
        Keynote Address, 13th annual GAMMA-UT conference, Graduate Association of Music and Musicians, University of Texas, Austin.

2013   "Making *Show Boat*: Jerome Kern, Oscar Hammerstein II, and the Power of Performers."
        Library of Congress / American Musicological Society Lecture Series, Washington D.C.

2013   "Who Should Sing 'Ol' Man River'?"
        Musicology Colloquium, Catholic University of America, Washington D.C.; Also given at Musicology, Music Theory and Ethnomusicology Colloquium, University of Iowa, Iowa City, 2011.

2012   "Elegies in Waltz Time: Meter, Memory, and Remembrance in *Band of Brothers* (2001)."
        Society for Cinema and Media Studies, Boston.

2011   "Researching Broadway Legacies." (panel session chaired by Geoffrey Block, with Jeffrey Magee, Carol Oja, and Kara Gardner)
        American Musicological Society National Meeting, San Francisco.

2010   "Bespoke Song-tailoring for Mr. Astaire, Courtesy of Messrs. Berlin, Gershwin, Porter and Kern."
        American Musicological Society National Meeting, Indianapolis.

2010   "Post War / Cold War *Show Boats*."
        Classic Broadway and Those Who Built It (Sixth Triennial Susan Porter Symposium), American Music Research Center, University of Colorado, Boulder.

2010   "'Let me go 'way from the Mississippi': Alternative Versions of Voice, Style and Stage Picture in 'Ol' Man River.'"
        Song, Stage and Screen V, University of Winchester (UK).

2010   "'They start playing hot number as [Astaire] moves to drums': Words Describing Music in Film Scripts for Fred Astaire."
        Society for American Music, Ottawa.

2009   "I'm Hep to that Step and I Dig It": Johnny Mercer Writes For (and With) Fred Astaire."
        Popular Music in the Mercer Era, 1910-1970 (sponsored by the Johnny Mercer Foundation), Georgia State University Library, Atlanta.

EXHIBIT 3
PAGE 39

2009   "'Perfect for Dancing': Influence, Emulation and Participation in the Named Partner Dances of Fred Astaire."
  Society of Dance History Scholars, Stanford University.

2009   "8 Brass, 5 Sax, 4 Rhythm: Swing Arrangements and Arrangers in the Musicals of Fred Astaire."
  Musicological Film Studies Conference, University of Southern California, Los Angeles.

2008   "Anderson, Price, Norman, Graves: Making Opera American and the Color-Blind Double Bind."
  American Musicological Society National Meeting, Nashville.

2008   "'Jack the Bellboy': Fred Astaire and Other Jazz Musicians."
  Fred Astaire: The Conference, Oriel College, Oxford University (UK).

2007   Race and Ethnicity Panel
  The Broadway and Hollywood Musical: An Interdisciplinary Extravaganza, University of California, Los Angeles.

2007   "Where Jazz Meets the Musical: Fred Astaire's Solo Dances with African American Jazz Musicians."
  Society for American Music, Pittsburgh, Pennsylvania.

2006   "'You play and I'll dance.' 'No, you dance and I'll play.': Fred Astaire's Solos (1933–1968)."
  Indiana University Musicology Colloquium, Bloomington.
  Also given at Washington University in St. Louis and UCLA Department of Musicology Distinguished Lecture Series.

2006   "Five Draft Librettos for *Show Boat* (1927): Race and Showmanship in the Making of a Musical."
  American Musicological Society National Meeting, Los Angeles.

2006   "New Sources for *Show Boat*."
  The American and British Musical: An International Colloquium, University of Bristol.

2006   "The Deep Voice of the Mississippi: Nature, Technology, and the Black Male Voice in *Show Boat* (Universal, 1936; MGM, 1951) and *The Adventures of Mark Twain* (Warner Bros., 1944)."
  Society for Cinema and Media Studies, Vancouver.

2006   "Fred Astaire's 'Bugle Call Rag'."
  Ear Candy: The Pleasures and Politics of Pop, Music of the Americas Study Group, annual symposium, University of Michigan.

2005   "Rose's (Interminable) Turn: Jule Styne's *Gypsy* and the Ironies of Playing Mama Rose."
  Society for American Music, Eugene, Oregon.

2005   "'He[/She] has the very spirit of Scarlatti': The Queen of Spain, Domenico Scarlatti, and Keyboard Virtuosity in the Eighteenth Century."
  American Society for Eighteenth-Century Studies, South/Central Branch, Saint Simon's Island, Georgia.

2004   "The NAACP 'Follies' of 1929: A Forgotten Interracial Benefit on Broadway."
  American Musicological Society National Meeting, Seattle.

EXHIBIT 3
PAGE 40

| 2004 | "That Fine Scarlattian Sleight-of-Hand: The Eighteenth-Century Keyboardist and the Construction of Identity in Performance." |
| | American Society for Eighteenth-Century Studies, East Central Chapter, Cape May, New Jersey. |
| 2004 | "Domenico Scarlatti's School of Virtuosity: The Essercizi per Gravicembalo as Progressive Lessons" |
| | Midwestern Historical Keyboard Society, Grand Rapids, Michigan. |
| 2004 | "'Scarlattino, the wonder of his time': Domenico Scarlatti's Absent Presence in England." |
| | Society for Eighteenth-century Music, inaugural meeting, Washington, D.C.. |
| 2004 | "Delivering Miss Otis's Regrets: Performers and Arrangers Tackle Cole Porter's Tale of an Unlikely Lynching." |
| | Society for American Music, Cleveland. |

## RADIO INTERVIEWS & PODCASTS

| 2015 | *Stage Grok*, 19 August. [http://www.stagegrok.com/2015/08/episode-14-historian-todd-decker-on.html] |
| 2015 | Interview about Fred Astaire with host Geoff Hutchison and film critic Mark Naglazas, 720 ABC (Australian Broadcasting Company), Perth, Western Australia, 21 April. |
| 2013 | *Hold That Thought* (American Culture Studies podcast, Washington University), 4 September [http://thought.artsci.wustl.edu/podcasts/ol-man-river] |
| 2012 | *Break a Leg* (KDHX, St Louis Independent Radio), 17 December. [http://kdhx.org/ondemand/podcasts/breakaleg/todd-decker-show-boat] |
| 2012 | *Gary Shapiro's From the Bookshelf* (KUSP, Santa Cruz public radio), 26 August. [http://www.fromthebookshelf.com/] |
| 2011 | *Booktalk* (KGNU, Denver/Boulder community radio), 4 November. [http://kgnu.org/metroarts] |
| 2011 | *Soundcheck* (WNYC, New York City public radio), 13 July. [http://www.wnyc.org/shows/soundcheck/2011/jul/13/] |

## PROFESSIONAL SERVICE

| 2017 | *Hybrid: Revue des arts et mediations humaines / Journal of Arts and Human Mediations* (bilingual online journal of Labex Arts-H2H, Université Paris 8), Editorial Board |
| 2016-2018 | Committee on the Annual Meeting, American Musicological Society |
| 2015-2018 | *American Studies Journal*, Editorial Board |
| 2014-2017 | Council of the American Musicological Society |
| 2013 | Kurt Weill Article Prize Juror, Kurt Weill Foundation for Music. |
| 2013-16 | *American Music*, Editorial Advisory Board |
| 2012-14 | Graduate Education Committee, American Musicological Society |
| 2012 | Best First Book Award Selection Committee, Society for Cinema and Media Studies |

Nominated candidates for the MacArthur Foundation Fellowships (2014).

EXHIBIT 3
PAGE 41

Fellowship application reviewer:
    National Humanities Center (2013)
    Oberlin College and Conservatory (2014)

Manuscript reviewer:
    *American Music* (2014, 2013, 2016)
    *American Studies Journal* (2014, 2015, 2016 [2])
    *Black Music Research Journal* (2011)
    Duke University Press (2016)
    *Journal of Musicology* (2016, 2017)
    *Journal of the American Musicological Society* (2009)
    Oxford Bibliographies: Music (2015)
    Oxford University Press (2009, 2015, 2016)
    Routledge (2016)
    University of California Press (2011)
    University of Illinois Press (2013)

*Session Chair or Moderator*

2017    Discussant and Chair, Panel on "Cultural Clashes"
        Graduate Conference, Graduate History Association, Washington
        University in St. Louis, March.

2017    Moderator, "Late Moves: Music and Creativity, a Panel Discussion with Jonathan
    Biss"
        Assembly Series, Washington University in St Louis

2014    Co-moderator, "Interdisciplinarity Today: Five Perspectives," developed with
    Michael Puri and sponsored by the AMS Graduate Education Committee
        American Musicological Society National Meeting, Milwaukee

2012    Session Chair, "Sustain: Twentieth-Century Organ in the U.S."
        American Musicological Society National Meeting, New Orleans

*Professional Affiliations*
    American Musicological Society
    Society for Cinema and Media Studies
    Great Lakes Association for Sound Studies

## UNIVERSITY SERVICE
*Washington University in St Louis*

2017    Provost's Task Force on Undergraduate Education
2017    Makers Group
2016    Gender Pay Equity Committee
2016–2017    Faculty Representative, Undergraduate Experience Committee of the Board of
    Trustees

*College of Arts and Sciences*

2017    Moderator, Junior Jumpstart panel, "Capitalize on Your Creativity"
2015–2017    Chair, Curriculum Committee
2014–2015    Curriculum Committee

EXHIBIT 3
PAGE 42

| 2014–2016 | Center for the Humanities Executive Committee |
| 2013–2014 | Center for the Humanities Executive Advisory Board and Fellows and Mid-Career Fellows Selection Committee |
| 2012–2014 | Mylonas Scholarship Committee |
| 2012, 2014 | Faculty Spotlight Lecture, Bear Beginnings |

*Music Department*

| 2015–2018 | Department Chair |
| 2016 (fall) | Chair, Lecture Committee (including Tamil Lecture Series) |
| 2015–2016 | Chair, Conductor Search Committee |
| 2014–2015 | Head of Musicology |
| | Chair, Post-Doc Search Committee |
| | Undergraduate Advisory Committee |
| 2013–2014 | Chair, Composer/Theorist Search Committee |
| | Director of Undergraduate Studies |
| | Concert Committee |
| 2012–2013 | Head of Musicology |
| 2011–2012 | Ethnomusicologist Search Committee, Member |
| | Undergraduate Advisory Committee |
| 2010–2011 | Choral Director Search Committee, Member |
| 2009–2010 | Director of Undergraduate Studies |
| | Concert Committee |
| 2007–2008 | Concert Committee |

*Program in Film and Media Studies*

| 2014–2015 | Television Post-Doc Search Committee |
| 2013– | Promotion and Tenure Committee for Colin Burnett |

*Dissertations advised*

Jennifer Psujek, "The Composite Score: Indiewood Film Music at the Turn of the Twenty-First Century" (PhD musicology, 2016)

*Dissertation and theses committees served on*

Darren LaCour (PhD music theory, 2016)
Kelsey Klotz (PhD musicology, 2016)
Grant Unnerstall (MM musicology, University of Miami, 2016)
D.J. Kaiser (PhD comparative literature, 2013)
Angela Hall (MM music theory, 2012)
Gina Pellegrino (PhD musicology, 2011)
Erin Brooks (PhD musicology, 2010)
Nga-Hean Ong (PhD musicology, 2008)

*Current doctoral advisees*

Ashley Pribyl (Broadway musicals of Stephen Sondheim and Hal Prince)
Caleb Boyd (career and work of Oscar Levant)
Dan Fister

EXHIBIT 3
PAGE 43

## TEACHING

*Home-based in music*

| | |
|---|---|
| 1022 | Popular Music in American Culture (F07, S08, S09, F09, S12, S13, F13) |
| 1162 | Freshman Seminar: Bruce Springsteen's USA (F14, F15) |
| 4131 | Music in the Eighteenth Century (F08, F11) |
| 501 | Introduction to Musicological Research I (F12) |
| 502 | Introduction to Musicological Research II (S12, S14, S15, S17) |
| 519 | American Musical Biography (F08) |
| 5022 | Introduction to Popular Music Studies (S10, F13) |

*Home-based in film and media studies*

| | |
|---|---|
| 358 | Combat Movie Music and Sound after Vietnam (S14, S15) |
| 359 | The American Musical Film (F07, F09, F11) |
| 360 | The History of the Film Score (S08, S09, S10, F14) |
| 456 | Soundtrack Studies: Music, Voices, Noise (S13, S16) |

*Home-based in American Culture Studies*

| | |
|---|---|
| 375A | Methods and Visions: Popular Culture and Place; or America, Real and Imagined: The Curious Cases of Broadway and Hollywood (S17) |
| 571 | American Popular Singers (F11) |
| 5711 | Race and Gender in the Broadway Musical (F12) |
| On Location | "We'll Have Manhattan": New York City and the Geographies of Popular Culture (Su16) |

*New course developed for revision of the music major*

| | |
|---|---|
| 3015 | American Popular Music and Media |

## PERFORMANCE

| | |
|---|---|
| 2017 | Keyboard Fest, with the Kingsbury Ensemble |
| | Washington University, February |
| | "Broadway Heroines," with Kelly Daniel-Decker |
| | DUC Chamber Music Series, Washington University, March |
| 2016 | Music of Bach and Handel, with John McGrosso, violin |
| | DUC Chamber Music Series, February |
| 2015 | Duo harpsichord concert with Maryse Carlin |
| | DUC Chamber Music Series, February |
| | "A Traveling Cabaret: Songs from New York, London, Paris, and Berlin" with Kelly Daniel-Decker, soprano |
| | ArtSci Connections event, 560 Building, Washington University, October |
| 2014 | "Songs from Broadway and Hollywood" with Kelly Daniel-Decker |
| | DUC Chamber Music Series, Washington University, February |
| | "They Can't Take That Away From Me: Songs of George and Ira Gershwin" with Kelly Daniel-Decker |
| | Gaslight Cabaret Festival, Gaslight Theater, St. Louis, June |
| | "Songs of Stephen Sondheim" with Kelly Daniel-Decker |
| | DUC Chamber Music Series, October |

EXHIBIT 3
PAGE 44

# EXHIBIT 4

EXHIBIT 4
PAGE 45

**LAWRENCE FERRARA, Ph.D.**
**FOR: LAWRENCE FERRARA, INC.**

<u>**REPORT REGARDING**</u>

<u>**"Joyful Noise" as recorded by Flame**</u>

<u>**and**</u>

<u>**"Dark Horse" as recorded by Katy Perry**</u>

### I.    INTRODUCTION AND SUMMARY

1.      My rank at New York University is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in New York University's Steinhardt School.  I have written and co-written published books and articles (in peer-reviewed journals) regarding music analysis, methodologies in music research, and other scholarly areas related to music.  I currently sit on editorial boards of peer-reviewed journals.  I have provided analyses and opinions in connection with music copyright issues for more than 20 years.  My *curriculum vitae* is attached as **Appendix 1**.

2.      I have been asked to complete a comparative musicological analysis of the compositions in (1) "Joyful Noise" as recorded by Flame (featuring Lecrae and John Reilly) which I understand was released in 2008 as track 16 on Flame's album, *Our World: Redeemed* and (2) "Dark Horse" as recorded by Katy Perry (featuring Juicy J) which I understand was released in 2013 as a "single" and as track 6 on Katy Perry's album *Prism.*  The purposes of my analyses are to ascertain (1) whether or not there is musicological evidence of any copied expression in "Dark Horse" from "Joyful Noise", (2) whether or not any similarities between "Dark Horse" and "Joyful Noise" are significant, and/or (3) whether or not any similarities between these two songs were in use prior to 2008, the year in which "Joyful Noise" was released.

1

EXHIBIT 4
PAGE 46

3.       On the basis of my musicological analysis, it is my opinion that "Dark Horse" does not share any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in combination, with "Joyful Noise".  My analysis finds no musicological support for a claim that the creators of "Dark Horse" copied any expression from "Joyful Noise".  I found that any similarities between "Dark Horse" and "Joyful Noise" are trite and unremarkable musical expression that was in use prior to 2008.  In addition, the substantial differences between "Dark Horse" and "Joyful Noise" far exceed the insignificant similarity between them.  Moreover, songs written or co-written by writers of "Dark Horse" and released prior to 2008 provide very strong musicological evidence that undercut a claim that similarities between "Dark Horse" and "Joyful Noise" are the result of copying, and support a finding that the creation of "Dark Horse" was independent of "Joyful Noise".

4.        I have been asked to review the report of Dr. Todd Decker dated April 6, 2017 ("the Decker report").  After a careful review of the Decker report I found that it fails because of:

(a)    The absence of any transcriptions into musical notation of any of the expression that is placed in issue;

(b)    The failure to analyze the entire first iteration of a melodic phrase in "Dark Horse" placed in issue by Dr. Decker which caused mistakes in analysis;

(c)    The failure to acknowledge, let alone analyze, the development of a melodic phrase in "Dark Horse" placed in issue in the Decker report which caused mistakes in analysis;

(d)    The presentation of a table that does not accurately present the pitches placed in issue;

(e)    A flawed overall methodology that resulted in the omission of the analysis of significant differences in the harmony, rhythm, and melody in "Dark Horse" and "Joyful Noise";

2

EXHIBIT 4
PAGE 47

(f)     The failure to consider, let alone analyze, any prior art which, as
demonstrated below, establishes that similarities between "Dark Horse"
and "Joyful Noise" were already in use and embodied in (1) many songs
released prior to "Joyful Noise" and (2) many additional songs co-written
by co-writers of "Dark Horse" that were released prior to "Joyful Noise";

(g)     The failure to filter out the elements that were in common use prior to
"Joyful Noise"; and

(h)     The research and analysis in this report that demonstrate that even the
purported similarities that Dr. Decker claims to exist are trite and
unremarkable.

## II.     ANALYSIS

5.      A musical composition is composed of certain distinct and identifiable
elements that can be analyzed separately, and in combination.  When analyzing two
musical compositions in order to form an opinion as to whether one copied the other,
such as in music copyright infringement claims, the fundamental elements to be
examined are: (1) structure; (2) harmony; (3) rhythm; and (4) melody, and when
present, (5) lyrics.[1]  On the other hand, similarities or differences in the key (e.g., if two
compositions are in the same key or in different keys), tempo (i.e., the speed of the
performance), meter (e.g., 4/4 time), instrumentation (e.g., the use of guitars, drums,
synthesizers, etc.), timbre or tone color (i.e., "the quality of sound that distinguishes one
instrument from another"[2]) and style or genre (e.g., hip hop, country, etc.) are relevant

---

[1]     For example, Ronald S. Rosen writes: "Thus, from the copyright perspective (and
in the view of many musical professionals)…the basic elements of music are:  melody,
harmony, rhythm, and form/structure." (Ronald S. Rosen, *Music and Copyright*, Oxford
University Press, 2008, p. 156) In addition and as cited in Rosen (footnote 19 on page
156):  "In *Tisi v. Patrick*, both experts were in agreement 'that the elements to be
considered on the question of similarity between [the two songs] were structure,
melody, harmony and rhythm.' 97 F.Supp.2d 539, 543 (S.D.N.Y.2000)."

[2]     *See* "timbre" on page 893 and "tone color" on page 899  in *The Harvard
Dictionary of Music* (Fourth Edition, Harvard University Press, 2003) and "timbre" on
page 478 and "tone (iii)" on page 599 in *The New Grove Dictionary of Music and*

3

EXHIBIT 4
PAGE 48

but tend to be less significant.  Brief definitions of the five enumerated elements listed above follow.

(a) **Structure** is the organization of musical units or musical groups, often dictated by the melody and/or lyrics in songs.  The larger sections of songs are generally referred to as Verses and Choruses.  The material within Verses and Choruses consists of phrases.

(b) **Harmony** refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of "chords".  A series of chords is referred to as a "chord progression".  A "triad" is a particular type of chord consisting of three pitches – the "root" or name of the chord and pitches that are respectively a third and a fifth above the root -- built on intervals of a third.[3]  Harmonic rhythm is the rate of change of chords.[4]

(c) **Rhythm** refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow and feel in musical time.[5]

(d) **Melody** is a single line of music that consists primarily of a succession of pitches and the rhythmic durations of those pitches within a melodic phrase structure.  Pitch is the specific high or low placement of a musical sound, often identified within a musical scale.[6]

(e) **Lyrics** are the words that are sung or spoken in a song.

---

*Musicians* (Second Edition, Oxford University Press, Vol. 25, 2001).

[3]      *See* "harmony" in *The Harvard Dictionary of Music* (p. 379) and *The New Grove Dictionary of Music and Musicians* (Vol. 10, p. 858).

[4]      *See* "harmonic rhythm", *ibid.* (*Harvard*, p. 378), (*Grove*, Vol. 10, 854).

[5]      *See* "rhythm", *ibid.*  (*Harvard*, p. 723), (*Grove*, Vol. 21, p. 277).

[6]      *See* "melody", *ibid.*  (*Harvard*, p. 499), (*Grove*, Vol. 16, p. 363).

4

EXHIBIT 4
PAGE 49

<u>Materials Used in the Analyses</u>

6.      The following materials were used in my analyses and/or in my response to the Decker report:  (1) a digital copy of the sound recording of "Joyful Noise" downloaded from iTunes attached as Track 1 on **Audio Exhibit 1**[7]; (2) a digital copy of "Dark Horse" downloaded from iTunes attached as Track 2 on **Audio Exhibit 1**; (3) transcriptions[8] of musical expression I prepared of portions of "Joyful Noise", "Dark Horse", and related music; (4) published sheet music of "Dark Horse" downloaded from musicnotes.com; and (5) sound recordings of related music downloaded from online sources such as iTunes attached on **Audio Exhibit 1**.

<u>Overall Methodology</u>

7.      I compared the compositions in "Joyful Noise" and "Dark Horse" by using this overall methodology: (1) analysis of "Joyful Noise" and "Dark Horse" in their entirety, (2) analysis of each of their component elements individually and in combination, (3) analysis of prior art, and (4) analysis of "Joyful Noise" and "Dark Horse" in their entirety within the context of the analysis of their component parts and prior art.

**II. A.   STRUCTURE**

8.      I found no significant structural similarities between "Joyful Noise" and "Dark Horse".  There are no similarities that suggest that any structural practices in "Dark Horse" were copied from "Joyful Noise".

9.      A structural chart provides a map of the structural sections in a musical composition.  The charts presented below include the number of bars[9] and the starting time of each section.  As illustrated in the structural chart below, "Joyful Noise" and "Dark Horse" include generic structural sections found in countless popular songs:

---

[7]      A log of the tracks on **Audio Exhibits 1** and **2** is attached as **Appendix 2**.

[8]      The transcriptions in this report present the musical *compositions* embodied in recorded performances in written musical notation.

[9]      A "bar" is a unit of musical time.  In 4/4 meter or time, there are four quarter beats per bar.  Bars are demarcated by vertical lines called "bar lines".

5

EXHIBIT 4
PAGE 50

Introduction, the interchange of Verse and Chorus, and a Break.  On the other hand, "Joyful Noise" and "Dark Horse" embody many structural differences such as:

(a) The Introduction in "Joyful Noise" is 8 bars in duration which is twice as long as the 4-bar Introduction in "Dark Horse";

(b) Verse 1 in "Joyful Noise" is 16 bars in duration which is twice as long as the 8-bar Verse 1 in "Dark Horse";

(c) Verse 2 in "Joyful Noise" is 16 bars in duration which is twice as long as the 8-bar Verse 2 in "Dark Horse";

(d) The Rap Verse (at 2:18) in "Dark Horse" is 12 bars in duration, but none of the Verses in "Joyful Noise" is 12 bars in duration;

(e) There are two Post-verse Breaks in "Joyful Noise" but only 1 Break in "Dark Horse";

(f) The Post-verse Breaks in "Joyful Noise" begin at the end of Verses 1 and 2, but in "Dark Horse" the Break is separated from and follows Chorus 1;

(g) "Joyful Noise" has an Outro section (which continues material from Chorus 3), but there is no Outro section in "Dark Horse" (nor is there any extension of material from Chorus 3); and

(h) At approximately 4:28 in the "Joyful Noise" sound recording, a new section appears that continues through to the end at 5:21, but there is no such additional section at the end of "Dark Horse".


|  | "JOYFUL NOISE" | |  | "DARK HORSE" | |
|---|---|---|---|---|---|
| | Structural Chart | | | Structural Chart | |
| 0:00 | Introduction | (8 bars) | 0:01 | Introduction | (4 bars) |
| 0:25 | Rap Verse 1 | (16 bars) | 0:15 | Sung Verse 1 | (8 bars) |
| 1:15 | Post-verse Break | (2 bars) | 0:44 | Chorus 1 | (8 bars) |
| 1:21 | Chorus 1 | (8 bars) | 1:13 | Break | (2 bars) |
| 1:46 | Rap Verse 2 | (16 bars) | 1:21 | Sung Verse 2 | (8 bars) |
| 2:36 | Post-verse Break | (2 bars) | 1:49 | Chorus 2 | (8 bars) |

6

EXHIBIT 4
PAGE 51

| | | | | |
|---|---|---|---|---|
| 2:42 | Chorus 2 | (8 bars) | 2:18 Rap Verse 1 | (12 bars) |
| 3:07 | Rap Verse 3 | (8 bars) | 3:03 Chorus 3 | (8 bars) |
| 3:32 | Chorus 3 | (8 bars) | (*Ends at approximately 3:32 followed by 4 seconds of silence) | |
| 3:57 | Outro | (8 bars) | | |
| (*At 4:28, a new, section appears and continues through to the end at 5:21) | | | | |

10.     In summary, on the basis of my analysis I found that there are no significant structural similarities between "Joyful Noise" and "Dark Horse", but there are many structural differences.  There are no similarities that suggest that any structural practices in "Dark Horse" were copied from "Joyful Noise".

## II. B.   HARMONY

11.     I found that there are no significant harmonic similarities between "Joyful Noise" and "Dark Horse" but there are significant differences.

12.     "Joyful Noise" is recorded in the key of A minor.  "Dark Horse" is recorded a half step higher, in the key of B-flat minor.

13.     A "minor" key is a foundational musical building block: "There are two types or modes of keys, major and minor…."[10]  The use of a minor key is a centuries-old idea used in countless compositions in multiple genres and styles.  Within that context, the fact that "Joyful Noise" is recorded in the key of A minor and "Dark Horse" is recorded in the key of B-flat minor is not significant and not suggestive of copying.

## II. B1.         THE HARMONY IS DIFFERENT

14.     As explained in paragraph 5(b) above, "harmony" refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of "chords".  A series of chords is referred to as a "chord progression".

---

[10]     *The Harvard Dictionary of Music*, p. 442.

7

EXHIBIT 4
PAGE 52

15.     The only clear harmony in "Joyful Noise" is in the Chorus, in which there is a 2-bar chord progression, namely, "A5" in bar 1 and "C5" & "F5" in bar 2.[11]

16.     By way of difference, the chord progression in the Chorus in "Dark Horse" is "Fmaj7" and "C" in bar 1 and "Am" and "Am/G" in bar 2.[12]

II. B2.        THE HARMONIC RHYTHM IS DIFFERENT

17.     "Harmonic rhythm" is the rate of change of chords within bars.  In "Joyful Noise", the harmonic rhythm in the chord progression in the Chorus in bar 1 is *one* chord per bar.  By way of difference, in "Dark Horse" the harmonic rhythm in the chord progression in the Chorus in bar 1 is *two* chords per bar.  Moreover, the harmonic rhythm in bar 2 in "Joyful Noise" is 3 beats for the first chord and 1 beat for the second chord, but the harmonic rhythm in bar 2 in "Dark Horse" is 2 beats for the first chord and 2 beats for the second chord.

18.     In summary, on the basis of my analysis I found that there are no significant harmonic similarities between "Joyful Noise" and "Dark Horse", but there are significant harmonic differences.  There are no similarities that suggest that any harmonic expression in "Dark Horse" was copied from "Joyful Noise".

**II. C.   RHYTHM**

19.     I found that there are no significant rhythmic similarities between "Joyful Noise" and "Dark Horse", but there are significant rhythmic differences.  Moreover, I found that there are no similarities that suggest that any rhythmic expression in "Dark Horse" was copied from "Joyful Noise".

---

[11]     An upper case letter followed by a "5" denotes a "power chord" in which the "third" of the chord is omitted.

[12]     An upper case letter denotes a "major" chord: "C" denotes a C major chord.  An upper case letter followed by a lower case "m" denotes a "minor" chord: "Am" denotes an A minor chord.  The sign "maj7" denotes the addition of a pitch that is the interval of a major 7th above the name of the chord.  The letter after a "/" is the bass note: "Am/G" denotes an A minor chord with a "g" in the bass.

8

EXHIBIT 4
PAGE 53

20.     "Joyful Noise" and "Dark Horse" are in 4/4 meter, also termed "common time."  As explained in footnote 9 above, in 4/4 meter, music is divided into bars in which there are 4 quarter beats.  For centuries, countless musical compositions in multiple genres have been written in 4/4 meter.  Indeed, 4/4 meter is a foundational musical building block.

21.     The tempo (i.e., the speed at which music is performed) of "Dark Horse" is 66 beats per minute.  The tempo of "Joyful Noise" is 16.6% faster at approximately 77 beats per minute.

22.     The overall rhythmic feel and flow are very different in "Joyful Noise" and "Dark Horse".  First, on the basis of my transcription and analysis, I found that the melodic rhythm in the vocal melody in the Chorus in "Joyful Noise" is very different from melodic rhythm in the vocal melodies in "Dark Horse".

23.     Second, on the basis of my transcription and analysis, the rhythms to which the rap lyrics are set in the Verses in "Joyful Noise" are very different from the rhythms to which the rap lyrics are set in the Rap Verse in "Dark Horse".

24.     Third, on the basis of my transcription and analysis, the rhythms in the (electronic) drums in the instrumental music in "Joyful Noise" and "Dark Horse" are very different.

25.     Fourth, while there is a single repeating rhythmic figure (which can be termed an "ostinato") on a synthesizer in "Joyful Noise", there are *two* repeating rhythmic figures on a synthesizer "Dark Horse".  Furthermore, by way of difference:

- There is a very prominent sixteenth-note ostinato in "Dark Horse" (which commences at 0:01) but there is no such sixteenth-note rhythmic ostinato in "Joyful Noise" (see the section on "Melody" below);[13]

_____

[13]     As explained in the response to the Decker report below, Dr. Decker's analysis of the meter (or basic pulse) in "Joyful Noise" and "Dark Horse" contradicts the "back beats" (i.e., beats "2" and "4" in each bar).  In doing so, he doubles the note values: sixteenth notes are doubled to eighth notes and eighth notes are doubled to quarter notes.  Nonetheless, rhythmic relationships remain intact; they are simply doubled.

9

EXHIBIT 4
PAGE 54

- The rhythm of the ostinato in "Joyful Noise" is distinguished by frequent and regular thirty-second note punctuations that slide into longer notes creating a rhythm that is completely absent in both ostinatos[14] in "Dark Horse" (see the section on "Melody" below); and

- The second ostinato in "Dark Horse" (which commences at 0:15) is developed and varied very differently as compared with the ostinato in "Joyful Noise" with some iterations that end (in bar 4) with a syncopation and a held-over long note (e.g., the ostinato starting at 0:30 and at 1:35 in "Dark Horse") and another iteration starting at 2:33 in "Dark Horse" that includes eighth note rests in three of its four bars and includes (in bar 4) four sixteenth notes (see the section on "Melody" below).

26.    In summary, on the basis of my analysis, I found that there are no significant rhythmic similarities between "Joyful Noise" and "Dark Horse", but there are significant rhythmic differences.  When combined with my findings regarding structure and harmony, I found that there are no structural, harmonic, and/or rhythmic similarities, individually or in the aggregate, that suggest that any expression in "Dark Horse" was copied from "Joyful Noise".

## II. D.   MELODY

27.    On the basis of my transcriptions and analysis, I found that there are no significant melodic similarities between "Joyful Noise" and "Dark Horse", but there are significant melodic differences.  Moreover, I found that there are no melodic similarities that suggest that any melodic expression in "Dark Horse" was copied from "Joyful Noise".

### II.D1.        THE VOCAL MELODIES ARE SIGNIFICANTLY DIFFERENT

28.    On the basis of my transcriptions and analysis, I found that there are no significant similarities in "Joyful Noise" and "Dark Horse" in their *vocal* melodies (i.e., in

---

[14]    "Ostinatos" is the anglicized plural of "ostinato" as compared with the Italian plural form "ostinati".  "Ostinatos" is used here for clarity.

10

EXHIBIT 4
PAGE 55

the pitch sequences and melodic rhythms), but there are significant differences.  The vocal melody in "Joyful Noise" is in the Chorus sections.  The vocal melody in the Chorus in "Joyful Noise" is significantly different from any vocal melodies in "Dark Horse".

II. D2.        MELODIC SIMILARITIES BETWEEN THE OSTINATOS IN "DARK HORSE" AND "JOYFUL NOISE" ARE UNREMARKABLE

**The Ostinato in "Joyful Noise"**

29.     An "ostinato" is "A short musical pattern that is repeated persistently throughout a performance or composition or a section of one.  Repetition of this type is found in the music of cultures throughout the world…" (*The Harvard Dictionary of Music*, p. 624).  The ostinato in "Joyful Noise" is performed on a synthesizer and is present throughout almost the entirety of the song.  The ostinato in "Joyful Noise" is transcribed into musical notation in Musical Example 1 immediately below.[15]

**MUSICAL EXAMPLE 1**

The Ostinato in "Joyful Noise" in its recorded key of A minor

At 0:06



30.     As illustrated in Musical Example 1, the 2-bar repeating figure or "ostinato" in "Joyful Noise" consists of eighth notes as well as very fast sliding notes (i.e., on beats

---

[15]     The transcription of the ostinato in "Joyful Noise" in Musical Example 1 starts at 0:06 (six seconds) into the song.  The first iteration of the ostinato (starting at 0:00) is an anomaly because it omits the slide to the first note (on beat 1) of the ostinato.  Thereafter, the 2-bar ostinato (starting at 0:06) includes the slide on beat 1.  Therefore, the transcription in Musical Example 1 more accurately represents the actual repeating 2-bar ostinato which includes three slides per bar.

11

EXHIBIT 4
PAGE 56

1 and 3 and in the second half of beat 4 in each bar) that disrupt the eighth note *pitch sequence* and *melodic rhythm* with fast thirty-second notes that slide up or down.  This sliding movement (or "portamento") creates "A continuous movement from one pitch to another through all of the intervening pitches…"[16] that ascends (on beat 1) or descends (on beat 3 and within beat 4) in the ostinato in "Joyful Noise" and is similar to a slide on a string or wind instrument.  This disruption of the eight-note *pitch sequence* and the *melodic rhythm* is the distinctive melodic feature in the ostinato in "Joyful Noise".  (As demonstrated below, this distinctive melodic feature is completely absent in the two ostinatos in "Dark Horse".)

### The Two Ostinatos in "Dark Horse"

31.     At approximately 0:01 (1 second) into "Dark Horse" a sixteenth-note ostinato played on a synthesizer begins and is present during a total of 32 bars in the Introduction (from 0:01 – 0:14), Chorus 1 (from 0:44 – 1:12), Chorus 2 (from 1:49 – 2:17), Chorus 3 (from 3:03 – 3:30), and a portion of Rap Verse 1 (from 2:48 - 3:02) in "Dark Horse". Thus, unlike the ostinato in "Joyful Noise", this first ostinato in "Dark Horse" does not appear throughout the composition but rather, in sections thereof.  This ostinato consists of four sixteenth notes as transcribed in Musical Example 2 immediately below.  In order to distinguish this ostinato from a second ostinato in "Dark Horse" and insofar as it appears first, this ostinato (as transcribed in Musical Example 2) is labeled "ostinato #1" in "Dark Horse".

### MUSICAL EXAMPLE 2

Ostinato #1 in "Dark Horse" in its recorded key of B-flat minor

At 0:01



---

16          See "portamento" in *The Harvard Dictionary of Music* (p. 673).

EXHIBIT 4
PAGE 57

32.     At 0:15 (15 seconds) into "Dark Horse", after fourteen iterations of ostinato #1, *ostinato #1 is developed and expanded into a second ostinato* consisting of four bars of eighth notes.  In order to distinguish this expansion of ostinato #1, and insofar as the second ostinato appears after ostinato #1, this second ostinato (transcribed in Musical Example 3 below) is labeled "ostinato #2" in "Dark Horse".  The expansion of ostinato #1 into ostinato #2 is organic:  the first pitch in ostinato #1 is iterated 4 times in ostinato #2, the second pitch in ostinato #1 is iterated 2 times in ostinato #2, and the third and fourth pitches in ostinato #1 are iterated in the same order in ostinato #2.  In the fourth bar of the 4-bar ostinato #2 in "Dark Horse", the last pitch is varied and descends to a much lower pitch as transcribed in Musical Example 3 below.  Thus, ostinato #2 in "Dark Horse" is clearly developed from ostinato #1 in "Dark Horse".  As transcribed in Musical Example 3 below, ostinato #2 in "Dark Horse" is four bars in duration consisting wholly of eighth notes.

**MUSICAL EXAMPLE 3**

Ostinato #2 in "Dark Horse" in its recorded key of B-flat minor

At 0:15



33.     Having developed from the sixteenth-note ostinato #1 in "Dark Horse", the eighth-note rhythm in ostinato #2 is further varied and developed later in "Dark Horse".  Collectively, some form of ostinato #2 in "Dark Horse" is present during a total of 26 bars in Verse 1 (from 0:15 – 0:43), Verse 2 (from 1:21 – 1:48), a portion of Rap Verse 1 (from 2:18 – 2:47), and the Break (from 1:13 – 1:20) in "Dark Horse".  Thus, unlike the ostinato in "Joyful Noise", ostinato #2 in "Dark Horse" does not appear throughout the composition but rather, in sections thereof.

34.     Within "Dark Horse", ostinato #1 (<u>i.e.</u>, the sixteenth-note ostinato) is qualitatively more important than ostinato #2 (<u>i.e.</u>, the eighth-note ostinato) because:

(a) "Dark Horse" opens with ostinato #1 making it the first musical phrase that is heard in the song;

13

EXHIBIT 4
PAGE 58

> (b) "Dark Horse" ends with ostinato #1 making it the last musical phrase that is
>     heard in the song;
> (c) Ostinato #1 plays during the Chorus sections which includes the most
>     memorable vocal melody in "Dark Horse";
> (d) Unlike (the eighth-note) ostinato #2 in "Dark Horse", ostinato #1 in "Dark
>     Horse" is consistently heard as a 4-note ostinato and not varied; and
> (e) Ostinato #2 grows out of and is developed from ostinato #1 based on
>     principles of music theory and thematic development and thematic
>     transformation analysis.

Moreover, quantitatively, ostinato #1 is present during 32 bars as compared with the
presence of ostinato #2 in 26 bars.  Thus, ostinato #1 is present in 23% more bars in
"Dark Horse" than is ostinato #2.

**Comparing the Ostinato in "Joyful Noise" with the Ostinatos in "Dark Horse"**

35.     As noted in the analysis of harmony above, "Joyful Noise" is recorded in
the key of A minor but "Dark Horse" is recorded in the key of B-flat minor.  Therefore, in
keeping with musicological practices, the transcriptions of "Dark Horse" in the remainder
of this report will be transposed[17] to the key of A minor to facilitate a comparison with
"Joyful Noise".  In addition, the ostinato in "Joyful Noise" is much higher in pitch than the
ostinatos in "Dark Horse":  the ostinato in "Joyful Noise" is eleven (11) half steps higher
in pitch than ostinatos in "Dark Horse" and, when transposed from B-flat minor to A
minor, the ostinato in "Joyful Noise" is twelve (12) half steps higher in pitch than
ostinatos in "Dark Horse".

36.     In order to facilitate a comparison of the pitches, rhythms, and melodic
phrase structures in ostinato #1 in "Dark Horse" and the ostinato in "Joyful Noise" within
accepted musicological practices, the pitches in the ostinato in "Joyful Noise" have been
transposed down 12 half steps.  However, the notable difference in the highness of the
pitches in the ostinato in "Joyful Noise" as compared with the pitches in the ostinatos in
"Dark Horse" remains in the compositions embodied in the sound recordings.

---

[17]     Transposition "…entails raising or lowering each pitch of the original music by
precisely the same interval" (*The Harvard Dictionary of Music*, p. 904).  Thus, the
relationships between all pitches remain the same in the new (transposed) key.

14

EXHIBIT 4
PAGE 59

II. D3.          THERE ARE SIGNIFICANT DIFFERENCES BETWEEN THE OSTINATO IN "JOYFUL NOISE" AND "OSTINATO #1" IN "DARK HORSE" AND NO SIMILARITIES THAT SUGGEST ANY COPYING

37.     As explained in paragraph 5(d) above, "melody" is a single line of music that consists primarily of a succession of *pitches* and the *rhythmic durations* of those pitches within a melodic phrase structure.  "Pitch" is the specific high or low placement of a musical sound, often identified within a musical scale.

38.     In Musical Example 4 below, the ostinato in "Joyful Noise" has been placed over ostinato #1 in "Dark Horse" in a comparative transcription.  "Dark Horse" was transposed to A minor and "Joyful Noise" was transposed down 12 half steps.

**MUSICAL EXAMPLE 4**

The ostinato in "Joyful Noise" placed over ostinato #1 in "Dark Horse"



39.     Pitch sequences in melodies can be analyzed and compared based on the scale degree each pitch is on.[18]  The pitch sequence in the 2-bar ostinato in "Joyful Noise" and the pitch sequence in the 4-note ostinato #1 in "Dark Horse" are significantly different as transcribed above and charted using scale degrees immediately below.

---

[18]     There are seven scale degrees in an "A natural minor" scale: "a" is scale degree 1, "b" is scale degree 2, "c" is scale degree 3, "d" is scale degree 4, "e" is scale degree 5, "f" is scale degree 6, and "g" is scale degree 7.

15

EXHIBIT 4
PAGE 60

Ostinato #1 in "Dark Horse" is iterated 8 times in order to fill up the 2 bars of the ostinato in "Joyful Noise" as transcribed above in Musical Example 4 and charted below. Looking at the pitch sequence chart below, the use of a hyphen ("-") in "Joyful Noise" denotes the sliding pitches (i.e., a "portamento") that are completely absent in ostinato #1 in "Dark Horse". The "b2" sign denotes a "flatted" or lowered scale degree 2. The pitches that land on beats 1, 2, 3, and 4 in each bar are highlighted in **bold** to facilitate the reading of the chart.

| bar 1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| "Joyful Noise": | **1**-3 | 3 | **3** | 3 | **3**-2 | 2 | **2** | b2-1 |
| "Dark Horse #1" | **3** | 2 1 5 | **3** | 2 1 5 | **3** | 2 1 5 | **3** | 2 1 5 |

| bar 2 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| "Joyful Noise": | **b2**-3 | 3 | **3** | 3 | **3**-2 | 2 | **2** | 1-6 |
| "Dark Horse #1" | **3** | 2 1 5 | **3** | 2 1 5 | **3** | 2 1 5 | **3** | 2 1 5 |

40.    There are no significant similarities, but there are significant differences in the pitch sequences in the ostinato in "Joyful Noise" and ostinato #1 in "Dark Horse". Only fragmentary pitches line up.  By way of difference, while scale degree "5" is repeated every four notes in ostinato #1 in "Dark Horse", there is no scale degree "5" at all in the ostinato in "Joyful Noise".  Additionally, while the ostinato in "Joyful Noise" ends with a pitch on scale degree "6" there is no scale degree "6" at all in ostinato #1 in "Dark Horse".  Moreover, while all of the pitches in ostinato #1 in "Dark Horse" are within the A natural minor scale, the repeating flatted scale degree 2 ("b2") in the ostinato in "Joyful Noise" is not.  Thus, while the ostinato in "Joyful Noise" includes a "chromatic" (i.e., outside the "A natural minor" scale) pitch on "b2", ostinato #1 in "Dark Horse" does not.

16

EXHIBIT 4
PAGE 61

41.     The intervals (i.e., the spaces between the pitches) are also very different in the ostinato in "Joyful Noise" and ostinato #1 in "Dark Horse".  For example, as transcribed in Musical Example 4 and charted above, the intervals between the pitches in the ostinato in "Joyful Noise" in beats 1 and 2 of bar 1 are an ascent of a minor third, and then unisons (i.e., repetition of the same pitch).  By way of complete difference, the intervals between the pitches in ostinato #1 in "Dark Horse" in beats 1 and 2 of bar 1 are a descending minor second, a descending major second, a descending perfect fourth, an ascending minor 6th, a descending minor second, a descending major second, and a descending perfect fourth.

42.     Moving to the next two beats, the intervals between the pitches in the ostinato in "Joyful Noise" in beats 3 and 4 of bar 1 are a descent of a minor second, two unisons, and two additional descents of a minor second.  By way of significant difference, the intervals between the pitches in ostinato #1 in "Dark Horse" in beats 3 and 4 of bar 1 are a descending minor second, a descending major second, a descending perfect fourth, an ascending minor 6th, a descending minor second, a descending major second, and a descending perfect fourth.  These significant differences and lack of similarity in the intervals continue in bar 2.

43.     The range of the highest to the lowest pitch in the ostinato in "Joyful Noise" and ostinato #1 in "Dark Horse" is also different: in "Joyful Noise" the range is the interval of a perfect fifth, but in ostinato #1 in "Dark Horse" the range is a minor sixth, a half step larger.  Moreover, while the lowest pitch in the ostinato in "Joyful Noise" occurs only once every 22 notes, the lowest pitch in ostinato #1 in "Dark Horse" occurs once every 4 notes.  Without that single low pitch every 22 notes, the range of the highest to the lowest pitch in the ostinato in "Joyful Noise" shrinks to a minor third in the first 21 notes of its 22-note ostinato.  There are 3 half-steps in a minor third but there are 8 half-steps in a minor sixth, the latter representing the range from the highest to the lowest pitch in ostinato #1 in "Dark Horse".

44.     Regarding the melodic rhythms, while the 2-bar ostinato in "Joyful Noise" consists of pitches set to eighth notes, thirty-second notes, and "dotted" (i.e., extended in duration) sixteenth notes, ostinato #1 in "Dark Horse" consists wholly of sixteenth

17

EXHIBIT 4
PAGE 62

notes.  The sixteenth notes in "Dark Horse" are *not* extended (dotted) in duration. Hence, none of the rhythmic durations in the ostinato in "Joyful Noise" are the same as the rhythmic durations in ostinato #1 in "Dark Horse".

45.     In summary, the ostinato in "Joyful Noise" is substantially different from ostinato #1 in "Dark Horse" and does not embody any expression that suggests copying from "Joyful Noise".

## II. D4.        THERE ARE SIGNIFICANT DIFFERENCES BETWEEN THE OSTINATO IN "JOYFUL NOISE" AND OSTINATO #2 IN "DARK HORSE" AND NO SIMILARITIES THAT SUGGEST ANY COPYING

46.     At 0:15 (15 seconds) into "Dark Horse", after 14 iterations of ostinato #1, *ostinato #1 is expanded into ostinato #2*.  Thus, ostinato #2 in "Dark Horse" grows out of ostinato #1 in "Dark Horse".  The expansion and development of ostinato #1 into ostinato #2 is organic and empirically verifiable.  The first pitch "c" in ostinato #1 is iterated 4 times in ostinato #2, the second pitch "b" in ostinato #1 is iterated 2 times in ostinato #2, the third pitch "a" in ostinato #1 is iterated one time in ostinato #2 and fourth pitch "e" in ostinato #1 is iterated one time in ostinato #2 as charted immediately below.[19]

Ostinato #1:         c          b     a     e
Ostinato #2:      c  c  c  c   b  b   a     e

47.     Now moving to a comparative analysis of ostinato #2 in "Dark Horse" and the ostinato in "Joyful Noise", in Musical Example 5 below, the ostinato in "Joyful Noise" is placed over ostinato #2 in "Dark Horse".  Unlike the *two-bar* ostinato in "Joyful Noise", ostinato #2 in "Dark Horse" is *four bars* in length.  Thus, the two-bar ostinato in "Joyful Noise" had to be repeated to compare it with the four-bar ostinato #2 (which is twice as long) in "Dark Horse".  Moreover and as explained above, in order to properly compare

---

[19]     As explained and transcribed above, in the fourth bar of the 4-bar ostinato #2 in "Dark Horse" the last pitch is varied and descends to a much lower pitch as transcribed in Musical Example 3 above.

18

EXHIBIT 4
PAGE 63

the ostinatos, ostinato #2 in "Dark Horse" had to be transposed to the key of A minor and the ostinato in "Joyful Noise" had to be transposed down 12 half steps.  These differences in key and the highness and lowness of the pitches in the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse" remain in the compositions embodied in the sound recordings thereof.

### MUSICAL EXAMPLE 5

The ostinato in "Joyful Noise" placed over ostinato #2 in "Dark Horse"



48.     The pitch sequences in the 2-bar ostinato in "Joyful Noise" and the 4-bar ostinato #2 in "Dark Horse" are significantly different as transcribed above and charted using scale degrees immediately below.  As noted earlier, the use of a hyphen ("-") in "Joyful Noise" denotes the sliding pitches termed a "portamento" that is completely absent in ostinato #2 in "Dark Horse".  The "b2" sign denotes a "flatted" or lowered scale degree 2.  The pitches on beats 1, 2, 3, and 4 in each bar are highlighted in **bold** to facilitate the reading of the chart.   Moreover, insofar as ostinato #2 in "Dark Horse" is twice as long as the ostinato in "Joyful Noise", the scale degree pitches charted below for the two-bar ostinato in "Joyful Noise" had to be repeated to compare it with the four-bar ostinato #2 (which is twice as long) in "Dark Horse".

19

EXHIBIT 4
PAGE 64

bar 1

|                  |       |   |       |   |       |   |       |        |
|------------------|-------|---|-------|---|-------|---|-------|--------|
| "Joyful Noise":  | **1**-3 | 3 | **3** | 3 | **3**-2 | 2 | **2** | b2-1   |
| "Dark Horse #2"  | **3** | 3 | **3** | 3 | **2** | 2 | **1** | 5      |

bar 2

|                  |        |   |       |   |       |   |       |        |
|------------------|--------|---|-------|---|-------|---|-------|--------|
| "Joyful Noise":  | **b2**-3 | 3 | **3** | 3 | **3**-2 | 2 | **2** | 1-6    |
| "Dark Horse #2": | **3**  | 3 | **3** | 3 | **2** | 2 | **1** | 5      |

bar 3

|                  |       |   |       |   |       |   |       |        |
|------------------|-------|---|-------|---|-------|---|-------|--------|
| "Joyful Noise":  | **1**-3 | 3 | **3** | 3 | **3**-2 | 2 | **2** | b2-1   |
| "Dark Horse #2"  | **3** | 3 | **3** | 3 | **2** | 2 | **1** | 5      |

bar 4

|                  |        |   |       |   |       |   |       |            |
|------------------|--------|---|-------|---|-------|---|-------|------------|
| "Joyful Noise":  | **b2**-3 | 3 | **3** | 3 | **3**-2 | 2 | **2** | 1-6        |
| "Dark Horse #2": | **3**  | 3 | **3** | 3 | **2** | 2 | **1** | 1(octave)  |

49.     While some pitches on scale degree 3 or 2 line up as charted above creating only fragmentary and slight similarities, there are significant differences in the pitch sequences in the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse".  By way of difference, all of the pitches in ostinato #2 in "Dark Horse" are within the "A natural minor" scale but the repeating flatted scale degree 2 ("b2") in the ostinato in "Joyful Noise" is not.  Thus, while the ostinato in "Joyful Noise" includes a "chromatic" (outside the "A natural minor" scale) pitch, ostinato #2 in "Dark Horse" does not.

20

EXHIBIT 4
PAGE 65

50.     The intervals (i.e., the spaces between the pitches) are also very different in the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse".  For example, as transcribed in Musical Example 5 and charted above, the intervals between the pitches in the ostinato in "Joyful Noise" in beats 1 and 2 of bar 1 are an ascent of a minor third followed by unisons (repetition of the same pitch) but the intervals between the pitches in ostinato #2 in "Dark Horse" in beats 1 and 2 are all unisons and do not include any ascent of a minor third.  The intervals between the pitches in the ostinato in "Joyful Noise" in beats 3 and 4 of bar 1 are a descent of a minor second, two unisons, and two additional descents of a minor second.  By way of difference, the intervals between the pitches in ostinato #2 in "Dark Horse" in beats 3 and 4 of bar 1 begin with one unison (not 2), followed by a descent of a major second (not a minor second), and a descent of a perfect fourth; the descent of a perfect fourth in bar 1 in ostinato #2 in "Dark Horse" leaps 5 half steps which is 5 times greater than the descents of a minor second (which is only 1 half step) in the ostinato in the corresponding beat in bar 1 in "Joyful Noise".

51.     The range of the highest to the lowest pitch in the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse" is different: in "Joyful Noise" it is the interval of a perfect fifth (a range of 7 half steps) but in ostinato #2 in "Dark Horse" the range is more than twice as large, the interval of minor tenth (a range of 15 half steps).

52.     Regarding the melodic rhythms, while the 2-bar ostinato in "Joyful Noise" consists of pitches set to eighth notes, thirty-second notes, and dotted (extended in duration) sixteenth notes, ostinato #2 in "Dark Horse" consists wholly of eighth notes.

## II. D5.        OSTINATO #2 IN "DARK HORSE" IS VARIED AND DEVELOPED WHICH DISTANCES IT EVEN FURTHER FROM THE OSTINATO IN "JOYFUL NOISE"

53.     Having been developed from ostinato #1 in "Dark Horse", ostinato #2 is further varied and developed later in "Dark Horse".  These changes in ostinato #2 in "Dark Horse" create additional differences with the ostinato in "Joyful Noise" and further distance ostinato #2 from the ostinato in "Joyful Noise".  For example, the second iteration of the 4-bar ostinato #2 in Verse 1 and in Verse 2 in "Dark Horse" changes the last note (as compared with the initial iteration) to a pitch on scale degree "5" (rather

21

EXHIBIT 4
PAGE 66

than descending down an octave to scale degree "1") and syncopates the last note by holding it over to a sustained note for four beats (a "whole note") as transcribed in Musical Example 6 below.  There is no similar syncopation held over to a whole note in the ostinato in "Joyful Noise".

**MUSICAL EXAMPLE 6**

Ostinato #2 in "Dark Horse" with a changed pitch and syncopated last note

At 0:30 and at 1:35



54.     Another example of the development of ostinato #2 in "Dark Horse" occurs in Rap Verse 1.  As transcribed in Musical Example 7 below, in this development of ostinato #2 in "Dark Horse", the steady eighth-note rhythm is significantly changed with eighth rests on the second half of beats 2 and 4 in bar 1, an eighth rest on the second half of beat 4 in bar 2, four sixteenth notes on beat 3 in bar 4, and an eighth rest on the second half of beat 4 in bar 4.

**MUSICAL EXAMPLE 7**

Ostinato #2 in "Dark Horse" with changed rhythms and pitch sequences

At 2:33



55.     There is no similar insertion of rests and sixteenth notes in the ostinato in "Joyful Noise".  Indeed, as illustrated in Musical Example 8 below (which places the ostinato in "Joyful Noise" over this iteration of ostinato #2 in "Dark Horse"), there are very significant differences.

22

EXHIBIT 4
PAGE 67

## MUSICAL EXAMPLE 8

The ostinato in "Joyful Noise" placed over an iteration of ostinato #2 in "Dark Horse"



Summary of the comparison of ostinato #2 in "Dark Horse" and the ostinato in "Joyful Noise"

56.     As demonstrated above, there are no significant similarities between the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse", but there are significant differences.  Ostinato #2 in "Dark Horse" is developed from and grows out of ostinato #1 in "Dark Horse".  The development of ostinato #1 into ostinato #2 in "Dark Horse" provides very strong musicological evidence of the creation of "Dark Horse" independent of "Joyful Noise" and undercuts a claim that ostinato #2 in "Dark Horse" copies the ostinato in "Joyful Noise".

Summary of the overall analysis of melody in "Joyful Noise" and "Dark Horse"

57.     On the basis of my analysis, I found that there are no significant melodic similarities (in the instrumental or vocal parts) between "Joyful Noise" and "Dark Horse", but there are significant melodic differences.  When combined with my findings regarding structure, harmony, and rhythm, I found that there are no structural, harmonic,

23

EXHIBIT 4
PAGE 68

rhythmic, and/or melodic similarities, individually or in the aggregate, that suggest that any expression in "Dark Horse" was copied from "Joyful Noise".

## II. E.   LYRICS

58.    On the basis of my analysis, I found that there are no significant *lyrical* similarities between "Joyful Noise" and "Dark Horse", but there are significant lyrical differences.

## THE OVERALL LYRICS IN "JOYFUL NOISE" AND "DARK HORSE" ARE SIGNFICANTLY DIFFERENT

59.    The overall lyrics in "Joyful Noise" represent a Christian message of faith including references to scripture such as in Rap Verse 1:

> **Rap Verse 1 Lyrics in "Joyful Noise"**
> *"That's why I praise God for the Word that we adhere*
> *The Word became flesh, lived for thirty years*
> *Died at 33, but after days reappeared*
> *Jesus Christ, anointed one, ascended...."*

The lyrics in the Chorus continue this Christian message of faith as transcribed below.

> **Chorus Lyrics in "Joyful Noise"**
> *"Angels surrounding His throne and*
> *Worthy is the Lamb who was slain*
> *The whole earth is full of His glory*
> *All nations bow to His name*
> *His majesty fills the Heavens*
> *Our hearts give thunderous praise*
> *Declare the Lord is forever*
> *Make a joyful noise in this place"*

60.    Now turning to "Dark Horse, the overall lyrics in "Dark Horse" are very different from those in "Joyful Noise".  The overall lyrical message in "Dark Horse" is about a woman with powers of "magic" who is warning someone not to fall in love with her because "There's no going back" as sung in the Chorus transcribed below.

24

EXHIBIT 4
PAGE 69

**Chorus Lyrics in "Dark Horse"**
*So you wanna play with magic*
*Boy, you should know what you're falling for*
*Baby do you dare to do this?*
*'Cause I'm coming at you like a dark horse*
*Are you ready for, ready for*
*A perfect storm, a perfect storm*
*'Cause once you're mine, once you're mine*
*There's no going back*

61.     In summary, on the basis of my analysis, I found that there are no significant lyrical similarities between "Joyful Noise" and "Dark Horse" but there are significant lyrical differences.  When combined with my findings regarding structure, harmony, rhythm, and melody, I found that there are no structural, harmonic, rhythmic, melodic, and/or lyrical similarities, individually or in the aggregate, that suggest that any expression in "Dark Horse" was copied from "Joyful Noise".

## II. F.   PRIOR ART

62.     "Prior art" is defined here as musical works that were released prior to 2008, the year in which I understand "Joyful Noise" was released.  Prior art is presented and analyzed in order to assess (1) whether or not similarities in the expressive elements between "Joyful Noise" and "Dark Horse" were used in works that predate "Joyful Noise" and (2) their impact on independent creation, i.e., whether or not there is musicological support for finding that "Dark Horse" was created independently of "Joyful Noise".  As analyzed above, there are no significant structural, harmonic, rhythmic, melodic, and/or lyrical similarities, individually or in the aggregate, between "Joyful Noise" and "Dark Horse", but there are significant structural, harmonic, rhythmic, melodic, and lyrical differences.

63.     As analyzed and transcribed above, the slight melodic similarity between "Joyful Noise" and "Dark Horse" is limited to fragmentary parts of the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse".  However, the use of an ostinato in music "… is found in the music of cultures throughout the world…" (*The Harvard Dictionary of Music*,

25

EXHIBIT 4
PAGE 70

p. 624).  The expression of this commonplace idea is very different in "Joyful Noise" and "Dark Horse".

## II. F1.        OSTINATO #1 IN "DARK HORSE" IS THE BASIS FOR OSTINATO #2 IN "DARK HORSE" AND WAS WIDELY IN USE PRIOR TO 2008

64.    As demonstrated above, ostinato #1 in "Dark Horse" is prominently heard at the beginning of the song, followed by ostinato #2.  Ostinato #2 in "Dark Horse" is developed from and grows out of ostinato #1 in "Dark Horse".  As demonstrated below, ostinato #1 in "Dark Horse" was widely in use prior to 2008.

65.    The following six prior art works embody melodic expression that is far more similar to ostinato #1 in "Dark Horse" than any similarities between ostinato #1 in "Dark Horse" and the ostinato in "Joyful Noise".  Indeed, the ostinato in the first prior art work, "Brainchild" (1996), is identical to ostinato #1 in "Dark Horse".  These prior art works  provide strong musicological evidence that undercuts a claim that similarities between "Joyful Noise" and "Dark Horse" are the result of copying and establish that any similarities between the ostinato in "Joyful Nose" and ostinato #1 in "Dark Horse" were widely available and in use prior to "Joyful Noise".

66.    In Musical Example 9 below, an ostinato in the 1996 song "Brainchild" as recorded by Nostrum is placed over ostinato #1 in "Dark Horse".  The sound recording of "Brainchild" is attached to this report as track 3 on **Audio Exhibit 1**.  The ostinato in "Brainchild" and ostinato #1 in "Dark Horse" are *identical*.  Both consist of four repeating sixteenth notes with a pitch sequence of 3-2-1-5 as illustrated in Musical Example 9 below.[20]  In keeping with musicological practices and as implemented above, all compositions recorded in minor keys are transcribed into the key of A minor in the remainder of this report in order to facilitate comparative analyses.

---

[20]    In the previous section of "Brainchild", bass notes are playing on the off-beats. However, by counting through to the end of the section which includes the ostinato, there is an obvious downbeat right after scale degree 5 at 3:30.

26

EXHIBIT 4
PAGE 71

**MUSICAL EXAMPLE 9**

An ostinato in "Brainchild" placed over ostinato #1 in "Dark Horse"



67.    In Musical Example 10 below, an ostinato in a "cue" titled "Lux Aeterna" from the 2000 film *Requiem for a Dream* ("Lux Aeterna" is also a track on the released film sound track CD) is placed over ostinato #1 in "Dark Horse". The film score to *Requiem for a Dream* was composed by Clint Mansell. The sound recording of "Lux Aeterna" is attached to this report as track 4 on **Audio Exhibit 1**. As illustrated in Musical Example 10, the twelve notes in beats 1, 2 and 3 in bar 1 and the twelve notes in beats 1, 2, and 3 in bar 2 of the 2-bar ostinato in "Lux Aeterna" are identical to the twenty-four corresponding notes in ostinato #1 in "Dark Horse". Moreover, the melodic rhythm is identical in all thirty-two notes in the repeating ostinato in "Lux Aeterna" and the repeating ostinato #1 in "Dark Horse".

**MUSICAL EXAMPLE 10**

An ostinato in "Lux Aeterna" placed over ostinato #1 in "Dark Horse"



27

EXHIBIT 4
PAGE 72

68.     In Musical Example 11 below, an ostinato in a "cue" titled "Cleaning Apartment" also from the 2000 film *Requiem for a Dream* ("Cleaning Apartment" is also a track on the released film sound track CD) is placed over ostinato #1 in "Dark Horse". The sound recording of "Cleaning Apartment" is attached to this report as track 5 on **Audio Exhibit 1**.  As illustrated in Musical Example 11 below, the twelve notes in beats 1, 2 and 3 in bar 1 and the twelve notes in beats 1, 2, and 3 in bar 2 of the 2-bar ostinato in "Cleaning Apartment" are identical to the corresponding twenty-four notes in ostinato #1 in "Dark Horse".  Moreover, the melodic rhythm is identical in all thirty-two notes in the repeating ostinato in "Cleaning Apartment" and the repeating ostinato #1 in "Dark Horse".

**MUSICAL EXAMPLE 11**

An ostinato in "Cleaning Apartment" placed over ostinato #1 in "Dark Horse"



69.     In Musical Example 12 below, an ostinato in a "cue" titled "Marion Barfs" also from the 2000 film *Requiem for a Dream* ("Marion Barfs" is also a track on the released film sound track CD) is placed over ostinato #1 in "Dark Horse".  The sound recording of "Marion Barfs" is attached to this report as track 6 on **Audio Exhibit 1**.  As illustrated in Musical Example 12 below, the twelve notes in beats 1, 2 and 3 in bar 1 and the twelve notes in beats 1, 2, and 3 in bar 2 of the 2-bar ostinato in "Marion Barfs" are identical to the corresponding twenty-four notes in ostinato #1 in "Dark Horse". Moreover, the melodic rhythm is identical in all thirty-two notes in the repeating ostinato in "Marion Barfs" and the repeating ostinato #1 in "Dark Horse". (Obviously, "Marion Barfs" and "Cleaning Apartment" are cues that are largely the same as the "Lux Aeterna" cue in the film.)

28

EXHIBIT 4
PAGE 73

**MUSICAL EXAMPLE 12**

The ostinato in "Marion Barfs" placed over ostinato #1 in "Dark Horse"



70.     In Musical Example 13 below, an ostinato in a "cue" titled "Choosing Life" from the 2002 film *The Hours* ("Choosing Life" is also a track on the released film sound track CD) is placed over ostinato #1 in "Dark Horse". The film score to *The Hours* was composed by Philip Glass. The sheet music of "Choosing Life" is attached to this report as **Visual Exhibit A**. As illustrated in Musical Example 13 below, all thirty-two notes in the repeating ostinato in "Choosing Life" are *identical* to the repeating ostinato #1 in "Dark Horse". The ostinato in "Choosing Life" is developed in bars 51 and 52 changing the "e" pitch to an "e-flat" pitch and continues to be developed thereafter.

**MUSICAL EXAMPLE 13**

The ostinato in "Choosing Life" placed over ostinato #1 in "Dark Horse"



71.     In Musical Example 14 below, an ostinato in "How We Roll" released in 2005 and recorded by Dame Four is transcribed. The sound recording of "How We Roll" is attached to this report as track 7 on **Audio Exhibit 1**. The ostinato in "How We Roll" consists of eight sixteenth notes with the last four notes identical to ostinato #1 in "Dark Horse" and all eight notes are identical in melodic rhythm. Moreover, this ostinato is heard with a rap section at 2:06 in "How We Roll".

29

EXHIBIT 4
PAGE 74

## MUSICAL EXAMPLE 14

An ostinato in "How We Roll"

Time: 2:06



72.     The ostinatos from the six prior art works transcribed and analyzed above embody melodic expression that is far more similar to ostinato #1 in "Dark Horse" than any similarities between ostinato #1 in "Dark Horse" and the ostinato in "Joyful Noise". The aggregate of these prior art works provides strong musicological evidence that undercuts a claim that similarities between "Joyful Noise" and "Dark Horse" are the result of copying and establish that any similarities between the ostinato in "Joyful Nose" and ostinato #1 in "Dark Horse" were widely available and in use prior to "Joyful Noise".

<u>II. F2.          MANY ADDITIONAL PRIOR ART WORKS INCLUDE OSTINATOS WITH SIMILARITIES TO THE OSTINATOS IN "JOYFUL NOISE" AND "DARK HORSE"</u>

73.     As analyzed above, ostinato #2 first appears at 0:15 in "Dark Horse" after 14 iterations of ostinato #1 and as an outgrowth of ostinato #1 in "Dark Horse".  There are many examples of ostinatos in prior art that embody similarities to ostinato #2 in "Dark Horse" as well as ostinato #1 in "Dark Horse" and the ostinato in "Joyful Noise" as demonstrated below.

74.     In Musical Example 15 below, an ostinato in "3 Kings" released in 2005 and recorded by Slim Thug (featuring T.I.) is transcribed.  The sound recording of "3 Kings" is attached to this report as track 8 on **Audio Exhibit 1**.  Like ostinato #2 in "Dark Horse", the 1-bar ostinato in "3 Kings" consists wholly of eighth notes.  Like ostinato #1 and #2 in "Dark Horse" it also includes a repeating descending melodic contour.  In addition, there are rap sections in "3 Kings".

30

EXHIBIT 4
PAGE 75

**MUSICAL EXAMPLE 15**

An ostinato in "3 Kings"

At 0:00



75.    In Musical Example 16 below, an ostinato in "Go Head (Shawty Got a Ass On Her)" released in 2006 and recorded by Gucci Mane is transcribed.  The sound recording of "Go Head (Shawty Got a Ass On Her)" is attached to this report as track 9 on **Audio Exhibit 1**.  Like ostinato #2 in "Dark Horse", the 4-bar ostinato in "Go Head (Shawty Got a Ass On Her)" consists wholly of eighth notes.  Like ostinato #1 and #2 in "Dark Horse" it also includes an overall descending melodic contour.  In addition, there are rap sections in "Go Head (Shawty Got a Ass On Her)".  By way of similarity to the ostinato in "Joyful Noise", there is an ascending slide ("portamento") on beat 4 in bar 2.  However, by way of difference, the slide occurs before the final beat thereby not disrupting the eighth note rhythm.  Like the ostinato in "Joyful Noise", the ostinato is present virtually throughout the entirety of "Go Head (Shawty Got a Ass On Her)".

**MUSICAL EXAMPLE 16**

An ostinato in "Go Head (Shawty Got a Ass On Her)"

At 0:02



76.    In Musical Example 17 below, an ostinato in "I'm Throwed" released in 2007 and recorded by Paul Wall (featuring Jermaine Dupri) is transcribed.  The sound

31

EXHIBIT 4
PAGE 76

recording of "I'm Throwed" is attached to this report as track 10 on **Audio Exhibit 1**.
Like ostinato #2 in "Dark Horse", the 2-bar ostinato in "I'm Throwed" has a range of a
minor tenth from its highest to its lowest pitches.  In addition, "I'm Throwed" contains rap
sections.  By way of similarity to the ostinato in "Joyful Noise", the 2-bar ostinato in "I'm
Throwed" consists of eighth notes as well as very fast sliding notes on beats 1 and 3
that disrupt the eighth note pitch sequence and melodic rhythm with fast thirty-second
notes as part of the "portamentos".

### MUSICAL EXAMPLE 17

An ostinato in "I'm Throwed"

At 0:05



77.     In Musical Example 18 below, an ostinato in "Wheelz of Steel" released in
1996 and recorded by Outkast is transcribed.  The sound recording of "Wheelz of Steel"
is attached to this report as track 11 on **Audio Exhibit 1**.  Like ostinato #1 in "Dark
Horse", the ostinato in "Wheelz of Steel" consists of four notes.  Like ostinato #2 in
"Dark Horse", the ostinato in "Wheelz of Steel" consists wholly of eighth notes.  In
addition, "Wheelz of Steel" contains rap sections.

### MUSICAL EXAMPLE 18

An ostinato in "Wheelz of Steel"

At 0:00



32

EXHIBIT 4
PAGE 77

78.     In Musical Example 19 below, an ostinato in "No Problem" released in 2004 and recorded by Lil Scrappy is transcribed.  The sound recording of "No Problem" is attached to this report as track 12 on **Audio Exhibit 1**.    Like ostinato #2 in "Dark Horse", the ostinato in "No Problem" consists wholly of eighth notes.  In addition, "No Problem" contains rap sections.  Like the ostinato in "Joyful Noise", the ostinato is present throughout the entirety of "No Problem".

**MUSICAL EXAMPLE 19**

An ostinato in "No Problem"

At 0:00



79.     In Musical Example 20 below, an ostinato in "Back Down" released in 2003 and recorded by 50 Cent is transcribed.  The sound recording of "Back Down" is attached to this report as track 13 on **Audio Exhibit 1**.  Like ostinato #2 in "Dark Horse", the 2-bar ostinato in "Back Down" consists wholly of eighth notes.  In addition, "Back Down" contains rap sections.  Like the ostinato in "Joyful Noise", the ostinato is present virtually throughout the entirety of "Back Down".

**MUSICAL EXAMPLE 20**

An ostinato in "Back Down"

At 0:00



33

EXHIBIT 4
PAGE 78

80.     In Musical Example 21 below, an ostinato in "My Dad's Gone Crazy" released in 2002 and recorded by Eminem is transcribed.  The sound recording of "My Dad's Gone Crazy" is attached to this report as track 14 on **Audio Exhibit 1**.  Like ostinato #2 in "Dark Horse", the 2-bar ostinato in "My Dad's Gone Crazy" consists wholly of eighth notes.  In addition, "My Dad's Gone Crazy" contains rap sections.

**MUSICAL EXAMPLE 21**

An ostinato in "My Dad's Gone Crazy"

At 0:22



81.     In Musical Example 22 below, an ostinato in "Gangsta's Paradise" released in 1995 and recorded by Coolio is transcribed.  The sound recording of "Gangsta's Paradise" is attached to this report as track 15 on **Audio Exhibit 1**.  Like ostinato #2 in "Dark Horse", the 2-bar ostinato in "Gangsta's Paradise" includes repeated pitches and descending intervals of a minor second and a perfect fourth.  In addition, "Gangsta's Paradise" contains rap sections.

**MUSICAL EXAMPLE 22**

An ostinato in "Gangsta's Paradise"

At 0:00



34

EXHIBIT 4
PAGE 79

82.     In Musical Example 23 below, an ostinato in "Moments in Love" released in 1984 and recorded by The Art of Noise is transcribed.  The sound recording of "Moments in Love" is attached to this report as track 16 on **Audio Exhibit 1**.  Like ostinato #2 in "Dark Horse", the 2-bar ostinato in "Moments in Love" consists wholly of eighth notes and includes repeated pitches.

## MUSICAL EXAMPLE 23

An ostinato in "Moments in Love"

At 0:00



83.     In Musical Example 24 below, an ostinato in "Green Chimneys" released in 1968 and recorded by Thelonious Monk is transcribed.  The sound recording of "Green Chimneys" is attached to this report as track 17 on **Audio Exhibit 1**.  Like ostinato #2 in "Dark Horse", the 4-bar ostinato played on a saxophone in "Green Chimneys" includes repeated pitches followed by descending pitches.  The interval between the last two pitches in bar 2 in the ostinato in "Green Chimneys" is a perfect fourth, which is the same interval between the last two pitches in bars 1, 2, and 3 in ostinato #2 in "Dark Horse" and the same interval as the last two pitches in the 4-note ostinato #1 in "Dark Horse".  (There is no interval of a perfect fourth in the ostinato in "Joyful Noise".)  In addition, the interval between the last two pitches in bar 4 in the ostinato in "Green Chimneys" is a "tritone" (i.e., an interval consisting of three whole tones) which is the same interval between the last two pitches in bar 2 in the ostinato in "Joyful Noise".

35

EXHIBIT 4
PAGE 80

## MUSICAL EXAMPLE 24

An ostinato in "Green Chimneys"

At 0:36



84.     In Musical Example 25 below, an ostinato in "Les Larmes" -- the third piece in Suite No. 1, Opus 5 for Two Pianos written by Sergei Rachmaninoff in 1893 -- is transcribed.  The sheet music of "Les Larmes" is attached to this report as **Visual Exhibit B**.  Like ostinato #1 in "Dark Horse", the ostinato in "Les Larmes" consists of four descending notes (in the key of A minor, the pitches are c, b, a, f).  However, after seven iterations the ostinato in "Les Larmes" is developed with a change of the fourth note to "e", consisting of four descending notes on the pitches c, b, a, e which are *identical* to the four descending pitches in ostinato #1 in "Dark Horse".  Moreover, like ostinato #2, the ostinatos in "Les Larmes" consist wholly of eighth notes.

## MUSICAL EXAMPLE 25

An ostinato in "Les Larmes"

At 0:00



36

EXHIBIT 4
PAGE 81

II. F3.        SONGS THAT PREDATE 2008 CO-WRITTEN BY CO-WRITERS OF "DARK HORSE" UNDERCUT A CLAIM THAT SIMILARITIES BETWEEN "JOYFUL NOISE" AND "DARK HORSE" ARE THE RESULT OF COPYING, AND PROVIDE STRONG MUSICOLOGICAL EVIDENCE FOR INDEPENDENT CREATION

85.    I reviewed songs released prior to 2008 in which Max Martin and/or Dr. Luke were a co-writer or jointly co-writers; Max Martin and Dr. Luke are co-writers of "Dark Horse".  Their pre-2008 songs contain many ostinatos.  Immediately below, ostinatos in fourteen of their songs are presented and analyzed.  The ostinatos in these songs embody similarities to the ostinatos in "Dark Horse".  Thus, the slight melodic similarity in the ostinato in "Joyful Noise" and the ostinatos in "Dark Horse" represent expression in songs that were co-written by Max Martin and/or Dr. Luke and released prior to the release of "Joyful Noise" in 2008.

86.    In Musical Example 26 below, an ostinato is transcribed from "I Wanna Be With You" which was released in 1996, recorded by the Backstreet Boys, and co-written by Max Martin.  The sound recording of "I Wanna Be With You" is attached to this report as track 1 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the 7-bar ostinato in "I Wanna Be With You" consists wholly of eighth notes.  The range of the highest and lowest pitches is a minor sixth which is the same as in ostinato #1 in "Dark Horse" and the first three bars of the 4-bar ostinato #2 in "Dark Horse".  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "I Wanna Be With You" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "I Wanna Be With You" is not present in virtually the entirety of the song.

37

EXHIBIT 4
PAGE 82

**MUSICAL EXAMPLE 26**

An ostinato in "I Wanna Be With You"

At 0:00



87.    In Musical Example 27 below, an ostinato is transcribed from "We've Got It Goin' On" which was released in 1996, recorded by the Backstreet Boys, and co-written by Max Martin.  The sound recording of "We've Got It Goin' On" is attached to this report as track 2 on **Audio Exhibit 2**.  The 4-bar ostinato in "We've Got It Goin' On" consists of descending melodic phrases.  In addition, a rap section starts at 1:25 in "We've Got It Goin' On".  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "We've Got It Goin' On" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "We've Got It Goin' On" is not present in virtually the entirety of the song.

**MUSICAL EXAMPLE 27**

An ostinato in "We've Got It Goin' On"

At 0:08



88.    In Musical Example 28 below, an ostinato is transcribed from "Everybody (Backstreet's Back)" which was released in 1997, recorded by the Backstreet Boys, and co-written by Max Martin.  The sound recording of "Everybody (Backstreet's Back)" is

38

EXHIBIT 4
PAGE 83

attached to this report as track 3 on **Audio Exhibit 2**.  The 2-bar ostinato in "Everybody (Backstreet's Back)" consists of a descending melodic phrase.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Everybody (Backstreet's Back)" is present in sections of the song. Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Everybody (Backstreet's Back)" is not present in virtually the entirety of the song.

**MUSICAL EXAMPLE 28**

An ostinato in "Everybody (Backstreet's Back)"

At 1:12



89.     In Musical Example 29 below, an ostinato is transcribed from "Slam Dunk (Da Funk)" which was released in 1998, recorded by Five, and co-written by Max Martin.  The sound recording of "Slam Dunk (Da Funk)" is attached to this report as track 4 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the 2-bar ostinato in "Slam Dunk (Da Funk)" consists of repeated pitches in eighth notes.  Like ostinato #1 and ostinato #2 in "Dark Horse", the ostinato in "Slam Dunk (Da Funk)" includes descending intervals of a perfect 4th.  In addition, rap sections start, <u>e.g.</u>, at 1:26 and 2:14 in "Slam Dunk (Da Funk)".

**MUSICAL EXAMPLE 29**

An ostinato in "Slam Dunk (Da Funk)"

At 0:09



39

EXHIBIT 4
PAGE 84

90.     In Musical Example 30 below, an ostinato is transcribed from "I Want It That Way" which was released in 1999, recorded by the Backstreet Boys, and co-written by Max Martin.  The sound recording of "I Want It That Way" is attached to this report as track 5 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the 2-bar ostinato in "I Want It That Way" consists wholly of eighth notes.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "I Want It That Way" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "I Want It That Way" is not present in virtually the entirety of the song.

**MUSICAL EXAMPLE 30**

An ostinato in "I Want It That Way"
(Transposed to C major)

At 0:00



91.     In Musical Example 31 below, an ostinato is transcribed from "Bombastic Love" which was released in 2001, recorded by Britney Spears, and co-written by Max Martin.  The sound recording of "Bombastic Love" is attached to this report as track 6 on **Audio Exhibit 2**.  Like ostinato #1 and the first three bars of ostinato #2 in "Dark Horse", the 2-bar ostinato in "Bombastic Love" has a range of a minor sixth from scale degree 3 (the pitch "c") down to scale degree 5 (the pitch "e").  The contour of the melody in the ostinato in "Bombastic Love" consists of descending intervals, including a descent of the interval of a perfect fourth: ostinato #1 and ostinato #2 in "Dark Horse" contain the descent of the interval of a perfect fourth but the ostinato in "Joyful Noise" does not.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Bombastic Love" is present in sections of the song. Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Bombastic Love" is not present in virtually the entirety of the song.

40

EXHIBIT 4
PAGE 85

**MUSICAL EXAMPLE 31**

An ostinato in "Bombastic Love"

At 0:00



92.     In Musical Example 32 below, an ostinato is transcribed from "Behind These Hazel Eyes" which was released in 2004, recorded by Kelly Clarkson, and with co-writers including Max Martin and Dr. Luke.  The sound recording of "Behind These Hazel Eyes" is attached to this report as track 7 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the 2-bar ostinato in "Behind These Hazel Eyes" consists wholly of eighth notes and has a range of minor tenth from the highest to the lowest pitches.  In addition, like ostinato #1 and bars 1, 2, and 3 in ostinato #2 in "Dark Horse", each bar in the ostinato in "Behind These Hazel Eyes" includes the descent of the interval of a perfect fourth.

**MUSICAL EXAMPLE 32**

An ostinato in "Behind These Hazel Eyes"

At 0:11



93.     In Musical Example 33 below, an ostinato is transcribed from "Since U Been Gone" which was released in 2004, recorded by Kelly Clarkson, and co-written by Max Martin and Dr. Luke.  The sound recording of "Since U Been Gone" is attached to this report as track 8 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the 4-bar ostinato in "Since U Been Gone" consists wholly of eighth notes and has repeated pitches.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Since U Been

41

EXHIBIT 4
PAGE 86

Gone" is present in sections of the song. Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Since U Been Gone" is not present in virtually the entirety of the song.

**MUSICAL EXAMPLE 33**

An ostinato in "Since U Been Gone"

(Transposed to C major)

At 0:04



94.      In Musical Example 34 below, an ostinato is transcribed from "Complicated" which was released in 2005, recorded by Jon Bon Jovi, and co-written by Max Martin.  The sound recording of "Complicated" is attached to this report as track 9 on **Audio Exhibit 2**.  Like ostinato #1 and bars 1, 2, and 3 in ostinato #2 in "Dark Horse", each bar in the ostinato in "Complicated" includes the descent of the interval of a perfect fourth.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Complicated" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Complicated" is not present in virtually the entirety of the song.

**MUSICAL EXAMPLE 34**

An ostinato in "Complicated"

At 0:36



42

EXHIBIT 4
PAGE 87

95.     In Musical Example 35 below, an ostinato is transcribed from "Just Want You To Know" which was released in 2005, recorded by the Backstreet Boys, and co-written by Max Martin and Dr. Luke.  The sound recording of "Just Want You to Know" is attached to this report as track 10 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the ostinato in "Just Want You To Know" consists wholly of eighth notes.  Like ostinato #1 and bars 1, 2, and 3 in ostinato #2 in "Dark Horse", each bar in the ostinato in "Just Want You to Know" includes the descent of the interval of a perfect fourth.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Just Want You to Know" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Just Want You to Know" is not present in virtually the entirety of the song.

### MUSICAL EXAMPLE 35

An ostinato in "Just Want You to Know"

(Transposed to C major)

At 0:00



96.     In Musical Example 36 below, an ostinato is transcribed from "Cuz I Can" which was released in 2006, recorded by P!nk, and co-written by Max Martin and Dr. Luke.  The sound recording of "Cuz I Can" is attached to this report as track 11 on **Audio Exhibit 2**.  Like ostinato #1 in "Dark Horse", the range of the highest to the lowest pitch is a minor 6th in the 4-bar ostinato in "Cuz I Can".  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Cuz I Can" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Cuz I Can" is not present in virtually the entirety of the song.

43

EXHIBIT 4
PAGE 88

## MUSICAL EXAMPLE 36

An ostinato in "Cuz I Can"

At 0:03



97.    In Musical Example 37 below, an ostinato is transcribed from "Feels Like Tonight" which was released in 2006, recorded by Daughtry, and co-written by Max Martin and Dr. Luke.  The sound recording of "Feels Like Tonight" is attached to this report as track 12 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the 4-bar ostinato in "Feels Like Tonight" consists wholly of eighth notes and descending melodic phrases.  Like ostinato #1 and bars 1, 2, and 3 in ostinato #2 in "Dark Horse", bars 1, 3, and 4 in the ostinato in "Feels Like Tonight" includes descents of the interval of a perfect fourth.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Feels Like Tonight" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Feels Like Tonight" is not present in virtually the entirety of the song.

## MUSICAL EXAMPLE 37

An ostinato in "Feels Like Tonight"
(Transposed to C major)

At 0:03



44

EXHIBIT 4
PAGE 89

98.     In Musical Example 38 below, an ostinato is transcribed from "Me No Want Miseria" which was released in 1994, recorded by E-Type, and co-written by Max Martin.  The sound recording of "Me No Want Miseria" is attached to this report as track 13 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the 4-bar ostinato in "Me No Want Miseria" consists wholly of eighth notes.  Like ostinato #1 and bars 1, 2, and 3 in ostinato #2 in "Dark Horse", bars 1 and 2 in the ostinato in "Me No Want Miseria" includes descents of the interval of a perfect fourth.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Me No Want Miseria" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Me No Want Miseria" is not present in virtually the entirety of the song.

**MUSICAL EXAMPLE 38**

An ostinato in "Me No Want Miseria"

At 0:42



99.     In Musical Example 39 below, an ostinato is transcribed from "Love Me or Hate Me" which was released in 2006, recorded by Lady Sovereign, and co-written by Dr. Luke.  The sound recording of "Love Me or Hate Me" is attached to this report as track 14 on **Audio Exhibit 2**.  Like ostinato #2 in "Dark Horse", the 4-bar ostinato in "Love Me or Hate Me" consists wholly of eighth notes.  Like ostinato #1 and #2 in "Dark Horse", the ostinato in "Love Me or Hate Me" includes descending melodic phrases.  Like ostinato #1 or ostinato #2 in "Dark Horse", the ostinato in "Love Me or Hate Me" is present in sections of the song.  Therefore, unlike the ostinato in "Joyful Noise", the ostinato in "Love Me or Hate Me" is not present in virtually the entirety of the song.  In addition, there are rap sections through "Love Me or Hate Me".

45

EXHIBIT 4
PAGE 90

**MUSICAL EXAMPLE 39**

An ostinato in "Love Me or Hate Me"

At 0:01



## II. F4.       JUICY J, CO-WRITER AND FEATURED PERFORMER IN "DARK HORSE", WAS A CO-WRITER AND CO-PRODUCER OF "DOE BOY FRESH"

100.    In Musical Example 40 below, an ostinato is transcribed from "Doe Boy Fresh" which was released in 2007, recorded by Three 6 Mafia, and co-produced and co-written by Juicy J, who is a co-writer and a featured performer in "Dark Horse".  The sound recording of "Doe Boy Fresh" is attached to this report as track 15 on **Audio Exhibit 2**.  Bar 1 of the 2-bar ostinato in "Doe Boy Fresh" uses the same pool of pitches in reverse order as in ostinato #1 in "Dark Horse" and has the same range from the highest pitch on scale degree 3 to the lowest pitch on scale degree 5.  These similarities also pertain with respect to bars 1, 2, and 3 in ostinato #2 in "Dark Horse".  In addition, there are rap sections throughout "Doe Boy Fresh".

**MUSICAL EXAMPLE 40**

An ostinato in "Doe Boy Fresh"

At 0:00



46

EXHIBIT 4
PAGE 91

## II. G.   "JOYFUL NOISE" AND "DARK HORSE" IN THEIR ENTIRETY

101.    In keeping with the overall methodology implemented in the preparation of this report (see paragraph 7 above), the following is an analysis of "Joyful Noise" and "Dark Horse" in their entirety within the context of the analysis of their component parts and prior art.

102.    In their entirety, "Joyful Noise" and "Dark Horse" are very different compositions as analyzed above because:

> (a) The overall structures are different;
>
> (b) The chord progressions are different;
>
> (c) The harmonic rhythm is different;
>
> (d) The melodies in the sung vocal parts are different;
>
> (e) The rhythms to which lyrics are set in the rap verses are different;
>
> (f) The melodies and rhythms in the instrumental parts (such as the drums and synthesized bass) are different;
>
> (g) The pitch sequences in the ostinatos are different;
>
> (h) The intervals between the pitches in the ostinatos are different;
>
> (i) The range from the highest pitch to the lowest pitch in the ostinatos is different;
>
> (j) The melodic rhythms in the ostinatos are different; and
>
> (k) The overall lyrics are different.

103.  The use of the centuries-old and exceedingly common ostinato idea does not suggest that any elements in "Dark Horse" were copied from "Joyful Noise".  In fact, the idea of the ostinato in "Joyful Noise" and the idea of the two ostinatos in "Dark Horse" are expressed differently as analyzed above.  The similarity between them is not significant.

104.    As analyzed above, the similarity between the ostinatos in "Joyful Noise" and "Dark Horse" was in use in prior art (i.e., prior to 2008).  Indeed, far greater similarities are shared between ostinatos in prior art and the originative ostinato in "Dark Horse", ostinato #1, than any similarity between the ostinato in "Joyful Noise" and the

47

EXHIBIT 4
PAGE 92

ostinatos in "Dark Horse".  Thus, there is strong musicological evidence that the similarities between the ostinatos in "Joyful Noise" and "Dark Horse" were widely available and in use prior to 2008.

105.   Additionally, prior art co-written by Max Martin and/or Dr. Luke, who are co-writers of "Dark Horse", embodies ostinatos with many similarities to the two ostinatos in "Dark Horse".  This body of prior art works by Max Martin and/or Dr. Luke provides strong musicological evidence that (1) undercuts a claim that the ostinatos in "Dark Horse" were copied from the ostinato in "Joyful Noise" and (2) supports the finding in this report that "Dark Horse" was created independently of "Joyful Noise".  The analysis of "Doe Boy Fresh" which was released in 2007, recorded by Three 6 Mafia, and co-produced and co-written by Juicy J, who is a co-writer and a featured performer in "Dark Horse", adds further evidence that undercuts a claim of copying and supports the creation of "Dark Horse" independently of "Joyful Noise".

106.   In summary, on the basis of my musicological analysis, it is my opinion that "Dark Horse" does not share any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, with "Joyful Noise".  My analysis finds no support for a claim that the creators of "Dark Horse" copied any expression from "Joyful Noise".  Similarities between "Joyful Noise" and "Dark Horse" were in use prior to 2008.  In addition, the substantial differences between "Joyful Noise" and "Dark Horse" far exceed the trite and insignificant similarities between them.  Importantly, ostinatos in many songs written or co-written by Max Martin and/or Dr. Luke (as well as in "Doe Boy Fresh" co-written by Juicy J) prior to 2008 provide strong musicological evidence that undercuts a claim that similarities between "Dark Horse" and "Joyful Noise" are the result of copying and support the finding in this report that "Dark Horse" was created independently of "Joyful Noise".

## III.   RESPONSE TO THE REPORT OF DR. TODD DECKER DATED APRIL 6, 2017

107.   In this section of my report, I respond to the report of Dr. Todd Decker dated April 6, 2017 ("the Decker report").  A careful review of the Decker report has not changed my analyses or opinions presented above.  Moreover, this response to the

Decker report incorporates the analyses above.  Specific responses to the Decker report follow.  As explained in footnote 13 on page 9 above, Dr. Decker's analysis of the meter (or basic pulse) in "Joyful Noise" and "Dark Horse" contradicts the "back beats" (i.e., the accents on beats "2" and "4" in each bar).[21]  In doing so, Dr. Decker doubles the note values: sixteenth notes are doubled into eighth notes and eighth notes are doubled into quarter notes.  Nonetheless, irrespective of Dr. Decker's doubling of note values in "Dark Horse", the pitch content and rhythmic relationships remain intact; they are simply doubled.  However, some confusion can occur between my reference to eighth notes in ostinato #2 in "Dark Horse" and the ostinato in "Joyful Noise" and Dr. Decker's reference to those same notes as quarter notes.

III.  A1.      THE LENGTHS OF THE OSTINATOS IN "DARK HORSE" AND "JOYFUL NOISE" ARE DIFFERENT

108.    At 1.(b.) on page 4 of the Decker report, Dr. Decker writes:  "The ostinatos in Joyful Noise and Dark Horse are identical in phrase length".  That analysis is demonstrably wrong.  As demonstrated in Musical Example 1 on page 11 above, the ostinato in "Joyful Noise" is two bars in length but ostinato #1 in "Dark Horse" (see Musical Example 2 on page 12 above) is only 4 notes occupying less than one bar (even with Dr. Decker's doubling of note values).  Moreover, as demonstrated in Musical Example 3 on page 13 above, ostinato #2 in "Dark Horse" is four bars in length, twice as long as the ostinato in "Joyful Noise".  Had Dr. Decker included a transcription of the entire ostinato #2 commencing at 0:15 in his report (Dr. Decker fails to provide any transcription into musical notation of any musical expression) it would have been readily apparent that ostinato #2 (what Dr. Decker labels ostinato X) in "Dark Horse" is twice as long as the ostinato in "Joyful Noise".

---

[21]    For example, listening to the back beats in "Joyful Noise" (which are accents on beats 2 and 4 in each bar) during Chorus 1 (from 1:21-1:45) and Rap Verse 2 (from 1:46-2:35) establish that the ostinato in "Joyful Noise" consists of eighth notes, not quarter notes.  Performing the same exercise in "Dark Horse", listening to the back beats (which are accents on beats 2 and 4 in each bar) during the sung Verse 1 (from 0:15-0:43) or the Break and the sung Verse 2 (from 1:13-1:48) establish that ostinato #2 in "Dark Horse" consists of eighth notes, not quarter notes.

49

EXHIBIT 4
PAGE 94

III.  A2.        THE RHYTHMS OF THE OSTINATOS IN "DARK HORSE" AND "JOYFUL
NOISE" ARE DIFFERENT

109.    At 1.(c.) on page 5 of his report Dr. Decker writes: "The ostinatos in Joyful
Noise and Dark Horse are identical in rhythm".  That analysis is demonstrably wrong.
As demonstrated in Musical Example 1 on page 11 above, the ostinato in "Joyful Noise"
consists of thirty-second notes, eighth notes, and dotted (extended in duration)
sixteenth notes. By way of difference, as demonstrated in Musical Example 2 on page
12 above, the ostinato #1 in "Dark Horse" consists wholly of 4 sixteenth notes, and as
demonstrated in Musical Example 3 on page 13 above, the first iteration of ostinato #2
at 0:15 in "Dark Horse" consists wholly of eighth notes.  Dr. Decker fails to acknowledge
the dramatic difference in rhythm in the ostinato in "Joyful Noise" due to three slides (or
"portamentos") *per bar* as transcribed in Musical Example 1 above.  Moreover, the
rhythm of ostinato #1 in "Dark Horse" (what he labels ostinato Y) is twice as fast as the
rhythm in the ostinato in "Joyful Noise" as analyzed by Dr. Decker.

110.    At 1(c.iii) on page 5 of his report Dr. Decker writes: "There is no
syncopation of any kind in either track's ostinato melody".  Once again, Dr. Decker's
analysis is demonstrably wrong.  As demonstrated in Musical Example 6 on page 22
above, two iterations of ostinato #2 in "Dark Horse" end with a syncopation (i.e., an
interruption of the basic pulse or beat) respectively starting at 0:30 and 1:35.

111.    Thus, the Decker report fails to analyze the development of ostinato #2 in
"Dark Horse".  In addition to the syncopation in the iterations starting at 0:30 and 1:35
identified immediately above and missed in the Decker report, the iteration of ostinato
#2 that starts at 2:33 inserts rests and sixteenth notes as demonstrated in Musical
Example 7 on page 22 above. This iteration of ostinato #2 at 2:33 in "Dark Horse"
contradicts Dr. Decker's analysis in 1(c.i) of his report, namely, that the ostinatos consist
of "even" notes.  Thus, regardless of Dr. Decker's doubling of note values (as explained
in paragraph 107 above), ostinato #2 at 2:33 in "Dark Horse" does not consist of "even"
notes.

50

EXHIBIT 4
PAGE 95

III.  A3.      THE PITCH CONTENT OF THE OSTINATOS IN "DARK HORSE" AND
"JOYFUL NOISE" IS DIFFERENT AND WHAT IS SIMILAR IS TRITE AND
UNREMARKABLE

112.    At 1.(d) on page 5 in his report Dr. Decker writes: "The ostinatos in Joyful
Noise and Dark Horse are nearly identical in pitch content".  That analysis is
demonstrably wrong.  As demonstrated in paragraphs 37-52 above, the pitch content in
the ostinato in "Joyful Noise" as compared with ostinato #1 and ostinato #2 in "Dark
Horse" is very different, with only slight and fragmentary similarities.  The pitch
sequences are different as charted under paragraphs 39 and 48 earlier in this report.
All of the pitches in ostinato #1 and ostinato #2 in "Dark Horse" are within the "A natural
minor" scale, but the repeating flatted scale degree 2 ("b2") in the ostinato in "Joyful
Noise" is not.  Thus, while the ostinato in "Joyful Noise" includes a "chromatic" (outside
the "A natural" minor scale) pitch, ostinato #1 and ostinato #2 in "Dark Horse" do not.
The intervals (i.e., the spaces between the pitches) are also very different in the ostinato
in "Joyful Noise" and ostinato #2 in "Dark Horse".  Moreover, the range of the highest to
the lowest pitch is different: in "Joyful Noise" it is the interval of a perfect fifth (a range of
7 half steps) but in ostinato #2 in "Dark Horse" the range is more than twice as large,
the interval of minor tenth (a range of 15 half steps).

113.    The boxed table on page 6 of the Decker report fails to identify and
acknowledge the pitches that begin each slide ("portamento") three times in every bar in
the ostinato in "Joyful Noise".  Consequently, the boxed table on page 6 of the Decker
report does not accurately represent the pitch content in "Joyful Noise".

114.    Moreover, the boxed table on page 6 of the Decker report and the report
in its entirety fail to identify and acknowledge the pitches in the second half of ostinato
#2 in "Dark Horse" (what Dr. Decker labels ostinato X).  A proper transcription and
analysis of the entire, not partial, first iteration of ostinato #2 in "Dark Horse" at 0:15
(see Musical Example 3 on page 13 above) would readily find that the dramatic leap
down of an octave to the last note in bar 4 is significantly different from any pitch
content in the ostinato in "Joyful Noise".

51

EXHIBIT 4
PAGE 96

115.    Furthermore, the boxed table on page 6 of the Decker report and the report in its entirety fail to identify and acknowledge the pitches in the iteration of ostinato #2 in "Dark Horse" starting at 2:33 which changes the sequence of pitches in ostinato #2.  There is no evidence anywhere in the Decker report that a full analysis of the development of ostinato #2 in "Dark Horse" was undertaken.

116.    Finally regarding the boxed table on page 6 of the Decker report, for argument's sake even if one were to accept the pitch content (presented as scale degree numbers in the table) as fully accurate, and it is not, the pitch content similarity between ostinato #2 in "Dark Horse" and the ostinato in "Joyful Noise" Dr. Decker finds is trite and unremarkable.  The claimed similarity Dr. Decker finds is reflected in his boxed table and is charted immediately below using the same scale degrees as in the table:

3   3   3   3   2   2.


117.    Dr. Decker's claimed similarity in the scale degrees between the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse" charted immediately above and identified in the table on page 6 of the Decker report is minimal, trite and unremarkable. For example, the melody that is set to the title of the traditional 19th century American carol, "Jolly Old St. Nicholas", uses the same scale degrees (3, 3, 3, 3, 2, 2) in a major key.  Moreover, both "Jolly Old St. Nicholas" and "Joyful Noise" include a third iteration of scale degree "2", but "Dark Horse", does not as charted immediately below.

"Jolly Old Saint Nicholas":  3   3   3   3   2   2   2

"Joyful Noise":               3   3   3   3   2   2   2

"Dark Horse":                 3   3   3   3   2   2   *1*

Thus, as analyzed by Dr. Decker, the similarity in scale degrees is one note greater between the widely known melody in "Jolly Old Saint Nicholas" (in a major key) and "Joyful Noise" (in a minor key) than between the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse".  The 3 3 3 3 2 2 2 sequence of scale degrees at the opening of

52

EXHIBIT 4
PAGE 97

"Jolly Old Saint Nicholas" is set to the title lyrics in the traditional carol as charted immediately below. (Published sheet music of "Jolly Old St. Nicholas" as attached to this report as **Visual Exhibit C**.)

| 3 | 3 | 3 | 3 | | 2 | | 2 | 2 |
|---|---|---|---|---|---|---|---|---|
| Jol- | ly | old | Saint | | Nich- | o- | | las, |

118.    The widely known (title) melody in "Jolly Old Saint Nicholas" (in a major key) and the ostinato in "Joyful Noise" (in a minor key) share seven scale degrees, 3 3 3 3 2 2 2.  But as presented by Dr. Decker in the boxed table on page 6 of his report, the similarity between "Dark Horse" and "Joyful Noise" is only six scale degrees, 3 3 3 3 2 2. Moreover, as illustrated in **Visual Exhibit D** attached to this report, the 3 3 3 3 2 2 pitch content at issue in "Joyful Noise" and "Dark Horse" is also found in "Jolly Old Saint Nicholas" in *even quarter notes in duple time* in another version of the published sheet music of "Jolly Old Saint Nicholas"[22].  The 3 3 3 3 2 2 scale degrees are hand-written over the notes in **Visual Exhibit D** to facilitate their identification.

119.    Regarding this similarity of six pitches, in the last sentence of paragraph 1. (d.viii.) near the bottom of page 6 in the Decker report, Dr. Decker finds that this trite and unremarkable sequence of pitches "**is the most specific musical content shared by both tracks**" [emphasis added].  Thus, within the *entirety* of "Joyful Noise" and "Dark Horse", in Dr. Decker's opinion, the "most specific musical content" that is shared is six pitches on scale degrees 3 3 3 3 2 2, which are also the same scale degrees as the six pitches (in "even notes") set to the title in "Jolly Old Saint Nicholas" (in a major key).

---

[22]    As explained in footnote 13 on page 9 above, footnote 21 on page 49 above, and paragraph 107 above , Dr. Decker's analysis of the meter (or basic pulse) in "Joyful Noise" and "Dark Horse" contradicts the "back beats" (i.e., the accents on beats "2" and "4" in each bar).  In doing so, Dr. Decker doubles the note values: e.g., eighth notes are doubled into quarter notes.  Thus, when at 1.(c.i.) on page 5 of his report Dr. Decker writes "Both [ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse"] use eight even quarter notes in duple meter time" he is simply doubling note values.  Nonetheless, the rhythmic relationships, namely "even notes", whether eighth notes or quarter notes, remain intact. Moreover, the rhythm of "even notes", whether eighth notes or quarter notes, is commonplace.

EXHIBIT 4
PAGE 98

120.    The 3 3 3 3 2 2 pitch content Dr. Decker finds as the "most specific musical content" between the entirety of "Joyful Noise" and "Dark Horse" can also be found in basic, beginner instructional music books.  For example, that pitch sequence is found near the end of the simple melody to "Merrily We Roll Along" on page 9 of Book 1 in a beginner "Band Method" series (in a major key).  The page from that series (along with the title page) is attached to this report as **Visual Exhibit E**.  I hand-wrote the scale degrees (3 3 3 3 2 2) under the notes in the music to facilitate their identification.  As illustrated in **Visual Exhibit E**, this 3 3 3 3 2 2 pitch content is in "even quarter notes" in the published Band Method.  (See footnote 22 above and 1.(c.i.) on page 5 of the Decker report.)

121.    Thus, even if one accepts the transcription of the pitches in Dr. Decker's boxed table on page 6 and his analysis, this similarity in the pitches Dr. Decker finds between the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse" is elementary and unremarkable.

III.  A4.        THE TIMBRES OF THE OSTINATOS IN "DARK HORSE" AND "JOYFUL NOISE" ARE DIFFERENT

122.    At 1.(e) on page 6 of the Decker report, Dr. Decker writes: "The timbre of the upper and primary voice in the Joyful Noise and Dark Horse ostinatos is remarkably similar".  As explained in paragraph 5 above, "timbre" or tone color is "…the quality of sound that distinguishes one instrument from another…."[23]  Of course, a narrative description of timbre or tone color is not as empirically verifiable as the transcription of a melody or chord.  Within that context, I disagree with Dr. Decker that the timbre of the ostinatos in "Joyful Noise" and "Dark Horse" are "remarkably similar".  First, the sonic qualities are different.  There is a sharper attack on the notes in the ostinato in "Joyful Noise" than in "Dark Horse" and a "delay" or echo effect on each note in the ostinato in "Joyful Noise" that is absent in the ostinatos in "Dark Horse".  Moreover, the sound of

---

[23]    *See* "timbre" on page 893 and "tone color "on page 899 in *The Harvard Dictionary of Music* (Fourth Edition, Harvard University Press, 2003) and "timbre" on page 478 and "tone (iii)" on page 599 in *The New Grove Dictionary of Music and Musicians* (Second Edition, Oxford University Press, Vol. 25, 2001).

54

EXHIBIT 4
PAGE 99

the ostinatos in "Dark Horse" is more breathy and has a more human-like quality than the ostinato in "Joyful Noise".

123.   Indeed, what is similar in the timbre is a function of having the ostinatos played on synthesizers; the resulting sounds are similar only in a general way.  Notably, Dr. Decker appears to back away from his finding that the ostinatos are "remarkably similar" when on the next page of his report he writes:

> "The timbre in Joyful Noise is perhaps more piercing than Dark Horse but they are in the same general family of electronic sounds heard in current popular music". [Decker Report, p. 7, "v"]

Here, Dr. Decker is correct: the timbre in the ostinato in "Joyful Noise" is "more piercing" (I describe it as consisting of "sharper attacks") than the ostinatos in "Dark Horse". Moreover, the similarity in timbre is merely the result of the fact that, as Dr. Decker concedes, the synthesizers on which the ostinatos are played in "Joyful Noise" and "Dark Horse" "…are in the same general family of electronic sounds heard in current popular music".  Thus, the similarity in the timbre of the synthesizers in the ostinatos in "Joyful Noise" as compared with "Dark Horse" is not "remarkable", it is common to the "same general family of electronic sounds heard in current popular music" and not remotely suggestive of copying in "Dark Horse" from "Joyful Noise".

## III.  A5.       THE TEMPOS IN "DARK HORSE" AND "JOYFUL NOISE" ARE DIFFERENT

124.   At 2.(b) on page 8 of his report Dr. Decker writes: "The tracks ["Joyful Noise" and "Dark Horse"] are slightly different in terms of tempo".  At 2(b.ii.) Dr. Decker finds that the tempo (i.e., the speed at which music is performed) in "Dark Horse" is 132 beats per minute, "20 beats per minutes slower than Joyful Noise" which he finds is 154 beats per minute.  These tempo markings are a result of Dr. Decker's doubling of note values due to missing the back beats as explained in paragraph 107 above. Nonetheless, the ratio is consistent with my finding, namely that the tempo of "Dark Horse" is 66 beats per minute and the tempo of "Joyful Noise" is 16.6% faster at

55

EXHIBIT 4
PAGE 100

approximately 77 beats per minute.  Whether the tempos are 132 compared with 154 or 66 compared with 77, "Joyful Noise" remains 16.6% faster than "Dark Horse".

III.  A6.        THE BASIC DESCENDING MELODIC CONTOUR IN THE OSTINATOS AT ISSUE IS A COMMONPLACE MUSICAL BUILDING BLOCK

125.    At 2.(c.ii.) on page 8 of his report, Dr. Decker opines that the "melodic contour" (or basic shape of the melody) in the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse" are "near identical".  Dr. Decker does not inform that there are only three basic melodic contours:  a melody can (1) ascend (i.e., go higher in pitch), (2) descend (i.e., go lower in pitch), or (3) remain the same (i.e., repeat the same pitch).  That the basic melodic contour in the ostinato in "Joyful Noise" and ostinato #2 in "Dark Horse" descends is insignificant.  Indeed, as one of three possible basic melodic contours, a descending melodic contour is a commonplace musical building block.

126.    The 3 3 3 3 2 2 pitch content that Dr. Decker finds "is the most specific musical content shared by both tracks" [1.(viii.) on p. 6] descends in melodic contour like countless other descending melodies.  Notably, its content is trite and unremarkable.

III.  A7.        THERE IS ONE OSTINATO IN "JOYFUL NOISE" NOT TWO

127.    At 2.(c.iii.) on page 8 of his report Dr. Decker separates the ostinato in "Joyful Noise" into two ostinatos.  I disagree.  Looking at Music Example 1 on page 11 above, Dr. Decker separates bar 1 and bar 2 into individual ostinatos.  However, the individual bars do *not* repeat separately, they repeat as a 2-bar ostinato: bar 1 is not heard until after bar 2, and so on.  Hence, Dr. Decker's separation into two ostinatos is contradicted by the repeating 2-bar ostinato as it functions and is heard in "Joyful Noise".  The full 2-bar ostinato completes and moves the phrase forward to repetition.

III.  A8.        THE FAILURE TO ANALYZE THE ENTIRE OSTINATO #2 AND ITS DEVELOPMENT IN THE DECKER REPORT LEAD TO MISTAKES IN ANALYSIS

128.    At 2.(c.iv.) at the bottom of page 9 of his report Dr. Decker writes: "Dark Horse's ostinato uses for its final note the most expected scale degree in tonal music *at*

56

EXHIBIT 4
PAGE 101

*the end of every iteration* of its simpler two-bar ostinato – 5, the dominant." [Emphasis added].  Dr. Decker's analysis, namely, that the final scale degree in "every iteration" of ostinato #2 in "Dark Horse" is scale degree "5" is demonstrably wrong.  As noted above, had Dr. Decker included in his report a transcription of the entire first iteration of ostinato #2 commencing at 0:15 in "Dark Horse", it would have been patently clear that ostinato #2 (what Dr. Decker labels ostinato X) ends with a dramatic descent of an octave from scale degree 1 to scale degree 1 (an octave lower) as illustrated in Musical Example 3 on page 13 above.  Thus, the ostinato in "Dark Horse" that Dr. Decker is referencing regularly ends on scale degree 1, not scale degree 5, proving the error in Dr. Decker's analysis cited at the beginning of this paragraph.  Moreover, because the Decker report fails to analyze the development of ostinato #2 in "Dark Horse", Dr. Decker misses the iteration of ostinato #2 that commences at 2:33 that also ends on scale degree 1 (without a descent of an octave) illustrated in Musical Example 7 on page 22 above.

129.   A proper transcription and analysis of the entire, not partial, first iteration of ostinato #2 in "Dark Horse" would readily find that the dramatic leap down of an octave to the last note in bar 4 is significantly different from any pitch content in the ostinato in "Joyful Noise" and might have precluded the demonstrably wrong analyses in the Decker Report.

III.  A9.       THE DECKER REPORT'S OPINIONS REGARDING A MASS AUDIENCE ARE WITHOUT SUPPORT

130.   In 2.(d.i.) at the bottom of page 10 of his report Dr. Decker opines that "Joyful Noise" is "more relatively subtle" [than "Dark Horse"] because it "is not seeking a mass audience."  Dr. Decker fails to provide any evidence to support his opinion that the creators of "Joyful Noise" were "not seeking a mass audience".  In addition, he does not provide any evidence that such a decision in the creation of "Joyful Noise" makes it "relatively more subtle" than "Dark Horse".  Thus, it appears that Dr. Decker is merely speculating.

131.   In 2.(d.ii.) at the top of 11 of the Decker report, Dr. Decker opines that "Dark Horse's ostinato is more direct because this pop track is seeking the largest of

57

EXHIBIT 4
PAGE 102

possible audiences."  Dr. Decker does not explain why the desire to seek "the largest of possible audiences" degrades the subtlety in "Dark Horse" as compared with "Joyful Noise".  His subsequent sentence, "Subtlety of form has seldom been a characteristic of commercially successful popular music at any time in American history" is not informative with respect to the points he makes about the creators of "Joyful Noise" "not seeking a mass audience" and how that makes the ostinato therein more "subtle" than the ostinatos in "Dark Horse".  Once again, it appears that Dr. Decker is merely speculating.

132.    Dr. Decker fails to provide any evidence to support his opinions cited immediately above.  Though without support, his opinions point to differences he finds between "Joyful Noise" and "Dark Horse" in the "mass[iveness]" of the "audience" each is "seeking" and the purported impact on the subtlety or lack thereof in the ostinatos he places in issue.

III.  A10.      THE DECKER REPORT'S OPINIONS REGARDING LAY LISTENERS ARE WITHOUT SUPPORT

133.    In 2.(d.iii.) on page 11 of his report Dr. Decker opines that the use of ostinato #2 "cycling over and over insures that the fundamental elements of the track can be absorbed in seconds – and, significantly, from almost any set of seconds from within the track.  This strategy hails fickle listeners with their finger on the scan button on their car radio."  Dr. Decker fails to provide any evidence that he has completed a proper survey of lay listeners regarding their perceptions of and reactions to any portion of "Dark Horse".  Accordingly, Dr. Decker appears to be speculating about the perception and reaction of lay listeners.

134.    Pointing to a difference he finds between "Joyful Noise" and "Dark Horse", in 2(d.iv.) Dr. Decker opines: "Joyful noise, not primarily intended for radio play, does not work in this ["Dark Horse"] way."  Once again Dr. Decker has not pointed to any evidence and thus appears to be speculating.

III.  A11.    RAPPING IS THE PRIMARY EXPRESSIVE ELEMENT IN "JOYFUL NOISE" WHICH DIFFERS FROM "DARK HORSE"

135.    In the second sentence of 2.(d.vi.) on page 11 of his report, Dr. Decker opines: "Almost the entire track ["Joyful Noise"] features rapping and rapping is the primary expressive element [in "Joyful Noise"]."  In the next paragraph, Dr. Decker points out differences between "Dark Horse" and "Joyful Noise" noting: "Dark Horse is a pop track which emphasizes singing over rapping, and so it displays more variety in its large-scale form." [2.(d.vii.), p. 11]  Not only does Dr. Decker point out clear differences between "Dark Horse" and "Joyful Noise" in the previous citation, Dr. Decker's opinion regarding the "variety in its [i.e., "Dark Horse's"] large-scale form" cuts against his opinion in (iii.) earlier (on the same page 11 of his report) wherein he opines that repetition of ostinato #2 "insures that the fundamental elements of the track can be absorbed in seconds…."  Contrarily, that Dr. Decker finds "Dark Horse" embodies "Variety in its large-scale form" would make it less absorbable "in seconds".

III.  A12.    OSTINATO #2 IN "DARK HORSE" DERIVES FROM OSTINATO #1 IN "DARK HORSE", NOT THE REVERSE

136.    In 2.(e.) at the bottom of page 11 through the top of page 12, Dr. Decker references what I label ostinato #1 in "Dark Horse" and what Dr. Decker labels ostinato Y.  He labels ostinato #2 as ostinato X and ostinato #1 as ostinato Y in "Dark Horse".  This is odd because ostinato #1 appears first in "Dark Horse" (at 0:01), and ostinato #2 appears second.  Indeed, ostinato #2 in "Dark Horse" appears after 14 iterations of ostinato #1.  By calling the first ostinato in "Dark Horse" "Y" and the second ostinato in "Dark Horse" "X", he has reversed their order.

137.    The reason for this reversal of order is made clear in 2(f.) in the Decker report in which Dr. Decker finds that "Dark Horse's ostinato Y is fundamentally derived in melodic terms from its slower cousin, ostinato X."  Thus, Dr. Decker finds that ostinato #2 in "Dark Horse" derives from ostinato #1 in "Dark Horse" even though ostinato #2 occurs after 14 iterations of ostinato #1.  It is illogical to find that a variation of an earlier ostinato is the *original* ostinato and therefore develops or grows out of the

59

EXHIBIT 4
PAGE 104

varied form that occurs later in the composition.  Moreover, this reversal of the melodic development of ostinato #1 to ostinato #2 countervails conventional music analysis of thematic development and thematic transformation.

138.    The expansion and development of ostinato #1 into ostinato #2 in "Dark Horse" is organic and empirically verifiable.  The first pitch "c" in ostinato #1 is iterated 4 times in ostinato #2, the second pitch in ostinato #1 "b" is iterated 2 times in ostinato #2, the third pitch "a" in ostinato #1 is iterated one time in ostinato #2 and fourth pitch "e" in ostinato #1 is iterated one time in ostinato #2 as charted immediately below.[24]

Ostinato #1 in "Dark Horse":         c         b     a   e
Ostinato #2 in "Dark Horse":         c c c c  b b  a   e


Clearly, ostinato #2 grows out of and expands ostinato #1 in "Dark Horse".  Dr. Decker's reversal of that empirically verifiable thematic development is wrong.

III.  A12.      WHILE THE OVERALL STRUCTURES IN "JOYFUL NOISE" AND "DARK HORSE" HAVE GENERIC SIMILARITIES, THEY EMBODY MANY DIFFERENCES

139.    In 3.(a. – e.) on page 13 of the Decker report, Dr. Decker finds that "The large-scale forms of Joyful Noise and Dark Horse are somewhat similar".  As per the analysis of the overall structure in paragraphs 8-10 above, and as illustrated in the structural chart, "Joyful Noise" and "Dark Horse" include generic structural sections: Introduction, the interchange of Verse and Chorus, and a Break.  On the other hand, "Joyful Noise" and "Dark Horse" embody many structural differences such as:

- The Introduction in "Joyful Noise" is 8 bars in duration which is twice as long as the 4-bar Introduction in "Dark Horse";
- Verse 1 in "Joyful Noise" is 16 bars in duration which is twice as long as

---

[24]    As noted above, in the fourth bar of the 4-bar ostinato #2 in "Dark Horse", the last pitch is varied and descends to a much lower pitch as transcribed in Musical Example 3 on page 13 above.

EXHIBIT 4
PAGE 105

the 8-bar Verse 1 in "Dark Horse";

- Verse 2 in "Joyful Noise" is 16 bars in duration which is twice as long as the 8-bar Verse 2 in "Dark Horse";

- The Rap Verse (at 2:18) in "Dark Horse" is 12 bars in duration, but none of the Verses in "Joyful Noise" are 12 bars in duration;

- There are two Post-verse Breaks in "Joyful Noise" but only 1 Break in "Dark Horse";

- The Post-verse Breaks in "Joyful Noise" begin at the end of Verses 1 and 2, but in "Dark Horse" the Break is clearly separated and follows Chorus 1;

- "Joyful Noise" has an Outro section (which continues material from Chorus 3 for 8 additional bars), but there is no Outro section in "Dark Horse" (nor is there any continuation of material from Chorus 3); and

- At approximately 4:28 in the "Joyful Noise" sound recording, a new section appears that continues through to the end at 5:21, but there is no such additional section at the end of "Dark Horse".

140.    Specifically in 3.(c. and d.), Dr. Decker describes bass lines in "Joyful Noise" and "Dark Horse" as "angular basslines" which might imply a similarity in their musical expression.  First, the "angular bassline" Dr. Decker appears to be describing in "Joyful Noise" sounds more like a guitar playing open fifths.  Second and more importantly, the musical expression in this portion of "Joyful Noise" is significantly different from the bass line in "Dark Horse".  This is demonstrated in Musical Example 41 below which places a transcription of the guitar part in "Joyful Noise" over a transcription of the bass part in "Dark Horse".  By any measure, the musical expression in these two parts is significantly different.

61

EXHIBIT 4
PAGE 106

## MUSICAL EXAMPLE 41

The guitar part in "Joyful Noise" placed over the bass line in "Dark Horse"



141.   Dr. Decker labels the two Post-verse Breaks in "Joyful Noise" and the single Break in "Dark Horse" as section "Z" in his diagram at the bottom of page 13 of the Decker report.  At the top of page 14 in 3.(f.), Dr. Decker finds that this "insertion in both Joyful Noise and Dark Horse" is significant.  However, many songs contain brief Break sections.  Indeed, prior art works co-written by Max Martin and/or Dr. Luke analyzed above include "Break" sections (what Dr. Decker labels a "Z" section) built around ostinatos as transcribed above.

142.   For example, the ostinato transcribed in Musical Example 37 above from "Feels Like Tonight" which was released in 2006, recorded by Daughtry, and co-written by Max Martin and Dr. Luke is structurally inserted in the Breaks (Dr. Decker's "Z" sections) starting at 1:03 and 2:41 in "Feels Like Tonight". (The sound recording of "Feels Like Tonight" is attached to this report at track 12 on **Audio Exhibit 2**.)

143.   A second example is the ostinato transcribed in Musical Example 35 above from "Just Want You To Know" which was released in 2005, recorded by the Backstreet Boys, and co-written by Max Martin and Dr. Luke.  The ostinato is structurally inserted in the Breaks starting at 1:17 and 2:33.  (The sound recording of "Just Want You to Know" is attached to this report as track 10 on **Audio Exhibit 2**.)

144.   A third example is the ostinato transcribed in Musical Example 32 above from "Behind These Hazel Eyes" which was released in 2004, recorded by Kelly Clarkson, and have co-writers that include Max Martin and Dr. Luke.  The ostinato is

structurally inserted in the Break starting at 2:20.  (The sound recording of "Behind These Hazel Eyes" is attached to this report as track 7 on **Audio Exhibit 2**.)

145.    A fourth example is the ostinato transcribed in Musical Example 31 above from "Bombastic Love" which was released in 2001, recorded by Britney Spears, and co-written by Max Martin.  The ostinato is structurally inserted in the Break starting at 2:15.  (The sound recording of "Bombastic Love" is attached to this report as track 6 on **Audio Exhibit 2**.)

146.    A fifth example is the ostinato transcribed in Musical Example 27 above from "We've Got It Goin' On" which was released in 1996, recorded by the Backstreet Boys, and co-written by Max Martin.  The ostinato is structurally inserted in the Break starting at 2:44. (The sound recording of "We've Got It Goin' On" is attached to this report as track 2 on **Audio Exhibit 2**.)

147.    Thus, the five prior art works co-written by Max Martin and/or Dr. Luke presented immediately above include a "Break" section (what Dr. Decker label a "Z" section) built around an ostinato transcribed and analyzed above.  The use of a structural Break in "Dark Horse" and "Joyful Noise" is not significant and represents a common practice.

148.    Moreover, there are many structural differences between the Breaks or "Z" sections in "Joyful Noise" and "Dark Horse".  First, as illustrated in the diagram at the bottom of page 13 of the Decker report, there are two "Z" (Break) sections in "Joyful Noise" but only one "Z" (Break) section in "Dark Horse".  Secondly, the Breaks in "Joyful Noise" begin during the Verse section and are properly considered as part of the tail end of Verse 1 and Verse 2.  On that basis, they are labeled Post-verse Breaks.  By way of difference, the "Z" (Break) section in "Dark Horse" is separate and follows Chorus 1.

III.  A13.      THE USE OF THE COMMON OSTINATO IDEA IS INSIGNIFICANT AND
DOES NOT SUGGEST COPYING

149.    The use of the centuries-old and exceedingly common ostinato idea does
not suggest that any elements in "Dark Horse" were copied from "Joyful Noise".  As
demonstrated above, the idea of the ostinato in "Joyful Noise" and the idea of the two
ostinatos in "Dark Horse" are expressed differently as analyzed above.  The similarity
Dr. Decker claims is between them is not significant.

150.    At 4. in the middle of page 14 of his report, Dr. Decker writes: "Both Joyful
Noise's and Dark Horse's ostinatos offer a substantially similar frame for lyrics, whether
sung or rapped."  First, Dr. Decker does not explain what he means by "frame".
Second, the use of a repeating figure is commonplace in popular music and not
suggestive of copying.

151.    In 4.(b.) on page 14 of his report, Dr. Decker writes: "It is not difficult, in
this passage from Dark Horse [i.e., the rap verse], to imagine Juicy J rapping to the
underlying ostinato of Joyful Noise".  However, it is also possible to imagine Juicy J
rapping to any number of other equally simplistic ostinatos.  Indeed, it is commonplace
to rap over repetitive osinatos throughout the hip hop genre.  Thus, Dr. Decker' s
imagining here is not informative regarding any similarities between "Joyful Noise" and
"Dark Horse" but points to a basic building block in rap music, namely rapping over a
repetitive instrumental part.

III.  A14.      SIMILARITIES BETWEEN "JOYFUL NOISE" AND "DARK HORSE" ARE
INSIGNIFICANT AND DO NOT SUGGEST COPYING

152.    In the Conclusion section at the bottom of page 14 of the Decker report,
Dr. Decker finds: "The similarities between Joyful Noise and Dark Horse are substantial
and significant".  At the top of page 15 of his report, Dr. Decker finds that "…Dark Horse
clearly borrows a memorable and highly characteristic combination of discrete and
specific musical elements heard in Joyful Noise."  However, the Decker report fails to
provide any musicological support for Dr. Decker's conclusory opinions.  The Decker
report does not support Dr. Decker's conclusions because of:

64

EXHIBIT 4
PAGE 109

- The absence of any transcriptions into musical notation of any the expression that is placed in issue;
- The failure to analyze the entire first iteration of ostinato #2 (what Dr. Decker labels ostinato X) in "Dark Horse" which caused mistakes in analysis;
- The failure to acknowledge, let alone analyze, the development of ostinato #2 in subsequent portions of "Dark Horse" which caused mistakes in analysis;
- The presentation of tables that do not accurately present the pitches at issue;
- A flawed overall methodology that results in the omission of significant differences in the harmony, rhythm, and melody in "Dark Horse" and "Joyful Noise";
- The failure to consider let alone analyze any prior art which, as demonstrated above, establishes that similarities between "Dark Horse" and "Joyful Noise" were already in use and embodied in (1) many songs released prior to "Joyful Noise" and (2) many additional songs co-written by co-writers of "Dark Horse"; and
- The failure to filter out the elements that were in common use prior to "Joyful Noise".

### III.    CONCLUSIONS

153.    On the basis of my musicological analysis, it is my opinion that "Dark Horse" does not share any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in combination, with "Joyful Noise".  My analysis finds no musicological support for a claim that the creators of "Dark Horse" copied any expression from "Joyful Noise".  I found that any similarities between "Dark Horse" and "Joyful Noise" are trite musical expression that were in use prior to 2008.  In addition, the substantial differences between "Dark Horse" and "Joyful Noise" far exceed the insignificant similarity between them.  Moreover, songs written or co-written by writers of "Dark Horse" and released prior to "Joyful Noise" provide very strong musicological

65

EXHIBIT 4
PAGE 110

evidence that undercuts a claim that similarities between "Dark Horse" and "Joyful Noise" are the result of copying, and support a finding that the creation of "Dark Horse" was independent of "Joyful Noise".

154.    In their entirety, "Joyful Noise" and "Dark Horse" are very different compositions as analyzed above because:

- The overall structures are different;
- The chord progressions are different;
- The harmonic rhythm is different;
- The rhythms to which lyrics are set in the rap verses are different;
- The melodies in the sung vocal parts are different;
- The melodies and rhythms in the instrumental parts (such as the drums) are different;
- The pitch sequences in the ostinatos are different;
- The intervals between the pitches in the ostinatos are different;
- The range from the highest pitch to the lowest pitch in the ostinatos is different;
- The melodic rhythms in the ostinatos are different;
- The lengths of the ostinatos are different; and
- The overall lyrics are different.

155.    The use of the centuries-old and exceedingly common ostinato idea does not suggest that any elements in "Dark Horse" were copied from "Joyful Noise".  In fact, the idea of the ostinato in "Joyful Noise" and the idea of the two ostinatos in "Dark Horse" are expressed differently as analyzed above.  The similarity Dr. Decker claims is between them is not significant.

156.    The Decker report fails to provide any musicological support for Dr. Decker's conclusory opinions.  The Decker report does not support Dr. Decker's conclusions because of:

66

EXHIBIT 4
PAGE 111

- The absence of any transcriptions into musical notation of any of the expression that is placed in issue;

- The failure to analyze the entire first iteration of ostinato #2 (what Dr. Decker labels ostinato X) in "Dark Horse" which caused mistakes in analysis;

- The failure to acknowledge, let alone analyze, the development of ostinato #2 in subsequent portions of "Dark Horse" which caused mistakes in analysis;

- The presentation of tables that do not accurately present the pitches at issue;

- A flawed overall methodology that results in the omission of significant differences in the harmony, rhythm, and melody in "Dark Horse" and "Joyful Noise";

- The failure to consider, let alone analyze, any prior art which, as demonstrated above, establishes that similarities between "Dark Horse" and "Joyful Noise" were already in use and embodied in (1) many songs released prior to "Joyful Noise" and (2) many additional songs co-written by co-writers of "Dark Horse";

- The failure to filter out the elements that were in common use prior to "Joyful Noise"; and

- The research and analysis in this report that demonstrate that even the purported similarities that Dr. Decker claims to exist are trite and unremarkable.

157.   In summary, on the basis of my analyses presented in this report as well as my review of the Decker report I find no musicological support for a claim that the creators of "Dark Horse" copied any expression from "Joyful Noise".  Rather, there is

67

EXHIBIT 4
PAGE 112

very strong musicological support for the finding in this report that the creation of "Dark Horse" was independent of "Joyful Noise".


Respectfully submitted,

Date:  May 5, 2017                     By:     Lawrence Ferrara, Ph.D.


_____

68

EXHIBIT 4
PAGE 113

# EXHIBIT 5

EXHIBIT 5
PAGE 114

# VISUAL

# EXHIBIT A

EXHIBIT 5
PAGE 115

# Choosing Life

COMPOSED BY PHILIP GLASS
ARRANGED BY MICHAEL RIESMAN AND NICO MÜHLY



© COPYRIGHT 2002 PHILIP GLASS/FAMOUS MUSIC CORPORATION/SGG MUSIC PUBLISHING INTERNATIONAL LIMITED/QUEZ MUSIC CORPORATION.
FAMOUS MUSIC PUBLISHING LIMITED.
ALL RIGHTS RESERVED. INTERNATIONAL COPYRIGHT SECURED.

50

EXHIBIT 5
PAGE 116



EXHIBIT 5
PAGE 117



52

EXHIBIT 5
PAGE 118



EXHIBIT 5
PAGE 119

# VISUAL

# EXHIBIT B

EXHIBIT 5
PAGE 120



EDITION GUTHEIL

A MONSIEUR
P. Tschaikowsky

# Fantaisie
## (Tableaux)

pour
deux Pianos

composé
par

# S. Rachmaninoff.

Op. 5.

*Prix 3r.50c*



PROPRIÉTÉ DE L'ÉDITEUR

MOSCOU chez A. GUTHEIL

Fournisseur de la cour IMPÉRIALE
et commissionnaire des Theatres IMPÉRIAUX
qu'font des Marechaux maison Dunker Nº10.
Sᵗ PETERSBOURG chez A. IOHANSEN Perspective de Nevsky Nº44.
Hierr carz L. Iozikowski.



EXHIBIT 5
PAGE 121

54

# III.

## СЛЕЗЫ.                    LES LARMES.

Слезы людскія, о слезы людскія!
Льетесь вы ранней и поздней порой-
Льетесь безвѣстныя, льетесь незримыя,
Неистощимыя, неисчислимыя,-
Льетесь, какъ льются струи дождевыя
Въ осень глухую, порою ночной.

*Тютчевъ.*



EXHIBIT 5
PAGE 122

55



A. 6723 G.

EXHIBIT 5
PAGE 123

56



A. 6722 G.

EXHIBIT 5
PAGE 124



L'istesso tempo.
rit.
mf
L'istesso tempo.
pp
rit.
mf
poco
a
poco
a

58



A. 6723 G.

EXHIBIT 5
PAGE 126

59



A. 6723 G.

EXHIBIT 5
PAGE 127

60



A. 8723 G.

EXHIBIT 5
PAGE 128

61



A. 6123 G.

EXHIBIT 5
PAGE 129

62



A.8723 G.

EXHIBIT 5
PAGE 130

63





A. 8713 G.

EXHIBIT 5
PAGE 131

64



A.6723 G.

EXHIBIT 5
PAGE 132

65



A. 6723 G.

EXHIBIT 5
PAGE 133

66



A. 6723 G.

EXHIBIT 5
PAGE 134

Case 2:15-cv-05642-CAS-JC Document 282 Filed 06/25/18 Page 135 of 149 Page ID #:2474

EXHIBIT 5
PAGE 135

# VISUAL EXHIBIT C

EXHIBIT 5
PAGE 136

# JOLLY OLD ST. NICHOLAS

Copyright © 2002 by HAL LEONARD CORPORATION

Traditional 19th Century American Carol





EXHIBIT 5
PAGE 137

# VISUAL EXHIBIT D

EXHIBIT 5
PAGE 138

# Jolly Old Saint Nicholas

by

Traditional

Published Under License From

Last Resort Music Publishing

All Rights Reserved. Do not photocopy.

Available at OnlineSheetMusic.com
Product Id: 423379

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Last Resort Music Publishing. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

OnlineSheetMusic.com

Authorized to: lf2@nyu.edu

EXHIBIT 5
PAGE 139

14a

Music for Two, Christmas Volume arranged for Flute or Oboe or Violin & Cello or Bassoon

# Jolly Old Saint Nicholas

Traditional



arranged by Daniel Kelley
Last Resort Music Publishing, Inc.

This Arrangement © 1999 Last Resort Music, Inc.
International Copyright Secured. Made in U.S.A.
All Rights Reserved

OnlineSheetMusic.com

Authorized to: lf2@nyu.edu

EXHIBIT 5
PAGE 140

Music for Two, Christmas Volume arranged for Flute or Oboe or Violin & Cello or Bassoon

14b



This Arrangement © 1999 Last Resort Music, Inc.
International Copyright Secured. Made in U.S.A
All Rights Reserved  i

arranged by Daniel Kelley
Last Resort Music Publishing, Inc.

OnlineSheetMusic.com

Authorized to: lf2@nyu.edu

EXHIBIT 5
PAGE 141

14c

Music for Two, Christmas Volume arranged for Flute or Oboe or Violin & Cello or Bassoon



arranged by Daniel Kelley
Last Resort Music Publishing, Inc.

This Arrangement © 1999 Last Resort Music, Inc.
International Copyright Secured  Made in U.S.A
All Rights Reserved  s

OnlineSheetMusic.com

Authorized to: lf2@nyu.edu

EXHIBIT 5
PAGE 142

# VISUAL

# EXHIBIT

# E

EXHIBIT 5
PAGE 143



EXHIBIT 5
PAGE 144

Case 2:15-cv-05642-CAS-JC Document 282 Filed 06/25/18 Page 145 of 149 Page ID #:2484

**Terms & Symbols**

**Solo** – only one person plays or sings
**Soli** – a small group or section plays or sings
**Tutti** – everyone plays or sings

:‖ **repeat sign** – play or sing the music again

**Time Signature** C **common time** = 4/4

**Theory & Composition**

**phrase** – musical sentence, often 4 or 8 measures long
**round** – song in which the same part is played or sung by two or more groups starting at different times
**composition** – creation of music that can be performed later, usually from written notation

Solo, Tutti
phrase

## 22. Little Robin Redbreast

Traditional

C
:‖

## 23. Skill Builder: Merrily We Roll Along

▸ Count, clap, sing, and play! When you reach the end of the song, repeat once from the beginning.

Traditional

round

## 24. Itsy Bitsy Spider — *Round*

▸ Add brackets to show the phrases.

Traditional

Soli

## 25. A La Rueda

Spanish Folk Song

## 26. Love Somebody — *Duet*

Traditional

## 27. Good King Wenceslas ✓ TEST

Traditional English Carol

## 28. Excellence in Composition

▸ 1) Draw a treble clef. 2) Complete and play your composition.

Title ______________________ Composer ______________________

# EXHIBIT 6

EXHIBIT 6
PAGE 146

**Folder: Audio Exhibit 1 to Ferrara Report**

**(Submitted on CD lodged with the Court)**

# EXHIBIT 7

EXHIBIT 7
PAGE 148

# Folder: Audio Exhibit 2 to Ferrara Report

# (Submitted on CD lodged with the Court)

B067249.1

EXHIBIT 7
PAGE 149