# EXHIBIT 11

EXHIBIT 11
PAGE 250

# REBUTTAL VISUAL EXHIBIT A

EXHIBIT 11
PAGE 251

# THE NEW GROVE

# Dictionary of Music and Musicians

## SECOND EDITION

Edited by

**Stanley Sadie**

Executive editor

**John Tyrrell**

VOLUME 25

Taiwan to Twelve Apostles

**GROVE**

An imprint of Oxford University Press

EXHIBIT 11
PAGE 252

Oxford University Press

Oxford   New York

Auckland   Bangkok   Buenos Aires   Cape Town   Chennai
Dar es Salaam   Delhi   Hong Kong   Istanbul   Karachi   Kolkata
Kuala Lumpur   Madrid   Melbourne   Mexico City   Mumbai   Nairobi
São Paulo   Shanghai   Taipei   Tokyo   Toronto

Copyright © 2001 by Oxford University Press
Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York 10016
www.oup-usa.org

*Grove, Grove's, The New Grove* and *The New Grove Dictionary of Music and Musicians*
are trademarks of Oxford University Press, Inc.

Oxford University Press, Inc., is the proprietor of the trademarks *Grove's, The New Grove*, and
*The New Grove Dictionary of Music and Musicians* throughout the world.

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

ISBN-13 978-0-19-517067-2
ISBN 0-19-517067-9

First Edition of *A Dictionary of Music and Musicians*, planned and edited by
Sir George Grove, DCL, in four volumes, with an Appendix edited by J. A. Fuller Maitland,
and an index by Mrs Edmond Wodehouse, 1878, 1880, 1883, 1889
Reprinted 1890, 1900

Second Edition, edited by J. A. Fuller Maitland, in five volumes, 1904–10

Third Edition, edited by H. C. Colles, in five volumes, 1927

Fourth Edition, edited by H. C. Colles, in five volumes, with Supplementary Volume, 1940

Fifth Edition, edited by Eric Blom, in nine volumes, 1954; with Supplementary Volume 1961
Reprinted 1961, 1973, 1975

American Supplement, edited by Waldo Selden Pratt, in one volume, 1920
Reprinted with new material, 1928; many later reprints

*The New Grove Dictionary of Music and Musicians*™ first edition
edited by Stanley Sadie in twenty volumes, 1980
Reprinted 1981, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995
Reprinted in paperback 1995, 1996, 1997, 1998

*The New Grove Dictionary of Music and Musicians*, second edition
edited by Stanley Sadie / executive editor John Tyrrell
published in twenty-nine volumes by Macmillan Publishers Limited in the year 2001

Text keyboarded by Alden Bookset, Oxford, England
Database management by Semantico, Brighton, England
Pagination by Clowes Group, Suffolk, England
Printed in the United States of America
3 5 7 9 8 6 4 2

EXHIBIT 11
PAGE 253

Case 2:15-cv-05642-CAS-JC Document 282-2 Filed 06/25/18 Page 5 of 224 Page ID #:2593

E.E. Lowinsky: 'A Treatise on Text Underlay by a German Disciple of Francisco de Salinas', *Festschrift Heinrich Besseler*, ed. E. Klemm (Leipzig, 1961), 231–51

E.E. Lowinsky, ed.: *The Medici Codex of 1518* (Chicago, 1968), i, 90–107

D. Harrán: 'New Light on the Question of Text Underlay Prior to Zarlino', *AcM*, xlv (1973), 24–56

D. Harrán: 'Vicentino and his Rules of Text Underlay', *MQ*, lix (1973), 620–32

L.L. Perkins: 'Toward a Rational Approach to Text Placement in the Secular Music of Dufay's Time', *Dufay Conference: Brooklyn, NY, 1974*, 102–14

H.M. Brown: 'Words and Music in Early 16th-Century Chansons: Text Underlay in Florence, Biblioteca del Conservatorio, MS Basevi 2442', *Formen und Probleme der Überlieferung mehrstimmiger Musik im Zeitalter Josquins Desprez: Wolfenbüttel 1976*, 97–141

D. Harrán: 'In Pursuit of Origins: the Earliest Writing on Text Underlay (c1440)', *AcM*, l (1978), 217–40

L.L. Perkins and H. Garey, eds.: *The Mellon Chansonnier* (New Haven, CT, 1979), i, 137–48

M. Bent: 'Text Setting in Sacred Music of the Early 15th Century: Evidence and Implications', *Musik und Text in der Mehrstimmigkeit des 14. und 15. Jahrhunderts: Wolfenbüttel 1980*, 291–326

D. Harrán: 'On the Question of Word-Tone Relations in Early Music', ibid., 269–89

F. Tirro: 'La tesitura del testo nei manoscritti di Giovanni Spataro', *RIM*, xv (1980), 31–70

H.M. Brown, ed.: *A Florentine Chansonnier from the Time of Lorenzo the Magnificent*, i (Chicago, 1983), 168–80

R. Jonsson and L. Treitler: 'Medieval Music and Language: a Reconsideration of the Relationship', *Music and Language* (New York, 1983), 1–23

D. Harrán: *Word-Tone Relations in Musical Thought: from Antiquity to the Seventeenth Century*, MSD, xl (1986) [incl. general bibliography]

W. Edwards: 'Text Underlay in Marguerite of Austria's Chanson Album Brussels 228', *Muziek aan het hof van Margaretha van Oostenrijk*, ed. G. Moens-Haenen (Peer, 1987), 33–47

D. Harrán: *In Search of Harmony: Hebrew and Humanist Elements in Sixteenth-Century Musical Thought*, MSD, xlii (1988)

D. Harrán: *In Defense of Music: the Case for Music as argued by a Singer and Scholar of the Late Fifteenth Century* (Lincoln, NE, 1989)

G. Towne: 'A Systematic Formulation of 16th-Century Text Underlay Rules', *MD*, xliv (1990), 255–87; xlv (1991), 143–68

L.M. Earp: 'Texting in 15th-Century Chansons: a Look Ahead from the 14th Century', *EMc*, xix (1991), 194–212

H. Meconi: 'Is Underlay Necessary?', *Companion to Medieval and Renaissance Music*, ed. T. Knighton and D. Fallows (London, 1992), 284–91

W. Edwards: 'Parallel Performance Traits in Medieval and Modern Traditional Mediterranean Song', *RdMc*, xvi (1993), 27–35

J. King: *Texting in Early Fifteenth-Century Polyphony* (diss., U. of Oxford, 1996) [incl. bibliography]

L.L. Perkins: 'Towards a Theory of Text-Music Relations in the Music of the Renaissance', *Binchois Studies: New York 1995* (forthcoming)

D. Harrán: 'How to "Lay" the "Lay": New Thoughts on Text Underlay', *MD*, li (1997) (forthcoming)

G.M. Boone: *Patterns in Play: a Model for Text Setting in the Early French Songs of Guillaume Dufay* (Lincoln, NE, 1999)

DON HARRÁN

**Texture.** A term used when referring to the sound aspects of a musical structure. This may apply either to the vertical aspects of a work or passage, for example the way in which individual parts or voices are put together, or to attributes such as tone colour or rhythm, or to characteristics of performance such as articulation and dynamic level. In discussions of texture a distinction is generally made between homophony, in which all the parts are rhythmically dependent on one another or there is a clearcut distinction between the melodic part and the accompanying parts carrying the harmonic progression (e.g. most solo song with piano accompaniment), and polyphonic (or contrapuntal) treatment, in which several parts move independently or in imitation of one another (e.g. fugue, canon). Between these two extremes is a free-part style (Ger. *Freistimmigkeit*), characteristic of much 19th-century writing for the piano, in which the number of parts can vary within a single phrase. The spacing of chords may also be considered an aspect of texture; so may the 'thickness' of a sonority as determined by the number of parts, the amount of doubling at the unison or octave, the 'lightness' or 'heaviness' of the performing forces involved and the arrangement of instrumental lines in an orchestral work. Although textural control has been a major consideration for composers since the Middle Ages, with the advent of twelve-note composition and serialism in the 20th century and the consequent breakdown of the tonal system in Western art music, texture became an even more important feature of composition. This tendency can be seen particularly in works of Webern, in works (especially aleatory music) of Ives and Cowell and of Varèse, and in the distinctive textures of Crumb and Ligeti.

The word does not have an exact equivalent in any other language; the etymologically related Italian 'testura' and 'tessitura' refer to the register of a single part, usually vocal. Only the German SATZ, which in certain contexts denotes contrapuntal organization (*Dezimensatz* – counterpoint round the interval of a 10th) or part-writing style (*Kantilenensatz* – in the style of 14th- and 15th-century song with a melodic upper voice and more 'accompanimental' lower voices), approaches the meaning of texture.

BIBLIOGRAPHY

A. Hopkins: *Sounds of Music: a Study of Orchestral Texture* (London, 1982, repr. 1993 as *Sounds of the Orchestra*)

J.M. Levy: 'Texture as a Sign in Classic and Early Romantic Music', *JAMS*, xxxv (1982), 482–531

J. Dunsby: 'Considerations of Texture', *ML*, lxx (1989), 46–57

□

**Teyber** [Deiber, Taiber, Taube, Tauber, Täuber, Tayber, Teiber, Teuber]. Austrian family of musicians.

(1) **Matthäus Teyber** (*b* Weinzettel, *c*1711; *d* Vienna, 6 Sept 1785). Violinist and, from 1757, court musician in Vienna. He became a violinist in the Empress Elisabeth Christine's Kapelle on 1 March 1741 and on 13 June married Therese Riedel in Vienna (F.I.A. Tůma and Giuseppe Bonno were witnesses at the wedding); four of their children attained distinction as musicians. He and his family were on friendly terms with the Mozart family by 1773, as Leopold's letters to his wife in August that year indicate. Apart from the four most important members of the family (their dates and even their names are subject to considerable variation in musical literature), another son, Friedrich (*b* Vienna, bap. 13 June 1748; *d* Vienna, 8 Jan 1829), was a talented amateur violinist who became a senior civil servant and was ennobled, and another daughter Barbara (*b* Vienna, ?1750; *d* Vienna, 30 Jan 1832) sang Sara in the première of Haydn's *Il ritorno di Tobia* on 2 and 4 April 1775 in the Kärntnertortheater. Clemens Tauber, a cellist in the Esterházy orchestra early in 1788, was probably no relation.

(2) **Elisabeth Teyber** (*b* Vienna, bap. 16 Sept 1744; *d* Vienna, 9 May 1816). Soprano, daughter of (1) Matthäus Teyber. After study with Hasse and Tesi she made her career mainly in Italy, following a series of Vienna

EXHIBIT 11
PAGE 254

Edited by DON MICHAEL RANDEL

# THE HARVARD DICTIONARY OF MUSIC

**Fourth Edition**

The Belknap Press of Harvard University Press

Cambridge, Massachusetts, and London, England   2003

EXHIBIT 11
PAGE 255

624 Osanna

could be carried outdoors and held in the player's lap or suspended from a strap around the player's neck.

**Osanna.** See *Hosanna.*

**Ossia** [It.]. Or; used to indicate an alternative (often easier) version of a passage.

**Ostinato** [It., obstinate]. A short musical pattern that is repeated persistently throughout a performance or composition or a section of one. Repetition of this type is found in the music of cultures throughout the world and is especially characteristic of the music of Africa, whence its presence in much folk and popular music elsewhere (e.g., *rock) and in some 20th-century Western art music [see, e.g., Africa II, American Indian music II]. The following is a survey of its use within Western art music.

Although any musical element may figure as an ostinato, the most memorable patterns result when it is a melody, a chord progression, a rhythm, or some combination of these. The effectiveness of the ostinato derives from the cumulative impact of the repetitions, especially when they occur at the same pitch, although in some pieces, the ostinato statements are widely separated and may begin at different pitch levels. Melodic-harmonic ostinatos were most prevalent in the Baroque period, while melodic-rhythmic ostinatos appear most often in the 20th century.

A repeating melodic phrase set in the bass is called a basso ostinato, or *ground bass, and is usually from one to eight measures in length, as in Purcell's *Evening Hymn,* Biber's Passacaglia in G minor for solo violin, and Bach's Passacaglia in C minor for organ BWV 582. These three pieces exemplify the possible treatments of a Baroque basso ostinato: Purcell's ground bass modulates, Biber's moves to the upper line, where different harmonies accompany it, and Bach's ascends in register, is decorated slightly, and temporarily disappears, replaced by the harmonic progression alone. Although a close relationship often exists between a melodic ostinato and the harmonies associated with it, as in the Bach example, harmonies are by no means fixed in a piece with basso ostinato. Harmonic ostinatos, on the other hand, have no fixed repeating melody, but do permit occasional new chords, as in the variations on dance basses (Giovanni Antonio Terzi, Gagliard Variations over the *passamezzo* bass for lute, *Mw* 11). Melodic and harmonic variations may give rise to a set of continuous variations that develops irresistible momentum when the upper parts are varied with each repetition of the ostinato unit, as in Pachelbel's Canon in D major, Handel's Chaconne in G with 62 Variations, and all of the instrumental examples cited above [see also Variation, Ground, Chaconne, Passacaglia.] In vocal pieces, the sung phrases do not necessarily coincide in structure with the ostinato, so that a variation form does not result (e.g., Monteverdi, *Zefiro torna,* termed *ciacona*). An unusual piece combining melodic-har-

monic ostinato with continuous variation is Chopin's *Berceuse,* in which the one-bar ostinato becomes structurally subservient to the four-bar melody and its variations. A short ostinato may thus be grouped into larger repetitive units.

The earliest ostinatos appear in medieval music. Melodic ostinatos, usually very short patterns, are found in a single voice, most often the tenor, of 13th-century motets (e.g., *HAM,* nos. 33b, 35). A well-known early ostinato is the *pes* of *"Sumer is icumen in"* (*HAM,* no. 42), which is itself in canon. Rhythmic ostinato became a constructive principle in the isorhythmic motet, although the effect of rhythmic repetition in this context (e.g., Machaut, "S'il estoit nulz," *HAM,* no. 44) is much more diffused than in nearly any melodic ostinato. The ostinato motet with repetitive tenor reemerged in the 15th and 16th centuries, with the phrase recurring on different pitches (e.g., Compère, "Royne du ciel," *HAM,* no. 79, and Morales, *Emendemus in melius, HAM,* no. 128). When this technique is applied to a short phrase, however, the result is sequence rather than ostinato, as in Josquin's *Missa Hercules Dux Ferrariae,* Kyrie II. The 16th century also saw extensive use of harmonic ostinato in the variations (*diferencias, *partitas) on dance basses (e.g., *romanesca, *ruggiero, *passamezzo) that arose in Spain and Italy, later moving to England. The basso ostinato, whether or not used as the basis for variations, flourished during the 17th and 18th centuries; in vocal music, its popularity was partially a result of its appropriateness for basso continuo performance in monody. (See, for example, the many "lament" arias on descending tetrachord ostinatos, or such pieces as Monteverdi's *Lamento della ninfa.*) Falling out of favor with the Classical aesthetic of flexible phrase structure, the ostinato returned in 19th-century variations such as Liszt's *Weinen, Klagen, Sorgen, Zagen* and the finales of Brahms's Haydn Variations op. 56 and Fourth Symphony op. 98. In other 19th-century music, ostinatos make more temporary appearances (Bruckner, Symphony no. 4, 4th movt.) or else may be indistinguishable from motivic continuity (Wagner, *Die Walküre,* end of act 3). In the 20th century, the ostinato emerged as a central element in both variation and nonvariation works. Nearly every major composer of the century, and especially of the first half, wrote a passacaglia, in which the ostinato may be treated either with unprecedented freedom (Schoenberg, *Pierrot lunaire* op. 21, "Nacht") or with literal repetition (Shostakovich, Violin Concerto, 3rd movt.). And with Stravinsky, the melodic-rhythmic ostinato finds its most memorable formulations, as in *Le sacre du printemps,* Symphony of Psalms, and Symphony in Three Movements.

Bibl.: Lilli Propper, *Der Basso ostinato als technisches und formbildendes Prinzip* (Hildburghausen: F. W. Gadow & Sohn, 1926). Richard Litterscheid, *Zur Geschichte des Basso ostinato* (Dortmund: Strauch, 1928). Leopold Nowak, *Grundzüge einer Geschichte des Basso ostinato in der*

EXHIBIT 11
PAGE 256

*abendländischen Musik* (Vienna: Druckerei Guberner &
Harhammer, 1932). Otto Gombosi, "Italia: Patria del basso
ostinato," *La rassegna musicale* 7 (1934): 14–25. Lothar
Walther, *Die Ostinato-Technik in den Chaconne- und Arien-
Formen des 17. und 18. Jahrhunderts* (Würzburg: K Triltsch,
1940). Robert U. Nelson, *The Technique of Variation* (Berke-
ley and Los Angeles: U of Cal Pr, 1948). Kurt Westphal, "Der
Ostinato in der neuen Musik," *Melos* 20 (1953): 108–10.

E.S.

**Otello.** Opera in four acts by Verdi (libretto by Arrigo
Boito, after Shakespeare's *Othello*), produced in Mi-
lan in 1887. Setting: Cyprus in the late 15th century.

**Öter, ötez** [Fr.]. To remove, e.g., a stop or a mute.

**Ottava** [It.]. The interval of an octave; abbr. *8va*.
*All'ottava, ottava alta, ottava sopra,* or *8va* written
above a passage indicates that it should be played an
octave higher than written; *ottava bassa, ottava sotto,*
or *8va* written below a passage indicates that it should
be played an octave lower than written; *coll'ottava* in-
dicates doubling at the octave, either above or below.
In arias of the 18th century, *all'ottava* may indicate
that the vocal line is to be accompanied only in unison
or octaves, without other harmony.

**Ottava rima** [It.]. See *Strambotto*.

**Ottavino** [It.]. *Piccolo.

**Ottoni, stromenti d'ottoni** [It.]. Brass instruments.

**Ours, L'** [Fr., The Bear]. Popular name for Haydn's
Symphony no. 82 in C major Hob. I:82 (1786), the
first of the "Paris Symphonies, so called because of
the series of "growling" pedal points at the opening of
the last movement.

**Ouvert, clos** [Fr., open, closed; Lat. *apertum,
clausum;* It. *aperto, chiuso*]. In secular music of the
Middle Ages, especially the *formes fixes,* the first and
second endings, respectively, of a section to be re-
peated; hence, the equivalent of the modern *prima*
and *seconda volta.*

**Ouverture** [Fr.]. Overture.

**Overblowing.** The process by which a wind instru-
ment is made to sound a harmonic higher than the fun-
damental (first harmonic) [see Acoustics] and thus the
process by which the second and higher registers are
produced. An instrument that functions acoustically
like an open pipe (e.g., the flute) and thus is capable of
sounding the second harmonic (an octave above the
fundamental) is said to overblow at the octave. An
instrument that functions acoustically like a stopped
pipe (e.g., the clarinet) sounds only odd-numbered
harmonics and is thus said to overblow at the twelfth
(the third harmonic). For some instruments, such as
the flute or brass instruments, a change in *embou-
chure* and/or wind pressure produces the change in
mode of vibration from the first to the higher harmon-

ics. In other instruments the transition is aided by a
*speaker key.                                     M.S.

**Overdotting.** See Dotted notes.

**Overstrung.** An arrangement of the strings of a piano
such that those of the bass pass diagonally over those
of the middle register.

**Overtones, overtone series.** See Harmonics, Acous-
tics.

**Overture** [fr. Fr. *ouverture*]. (1) A composition for
orchestra intended as an introduction to an opera or
other dramatic or vocal work. During the 17th and
much of the 18th centuries, the most common desig-
nations for overtures were *sinfonia* and (less often)
*introduzione.* During the same period, overtures to op-
eras and other large dramatic works often served as
preludes to acts other than merely the first.

The earliest operas often had no overtures, but
rather began with a prologue for one or more singers.
The Toccata that precedes the prologue of Monte-
verdi's *Orfeo* (1607) essentially continues the Renais-
sance tradition of opening an aristocratic entertain-
ment with a fanfare for trumpets. Later 17th-century
overtures, generally called *sinfonie* in the sources,
ranged from brief chordal introductions to multisec-
tional *sonata-* and *canzona-*like pieces (e.g., the sin-
fonias to Stefano Landi's *Il Sant'Alessio,* 1632; see
*HAM,* no. 208). Venetian overtures of the second half
of the century were frequently in two movements or
sections, the first in duple, the second in triple meter,
and often featured trumpets (e.g., Carlo Pallavicino's
sinfonia to *Diocletiano,* 1674; see *GMB,* no. 224).

The overture to Alessandro Scarlatti's *Tutto il mal
non vien per nuocere* (1681, rev. 1687 as *Dal male
il bene*) introduced an important new type consisting
of three movements in the pattern fast–slow–fast, the
finale generally a dance movement (normally a gigue
or fast minuet, but not necessarily so labeled). By
1700 the three-movement overture had become the
norm for Italian opera. This type is now sometimes
termed an Italian overture.

In France, overtures were of a specific sort consist-
ing of two parts: first a stately slow section in duple
meter with pervasive dotted rhythms, then a faster fu-
gal section, usually in triple or compound meter. A re-
turn near the end of the second section to the style and
often the material of the opening is common, espe-
cially in later examples. Double-dotting [see Dotted
notes] is expected in the opening section; this section
ends on (or in) the dominant or relative major, and
both sections are repeated in toto. Hence, the form
represents a type of binary or rounded binary form
with contrasting parts [see Binary and ternary forms].

Overtures of the type just described, known as
French overtures *(ouvertures à la française),* appeared
for the first time in Lully's ballet *Alcidiane* (1658).
Their basis was evidently the processional entrée of
the early *ballet de cour,* which by about 1640 often

EXHIBIT 11
PAGE 257

# REBUTTAL VISUAL EXHIBIT B

EXHIBIT 11
PAGE 258

### Bars 13-16 in "Joyful Noise" Verse 1 over bars 5-8 in "Dark Horse" Verse 1



EXHIBIT 11

PAGE 259

# REBUTTAL VISUAL EXHIBIT C

EXHIBIT 11
PAGE 260

**"Get Ur Freak On"**

Ostinato



**"21 Seconds"**

Ostinato



**"Crank That (Soulja Boy)"**

Ostinato

EXHIBIT 11
PAGE 261

# REBUTTAL VISUAL EXHIBIT D

EXHIBIT 11
PAGE 262



The Oxford Companion to

*Music*

Edited by **Alison Latham**

OXFORD
UNIVERSITY PRESS

EXHIBIT 11
PAGE 263

# OXFORD
### UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford New York

Auckland Bangkok Buenos Aires Cape Town Chennai
Dar es Salaam Delhi Hong Kong Istanbul Karachi Kolkata
Kuala Lumpur Madrid Melbourne Mexico City Mumbai Nairobi
São Paolo Shanghai Singapore Taipei Tokyo Toronto

with an associated company in Berlin

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 2002

Database right Oxford University Press (maker)

First published 2002, 2003

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

ISBN 978-0-19-866212-9

13

Typeset by SPI Publisher Services, Pondicherry, India
Printed in India by
Replika Press Pvt. Ltd.

EXHIBIT 11
PAGE 264

**Ortiz, Diego** (*b* Toledo, *c*.1510; *d* Naples, *c*.1570). Spanish viol player and composer. He was *maestro de capilla* of the viceregal chapel at Naples in the mid-16th century. His *Trattado de glosas* (Rome, 1553) is one of the earliest and most valuable treatises on viol-playing, providing formulas for ornamenting cadence patterns and intervals, and including arrangements of a madrigal and a chanson, as well as *recercadas* based on these and on common bass patterns. Ortiz also published (Venice, 1565) a collection of sacred vocal works: hymns, psalms, canticles, and Marian antiphons.          DA/OR

**Osanna.** See HOSANNA.

**Osborne, Nigel** (*b* Manchester, 23 June 1948). English composer. He studied at Oxford and in Poland, and has taught at Nottingham and Edinburgh universities. Such early works as the Cello Concerto and *I am Goya* for voice and four instruments (both 1977) have a distinctive expressionism. Later compositions, for example the Flute Concerto (1980) and the opera *The Electrification of the Soviet Union* (Glyndebourne, 1987), are more expansive but retain a forceful rhetoric, with material that often has explicit social or political content. During the 1990s Osborne spent much time working on behalf of the people of Sarajevo, his music from this time including the *Adagio for Vedran Smailović* (1993) and the opera *Sarajevo* (1994).          AW

**oscillator.** An electronic circuit designed to produce a stream of electric vibrations which can be fed to a loudspeaker to emit sound waves. See ELECTRONIC MUSICAL INSTRUMENTS.          JBo

**ossia** (It., 'or'). A term used to designate passages added as alternatives to the original (and usually easier). Beethoven and Liszt, however, often added alternative passages of difficulty at least as great as those they could replace.

**ostinato** (It., 'persistent'). A fairly short melodic, rhythmic, or chordal phrase repeated continuously throughout a piece or section. Although it is one of the most common and effective continuity devices in music, ostinato is not merely repetitive, like the accompaniment to a Viennese waltz; it also has a structural or thematic function, or both. It is present in Western art music from medieval times to the present day, and in traditional and popular musics. It is especially striking in rock music and jazz as a progressive or structural device. In jazz it is used as an accompanimental figure, generally of one, two, or four bars, repeated without interruption beneath freely composed or improvised parts. In Western music, ostinato is often a characteristic of a more specific compositional procedure, as in the \*chaconne, \*passa-

caglia, and \*ground, and in \*isorhythm and \*minimalism. Where it is applied to a set bass pattern it is known as *basso ostinato*.

Melodic ostinatos almost invariably contain a distinctive rhythm as a secondary element. This is certainly the case in 17th- and 18th-century 'lament' arias, with their descending, often chromatic, ostinato basses—for example in the famous aria from Purcell's *Dido and Aeneas* 'When I am laid in earth', where the unvarying slow triple-metre pattern adds solemnity and pathos to the effect of the superimposed voice part (cf. Cavalli, and Monteverdi's *Lamento della ninfa*)—and in the jaunty syncopated figure that accompanies *Zefiro torna*, from Monteverdi's sixth book of madrigals. It is also true of 13th- and 14th-century isorhythmic motets with their ostinato tenors, and of more expansive bass-accompaniment ostinatos in 19th-century piano music, for example Chopin's Nocturne op. 27 no. 2 and Mendelssohn's 'Venetian Boat Songs' op. 19 no. 6, op. 30 no. 6, and op. 62 no. 5 in his *Lieder ohne Worte*.

Rhythmically animated ostinatos are a particular feature of Stravinsky's style, as in the Symphony in Three Movements and *The Rite of Spring*. 'Mars' from Holst's orchestral suite *The Planets*, the third movement of Britten's *Sinfonia da requiem*, and Ravel's *Boléro* are other striking examples. It could be argued that the characteristic triple-time accompaniments to Chopin's waltzes are clear examples of rhythmic ostinatos. They are, however, intended not as thematic repetitive figures but rather as rhythmic–harmonic accompaniment and are therefore not true ostinatos. Less animated but equally persistent are the rhythmic ostinatos that pervade such arias and sections of operas as the solemn opening of Puccini's *Gianni Schicchi* (1918) or 'Were I thy bride' from Sullivan's *The Yeomen of the Guard*.

The most simple chordal ostinatos appear in jazz, where a pair of chords, for example C–B♭ or C minor–F, may recur as a basis for variation. Obstinate repetitive chord patterns feature in Stravinsky's *The Rite of Spring* and *The Firebird*.

Harmonic ostinatos occur when a chordal pattern is mapped out but where the melodic and rhythmic element is less pronounced, as for example in the Chorus of Shades in Rossini's *Mosè in Egitto*.          CRW

**Ostrčil, Otakar** (*b* Prague, 25 Feb. 1879; *d* Prague, 20 Aug. 1935). Czech composer and conductor. Although he initially studied and taught languages, he took composition lessons from Fibich and was influenced by the musical aesthetician Otakar Hostinský. He gained experience conducting choirs and at the Vinohrady

EXHIBIT 11

PAGE 265

# REBUTTAL VISUAL EXHIBIT E

EXHIBIT 11
PAGE 266



## MTO 7.6 Examples: Butler, Turning the Beat Around

(Note: audio, video, and other interactive examples are only available online)
http://www.mtosmt.org/issues/mto.01.7.6/mto.01.7.6.butler.php

**Example 1a.** The Chemical Brothers, "Piku"



**Example 1b.** The Chemical Brothers, "Piku"



EXHIBIT 11
PAGE 267

**Example 1c.** The Chemical Brothers, "Piku," transcribed so the synthesizer is less syncopated



**Example 2.** Underworld, "Cups"

The three parts of the written example represent the three phases discussed in paragraph 9:

1. The entrances of the synthesizer and cymbal patterns (example 2a)
2. The entrance of the drumbeat, which will sound like a displacement to more "radical" listeners (example 2b)
3. The confirmation of the displacement by an additional synthesizer pattern (example 2c)

The audio file presents these three phases in order.

Example 2a



Example 2b

Displacement dissonance = D8+1    (Eighth note = 1)

EXHIBIT 11
PAGE 268

Example 2c



**Example 3.** Underworld, "Moaner"

The reader is invited to try focusing on different sixteenth notes, and to listen for the timbral change.



EXHIBIT 11
PAGE 269

**Example 4.** Everything But the Girl, "Compression"

The following excerpts show most of the patterns that occur in "Compression." They proceed in order
from the solo drumbeat that begins the song to a texturally dense passage in the middle. The listener
should follow parts a through e down the page as the audio file plays; there are pauses after parts b, c, and
d. Please note that some passages have been omitted for the sake of concision.



EXHIBIT 11
PAGE 270



**Example 6.** Projected Potential (Hasty, Example 7.2, p. 85)



EXHIBIT 11
PAGE 271

**Example 7.** Continuation in Duple and Triple Meter (Hasty, Example 9.17, p. 131)





**Example 8.** Deferral (from Hasty, Example 9.18f, p. 132)



**Example 9.** Denial of Q′ in 3+2/4 (Hasty, Example 9.28d, p. 146)



EXHIBIT 11
PAGE 272

**Example 10.** Denial of R′ in 2+3/4 (Hasty, Example 9.28c, p. 146)



EXHIBIT 11
PAGE 273

MTO Home    Current Issue    Previous Issues    Submit    Jobs    Dissertations    About    Journals    SMT

Volume 7, Number 6, December 2001
Copyright © 2001 Society for Music Theory

# Turning the Beat Around: Reinterpretation, Metrical Dissonance, and Asymmetry in Electronic Dance Music

Mark J. Butler



KEYWORDS: rhythm, meter, reinterpretation, metrical dissonance, layering, asymmetry, electronic dance music, African music, Harald Krebs, Jay Rahn, Stephen Handel, Christopher Hasty

ABSTRACT: This paper considers some of the issues involved in the analysis of rhythm and meter in electronic dance music. It begins by considering metrical dissonance and ambiguity within the context of a layered approach to musical meter; it also highlights some of the distinctive ways in which these phenomena are manifested in this repertory. The second half of the paper focuses on the use of asymmetrical patterns in electronic dance music and considers some broader questions of rhythmic and metrical theory. Throughout, the paper draws upon a number of different music-theoretical sources, including work by Harald Krebs, Jay Rahn, and Christopher Hasty, as well as scholarship in ethnomusicology and cognitive science.

*Received 22 July 2001*                                    PDF text | PDF examples

[1] Within the past decade, music-theoretical analysis of popular music has become increasingly common. Nonetheless, until quite recently the purview of such research has been relatively limited, focusing mainly on classic and art rock from the 1960s and 70s. While these repertories have provided fertile ground for analytical exploration, several more recent genres and styles raise interesting structural, semiotic, and aesthetic questions that also merit study.

[2] One of the most distinctive types of contemporary popular music is electronic dance music, a broad category that includes styles such as techno, house, drum-n-bass, and trance.[1] Electronic dance music differs from both rock and art music in a number of ways, all of which suggest avenues for productive theoretical investigation. While many genres of popular music are distinguished from each other on the basis of "surface" differences such as instrumentation or lyrical content, electronic dance music presents a distinctive overall formal structure in addition to its characteristic instrumentation. It also differs from most other types of Western music in its rejection of harmony as a primary musical parameter. Its use of pitch is typically restricted, with the majority of musical development taking place instead in the realms of rhythm, meter, texture, and timbre. Consequently, these areas should be principal concerns for the analyst wishing to pursue a close examination of musical sound in this repertoire.

[3] Rhythm provides an ideal starting point, as it seems to be the element to which listeners and fans of EDM relate most directly. This connection is most immediately apparent on the dance floor, where audiences physically enact the rhythms of the music. Written discussions of electronic dance music also tend to highlight its rhythmic qualities—references to its "unrelenting rhythm," "pulsing dance rhythms," and "irresistible tribal rhythm" are common[2]—and fans often refer to the music simply as "beats" (as in, "let's go to the club and hear some beats"). Yet EDM poses a challenge to the analyst, for it differs in many ways from the repertoires that current music-theoretical models of rhythm and meter were developed to address. Transcription can give the impression that it is less complex rhythmically than these other bodies of music: although it typically consists of many different textural layers, each of which has a different rhythmic pattern, these patterns can appear quite simple when considered individually, and they repeat for long periods of time without changing. Nonetheless, the experience of listening to electronic dance music is neither simple nor monotonous, for it engages one's perception of rhythm and meter in a number of interesting ways. In this paper I will examine some of the issues involved in the analysis of rhythm and meter in this repertoire. In the first half of my paper, I will consider metrical dissonance and ambiguity within the context of a layered approach to musical meter. The discussion, which will be centered upon several short musical examples, will also highlight some of the distinctive ways in which these phenomena are manifested in EDM. The second half of my paper will focus on the use of asymmetrical patterns in

EXHIBIT 11
PAGE 274

EDM. Though this section will begin with two musical examples, it will develop into a more general discussion focusing on broader questions of rhythmic and metrical theory. Throughout the paper I will draw upon scholarly work in a number of different fields, including music theory, ethnomusicology, and cognitive science.

[4] Let us first consider a brief musical example, an excerpt from the song "Piku" by The Chemical Brothers. At the beginning of this example, two distinct textural layers, defined by timbre and by rhythmic patterns, are audible; they are not aligned, however (**Example 1a**). Accents are created by register in the synthesizer pattern and by attack-point spacing in the percussion part, thus suggesting two different streams of quarter-note pulses. This state of nonalignment continues for about thirty seconds. Although the balance between the two parts changes as the example unfolds, neither beat pattern stands out clearly as the dominant one. Thus one can easily shift attention from one pattern to another, so that the figure/ground relationship between the two patterns reverses.[3] In fact, the reader is encouraged to do so while listening to the example.



**Example 1a.** The Chemical Brothers, "Piku"

(click to enlarge and listen)

[5] This pattern forms what Harald Krebs would describe as a displacement dissonance, a type of metrical dissonance in which two or more layers of the same length are nonaligned.[4] The term *metrical dissonance* is derived from Maury Yeston's discussion of *rhythmic* consonance and dissonance.[5] Like Yeston, Krebs believes that meter is formed by the interaction of several different layers of motion. Usually at least three layers are present: the pulse layer, which is the fastest regular layer of motion, and two or more slower-moving interpretive layers, which group the pulse layer into larger units. In $\frac{3}{4}$ time, for example, there is a pulse layer consisting of eighth-note motion, one interpretive layer of quarter-note motion, and a larger interpretive layer of dotted-half-note motion.[6]

[6] A displacement dissonance occurs when an interpretive layer sounds like it is displaced from a metrical layer; the conflicting layer is called the *antimetrical* layer. Since electronic sound production facilitates this sort of nonalignment, it is not surprising that it is a frequent source of metrical dissonance in EDM. In Example 1a, a sixteenth-note pulse layer is grouped by two different patterns moving in quarter notes. This excerpt differs from most of Krebs' examples, however, because it is in a certain sense *prior* to meter; there is no larger layer grouping the quarter notes into measures. This heightens the ambiguity of the example: it is unclear which layer is metrical and which is antimetrical.[7] If we decide to focus on the synthesizer pattern, then we hear the snare drum being displaced by three sixteenth notes, a dissonance that Krebs would describe as D4+3.[8] On the other hand, if we attend to the snare drum pattern, then we hear the synthesizer as displaced by a single sixteenth-note, or D4+1. Both of these possibilities are summarized at the bottom of Example 1a. According to Krebs, the closer a dissonance is to a state of alignment, the greater the intensity of its dissonance. In this example, then, either possibility creates a rather strong dissonance. If the layers were displaced by two sixteenth notes, however, the dissonance would be less intense; furthermore, there would be less opportunity for reinterpretation.

[7] **Example 1b**, another excerpt from "Piku," begins in the same place as the previous example but continues further into the song. I suggest listening to the example apart from the transcription at first; as before, try to experiment with different figure/ground relationships, and note the nonalignment of the layers.



**Example 1b.** The Chemical Brothers, "Piku"

(click to enlarge and listen)

[8] Near the end of the example, a bass drum with a regular half-note pulse enters (see Example 1b). This new layer seems to solve the problem of nonalignment. The snare drum part of Example 1a drops out, and the new synthesizer pattern seems like a union of the previously nonaligned layers, combining the two-eighths pattern on B and G♯ with the sixteenth note/dotted-eighth rhythmic pattern previously played by the snare drum (see brackets in Example 1b).[9]



**Example 1c.** The Chemical Brothers, "Piku," transcribed so the synthesizer is less syncopated

(click to enlarge)

[9] In this example, the entrance of a new layer resolves a metrical dissonance. In other cases, such an entrance may actually *create* a metrical dissonance. For example, at the beginning of the song "Cups" from Underworld's 1998 album *Beaucoup Fish*, the synthesizer pattern clearly begins on the downbeat of a $\frac{4}{4}$ measure, as shown in **Example 2a**. This hearing is soon confirmed by a cymbal pattern articulating a quarter-note pulse. After about fifteen seconds of the synthesizer pattern, however, a loud



**Example 2.** Underworld, "Cups"

(click to enlarge, see the rest, and listen)

EXHIBIT 11
PAGE 275

drumbeat comes in with a different pattern, whose entrance is offset from the previously established measure by a single eighth note. If one focuses on this drumbeat, it is possible to hear the beat pattern shift, so that the synthesizer and cymbal patterns now seem to occur on offbeats. As shown in **Example 2b**, the repetition of these patterns suggests a D8+1 displacement dissonance. At this point, though, the evidence for this hearing remains inconclusive; conservative listeners may not be willing to give up the initial metrical framework just yet.[10] The displacement becomes definitive, however, after the first eight bars of the drumbeat, when a new synthesizer pattern begins to reinforce the downbeat of the drumbeat pattern (**Example 2c**).

[10] Electronic dance music is not the only type of popular music in which displacement dissonances occur, of course. Other scholars have pointed out related phenomena in repertoires such as rock, jazz, and blues. For instance, Dave Headlam has discussed the use of metrical conflict and "metric shift" in "Rollin' and Tumblin'," a work that began as a blues song and was subsequently recorded by the rock band Cream. Headlam's analysis centers on a motive that appears in several versions of the song. In recordings by blues musicians such as Muddy Waters, the motive is syncopated, emphasizing beats 2 and 4 of each $\frac{4}{4}$ bar. This pattern of accentuation is highlighted further in the 1966 Cream version, when a newly added drum pattern (which initially reinforced the prevailing meter) is shifted one beat over, producing a displacement dissonance. The conflict created by this dissonance is eventually resolved, however, during the B section of the song, in which both the motive (now appearing one beat earlier) *and* the drum pattern align perfectly with the meter.[11]

[11] Another example of metrical dissonance in rock is provided by John Covach, who discusses the presentation, development, and eventual resolution of a metrical dissonance across the course of Yes's song "Close to the Edge."[12] Examples of metrical dissonance are also easily found in jazz.[13] For the purposes of the present discussion, then, the significance of these metrical phenomena lies not in the mere fact of their occurrence in electronic dance music, but rather in the distinctive ways in which they are used. For instance, consider how the metrical dissonances described above are situated within the larger works of which they are a part. In the EDM examples, metrical dissonance almost always occurs as part of a process unfolding continuously in real time. In comparison, in the examples discussed by Headlam and Covach, related metrical dissonances are generally separated from each other temporally, sometimes by rather considerable distances (for instance, the time interval between the second and third appearance of the dissonance in "Close to the Edge" is approximately 9 minutes). After their initial presentations, their implications and inherent tensions are developed in various ways, as might occur with a motive in a Classical work.[14] The exploration of motivic possibilities is also a well-known feature of jazz improvisation, and Cynthia Folio's examples can be understood in these terms.[15] In electronic dance music, on the other hand, the emphasis is not so much on the long-range exploration of a motive's possibilities as it is on producing an immediate and striking effect—either to create a point of formal articulation (as in Example 1b, in which the resolution of the opening metrical dissonance coincides with the beginning of the work's first groove), or to introduce an element of surprise (as in Example 2, in which an otherwise straightforward textural buildup is complicated by the introduction of a displacement dissonance).

[12] Furthermore, while the types of metrical dissonance discussed by Krebs can occur in many different repertoires, they are particularly relevant to electronic dance music for a number of reasons. As discussed above (paragraph 5), the Yeston/Krebs model conceptualizes meter as the union of several layers of motion. As in the music of Robert Schumann (the composer upon whom Krebs has focused most extensively), these layers are particularly clear in electronic dance music. They often appear as discrete elements of the texture, individuated by timbre, register, and pattern repetition. For instance, in a $\frac{4}{4}$ meter, one might find one part of the texture articulating a quarter-note pulse, another moving primarily in eighth notes, and a third emphasizing the whole-note layer, with each element being registrally and timbrally distinct. Dissonant layers usually stand out clearly as well.

[13] The situation just described might not seem all that unusual in and of itself. In electronic dance music, however, this layered approach to metrical construction is further emphasized by the relative equality of its textural layers. No single voice dominates the texture: in contrast to the vast majority of commercial popular music produced in America and Europe since the advent of rock-n-roll, EDM is not vocal music; in general, its only verbal elements are short, fragmentary samples.[16] Neither does it replace solo voices with instrumental ones: unlike a great deal of classical (and other) instrumental music, it does not as a general rule employ melody-and-accompaniment textures.

[14] Layering is also absolutely essential to the way electronic dance music is recorded and performed. In the studio, EDM is produced in a multi-channel environment, which allows all of its sound sources to be controlled independently, so that layers of motion can be combined in a variety of interesting ways. Of course, this technology is not limited to EDM; in fact, it is commonplace in contemporary popular music. In most pop traditions, however, audiences expect performers to be able to produce reasonable facsimiles of their recordings in live performance, a factor that may limit the complexity of metrical dissonance. This is not the case in EDM, though. In this repertoire, a completely different tradition of live performance exists, one in which DJs, rather than studio artists, take center stage.[17] For the most part, records are treated not as finished products but as raw material for manipulation by the DJ. While the music that one hears at a nightclub or a rave originates in the studio, records are rarely heard in their original studio-produced forms. Instead, they are manipulated and combined with other records in a real-time process that produces substantially different compositions. The DJ uses turntables to play two or more records at once and a mixing board to control the balance between the records (one record is usually more prominent). The mixing board also allows the DJ to control the high, middle, and low range of each record, which makes it possible to manipulate layers *within* as well as *between* records. This capability facilitates the real-time creation of displacement dissonances like those seen in Examples 1a/1b and 2 (which are taken from studio-produced recordings). For instance, reinterpretations (cf. Example 2b) can be created by playing a pattern such as that found in Example 2a on one record, then bringing in the bass drum of another record on the offbeats. The lower, more resonant bass drum sound "turns the beat around," but the first pattern persists, thereby

EXHIBIT 11
PAGE 276

producing a displacement dissonance. Conversely, given a situation like that of Example 2c, the DJ might use the high- and low-range controls to remove the bass drum and high synth pattern, thus calling a seemingly clear metrical interpretation into question.

[15] Thus, while a layered conception of musical meter can be applied to many different repertoires, it is particularly well suited to electronic dance music, in which a layered approach is fundamental to musical construction. As we have seen, this approach manifests itself in a variety of ways: in techniques of performance and production, in the connection between metrical and textural layers, and in the relative equality of textural layers. In fact, this last feature promotes another distinctive characteristic of this repertoire: in many cases, especially near the beginning of a track, there is no definitive accentual interpretation of a passage. Examples 1 and 2 demonstrate this phenomenon quite clearly. In Example 1a, as previously discussed, it is unclear which layer is metrical and which is antimetrical; in Example 2, a layer that is suggested as metrical eventually turns out to be antimetrical.[18] The absence of a definite interpretation in such situations encourages the listener to experiment with different interpretations. In repetitive music such as EDM, this ambiguity often plays a crucial role in the creation of musical interest. In fact, Steve Reich has noted a similar phenomenon in minimalist music. Of his own music, he says: "If I compose music that is to use repeating patterns and is also to remain interesting I *must* build in rhythmic ambiguity to make it possible for the ear to hear a given pattern beginning and ending in different places depending on slight differences of accent and on how one listens."[19]

[16] In the previous examples, ambiguity was created by the interaction of two or more patterns. As Reich's statement suggests, however, individual patterns can also be *inherently* ambiguous. In fact, extreme simplicity often promotes such ambiguity. For example, consider the TICK-tock-TICK-tock-TICK-tock pattern of a clock. By focusing on the "tock," one can easily hear the opposite accentual pattern: tick-TOCK-tick-TOCK-tick-TOCK.[20]

[17] This type of ambiguity also figures prominently in electronic dance music. As an example, let us consider another track by Underworld. This song, entitled "Moaner," begins with a drumbeat articulating a steady quarter-note pulse; between these beats, a synthesizer plays three sixteenth notes, as shown in **Example 3a**. It seems probable that the drumbeat, being louder and longer in duration, would play the primary role in determining the

**Example 3.** Underworld, "Moaner"



(click to enlarge, see the rest, and listen)

accentual pattern. The synthesizer sound also attracts attention, however, by changing timbrally and dynamically, while the sound of the drumbeat does not vary. As one focuses on the synthesizer sound, one can hear an accent on the second sixteenth note of the pattern, as shown in **Example 3b**. It is also possible to hear an accent on the third sixteenth, as seen in **Example 3c**. This last hearing begins to be noticeable after about fourteen seconds of the song. At this point, the timbre of the sound begins to change, as a process called a filter sweep, which gradually begins to emphasize the upper partials, is applied to it. The sound crescendos at the same time. Underworld also draws attention to the sound changes by altering the drum pattern very slightly just before the changes begin.

[18] In a sense, the interpretations shown in Examples 3b and 3c create displacement dissonances with the drumbeat. These dissonances differ from the one heard in Example 2c, however, since they are created by the reinterpretation of an already-sounding pattern, rather than by the entrance of a new pattern. As such, they are inherently more fragile: if one focuses too much on the drumbeat, the new interpretations of the synthesizer pattern seem to fade away.

[19] In addition to highlighting the ambiguity found in these examples, I have tried to emphasize the way that accentual and/or metrical interpretations evolve or emerge while one listens to them. In this respect, I am inspired by the work of Christopher Hasty and Gretchen Horlacher, who have captured this quality of musical experience very effectively in their approaches to meter. For instance, Hasty writes that "a piece of music, while it is going on, is incomplete and not fully determinate—while it is going on, it is open, indeterminate, and in the process of becoming a piece of music."[21] The processual quality that Hasty describes is particularly noticeable in electronic dance music. As in minimalist and other types of repetitive music, processes unfold very gradually in EDM. Patterns are repeated for long periods of time. For example, in "Moaner," the patterns heard in Example 3 repeat almost constantly throughout the length of the song—approximately 7½ minutes. Such repetition is an asset in minimal music,[22] since it gives the listener time to rehearse different rhythmic interpretations. Although other sounds enter throughout the course of the song, masking the original, accentually indeterminate pattern, it continues to be heard beneath the surface, giving the entire song an aura of instability.

[20] We have now heard several examples of the rhythmic and metrical phenomena that occur in electronic dance music, including displacement dissonances and various types of ambiguity. In the next portion of this paper, I will focus on another feature—namely, the use of asymmetrical patterns. Although I will begin by looking at two musical examples, the majority of my discussion will focus on certain broader questions of rhythmic and metrical theory. I will highlight the issues raised by EDM's asymmetrical patterns and will suggest some approaches that are particularly useful for dealing with them.

[21] All of the examples considered thus far have contained layers of steady quarter-note or half-note motion (even though the metrical context of these layers was not always clear). However, while electronic dance music often

**Example 4.** Everything But the Girl, "Compression"

EXHIBIT 11
PAGE 277

features even rhythms very prominently, this is not always the case. For instance, in the track "Compression" by Everything But the Girl, a prominent drumbeat repeats the pattern quarter-eighth/quarter-eighth/quarter throughout. Timbral changes within the pattern suggest divisions after each of the eighth notes, and almost all of the rhythmic



(click to enlarge, see the rest, and listen)

patterns in the track reinforce this 3+3+2 division; the only exception is the triplet pattern played by Synthesizer 1, which occurs at a low dynamic level. (See **Example 4**, a–e.) Thus there is very little to suggest a quarter-note pulse in this track. A 3+3+2 pattern (again divided into quarter-eighth/quarter-eighth/quarter) also underlies much of Underworld's "Pearls Girl" (though the variable fourth measure departs from this organization).

[22] Patterns that divide a measure asymmetrically occur in a number of different repertories, including folk music of the Balkans and drum ensemble music of sub-Saharan Africa. In some cases, especially in the former repertory, the number of pulses in the measure is a prime number, which means that the beat patterns comprising the meter *must* be irregularly spaced. In electronic dance music, however—as in much African percussion music—the measure contains a nonprime number of pulses.[23] This makes it considerably more difficult to determine the meter when asymmetrical patterns are prominent, since the measure can also be divided evenly. Should the recurring asymmetrical patterns be considered metrical, resulting in meters such as 3+3+2/8 or 3+3+3+3+4/16, or should they be treated as syncopations against a regular background?

[23] In addressing this question, it is useful to see what scholars of African music have to say, as some of them have given considerable attention to the issue.[24] Thus in the next few paragraphs I will focus primarily on their arguments, though I will also relate their observations to electronic dance music. In general, Africanists' opinions on meter and asymmetrical patterns seem to fall into two different schools of thought. On the one hand, scholars such as Robert Kaufmann argue that regularly recurring asymmetrical patterns can become metrical, so that they do not seem syncopated.[25] In such cases, notes that would be accented in a $\frac{4}{4}$ meter might sound syncopated in a meter such as 3+3+2/8. For instance (returning for the moment to EDM), in Example 4b the third note of the Synthesizer 1 part, which would fall on a half-note beat in $\frac{4}{4}$ time, would be syncopated if the beats follow a 3+3+2 division.

[24] On the other hand, quite a few ethnomusicologists have rejected this sort of interpretation, arguing instead that listeners infer a background of evenly spaced beats behind groupings such as 3+3+2.[26] The view of meter as a grid—a regular background against which irregularity can occur—is also central to many music-theoretical models of meter. One of its most influential expressions occurs in *A Generative Theory of Tonal Music*. In this work, Lerdahl and Jackendoff posit the regular alternation of strong and weak beats as a *precondition* for meter. In their well-formedness rules for meter, they stipulate that "at each metrical level, strong beats are spaced either two or three beats apart" and that "each metrical level must consist of equally spaced beats."[27] And while they focus specifically on Western tonal music, another music theorist, David Temperley, has recently applied their approach to both African traditional music and Western rock music.[28]

[25] Scholars of African music have objected to the grid approach for a number of reasons. Some, like Kaufmann and Stone, feel that it represents a "Western" approach to meter rather than an African one.[29] Others, while not denying that the grid can be applied to African music, question whether it really suits the music. Thus the question becomes not so much "is the meter 3+3+2/8 or $\frac{4}{4}$?", but rather "what is the best way of conceptualizing rhythm and meter in music in which asymmetrical patterns are prominent?". This question is equally applicable to EDM featuring such patterns. While it is certainly *possible* to accommodate the 3+3+2 rhythms of "Compression" and "Pearls Girl" within a background of evenly spaced metrical beats, such a maneuver says little about how these patterns relate to that background.[30]

[26] Furthermore, even if one accepts the separation between rhythm and meter that is fundamental to most grid approaches, there is much to suggest that the whole relationship between the two is different in EDM and African music. In much common-practice-era Western music, departures from the metrical structure end up reinforcing it; they pull against it just enough to call attention to it. Scholars have suggested that this phenomenon occurs with syncopation in rock as well; for instance, Temperley, arguing that rock syncopations are best understood as displacements from specific metrical beats, writes that "syncopated rhythms often seem to reinforce the metre of a song rather than conflicting with it."[31] In African percussion music, on the other hand, the rhythms of the surface tend to set up expectations of their own through persistent repetition, in spite of their irregular spacing within the measure. Thus Jay Rahn writes:

> [Asymmetrical] ostinatos . . . are not mere outgrowths of the referential meters of the pieces in which they occur. In each case, they represent persistent deviations from the divisive patterns that accompany them. . . . Ethnomusicologists have observed that African musicians say these sorts of asymmetrical time lines represent an audible point of reference for the ensemble as a whole. That is, in some instances, African performers apparently find their point of rhythmic orientation within a dense texture not with respect to a pulsating pattern or a divisive, unsyncopated pattern, but rather in relation to a seemingly syncopated pattern that appears to deviate constantly from the meter of the piece.[32]

In comparison, meter seems to be more purely referential, a simple yardstick rather than the focus of compositional attention—in the words of Arthur M. Jones, "a kind of metronome which exists behind the music."[33]

[27] I contend that many of the same conditions apply to electronic dance music in which asymmetrical patterns are prominent.

EXHIBIT 11
PAGE 278

Although almost all EDM can be transcribed in $\frac{4}{4}$ (or, less commonly, $\frac{2}{4}$), the ways in which the music is layered (cf. paragraphs 12–14), in combination with its persistent repetition of rhythmic patterns over long spans of time, encourages the listener to attend to the periodicities of individual layers rather than focusing on how those layers deviate from a single underlying structure.[34]

[28] These observations suggest a shift in emphasis, a change in the way rhythm is viewed with respect to meter in electronic dance music. Rhythm begins to seem not so much like a foreground phenomenon embellishing some deep background structure, but rather as a structurally significant element in its own right. Writers studying other repertoires have suggested similar changes in focus. For instance, Dave Headlam, in a discussion of rhythm and meter in the country blues, writes:

> Is it more useful to regard, for instance, Robert Johnson's songs as beginning from a regular metrical basis, as many writers do, with the surface described as "irregular"? Or is an irregular (or, better, not necessarily regular) rhythmic approach more appropriate, with any regular surface meter regarded as a compositional and performance by-product of the grouping structures?[35]

[29] Likewise, Jay Rahn argues with respect to African music that "one might like to determine how such syncopated patterns can be considered 'rhythms of reference' and whether there is any sense in which they can be viewed as regular. Rather than describing these patterns negatively (e.g., as deviations from a divisive organization), perhaps one can discern positive features in their structures."[36] To this end, he has explored the special properties of these rhythms. In fact, Rahn is one of a number of writers whose work suggests alternatives to grid-based views of asymmetrical patterns. In the rest of this section (paragraphs 30–36), I will explore three of these alternatives. It is not my goal in discussing this research to suggest an all-encompassing model of asymmetry (or, more generally, of rhythm and meter) in electronic dance music, for much additional research would needed before such a model could be proposed. I believe, however, that the approaches of these authors will suggest some ways in which the construction of a broader model might proceed.

[30] Much of Rahn's work in this area builds upon diatonic set theory, drawing parallels between pitch collections such as 7–35—a set that has long been treated as "structurally privileged"—and asymmetrical rhythm patterns.[37] For instance, following Clough and Douthett,[38] Rahn notes

Example 5

0:00 / 0:29

that these "diatonic rhythms" are maximally even: in informal terms, this means that the number of attacks within each pattern is distributed as evenly as possible among the pulses in the cycle. This property can also be seen in EDM, which contains many of the diatonic rhythms that Rahn discusses. For example, the quarter-eighth/quarter-eighth/quarter (2+1+2+1+2) pattern of Example 4 and **Example 5** is a maximally even distribution of five attacks among eight pulses—in contrast, for example, to the foursquare rhythm eighth-eighth-eighth-eighth-half.[39] Furthermore, while certain foursquare patterns (e.g., four quarter notes in $\frac{4}{4}$ time) are also maximally even, diatonic rhythms such as 2+1+2+1+2 are maximally *individuated* as well. In other words, each note within the pattern has a unique set of relationships with every other note. For instance, in the 2+1+2+1+2 pattern, the third note occurs three pulses after the first note, one pulse after the second note, two pulses before the fourth note, and three pulses before the last note; no other note within the pattern has the same set of relations to its surrounding notes. In addition, in contrast to maximally individuated foursquare rhythms (for example, half-quarter-eighth/eighth), notes within diatonic rhythms cannot be easily ranked in terms of metrical strength.[40]

[31] The properties cited by Rahn suggest possible reasons for the special presence of the asymmetrical patterns that occur in electronic dance music—the way in which they seem to stand on their own apart from any metrical grid. For instance, attacks within maximally even asymmetrical patterns are *almost* as regular as metrical beats. Because of the slight irregularities of these patterns, however, each attack has a unique relationship to every other attack, which is not the case in completely even rhythms. These structural features distinguish this type of organization from that of meter, even though the rhythms produced by diatonic organization can coexist with a variety of metrical structures.

[32] A quite different, though not unrelated, approach to the "presence" of asymmetrical patterns is suggested by some of Stephen Handel's recent work. In a 1998 article, Handel considers how metrical structure interacts with a special type of grouping known as *figural* organization.[41] When figural organization is in effect, tones are heard as discrete groups. The listener attends to the number of tones constituting each group, but not to the exact timing between the groups. This means that different rhythms can have the same figural organization. For instance, in a 16-pulse pattern, the rhythms X . X . . X . . . . X . X . . . and X . X . . . X . . X . X . . . (where Xs stand for attacks, dots stand for unarticulated beats, and tones separated by only one beat are considered part of the same group) have an identical figural organization, which Handel defines as two tones, silence, one tone, silence, two tones, silence (or 2-1-2-).[42] Cognitive psychologists have claimed that meter is necessary to compensate for the imprecision of figural hearing—that listeners use it to measure the differences between otherwise similar rhythms. The three experiments that form the basis of Handel's article suggest, however, that figural organization may be just as important as meter in rhythmic perception. Handel found that listeners tend to have a hard time discriminating between rhythms with the same figural structure;[43] furthermore, the effect of meter (and of various strategies aimed at highlighting metrical organization) is particularly limited in "weakly metric" patterns (those in which the majority of attacks do not coincide with tactus-level beats). Handel's focus on the relationship between meter and "weakly metric" rhythms makes his work promising for scholars of electronic dance music, since asymmetrical patterns frequently intermingle with even rhythms in this repertory. (A classic example is 808 State's track "Cubik," in which a prominent 3+3+3+3+4 synthesizer pattern

EXHIBIT 11
PAGE 279

sounds against even quarter-note drumbeats.) Handel's findings, like those of Rahn, discourage us from viewing asymmetrical rhythms as embellishments of a metrical background and provide another way of accounting for their distinctive perceptual qualities.[44]

[33] All of the grid alternatives discussed thus far emphasize rhythmic organization over metrical structure. Nonetheless, they still preserve some sort of separation between rhythm and meter. Another possibility is to reject this division altogether. This is the approach Christopher Hasty takes in his recent book *Meter as Rhythm*. Instead of seeing metrical accents as a series of timepoints, Hasty characterizes meter in terms of events. He claims that meter arises when the duration of an event is replicated through a process called projection. See **Example 6**, a reproduction of his Example 7.2. In this diagram, capital letters A and B represent two events. At first, we do not know how long A will last. When B begins, however, the duration of A becomes definite; it now has the potential to be replicated by B. This projective potential is shown by the solid arrow Q; the dotted line Q' shows the projected duration.[45]

[34] Hasty also classifies events as beginnings, continuations, or anacruses. He then uses these concepts to discuss different types of meter, claiming that certain types involve more complex perceptions than others. Duple, or *equal* meter, is the simplest type because it involves the perception of a second event as a continuation of an initial event (see **Example 7**, part a, in which continuation is shown by the arrow Q). Triple meter involves a more prolonged sense of continuation, as shown in Example 7, part b; it is also more complex than duple because it *denies* a potential two-beat duration, as indicated by the crossed-out arrow Q in **Example 8**. Hasty describes this special type of denial as *deferral*.[46]

[35] In Hasty's system, meters consisting of irregularly spaced beats engender considerably more complicated perceptual processes. In duple and triple, all suggested projections are realized (although in the case of triple, the last projection is deferred); in an asymmetrical meter, however, some projections will never be realized. For example, in $\frac{5}{8}$ meter with a 3+2 division, the three-beat projection suggested by the first part of the measure is denied when the second measure begins. See **Example 9**, in which the potential duration Q', indicated by the dotted line, is denied. A similar denial occurs in the second measure of a 2+3 pattern, as shown in **Example 10** by the dotted line R'. Although Hasty claims that our perception of such patterns is complex, he notes that they should not be considered "unnatural or confused."[47] His approach is useful for EDM because it does not simply describe irregular patterns as syncopated, but rather provides a detailed description of the processes engendering their rhythmic complexity. In this way it can provide a convincing account of the richness that one perceives in the rhythmic surface of this music.[48]

**Example 6.** Projected Potential (Hasty, Example 7.2, p. 85)



(click to enlarge)

**Example 7.** Continuation in Duple and Triple Meter (Hasty, Example 9.17, p. 131)



(click to enlarge)

**Example 8.** Deferral (from Hasty, Example 9.18f, p. 132)



(click to enlarge)

**Example 9.** Denial of Q' in 3+2/4 (Hasty, Example 9.28d, p. 146)



(click to enlarge)

**Example 10.** Denial of R' in 2+3/4 (Hasty, Example 9.28c, p. 146)



(click to enlarge)

[36] As the foregoing discussion has shown, the approaches of Rahn, Handel, and Hasty each provide a distinctive contribution to our understanding of the asymmetrical patterns that occur in electronic dance music. Rahn provides a structural account of the special characteristics of these rhythms, while Handel and Hasty focus more on issues of perception. Handel suggests an alternate mode of hearing that may play a role in the cognition of such patterns; Hasty, on the other hand, applies the same perceptual principle (projection) to all meters, while also showing the unique ways it plays out in irregularly spaced meters. While there are obvious differences between these approaches, they should not be considered mutually exclusive. For instance, although Rahn and Handel, unlike Hasty, preserve a separation between rhythm and meter, their respective emphases (structural

EXHIBIT 11
PAGE 280

properties and figural hearing) could still be situated within Hasty's method.[49] Likewise, Hasty's discussion of projection could be applied to asymmetrical patterns even if those patterns are not considered strictly metrical. In fact, I would ultimately conclude that such patterns are not generally metrical in electronic dance music (given that they usually occur in conjunction with regularly spaced patterns that can be heard as metrical more easily).[50] Nonetheless, I would argue that they should not be treated as transient foreground phenomena superimposed onto an underlying regular structure. Rather, as these three methods show us, these rhythms have a distinctive presence of their own and should be considered structurally significant in their own right.

[37] Our exploration has shown a variety of ways in which rhythm and meter are used to create musical interest in electronic dance music. Displacement dissonances subvert metrical stability; inherently ambiguous patterns encourage multiple interpretations; and asymmetrical patterns counteract the regularity of persistent even rhythms. The common link between all these phenomena is an emphasis on interpretive multiplicity. In other words, electronic dance music encourages us to hear it in a variety of ways. As we have seen, this multiplicity functions on many different levels. Individual patterns are often intrinsically ambiguous. Furthermore, they frequently remain so even when used in combination: when there is no definitive metrical layer, the distinction between metrical and antimetrical layers may not be apparent. Even when all the elements of a meter *are* in place, reinterpretations can turn the beat around, showing the listener that the metrical structure was not quite what it seemed to be. And finally, the persistent repetition of both asymmetrical and even patterns encourages multiple perspectives on rhythmic and metrical structure, thereby undermining any sense that there is a *singular* structure underlying the music.

[38] In spite of these conclusions, a number of questions remain. First, how might the instabilities and ambiguities that I have discussed be played out on a larger scale? In what ways do EDM musicians create subtlety in a work as a whole? What sorts of processes occur during the course of complete tracks, albums, and DJ sets? Second, how widespread are the phenomena considered here, and how broadly applicable are the approaches put forth to the various genres of electronic dance music?[51] Third, since EDM is first and foremost *dance* music, what is the relationship of dance to these rhythmic and metrical phenomena?

[39] Each of these questions is a potentially vast topic unto itself, and further research is needed before definitive answers can be given. Instead of trying to answer these questions at this time, I will leave them for future studies of electronic dance music to address.[52] Nonetheless, I believe that these issues, in combination with the phenomena already discussed, suggest something of the range and complexity that electronic dance music offers to listeners and scholars, both within music theory and without.

*An earlier version of this paper was read at the Eleventh Biennial Symposium of Research in Music Theory, Bloomington, Indiana, February 25, 2000. I would like to thank all those who have read and commented on the paper, including the two anonymous reviewers, Gretchen Horlacher, Harald Krebs, Eric McKee, Jeffrey Magee, Felicia Miyakawa, and Tanner Menard.*

## Discography

Juan Atkins. *WaxTrax! MasterMix Volume 1*. Chicago: WaxTrax! Records, 1998. CD.

808 State. *Cubik*. New York: Tommy Boy Records, 1990. CD single.

The Chemical Brothers. *Dig Your Own Hole*. New York: Astralwerks, 1996. CD.

Everything But the Girl. *Temperamental*. New York: Atlantic, 1998. CD.

Underworld. *Beaucoup Fish*. New York: V2 Records, 1998. CD.

_____. *Second Toughest in the Infants*. Chicago: WaxTrax! Records, 1996. CD.

Return to beginning

Mark J. Butler
Department of Music
University of Pennsylvania
3700 Market St., Suite 300
Philadelphia, PA 19104
mabutler@sas.upenn.edu

Return to beginning

## Footnotes

1. Because of the profusion of terms describing the various subcategories of contemporary dance music, I prefer to use the umbrella term "electronic dance music" when speaking of the repertoire as a whole. Dance music fans in the general

EXHIBIT 11
PAGE 281

public—who are highly sensitive to issues of style and genre in this repertoire—also employ this term. Other catch-all terms, such as "techno" and "electronica," are problematic in various ways: to dance music fans, "techno" frequently connotes something more specific (a particular style of electronic dance music), and "electronica" is often viewed suspiciously as a marketing term devised by the music industry. For descriptions of the various genres and subgenres of electronic dance music, see "Talking Music: Sounds from the Dance," in *The New York Times Online*, http://www.nytimes.com/library/music/031300dj-techno.html; links to sound files, interviews, and other features are included. Please note that "electronic dance music" will occasionally be abbreviated in this article as "EDM."
Return to text

2. These particular quotations are taken, respectively, from the following articles in the *Detroit Free Press* describing the 2001 Detroit Electronic Music Festival: David Lyman, "Detroit Dance Fever," 28 May 2001, C6; Brian McCollum, Tim Pratt, and Tamara Warren, "Techno and Torrents in Hart Plaza," 28 May 2001, C6; and Brian McCollum, "Unbeatable," 29 May 2001, D3.
Return to text

3. Similar ambiguities have been explored by the psychologist Stephen Handel, who has studied the cognition of polyrhythms such as two against three, two against five, and so on. In a series of experiments, Handel and co-researcher James Oshinsky played selected polyrhythms for listeners and asked them to tap along with what they perceived to be the beat; their results suggest that certain combinations encourage a variety of beat placements. See Stephen Handel and James S. Oshinsky, "The Meter of Syncopated Auditory Polyrhythms," *Perception and Psychophysics* 30.1 (1981), 1–9.
Return to text

4. Harald Krebs, *Fantasy-Pieces: Metrical Dissonance in the Music of Robert Schumann* (New York: Oxford University Press, 1999), 33. Krebs describes the type of polyrhythm discussed by Handel as a *grouping dissonance*. This type consists of layers whose cardinalities differ (for instance, a 3-layer against a 5-layer), whereas a displacement dissonance always involves two or more layers of the same cardinality (ibid., 31).
Return to text

5. Maury Yeston, *The Stratification of Musical Rhythm* (New Haven: Yale University Press, 1976).
Return to text

6. Krebs, *Fantasy-Pieces*, 2, 30.
Return to text

7. Krebs does refer very briefly to such a situation, noting that "where there is no metrical framework, the layer initiated earlier usually functions as the referential layer" (ibid., 261, n. 20). While this principle seems plausible, it remains hypothetical within the context of Krebs's book, as none of his examples fall into this category. Even if we do accept it, it is difficult to apply in this case, as both layers begin almost simultaneously and at a low volume. Krebs has concurred with my assertion that selective attention can change which layer functions as referential in this example (personal communication, May 2000).
Return to text

8. Krebs believes that most displacement dissonances are heard as forward displacements; thus, he usually expresses them with positive numbers—for example, D4+3 rather than D4-1 (ibid., 35–36). In this example, since there is no definitive metrical layer, this distinction is not especially relevant.
Return to text

9. At the same time, the increase in metrical consonance is counterbalanced by the syncopation of the new pitch pattern. Interestingly, if any other note within this pattern were taken as the downbeat, it would be considerably less syncopated; one such rearrangement is shown in **Example 1c**. Such a move, however, would shift the percussion parts onto weak sixteenth-note beats. It would be quite unusual for the bass drum to be syncopated in this manner; when present, it tends to function as a source of metrical stability in EDM, most likely due to its status as the lowest and most resonant element in the texture. Research in music cognition supports this claim (for instance, Handel and Oshinsky found that when the frequency between metrically dissonant elements varies, listeners tend to choose the lower frequency as stable; see "Syncopated Auditory Polyrhythms," 4), as does observation of EDM in performance (when played at a typical performance volume, the bass drum will be felt throughout the entire body).
Return to text

10. Here I employ a distinction between conservative and radical listeners first suggested by Andrew Imbrie. (See Andrew Imbrie, "'Extra' Measures and Metrical Ambiguity in Beethoven," in *Beethoven Studies*, ed. Alan Tyson [New York: Norton, 1973], 45–66.) When presented with conflicting cues, conservative listeners tend to hold onto previously established metrical interpretations for as long as possible, whereas radicals move on to new interpretations more readily. In **Example 2b**, a conservative hearing is supported by the lack of a strong downbeat orientation in the drumbeat pattern and by the fact that the articulations of this pattern occur on weak beats of the previously established meter; a radical hearing is supported by the previously mentioned tendency of low drumbeats to function as metrically stable in EDM (in contrast to cymbals, which usually function as backbeats) and by the fact that the drum pattern begins one eighth note *before* the synth and cymbal patterns (if the drum were the backbeat, its pattern would more logically begin on the "and" of beat one).
Return to text

EXHIBIT 11
PAGE 282

11. Dave Headlam, "Blues Transformations in the Music of Cream," in *Understanding Rock: Essays in Musical Analysis*, ed. John Covach and Graeme M. Boone (New York: Oxford University Press, 1997), 73–79. Headlam does not use the term "displacement dissonance"; this application of Krebs's terminology is my own.
Return to text

12. See John Covach, "Progressive Rock, 'Close to the Edge,' and the Boundaries of Style," in *Understanding Rock* 11–14. It should be noted, however, that Covach's examples differ from those previously cited, in that (in Krebsian terms) they would be considered grouping rather than displacement dissonances. (As before, the application of Krebs's terminology is my own rather than the author's, though Covach does use the term "metric dissonance.") While displacement dissonances are quite common in electronic dance music, grouping dissonances are relatively rare.
Return to text

13. For instance, see Cynthia Folio, "An Analysis of Polyrhythm in Selected Improvised Jazz Solos," in *Concert Music, Rock, and Jazz since 1945: Essays and Analytical Studies*, ed. Elizabeth West Marvin and Richard Hermann (Rochester, NY: University of Rochester Press, 1995), 103–34. Folio finds examples of both grouping and displacement dissonances (which she refers to as type A and type B dissonances, following an earlier usage of Krebs), as well as a third type (type C) involving out-of-phase tempos.
Return to text

14. Cf. Covach, "Progressive Rock," 14.
Return to text

15. For the most part, however, Folio's examples present a succession of distinct, short-lived dissonances, a feature that distinguishes them from Covach's examples (in which considerable time intervals separate appearances of related dissonances) and from EDM (in which a single dissonance often repeats continuously for a long period of time).
Return to text

16. There are a few notable exceptions to this trend: certain styles of house music feature vocals quite prominently; drum-n-bass/jungle DJs sometimes perform in conjunction with rappers (MCs); and "crossover" artists such as Moby are also more likely to utilize vocals. Nevertheless, the above statement holds true for the majority of electronic dance music; it is quite common to hear several hours worth of music at an EDM performance without encountering a single vocal. Furthermore, the exceptions to this phenomenon tend to push toward or be classified as other genres; for instance, certain performers are classified as crossover acts because their vocally driven songs are seen as moving toward the style and structure of radio-friendly pop.
Return to text

17. DJs also play an important role in certain other genres, such as rap and turntablism. Rap in particular shares many aspects of EDM's layered approach to musical construction, and layering has been emphasized in analytical approaches to rap as well. For instance, see Tricia Rose, *Black Noise: Rap Music and Black Culture in Contemporary America* (Hanover, NH: Wesleyan University Press, 1994); Robert Walser, "Rhythm, Rhyme, and Rhetoric in the Music of Public Enemy," *Ethnomusicology* 39.2 (1995), 193–217; and Adam Krims, *Rap Music and the Poetics of Identity* (Cambridge: Cambridge University Press, 2000). Nonetheless, the absence of vocals, in combination with the more central role of the DJ, creates significant textural differences between EDM and rap.

It should also be noted that live performances (generally called "live p.a.'s") are becoming increasingly common in electronic dance music, especially in its more experimental genres. These performances are usually quite different from those seen in other types of popular music, though. The artists do not play any sort of standard instrument; instead, they manipulate studio technology and software in a real-time environment. (An extreme example occured at the 2001 Detroit Electronic Music Festival, when artist Nobukazu Takemura and another musician performed solely on laptop computers.) Another difference is that many EDM artists create new works when performing rather than attempting to recreate their recorded works.
Return to text

18. This contrasts with the example given by Headlam, in which a meter is definitively established before the introduction of an antimetrical layer. Covach also argues for a clear distinction between metrical and antimetrical layers in the first presentation of the dissonance he discusses (Covach, "Progressive Rock," 11 and 13).
Return to text

19. Steve Reich, "Non-Western Music and the Western Composer," *Analyse musicale* 11 (1988), 49.
Return to text

20. Cf. Simha Arom, "Time Structure in Music of Central Africa: Periodicity, Meter, Rhythm, and Polyrhythmics," *Leonardo* 22 (1989), 91.
Return to text

21. Christopher Hasty, *Meter as Rhythm* (New York: Oxford University Press, 1998), 3.
Return to text

22. Cf. Gretchen Horlacher, "Multiple Meters and Metrical Processes in the Music of Steve Reich," *Intégral* (forthcoming), 2,

EXHIBIT 11
PAGE 283

where this point is made with respect to minimal*ist* (as opposed to more generally "minimal") music.
Return to text

23. In EDM, measures usually consist of either eight eighth-note or sixteen sixteenth-note pulses; measure lengths of eight, nine, twelve, or sixteen pulses are common in African music. In both repertoires, however, the number of *attacks* articulating an asymmetrical pattern is usually an odd number, such as 3, 5, or 7. See Jay Rahn, "Asymmetrical Ostinatos in Sub-Saharan Music: Time, Pitch, and Cycles Reconsidered," *In Theory Only* 9.7 (1987), 27–28, for a listing of some of the patterns that commonly occur in African music.
Return to text

24. In turning to this body of scholarship, I am not attempting to suggest a relationship of influence between West African percussion music and electronic dance music. Rather, I consider this literature because it addresses a musical characteristic shared by the two repertories. While I personally believe that EDM probably *has* been influenced by African music, either directly (e.g., through musicians' experiences with African music) or indirectly (e.g., through African-American musical traditions), to consider this possibility in detail would take us well beyond the scope of this paper.
Return to text

25. Robert Kaufman, "African Rhythm: A Reassessment," *Ethnomusicology* 24 (1980), 394. Other scholars who argue for the existence of irregularly spaced beats in African music include Ruth Stone and Rose Brandel. See Ruth M. Stone, "In Search of Time in African Music," *Music Theory Spectrum* 7 (1985), 139–48; and Rose Brandel, *The Music of Central Africa* (The Hague: Martinus Nijhoff, 1961).
Return to text

26. For instance, see Richard Waterman, "African Influence on the Music of the Americas," in *Acculturation in the Americas (Proceedings of the 19th International Congress of Americanists)*, ed. Sol Tax (Chicago: University of Chicago Press, 1952), 207–18; J. H. Kwabena Nketia, *The Music of Africa*, (New York: W. W. Norton, 1974); and David Locke, "Principles of Offbeat Timing and Cross-Rhythm in Southern Ewe Dance Drumming," *Ethnomusicology* 26.2 (1982), 217–46.
Return to text

27. Fred Lerdahl and Ray Jackendoff, *A Generative Theory of Tonal Music* (Cambridge, MA: MIT Press, 1983), 69. Lerdahl and Jackendoff do posit these rules as idiom-specific, however, and acknowledge (97) that "certain other metrical idioms have more complex rules in place of MWFR4, permitting structured alternation of different-length metrical units." (MWFR4, or Metrical Well-Formedness Rule 4, is the second of the rules given above.) Nonetheless, they address these idioms only briefly, and this exception is rarely mentioned in applications of their work.
Return to text

28. See David Temperley, "Meter and Grouping in African Music: A View from Music Theory," *Ethnomusicology* 44.1 (2000), 65–96, and "Syncopation in Rock: A Perceptual Perspective," *Popular Music* 18.1 (1999), 19–40. Although there are similarities between the *GTTM* approach and some of the views of meter expressed by ethnomusicologists, I would disagree with Temperley's assertion that "there is almost unanimous agreement" among ethnomusicologists that African music has meter as defined by Lerdahl and Jackendoff (Temperley, "Meter and Grouping in African Music," 68; see also 76). In fact, scholars present very diverse opinions on meter and rhythm in this music; even those who seem to share the same general view often differ markedly on various points. Furthermore, due to an unfortunate lack of intellectual exchange between music theory and ethnomusicology—a situation that has only begun to change quite recently—it is difficult to make claims that relate ethnomusicological views of meter to specific music-theoretical ones with any certainty.
In his 1999 paper, Temperley argues that syncopations in rock can be understood as displacements from specific positions in a metrical grid. While this is helpful in showing how Lerdahl and Jackendoff's model might be extended to highly syncopated repertoires, it will not be discussed at length here, as it is not especially applicable to situations like the one presented above for several reasons: first, it is based on textual accentuation, which is rarely a factor in EDM; second, in all of the examples considered by Temperley, the accompanying instruments clearly convey an evenly spaced metrical structure; and third, none of Temperley's examples contain *regularly recurring* asymmetrical patterns like the ones shown in Example 4e.
Return to text

29. Kaufmann, "African Rhythm," 394; Stone, "In Search of Time," 140.
Return to text

30. Temperley notes a similar problem with respect to Lerdahl and Jackendoff's theory. In their approach, patterns that dissonate with the meter are simply described as syncopated; the ways in which syncopation functions remain relatively untheorized. Temperley, "Syncopation in Rock," 25–26.
Return to text

31. Ibid.
Return to text

32. Rahn, "Asymmetrical Ostinatos," 25.
Return to text

EXHIBIT 11
PAGE 284

33. Arthur M. Jones, *Studies in African Music*, (London: Oxford University Press, 1959), 20–21.
Return to text

34. This general observation may be less applicable to subgenres that feature vocals or instrumental solos. In such cases, the voice or solo instrument may function as a rhythmic and textural "figure" against an accompanimental metrical "ground," and Temperley's rock-based model of syncopation may be more applicable.
Return to text

35. Headlam, "Blues Transformations," 87. Headlam ultimately concludes that either approach may be relevant for different songs and even within the same song.
Return to text

36. Rahn, "Asymmetrical Ostinatos," 25–26.
Return to text

37. See Rahn, "Asymmetrical Ostinatos," and "Turning the Analysis Around: African-Derived Rhythms and Europe-Derived Music Theory," *Black Music Research Journal* 16.1 (1996), 71–89. Another important article adopting a similar approach is Jeff Pressing, "Cognitive Isomorphisms between Pitch and Rhythm in World Musics: West Africa, the Balkans and Western Tonality," *Studies in Music* 17 (1983), 38–61.
Return to text

38. John Clough and Jack Douthett, "Maximally Even Sets," *Journal of Music Theory* 35.1 (1991), 93–173.
Return to text

39. In this paragraph I use Rahn's term "diatonic rhythms" in place of "asymmetrical patterns"; describing the rhythm provided as an example (2+1+2+1+2) as "asymmetrical" is problematic, since its durations form a palindrome. In both "Compression" and "Pearls Girl," however, this pattern is treated as a *variant* of 3+3+2, which clearly divides the measure asymmetrically. In fact, all of the diatonic rhythms I have observed in EDM are either literally asymmetrical or are grouped asymmetrically. Rahn himself includes 2+1+2+1+2 in a list of "asymmetrical ostinatos" in his 1987 paper (see pages 27–28), though he replaces this term with "diatonic rhythms" in his 1996 article. Since my paper as a whole is not about the "diatonic" aspects of these rhythms, I will continue to use the term "asymmetrical patterns" throughout the article.
Return to text

40. Rahn, "Turning the Analysis Around," 79–80.
Return to text

41. Stephen Handel, "The Interplay between Metric and Figural Rhythmic Organization," *Journal of Experimental Psychology: Human Perception and Performance* 24.5 (1998), 1546–61.
Return to text

42. Ibid., 1546–47.
Return to text

43. Handel first demonstrated this point in "The Differentiation of Rhythmic Structure," *Perception and Psychophysics* 52 (1992), 492–507.
Return to text

44. Although Handel presents a wide variety of weakly metric rhythms, he does not focus specifically on the figural properties of *asymmetrical* patterns. This is certainly a promising topic for future research, however. He does in fact single out the rhythm found in "Cubik", 3+3+3+3+4 (or X . . X . . X . . X . . X . . .), for special comment, noting that it differs from the other rhythms in his study in that it is comprised entirely of single-tone figures (its figural organization is 1-1-1-1-1-; Handel, "Metric and Figural Rhythms," 1559). This attribute suggests an interesting relationship to the maximal evenness discussed by Rahn.
Return to text

45. Hasty, *Meter as Rhythm*, 84–86.
Return to text

46. Ibid., 131, 133–34.
Return to text

47. Ibid., 146.
Return to text

48. Another work that should be mentioned in this regard is Gretchen Horlacher's article "Bartok's 'Change of Time': Coming Unfixed," *Music Theory Online* 7.1 (2001). Horlacher claims that the processive approach suggested by Hasty is "especially relevant for music that is vitally 'irregular,' for it values such irregularities as capable of shaping the essential nature of time within the context of a given piece" (paragraph 4.1).
Return to text

EXHIBIT 11
PAGE 285

49. While figural hearing might seem incompatible with Hasty's emphasis on the projection of *specific* durations, I would argue that it could still be posited as an additional mode complementary to projective hearing. Furthermore, Handel's characterization of meter as "emergent" ("Metric and Figural Rhythms," 1560) also resonates with Hasty's approach. Hasty does in fact discuss research by Handel (see *Meter as Rhythm*, 124–25 and 173), though the passages cited do not address figural organization in particular.
Return to text

50. In other words, situations in which they occupy every layer of the texture without opposition for the course of an entire track (as in "Compression") are somewhat exceptional. It is not uncommon, however, for them to dominate entire sections of a track (as in Walt J's track "Reborn," as remixed by Juan Atkins on *WaxTrax! MasterMix Volume I*); even more common are situations in which they compete for prominence with symmetrical patterns, as in "Cubik."
Return to text

51. Though (as I will argue in the concluding paragraph) further research is necessary to answer these questions fully, I would like to comment briefly on the issues raised in this sentence. As discussed above (paragraphs 10-15), the phenomena addressed in this paper are not limited to EDM, though their manifestations within it are part of a distinctive constellation of features. Regarding the various genres of EDM itself, I believe that the research presented here can be applied to a broad cross-spectrum of the music, though as I have noted elsewhere, certain features may be more applicable to some genres than others. In selecting the musical examples presented here, I have chosen works from relatively well-known artists with the intent of making the paper more accessible. The artists represented incorporate a variety of genres into their work. The Chemical Brothers are most commonly classified as "big beat," a term referring to dance music that incorporates some of the song structures and sonic elements of rock and hip-hop (though I believe this aspect of their work has been overemphasized). Everything But the Girl have a long history that has only recently (ca. 1995) begun to include EDM elements; since then, however, they have collaborated with many prominent dance musicians and have successfully incorporated a variety of EDM styles into their work. Underworld (who recently disbanded) are difficult to place within a particular genre, as their individualistic sound shows the influence of techno, deep house, breakbeat, and dub; however, their music has often been characterized broadly as techno (for instance, see Dom Phillips, "Underworld," in *The Rough Guide to Techno* [London: The Rough Guides, 2000]). In spite of the commercial success of these artists and the fact that some of their work includes elements of other popular music genres, I have avoided work that might be considered "crossover" (such as The Chemical Brothers' collaborations with Oasis and other pop musicians), and I believe that the music included here represents trends central to EDM.
Return to text

52. Many of these questions will in fact be addressed in my doctoral dissertation, "A Study of Rhythm and Meter in Electronic Dance Music, with a Consideration of the Enactment of These Features in Dance" (Indiana University, in progress).
Return to text

Return to beginning

## Copyright Statement

**Copyright © 2001 by the Society for Music Theory. All rights reserved.**

[1] Copyrights for individual items published in *Music Theory Online* (*MTO*) are held by their authors. Items appearing in *MTO* may be saved and stored in electronic or paper form, and may be shared among individuals for purposes of scholarly research or discussion, but may *not* be republished in any form, electronic or print, without prior, written permission from the author(s), and advance notification of the editors of *MTO*.

[2] Any redistributed form of items published in *MTO* must include the following information in a form appropriate to the medium in which the items are to appear:

> This item appeared in *Music Theory Online* in [VOLUME #, ISSUE #] on [DAY/MONTH/YEAR]. It was authored by [FULL NAME, EMAIL ADDRESS], with whose written permission it is reprinted here.

[3] Libraries may archive issues of *MTO* in electronic or paper form for public access so long as each issue is stored in its entirety, and no access fee is charged. Exceptions to these requirements must be approved in writing by the editors of *MTO*, who will act in accordance with the decisions of the Society for Music Theory.

This document and all portions thereof are protected by U.S. and international copyright laws. Material contained herein may be copied and/or distributed for research purposes only.

Return to beginning

Prepared by Brent Yorgason and Tahirih Motazedian, Editorial Assistants



EXHIBIT 11
PAGE 286

# REBUTTAL VISUAL EXHIBIT F

EXHIBIT 11
PAGE 287



**MTO 21.1 Examples: Brett G. Clement, Scale Systems and Large-Scale Form in the Music of Yes**

(Note: audio, video, and other interactive examples are only available online)
http://www.mtosmt.org/issues/mto.15.21.1/mto.15.21.1.clement.php

**Example 1a.** $B_M$ in the introduction of "The Revealing Science of God" (1973), 1:57



**Example 1b.** $E_D$ in the introduction of "The Gates of Delirium" (1974), 1:25



**Example 2.** Summary of diatonic tonalities in the introduction to "America" (1972)

| Timing | Theme | Mode | Signature |
|--------|-------|------|-----------|
| 0:01 | Theme 1 | $D_{I-M}$ | $2\sharp - 1\sharp$ |
| 0:35 | Theme 2, Part 1 | $G_M$ | $\natural$ |
| 0:58 | Theme 2, Part 2 | $C_M$ | $1\flat$ |
| 1:17 | Main Theme | $F_I$ | $1\flat$ |

EXHIBIT 11
PAGE 288

**Example 3.** Common modal borrowings by $s_1/f_1$

| Borrowing by $f_1$ | Home Mode | Borrowing by $s_1$ |
|---|---|---|
| ♭VII, v (Mixolydian) | Ionian | II, vii (Lydian) |
| ♭II (Phrygian) | Aeolian | IV, ii (Dorian) |
| ♭III (Dorian) | Mixolydian | |

**Example 4.** Modal borrowings in the chorus of "The Revealing Science of God," 6:20



**Example 5.** Establishment of the scalar gap in "To Be Over" (1974), 1:18



2 of 14

EXHIBIT 11
PAGE 289

**Example 6.** Transition to the Coda of "To Be Over," 7:16



**Example 7a.** Main theme of "To Be Over," 0:01



**Example 7b.** "To Be Over." Main theme stated in 2s context. 1:32



3 of 14

EXHIBIT 11
PAGE 290

**Example 8a.** "Heart of the Sunrise" (1971), (5:04). Common-tone method



**Example 8b.** "Heart of the Sunrise" (0:15). Main instrumental theme



G♯ minor pentatonic

**Example 9.** "The Revealing Science of God." Overview of A section and recapitulation

A section

| Timing | Theme | Mode | Signature |
|---|---|---|---|
| 1:57 | Chant | B_M | 4♯ |
| 6:20 | Song 1: Chorus | E_I | 4♯ |
| 11:41 | Song 2: Part 1 | D_I | 2♯ |
| 12:10 | Song 2: Part 2 | G_I(?) | 1♯ |
| 12:41 | Song 2: Part 1 | D_I | 2♯ |

Recapitulation

| Timing | Theme | Mode | Signature |
|---|---|---|---|
| 19:36 | Song 2: Part 1 | N/A | 3♯ |
| 20:08 | Song 2: Part 2 | A_I(?) | 3♯ |
| 20:40 | Song 2: Part 1 | E_I | 4♯ |
| 21:02 | Song 1: Chorus | E_I | 4♯ |
| 21:38 | Chant | E_I | 4♯ |

EXHIBIT 11
PAGE 291

**Example 10a.** "The Revealing Science of God" (11:41). Melody of Song 2: Part 1



They move fast  they  tell me        But I___just can't believe     that I     can     feel  it

**Example 10b.** (19:36). Melody of Song 2: Part 1 at the beginning of the recapitulation



They  move fast    they  tell me       But I___  just can't believe     they  really     mean to__

**Example 11.** Formal overview of "Roundabout" (1971)

| Large Section | Timing | Theme/Section | Mode | Signature |
|---|---|---|---|---|
| Introduction | 0:07 | Guitar solo | $E_A$ | 1♯ |
| A | 0:43, 2:14 | Verse | $E_D$ | 2♯ |
| and A′ | 1:45, 2:49 | Chorus | $G_M$ | ♮ |
| | 3:24 | "Drifting Clouds" | $E_D$ | 2♯ |
| B | 4:57 | Interlude | $E_A/G_I$ | 1♯ |
| | 5:50 | Solos | $G_M$ | ♮ |
| A″ | 7:05 | Verse | $E_D$ | 2♯ |
| | 7:25 | Chorus | $G_M$ | ♮ |
| Coda | 7:52 | Coda | $E_D$ | 2♯ |
| | 8:21 | Guitar cadence | $E_A$ | 1♯ |

EXHIBIT 11
PAGE 292

**Example 12a.** Gap-filling in "Roundabout" (1:32)



**Example 12b.** Gap-filling in the "link" of "Roundabout" (6:56)



**Example 13.** Chorus of "Roundabout" (1:42)



6 of 14

EXHIBIT 11
PAGE 293

**Example 14.** Interlude from "Roundabout" (5:32)



**Example 15.** Formal overview of "And You and I" (1972)

| | Title | Timing | Theme/Section | Mode | Signature |
|---|---|---|---|---|---|
| A | Cord of Life (a) | 0:31 | Intro | G? | |
| | | 1:15 | Verses | $D_I$ | 2♮ |
| | | 2:52 | Transition | D to A | |
| | | 3:22 | "And You and I" | $A_I$ | 3♯ |
| | Eclipse (b) | 3:46 | Instrumental | D-A-E-B | |
| | | 4:36 | Solo/"Coming Quickly" | $E_I$ | 4♯ |
| A' | The Preacher | 5:46 | Intro | G? | |
| | the Teacher (a') | 6:15 | Verses | $E_I/C\sharp_A$ | 4♯ |
| | | 8:12 | "Coming Quickly" | $C\sharp_A/E_I$ | 4♯ |
| | Apocalypse (b') | 8:33 | Instrumental | E to B | |
| | | 9:26 | "And You and I" | $B_I$ | 5♯ |

EXHIBIT 11
PAGE 294

**Example 16a.** Guitar introduction of "And You and I" (0:31)

Collection: G-D-A-E-B-F♯



**Example 16b.** "And You and I," chord occurring before the instrumental section (3:37)



Collection: G-D-A-E

**Example 17.** Formal overview of "The Remembering" (1973

|  | Large Section | Timing | Theme/Section | Mode | Signature |
|---|---|---|---|---|---|
|  | Introduction | 0:01 | Intro | $D_I/B_A$ | 2♯ |
|  |  | 0:12 | Chant | $G_M$ | ♮ |
| A | Song 1 | 2:28, 3:27 | Song 1: Part 1 | $D_{M?}$ | 1♯ |
|  | (repeated) | 2:55, 3:48 | Song 1: Part 2 | $D_I$ | 2♯ |
|  | Bridge | 4:34 | Oceans 1 | $B_A$ (etc.) | 2♯ (etc.) |
|  |  | 5:08 | Chant | $G_M$ | ♮ |
|  | Song 2 | 5:40, 6:42 | Song 2: Part 1 | $D_I$ | 2♯ |
|  | (repeated) | 6:07, 7:20 | Song 2: Part 2 | $D_I$ | 2♯ |
|  | Link | 7:36 | Oceans 1 | $B_A$ (etc.) | 2♯ (etc.) |
| B | Main section | 8:09, 11:16 | Oceans 2 | $B_A$ (etc.) | 2♯ (etc.) |
|  | (repeated) | 9:10, 11:53 | Folk Theme | $D_I/B_A$ | 2♯ |
|  |  | 10:38, 13:09 | "Relayer" | $G_M$ | ♮ |
|  | Retransition | 13:43 | Chant/Relayer | $G_M$ | ♮ |
|  |  | 14:13 | "Relayer" | $A_M$ | 2♯ |
| A′ Recap | Song 2 | 14:38 | Song 2: Part 1 | $D_I$ | 2♯ |
|  |  | 15:06 | Song 2: Part 2 | $D_I$ | 2♯ |
|  | Bridge | 15:45 | Oceans 1 | $B_A$ (etc.) | 2♯ (etc.) |
|  | Song 1 | 17:37 | Song 1: Part 1 | $E_{M?}$ | 3♯ |
|  |  | 17:59 | Song 1: Part 2 | $E_I$ | 4♯ |
|  |  | 18:44 | Song 1: Part 2 | $D_I$ | 2♯ |
|  | Coda | 19:50 | Oceans 2 | $B_A$ (etc.) | 2♯ (etc.) |

EXHIBIT 11
PAGE 295

**Example 18.** Establishment of the scalar gap in "The Remembering" (0:01)



**Example 19a.** "The Remembering" (13:43). Superimposition of (¾) themes



**Example 19b.** "The Remembering" (14:13). "Relayer" theme transposed to $A_M$ (2♯)



9 of 14

EXHIBIT 11
PAGE 296

**Example 20.** "The Remembering" (2:54). Borrowed Lydian II in Song 1, Part 2



**Example 21.** The Remembering (18:40). Pivot from $E_\flat$ to $D_\flat$ through borrowed II chord



10 of 14

EXHIBIT 11
PAGE 297

**Example 22.** Formal overview of "Close to the Edge" (1972)

| | Title | Timing | Theme/Section | Mode | Signature |
|---|---|---|---|---|---|
| | Introduction | 0:55 | Intro | D$_{A?}$ | 1♭ w/ C♯ |
| | | 2:57 | Main Theme | D$_{I/D?}$ | 2♯/♮? |
| A | A Solid Time of Change | 3:54 | Verse | A$_D$ | 1♯ |
| | | 4:35 | Chorus (hint) | E$_D$ | 2♯ (3♯) |
| | | 4:53 | Bridge | C$_I$ | ♮ |
| | | 5:39 | Chorus | D$_D$ | ♮ |
| | | 5:53 | Refrain "I Get Up" | C$_I$ | ♮ |
| A′ | Total Mass Retain | 6:04 | Verse | A$_D$ | 1♯ |
| | | 6:50 | Chorus (hint) | A$_D$ | 1♯ |
| | | 7:10 | Bridge | D$_I$ | 2♯ |
| | | 7:40 | Chorus | E$_D$ | 2♯ |
| | | 7:53 | Refrain "I Get Up" | D$_I$ | 2♯ |
| | | 7:58 | Link | C$_I$ | ♮ |
| B | I Get Up I Get Down | 9:54 | Song (w/ organ solo) | E$_I$ | 4♯ |
| | | 13:46 | Organ transition | B$_I$ | 5♯ |
| | | 14:12 | Main Theme | F♯$_{SI}$ | 6♯ |
| | | 14:59 | Solos | A$_D$ | 1♯ |
| A″ Recap | Seasons of Man | 15:53 | Verse | A$_D$ | 1♯ |
| | | 16:33 | Bridge | F$_I$ | 1♭ |
| | | 16:48 | Chorus | G$_D$ | 1♭ |
| | | 17:15 | Refrain "I Get Up" | F$_I$ | 1♭ |

**Example 23a.** "Close to the Edge," introduction (0:55)



1♭ (with C♯)

EXHIBIT 11
PAGE 298

**Example 23b.** "Close to the Edge," main theme (2:55)



**Example 24.** Rapid $s_i$ transformations in the A section of "Close to the Edge" (4:33)



EXHIBIT 11
PAGE 299

**Example 25.** "Close to the Edge," bridge (4:53)



**Example 26.** "Close to the Edge," link (7:58)



**Example 27a.** "Close to the Edge," verse of the A section (4:13)



13 of 14

EXHIBIT 11
PAGE 300

**Example 27b.** "Close to the Edge," verse of the A" section (16:09)



**Example 27c.** "Close to the Edge," chorus of the A" section (16:48)



**Example 28.** Conversion of bridge-chorus-refrain sequence in "Close to the Edge"



EXHIBIT 11
PAGE 301

MTO Home    Current Issue    Previous Issues    Submit    Jobs    Dissertations    About    Journals    SMT

Volume 21, Number 1, March 2015
Copyright © 2015 Society for Music Theory

# Scale Systems and Large-Scale Form in the Music of Yes

Brett G. Clement

KEYWORDS: diatonic modality, form, Yes

ABSTRACT: This article explores the relationship between diatonic modal systems and form in the music of the progressive-rock band Yes. Within, I discuss the band's approach to scalar modulation, referencing key signatures and the concept of scalar voice leading. The study concludes with the analysis of four extended pieces by Yes, which demonstrates the applicability of the theoretical modal to matters of large-scale tonality and formal articulation.

*Received September 2014*                                                    PDF text | PDF examples

### Introduction

[1.1] This article demonstrates that an attention to scalar processes can benefit our understanding of tonality and form in the music of the progressive rock band Yes. The focus is on the series of extended pieces (i.e., those ranging from 8–22 minutes) produced by Yes in the first half of the 1970s. [1] I am concerned with two seemingly opposed musical traditions that are relevant to these works, one being the "scalar tradition" of twentieth-century music (Tymoczko 2004, 2011), and the other being tonal and formal traditions associated with common-practice classical music. Regarding the first of these traditions, Macan (1992, 101) has attributed the extensive diatonic modality in the music of Yes (and other progressive rock groups) to such diverse sources as folk music, twentieth-century classical composers (e.g., Stravinsky), and immediate predecessors in psychedelic and folk-rock groups of the late 1960s. [2] On the other hand, Yes is often credited with refining the free-form experimentation of late 1960s psychedelic rock by employing procedures borrowed from common-practice art music. Yes's keyboardist Rick Wakeman describes the band as "working very much on a classical principle" (McNamara 1991). [3] In fact, previous authors, including Macan (1997, 99), have gone as far as to compare the formal designs of the large-scale pieces of Yes to classical sonata form. However, there appears to be a fundamental difference in how the modal system utilized by Yes could support formal structures conventionally articulated through functional-tonal relations. The details of the band's solution to this problem is my primary concern in this article. [4]

[1.2] Tymoczko (2011, 187) views the scalar tradition as an outgrowth of traditional practices, with twentieth-century composers being "the first to systematically combine three fundamental musical operations: change of tonal center, change of scale, and chromatic transposition." To understand the approach taken by Yes in these works, the analyses below will focus on the three *modal domains* identified by Bates (2009, 2012): center, mode type, and pitch-class collection. Though these domains are highly interconnected in practice, my basic theoretical apparatus requires a degree of separation between them. In labeling a given mode, the domains of center and mode type will be represented with a compound label, with the first uppercase letter representing the pitch center and the second subscripted letter representing the mode. [5] For example, $E_P$ is "E Phrygian," $A_D$ is "A Dorian," and so on. Pitch-class collections will be referenced by the diatonic key signatures they represent. For example, $G_I$, $A_D$, and $C_L$ are all members of 1♯, or a one-sharp key signature.

[1.3] The concept of key signature will prove important throughout the following discussion, as one of my primary objectives will be to understand the logic behind the succession of pc collections in a given song. This scalar emphasis is compatible in certain ways with the approach taken by Temperley (2011), who analyzes rock songs in reference to shifting scalar collections. Some recent theoretical work by Tymoczko and Hook will prove particularly useful for my purpose. Tymoczko (2004, 233) describes modulations through the concept of voice leading between scalar collections. The degree of voice-leading efficiency in a given scalar modulation is determined by the number of pitches held in common between the scales, with the remaining notes conceptualized as half-step voice-leadings to nearby pitches in the other scale. Naturally, the smoothest scalar progressions are

EXHIBIT 11
PAGE 302

those that require the fewest half-step motions, such as $C_{\natural}$ to $G_{\natural}$ (F♯ moving to F♮) or $C_{\natural}$ to C harmonic minor (B♭ moving to B♮).

[1.4] Tymoczko's system integrates a variety of scale types common in twentieth-century music, including diatonic, acoustic, harmonic, whole-tone, and octatonic. Examining Yes's music, however, requires primarily descriptive tools designed to account for diatonic structures.[5] Accordingly, I will make use of Hook's (2008) concept of *signature transformations*, which will allow us to track the number of sharpwise $(s_n)$ or flatwise $(f_n)$ additions to the diatonic key signature. It is important to observe that my application of signature transformation labels will entail a simplification of Hook's system. Hook states that signature transformations "shift the key signature $n$ positions, leaving the written notes unchanged" (Hook 2008, 142). Implicit in this definition is that the pitch center remains usually unchanged in a signature transformation by $s_1$ or $f_1$.[7] In this article, however, these labels will be used only to indicate the number of "sharps" or "flats" added, regardless of the pitch center. Therefore, a modulation from any mode of ♮ to any mode of 1♯ will be labeled "$s_1$." This simplification has been made in order to suggest the degree of distance between scales without regard to pitch center, since I do not believe that a larger interval between pitch centers is necessarily a reliable indicator of distance between diatonic tonalities.[8] Therefore, shifts of pitch center or mode type will be considered separately from changes of pc collection.

[1.5] Given the emphasis on matters of large-scale tonality and form, it is necessary to impose some limits on the types of passages to which I apply a scale-based analysis. Therefore, I will primarily be discussing (or considering) tonalities (or scale systems) that fall into one of two categories: (1) music that is purely modal, being entirely diatonic and strongly articulating a single pitch center; and (2) music that borrows harmonies from a parallel mode or modes, but which nevertheless maintains a background diatonic collection. Yes clearly favors these two textures, so my methodology applies to most of the music in a given song by them.[9] Logically, the diatonic collection(s) viewed most as fundamental to the music under consideration factors most heavily in analytical decisions pertaining to large-scale structure.

[1.6] The primary claims of this article are presented in the concluding series of four analyses, but before launching into this analytical work, it will be useful in the following section to foreground several of the concepts that apply more generally to the repertoire under study. This information provides a broader context for the significance of the various techniques that come together in a given extended track. I will begin with surface considerations of pitch center and modal play, follow with discussion of the connection of scales (voice leading) in different contexts, and finally expand the scope of inquiry into the realms of formal and scalar interactions. One might view this progression of topics as reflecting the above-cited dichotomy between the "scalar" and classical traditions, as it is at higher structural levels that the latter tradition begins to reveal itself. In other words, I will specify the contexts in which the band sets up musical oppositions in their extended tracks, and will detail the processes through which these conflicts receive tonal and formal resolution.

### Diatonic Scalar Preferences: Pitch Center and Mode Type

[2.1] Given that modulation is a defining feature in the music of Yes, it is not difficult to locate examples when the band employs any one of the twelve pitch-classes as a pitch center. Nevertheless, the extended pieces often show a preference for pitch centers of the "guitar pentatonic" collection (i.e., the notes found on the open strings on the standard-tuned guitar, E–A–D–G–B). Narrowing our focus to the primary/home pitch centers of the songs, there is further preference for centers on the lowest three strings of the guitar (E–A–D). On the surface, these findings are unremarkable, as music constructed from these pitch centers is easily performed on the guitar (allowing for a low tonic on a resonant open string), and is thereby normative in much rock music of this era. Later analyses will demonstrate a high degree of strategy at play in the choice of these tonalities and in their organization and interaction. Among the many examples of songs with guitar-pentatonic centers are "Ritual (Nous sommes du soleil)" (1973), which uses pitch centers of D (0:01), E (6:48), and B (12:05), and "The Revealing Science of God (Dance of the Dawn)" (1973), in which one finds centers of B (1:57), E (3:51), D (11:41), G (12:10), and A (15:56).[10]

[2.2] Surveying purely modal passages by Yes, the four mode types most commonly found are Ionian, Aeolian, Mixolydian, and Dorian.[11] These results are again not surprising, as they are consistent with the modal practices of the band's influences and contemporaries. For example, Bates (2009, 4) observes the same distribution of modes in the music of Vaughan Williams, which is similarly characteristic of English folk song. Further, these four modes are generally acknowledged to be the primary resources of modal harmony in the "classic rock" era in which Yes operated, as discussed by Moore 2001, Everett 2009, and Biamonte 2010. Examples are the Dorian track "The Fish (Shindleria Praematurus)" (1971), the Mixolydian episode (5:09) of "Perpetual Change" (1971), the Aeolian interlude (5:07) of "Yours is No Disgrace" (1971), and the Ionian coda (7:34) of "To Be Over" (1974); other purely modal examples will be discussed below.

[2.3] Though all four of these modes occur with some regularity, they are rarely treated equally in either the global tonal system used by Yes or in individual extended tracks. For example, the conventional Ionian and Aeolian modes tend to exert greater influence over long-range events, while Dorian and Mixolydian modes are more often relevant locally. Specifically, Ionian and Aeolian modes of the same diatonic collection (i.e., relative modes) often represent the primary tonality of a piece (or section) as a pair. Precedent for this Ionian-Aeolian relationship is found

**Example 1a.** $B_M$ in the introduction of "The Revealing Science of God" (1973), 1:57



(click to enlarge and listen)

**Example 1b.** $E_D$ in the introduction of "The Gates of

EXHIBIT 11
PAGE 303

in the music of many of the band's influences; see, for example, Straus's (1982) concept of a "tonal axis" in Stravinsky, Wagner's (2001) discussion of "tonal oscillation" in the Beatles, and Bates's (2012, 35) comments on the tonal pairing of Ionian and Aeolian in Vaughan Williams. As later examples will attest, this Ionian-Aeolian pairing is manifest in both local and global contexts.[12] This same equivalence, however, is not afforded to "relative" Dorian and/or Mixolydian modes, particularly at the level of large-scale structure. In fact, Dorian and Mixolydian seldom represent the main key of a piece; that distinction is usually reserved for Ionian and/or Aeolian. This contention can be illustrated through the two excerpts provided in Example 1. Both of these passages occur in introductory sections and establish the home diatonic collection of the given song. **Example 1a**, from "The Revealing Science of God," is in $B_M$ (4$\flat$) chant, while **Example 1b**, from "The Gates of Delirium" (1974), represents $E_D$ (2$\flat$). Though both excerpts are tonally stable in their surroundings, they are each later supplanted by relative Ionian modes: $E_I$ (4$\flat$) in the former (at 4:49), $D_I$ (2$\flat$) in the latter (at 2:11). These relative Ionian modes reveal themselves over the course of both songs to represent the songs' primary tonalities, a type of "emergent tonality" discussed by Spicer (2009). This analysis should not lead one to deny the presence or contextual importance of Mixolydian and Dorian modes in Yes, but it does indicate that the band's decisions regarding the employment of different modal types are carefully considered. In particular, Ionian seems well suited for moments intended to represent "arrival." A partial explanation for this association is suggested by Temperley and Tan's (2013) research into the "happiness" connotations of different diatonic modes, whereby Ionian is judged the happiest due to both its familiarity and its sharpwise position along the line of fifths. Since the lyrical content of many of Yes's songs deals with hippie ideals such as spiritual attainment, Ionian mode arrivals often factor heavily in matters of large-scale form.

Delirium" (1974), 1:25



(click to enlarge and listen)

### Scalar Voice Leading

[3.1] One of the primary goals of this article is to demonstrate that smooth voice leading between collections ($s_i$ or $f_i$) has an important function in this repertoire. There are certainly many earlier models for these tendencies in Yes, including the modulation schemes of classical sonatas (i.e., modulation from tonic to dominant keys) and, regarding the "scalar tradition," the successions of scales found in the music of certain twentieth-century composers.[13] Additionally, many rock songs feature scalar voice leadings by $s_i/f_i$ (see Temperley 2011), including songs within the progressive-rock canon.[14] However, since Yes's songs have so many different thematic modules, the scope of $s_i/f_i$ voice leading in individual songs far exceeds that in most rock music. Many reasons could be put forth to explain this aspect of the extended pieces, but, at its core, smooth scalar voice leading functions as an arranging device, necessary to create seamless transitions between adjacent thematic modules (many of which were conceived independently of one another). Band members have often credited Rick Wakeman for his role in fostering these results. As drummer Bill Bruford explains (Morse 1996, 139):

> [Rick] could modulate without you noticing it. He could do all the tricks that an academy guy could do. So suddenly the joins of the music didn't seem so bad. You'd go from letter A to letter B and there'd be this horrible scrunch before. He could smooth the thing over. . . . That was a huge leap forward.

A primer for smooth modulations is offered in **Example 2**: a synopsis of the introduction section to the band's cover of Simon and Garfunkel's "America" (1972).[15] Here is a progression of modules that traces a pattern of $f_i$ signature transformations, beginning in $D_I$ (2$\flat$), the key of the original S & G song, but given a Mixolydian 1$\flat$ tinge, traveling through $G_M$ (1$\flat$) and $C_M$ (1$\flat$), and finally culminating in a melodic statement of the main theme in $F_I$ (1$\flat$).[16]

[3.2] The concept of smooth scalar voice leading also furnishes a model for describing and understanding harmonic modal borrowings.[17] If we conceive of modal mixture as the brief infiltration of another scale without a change of pitch center, we see a clear preference in the music of Yes for chords based on a scale that introduces only one addition to the key signature ($s_1$ or $f_1$). These tendencies certainly derive from practices in 1960s folk and psychedelic rock, and, as in this music, such borrowings tend to arise in textures with faster rates of harmonic change, as opposed to the static harmonies characteristic of pure modality. Since these chords require minimal disruption of the background diatonic collection, they exhibit a "compactness" of overall collection discussed by

**Example 2**. Summary of diatonic tonalities in the introduction to "America" (1972)

| Timing | Theme | Mode | Signature |
|---|---|---|---|
| 0:08 | Theme 1 | $D_M$ | 2$\flat$–1$\flat$ |
| 0:45 | Theme 2, Part 1 | $G_M$ | 1$\flat$ |
| 0:54 | Theme 2, Part 2 | $C_M$ | 1$\flat$ |
| 1:17 | Main Theme | $F_I$ | 1$\flat$ |

(click to enlarge)

**Example 3**. Common modal borrowings by $s_1/f_1$

| Borrowing by $\flat$ | Home Mode | Borrowing by $\sharp$ |
|---|---|---|
| $\flat$VII, $\flat$III (Mixolydian) | Ionian | II, III ($\sharp$Lydian) |
| $\flat$II (Phrygian) | Aeolian | IV, VI (Dorian) |
| $\flat$V (Dorian) | Mixolydian | |

(click to enlarge)

**Example 4**. Modal borrowings in the chorus of "The Revealing Science of God," 6:20

EXHIBIT 11
PAGE 304

Temperley (2011, [3.4]). Rarely do borrowed chords produce the effect of complete modal change; however, the mode from which certain chromatic chords are borrowed may prove to have motivic relevance within a given song.[18] **Example 3** provides an overview of common $s_1/f_1$ borrowings in Yes from various home modes. For example, Ionian—the conventional "major" mode in which mixture most often occurs—may borrow sharpwise from Lydian (II or vii) or flatwise from Mixolydian (bVII or v).[19] This process is illustrated in the chorus of "The



(click to enlarge and listen)

Revealing Science of God" (**Example 4**).[20] Here, the two borrowed chords (II and bVII) are employed in ways that are characteristic of predecessors such as the Beatles and the Byrds. Specifically, the Lydian II harmonizes a passing #$\hat{4}$ in the melody's descending chromatic line $\hat{5}$–#$\hat{4}$–$\hat{4}$, while the cadential bVII chord acts as a substitute for the traditional V chord.[21]

## Musical Oppositions: The Scalar Gap

[4.1] Yes often creates tonal drama by setting up musical oppositions in their songs. My focus will be on a particular type of opposition I will term the *scalar gap*. Given our expectation for smooth voice leading, the scalar gap is established by juxtaposing thematic modules featuring scales related by voice-leading distances greater than $s_1/f_1$. Most scalar gaps in Yes are simply at the distance of two signature transformations (oftentimes with pitch centers separated by whole step), so the gap is created through a missing stage in the pattern of normative $s_1/f_1$ transformations. Yes usually introduces these oppositions early on in the songs, helping to foster the notion that subsequent events are motivated by their relationship to this gap. **Example 5** provides one of the many early

**Example 5**. Establishment of the scalar gap in "To Be Over" (1974), 1:18



(click to enlarge and listen)

presentations that could be cited, from the introduction section of "To Be Over" (1974). Here, an opposition between the song's two primary tonalities $E_1$ (4#) and $D_1$ (2#) is established by transposing the second half of the introductory $E_1$ theme to the key of $D_1$. Thereafter, the conflict between 4# and 2# is explored in various ways, particularly through modal borrowing in both tonalities.[22] I will continue the discussion of "To Be Over" in the following section, where I outline several methods applied by Yes in response to these tonal oppositions.

*Gap Filling*

[4.2] Since the metaphor of a gap has been used to describe scalar voice-leading distances larger than $s_1/f_1$, it follows that such gaps can be filled through smooth voice-leading practices. For a hypothetical gap of $s_2/f_2$, this filling must come in the form of a passage featuring the pitch collection of the key signature that lies between those of the two other scales. The result is a series of directed smooth signature transformations (i.e., $s_1$–$s_1$ or $f_1$–$f_1$) that bridges the divide between the opposing scales.[23] In "To Be Over," this approach is used near the song's end, where a

**Example 6**. Transition to the Coda of "To Be Over," 7:16



(click to enlarge and listen)

modulation from the secondary tonality $D_1$ (2#) to the primary tonality $E_1$ (7:34) is pursued. Rather than continuing to foster the opposition between these scales, the transitional passage shown in **Example 6** is inserted. As can be seen, this excerpt features F#$_A$ (3#), thereby creating a smooth sequence of $s_1$ transformations from $D_1$ (2#) to F#$_A$ (3#) to $E_1$ (4#).

*The Common-Tone Method*

[4.3] A more nuanced approach to dealing with the scalar gap is offered in Tymoczko's "subset technique" (Tymoczko 2011, 307), which connects scales through shared pitch classes. In application of this method, we find Yes employing strategies long associated with composers of the "scalar tradition," as detailed in sources such as Antokoletz 1984, Parks 1989, Taruskin 1996, Callender 1998, and Tymoczko 2004. That is, it shows the band attending to the potential relationships contained in the complete pitch class content of the involved collections.

[4.4] "To Be Over" makes use of the common-tone method in its exploration of the opposition between $E_1$ (4#) and $D_1$ (2#). Given their distance of two signature transformations, these two scales share a pentatonic collection (E–F#–A–B–C#). Four of these five pitches (E–F#–B–C#) appear at the song's beginning in the form of

**Example 7a**. Main theme of "To Be Over," 0:01

6/12/17, 5:36 PM

EXHIBIT 11
PAGE 305

the primary melodic theme (**Example 7a**). The most fitting tonality for this theme is $E_1$, and it is thereafter harmonized accordingly at (0:19) and at the coda (7:34). However, the theme's other appearance falls immediately after the early establishment of $D_1$ as the opposing tonality of the song (illustrated above in Example 5). As shown in **Example 7b**, this untransposed statement continues to function within the environment of the 2♯ collection (see the descending scales in the accompaniment). Therefore, the emphasis on melodic common tones in the texture realizes a momentary union between the competing $E_1$ and $D_1$ scales.

[4.5] Common tones can also forge subtle links between multiple themes. Consider "Heart of the Sunrise" (1971), a song notable for its drastic tonal juxtapositions.[24] The music outlined in Example 8 represents the type of problem that likely arose often during the band's arranging sessions, and which usually fell upon Rick Wakeman to solve.[25] Here, the challenge is how to bridge the gap between themes in $E_M$ (3♯), at the short vocal phrase "lost in her eyes" (4:58) and $B\flat_V$ (5♭), the verse, tonalities distantly related by four signature transformations (i.e., 3♯ to 7♯). The solution is found in the link between these two themes, shown in **Example 8a**. Though apparently a brief statement of a G♯ minor-pentatonic scale, this passage is actually a veiled quotation of the main instrumental riff of the song (**Example 8b**). Comparing this pentatonic collection with the bookending $E_M$ and $B\flat_A$, we find that it holds four common tones with each of the scales. Importantly, the link begins by stating the four common tones held with $E_M$ (F♯–G♯–B–C♯) and ends with the four shared tones that predict the following $B\flat_A$ (C♯–D♯–F♯–G♯). The result is a remarkably seamless transition between two distant tonalities.

*Recapitulation as Resolution*

[4.6] Thus far, I have given little attention to the relationship between the scalar aspects outlined above and musical form. The previous discussion of musical oppositions foregrounds one of the most substantial links between the large-scale works of Yes and tonal-era instrumental music: the concept of *recapitulation as resolution*. In this conception, associated with authors such as Rosen (1980), a sonata-form exposition establishes a tonal opposition between tonic and dominant keys, and the recapitulation produces, through its tonic transposition of the second theme, a large-scale resolution of this dissonance.[26] While nearly all of the extended tracks by Yes feature a section of thematic restatement, only some of these sections rise to the level of recapitulations in the sense described by Rosen.[27] Logically, the early presentation of tonalities related by scalar gap can produce a high-level dissonance similar to that of sonata-form expositions (though other types of conflict are also found). But how does Yes approach the resolution of these dissonances?

[4.7] Though the analyses below will allow us to answer this question more fully, **Example 9** suggests some preliminary ideas regarding large-scale resolutions. This diagram offers an overview of the opening and closing sections of "The Revealing Science of God" (1973), allowing for comparison of the modal setting of certain thematic materials of the A section with their return in the recapitulation. The A section of this song features the familiar tonal opposition between scales separated by $s_2/f_2$, as the 4♯ themes of the opening, including the $B_M$ chant and $E_1$ chorus of song 1, lead to the (mostly) 2♯ elements of song 2.[28] I will begin by considering how aspects of the recapitulation arise in response to the scalar gap. First, observe the reversed ordering of themes in the recapitulation, which creates a palindromic relation between the two large sections. The


(click to enlarge and listen)

**Example 7b.** "To Be Over." Main theme stated in 2s context. 1:32


(click to enlarge and listen)

**Example 8a.** "Heart of the Sunrise" (1971), (5:04). Common-tone method


(click to enlarge and listen)

**Example 8b.** "Heart of the Sunrise" (0:15). Main instrumental theme


(click to enlarge and listen)

**Example 9.** "The Revealing Science of God." Overview of A section and recapitulation

A section

| Timing | Theme | Mode | Signature |
|---|---|---|---|
| 3:57 | Chant | B♭♭ | ♯♯ |
| 6:20 | Song 1, Chorus | E♭ | 4♯ |
| 11:41 | Song 2, Part 1 | D♭ | 2♯ |
| 12:04 | Song 2, Part 2 | G♯/F♯ | ♯♯ |
| 12:41 | Song 2, Part 3 | D♭ | 2♯ |

Recapitulation

| Timing | Theme | Mode | Signature |
|---|---|---|---|
| 18:30 | Song 2, Part 3 | NDX | 2♯ |
| 20:06 | Song 2, Part 2 | A♭/♭♭ | 2♯ |
| 20:35 | Song 2, Part 1 | E♭ | ♯♯ |
| 21:02 | Song 1, Chorus | E♭ | ♯♯ |
| 21:34 | Chant | E♭ | ♯♯ |

(click to enlarge)

symmetrically positioned statements of the chorus in the A section (6:20) and later within the recapitulatory climax (21:02) are both in the tonality of $E_1$ (4♯), suggesting $E_1$ as the primary key of the song. From this, one observes a familiar resolution tactic

EXHIBIT 11
PAGE 306

from classical sonata form: the transposition of the opposing tonality (here 2$\sharp$) to the pitch level of the primary tonality. This occurs immediately prior to the final statement of the chorus, when song 2/part 2 is transposed up by step from D$_1$ to E$_1$ (20:40). Together, then, these two thematic modules produce a somewhat conventional tonal resolution (save for the reordering of themes).

[4.8] However, more radical methods of resolution are also found in the recapitulation, and these call upon the domains of pitch collection and modal type. Regarding pitch collection, the first two modules of song 2 (19:36 and 20:08) are modified so as to replace the earlier 2$\sharp$ collection with 3$\sharp$. This conversion is achieved in stages: (1) the melody of song 2/part 1 (19:36) is transformed through the simple addition of the pitch G$\sharp$ (compare **Examples 10a and 10b**); and (2) song 2/part 2 (20:08) is transposed up a whole step from section A. In light of the discussion above, this resolution technique can be viewed as an example of large-scale gap filling, as it permits smooth scalar voice leading from 3$\sharp$ to 4$\sharp$ to replace the earlier gap. The concluding resolution, this time involving mode type, occurs at the return of the "chant" section (21:38). Previously heard in B$_M$ in the introduction (Example 1a),

**Example 10a.** "The Revealing Science of God" (11:41). Melody of Song 2: Part 1



(click to enlarge and listen)

**Example 10b.** (19:36). Melody of Song 2: Part 1 at the beginning of the recapitulation

(click to enlarge and listen)

the harmonic context within which the chant melody now operates is clearly the "relative" E$_1$ (supported by the held E-major triad in the accompaniment, not shown). This transformation supports the earlier hypothesis that Yes prefers Ionian/Aeolian modes for tonal events of high-level structural importance, and the conclusion in E$_1$ (4$\sharp$) reveals how crucial all three of the modal domains are in the articulation of tonal resolution.

### Four Analyses

*"Roundabout"*

[5.1] "Roundabout" (1971) offers a useful starting point for an investigation into the interaction of tonality and large-scale form. The diagram in **Example 11** outlines a formal type encountered often in Yes: the compound A–B–A form, here realized as A–A'–B–A' (with additional introduction and coda sections).[28] As is often true of such compound forms, large A sections feature the thematic components of songs: here, the alternating verse and chorus sections. B sections, on the other hand, are less predictable, but usually contain distinctive contrasting material and solos.

**Example 11.** Formal overview of "Roundabout" (1971)

| Large Section | Timing | Theme Section | Mode | Signature |
|---|---|---|---|---|
| Introduction | 0:07 | Guitar solo | E$_A$ | 0 |
| A<br>and A' | 0:53, 2:14 | Verse | E$_D$ | 2$\sharp$ |
| | 1:45, 2:46 | Chorus | G$_M$ | 1$\flat$ |
| B | 3:21 | "Drifting Clouds" | E$_P$ | 2$\flat$ |
| | 4:35 | Interlude | E$_{\text{eAPh}}$ | 1$\flat$ |
| | 5:53 | Solos | G$_M$ | 1$\flat$ |
| A' | 7:05 | Verse | E$_D$ | 2$\sharp$ |
| | 7:35 | Chorus | G$_M$ | 1$\flat$ |
| Coda | 7:52 | Coda | E$_P$ | 2$\flat$ |
| | 8:21 | Guitar cadence | E$_A$ | 0 |

(click to enlarge)

[5.2] A simple song structure by Yes's standards, "Roundabout" offers a relatively concise demonstration of how scalar relationships can be played out across a piece. Of particular importance in this song is the relation of various tonal events to the background tonality, represented (as a tonal pair) by the relative modes E$_A$ and G$_1$ of 1$\sharp$. However, the surface modes used throughout the piece seem to contradict this reading, as Dorian and Mixolydian modes are far more prevalent than are Aeolian and Ionian. For example, the verse and chorus are each set in scales one signature transformation removed from the central 1$\sharp$: the verse is set sharpwise in E$_D$ (2$\sharp$) while the chorus is set flatwise in G$_M$ (1$\flat$).

[5.3] Some important repercussions to setting the verse and chorus just outside of the background 1$\sharp$ are uncovered by investigating techniques of scalar voice leading throughout the song. For example, a fundamental scalar gap exists between the E$_D$ (2$\sharp$) verse and the G$_M$ (1$\flat$) chorus. At various locations in the song, Yes responds to this gap by inserting passages that fill in the scalar space. The first (**Example 12a**) occurs between the verse and chorus: a refrain that bridges the gap between 2$\sharp$ and 1$\flat$ through the brief use of A$_D$ (1$\sharp$), thereby creating two successive f$_1$ transformations. The smooth voice leading achieved here is easily recognized by focusing on the progress of the primary guitar motive (see brackets), whereby each statement of the motive cancels one sharp of the previous statement: C$\sharp$ of E$_D$ leading to C$\natural$ of A$_D$, then F$\sharp$ of A$_D$ leading to F$\natural$ of G$_M$. When transitioning between the

**Example 12a.** Gap-filling in "Roundabout" (1:32)



(click to enlarge and listen)

**Example 12b.** Gap-filling in the "link" of "Roundabout" (6:56)

EXHIBIT 11
PAGE 307

MTO 21.1: Clement, Scale Systems and Large-Scale Form in...     http://www.mtosmt.org/issues/mto.15.21.1/mto.15.21.1.clemen...

tonalities of the chorus and verse (**Example 12b**), the band merely inserts a rising $E_A$ scale (1♯) to bridge the motion from ♮ to 2♯ (another example of this technique is found at 2:11). Relatedly, smooth scalar voice leading is discernable in local modal mixture throughout the piece. For example, the $G_M$ chorus (**Example 13**) utilizes a brief borrowing of ♭III from the parallel Dorian scale, which can be conceived as an additional $f_1$ transformation from ♮ to 1♭. This example indicates that smooth voice leading (by $f_1$), while serving the practical purpose of bridging collections, is also raised to the level of a motive in the song.

[5.4] Another result of the extensive surface use of $E_D$ and $G_M$ is that it establishes a large-scale dissonance against the background 1♯ of $E_A$ and $G_I$. Investigating the manner of resolving this dissonance elucidates some defining aspects of form and tonality in the piece. **Example 14** provides the best candidate for a tonal resolution in the song. It occurs in the central interlude, coordinated with a significant reduction in dynamics and instrumentation. Here, the relative modes of 1♯ are finally juxtaposed, as the $E_A$ classical-guitar theme (first heard as the song's introduction) is immediately followed by the chorus, now altered slightly to form $G_I$. Therefore, this music achieves an Ionian arrival that was previously thwarted by the use of Mixolydian in the chorus statements of the A sections. Notably, this resolution is short-lived, as the music spins thereafter into a series of surface $f_1$ transformations, culminating in the 2♭ collection: an additional step "too



(click to enlarge and listen)

**Example 13**. Chorus of "Roundabout" (1:42)



(click to enlarge and listen)

**Example 14**. Interlude from "Roundabout" (5:32)



(click to enlarge and listen)

far" in the flatwise direction. This moment nicely sums up the consistent subversion of 1♯ that occurs throughout the piece, a musical strategy appropriately symbolizing the song's basic juxtaposition of majestic imagery from nature (e.g., "lakes" and "mountains") with that of the hustle and bustle of modern life (e.g., "the roundabout").[30]

[5.5] But how do the above-described events relate to musical form? On the whole, one must mark "Roundabout" as a more conventional exercise of scale-form interaction than the pieces discussed below. For example, the A" section here is simply a restatement of the earlier A sections; therefore, it does not engage with the sonata-form concept of "recapitulation as resolution." Nevertheless, the symmetrical A–B–A form does support the dramatized role of 1♯. Observe in Example 11 that the form frames the three structurally significant appearances of the background 1♯ at the beginning, middle, and end of the song.

*"And You and I"*

[6.1] "And You and I" (1972) is more formally and tonally complex than "Roundabout," and it features several aspects not present in the earlier song. The diagram in **Example 15** subsumes the four named sections of the song (Cord of Life; Eclipse; The Preacher, The Teacher; Apocalypse) under a compound binary form, A–A', subdivided as a–b–a'–b'. The large A' section goes far beyond what was witnessed in "Roundabout," as it modifies the earlier material through thematic shuffling, rearrangement, and (importantly) transposition. Though it does not rise to the level of a recapitulatory resolution, its transformative character clearly engages with organicist conceptions of musical form.

**Example 15**. Formal overview of "And You and I" (1972)

| | Title | Timing | Theme/Section | Mode | Signature |
|---|---|---|---|---|---|
| A | Cord of Life (a) | 0:35 | Intro | G/? | |
| | | 1:15 | Verses | D♭ | 2♭ |
| | | 1:55 | Transition | D♭>A | |
| | | 2:22 | "And You and I" | A♭ | 3♭ |
| | Eclipse (b) | 3:46 | Instrumental | D>A>B | |
| | | 4:16 | A/b>"Eterna Quickly" | E♭ | 4♭ |
| A' | The Preacher, the Teacher (a') | 5:30 | Intro | G/? | |
| | | 6:15 | Verses | E♭/D♭ | 1♭ |
| | | 6:22 | "Eterna Quickly" | C♭>B♭ | 1♭ |
| | Apocalypse (b') | 6:33 | Instrumental | E to D | |
| | | 8:26 | "And You and I" | B♭ | 5♭ |

(click to enlarge)

[6.2] Supporting the notion of formal-tonal transformation in "And You and I," the song's progression of thematic modules is articulated through a directed series of $s_1$ transformations, beginning in 2♯ and closing in 5♭. Therefore, the song projects smooth scalar voice leading across the entire formal structure. The variety of pitch-class collections visited and the directed sharpwise motion of the trajectory produce the overall musical experience of having undergone a journey, one which has as its goal a culminating sharpmost scale. Although obscured by the resulting $s_1$ plan, the concept of the "scalar gap" does in fact apply to "And You and I." An earlier studio recording of the song, included as an alternate take on recent CD editions of the album *Close to the Edge*, shows that the original arrangement of the song included only the 2♯ and 4♯ elements of Example 15. The vocal section I have labeled "And You and I," therefore, was a later addition, one likely motivated in part by concerns for smooth scalar voice leading.

EXHIBIT 11
PAGE 308

[6.3] The domains of pitch center and modal type are equally vital to the song's progressive tonal plan. As Example 15 shows, the succession of pitch centers traces a series of ascending fifths (G–D–A–E–B), while modal types are limited almost entirely to Ionian. These pitch centers are, of course, those of the "guitar pentatonic" described in [2.1]. Interestingly, the projected guitar pentatonic structure is supported by many local details throughout the piece. For example, the song opens with an improvised guitar "tune up" using the natural harmonics of the seventh and twelfth frets of the guitar, which spell out the same pentatonic collection (plus F♯); this is the beginning stage in the gradual process of attaining the modulatory launching-off point of 2♯. Then, as shown in **Example 16a**, these same six pitches form the basis of the guitar introduction, which organizes its cadential bass pitches in ascending fourths (E–A–D) along the guitar pentatonic. Immediately prior to the "Eclipse" section (see **Example 16b**), the guitar strums out the tetrachord A–E–G–D, another collection contained in the guitar

**Example 16a.** Guitar introduction of "And You and I" (0:31)



(click to enlarge and listen)

**Example 16b.** "And You and I," chord occurring before the instrumental section (3:37)



(click to enlarge and listen)

pentatonic. But most striking is the following instrumental theme (Eclipse, 3:46), which features the sequential transposition of a harmonic progression by ascending perfect fifths: D–A–E–B–F♯.[31] Guitarist Steve Howe recalls the crucial role of this particular passage: "The way the theme in *Eclipse* modulates and develops did take a lot of time because Chris, Bill, and Rick were working on it together. They were driving into something really big with Chris's bass pedals" (Morse 1996, 39). Of course, this pattern of sequential transpositions leads through all of the primary pitch centers of the song, in the same order of ascending fifths. This type of coordination between local motivic details and large-scale tonal structure, whereby surface features generate aspects of larger musical spans, will be demonstrated further in the remaining two songs considered in this article.

*"The Remembering"*

[7.1] While "Roundabout" and "And You and I" differ in most respects, "The Remembering (High the Memory)," the second side-length track from *Tales from Topographic Oceans* (1973), demonstrates how elements from both of these earlier songs can be combined to generate a substantially more elaborate formal design. Like "Roundabout," the form is a compound A–B–A' (see **Example 17**), but here the A sections contain two different "songs," which themselves contain two parts comparable to verses and choruses. This feature might derive from "And You and I," which similarly structures its A sections in two parts. Also consistent with "And You and I," the form of "The Remembering" invites some limited comparison with elements of classical sonata form: the bifurcated A sections, the use of developmental techniques in the B section, and, most importantly, the recapitulatory A' section that functions clearly as a large-scale resolution. It is surprising to find a piece as lengthy as "The Remembering" (20:37) focusing on such a small number of collections, modes, and pitch centers.

[7.2] "Roundabout" seems to be the model for many of the tonal aspects utilized here. First, there is a clear home pitch collection in 2♯, which, as in "Roundabout," is realized as Ionian or as its relative Aeolian. (In fact, several themes feature $D_I$ and $B_A$ simultaneously.) Second, "The Remembering" generates tonal drama through an opposition between 2♯ and ♮, the familiar $s_2/f_2$ scalar gap. The contrasting ♮ scale is realized primarily as $G_M$ in the

**Example 17.** Formal overview of "The Remembering" (1973



(click to enlarge)

**Example 18.** Establishment of the scalar gap in "The Remembering" (0:01)



(click to enlarge and listen)

vocal sections labeled "Chant" and "Relayer" on Example 17. This opposition—one not just of pitch-class collection, but also of mode type and tonal pitch center—is instituted at the very beginning of the song. As shown in **Example 18**, the introduction section begins with guitar arpeggios that progress from a D-major triad to a B-minor triad, thereby establishing 2♯ and its two modal pitch centers. Then, the $G_M$ "Chant" theme is presented without any transitional process between 2♯ and ♮. As described above, such bald juxtapositions help establish tonal oppositions in the extended pieces, thereby creating the expectation for subsequent

EXHIBIT 11
PAGE 309

resolution.

[7.3] The opposition between $2\sharp$ and $\natural$ does in fact motivate the events of a culminating section. Here, in the instrumental retransition (13:43), both collections are recalled in anticipation of the recapitulation. This begins with a polymetrical passage that fuses the two $G_M$ themes (**Example 19a**), with the "Chant" melody superimposed above a rhythmic pattern in the bass derived from the preceding "Relayer" section. Then, an abrupt modulation transposes the "Relayer" theme to $A_M$ (see **Example 19b**), and thereby shifts by $s_2$ into $2\sharp$. This latter event aids two crucial large-scale resolutions of the song. First, it places the Mixolydian mode, previously confined to the $\natural$ collection, within the $2\sharp$ scale, thereby resolving the pitch-class conflict in favor of $2\sharp$. Additionally, it creates a mode-type resolution, as $A_M$ ultimately gives way to $D_I$ at the beginning of the recapitulation, somewhat akin to a dominant-to-tonic resolution (i.e., A to D). This moment of resolution offers further evidence of the large-scale structural importance of Ionian/Aeolian modes, as Ionian is reserved here for the articulation of tonal and thematic return, while Mixolydian—which sets themes of a chantlike/ritualistic character in "The Remembering"—plays a supporting role.



**Example 19a.** "The Remembering" (13:43). Superimposition of $(\natural)$ themes

(click to enlarge and listen)



**Example 19b.** "The Remembering" (14:13). "Relayer" theme transposed to $A_M$ ($2\sharp$)

(click to enlarge and listen)

**Example 20.** "The Remembering" (2:54). Borrowed Lydian II in Song 1, Part 2



(click to enlarge and listen)

[7.4] Another important aspect of "The Remembering" will be familiar from the analysis of "And You and I": a long-range unfolding of $s_1$ signature transformations, which provides a trajectory for scalar motions across the entire formal structure, perhaps symbolizing the "sailing" referenced early on in the lyrics. This process is likewise motivated in part by the scalar gap, as it begins its course by gap filling. Following the introductory statement of the $G_M$ "Chant" (0:12), the path from $\natural$ back to $2\sharp$ begins by passing through the $1\sharp$ collection in Song 1 Part 1 (2:28).[32] This $s_1$ pattern continues in the form of modal borrowing within Song 1 Part 2, as shown in **Example 20**. Here, the Lydian II chord creates a momentary $s_1$ borrowing from $3\sharp$.[33] Bassist Chris Squire describes the passage as follows: "That section starts with a very interesting chord sequence. The key shifts for every bar, and the bass line just happens to bind it all together by following a weird kind of scale" (Morse 1996, 49).

[7.5] Though only a local scalar disturbance in the context of Example 20, the II chord—particularly in the form of an E-major triad—factors heavily in the events of the recapitulation (refer to Example 17). Here, thematic elements are reordered and transposed so as to create two important tonal arrivals: (1) a scalar climax of sharpwise voice leading; and (2) a resolution back to the home $2\sharp$. The climax is achieved by reversing Song 1 and Song 2 and by transposing Song 1 up by whole step, which allows the recapitulation to continue the pattern of $s_1$ transformations begun in the A section, culminating in the $4\sharp$ $E_I$ of Song 1

**Example 21.** The Remembering (18:40). Pivot from $E_I$ to $D_I$ through borrowed II chord



(click to enlarge and listen)

part 2 (17:59). More specifically, the arrival of the sharpmost moment coincides with the borrowed II chord ($F\sharp$ major) within this scale. Temperley and Tan's (2013) association of sharpwise motion with an increase in perceived happiness supports the importance of this arrival. The association of $s_1$ activity with the E-major triad, described above in reference to Example 20, reaches a peak during these climactic modules. As documented in **Example 21**, the E-major triad serves two roles here, functioning first as the emphasized tonic chord of $E_I$ during Song 1 Part 2 and the following short guitar solo, then acting as a pivot chord in the modulation back to $D_I$ (18:44), where it is returned to the position of borrowed II. In sum, "The Remembering" continues to show Yes capably balancing local tonal structures with large-scale processes of opposition, growth, and resolution.

*"Close to the Edge"*

[8.1] For my concluding analysis, I return to the album *Close to the Edge* (1972) for a discussion of its title track, a song often praised for its formal sophistication.[34] Though I have largely avoided references to lyrics thus far, this song is notable for its suggestion of a lyric narrative.[35] Macan (1997, 96) considers "Close to the Edge" to be a prime example of the "spiritual quest"

EXHIBIT 11
PAGE 310

Case 2:15-cv-05642-CAS-JC   Document 282-2   Filed 06/25/18   Page 62 of 224   Page ID #:2650

theme that is so prevalent in the progressive-rock canon, and both he and Covach (1997) have identified Hermann Hesse's novel *Siddhartha* (1922) as a likely model for the song's narrative (see also Moore 1996). Though my interpretation of this particular feature of the song does not differ greatly from those of Covach and Macan, I hope to demonstrate in the following analysis that a scale-oriented view can elucidate aspects of the unfolding of this concept.

[8.2] The diagram in **Example 22** reveals yet another compound form: A–A′–B–A″, the A sections of which contain a transposable "bridge-chorus-refrain" sequence (these transpositions are discussed further below). Of all of the band's extended pieces, "Close to the Edge" has invited the most comparisons with classical formal prototypes. Macan, for example, analyzes its form as "a conflation of the multimovement suite and the one-movement sonata form" (Macan 1997, 99). While I disagree with this interpretation, the song can be viewed nevertheless as the band's most sophisticated application of sonata-like principles, particularly in reference to its techniques of opposition, development, transformation, and ultimate resolution.

[8.3] One of the primary pitch-related issues to consider is the presence of yet another large-scale pattern of $s_1$ signature transformations: here, an expansive path from $1\flat$ to $6\sharp$. The culmination of this process occurs at the end of the B section, rather than within the climactic recapitulation. This suggests a song-specific unfolding of scalar processes. I will begin by demonstrating how the articulation of this pattern may correspond loosely to various stages in the spiritual quest of the song's protagonist, providing evidence of the ability of scalar processes to "take us on a complex journey" (Temperley 2000, 310).

[8.4] The first span of $s_1$ transformations occurs from the beginning of the introduction to the "chorus hint" of the A section. However, the music complicates the progress of this path in several ways (see Example 23). First, the $1\flat$ collection of the introduction is modally impure, as the leading tone of D minor (C$\sharp$) infiltrates the texture in the bass ostinato (**Example 23a**); only the following improvised guitar solo (not shown) is fully diatonic. Additionally, the bass refuses to settle on the pitch center D until the very end of the section (2:48).[36] Then, the following instrumental theme (**Example 23b**), which, according to an $s_1$ pattern, should proceed to $\natural$, does so only with the bass's D$_D$, as the guitar melody features a contradictory D$_I$ (2$\sharp$), rendering definitive modal assignment impossible.[37] Problems in the continuance of the $s_1$ path are also apparent in the A section. While the verse provides a stable $1\sharp$ in A$_D$, the short "chorus hint" that follows (**Example 24**) unfolds $s_1$ transformations too

quickly, steering the music into E$_D$ (2$\sharp$) and then, almost immediately, a modally ambiguous 3$\natural$. In coordination with the appearance of 3$\sharp$, vocalist Jon Anderson exclaims "not right away" (4:39). Stepping back from this description, what correlations might exist between the indistinct $s_1$ process and the spiritual quest narrative? Covach describes the introduction as representing the "chaotic nature of the material world" (Covach 1997, 20). Similarly, Macan reads the beginning of the verse as a "call" to action from the "disgraceful condition" of the protagonist (Macan 1997, 96). From these readings, connections between the narrative and the tonal structure are easily drawn. The "chaotic" nature of the introduction is represented musically by the impure realization of $1\flat$ and subsequent complications with $\natural$. Then, the following verse, by proceeding too rapidly into 3$\natural$, indicates that spiritual enlightenment comes only with great effort ("not right away").

[8.5] The following music, beginning at the bridge (4:53), supports this analysis, as it immediately falls back to $\natural$ and restarts the process of $s_1$ transformations so that they may proceed at a more leisurely pace, and thereby better represent the long journey and its struggles. Further, the

**Example 22.** Formal overview of "Close to the Edge" (1972)



(click to enlarge)

**Example 23a.** "Close to the Edge," introduction (0:55)



(click to enlarge and listen)

**Example 23b.** "Close to the Edge," main theme (2:55)

(click to enlarge and listen)

**Example 24.** Rapid $s_1$ transformations in the A section of "Close to the Edge" (4:33)



(click to enlarge and listen)

**Example 25.** "Close to the Edge," bridge (4:53)

6/12/17, 5:36 PM

EXHIBIT 11
PAGE 311

bridge solves the tonal problem of the earlier unclear $s_1$ transformation between 1♭ and ♮ by having the guitar briefly reference its 1♭ motive from the introduction at the very beginning (see **Example 25**).[38] Otherwise, the $s_1$ path is elongated through transformations of thematic material in the A' section: (1) the "chorus hint" (6:50) remains in $A_D$ (1♯), and (2) the bridge-chorus-refrain sequence is transposed up by whole step from the pitch levels of the A section in order to realize 2♯. One fortuitous result of the latter transposition is that it allows the chorus (7:40) to return to the $E_D$ mode previously foreshadowed in the "chorus hint" of the A section.



(click to enlarge and listen)

[8.6] The final segment of the $s_1$ path, occurring within the B section, represents an important juncture in the spiritual quest narrative. Covach suggests that the B section represents the "spiritual realm" (Covach 1997, 20), and Jon Anderson's own comments about "passing on from this world to another world" (Morse 1996, 36) appear to confirm this reading. Death (literal or figurative) also factors in this sequence of events, evoked by references in the lyrics (e.g., the crying woman and "crucifixion") and the funereal organ interjections (e.g., 12:11). The culmination of the $s_1$ pattern occurs with the arrival of 6♯ at the transposed restatement of the instrumental theme (14:13). While representing a goal of sorts (the attainment of the sharpmost scale), this music, factoring in its frenzied texture and affect, does not likely symbolize the moment of true spiritual enlightenment in the narrative, but rather the final stage of transformation that leads the protagonist into another realm.

[8.7] Before venturing further, I should briefly address an inconsistency in the outline of $s_1$ transformations detailed above, specifically the link into the B section (7:58). As shown in **Example 26**, this music is a variation on the bridge (compare with Example 25), given its ♮ scale, background $C_I$ mode, and emphasis on the pitch F. Clearly, this passage fails to provide the 3♯ needed in order to

**Example 26.** "Close to the Edge," link (7:58)



(click to enlarge and listen)

produce entirely smooth scalar voice leading into the B section. The earlier appearance of 3♯, however, contained a warning ("not right away"), so it is possible that its avoidance here is a response to the figurative "death" in the journey. Whether or not the reader chooses to accept this analysis, every step of the $s_1$ plan need not be realized neatly, as the overall sharpwise transformations of scales throughout the song is clear enough. Further, the scale-based approach used here is obviously not able to account for all aspects of the music, particularly motivic and rhythmic details. For example, Covach's (1997) discussion of half-step motives throughout the song provides a convincing explanation for the key of the link passage, as this tonality creates a transition into the E center of the B section through the half step F–E.[39]

[8.8] Having detailed the pathway of $s_1$ transformations throughout the song, I will now account for the climactic recapitulation (A'). As a symbolic representation of the protagonist's spiritual transformation, this section realizes perhaps the most all-encompassing resolution of the band's large-scale pieces. To understand the full impact of this tonal resolution, one must consider more fully all three modal domains that I have thus far. Incidentally, the first resolution takes place entirely outside of the scalar realm: a *metrical* resolution occurring at the return of the $A_D$ verse (15:53), as discussed by Covach (1997, 11–14).[40] Therefore, the true tonal resolution does not arrive until the return of the bridge–chorus–refrain sequence (16:33). The simplest component of the resolution is articulated via pitch collection, as this music returns to the 1♭ key signature in which the song began and, further, resolves the impure diatonicism of the opening (i.e., using C♯ rather than C♮).[41] More important, however, are levels of resolution produced through transformations of pitch center and modal type. As can be seen in Example 22, the primary tonality of the recapitulation is $F_I$. As Macan (1997, 103) observes, this choice suggests a large-scale motion from the opening $D_A$ to its relative major $F_I$: a symbolic "darkness to light" succession in support of the "higher level of consciousness" having been reached by the protagonist. This relation offers further proof of the band's preference for employing relative Ionian/Aeolian modes at the highest levels of structure.

[8.9] As presented thus far, my account of the recapitulation's tonal resolution remains incomplete. Is one simply to view the music occurring between the introduction and the resolution as "filler," functioning solely in order to articulate the pattern of $s_1$ transformations? In fact, the choice and realization of various modal types throughout the middle are crucial in building up intensity for the climactic resolution. This increase in tension is produced primarily through the avoidance of clear Ionian modality throughout the song. Example 22 may be misleading due to the large number of Ionian modes identified, as most of these sections strategically underplay the Ionian tonic chord.[42] For example, the bridge (Example 25) features a prolongation of the IV chord, only briefly landing upon the tonic.[43] Instead, strong articulation of the Ionian tonic is reserved for the sections I have labeled as the refrain ("I Get Up"), but even this section is too brief in its first two appearances to produce a true sense of arrival (see 5:54 and 7:53). Only at the climactic statement of the refrain (17:15) is the Ionian tonic chord emphasized to such a degree as to produce a convincing large-scale resolution. Therefore, the earlier statements of the refrain, which occur in scales other than 1♭, help to prefigure this moment.

[8.10] The foreshadowing of the resolution in $F_I$ (1♭) also involves modes other than Ionian, particularly Dorian. As

**Example 27a.** "Close to the Edge," verse of the A section (4:13)

EXHIBIT 11
PAGE 312

in the songs previously discussed, this non-Ionian/Aeolian mode functions only as a temporary area of stability. In "Close to the Edge," all manifestations of Dorian (e.g., the verses and the chorus) take the form of a basic Dorian progression (i–VII–i–ii). In the chorus, this Dorian tonicization precedes an Ionian resolution in the same key signature. An anticipatory function is also reflected in the lyrics that accompany the Dorian mode, as they reference the striving of the protagonist towards an ultimate goal (e.g., "close to the edge"). The most effective musical foreshadowing of the 1♭ Ionian arrival occurs within the verses. As shown in Example 27, each verse contains a brief interruption of the prevailing $A_D$ (1♭) through an interpolated $G_D$ (1♭). The first interjection (**Example 27a**) presents only a ghostly G-minor triad, but by the time of the final statement of the verse (**Example 27b**), the G tonality is realized with the established basic Dorian progression (i–VII–i–ii). Crucially, these interruptions match the $G_D$ (1♭) tonality of the climactic statement of the chorus (**Example 27c**), which naturally features the same progression, and which leads to the conclusive attainment of $F_I$ (1♭). Therefore, these $G_D$ interruptions serve to recall the home 1♭ collection (otherwise missing for the majority of the song), but, in utilizing a non-Ionian mode, certainly defer any sense of arrival on 1♭ until the end of the song.[44]

[8.11] A final point of interest regarding the large-scale resolution is the recapitulation's transformation of formal components in the large A sections. The uncommon ordering of sections "verse–bridge–chorus–refrain" (Example 22) appears to misplace both the bridge and the refrain.[45] The treatment of these sections in the recapitulation suggests a formal conversion that resolves this nonstandard pattern. As diagrammed in **Example 28**, this conversion is achieved first through a merging together of the bridge and chorus into a "super" prechorus. Considering the typical characteristics of prechorus sections of de Clercq (2012, 89), it is easy to see how both the bridge and chorus can meet some of our expectations. First, both sections employ harmony that largely avoids the Ionian tonic: the bridge through its stock



(click to enlarge and listen)

**Example 27b.** "Close to the Edge," verse of the A" section (16:09)



(click to enlarge and listen)

**Example 27c.** "Close to the Edge," chorus of the A" section (16:48)



(click to enlarge and listen)

**Example 28.** Conversion of bridge-chorus-refrain sequence in "Close to the Edge"



(click to enlarge and listen)

IV–iv–I–IV progression, and the chorus through its basic Dorian progression. Second, the heightened energy with which the bridge and chorus are presented in the recapitulation, as well as the expansion in length of the chorus from 17:01–17:15, creates anticipation for a final chorus, another hallmark of prechorus sections. Finally, these sections take on the role of prechorus in relation to the climactic arrival of the refrain ("I Get Up," 17:15). Given the conversion of the chorus into a prechorus, this refrain becomes the global chorus of the song. The strong arrival on Ionian harmony factors heavily in this conversion. As discussed in de Clercq (2012, 50), arrivals on the Ionian tonic contribute to the focal quality necessary for a section to function as a chorus. Therefore, the strategic avoidance of the Ionian tonic throughout the song helps achieve this crucial formal overthrow, through which we arrive at a normative "verse–prechorus–chorus" sequence in the recapitulation.

## Conclusion

[9.1] I began this study by observing the apparent contradiction in Yes between stylistic aspects of the "scalar tradition" and those of eighteenth- and nineteenth-century art music. With my investigation now completed, one can better understand how Yes manages to negotiate this stylistic dissonance. The simplest conclusion is that these pieces demonstrate a sharp divide, with the scalar tradition reflected on the musical surface and classical principles manifested in the realm of large-scale form. Though somewhat accurate, this conclusion neglects to consider the substantial crossover that occurs between these two worlds. For example, Yes's forms are clearly a hybrid of elements taken from both rock music—the use of verses, choruses, and the compound A–B–A design—and classical sonata form (developmental and recapitulatory techniques, etc.). Covach observes that the band's music often "makes no significant stylistic reference to classical music on the surface; it is at the level of large-scale structure that the reference to art music is found" (Covach 1997, 14). Indeed, it is only at the level of deep structure that one can fully appreciate the interrelationship between scale and form. For example, the techniques of scalar opposition and growth witnessed over the course of these tracks recall the Romantic notion of "form as process," which Schmalfeldt identifies as a key

EXHIBIT 11
PAGE 313

component of the Beethovenian legacy (2011, 3). As we have seen, Yes's songs often set up musical conflicts at their outset that get worked out over the course of the song, only to be resolved at some key moment, such as the recapitulation. As these resolutions require a keen awareness of the unfolding of diatonic collections, pitch centers, and modal types, the scale-oriented analyses offered here elucidate an important facet of the band's contribution to progressive music.

Return to beginning

Brett G. Clement
Ball State University
School of Music
Hargreaves Music Building
Muncie, IN 47306
bgclement@bsu.edu

Return to beginning

## Works Cited

Antokoletz, Elliot. 1984. *The Music of Bela Bartók*. University of California Press.

Bates, Ian. 2009. "Generalized Diatonic Modality and Ralph Vaughan Williams' Compositional Practice." PhD diss., Yale University.

——————. 2012. "Vaughan Williams's 'Five Variants of Dives and Lazarus': A Study of the Composer's Approach to Diatonic Organization." *Music Theory Spectrum* 34, no. 1: 34–50.

Biamonte, Nicole. 2010. "Triadic Modal and Pentatonic Patterns in Rock Music." *Music Theory Spectrum* 32, no. 2: 95–110.

Callender, Clifton. 1998. "Voice-Leading Parsimony in the Music of Alexander Scriabin." *Journal of Music Theory* 42, no. 2: 219–33.

Covach, John. 1997. "Progressive Rock, 'Close to the Edge,' and the Boundaries of Style." In *Understanding Rock*, ed. John Covach and Graeme M. Boone, 3–31. Oxford University Press.

——————. 2005. "Form in Rock Music: A Primer." In *Engaging Music: Essays in Music Analysis*, ed. Deborah Stein, 65–76. Oxford: Oxford University Press.

——————. 2013. "Yes's 'Heart of the Sunrise': Textural Stratification and Formal Stratification." Paper presented at the annual meeting of the Society for Music Theory. Charlotte, NC.

de Clerq, Trevor. 2012. "Sections and Successions in Successful Songs: A Prototype Approach to Form in Rock Music." PhD diss., University of Rochester.

Doll, Christopher. 2007. "Listening to Rock Harmony." PhD diss., Columbia University.

Everett, Walter. 1999. *The Beatles as Musicians: Revolver through the Anthology*. Oxford University Press.

——————. 2001. *The Beatles as Musicians: The Quarry Men through Rubber Soul*. Oxford University Press.

——————. 2009. *The Foundations of Rock: from "Blue Suede Shoes" to "Suite: Judy Blue Eyes."* Oxford University Press.

Holm-Hudson, Kevin. 2013. *Progressive Rock Reconsidered*, 2nd ed. Routledge.

Hook, Julian. 2008. "Signature Transformations." In *Music Theory and Mathematics: Chords, Collections, and Transformations*, ed. Jack Douthett, Martha M. Hyde, and Charles J. Smith, 137–60. University of Rochester Press.

Josephson, Nors. 1992. "Bach Meets Liszt: Traditional Formal Structures and Performance Practices in Progressive Rock." *Musical Quarterly* 76, no. 1: 67–92.

Macan, Edward. 1992. "The Spirit of Albion in Twentieth-Century English Popular Song: Vaughan Williams, Holst, and the Progressive Rock Movement." *The Music Review* 53, no. 2: 100–25.

——————. 1997. *Rocking the Classics: English Progressive Rock and the Counterculture*. Oxford University Press.

——————. 2006. *Endless Enigma: A Musical Biography of Emerson, Lake, and Palmer*. Open Court Publishing.

McNamara, Michael. 1991. *Yesyears*. Warner Vision UK. 2003, DVD.

Moore, Allan F. 1992. "Patterns of Harmony." *Popular Music* 11, no. 1: 73–106.

——————. 1996. "Signifying the Spiritual in the Music of Yes." *Contemporary Music Review* 14, nos. 3–4: 25–33.

EXHIBIT 11
PAGE 314

—————. 2001. *Rock: The Primary Text.* 2nd ed. Ashgate Publishing.

Morse, Tim. 1996. *Yesstories: Yes in Their Own Words.* St. Martin's Press.

Osborn, Brad. 2013. "Subverting the Verse-Chorus Paradigm: Terminally Climactic Forms in Recent Rock Music." *Music Theory Spectrum* 35, no. 1: 23–47.

Palmer, John R. 2001. "Yes, 'Awaken', and the Progressive Rock Style." *Popular Music* 20, no. 2: 243–61.

Parks, Richard. 1989. *The Music of Claude Debussy.* Yale University Press.

Rosen, Charles. 1980. *Sonata Forms.* W.W. Norton & Company.

Schmalfeldt, Janet. 2011. *In the Process of Becoming: Analytic and Philosophical Perspectives on Form in Early Nineteenth-Century Music.* Oxford University Press.

Smith, Sid. 2013. "Close to the Edge: The Making of a Masterpiece." *Prog Magazine* 40: 34–43.

Spicer, Mark. 2009. "Absent Tonics in Pop and Rock Songs." Paper presented at the annual meeting of the Society for Music Theory. Montréal, QC.

Stephenson, Ken. 2002. *What to Listen For in Rock: A Stylistic Analysis.* Yale University Press.

Straus, Joseph. 1982. "Stravinsky's 'Tonal Axis'." *Journal of Music Theory* 26, no. 2: 261–90.

Taruskin, Richard. 1996. *Stravinsky and the Russian Traditions.* University of California Press.

Temperley, David. 2000. "The Line of Fifths." *Music Analysis* 19, no. 3: 289–319.

—————. 2001. *The Cognition of Basic Musical Structures.* MIT Press.

—————. 2011. "Scalar Shift in Popular Music." *Music Theory Online* 17, no. 4.

Temperley, David and Daphne Tan. 2013. "Emotional Connotations of Diatonic Modes." *Music Perception* 30, no. 3: 237–57.

Tymoczko, Dmitri. 2004. "Scale Networks and Debussy." *Journal of Music Theory* 48, no. 1: 219–94.

—————. 2011. *A Geometry of Music: Harmony and Counterpoint in the Extended Common Practice.* Oxford University Press.

Wagner, Naphtali. 2001. "Tonal Oscillation in the Beatles' Songs." In *Beatlesstudies* 3: *Proceedings of the BEATLES 2000 Conference,* 87–96. University of Jyväskylä Press, 2001.

Return to beginning

---

**Footnotes**

1. I do not claim that the methodology I introduce in this article is equally applicable to all of these extended works, but most of them are cited herein.
Return to text

2. The wealth of diatonic passages in Yes may also reflect the preferences of vocalist (and band leader) Jon Anderson. As humorously recounted by drummer Bill Bruford: "[Jon would] always make these diatonic movements on the piano: the white notes only. I remember one day taking two or three of his fingers and putting them on the black notes . . . . He put his fingers down on the black notes and pressed them down with some white notes and he didn't like them. They were new chords to his ears . . . . Most of his melodies were based on this common [diatonic] scale and once in a while a passing chord would appear from Steve Howe or Rick Wakeman" (Morse 1996, 126).
Return to text

3. Macan echoes this comment in characterizing Yes (and other progressive groups) as being "deeply invested in the notion of organicism" (Macan 2006, xxiv).
Return to text

4. Though space does not permit a consideration of the compositional process through which these pieces were produced, it is worth noting that all band members, including drummers Bill Bruford and Alan White, actively contributed to the arrangements of the titles to be discussed. As Rick Wakeman remembered: "I couldn't believe the attention to detail. I mean we would spend three or four hours just musically discussing three bars—whether the link was right or not" (Morse 1996, 27). Of course, the musical training among the members of Yes varies widely, with some (particularly vocalist-leader Jon Anderson) being largely uneducated in music theory during the era surveyed, and others (such as Rick Wakeman) being highly trained. While it is certain that different types of contributions were made by different personalities, most of the procedures to be discussed here are simple enough to have been offered by nearly any of the band's members.

6/12/17, 5:36 PM

EXHIBIT 11
PAGE 315

Return to text

5. This same labeling convention is used by Bates 2009 and 2012. Since the music of Yes does not use the Locrian mode, the subscript "$_L$" will always reference Lydian.
Return to text

6. Though pentatonic scales do not figure heavily in the analyses in this article, they do occur in the music of Yes. In such cases, pentatonic scales should be considered subsets of larger diatonic scales, the signature and mode of which can only be determined according the larger musical context. For example, the $G^\sharp$ minor-pentatonic scale used at the beginning of "Heart of the Sunrise" (1971) is best analyzed as a subset of the Aeolian scale, given the use of $G^\sharp_A$ for the following theme at 0:23.
Return to text

7. Certainly, this is not always the case. For example, the pitch center will change at certain points in a series of $s_1$ transformations, such as the transformation by $s_1$ from C Lydian ($1^\sharp$) to $C^\sharp$ Locrian ($2^\sharp$).
Return to text

8. For example, using Hook's system, after twelve applications of the $s_1$ signature transformation, one will return to the same scale in which one began, but with a pitch center one scale-step higher than its starting point. Therefore, $C_1$ to $D_D$ would result from the $s_{12}$ transformation. The problem from the standpoint of this model is that motions between scales traditionally considered to be close may yield a higher value of "n." For example, the sharpwise transformation from relative major to relative minor (ex. $C_1$ to $A_A$) is $s_{60}$.
Return to text

9. These limitations do exclude certain transitional passages used at times by Yes, including: (1) those that feature rapid sequential transpositions, and (2) those that juxtapose chords from distant or ambiguous diatonic collections. Besides the transitional status of these passages, they naturally pose difficulties in determining the content of one or more of the three modal domains. Nevertheless, tonal beginning and ending points of such passages often remain relevant to my investigation.
Return to text

10. These timings represent only one example of the use of the given pitch center, rather than an exhaustive list of all appearances. They are taken from the most recent (2003) CD edition of the album *Tales from Topographic Oceans*. For readers with older editions, subtract 1:57 from all timings given above in reference to "The Revealing Science of God."
Return to text

11. Macan considers Yes to be primarily a "major mode" band (1992, 110). By and large, this conclusion is accurate, but there are certainly noteworthy examples of minor modes used by Yes. For example, the song "Heart of the Sunrise" (1971) features minor modes almost exclusively.
Return to text

12. A local manifestation of this relationship is found in the main theme of "Soon" (17:08–17:36) from "The Gates of Delirium" (1974), which begins in $A_A$ but slips easily into $C_1$ at the cadence. A somewhat larger-scale instance is the treatment of the main instrumental theme of "Ritual," which appears in the context of $D_1$ at the beginning of the song (0:18), but is reharmonized in $B_A$ at the beginning of the coda (19:56).
Return to text

13. For an example in the music of Stravinsky, see the "Petrushka's Room" tableau from the ballet *Petrushka* (1911), particularly the series of $f_1$ signature transformations between rehearsal numbers 52–54. For more discussion of these general voice-leading tendencies in twentieth-century music, see Tymoczko 2004 and 2011.
Return to text

14. Two examples from progressive rock are Genesis's "Watcher of the Skies (1972), which modulates by $f_1$ from $6^\sharp$ in the introduction to $5^\sharp$ for the verse, and UK's "In the Dead of Night" (1978), which moves by $s_1$ from $\natural$ in the introduction to $1^\sharp$ for the verse.
Return to text

15. The arrangement of this song actually predates Wakeman joining the band. It was originally released on the sampler album *The New Age of Atlantic* (1972).
Return to text

16. Not represented in Example 2 are modal borrowings within each scale. These are all flatwise borrowings, thereby supporting the general flattening of scales that occurs between signatures.
Return to text

17. Of course, some confusion might arise in determining the difference between modal borrowing and pure modality. In most cases, a cross-relation in the texture indicates the former. Other circumstances require consideration of the larger musical context to aid in determining the most logical interpretation.
Return to text

EXHIBIT 11
PAGE 316

18. Some alternative interpretations for what I am describing as modal borrowing are found in the "major system" of Stephenson (2002, 92) and the "supermode" of Temperley (2001 and 2011).
Return to text

19. Of course, the background use of Ionian in textures featuring modal borrowing could lead one to prefer the non-modal term "major." For the sake of theoretical and analytical consistency, however, I will continue to employ modal terminology in such situations.
Return to text

20. Similar examples are found in themes from "Yours is No Disgrace," I–II–IV–♭VII (3:20) and "The Gates of Delirium," IV–♭VII–II–♭VII–I (2:11) .
Return to text

21. This strategy for employing the Lydian II chord has been discussed by Walter Everett, particularly in reference to the Beatles. See, for example, the analysis in Everett (2001, 264) of the song "Eight Days a Week." The idea that ♭VII functions as a dominant substitute has been suggested by several authors, including Doll (2007) and Biamonte (2010). Examples of ♭VII in 1960s rock include "For No One" by the Beatles and "I'll Feel a Whole Lot Better" by the Byrds.
Return to text

22. For example, the cross-relation between $D^\sharp$ and $D^\natural$ is exploited in the borrowing of a D-major triad, ♭VII in $E_1$ ( 1:50) and a B-major triad in the context of $D_1$ (4:26ff).
Return to text

23. Palmer's (2001) discussion of 4:40–5:12 of "Awaken" (1977) hints at a similar approach. The only difference in the case of "Awaken" is that the scalar gap is at the distance of three signature transformations, realized (somewhat uncharacteristically for Yes) between parallel modes $E_A$ ($1^\sharp$) and $E_1$ ($4^\sharp$). In "Awaken," the gap is not completely filled, but is bridged only partially through the use of $2^\sharp B_A$ (4:40) and $D_1$ (4:56). See Palmer 2001, 252.
Return to text

24. Covach (2013) analyzes this song from the standpoint of stratification and fragmentation.
Return to text

25. As Bill Bruford remembers: "If you had a problem, you went to Rick. You'd say: 'I've got this thing and it's going really well, but it won't fit this thing over here, which is also good, and we'd like to use it, but when we bang the two together it doesn't work.' There'd be a little modulation, a clever tempo thing, and before you knew it, you'd moved to the sunny uplands. He'd smooth over the joins so you didn't see it" (Smith 2013, 43).
Return to text

26. As Rosen states: "the principle of *recapitulation as resolution* may be considered the most fundamental and radical innovation of sonata style" (Rosen 1980, 272).
Return to text

27. Of course, one is free to call these non-resolving sections of thematic restatement "recapitulations" as well, according to the more inclusive definition of recapitulation given by Osborn 2013, 27. For the purpose of this article, I will reserve the term recapitulation for those sections producing large-scale resolutions; others will be merely labeled "A'," etc.
Return to text

28. The pitch center of song 2, part 2 is somewhat ambiguous (hence the question mark). Though not indicated on the example, several of these themes contain momentary harmonic modal borrowings by $s_1/f_1$.
Return to text

29. Covach (2005) observes the prevalence of compound A–B–A form in 1970s rock. Like the subsequent formal diagrams, Example 11 is intended to convey the most fundamental sections and large-scale tonal motions of the given song. Therefore, it leaves out surface modal borrowings within sections as well as certain short links. Most of these additional details will be discussed in subsequent musical examples.
Return to text

30. See Jon Anderson's description in Morse 1996, 28.
Return to text

31. The sequenced chord progression itself modulates down by whole step, but the succession of centers outlined in Example 16 is easily heard by focusing one's attention on the hypermetrical downbeats. Due to the modulatory progression, Example 15 does not indicate scalar collections in this section, since stable diatonic scales are absent.
Return to text

32. This $1^\sharp$ passage is somewhat ambiguous regarding mode type and center, thereby placing greater emphasis on pitch class. Though a prominent D pedal and B-minor triad are found, the music is not strongly characteristic of Mixolydian or Phrygian modes.

EXHIBIT 11
PAGE 317

Return to text

33. As in the chorus of "The Revealing Science of God," the local function of the borrowed II chord is to harmonize a passing $\frac{4}{2}$. The descending chromatic line is extended through the earlier chromatic III chord. However, it is clear that the borrowed II carries greater structural weight here, considering the infiltration of $\sharp\frac{4}{4}$ in the bass line.
Return to text

34. As Bill Bruford states: "the thing about 'Close to the Edge' is the form, I think. The shape of it is perfect" (Morse 1996, 37).
Return to text

35. Another Yes song containing a loose narrative is "The Gates of Delirium" (1974), modeled on Tolstoy's *War and Peace* (1869).
Return to text

36. Covach (1997, 15) analyzes this music as representing the second mode of D harmonic minor.
Return to text

37. In fact, the following music continues to feature chromaticism, so that by the ending the bass has sounded eleven of the twelve pcs. However, the final cadence on the bass note $F^{\sharp}$ does suggest a return to the "expected" $\frac{6}{4}$ collection.
Return to text

38. My harmonic analysis of this passage differs from that given by Covach (1997, 18), who analyzes this music in $F_I$ rather than $C_I$ (understandably, due to the brief melodic use of the note $B^{\flat}$ and emphasis on the F-major triad in the example). However, later statements of the bridge—particularly the climactic statement in the A" section, which uses full three-part vocal harmony—make it clear that the true background collection for the bridge is $\frac{5}{4}$. Further discussion below will demonstrate the advantages of the harmonic analysis I give here.
Return to text

39. As Covach observes, this bass motion is an inversion of the E–F motive first stated in the guitar during the introduction (1997, 15).
Return to text

40. The verse is the section with the simplest melodic and harmonic material and is never subjected to transposition throughout the piece, thereby offering ample opportunity for metric experimentation.
Return to text

41. The pitch level of the bridge-chorus-refrain sequence must have been chosen quite deliberately, as it forces the band to sing in an uncomfortably high register. As Steve Howe recalls, "When we started touring it, we had to drop that end section a tone below in E. To this day I think how Jon [Anderson] sung it originally in G minor [the key of the chorus] is just amazing" (Smith 2013, 41).
Return to text

42. Spicer (2009) has discussed rock songs that feature "absent tonics" in certain sections.
Return to text

43. The same, of course, is true of the link. Another example of Ionian tonic avoidance is the "I Get Up" song of the B section, which, though clearly employing a background $E_I$ mode, rarely articulates the tonic triad.
Return to text

44. Another interpolation of $1^{\flat}$ occurs in the B section, wherein D minor occurs briefly within the otherwise $E_I$ harmonic environment (12:27).
Return to text

45. That is, one expects the bridge to occur after the chorus and the refrain to occur after (or as a tag to) the verse. See de Clerq 2012, 72 and 58.
Return to text

Return to beginning

## Copyright Statement

Copyright © 2015 by the Society for Music Theory. All rights reserved.

[1] Copyrights for individual items published in *Music Theory Online* (*MTO*) are held by their authors. Items appearing in *MTO* may be saved and stored in electronic or paper form, and may be shared among individuals for purposes of scholarly research or discussion, but may *not* be republished in any form, electronic or print, without prior, written permission from the author(s), and advance notification of the editors of *MTO*.

[2] Any redistributed form of items published in *MTO* must include the following information in a form appropriate to the

EXHIBIT 11
PAGE 318

medium in which the items are to appear:

This item appeared in *Music Theory Online* in [VOLUME #, ISSUE #] on [DAY/MONTH/YEAR]. It was authored by [FULL NAME, EMAIL ADDRESS], with whose written permission it is reprinted here.

[3] Libraries may archive issues of *MTO* in electronic or paper form for public access so long as each issue is stored in its entirety, and no access fee is charged. Exceptions to these requirements must be approved in writing by the editors of *MTO*, who will act in accordance with the decisions of the Society for Music Theory.

This document and all portions thereof are protected by U.S. and international copyright laws. Material contained herein may be copied and/or distributed for research purposes only.

Return to beginning

Prepared by Michael McClimon, Senior Editorial Assistant



Number of visits: 4999

EXHIBIT 11
PAGE 319

# REBUTTAL VISUAL EXHIBIT G

EXHIBIT 11
PAGE 320



**MTO 17.4 Examples: Temperley, Scalar Shift**

(Note: audio, video, and other interactive examples are only available online)
http://www.mtosmt.org/issues/mto.11.17.4/mto.11.17.4.temperley.php

**Example 1.** Dionne Warwick and the Spinners, "Then Came You"

**a.** First chorus and link (background vocals are only partially shown)







**b.** The end of the third chorus (actually in G, but transposed down to F for comparison)



EXHIBIT 11
PAGE 321

**Example 2.** Scale collections represented on the line of fifths



**Example 3.** A scale-degree distribution for rock, generated from harmonic analyses of 200 songs (de Clercq and Temperley 2011)
The vertical axis indicates proportions of the total



2 of 14

EXHIBIT 11
PAGE 322

**Example 4.** The progression F major – G major



**Table 1.** Songs whose verses employ a progression of two major triads a whole-step apart, with the lower triad on the stronger beat (as shown in Example 4). The tonal center of the chorus is shown at right (assuming a transposition of the song in which the verse progression is F–G); in cases where I consider this debatable, a question-mark is shown.

| Artist and Title | Tonal Center of Chorus |
|---|---|
| The Byrds, "So You Want To Be a Rock and Roll Star" | C |
| Fleetwood Mac, "Dreams" | A? |
| Walter Egan, "Magnet and Steel" | C? |
| Tom Petty and the Heartbreakers, "Here Comes My Girl" | C |
| R.E.O. Speedwagon, "Keep on Loving You" | C |
| Human League, "Don't You Want Me" | A |
| The Police, "Every Little Thing She Does is Magic" | C |
| Michael Jackson, "Human Nature" | C |
| R.E.M., "Man on the Moon" | C |
| Jane's Addiction, "Jane Says" | G? |

**Example 5.** Huey Lewis and the News, "I Want a New Drug," chorus



3 of 14

EXHIBIT 11
PAGE 323

Example 6.

**a.** Aerosmith, "Walk This Way," riff



**b.** The Moody Blues, "Nights in White Satin," first line of first verse



**c.** Led Zeppelin, "Dancing Days," riff



**d.** Led Zeppelin, "Dancing Days," first line of verse



**Example 7.** The Beatles, "A Hard Day's Night"

**a.** First verse-refrain.



**b.** Bridge.

4 of 14

EXHIBIT 11
PAGE 324



**Example 8.** Line-of-fifths representation of "A Hard Day's Night"
The dotted line indicates the shift in "center of gravity" on the line of fifths



VERSE-REFRAIN: It's been a hard day's night...
...will make me feel all right

BRIDGE: When I'm home...
...feeling you holding me tight, tight, yeah

EXHIBIT 11
PAGE 325

**Example 9**. Results from an experiment (Temperley and Tan 2011) in which participants heard a melody in two different modes and were asked to choose which one was happier. The vertical axis represents, for each mode, the proportion of trials (involving that mode) on which that mode was chosen



**Example 10**. Kenny Rogers, "Love Will Turn You Around," end of verse and beginning of chorus



EXHIBIT 11
PAGE 326

Example 11. Line-of-fifths representation of Duran Duran's "Rio"



VERSE: Moving on the floor now babe You're a bird of paradise...

CHORUS: Her name is Rio and she dances on the sand...

Example 12. Rush, "The Spirit of Radio"

**a.** First phrase of verse



**b.** First phrase of chorus



Example 13. Line-of-fifths representation of The Police's "Synchronicity II"



VERSE: Another suburban family morning...

PRECHORUS: Mother chants her litany... There's only so much more that he can take

CHORUS: Many miles away / Something crawls from the slime / At the bottom of a dark Scottish lake

EXHIBIT 11
PAGE 327

**Example 14.** Line-of-fifths representation of Katy Perry, "Firework"



VERSE: Do you ever feel
Like a plastic bag...

CHORUS: 'Cause baby you're a firework
Come on show 'em what you're worth...

**Example 15.** Bob Seger, "Mainstreet," second line of the second pre-chorus. Sound example contains last line of verse, pre-chorus, and first line of chorus



**Example 16.** Line-of-fifths representations of "Then Came You" (Example 1)



VERSE: Ever since I met you...
CHORUS: I never knew love before...
Then came

you

Then came you
(RIFF)

8 of 14

EXHIBIT 11
PAGE 328

**Example 17.** Four possible ways of representing the pitch content of the bVII segment in "Then Came You" (bracketed in Example 1A). (A) Just the pitches of the segment are shown. (B) The pitches are taken to imply a diatonic (Dorian) collection. (C) The pitches are added to the collection of the previous context. (D) The scale of the previous context continues unchanged; other pitches (b3 and b7) are treated as "chromatic" (represented here with circles)



**Example 18.** Examples of momentary scalar shift

**a.** Nazareth, "Love Hurts"



**b.** Diana Ross, "Touch Me in the Morning"



**c.** Elton John, "Goodbye Yellow Brick Road"

EXHIBIT 11
PAGE 329





**d.** Dire Straits, "Money for Nothing"

Example 19. Marvin Gaye, "I Heard it Through The Grapevine," second verse and beginning of chorus



EXHIBIT 11
PAGE 330

**Example 20.** Line-of-fifths representation of the Doobie Brothers, "China Grove"
Sound example contains second half of verse, pre-chorus, and chorus



VERSE: When the sun comes up...
...'round about their homes

PRE-CHORUS: Well the people of the town
are strange / and they're proud of where they

came

CHORUS: Well you're talkin' 'bout
China Grove...

**Example 21.** Crosby, Stills, Nash, & Young, "Woodstock," end of chorus. Sound example contains entire chorus



11 of 14

EXHIBIT 11
PAGE 331

**Example 22.**

**a.** Steely Dan, "Rikki Don't Lose That Number," end of chorus



**b.** Alice in Chains, "No Excuses," end of chorus



**Example 23.**

**a.** Naked Eyes, "Always Something There to Remind Me," first phrase of first verse



**b.** Eagles, "Hotel California," chord progression of verse



**Example 24.** Alanis Morissette, "You Oughta Know," beginning of chorus. Sound example contains entire chorus



EXHIBIT 11
PAGE 332

Example 25. Fleetwood Mac, "The Chain," riff and first half of first verse. (The riff is slightly different each time; only the first occurrence is shown)



Example 26. Line-of-fifths representation of Fleetwood Mac, "The Chain," introduction and verse



INTRODUCTION (riff)

VERSE: Listen to the wind blow

Watching the sun rise

(riff)

b5  b2  b6  b3  b7  4  1  5  2  6  3  7  #4

13 of 14

EXHIBIT 11
PAGE 333



**Example 27.** The Doors, "Light My Fire," beginning of first verse

EXHIBIT 11
PAGE 334

Case 2:15-cv-05642-CAS-JC   Document 282-2   Filed 06/25/18   Page 86 of 224   Page ID
#:2674

MTO Home    Current Issue    Previous Issues    Submit    Jobs    Dissertations    About    Journals    SMT

Volume 17, Number 4, December 2011
Copyright © 2011 Society for Music Theory

# Scalar Shift in Popular Music

David Temperley

KEYWORDS: rock, popular music, scales, modality, expression

ABSTRACT: Existing approaches to scales in popular music do not do justice to the variety of scale collections that are used or to their expressive effects. In this article I propose a novel approach to this problem, focusing particularly on shifts of scale within songs. The idea is simple: The scale-degree content of a song (or a section of a song) tends to occupy a certain region on the "line of fifths," the circle of fifths stretched out infinitely in both directions. Moving outside this region—especially if the move is emphasized (by rhythmic, textural, or other means) and involves multiple pitch classes—creates a sense of scalar shift. Scalar shifts can be used in a variety of ways: to delineate and reinforce sectional boundaries; to convey a change in mood or situation, simply through the shift itself, or more specifically through sharpward or flatward motion on the line of fifths; to create a momentary effect of surprise or disorientation; or to construct more complex trajectories of tension and resolution.

*Received June 2011*

PDF text | PDF examples

## 1. Scales in Popular Music

[1.1] The current study is an attempt to explain certain phenomena in the perception and composition of popular music—phenomena that have puzzled and intrigued me for many years, and that do not seem well accounted for by current theories. As an illustration, consider **Example 1a**: the chorus of "Then Came You," by Dionne Warwick and the Spinners.[1] The beginning of the chorus, like the preceding verse, is clearly in major mode (with a tonal center of F): this is conveyed by both the vocals and the harmonic progression. The move to ♭VII (E♭ major) in the seventh measure of the

**Example 1.** Dionne Warwick and the Spinners, "Then Came You"



(click to enlarge, see the rest, and hear the audio)

chorus is a surprise. It is emphasized by the prolongation of the syllable "you" and a forceful eighth-note reiteration of the ♭VII harmony in the accompaniment; it also seems to have lyrical significance, expressing the change in the singer's situation brought about by the arrival of "you." The ♭VII chord introduces the ♭7̂ scale degree (E♭), moving outside the previously established major scale; note also the ornamentation of the melody over the ♭VII chord, introducing ♭3̂ (A♭), in contrast to the natural 3̂ (A) heard earlier in the chorus. (Notably, the parallel point in the third chorus features a different melodic elaboration, but one that also introduces ♭3̂; see **Example 1b**.)

[1.2] The surprise and reorientation caused by the ♭VII—in addition to the shift from 3̂ to ♭3̂ in the melody—seems to suggest some kind of shift in the underlying scale or pitch collection of the song at that point; we will call this a "scalar shift." It is not obvious, however, how to characterize this shift. From a common-practice perspective, we might be tempted to describe it as a shift from major to minor mode (or at least, as a leaning toward minor). But most theorists agree that the major/minor distinction is not really applicable to modern popular music; and in any case, the ♭VII chord is fairly rare in common-practice minor mode.[2] One could also invoke the system of diatonic modes, but this explanation, too, is not fully satisfactory; ♭VII combined with ♭3̂ would be compatible with either Dorian or Aeolian modes, and it seems arbitrary to have to choose between them. I will argue that a more flexible approach to scalar shift is required to account for such situations. The idea is simple: The scale-degree content of a song (or a section of a song) tends to occupy a certain region on the "line of fifths," the circle of fifths stretched out infinitely in both directions. Moving outside this region—especially if the move is emphasized (by rhythmic,

EXHIBIT 11
PAGE 335

textural, or other means) and involves multiple pitch classes—creates a sense of scalar shift. Such shifts may be momentary, as in the case of "Then Came You"; in other cases, they may be longer in duration, and may play a role in defining the large-scale formal structure of the song. I will argue, also, that scalar shifts often have interesting expressive implications—sometimes simply indicating a change in mood or situation, and sometimes carrying more specific emotional connotations, analogous to the expressive meanings of major and minor in common-practice music.

[1.3] I stated in the opening paragraph that my aim was to explain "phenomena of composition and perception." "Then Came You" illustrates both kinds of phenomena. On the one hand, what has to be explained is a fact of perception: the fact that the move to ♭VII creates a feeling of surprise. (Of course, it is only with regard to my own perception that I can confidently treat this as a "fact"; I must hope that it holds true, at least to some extent, for other listeners.) But there are facts of composition to be explained as well, such as the fact that the ♭VII chord in this example is given unusual emphasis on the musical surface (by the means described above). There may also be more general facts to be discovered about the style as a whole—for example, the fact that certain chords and scale degrees tend to occur together while others do not. The relationship between perception and composition, is of course, highly complex. Even facts about compositions—at least many things that I will treat here as facts, such as the chord progression of a song—depend ultimately on our perceptions and may be somewhat subjective. And in turn, our perceptions—such as the experience of surprise—are shaped by the compositional norms of the music we have heard. Still, the distinction between phenomena of perception and composition is a real and useful one. In what follows, I will sometimes be concerned with perceptual facts and sometimes with compositional ones, as I think the context will make clear.

[1.4] For present purposes, a scale may be defined as an underlying set of scale degrees—pitch classes in relation to the tonic—that defines, or at least regulates, the harmonic and melodic content of a song or a section of a song.[3] This topic has been addressed in popular music scholarship in a variety of ways. One widely used approach centers on diatonic modes. Moore (1992, 1995, and 2001) argues that many rock songs and progressions can be understood in modal terms (usually Ionian, Mixolydian, Dorian, or Aeolian); even progressions that appear chromatic on the surface, he suggests, can often be reduced to modal prototypes. Biamonte (2010) analyzes and categorizes common chord progressions in rock from a modal perspective; Walser (1993) and Everett (2004 and 2008) also acknowledge the importance of modes in rock. Modality has also played a large role in my own work in popular music; in my book The Cognition of Basic Musical Structures (2001), I argued strongly for modality as an organizing concept in rock and listed ten well-known songs in Ionian, Mixolydian, Dorian, and Aeolian modes. I now believe, however, that the role of modal organization in rock has been somewhat overstated by these authors, myself included. In truth, I found it quite difficult to find ten well-known songs that were consistently in Dorian mode (and some of my examples are actually debatable). There are, undoubtedly, songs and sections of songs that adhere consistently to a single mode; in such cases there is nothing wrong with using modal terminology, and I will sometimes do so here. But a great many songs do not reflect modal organization, and in such cases, alternative approaches are required.

[1.5] Several other approaches to pitch organization in rock have been proposed. Stephenson (2002) suggests that rock songs generally employ one of three harmonic systems or "palettes." The natural-minor system includes the major and minor triads native to the natural-minor scale (i.e., Aeolian mode); the major system includes triads built on degrees of the Mixolydian mode; and the chromatic-minor system includes major triads built on natural-minor scale degrees. Everett (2004) posits six distinct tonal systems for rock, reflecting a stylistic range from common-practice tonality to modal, blues-based, and chromatic practices. The systems are characterized, primarily, in terms of their relationship to common-practice norms, which varies from one of strong adherence to almost complete disregard.

[1.6] While the current study builds on this prior research, I attempt to go beyond previous efforts in two ways. First, I propose a novel representational system that allows precise characterization of a broad variety of scale collections. Second, I focus especially on shifts of scale collection within songs; this topic has received brief discussion (Everett 2008, 156–60; Stephenson 2002, 96–99), but deserves more attention than it has been given. While scalar shift is not an especially common device, it occurs in some of the most well-known and well-loved songs of the rock era; and it contributes in important ways to the effect and appeal of these songs, as I will try to show.

[1.7] In many discussions of pitch organization in popular music, surface scale collections are regarded not as underlying generative frameworks, but as arising from other processes—in particular, processes of transformation or elaboration. Consider the progression ♭VII–IV–I, which (in terms of scale-degree content) might simply be described as Mixolydian mode. Everett (2008, 154–56) argues that the ♭VII in this progression arises from linear elaboration of the following IV. In a similar vein, Wagner (2003) suggests that flat-side harmonies such as ♭VII can result from the "consonantization" of melodic "blue notes" (♭3̂, in this case). Spicer (2008, 340) views the ♭VII–IV–I progression from the perspective of harmonic substitution, with ♭VII substituting for V (and thus arising from the standard blues progression V–IV–I); Doll (2009, 16, 24), while recognizing this possibility, suggests that the same progression may also arise from the interpolation of IV into an "authentic" ♭VII–I cadence. As I see it, the approach that I propose here is not in any way incompatible with these diverse views. No doubt, the scale-degree content of a song is often the result of a highly complex generative process involving many factors. The important point is that, no matter how the scale collection is generated, it has consequences, both for the purely musical effects of the song and for its expressive meaning. I will argue that the creators of rock songs were sensitive to the implications of the scale collections they used, and that listeners are sensitive to them as well.[4]

[1.8] The examples in this paper span a wide stylistic range—from Motown to heavy metal to 1970s "middle-of-the-road" pop to 1980s dance music to 1990s "grunge." Many authors have used the term "rock" as a broad stylistic category that covers much

EXHIBIT 11
PAGE 336

late-20th-century Anglo-American popular music, including the styles listed above, and I will do so here. "Rock" is sometimes also used more narrowly, to denote a more specific musical style. ("Then Came You," for example, is "rock" under the broader construal but not the narrower one.) While I have elsewhere assumed the narrow understanding of "rock" (Temperley 2007 and 2011), here I employ the broader one, simply because it offers a succinct, convenient term for the range of music under consideration.

### 2. The Supermode

[2.1] As an initial question about scales in rock, we might ask: is there some *global* collection of scale degrees that limits the pitch content of the style? That is, does the style of rock as a whole tend to favor certain scale degrees and avoid others? This would not imply, of course, that scale degrees outside the global collection are *never* used, but rather that they are heard as being foreign and destabilizing to the tonal center. An analogy could be drawn with common-practice music; while a common-practice piece may be in either major or minor, certain scale degrees—notably $\flat\hat{2}$ and $\sharp\hat{4}$—are not diatonic within either mode and are therefore unavoidably chromatic.

[2.2] In Temperley 2001, I argued that there is indeed such a global scale collection in rock, which I called the "supermode"; this is shown at the top of **Example 2**. Scale degrees are represented here on the "line of fifths" (more will be said about this below). The supermode could be viewed as the union of the Ionian (major) and Aeolian (natural minor) modes; one might also think of it as a set of adjacent scale degrees on the line of fifths, extending from $\flat\hat{6}$ to $\hat{7}$. In enharmonic terms, this collection excludes just two scale degrees, $\sharp\hat{4}/\flat\hat{5}$ and $\sharp\hat{1}/\flat\hat{2}$—precisely the same degrees that are outside the "global" scale collection of common-practice music. (If one were to make enharmonic distinctions, many other degrees would be excluded, such as $\flat\hat{3}$, $\sharp\hat{3}$, and $\flat\flat\hat{7}$; we will return to this point.)

[2.3] Some recent research allows us to bring statistical evidence to bear on the issue of rock's global scale collection. Trevor de Clercq and I (de Clercq and Temperley 2011) analyzed the harmony of 200 songs from *Rolling Stone* magazine's list of the "500 Greatest Songs of All Time" (2004.).[5] We used conventional Roman-numeral notation, and made no attempt to represent notes outside the current harmony ("non-chord-tones"). Still, harmony in itself gives some indication of scale-degree content. For example, a I chord implies $\hat{1}$–$\hat{3}$–$\hat{5}$; i implies $\hat{1}$–$\flat\hat{3}$–$\hat{5}$; $V^7$ implies $\hat{5}$–$\hat{7}$–$\hat{2}$–$\hat{4}$; and so on. Using such data, and taking each harmonic symbol to imply a single instance of each scale degree it contains, a scale-degree distribution for rock can be created, shown in **Example 3** (here enharmonic equivalence is assumed). It can be seen that this data confirms the "supermode" idea quite strongly:



**Example 2.** Scale collections represented on the line of fifths

(click to enlarge)



**Example 3.** A scale-degree distribution for rock, generated from harmonic analyses of 200 songs (de Clercq and Temperley 2011)

(click to enlarge)

the $\flat\hat{2}$ and $\sharp\hat{4}$ degrees are significantly less common than any other degrees. Clearly, this data should be taken with caution; it provides only an approximate picture of the distribution of scale degrees in rock. It may be that some scale degrees occur primarily as non-chord-tones and thus will be underrepresented in this count. (In some cases, too, not all the scale degrees implied by a chord are explicitly stated; not every I chord contains a $\hat{5}$, for example.) But this data does give some support to the idea of a global scale collection in rock containing all enharmonic scale degrees except $\flat\hat{2}$ and $\sharp\hat{4}$.

[2.4] While the supermode in itself is not our primary concern in this essay, it does have some interesting explanatory value. It suggests in the first place that, when potential $\flat\hat{2}$ and $\sharp\hat{4}$ degrees arise, this interpretation will generally be avoided; that is, an alternative tonal center—if available—will be preferred. A case in point, discussed in Temperley 2001, concerns progressions that alternate between two major triads a whole step apart, such as F major and G major, with the lower triad (F major in this case) on the stronger beat (see **Example 4**). This pattern is found in a number of

**Example 4.** The progression F major – G major



(click to enlarge)

**Table 1.** Songs whose verses employ a progression of two major triads a whole-step apart, with the lower triad on the stronger beat

EXHIBIT 11
PAGE 337

verses of rock songs; see **Table 1**.[6] The tendency for metrically strong harmonies to be heard as tonic (Temperley 2001, 262–63; Stephenson 2002, 34–37) might lead us to hear F as the tonal center here; but the fact that the G major chord contains B, ♯4 in relation to F, argues against this hearing. And indeed, in most songs that feature such a progression in the verse, the chorus strongly establishes a tonal center other than F, most often C, as shown in Table 1. This accords well with the "supermode" theory; by that theory, the pitch content of Example 4 is compatible with a tonal center of C but not F. (To put it another way, these songs argue against Lydian mode as a viable possibility in rock.)

[2.5] Another illustration of the "chromatic" nature of ♯4 and ♭2 is seen in **Example 5**: the chorus of "I Want a New Drug" by Huey Lewis and the News. The primary tonal center of the song is A; the progression ♭III–♭VI–♭III tonicizes C (the ♭VI chord might well be heard as IV of ♭III), followed by a D major chord, IV of A, that forcefully returns us to the main tonality. This situation—with a secondary tonicization followed by a "reorienting" IV chord that reestablishes the larger tonic—is not uncommon in rock (Temperley 2011, paragraph 7.6). The question is, why does the IV have such a reorienting effect? Again, the supermode theory offers an explanation: IV contains 6̂ (F♯ in this case), which is ♯4 in relation to ♭III (C) and is therefore incompatible with that tonal center, leaving the previous tonality (A) as the only plausible alternative.

[2.6] Certainly there are cases in rock where chromatic degrees (♭2 and ♯4) actually occur—that is, where there is no plausible tonal interpretation that would avoid them. When used inconspicuously and in a clearly ornamental fashion, chromatic degrees need not undercut the tonic. For example, one often sees ♯4 (or ♭5) used as a linear elaboration of 4̂ or 5̂, as in the riffs to Cream's "Sunshine of Your Love," Deep Purple's "Smoke on the Water," and Aerosmith's "Walk This Way" (**Example 6a**). More salient and structural uses of chromatic degrees tend to have a dramatic, even mysterious impact; consider, for example, the ominous ♭II chords in the Moody Blues' "Nights in White Satin" (**Example 6b**).[7] A highly creative use of chromatic degrees is seen in Led Zeppelin's "Dancing Days." The instrumental riff that precedes each verse (with a clear tonic of G) presents a prominent melodic ♯4, heard three times in each iteration of the motive (**Example 6c**).[8] The verse then modulates to C but employs a ♭II chord, introducing ♭2 in the bass and guitar (**Example 6d**). These chromatic degrees have an exotic effect, decidedly alien from the usual vocabulary of rock. Interestingly, these chromatic pitches—♯4 of G in the riff and ♭2 of C in the verse—are enharmonically the same pitch class (C♯/D♭). Yet, to my ears at least, they *sound* like quite different pitches.[9] Examples such as this seem to confirm the reality of enharmonic distinctions in rock; this argues in favor of a linear representation of fifth relations (i.e., the line of fifths), which represents enharmonic distinctions, as opposed to a circular one, which does not.

### 3. Sectional Scalar Shifts

[3.1] While the supermode operates as a global constraint on scale-degree content in rock, most songs do not use this entire collection but are confined to a smaller collection within it. Our focus in the remainder of this essay will be on these smaller collections, and in particular, on the ways that songs shift from one collection to another. I distinguish between momentary shifts, where a songs shifts rather briefly out of its primary collection and then shifts back, and sectional shifts, where the new collection is maintained over an entire section of the song.

[3.2] As a first example of sectional scalar shift, consider the Beatles' "A Hard Day's Night" (**Example 7**). **Example 8** shows a way of representing scalar shifts that will be employed repeatedly in the analyses that follow. Each scale collection is shown as a horizontal array of rectangles on the line of fifths; successive collections within a song are represented in

| Artist and Title | Tonal Center of Chorus |
|---|---|
| The Byrds, "So You Want To Be a Rock and Roll Star" | C |
| Fleetwood Mac, "Dreams" | A? |
| Walter Egan, "Magnet and Steel" | C? |
| Tom Petty and the Heartbreakers, "Here Comes My Girl" | C |
| R.E.O. Speedwagon, "Keep on Loving You" | C |
| Human League, "Don't You Want Me" | A |
| The Police, "Every Little Thing She Does is Magic" | C |
| Michael Jackson, "Human Nature" | C |
| R.E.M., "Man on the Moon" | C |
| Jane's Addiction, "Jane Says" | G? |

(click to enlarge)

**Example 5.** Huey Lewis and the News, "I Want a New Drug," chorus



(click to enlarge and hear the audio)

**Example 6**



(click to enlarge and see the text)

**Example 7.** The Beatles, "A Hard Day's Night"

EXHIBIT 11
PAGE 338

chronological order from top to bottom. (Lyrics and other information are shown at right.) The main repeating section of "A Hard Day's Night" uses the chords I, IV, and ♭VII, thus employing the complete Mixolydian mode; the V chord occurs once at the end. (As I have done elsewhere [Temperley 2011], I will use the term "verse-chorus unit" or "VCU" to refer to the main repeating section of a song; I do so even when the "chorus" of the section might more aptly be described as a "refrain," as is the case here.) The melody of the VCU also stays mainly within the Mixolydian mode, though there is a brief use of 7̂ (over the V chord) and a very noticeable move to ♭3̂ at the end. (The vocals also touch on some chromatic degrees in the third phrase—♯3̂/♭6̂ and ♯1̂/♭2̂—but these are so fleeting as to warrant no inclusion in the scale-degree representation.) Thus the scale-degree content of the section spans a range on the line of fifths from ♭3̂ to 7̂. The bridge, by contrast, excludes ♭7̂ and ♭3̂ and stays squarely within the major mode; here, 7̂ occurs prominently in both the melody and harmony.



(click to enlarge, see the rest, and hear the audio)

**Example 8**. Line-of-fifths representation of "A Hard Day's Night"



(click to enlarge)

[3.3] Some explanation is needed of the representation shown in Example 8. Clearly, this representation is a blunt instrument, indicating the scale-degree content of a song or section only in a highly abstract form. It says nothing about *how* scale degrees are used: whether they are present in the accompaniment or melody (or both), whether they are chordal or non-chordal, whether they are part of the tonic triad, whether they are used repeatedly or only once, and so on. I do not deny the importance of these factors—from a purely musical viewpoint, obviously, and from an expressive viewpoint as well; I will return to this issue at the end of the essay. For the present, however, the mode of representation shown in Example 8 conveys the essential information, namely, which scale degrees are present and which ones are not. It also has a flexibility that is lacking in traditional systems of modes and scales. In "A Hard Day's Night," for example, the pitch content of the verse-refrain cannot be neatly characterized with diatonic modes, as it employs both 3̂ and ♭3̂, and both ♭7̂ and 7̂; the line-of-fifths representation (however flawed) is superior in this respect.

[3.4] One might also question the use of the "line-of-fifths" space. I will argue that the line of fifths plays an important role in the mental representation of scale degrees in rock. One point in favor of this space is that it naturally represents what might be called the "compactness" of a scale: the degree to which its pitches are interconnected by fifth relations. It is well known that diatonic and pentatonic sets—generally considered the most normative collections in rock—are maximally compact, suggesting that there is a preference for scales with this property; such scales are nicely represented on the line of fifths as sets of adjacent positions (see Example 2). Another argument for the line of fifths concerns the expressive meanings of scale-degree collections. I suggested in Temperley 2001 that the line of fifths acts as kind of a "happiness axis"; given a constant tonic, a collection further in the "sharp"

**Example 9**. Results from an experiment (Temperley and Tan 2011) in which participants heard a melody in two different modes and were asked to choose which one was happier



(click to enlarge)

direction on the line (i.e., further to the right in Example 2) is generally perceived to be more happy.[10] (Note that this idea requires a linear representation of fifths as opposed to the more conventional circular one. On a circle, no collection is further in the sharp direction than any other.) A recent experimental study (using non-musicians as participants) by myself and Daphne Tan confirms this prediction (Temperley and Tan, forthcoming). We constructed simple melodies and converted them into six different diatonic modes (Lydian, Ionian, Mixolydian, Dorian, Aeolian, and Phrygian), always maintaining a tonic of C; participants heard the same melody in two different modes side by side, and had to judge which one was happier. **Example 9** shows, for each mode, the overall proportion of trials on which that mode was judged to be happier. It is not obvious how to explain these results in their entirety, particularly with regard to Lydian mode. For present purposes, what is important is that the modes commonly employed in rock (Ionian through Aeolian) reflect a clear and gradual progression corresponding to their line-of-fifths order, with Ionian being happiest and Aeolian being saddest. This of course reflects the conventional connotations of major and minor; but it goes beyond this. Listeners appear to be sensitive to quite subtle distinctions between neighboring

EXHIBIT 11
PAGE 339

modes—not only distinctions involving the third scale degree, but others as well (consider Ionian versus Mixolydian, or Dorian versus Aeolian); and their emotional interpretations of modes map on to the line of fifths in a very regular way.[11]

[3.5] Returning to "A Hard Day's Night," the shift in scale-degree content between the verse-refrain and bridge serves a clear structural function: it reinforces the contrast between the two sections, thus helping to clarify the formal structure of the song. But I would argue that it serves an important expressive function as well. While the verse-refrain mainly focuses on the drudgery of the "hard day"—"working like a dog"—the bridge turns to the payoff of the night, when "everything seems to be right." The "sharpward" move (i.e., in the sharp direction) on the line of fifths here poignantly conveys this shift in mood.[12] To say simply that the pitch collection of the bridge "moves in the sharp direction" in relation to the verse-refrain might seem questionable. (The sharp-side endpoint of the collection actually stays the same; only the flat-side endpoint changes.) What is important, I would argue, is the mean position or "center of gravity" of the collection on the line of fifths (as suggested in Temperley 2001, 340–43); and this does shift, as shown in Example 8.

[3.6] A number of other songs feature scalar shifts quite similar to that seen in "A Hard Day's Night." Two other early Beatles songs, "Can't Buy Me Love" and "I Feel Fine," present VCUs featuring both ^b3 and ^3 and favoring ^b7 over ^7; in the bridge, major mode then predominates. (In "Can't Buy Me Love," ^b3 briefly enters the bridge on the phrase "everybody tells me so.") In both of these songs, as in "A Hard Day's Night," iii chords in the bridge give particular emphasis to both the ^3 and ^7 scale degrees.[13] Similar shifts are seen also in other songs: In the Who's "I Can't Explain," Electric Light Orchestra's "Don't Bring Me Down," Heart's "Crazy on You," and Supertramp's "Take the Long Way Home," a VCU emphasizing ^b7 and ^b3 alternates with a major-mode bridge. The Beatles' "Here Comes the Sun" reflects the opposite pattern: the VCU is in major mode while the bridge employs the "flat-side" harmonies ^bIII and ^bVII. While convincing connections with the lyrics cannot always be drawn in these songs, in every case the shift functions structurally to articulate sectional boundaries and provide large-scale contrast within the song.

[3.7] Scalar shifts may also occur between verse and chorus. A highly effective example is Kenny Rogers' "Love Will Turn You Around," which moves from a Mixolydian verse (with a touch of ^b3 at the end) to a chorus in Ionian (**Example 10**). This scalar shift nicely complements the melodic contrast between the two sections: the rather cramped melody of the verse (confined mainly to a range of a major third) opens up to a soaring, expansive chorus. Duran Duran's "Rio" provides another artful example of scalar shift between verse and chorus (see **Example 11**). The verse melody is minor pentatonic, while the accompaniment uses both ^bVI (with ^b6) and IV (with ^6); the chorus outlines the progression I–V–^bVII–IV in both melody and accompaniment, combining ^7 and ^b7. This is another case where the scales at issue cannot be adequately described in conventional diatonic or pentatonic terms. The arpeggiating synthesizer licks that flicker in the background throughout the song—most conspicuously in the thinly-textured passages between sections—employ just ^1, ^2, and ^5, compatible with both the verse and chorus collections.

[3.8] In some cases, scalar shifts between verse and chorus have clear expressive implications. In Rush's "The Spirit of Radio" (**Example 12**), an Ionian verse puts us in the shoes of a radio listener as we "begin the day" and "hit the open road." In the chorus, the purely Mixolydian mode—combined with the machine-gun-like guitar riff and the filtered radio voices in the background—evokes an otherworldly realm: inside the radio, perhaps. While Ionian and Mixolydian differ by only one scale degree, this is enough to convey a strong sense of reorientation; the results of Temperley and Tan, forthcoming suggest that listeners are sensitive to such shifts as well. In the Police's

**Example 10**. Kenny Rogers, "Love Will Turn You Around," end of verse and beginning of chorus



(click to enlarge and hear the audio)

**Example 11**. Line-of-fifths representation of Duran Duran's "Rio"



(click to enlarge and hear the audio)

**Example 12**. Rush, "The Spirit of Radio"



(click to enlarge, see the rest, and hear the audio)

**Example 13**. Line-of-fifths representation of The Police's "Synchronicity II"



(click to enlarge and hear the audio)

EXHIBIT 11
PAGE 340

"Synchronicity II" (**Example 13**), the verse primarily employs Mixolydian mode, with a hint of ♭7 in the melody; the pre-chorus introduces ♯4, ♭3, and ♭6, extending the collection in both directions on the line of fifths and creating instability and uncertainty; the chorus then shifts decisively in the flat direction, emphasizing ♭3, ♭6, and ♭9 (though with ♮7 in the final V chord, a rather "classical" touch). The flatward shift of the chorus transports us from a mundane slice of suburban family life to a place "many miles away," where "something crawls from the slime / at the bottom of a dark Scottish lake."

[3.9] A curious case of verse-chorus scalar shift is seen in Katy Perry's "Firework." The verse progression, I–♭VII–vi–IV, establishes Mixolydian mode, as the lyrics project commiseration and sympathy ("Do you ever feel like a plastic bag"); the chorus, by contrast, has an inspirational, pep-talk character ("Baby you're a firework, come on show 'em what you're worth"), as the harmony switches to a I–ii–vi–IV progression. To my ears, the chorus progression creates a decidedly brighter, more positive feel than that of the verse, though the two differ by only one chord (♭VII versus ii). One might

Example 14. Line-of-fifths representation of Katy Perry, "Firework"



(click to enlarge and hear the audio)

characterize this as a shift from Mixolydian to major. But in fact there is no use of ♮7 in the chorus, either in the melody or in the accompaniment; rather, the chorus is confined to the collection 1̂–2̂–3̂–4̂–5̂–6̂, what I will call the "Major-no-7̂" collection.[14] (The melody remains within this collection throughout both the verse and chorus.) One could perhaps argue that ♮7 is implied, but this is questionable and, under the current framework, unnecessary; even a shift from Mixolydian to Major-no-7̂ represents a shift in center of gravity on the line of fifths (albeit small), as shown in **Example 14**. Thus a change in expressive implication is predicted. A similar verse-chorus shift from Mixolydian to Major-no-7̂ is seen in James Taylor's "Fire and Rain," though this case is more complex; the mostly Mixolydian verse contains a brief occurrence of V (with ♮7), and the Mixolydian collection returns at the end of the chorus.

[3.10] Bob Seger's "Mainstreet" offers an especially beautiful use of sectional scalar shift. The main repeating section of the song could be described as verse – pre-chorus – chorus, though the chorus is just a single line ("Down on Mainstreet") presented twice. The opening riff and the verse clearly convey Mixolydian mode; the pre-chorus shifts to Ionian; the V^11 chord at the end of the pre-chorus (shared by

Example 15. Bob Seger, "Mainstreet," second line of the second pre-chorus



(click to enlarge and hear the audio)

both Mixolydian and Ionian modes) transitions smoothly back to Mixolydian for the brief chorus. **Example 15** shows just the second line of the pre-chorus. Note the prominent appearance of iii (as in examples discussed earlier) and the unusual use of ♮7 (D) in the vocal—as an accented (though syncopated) passing tone, resolving down rather than up; these features emphasize the major-mode quality of the section, in contrast to its Mixolydian surroundings. This shift in scale perfectly expresses the content of the lyrics, especially in the second VCU:

| | |
|---|---|
| VERSE | In the pool halls, the hustlers and the losers |
| [Mixolydian] | I used to watch 'em through the glass |
| | Well I'd stand outside at closing time |
| | Just to watch her walk on past |
| PRE-CHORUS | Unlike all the other ladies, she looked so young and sweet |
| [Ionian] | As she made her way alone down that empty street |
| CHORUS | Down on Mainstreet |
| [Mixolydian] | Down on Mainstreet |

While the verse lyric conjures a sleazy atmosphere of strip joints and pool halls, the pre-chorus focuses on the object of the singer's affection—a single dancer whose beauty and purity set her apart from the rest.

### 4. Momentary Scalar Shifts

[4.1] An example of momentary scalar shift was presented at the very outset of this paper, from the Spinners' "Then Came You" (Example 1). In this case, the strongly major-mode orientation that prevails throughout the verse and most of the chorus is replaced at the end of the chorus by a "flat-side" collection containing ♭3 and ♭7 (**Example 16**). But unlike in the cases of sectional scalar shift discussed above, this

Example 16. Line-of-fifths representations of "Then Came You" (Example 1)

EXHIBIT 11
PAGE 341

alternative collection is in force only very briefly—for something like one and a half measures. A IV–I cadence follows, leading back to the riff or "link" of the song—a brief instrumental passage that begins the song and follows each chorus. This link is in pure Mixolydian mode, thus mediating, in a sense, between the primary Ionian mode and the flat-side collection of the chorus ending. [15]

[4.2] It is not obvious how momentary scalar shifts such as the one in "Then Came You" should be characterized under the current framework; there are several possibilities. One could posit a scalar collection including only the pitches of the chord segment itself, as shown in Example 16; see also **Example 17a**. [16] Alternatively, one could say that this segment invokes a larger collection, though it is sometimes not easy to say what that collection would be; **Example 17b** shows Dorian mode. Another possibility would be to add the pitches of the ♭VII segment to the scale of the prior context (**Example 17c**). Or one could say that the "foreign" pitches of the segment are simply outside the scale, and that the previous scalar framework remains in force (**Example 17d**). It is difficult to decide between these options; I favor the first. Notably, however, all four options have something in common: They represent the scale-degree content of the ♭VII segment as moving in the flatward direction in relation to the previous measures. And in this sense, all of the representations of the ♭VII segment in Example 17 capture its surprising and disruptive effect.

[4.3] In harmonic terms, "Then Came You" could be characterized as a major-mode verse-chorus that moves to ♭VII at the end of the chorus. This is in fact a common pattern in popular songs of the 1970s. In the Commodores' "Easy" and Nazareth's "Love Hurts" (**Example 18a**), the end of the chorus features ♭VII moving to IV and then to I, just as in "Then Came You"; in Diana Ross's "Touch Me in the Morning," ♭VII moves to V (**Example 18b**). A move to ♭VI (in a major-mode context) can create a similar effect, as seen at the end of the chorus in Elton John's "Goodbye Yellow Brick Road" (**Example 18c**); the end of the final chorus of the Beatles' "With a Little Help from my Friends" offers another fine example. It is notable that all of these cases feature a momentary shift in the flat direction. Momentary sharpward shifts are more difficult to find. [17] One example is in Dire Straits' "Money for Nothing" (**Example 18d**). Here, the minor pentatonic scale that forms the primary collection for the song is interrupted by a vi chord (just an open fifth), introducing the 3̂ and 6̂ degrees. In each of these cases, the momentary shift occurs right at the end of the chorus of the song, and is followed by a return to the song's primary scale.

[4.4] Often momentary scalar shifts receive rhetorical reinforcement of some kind, which seems to acknowledge their dramatic and surprising effect. The eighth-note reiteration of the ♭VII chord in "Then Came You" has already been mentioned. In "Goodbye Yellow Brick Road," the ♭VI chord is expanded to two measures, creating a five-measure phrase and disrupting the preceding four-measure hypermeter; in "Money For Nothing," the vi chord is itself a kind of phrase expansion, falling in the fifth measure of the phrase and (again) creating a hypermetrical irregularity.

[4.5] An exquisite sharpward momentary shift is seen in Marvin Gaye's "Heard it Through the Grapevine"; **Example 19** shows the second VCU. The scale of the verse is primarily Dorian; the V chords of the accompaniment add 7̂. Moving into the end of the verse (or perhaps the pre-chorus), the harmony shifts to vi, reflected in the 3̂ (G) of the vocal; 6̂ (C) is emphasized in both the melody and the bass. (Though 6̂ is present in the "Dorian+7̂" collection as well, it is toward the sharp end of the collection; thus emphasizing it creates a



(click to enlarge)

**Example 17.** Four possible ways of representing the pitch content of the ♭VII segment in "Then Came You"



(click to enlarge)

**Example 18.** Examples of momentary scalar shift



(click to enlarge and see the rest)

**Example 19.** Marvin Gaye, "I Heard it Through The Grapevine," second verse and beginning of chorus

EXHIBIT 11
PAGE 342

"sharpward" inclination.) The lyric here, "You could have told me yourself," is particularly poignant—a wistful contemplation of what might have been—and the major-mode leaning of the music captures it perfectly. [18] (Note also the shift in Gaye's vocal timbre from the rather harsh quality of the preceding and following lines to a pure falsetto on the syllable "told.") The abrupt return to ♭$\hat{3}$ in the following phrase ("that you loved someone else") brings us back to cruel reality. In the chorus, the vocal consistently uses ♭$\hat{3}$, but the accompaniment employs $\hat{3}$ throughout, thus merging the two collections of the verse.



(click to enlarge and hear the audio)

**Example 20.** Line-of-fifths representation of the Doobie Brothers, "China Grove"

[4.6] A rather complex pattern of scalar shifts—both sectional and momentary—is seen in **Example 20**, the Doobie Brothers' "China Grove." The verse establishes Mixolydian mode in both the harmony and the melody. The beginning of the pre-chorus leans in the sharp direction, with vi emphasizing $\hat{3}$ and $\hat{6}$ and V introducing the $\hat{7}$ degree; but the end of the pre-chorus suddenly shifts to a dramatic ♭VIdom$^7$ chord, with scale degrees $\hat{1}$, ♭$\hat{3}$, ♭$\hat{6}$, and ♭$\hat{5}$. (This is subtly anticipated by ♭$\hat{3}$ in the melody on "proud of *where* they came.") The chorus then returns to pure Mixolydian. The Mixolydian of the verse establishes a kind of central and normative scale for the song; the multiple shifts in the pre-chorus pull in both directions, creating uncertainty and



(click to enlarge and hear the audio)

destabilizing the central scale, which then regains control in the chorus. The result is a satisfying arc of tension from stability to instability and back again. The center of gravity on the line of fifths traces an "S-shaped" pattern, something that will be seen in later examples as well. [19]

### 5. Scalar Shift or Mixed Collection?

[5.1] A difficult issue, and one that arises fairly frequently, is illustrated by **Example 21**—the end of the chorus of "Woodstock," by Crosby, Stills, Nash, & Young. The VCU up to this point has employed a Dorian collection, using ♭$\hat{3}$ rather than $\hat{3}$ (and with prominent IV chords). The end of the chorus, however, moves emphatically to major tonic harmony

**Example 21.** Crosby, Stills, Nash, & Young, "Woodstock," end of chorus



(click to enlarge and hear the audio)

—dramatically emphasized by the sustained $\hat{3}$ in the uppermost vocal line. As with other examples discussed earlier, it is unclear how this situation should be characterized under the current framework. Should we posit a momentary shift in scale, or should we assign a single scale collection, containing both $\hat{3}$ and ♭$\hat{3}$, to the entire section? While most songs and song sections employ just one form of the third degree, there are certainly cases where $\hat{3}$ and ♭$\hat{3}$ are featured in close proximity or even simultaneously. In the Beatles' "Can't Buy Me Love," for example, ♭$\hat{3}$ in the vocal is juxtaposed with $\hat{3}$ in the accompaniment throughout the verse. In such cases, a scale collection including both $\hat{3}$ and ♭$\hat{3}$—what I will call a "mixed" collection—seems unavoidable. (I will use this term for any collection containing two forms of the same diatonic scale degree.) Several other song sections discussed earlier also employ mixed collections, such as the verse-refrain of "A Hard Day's Night" (Example 7) and the verse and chorus of Duran Duran's "Rio" (Example 11). I favor a "mixed collection" analysis in Example 21 as well, including both $\hat{3}$ and ♭$\hat{3}$ in the scale; one reason for doing so will be discussed below.

[5.2] The situation illustrated by "Woodstock" is quite common: in a number of song sections (verses and choruses), the vocals (and often the accompaniment as well) employ ♭$\hat{3}$ rather than $\hat{3}$, but shift to $\hat{3}$ at the very end. This "cadential" $\hat{3}$ is seen, for example, at the end of the chorus in the Rolling Stones' "Jumpin' Jack Flash," the Zombies' "Time of the Season," and Sugarloaf's "Don't Call Us, We'll Call You," and at the end of the verse in Alice in Chains' "No Excuses" and Nickelback's "How You Remind Me." In the Zombies' "She's Not There," both the verse and chorus end with $\hat{3}$. In my view, the effect of these shifts is not primarily one of emotional expression (as with some of the scalar shifts discussed earlier), nor is it one of surprise or disruption (as in "Then Came You"). Rather, they serve a function of harmonic closure: major tonic is simply a more effective chord to end a section on than minor tonic. (A parallel may be drawn with the common-practice "picardy third"—ending a minor-key piece with a major tonic triad.) If this view is correct, it suggests that both $\hat{3}$ and ♭$\hat{3}$ are available as part of the underlying scalar framework, but are deployed at different points—$\hat{3}$ at the final tonic harmony, and ♭$\hat{3}$ elsewhere. [20] There may be a purely *tonic* aspect to this as well; it seems that the major form of the tonic chord is particularly favored when presented in

EXHIBIT 11
PAGE 343

close vocal harmony. This is seen in the abovementioned cadential harmonies in "Woodstock," "Don't Call Us We'll Call You," and "Time of the Season," and also in other cases where $\hat{3}$ is injected into a predominantly "flat-side" environment, such as the chorus of the Eagles' "Life in the Fast Lane" and the end of Led Zeppelin's "Communication Breakdown." (It is perhaps no coincidence that each of these songs uses the same voicing of the major triad, with the $\hat{3}$ on top; this voicing is especially well supported by the overtone series, as it corresponds to the third, fourth, and fifth harmonics.)

[5.3] A somewhat similar issue arises with $\flat\hat{6}$ and $\hat{6}$. Here, too, one sometimes finds a section that predominantly uses $\flat\hat{6}$, but momentarily switches to $\hat{6}$. Two examples are seen in **Example 22**; in both cases, the $\flat\hat{6}$ that predominates throughout the chorus gives way to $\hat{6}$ at the very end. Again, I would suggest that



**Example 22**

(click to enlarge and see the rest)

the function of the $\hat{6}$ here is primarily harmonic: for reasons that are not obvious, the IV chord in plagal (IV–I) cadences in rock is nearly always major (Temperley 2011). The $\hat{6}$ (D) in "Rikki Don't Lose That Number" is part of a plagal stop cadence, a common harmonic device in rock which involves a "stop" in the instruments and a sectional overlap in the vocal (Temperley 2011); again, this gesture almost always involves IV rather than iv.[21] (If one imagines the passage with iv at the end rather than IV, it can be seen how the cadential effect is weakened.) A similar argument could be made for "No Excuses"; even though there is arguably no real cadence here (since the vocal does not overlap into the next section), the major IV chord invokes the schema of the rock plagal cadence and thus gives a certain closural effect.

[5.4] Another common situation involving mixed scale collections is illustrated by the songs in **Example 23**. Each of these songs features a chromatic line that descends from the tonic (to $\flat\hat{6}$ in the first case, to $\hat{3}$ in the second); thus both $\hat{7}$ and $\flat\hat{7}$ are used, as well as $\hat{6}$ and $\flat\hat{6}$. In "Always Something There To Remind Me," the chromatic line is in the bass; in "Hotel



**Example 23**

(click to enlarge and see the rest)

California," it is in an inner voice of the texture. As others have discussed, these somewhat unusual harmonic juxtapositions can be explained as arising from the underlying linear pattern. (See, in particular, Everett 2008, 149–51, for discussion and many examples.) However, the idea that scale degrees arise from chromatic linear motions (or from cadential harmonic gestures, as discussed above) does not mean that they cannot have expressive meaning as well. *Every* scale degree in a collection, in my view, is heard in relation to a certain position on the line of fifths, and consequently has potential expressive implications. Passages such as those in Example 23 span a range on the line of fifths from $\flat\hat{6}$ to $\hat{7}$; this span contains the entire supermode and is therefore equivocal in expressive terms (though the wide span may, in itself, create a sense of instability). But the expressive effect of such a collection may still vary depending on the relative emphasis of degrees within the span, and in particular, on whether $\flat\hat{3}$ or $\hat{3}$ is used. The $\flat\hat{3}$ in "Hotel California" evokes a dark and ominous atmosphere, whereas $\hat{3}$ in "Always Something There to Remind Me" creates a lighter mood.

[5.5] A mixed scale collection can sometimes project an ambivalent, even bittersweet expressive quality. A wonderful example of this is seen in the chorus of Alanis Morissette's "You Oughta Know" (**Example 24**). The verse of the song presents three distinct melodic ideas in succession, all emphasizing $\flat\hat{3}$ (in both vocal and accompaniment) rather than $\hat{3}$, as the singer



**Example 24**. Alanis Morissette, "You Oughta Know," beginning of chorus

(click to enlarge and hear the audio)

angrily berates her selfish and hypocritical former boyfriend. At the beginning of the chorus (the first downbeat of the example), $\flat\hat{3}$ gives way to $\hat{3}$. The function of this $\hat{3}$ is, in part, harmonic, reinforcing the structurally important I at the beginning of the chorus; but it has clear expressive implications as well, as the singer revels in her survival ("and I'm HERE") and enjoys the momentary revenge of embarrassing her ex-lover "in the middle of dinner." Significantly, $\hat{3}$ does not completely replace $\flat\hat{3}$ in the chorus; rather, the two coexist in an uneasy balance. Despite the moment of triumph, an undercurrent of anger and bitterness still remains.

[5.6] I have suggested that many songs and song sections that appear to alternate between two versions of a scale degree (such as $\hat{3}/\flat\hat{3}$ or $\hat{6}/\flat\hat{6}$) are best viewed as having a "mixed" scale collection containing both versions. The choice of one version or the other at a particular moment may then be guided by a variety of considerations—harmonic, linear, or expressive. The assumption here, as it has been elsewhere in the article, is that the emotional connotations of a section, at least with regard to pitch content, arise primarily from the scale collection itself. While I find this view convincing in many cases, it is also open to question. In some cases, the momentary emphasis of one version of a degree over another within a mixed collection has a clear expressive impact. Consider, for example, the joyful effect of $\hat{3}$ at the end of the chorus of "Woodstock" (Example 21), which perfectly reflects the sentiment of the song—an ever-growing crowd heading toward Woodstock for "song and celebration." Indeed, throughout this article, I have drawn attention to the prominence or emphasis of particular degrees within a collection, implying that this has expressive import. This is difficult to reconcile with the idea that expressive effects arise solely from the scale

EXHIBIT 11
PAGE 344

collection itself. Alternatively, one might attribute expressive effects directly to the notes that are being used, rather than to the underlying scale. But this view, too, seems unsatisfactory. If expressive meaning arose directly from sounding pitches, we should experience a constant shifting of expressive content from chord to chord and from note to note in a melody; this is not generally the case, in my opinion. In many cases, the scale-degree content of a section seems to impart a certain character to the entire section that is relatively unaffected by slight emphases of one degree over another.

[5.7] This is a difficult problem and I am not sure how to solve it. I can only suggest that the expressive implications of a passage appear to arise mainly from the underlying scale, but may also be subtly influenced by the emphasis of particular pitches within the scale. Perhaps there is a way of implementing this idea more rigorously; I will not attempt it here, but leave it as an open question for the future. [22]

[5.8] My final example in this section features a particularly effective use of scale-degree mixture, and a particularly mysterious one. The riff of Fleetwood Mac's "The Chain" employs just scale degrees 1̂, 2̂, 3̂, and ♭7̂ (**Examples 25 and 26**). This is a somewhat neutral scale collection in expressive terms, as it employs neither the raised nor the lowered versions of 3̂ and 6̂; in this context, it creates a cold and austere effect. The vocals enter on a I dom7 chord (or V7/IV?), moving to IV; the addition of 3̂ and 6̂ creates a sharpward leaning. (The IV chord features the "overtone-series" voicing of a major triad, but it is on subdominant harmony, not tonic; the result is intense and impassioned, but hardly joyful.) This is immediately followed by i4/2 and iv6, replacing 3̂ and 6̂ with ♭3̂ and ♭6̂ and pulling the collection violently flatward. The riff then resumes, restoring the neutral 1̂–2̂–3̂–♭7̂ collection and leaving the flat-side/sharp-side conflict of the previous measures unresolved. (I am unsure whether to represent these changes as scalar shifts or as shifts of emphasis within a single collection; Example 26 adopts the former approach.) Note, once again, the "S-shaped" trajectory on the line of fifths. The 3̂/♭3̂ and 6̂/♭6̂ juxtapositions here are not easily explained, either in harmonic or linear terms,

**Example 25**. Fleetwood Mac, "The Chain," riff and first half of first verse



(click to enlarge and hear the audio)

**Example 26**. Line-of-fifths representation of Fleetwood Mac, "The Chain," introduction and verse



(click to enlarge)

nor can their emotional connotations be easily articulated; but their sheer beauty and expressive power cannot be denied.

### 6. Further Issues

[6.1] My aim in this essay has been to offer a new and more satisfactory account of scalar structures in rock. The central feature of this approach is the use of the line of fifths as a cognitive representation of scale collections. I have argued that this allows for a more flexible representation of pitch collections than traditional systems of modes and scales. It also captures, in a very natural way, the *expressive* connotations of scales, which depend in large part on their position or "center of gravity" on the line of fifths. I have suggested that shifts between scales within a song are an important resource in rock composition. They can be used in a variety of ways: to delineate and reinforce sectional boundaries; to convey a change in mood or situation, simply through the shift itself, or more specifically through sharpward or flatward motion on the line of fifths; to create a momentary effect of surprise or disorientation; or to construct more complex trajectories of tension and resolution. Sometimes, I have suggested, apparent shifts in scalar content may better be regarded as alternations within the same scale, though even then, the emphasis of particular degrees within the scale may have expressive implications.

[6.2] In part, my argument for the cognitive reality of the line-of-fifths representation has been based on perceptual evidence; I have suggested that it captures important features of the listening experience, such as the surprising effect of the ♭VII chord in "Then Came You." But I have also pointed to evidence that creators of rock music have been influenced by "line-of-fifths" thinking—as reflected, for example, in connections between music and text in songs like "A Hard Day's Night" and "Mainstreet," and in the rhetorical reinforcement of chords that move outside the previously established scale. I have noted that it is sometimes difficult to decide with certainty how a scalar shift should be represented—whether a shift occurs, where it occurs, and exactly what scales are involved. This may make the theory somewhat frustrating to use from an analytical perspective. But I would argue it does not detract from the theory's cognitive plausibility. Quite likely, scalar representations are somewhat ambiguous in the minds of composers and listeners as well. As noted with regard to "Then Came You," the important thing is simply the presence of a shift and its direction on the line of fifths; and in many cases, alternative analyses lead to the

EXHIBIT 11
PAGE 345

same predictions in this regard.

[6.3] Clearly, what I have proposed here is just one aspect of the expressive language of rock—an expressive language that appears to be very rich and complex. Many other aspects of pitch organization—such as the shape of a melodic phrase, a repeated motive, or a clash between melody and harmony—may have expressive meaning, to say nothing of other parameters such as rhythm and timbre. It may seem, also, that the expressive interpretation of scale collections proposed here—based entirely on the one-dimensional "happiness axis"—is rather simplistic. It is worth noting that many studies have found happiness—or "valence," as it is sometimes called—to be one of the basic dimensions underlying musical emotion, and indeed emotion in general. [23] And of course, the lyrical and musical context in which a scale is used may give it a richer and more specific emotional meaning. Still, it is possible that scales themselves carry expressive associations that go beyond the "valence" dimension; this deserves further study.

[6.4] Aside from the global constraint of the supermode, we have said little so far about constraints or norms concerning the scale collections that are used in rock. It seems clear that some collections are more common than others; in particular, scales that form compact sets on the line of fifths are particularly favored. This of course includes diatonic and pentatonic collections, whose prevalence in rock is well known, but it also includes hexatonic scales such as the "Major-no-7̂" collection seen in "Firework" (Example 14) and compact "mixed" collections such as those in the verse and chorus of "Rio" (Example 11). Among diatonic collections, Spicer (2009) has argued that the Ionian and Aeolian modes are especially normative in rock, and I concur. Consider Example 4 once again; it was noted that F is an impossible tonal center for this progression, due to the presence of B (4̂4̂ of F), and that songs featuring this progression in the verse generally establish an alternative tonality in the chorus (see Table 1). It is noteworthy that this tonal center is most often C, never D, and rarely A or G—though given just the supermode, the pitch collection of Example 4 should be compatible with all of these tonalities. In effect, a tonality of C interprets the F–G progression as being in Ionian mode; the preference for this interpretation seems to point to the primacy of the major scale collection in rock.

[6.5] Besides the preference for compact scale collections, are there other constraints on the pitch materials used in rock? One possibility is illustrated by **Example 27**—a kind of "exception that proves the rule." Considered in isolation, the most plausible tonal center for this phrase (which repeats throughout the verse)

**Example 27**. The Doors, "Light My Fire," beginning of first verse



(click to enlarge and hear the audio)

would seem to be A, since A minor harmony is metrically accented and is also outlined by the melody. This interpretation yields the scale degrees 1̂–2̂–♭3̂–3̂–5̂–6̂–♭7̂. This collection is entirely within the supermode, and there seems to be nothing especially unusual it; ♭3̂ and 3̂ are often combined, as we have seen in previous examples. Yet I have always found this chord progression to be bizarre and highly unstable, and indeed it is extremely uncommon. (The Doors may have felt the same way; the chorus of the song decisively establishes D, not A, as the tonal center.) Perhaps the principle involved here is not a constraint on the combination of scale degrees used, but rather, on the combination of *chords*. While it is common for major tonic harmony to be mixed with "flat-side" major chords such as ♭III and ♭VI, combining minor tonic harmony with "sharp-side" harmonies such as vi and iii seems to be much less frequent. This suggests that some constraints on pitch materials in rock may be better formulated in harmonic rather than scalar terms; this possibility would be worth exploring further, but I will not do so here. [24]

[6.6] I have focused here on a particular aspect of pitch organization, scale collection, and the structural and expressive possibilities afforded by shifts in scale. But another very important aspect of the pitch organization of a song is the tonal center itself; and this too may shift. Changes of tonal center—what I will call "tonal shifts"—are not at all uncommon in rock. [25] Many songs feature different tonal centers in the verse and chorus: the Beatles' "Penny Lane," Derek and the Dominoes' "Layla," Elton John's "Rocket Man," and the Police's "Don't Stand So Close To Me" are just a few well-known examples. At first blush, it appears that tonal shifts function in many of the same ways as scalar shifts: to articulate structural boundaries, to create surprise or tension, and for expressive purposes as well. But what, then, is the relationship between scalar shifts and tonal shifts? The issue of expression is of particular interest here: If a shift from C Mixolydian to C Aeolian carries negative connotations because of the flatward shift on the line, what is the expressive meaning of a change from C Mixolydian to E♭ Ionian, which entails the same shift of pitch collection (in absolute terms) but shifts in tonal center as well? What are the expressive implications when a song contains both scalar and tonal shifts—the Beatles' "Penny Lane," for example, which features a flatward scalar shift within the verse and then shifts tonally down a whole step for the chorus?

[6.7] Scalar shift and tonal shift are interrelated in another way as well. Consider, one final time, the progression ♭VII–IV–I. I suggested earlier that this progression is sometimes used, in a major-mode context, to create a moment of tension and drama at the end of a chorus, as exemplified in "Then Came You" (Example 1) and "Love Hurts" (Example 18a). I attributed this effect to the implied scalar shift, introducing ♭7̂ into an Ionian context. But another way to view this pattern is from the perspective of *tonal* shift—as a momentary implication or "tonicization" of IV (thus treating the ♭VII as IV of IV—in common-practice language, an "applied chord"). This view is more plausible in some cases than others. In "Then Came You," the emphasis on the ♭VII chord itself, as well as the outlining of the minor tonic triad in the vocal (especially in Example 1b), shows there wasn't any tonicization of IV. In "Love Hurts," by contrast, the grouping of ♭VII and IV into a single vocal gesture encourages us to hear the former as an elaboration of the latter, supporting the "tonicization" hearing; indeed, I have argued for such an interpretation elsewhere (Temperley 2011). By this view, the sense of reorientation caused by the ♭VII is caused not by a shift of scale-degree

EXHIBIT 11
PAGE 346

content in relation to the tonal center, but by a shift in the tonal center itself.[26] This is another way, then, that tonal shift and scalar shift are intertwined: in some cases, it is not obvious which of these two phenomena is involved. It may be, indeed, that the two are not mutually exclusive, and that both forces can be at work in our perception of a passage.

[6.8] Whatever the answers to these questions, the expressive implications of changes in pitch organization—tonal or scalar—deserve much more attention than they have received. Our experimental work (Temperley and Tan, forthcoming) suggests that listeners—even untrained listeners—are sensitive even to quite subtle shifts in pitch organization and to their expressive connotations. Thus further research in this area may yield important insights into the expressive language of popular music, and may also shed light on broader issues of musical meaning and experience.

Return to beginning

David Temperley
Eastman School of Music
Theory Department
26 Gibbs St.
Rochester, NY 14604
dtemperley@esm.rochester.edu

Return to beginning

## Works Cited

Biamonte, Nicole. 2010. "Triadic Modal and Pentatonic Patterns in Rock Music." *Music Theory Spectrum* 32, no. 2: 95–110.

Björnberg, Alf. 1985. "On Aeolian Harmony in Contemporary Popular Music." IASPM Nordic Branch Working Paper No. 1.

Boone, Graeme. 1997. "Tonal and Expressive Ambiguity in 'Dark Star.'" In *Understanding Rock*, ed. John Covach and Graeme M. Boone, 3–31. New York: Oxford University Press.

Burns, Lori. 2008. "Analytic Methodologies for Rock Music: Harmonic and Voice-Leading Strategies in Tori Amos's 'Crucify.'" In *Expression in Pop-Rock Music: Critical and Analytical Essays*, 2nd ed., ed. Walter Everett, 63–92. London: Routledge Press.

Capuzzo, Guy. 2009. "Sectional Tonality and Sectional Centricity in Rock Music." *Music Theory Spectrum* 31, no. 1: 157–74.

Covach, John. 1997. "Progressive Rock, 'Close to the Edge,' and the Boundaries of Style." In *Understanding Rock*, ed. John Covach and Graeme M. Boone, 171–210. New York: Oxford University Press.

de Clercq, Trevor, and David Temperley. 2011. "A Corpus Analysis of Rock Harmony." *Popular Music* 30, no. 1: 47–70.

Doll, Christopher. 2009. "Transformation in Rock: An Explanatory Strategy." *Gamut* 2, no. 1. http://trace.tennessee.edu/gamut/vol2/iss1/1 (accessed 29 November 2011).

Everett, Walter. 2004. "Making Sense of Rock's Tonal Systems." *Music Theory Online* 10, no. 4. http://www.mtosmt.org/issues/mto.04.10.4/mto.04.10.4.w_everett.html (accessed 29 November 2011).

—————. 2008. "Pitch Down the Middle." In *Expression in Pop-Rock Music: Critical and Analytical Essays*, 2nd ed., ed. Walter Everett, 111–74. London: Routledge Press.

"The 500 Greatest Songs of All Time." 2004. *Rolling Stone* 963: 65–165.

Gabrielsson, Alf, and Erik Lindström. 2001. "The Influence of Musical Structure on Emotional Expression." In *Music and Emotion: Theory and Research*, ed. Patrick Juslin and John Sloboda, 223–48. Oxford: Oxford University Press.

Koozin, Timothy. 2008. "Fumbling Towards Ecstasy: Voice Leading, Tonal Structure, and the Theme of Self-Realization in the Music of Sarah McLachlan." In *Understanding Rock*, ed. John Covach and Graeme M. Boone, 267–84. New York: Oxford University Press.

Lerdahl, Fred. 2001. *Tonal Pitch Space*. New York: Oxford University Press.

Middleton, Richard. 1972. *Pop Music and the Blues*. London: Victor Gallance.

Moore, Allan. 1992. "Patterns of Harmony." *Popular Music* 11, no. 1: 73–106.

—————. 1995. "The So-Called 'Flattened Seventh' in Rock." *Popular Music* 14, no. 2: 185–201.

—————. 2001. *Rock: The Primary Text: Developing a Musicology of Rock*, 2nd ed. Aldershot: Aldgate.

Regener, Eric. 1974. "On Allen Forte's Theory of Chords." *Perspectives of New Music* 13, no. 1: 191–212.

EXHIBIT 11
PAGE 347



Spicer, Mark. 2008. "Large-Scale Strategy and Compositional Design in the Early Music of Genesis." In *Expression in Pop-Rock Music Critical and Analytical Essays*, 2nd ed., ed. Walter Everett, 313–44. London: Routledge.

——————. 2009. "Absent Tonics in Pop and Rock Songs." Paper presented at the annual meeting of the Society for Music Theory, Montreal.

Stephenson, Ken. 2002. *What to Listen for in Rock: A Stylistic Analysis*. New Haven: Yale University Press.

Temperley, David. 2001. *The Cognition of Basic Musical Structures*. Cambridge, MA: MIT Press.

——————. 2007. "The Melodic-Harmonic 'Divorce' in Rock." *Popular Music* 26, no. 2: 323–42.

——————. 2011. "The Cadential IV in Rock." *Music Theory Online* 17, no. 1.
http://www.mtosmt.org/issues/mto.11.17.1/mto.11.17.1.temperley.html (accessed 29 November 2011).

Temperley, David, and Daphne Tan. In press. "The Emotional Connotations of Diatonic Modes." *Music Perception*.

Wagner, Napthali. 2003. "'Domestication' of Blue Notes in the Beatles' Songs." *Music Theory Spectrum* 25, no. 2: 353–65.

Walser, Robert. 1993. *Running with the Devil: Power, Gender, and Madness in Heavy Metal Music*. Hanover, NH: Wesleyan University Press of New England.

——————. 2003. "Forging Masculinity: Heavy-Metal Sounds and Images of Gender." In *Sound and Vision: The Music Video Reader*, ed. Simon Frith and Lawrence Grossberg, 153–81. London: Routledge.

**Discography**

Aerosmith. 1975. "Walk This Way." Songwriters Joe Perry and Steven Tyler. On *Toys in the Attic*. Columbia.

Alice in Chains. 1994. "No Excuses." Songwriter Jerry Cantrell. On *Jar of Flies*. Columbia.

The Beatles. 1964. "A Hard Day's Night." Songwriters John Lennon and Paul McCartney. On *A Hard Day's Night*. Capitol.

Crosby, Stills, Nash, and Young. 1970. "Woodstock." Songwriter Joni Mitchell. On *Déjà Vu*. Atlantic.

Dire Straits. 1985. "Money for Nothing." Songwriters Mark Knopfler and Sting. On *Brothers in Arms*. Warner Brothers.

The Doobie Brothers. 1973. "China Grove." Songwriter Tom Johnston. On *The Captain and Me*. Warner Brothers.

The Doors. 1967. "Light My Fire." Songwriters Jim Morrison, John Densmore, Ray Manzarek, and Robby Krieger. On *The Doors*. Elektra.

Duran Duran. 1982. "Rio." Songwriter Andy Taylor, John Taylor, Nick Rhodes, Roger Taylor, and Simon LeBon. On *Rio*. Capitol.

The Eagles. 1977. "Hotel California." Songwriters Don Felder, Don Henley, and Glenn Frey. On *Hotel California*. Asylum.

Fleetwood Mac. 1977. "The Chain." Songwriters Christine McVie, John McVie, Lindsey Buckingham, Mick Fleetwood, and Stevie Nicks. On *Rumours*. Warner Brothers.

Gaye, Marvin. 1968. "I Heard it Through the Grapevine." Songwriters Barrett Strong and Norman Whitfield. On *In the Groove*. Tamla.

John, Elton. 1973. "Goodbye Yellow Brick Road." Songwriters Elton John and Bernie Taupin. On *Goodbye Yellow Brick Road*. MCA.

Led Zeppelin. 1973. "Dancing Days." Songwriters Jimmy Page and Robert Plant. On *Houses of the Holy*. Atlantic.

Lewis, Huey, and the News. 1983. "I Want a New Drug." Songwriters Chris Hayes and Huey Lewis. On *Sports*. Chrysalis.

The Moody Blues. 1967. "Nights in White Satin." Songwriter Justin Hayward. On *Days of Future Passed*. Deram.

Morissette, Alanis. 1995. "You Oughta Know." Songwriters Alanis Morissette and Glen Ballard. On *Jagged Little Pill*. Maverick.

Naked Eyes. 1983. "Always Something There to Remind Me." Songwriters Burt Bacharach and Hal David. On *Burning Bridges*. EMI.

Nazareth. 1975. "Love Hurts." Songwriter Boudleaux Bryant. On *Hair of the Dog*. A&M.

Perry, Katy. 2010. "Firework." Songwriters Katy Perry, Mikkel S. Eriksen, Tor Erik Hermansen, Sandy Wilhelm, and Ester Dean. On *Teenage Dream*. Capitol.

EXHIBIT 11
PAGE 348

The Police. 1983. "Synchronicity II." Songwriter Sting. On *Synchronicity*. A&M.

Rogers, Kenny. 1982. "Love Will Turn You Around." Songwriters Kenny Rogers, David Malloy, Thom Schuyler, and Even Stevens. On *Love Will Turn You Around*. Liberty.

Diana Ross. 1973. "Touch Me in the Morning." Songwriter Michael Masser and Ron Miller. On *Touch Me in the Morning*. Motown.

Rush. 1980. "The Spirit of Radio." Songwriter Neil Peart, Geddy Lee, and Alex Lifeson. On *Permanent Waves*. Mercury.

Seger, Bob, and The Silver Bullet Band. 1977. "Mainstreet." Songwriter Bob Seger. On *Night Moves*. Capitol.

Steely Dan. 1974. "Rikki Don't Lose That Number." Songwriters Donald Fagen and Walter Becker. On *Pretzel Logic*. ABC.

Warwick, Dionne, and The Spinners. 1974. "Then Came You." Songwriters Philip Pugh and Sherman Marshall. On *Then Came You*. Atlantic.

Return to beginning

---

## Footnotes

1. Following a common convention, I represent major triads with upper-case Roman numerals, minor triads with lower-case. Scale degrees and roots within the major scale are represented by plain integers and Roman numerals, respectively; others are indicated by a preceding "♭" or "♯". Keys are represented as pitch classes only, not as major or minor; this will be explained below.
Return to text

2. Note that common-practice minor is *not* the same as Aeolian mode, or any other diatonic mode; it is most closely approximated by the harmonic minor scale ($1-2-\flat3-4-5-\flat6-7$), but also has distinct ascending and descending melodic scales. (Alternatively, and perhaps preferably, it can be viewed as having a single scale with a flat third and variable sixth and seventh degrees.) The application of the major/minor system to rock is discussed and rejected by Covach (1997, 10–11), Stephenson (2002, 42–3), and Burns (2008, 65). This point is also often made implicitly: theorists who propose tonal classification schemes for popular music generally do not use major and minor keys, but rather employ either diatonic modes or alternative custom-made systems. See for example Moore 1992, Stephenson 2002, and Everett 2004, whose approaches will be discussed further below. Everett does consider the major/minor system as one option in rock, but notes that songs in "pure" minor are uncommon (2004, paragraph 7).
Return to text

3. By all accounts, rock songs are generally tonal in the broadest sense of having a focal pitch class or tonal center. In light of this, it makes sense to represent scale collections in relative terms—in relation to the tonic—rather than in terms of absolute pitch classes.
Return to text

4. A word is needed about my use of the term "creators." Following the usual convention of pop/rock scholarship, I define a "song" as a particular recording by a particular artist or group. It should be borne in mind, however, that the creation of a rock song is almost always a complex collaborative effort. Obviously, the writers of a song deserve a substantial share of the credit for it; in some cases, they are not members of the performing group. (Songwriters are identified in the attached discography.) Yet the performers of a song may also contribute to it in ways that are relevant to the issues in this paper—in particular, contributions that affect the pitch content of the song. To disentangle the contributions of these various individuals is often difficult or impossible, however, and I do not attempt it here.
Return to text

5. de Clercq and Temperley 2011 reports analyses of ninety-nine songs; since then, we have analyzed an additional 101 songs. The website www.theory.esm.rochester.edu/rock_corpus contains our analyses of all 200 songs.
Return to text

6. Several of the examples in Table 1 are due to Spicer 2009, who includes them in a list of songs with "emergent, absent, or otherwise fragile tonics."
Return to text

7. It is difficult to find any progression containing $\flat2$ or $\sharp4$ that is at all common in popular music. Perhaps the closest candidate is I–II–IV–I (with II containing $\sharp4$), which forms the basic progression in several well-known songs, including the Beatles' "Eight Days A Week," "You Won't See Me," and "Sergeant Pepper's Lonely Hearts Club Band" (verse); the Faces' "Stay With Me"; and Dishwalla's "Counting Blue Cars." Admittedly, the $\sharp4$ degree does not sound particularly unstable or disruptive in this context; I am unable to explain why. (An anonymous reviewer points out that it might arise as a harmonization of the chromatic line $\hat5-\sharp\hat4-\hat4-\hat3$.) It has also been noted that Phrygian mode (containing $\flat\hat2$) is common in some types of heavy metal (Walser 1993, 46; Biamonte 2010, 108).
Return to text

EXHIBIT 11
PAGE 349

8. The $\sharp\hat{4}$ here is undoubtedly non-harmonic, and is resolved by step. (It is either three separate non-chord-tones, or—perhaps more plausibly—a single incomplete neighbor that itself is ornamented by upper-neighbor Ds.) But it is emphasized much more than the typical non-chord-tone.
Return to text

9. The chorus of the song employs a major VI chord (in C), including the $\sharp\hat{1}$ degree—again, the same pitch class (C$\sharp$/D$\flat$). This pitch is barely audible in the first chorus, more so in the second when it is sustained by the lead guitar in a high register.
Return to text

10. The line of fifths was first proposed by Regener 1974; in Temperley 2001, I present it as a general framework for the cognitive representation of pitch classes in common-practice music and rock as well. To my knowledge, it has not been applied to popular music by other authors. The approach of Capuzzo 2009 is related, however; Capuzzo represents pitch collections in rock using "5-cycles," which are essentially sets of adjacent positions on the line.
Return to text

11. While the positive and negative connotations of major and minor (respectively) have been well established by experimental work (see Gabrielsson and Lindström 2001 for a review), the emotional connotations of diatonic modes have received little attention. With regard to popular music scholarship, the idea that scales carry emotional connotations appears to be quite widely accepted, but it has been discussed only in passing. Some authors have invoked the conventional associations of major and minor keys (Stephenson 2002, 149–50; Walser 1993, 165); while the applicability of the major/minor system to rock is doubtful (as discussed earlier), there is clearly a parallel between major/minor keys and "sharp-side/flat-side" collections in rock, both in terms of their line-of-fifths positions and their emotional associations. Occasional comments are also found on the connotations of diatonic modes. Middleton comments that modes with the raised seventh have an effect of "yearning" and "progress" while the lowered seventh represents "stability and realism" (1972, 166); Björnberg describes the effect of Aeolian mode as one of "stasis" and "coldness" (1985, 4); Moore writes that Aeolian implies "resignation," while Dorian "at least carries the illusory possibility of escape" (1995, 188); Covach suggests that the effect of Dorian mode in Yes's "Close to the Edge" is "primitive" and "chaotic," in contrast to the "refined" and "life-affirming" effect of major mode (1997, 18). Again, however, the expressive meaning of scales in rock has not, to my knowledge, received any systematic treatment.
Return to text

12. Admittedly, the correspondence between scale content and lyrics is only approximate. The last four measures of the VCU also touch on the "night" ("but when I get home to you..."). This shift in focus within the VCU is reflected not so much in scale content, but rather in texture: While the melody and accompaniment of the first eight measures are relatively independent, the last four measures reflect a close coordination. See Temperley 2007 for further discussion.
Return to text

13. Wagner notes a general strategy in the Beatles' early music of combining what he calls "blues" sections—those that employ I, IV, and V with added $\flat\hat{3}$ and $\flat\hat{7}$—with "lyric" sections employing ii, vi, and iii (2003, 355).
Return to text

14. It could also be called a diatonic hexachord, but this term is indeterminate as to the location of the tonal center.
Return to text

15. In scalar terms, one could view the cadential IV as returning to the primary Ionian collection or anticipating the Mixolydian scale of the link; Example 16 represents the latter option.
Return to text

16. $\hat{5}$ does not occur over the $\flat$VII in the first chorus, but it appears at the parallel point in the third chorus (see Example 1b).
Return to text

17. One might point to applied chords, such as the V/vi in "Goodbye Yellow Brick Road" (Example 18c), which introduces $\sharp\hat{5}$, the leading-tone of vi. I would suggest, however, that applied chords such as this are better understood as implying a (momentary) shift of tonic, rather than implying a shift of scale in relation to a fixed tonic. The relationship between scalar shifts and tonal shifts is complex; I return to it below.
Return to text

18. The parallel point in the first verse is also of interest. The lyric here, "I was surprised I must say," conveys a sense of ironic politeness and detachment that is nicely expressed by the sharpward move to vi. (A kind of musical sarcasm, perhaps.) In this case, however, the vocal maintains $\flat\hat{3}$ over the vi chord, so the musical effect is more acerbic.

Stephenson analyzes this song from a different perspective (2002, 49–51). For him, the issue is whether the song is in major or minor mode; he suggests that this is initially ambiguous, due to the absence of a full major or minor tonic triad in the introduction and verse. I find this puzzling, since elsewhere Stephenson generally avoids applying the major/minor dichotomy to rock and indeed explicitly rejects it (42–43)—correctly, in my view.
Return to text

19. A similar pattern of scalar shifts is seen in "Stomp," by the Brothers Johnson. The verse is in Dorian; the pre-chorus moves

EXHIBIT 11
PAGE 350

to Ionian; the chorus shifts in the opposite direction to Aeolian, but with an emphatic IV at the end of the section, returning to Dorian for the link. Again, the result is an "S-shaped" trajectory over the entire VCU.
Return to text

20. The Beatles' "A Hard Day's Night" (discussed earlier, Example 7) reverses this pattern, employing $\flat\hat{3}$ only at the *end* of the verse-refrain melody, $\hat{3}$ elsewhere. The Beatles' "Fixing a Hole" alters the pattern in another way: $\hat{3}$ appears only in the *initial* chord of the verse, yielding to $\flat\hat{3}$ for the remainder of the section.
Return to text

21. An analogy might be drawn with classical minor, where the $\hat{7}$ degree has a harmonic function as part of the V triad. Indeed, even in rock, the V triad is sometimes used in "flat-side" contexts (i.e., contexts with $\flat\hat{3}$ rather than $\hat{3}$). This is relatively rare, however, and when it occurs, it usually involves paradigms that are clearly derived from common-practice harmony, most notably the descending tetrachord i–$\flat$VII–$\flat$VI–V. This is seen, for example, in the Mamas and Papas' "California Dreamin'," Heart's "Crazy on You," and the chorus of the Police's "Synchronicity II" (Example 13), as well as some chromatic descending tetrachord patterns to be discussed below.
Return to text

22. Another option would be to introduce distinctions of importance or prominence within the scale representation itself —essentially, treating scale membership as a matter of "more or less" rather than "all or nothing." One could show such distinctions, for example, by allowing rectangles of different heights in the line-of-fifths representation. (This brings to mind the "basic space" of Lerdahl 2001, which represents scale degrees with a five-level hierarchy of stability: tonic, tonic/fifth, tonic-triad, diatonic, and chromatic.) This approach also has drawbacks, however. It further increases the complexity and subjectivity of the analytical system. And in many cases, as noted above, treating a scale as an essentially "all-or-nothing" scale degree set that sets the emotional tone of an entire song or section seems quite satisfactory.
Return to text

23. A survey of research on music and emotion by Gabrielsson and Lindström concludes that the studies reviewed "show similar results converging on two main emotion dimensions: valence (pleasantness–unpleasantness, gaiety–gloom) and activity/arousal (tension–relaxation, excited–calm)" (2001, 226). Happiness is perhaps not quite equivalent to positive valence, as it also implies a certain degree of positive arousal; sadness is negative in both valence and arousal.
Return to text

24. This brings to mind Stephenson's theory of harmonic systems, described earlier. The weirdness of Example 27 is nicely predicted by Stephenson's theory, actually, since i and vi do not occur together in any of his three harmonic systems.
Return to text

25. The term "modulation" might also be used, though this may invoke unwanted associations with the common-practice major/minor system. See Capuzzo 2009 for a recent exploration of tonal shifts in rock songs; see also Stephenson 2002, 47–52, and Everett 2008, 142–45. Tonal shift also plays an important role in several analytical essays on individual songs, such as Boone 1997, Burns 2008, and Koozin 2008.
Return to text

26. This view of the $\flat$VII–IV–I progression implies that the major scale has primacy in rock, and that moves outside of this scale cause us to search for alternative tonal centers; there is other evidence for this as well, as I have discussed.
Return to text

Return to beginning

## Copyright Statement

**Copyright © 2011 by the Society for Music Theory. All rights reserved.**

[1] Copyrights for individual items published in *Music Theory Online* (*MTO*) are held by their authors. Items appearing in *MTO* may be saved and stored in electronic or paper form, and may be shared among individuals for purposes of scholarly research or discussion, but may *not* be republished in any form, electronic or print, without prior, written permission from the author(s), and advance notification of the editors of *MTO*.

[2] Any redistributed form of items published in *MTO* must include the following information in a form appropriate to the medium in which the items are to appear:

> This item appeared in *Music Theory Online* in [VOLUME #, ISSUE #] on [DAY/MONTH/YEAR]. It was authored by [FULL NAME, EMAIL ADDRESS], with whose written permission it is reprinted here.

[3] Libraries may archive issues of *MTO* in electronic or paper form for public access so long as each issue is stored in its entirety, and no access fee is charged. Exceptions to these requirements must be approved in writing by the editors of *MTO*, who will act in accordance with the decisions of the Society for Music Theory.

EXHIBIT 11
PAGE 351

This document and all portions thereof are protected by U.S. and international copyright laws. Material contained herein may be copied and/or distributed for research purposes only.

Return to beginning

Prepared by John Reef, Editorial Assistant
5,870 5,871



EXHIBIT 11
PAGE 352

# REBUTTAL VISUAL EXHIBIT H

EXHIBIT 11
PAGE 353



**MTO 17.1 Examples: Temperley, Cadential IV in Rock**

(Note: audio, video, and other interactive examples are only available online)
http://www.mtosmt.org/issues/mto.11.17.1/mto.11.17.1.temperley.php

**Example 1.** The Landini Cadence



**Example 2.** Five sectional cadences

A. Elvis Presley, "Hound Dog"



B. Beatles, "A Hard Day's Night"



EXHIBIT 11
PAGE 354

C. Rolling Stones, "Honky Tonk Women"



D. Tom Petty and the Heartbreakers, "Free Fallin'"



E. Guns n' Roses, "Sweet Child O' Mine"



**Example 3.** Creedence Clearwater Revival, "Proud Mary"



EXHIBIT 11
PAGE 355

**Table 1.** Distribution of chromatic roots in the RS 5x20 corpus (de Clercq & Temperley)

| Root | Number of occurrences Proportion of total | Number of occurrences Proportion of total, excluding tonic | Number of occurrences in pre-tonic position (proportion of total, excluding tonic) |
|---|---|---|---|
| I | 0.328 | — | — |
| bII | 0.005 | 0.007 | 0.010 |
| II | 0.036 | 0.053 | 0.041 |
| bIII | 0.026 | 0.038 | 0.017 |
| III | 0.019 | 0.028 | 0.005 |
| IV | 0.226 | 0.336 | 0.396 |
| #IV/bV | 0.003 | 0.004 | 0.002 |
| V | 0.163 | 0.241 | 0.269 |
| bVI | 0.040 | 0.059 | 0.071 |
| VI | 0.072 | 0.107 | 0.050 |
| bVII | 0.081 | 0.119 | 0.132 |
| VII | 0.004 | 0.006 | 0.005 |

**Table 2.** Chord transitions in the RS 5x20 corpus (de Clercq & Temperley).
Cells indicate the number of occurrences from one chord (the "antecedent") to another (the "consequent")

| Cons \ Ant | I | bII | II | bIII | III | IV | #IV/bV | V | bVI | VI | bVII | VII |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 25 | 132 | 94 | 44 | 1052 | 2 | 710 | 104 | 302 | 470 | 16 |
| bII | 31 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| II | 120 | 1 | 0 | 2 | 20 | 58 | 0 | 97 | 0 | 24 | 10 | 0 |
| bIII | 50 | 6 | 6 | 0 | 0 | 64 | 2 | 2 | 67 | 0 | 41 | 0 |
| III | 16 | 0 | 39 | 0 | 0 | 46 | 0 | 6 | 0 | 60 | 3 | 4 |
| IV | 1162 | 14 | 30 | 98 | 45 | 0 | 4 | 514 | 57 | 72 | 90 | 4 |
| #IV/bV | 7 | 0 | 0 | 6 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 |
| V | 788 | 0 | 36 | 6 | 17 | 392 | 4 | 0 | 6 | 191 | 48 | 0 |
| bVI | 208 | 0 | 1 | 20 | 0 | 22 | 6 | 22 | 0 | 10 | 78 | 0 |
| VI | 144 | 0 | 87 | 0 | 32 | 260 | 0 | 124 | 21 | 0 | 3 | 0 |
| bVII | 386 | 0 | 0 | 11 | 2 | 188 | 2 | 26 | 114 | 6 | 0 | 0 |
| VII | 18 | 0 | 0 | 0 | 12 | 0 | 4 | 0 | 0 | 3 | 0 | 0 |

EXHIBIT 11
PAGE 356

**Table 3.** The RS 200 List, showing sectional cadences as identified by Temperley (DT) and Trevor de
Clercq (TdC).

In every case where a sectional cadence was found, the pre-tonic harmony is indicated

| Title | Artist | DT | TdC |
|---|---|---|---|
| 1999 | Prince | vi | vi[7] |
| A Change Is Gonna Come | Sam Cooke | - | vi |
| A Day in the Life | Beatles | - | - |
| A Hard Day's Night | Beatles | IV | IV |
| All Along the Watchtower | Jimi Hendrix | - | - |
| All Apologies | Nirvana | - | - |
| All I Have to Do is Dream | Everly Brothers | - | V |
| Anarchy in the U.K. | Sex Pistols | ii | ii |
| Back in Black | AC/DC | - | - |
| Be-Bop-a-Lula | Gene Vincent | - | IV |
| Be My Baby | Ronettes | - | - |
| Billie Jean | Michael Jackson | iv | iv |
| Bitter Sweet Symphony | Verve | - | - |
| Bizarre Love Triangle | New Order | - | - |
| Blitzkrieg Bop | Ramones | V | V |
| Blowin' in the Wind | Bob Dylan | V | V |
| Blue Suede Shoes | Carl Perkins | V | V |
| Blueberry Hill | Fats Domino | V | V |
| Bo Diddley | Bo Diddley | - | - |
| Bohemian Rhapsody | Queen | - | - |
| Born to be Wild | Steppenwolf | - | - |
| Born to Run | Bruce Springsteen | V | V |
| Both Sides Now | Joni Mitchell | V | Vsus4 |

EXHIBIT 11
PAGE 357

| | | | |
|---|---|---|---|
| Bridge over Troubled Water | Simon & Garfunkel | $vii\degree^{\frac{4}{3}}$ | $vii\degree^7$ |
| Brown-Eyed Girl | Van Morrison | - | Van Morrison |
| California Dreamin' | Mamas & Papas | - | - |
| California Girls | Beach Boys | $\flat vii^7$ | $\flat vii$ |
| California Love | 2Pac | - | - |
| Cathy's Clown | Everly Brothers | V | V |
| Changes | David Bowie | ii | $IV^6$ |
| Come As You Are | Nirvana | - | - |
| Crazy | Patsy Cline | V | V |
| Crying | Roy Orbison | V | V |
| Da Doo Ron Ron | Crystals | V | V |
| Dancing in the Street | Martha and the Vandellas | - | - |
| Dancing Queen | ABBA | ii | ii |
| Dock of the Bay | Otis Redding | II | II |
| Don't Worry Baby | Beach Boys | - | - |
| Dream On | Aerosmith | - | - |
| Earth Angel | Penguins | V | V |
| Eight Miles High | Byrds | - | - |
| Eleanor Rigby | Beatles | $\flat VI$ | - |
| Enter Sandman | Metallica | - | - |
| Every Breath You Take | Police | V | V |
| Everyday People | Sly and the Family Stone | - | - |
| Fake Plastic Trees | Radiohead | ii | $ii^7$ |
| Family Affair | Sly and the Family Stone | - | - |
| Fast Car | Tracy Chapman | - | - |
| Folsom Prison Blues | Johnny Cash | V | V |

EXHIBIT 11
PAGE 358

| | | | |
|---|---|---|---|
| For What It's Worth | Buffalo Springfield | - | IV |
| Fortunate Son | Creedence Clearwater Revival | IV | IV |
| Foxey Lady | Jimi Hendrix | IV | - |
| Free Fallin' | Tom Petty and the Heartbreakers | V | V |
| Georgia on My Mind | Ray Charles | V | V |
| Gimme Shelter | Rolling Stones | - | - |
| Go Your Own Way | Fleetwood Mac | - | - |
| God Only Knows | Beach Boys | - | - |
| God Save The Queen | Sex Pistols | V | V |
| Good Golly, Miss Molly | Little Richard | IV | IV |
| Good Vibrations | Beach Boys | IV | - |
| Great Balls Of Fire | Jerry Lee Lewis | - | - |
| Hallelujah | Jeff Buckley | V | V |
| Heartbreak Hotel | Elvis Presley | V | V |
| Help | Beatles | - | - |
| Heroes | David Bowie | IVdom[7] | IV |
| Hey Jude | Beatles | V | V |
| Honky Tonk Women | Rolling Stones | V | V |
| Hot Stuff | Donna Summer | V | v |
| Hotel California | Eagles | - | - |
| Hound Dog | Elvis Presley | IV | IV |
| House of the Rising Sun | Animals | V | V |
| I Believe I Can Fly | R Kelly | - | - |
| I Can't Make You Love Me | Bonnie Raitt | - | - |
| I Can't Stop Loving You | Ray Charles | V | V |
| I Fought the Law | Bobby Fuller Four | V | V |
| I Got You (I Feel Good) | James Brown | IV | IV |

EXHIBIT 11
PAGE 359

| | | | |
|---|---|---|---|
| I Heard It Through the Grapevine | Marvin Gaye | IV | IV |
| I Only Have Eyes for You | Flamingos | - | - |
| I Saw Her Standing There | Beatles | V | V |
| I Still Haven't Found What I'm Looking For | U2 | IV | IV |
| I Walk the Line | Johnny Cash | V | V |
| I Wanna Be Sedated | Ramones | - | - |
| I Want to Hold Your Hand | Beatles | V | V |
| I Want You Back | Jackson Five | - | - |
| I'm So Lonesome | Hank Williams | V | V |
| I'm Waiting for the Man | Velvet Underground | IV | IV |
| Imagine | John Lennon | V | - |
| In Bloom | Nirvana | IV | IVdom[7] |
| In My Life | Beatles | iv | iv |
| In the Midnight Hour | Wilson Pickett | IV | IV |
| In the Still of the Night | Five Satins | V | V |
| It's a Man's World | James Brown | V | V |
| I've Been Loving You | Otis Redding | V | V |
| Jailhouse Rock | Elvis Presley | - | - |
| Johnny B. Goode | Chuck Berry | V | V |
| Jumpin' Jack Flash | Rolling Stones | IV | IV |
| Kashmir | Led Zeppelin | - | - |
| Layla | Derek and the Dominoes | - | - |
| Let It Be | Beatles | - | IV |
| Let's Get it On | Marvin Gaye | - | - |
| Let's Stay Together | Al Green | - | - |
| Light My Fire | Doors | - | - |
| Like a Rolling Stone | Bob Dylan | V | V |

EXHIBIT 11
PAGE 360

| | | | |
|---|---|---|---|
| Little Red Corvette | Prince | - | - |
| Living for the City | Stevie Wonder | V | V |
| London Calling | Clash | - | ♭VII |
| Long Tall Sally | Little Richard | IV | IV |
| Lose Yourself | Eminem | - | - |
| Loser | Beck | - | - |
| Losing My Religion | REM | ♭VI | ♭VII |
| Louie Louie | Kingsmen | IV | IV |
| Love and Happiness | Al Green | V⁷ | V⁷ |
| Love Will Tear Us Apart | Joy Division | - | - |
| Lust for Life | Iggy Pop | V | V |
| Maggie May | Rod Stewart | V | IV |
| Maybellene | Chuck Berry | V | V |
| Me and Bobby McGee | Janis Joplin | V | V |
| Mr. Tambourine Man | Bob Dylan | V | V |
| Mr. Tambourine Man | Byrds | V | V |
| My Generation | Who | ♭VII | - |
| My Girl | Temptations | - | - |
| Mystery Train | Elvis Presley | IV | IV |
| No Woman, No Cry | Bob Marley & the Wailers | IV | IV |
| Norwegian Wood | Beatles | v | - |
| Not Fade Away | Buddy Holly | - | - |
| Nothing Compares 2 U | Sinead O'Connor | - | - |
| Nuthin' But a 'G' Thang | Dr. Dre | - | - |
| One | U2 | IV | - |
| Paint it Black | Rolling Stones | - | - |

EXHIBIT 11
PAGE 361

| | | | |
|---|---|---|---|
| Papa Was a Rolling Stone | Temptations | - | - |
| Papa's Got a Brand New Bag | James Brown | IVdom$^7$ IV | |
| Paranoid Android | Radiohead | - | - |
| People Get Ready | Impressions | V$^{11}$ | V$^9$sus4 |
| Please Please Please | James Brown | V | V |
| Proud Mary | Creedence Clearwater Revival | - | - |
| Purple Haze | Jimi Hendrix | - | - |
| Purple Rain | Prince | V | V |
| Rave On | Buddy Holly | V | V |
| Redemption Song | Bob Marley | V | V |
| Respect | Aretha Franklin | IV | - |
| Ring of Fire | Johnny Cash | V | V |
| River Deep - Mountain High | Tina Turner | - | - |
| Rock and Roll Music | Beatles | V | V |
| Rock Around the Clock | Buddy Holly & Crickets | V | V |
| Rock Lobster | B-52s | - | - |
| Rockin' in the Free World | Neil Young | - | - |
| Roll Over Beethoven | Chuck Berry | IV | IV |
| Sabotage | Beastie Boys | - | - |
| Satisfaction | Rolling Stones | IV | - |
| September Gurls | Big Star | - | - |
| Shake Rattle and Roll | Big Joe Turner | IV | IV |
| She Loves You | Beatles | V | - |
| Should I Stay or Should I Go | Clash | V | V |
| Shout | Isley Brothers | - | - |
| Smells Like Teen Spirit | Nirvana | - | - |

EXHIBIT 11
PAGE 362

| | | | |
|---|---|---|---|
| Sounds of Silence | Simon & Garfunkel | ♭VII | ♭VII |
| Stairway To Heaven | Led Zeppelin | - | - |
| Stand by Me | Ben E. King | V | V |
| Strawberry Fields Forever | Beatles | IV | IV |
| Summer Babe | Pavement | - | - |
| Summertime Blues | Eddie Cochran | - | - |
| Sunshine of Your Love | Cream | - | - |
| Superstition | Stevie Wonder | V | V |
| Suspicious Minds | Elvis Presley | - | - |
| Sweet Child O' Mine | Guns N' Roses | ♭VII | ♭VII |
| Sympathy for the Devil | Rolling Stones | V | V |
| Take Me to the River | Al Green | - | - |
| Tangled Up in Blue | Bob Dylan | IV | IV |
| Tears in Heaven | Eric Clapton | V | V$^{sus4}$ |
| That'll Be the Day | Buddy Holly | V | V |
| That's All Right | Elvis Presley | V | V |
| The Boxer | Simon & Garfunkel | V | - |
| The Message | Grandmaster Flash | - | - |
| The Times They Are A-Changin' | Bob Dylan | V | V |
| The Weight | The Band | IV | IV |
| Thunder Road | Bruce Springsteen | V | - |
| Tracks of My Tears | Smokey Robinson | IV | V |
| Tutti Frutti | Little Richard | - | - |
| Up on the Roof | Drifters | - | - |
| Voodoo Child | Jimi Hendrix | ♭VII | ♭VII |
| Walk On By | Dionne Warwick | IV | IV |

EXHIBIT 11
PAGE 363

| | | | |
|---|---|---|---|
| Waterloo Sunset | Kinks | - | - |
| What'd I Say | Ray Charles | - | - |
| What's Going On | Marvin Gaye | - | - |
| When a Man Loves a Woman | Percy Sledge | V | V |
| When Doves Cry | Prince | - | ♭VII |
| While My Guitar Gently Weeps | Beatles | - | - |
| Whiter Shade of Pale | Procol Harum | IV | IV |
| Who Do You Love | Bo Diddley | - | - |
| Whole Lotta Love | Led Zeppelin | ♭VII | ♭VII |
| Whole Lotta Shakin' Goin On | Jerry Lee Lewis | IV | IV |
| Will You Love Me Tomorrow | Shirelles | V | V |
| With or Without You | U2 | - | - |
| Won't Get Fooled Again | Who | IV | IV |
| Yesterday | Beatles | IV | IV |
| You Can't Always Get What You Want | Rolling Stones | IV | IV |
| You Really Got Me | Kinks | - | - |
| You Send Me | Sam Cooke | V | V |
| You've Lost That Lovin' Feelin' | Righteous Brothers | ♭VII | IV |
| Your Song | Elton John | ii$^6_5$ | - |

EXHIBIT 11
PAGE 364

**Table 4.** Pre-tonic harmonies in sectional cadences in the RS 200 list, as labeled in Table 3 (from Temperley's data only), in descending order of frequency. The middle column shows the number of songs in which each harmony occurs in pre-tonic position in a sectional cadence; the rightmost column shows these counts as a percentage of the *total* number of songs (including those with no sectional cadence). Chords are identified by root only

| Chord | Number of songs | Percent of total |
|-------|-----------------|------------------|
| V | 64 | 32% |
| IV | 37 | 18.5% |
| bVII | 7 | 3.5% |
| II | 6 | 3% |
| bVI | 2 | 1% |
| VI | 1 | 0.5% |
| VII | 1 | 0.5% |
| Total | 118 | 59% |

**Example 4.** Heart, "Barracuda"



EXHIBIT 11
PAGE 365

**Example 5.** The essential features of the plagal stop cadence



**Table 5.** Songs with plagal stop cadences

| Title | Artist | Year |
|---|---|---|
| Love Me Do | Beatles | 1962 |
| The Last Time | Rolling Stones | 1965 |
| Back in the USSR | Beatles | 1968 |
| The Weight | The Band | 1968 |
| You Can't Always Get What You Want | Rolling Stones | 1969 |
| Bargain | The Who | 1971 |
| Won't Get Fooled Again | The Who | 1971 |
| Rock and Roll | Led Zeppelin | 1971 |
| Rikki Don't Lose That Number | Steely Dan | 1974 |
| Golden Years | David Bowie | 1975 |
| Magic Man | Heart | 1976 |
| Barracuda | Heart | 1977 |
| Everybody Wants You | Billy Squier | 1982 |
| Faithfully | Journey | 1983 |
| I Want a New Drug | Huey Lewis & News | 1984 |
| (Don't Go Back to) Rockville | REM | 1984 |
| When I Come Around | Green Day | 1994 |
| High and Dry | Radiohead | 1995 |
| Name | Goo Goo Dolls | 1995 |
| Redemption Day | Sheryl Crowe | 1996 |
| How's it Gonna Be | Third Eye Blind | 1997 |
| Blue on Black | Kenny Wayne Shepherd | 1997 |
| She's So High | Tal Bachman | 1999 |
| My Stupid Mouth | John Mayer | 2001 |
| One Hundred Years | Five for Fighting | 2004 |
| Home | Daughtry | 2006 |

EXHIBIT 11
PAGE 366

**Example 6.** Survivor, "Eye of the Tiger"



**Example 7.** Huey Lewis and the News, "I Want a New Drug"



EXHIBIT 11
PAGE 367

**Example 8.** Led Zeppelin, "Whole Lotta Love"





**Table 6.** Songs with grand plagal cadences

| Title | Artists | Year |
|---|---|---|
| Somebody to Love | Jefferson Airplane | 1967 |
| Get Back | Beatles | 1969 |
| Whole Lotta Love | Led Zeppelin | 1969 |
| Stairway to Heaven | Led Zeppelin | 1971 |
| Long Train Runnin' | Doobie Brothers | 1973 |
| Say You Love Me | Fleetwood Mac | 1975 |
| Back in Black | AC/DC | 1980 |

**Example 9.** Led Zeppelin, "Stairway to Heaven"



EXHIBIT 11
PAGE 368

**Example 10.** Crosby, Stills, & Nash, "Wasted on the Way"





**Example 11.** Doobie Brothers, "Long Train Runnin'" (A) End of choruses 1-4; (B) end of fifth chorus



EXHIBIT 11
PAGE 369

**Example 12.** Alice in Chains, "No Excuses"



**Example 13.** Wallflowers, "One Headlight"



EXHIBIT 11
PAGE 370

**Example 14.** Three uses of the deceptive IV at the end of the VCU ("X" represents an unspecified harmony before the IV)



**Example 15.** Nazareth, "Love Hurts"



EXHIBIT 11
PAGE 371

**Example 16.** The Who, "Bargain"



**Example 17.** Recomposition of the Who's "Bargain"



**Example 18.** A conventional common-practice progression



EXHIBIT 11
PAGE 372

**Example 19.** Billy Joel, "Just the Way You Are"



EXHIBIT 11
PAGE 373

Case 2:15-cv-05642-CAS-JC   Document 282-2   Filed 06/25/18   Page 125 of 224   Page ID #:2713

MTO Home    Current Issue    Previous Issues    Submit    Jobs    Dissertations    About    Journals    SMT

Volume 17, Number 1, April 2011
Copyright © 2011 Society for Music Theory

# The Cadential IV in Rock

David Temperley

KEYWORDS: rock, harmony, cadences, popular music

ABSTRACT: In this paper I examine large-scale cadences in rock—those that end a section or an entire song—and the role of IV in such cadences. My main focus is on *sectional cadences*—those that occur at the end of a chorus. Plagal (IV-I) sectional cadences are common in rock, as I will show (using statistical evidence). I examine an especially common subtype of the plagal cadence, the *plagal stop cadence*. I also consider several other uses of IV that are in some way cadential. The *grand plagal cadence* is a highly emphasized cadence, often accompanied by a fermata, that occurs only once near the end of a song. The *deceptive IV* is an occurrence of IV in place of an expected cadential I. Cadential IV chords may also be tonicized, in ways that contribute to their cadential impact. These various functions of IV—the sectional plagal cadence, the grand plagal cadence, the deceptive IV, and the tonicized IV—can sometimes be combined in complex ways, such that a single chord can serve several functions at once.

*Received July 2010*

PDF text | PDF examples

## 1. Introduction

[1.1] A cadence is a musical gesture, defined by melodic, harmonic, or rhythmic characteristics or some combination, used to establish closure and sectional articulation. Cadences serve an important communicative function, indicating to the listener when a section is ending and thus helping to clarify the formal structure of the piece. Cadences take very different forms in different musical idioms. In medieval and Renaissance music, cadences are characterized by

**Example 1**. The Landini Cadence



(click to enlarge)

quite specific melodic and rhythmic features, such as the Landini cadence of the 14th century (**Example 1**). In common-practice tonal music, by contrast, cadences are defined harmonically, with considerable variety in their rhythmic and melodic details. For example, the perfect authentic cadence—the most strongly closural cadence of the style—can be roughly defined as a root position V harmony followed by a root position I, with some kind of underlying motion to the tonic in the melody. Similarly, in jazz, at least through the bebop era, a V-I harmonic cadence is customary at the end of sections and pieces. As a final example from a very different idiom, cadences play an important role in North Indian classical music; Jairazbhoy 1971 notes that many Indian rags feature characteristic cadential patterns that appear at the ends of phrases and sections.

[1.2] In this paper I will examine the role of cadences in rock. Does rock have cadences, and if so, what are they? My concern here is with cadences of a large-scale kind—those that end a section or an entire song, rather than merely a phrase. I will argue that the IV chord plays an important and complex role in large-scale cadences in rock. My main focus will be on what I will call "sectional cadences"—those that occur at the end of a chorus. Among songs that have sectional cadences (many do not), I will argue that there are two main types, the V-I cadence and the IV-I cadence (some statistical evidence will be provided on this point); following convention, I will call the latter type a *plagal cadence*. A particularly common use of the sectional plagal cadence is one in which the IV and I are separated by a rest in the accompanying instruments, while the vocal continues over the rest and overlaps into the I and the beginning of the next section—what I call a "plagal stop cadence." This cadence raises some interesting general issues about the way cadential closure is achieved in rock.

[1.3] Beyond the sectional plagal cadence, I will examine several other uses of IV in rock that are in some way cadential. The "grand plagal cadence" is a highly emphasized cadence, often accompanied by a fermata, that occurs only once near the end of a song. The "deceptive IV" is an occurrence of IV in place of an expected I; deceptive IV chords often arise in cadential contexts (though they may also occur elsewhere). Cadential IV chords may also be tonicized, in ways that contribute to their cadential

EXHIBIT 11
PAGE 374

impact. As we will see, these various functions of IV—the sectional plagal cadence, the grand plagal cadence, the deceptive IV, and the tonicized IV—can sometimes be combined in complex ways, such that a single chord can serve several functions at once.

[1.4] The general topic of harmony in rock has been the subject of considerable discussion, both in general studies of the style (Moore 2001, Stephenson 2002, Everett 2004) and in analytical studies of individual songs and artists (e.g. the essays in Covach and Boone, eds. 1997, Holm-Hudson, ed. 2002, and Everett 2008a). While the views of these authors differ in many respects, certain basic facts about rock seem self-evident and are accepted by virtually all authors (though sometimes only implicitly). First of all, rock is tonal in the broadest sense; in general, each song has a single pitch center that serves as a point of tonal focus and stability.[1] Rock is also harmonic, in that most songs can be divided into short segments governed by harmonies or chords. (The harmonic progression of a rock song may not govern the pitches as strongly as in common-practice music, however; see Temperley 2007 for discussion.) With regard to form, while there is considerable variety, the vast majority of rock songs feature some kind of large repeating section; I will call this the *verse-chorus unit* or *VCU*.[2] The VCU normally consists of a verse (with different lyrics on each occurrence) and chorus (with unchanging lyrics). (In some cases the chorus may be only a single line, in which case it is more commonly called a refrain; I will use the term VCU in these cases as well.) Nearly all songs begin with two iterations of the VCU; after the second VCU, a number of things may happen, such as a third VCU (or chorus), an instrumental section, a bridge, or some combination of these.

[1.5] One issue we must consider before continuing is the definition of rock itself. Rock is construed in a variety of ways: sometimes as a relatively narrow category of popular music, alongside other categories such as pop, soul, and rap; sometimes as a much broader category embracing most late-20th-century Anglo-American popular music (see de Clercq and Temperley 2011, for discussion). It is the narrower construal of "rock" that I will assume here; I will not try to define it more precisely than that, but it is reflected in the range of examples used in this paper.

## 2. Sectional Cadences in Rock

[2.1] The issue of cadences in rock—whether rock has cadences, what they are, and how they function—has received relatively little attention. Everett (2004, 2008b) mentions cadences in a number of analytical discussions, and allows for a variety of formulae to serve this role, including V-I, ♭VII-IV-I, and ♭VI-♭VII-I; Moore 1995 argues for ♭VII-I as an important cadential formula. A more extended discussion of cadences is found in Ken Stephenson's book *What to Listen For in Rock* (Stephenson 2002, 53–72). Stephenson suggests that cadences in rock occur in two ways: first, when the melody comes to rest on the fourth downbeat of a four-measure hypermeasure; second, when the melody comes to rest anywhere that there is a I or V harmony. When both of these criteria are met, and when the melody also ends on 1̂, the cadential effect is especially strong; Stephenson calls this a *closed cadence*. Cadences that meet just one or two of these three criteria are *open cadences*. Stephenson notes that, in general, open cadences are much more common than closed cadences in rock; many songs feature no closed cadence at all.

[2.2] Here I will propose a definition of cadence that is somewhat different from Stephenson's. This is due in part to a difference in focus: while Stephenson's definition includes cadences that merely end a phrase, my focus (as stated above) is on more large-scale cadences. As mentioned earlier, most songs feature a large repeating unit containing a verse and a chorus or refrain; indeed, many songs consist almost entirely of repetitions of the VCU. Thus a logical place to look for large-scale cadences in rock is at the end of the VCU—that is to say, at the end of the chorus; I will call these "sectional cadences."

[2.3] What kinds of factors serve to create a sense of closure and arrival at the end of a chorus? Stephenson notes correctly that there are harmonic, melodic, and rhythmic aspects to cadential closure, and that the cadential effect is strongest when these features coincide. It seems logical to suppose that the strongest sense of closure occurs with harmonic motion to I, and that is what I will assume for sectional cadences. Stephenson is surely right, also, in saying that the normal location for a *phrasal* cadence is on the final measure of a four-measure unit. But *sectional* cadences very often occur on hypermetrically strong measures (that is, on the first or third measure of a four-measure unit), even in common-practice music; indeed, it has been suggested that hypermetrically strong placement gives a cadence greater structural weight (I will return to this point). And Stephenson himself acknowledges that cadences in rock are frequently, perhaps even normally, hypermetrically strong (Stephenson 2002, 7). Thus, the requirement of weak hypermetrical placement seems to have little justification with regard to sectional cadences.

[2.4] With regard to melodic closure, one obvious criterion for a sectional cadence is that it should occur at the end of the vocal line of the VCU; in most cases, this can be identified without difficulty. One might also add Stephenson's criterion that the vocal line must end on 1̂; my definition does not include this criterion, however. While in most cases the vocal line of the chorus does end on 1̂, this is not, in my opinion, a requirement for strong closure. The Beatles' "A Hard Day's Night," for example (**Example 2b**), is able to achieve a strong sense of cadence with melodic arrival on 3̂ (the same point could be made about several other examples to be discussed below). Thus, we will simply require that a sectional cadence must occur at the end of the vocal line. Combining this with the harmonic criterion stated above produces the following definition:

> Definition: A *sectional cadence* in rock occurs when the end of the vocal line of the VCU approximately coincides with a move to tonic harmony.

[2.5] Five examples of sectional cadences are shown in **Example 2**. It is important to emphasize that, by the above definition, the end of the vocal

**Example 2**. Five sectional cadences

EXHIBIT 11
PAGE 375

line must coincide with a *move* to tonic harmony. In some cases, the end of the vocal line occurs over a tonic harmony that began earlier. In **Example 3**, for instance, the move to I occurs at the beginning of the chorus; the end of the vocal line follows several measures later. By the current definition, then, there is no sectional cadence here. This follows from Stephenson's suggestion that closure is strongest when cadential cues coincide. Harmonically, it is generally assumed (certainly in common-practice music) that the moment of closure occurs when the final tonic harmony is first reached; naturally, then, the sense of cadence will be strongest when this coincides with melodic closure (that is, the end of the vocal line). Note, however, that the coincidence of the move to tonic and the end of the vocal line need only be



(click to enlarge and see the rest)

**Example 3**. Creedence Clearwater Revival, "Proud Mary"



(click to enlarge)

"approximate." In many cases, the last syllable of the vocal line is syncopated and lands one beat or half a beat before the move to I, as in Example 2a. (In such cases, I would argue that the last note of the vocal is actually heard as "belonging" on the downbeat; see Temperley 1999.) In other cases the final stressed syllable coincides with the tonic arrival and is then followed by one or two unstressed syllables, as in Example 2d. In my opinion, such slight asynchronies between melodic and harmonic closure still allow a strong sense of cadential arrival to be felt.

[2.6] A word of explanation is in order about the harmonic notation I will use here. It seems appropriate to use functional notation, as most songs have a clear tonal center. However, the notion of major and minor keys is not usually applicable to rock. So for notational purposes I will simply assume that all songs are in major; harmonies built on minor scale degrees will be notated as altered chords (for example, ♭III and ♭VI). Following a common convention, I use upper-case Roman numerals for major triads and lower-case for minor triads. (Open fifths, which arise quite frequently in rock, are simply notated as major.)

[2.7] One other factor that seems to play a role in cadential closure is what might be called "distinctiveness." In many songs, the harmonic structure consists largely or even entirely of a simple repeated harmonic pattern, often two or four chords, that moves between I and other harmonies. If the end of the chorus vocal happens to coincide with the move to I within this pattern, this is considered a cadence by the definition above; "Free Fallin'," in Example 2d, is a case in point. But it might be argued that there is nothing very cadential about this; a strong sense of cadence can only be achieved by a harmonic gesture that is somehow distinctive from the rest of the song. I decided not to include this criterion in my definition, since it is difficult to judge in an objective way; but I would concede that it plays a significant role in the closural effect of a cadence.

[2.8] By the above definition, it is clearly not obligatory for a song to have a sectional cadence, and indeed many songs do not. As just mentioned, in some songs, the VCU ends on tonic harmony but the end of the vocal line does not coincide with the move to tonic. Another common occurrence is that the vocal line of the chorus does not end over tonic harmony at all. There are many examples of this, including the Eagles' "Hotel California," AC/DC's "Back in Black," and Nirvana's "Come as you Are." In such cases, the VCU tends to end not with a sense of closure but rather with a sense of incompleteness and anticipation for the beginning of the next VCU. In other cases, there is not really any VCU at all—that is, the song is not built around any large repeating section of music (examples include through-composed epics such as Led Zeppelin's "Stairway to Heaven" and Queen's "Bohemian Rhapsody"); thus, there can be no sectional cadence by our definition.[3] In still other cases, the presence and location of a cadence are uncertain—sometimes because it is not clear where exactly the vocal of the VCU ends (and thus, what harmony it coincides with); the VCU may end with improvised interjections ("yeah yeah" etc.) or background vocal activity, and it is not always obvious whether to consider these part of the main vocal line.

[2.9] I will argue, nevertheless, that many songs do have clear sectional cadences. One might ask, how many is "many"—in what proportion of songs do sectional cadences occur? A second question is also important: If a song does have a sectional cadence, what is the "pre-tonic" chord—the chord immediately preceding the tonic? I now present some statistical evidence on these questions.

### 3. Some Statistics

[3.1] Recently, Trevor de Clercq and I have undertaken a statistical analysis of rock harmony (de Clercq and Temperley 2011). The corpus we used was *Rolling Stone Magazine's* list of the 500 Greatest Songs of All Time (2004). The list was compiled by asking 172 people in the music industry (musicians and critics) to list what they considered "the greatest songs of the Rock and Roll era." We chose this corpus simply because it seemed to provide a varied sample of songs that are generally considered to be "rock." Our choice of this corpus could be criticized in various ways. While the corpus covers a wide historical range (from 1954 to 2003), it is heavily biased towards the 1960s; more than half of the songs are from this decade. Moreover, many of those polled seem to have assumed a very broad construal of rock, including soul, pop, rap, and other genres. (As noted earlier, my focus in this paper is on rock in a more narrowly defined sense.) Still, the *Rolling Stone* corpus seemed the best one available for our project, and is also suitable for my purpose here.

EXHIBIT 11
PAGE 376

[3.2] For our corpus study, we chose a subset of 99 songs from the *Rolling Stone* list: the 20 highest-ranked songs from each of the five decades from the 1950s through the 1990s (excluding one song, Public Enemy's "Bring the Noise," which was judged not to contain any triadic harmony). We call this the "RS 5x20 Corpus." Both de Clercq and I analyzed each of the 99 songs ourselves, using conventional Roman numeral notation. Harmonic analysis is, of course, somewhat subjective; it is sometimes debatable, for example, whether something is a chord or simply an ornamental linear event. There was, however, a high degree of agreement between our analyses: 92.4% of the time, our chord labels were in agreement on both root and key. The data (the list of songs and our analyses) are publicly available, and readers can form their own opinions as to the validity of the corpus (as a representation of rock) as well as the validity of our analyses.[4]

[3.3] Having analyzed all the songs in the corpus, we then subjected our analyses to aggregate data analyses of various kinds, averaging the statistics across the two sets of analyses (de Clercq's and mine). Here I report just a few results that are especially relevant to the current study. In **Table 1**, the left-most column shows the sheer number of occurrences (as a proportion of the total) of each harmony, represented in relation to the tonic. (Only roots are represented here, not chord qualities; we do not distinguish between, for example, major and minor I. We also assume enharmonic equivalence; thus ♭V and ♯IV are collapsed into one category.) Not surprisingly, I is the most common; next most frequent is IV, then V, then ♭VII. **Table 2** represents the frequency of different harmonic transitions—moves from one harmony to another. The vertical axis represents the "antecedent" harmony and the horizontal axis represents the "consequent"; thus, for example, there were 392 occurrences of V moving to IV. Of particular interest is the frequency of different chords immediately preceding I (the left-most column of Table 2). It can be seen that IV is the most common "pre-tonic" harmony by a considerable margin; V is the next most common. Moreover, the frequency of IV in pre-tonic position is somewhat higher than its overall frequency; this can be seen from Table 1, which shows the frequency of each chord in pre-tonic position (the rightmost column) as well as its overall frequency among all non-tonic chords (the middle column). Thus, not only is IV the most common non-tonic harmony overall, but it seems to appear particularly often in a pre-tonic position.

[3.4] We did some further analyses relating specifically to cadences (these are not reported in de Clercq and Temperley 2011). For this purpose, we used a somewhat larger subset of the *Rolling Stone* list: the 99 songs in the RS 5x20 set, as well as the 101 highest-ranked songs on the list that were *not* in the RS 5x20 set, creating a set of 200 songs (I will call this the RS 200 list). We then examined each song to see if it contained a sectional cadence, using the definition presented in section 1 above, and if so, what the pre-tonic harmony was. **Table 3** shows the complete list of songs, along with the cadences as judged by de Clercq and myself. For simplicity, I will henceforth consider my own judgments only; the aggregate data for these is presented in **Table 4**.[5] Out of the 200 songs in the list, 118 have cadences, or 59%. It can be seen that V is the most common pre-tonic cadential harmony, by a considerable margin; 32%

Table 1. Distribution of chromatic roots in the RS 5x20 corpus (de Clercq & Temperley)



(click to enlarge)

Table 2. Chord transitions in the RS 5x20 corpus (de Clercq & Temperley)



(click to enlarge)

Table 3. The RS 200 List, showing sectional cadences as identified by Temperley (DT) and Trevor de Clercq (TdC)



(click to enlarge and see the rest)

Table 4. Pre-tonic harmonies in sectional cadences in the RS 200 list, as labeled in Table 3 (from Temperley's data only), in descending order of frequency

EXHIBIT 11
PAGE 377

of the songs in the list have authentic (V-I) sectional cadences. IV is the second most common option; 18.5% of the songs have plagal cadences. Other options—♭VII, II, ♭VI, VI, and III—are all relatively rare, each accounting for less than 5% of the total.

| Chord | Number of songs | Percent of total |
|-------|-----------------|------------------|
| V | 64 | 32% |
| IV | 37 | 18.5% |
| ♭VII | 7 | 3.5% |
| II | 6 | 3% |
| ♭VI | 2 | 1% |
| VI | 1 | 0.5% |
| VII | 1 | 0.5% |
| Total | 118 | 59% |

(click to enlarge)

[3.5] A clear pattern emerges from the data, with V as the most common pre-tonic cadential harmony, and IV as a strong second. I would argue, however, that the relative frequency of IV in rock cadences is somewhat understated by this list. Many of the songs with V as pre-tonic could only be considered "rock" by an extremely broad definition, such as Ray Charles's "Georgia on My Mind," Bob Dylan's "The Times They Are A-Changin'," and Hank Williams's "I'm So Lonesome." By contrast, the songs with IV as pre-tonic mostly seem to fall within a narrower definition of rock (though there are a few exceptions, such as Bob Marley's "No Woman No Cry" and James Brown's "Papa's Got a Brand New Bag"). This of course brings us to very difficult questions of stylistic boundaries. But even if one accepts the *Rolling Stone* list at face value as a sample of rock, IV emerges as one very common option for the cadential pre-tonic harmony.

[3.6] **Table 4** (like Tables 1 and 2) only categorizes harmonies by root and does not represent different chord qualities. Table 3 *does* represent such distinctions, however, and it can be seen there that in the vast majority of plagal cadences, the IV chord is major. In my analyses, only two out of the 37 plagal cadences have minor IV chords. (In a few cases, e.g. Creedence Clearwater Revival's "Fortunate Son," the IV chord is simply an open fifth; these cases are categorized as major in Table 3.) As will be seen in the examples that follow, the cadential IV in rock tends to be major even in cases where tonic harmony in the song is predominantly minor. This illustrates the well-known fact that the major-minor system of common-practice music simply does not apply to rock. One could adopt modal reasoning here, with IV-I cadences representing Ionian (or Mixolydian) mode and IV-i representing Dorian (Moore 2001). Alternatively, and preferably in my view, one could attribute the preponderance of major IV chords to the general preference for major over minor triads in rock harmony. This raises complex issues of chord "palette" (as Stephenson 2002 calls it) and scale collection in rock; I hope to address this topic in future work, but will have little more to say about it here.

[3.7] If IV and V are the most common pre-tonic cadential chords in rock, one might ask why this is so. The prevalence of V can be explained relatively easily. By all accounts, common-practice harmony was an important influence in the evolution of rock's musical language—not so much through common-practice art music as through vernacular styles such as Tin Pan Alley and country music that share the same basic principles (Middleton 1990, Everett 2004). Given the centrality of the V-I cadence in common-practice harmony, it is hardly surprising that this pattern was retained in rock to some extent.

[3.8] The frequency of the IV-I cadence is not so easy to explain.[6] Stephenson 2002 points out that the IV-I cadence allows 1̂ to be maintained throughout the cadence (as it is a chord-tone of both chords), which may be desirable in some way; on the other hand, the same is true of vi-I and ♭VI-I, which are extremely rare in rock cadences (see Table 4). Stephenson also suggests that root motion by ascending fifths (descending fourths) may be normative in rock (this is an aspect of what he calls "rock-standard" harmony). In our study, however, we found motion by ascending and descending fifths to be roughly equally common overall (de Clercq and Temperley 2011).

[3.9] One might trace the cadential IV to the blues. One of the two standard forms of the blues progression features IV as a cadential pre-tonic harmony, progression (B) below:

(A) I | IV | I | | IV | | I | | V | | I | |
(B) I | IV | I | | IV | | I | | V | IV | I | |

Several of the early, blues-based rock songs in the *Rolling Stone* list feature progression (B), such as Little Richard's "Long Tall Sally" and Big Joe Turner's "Shake, Rattle and Roll." Everett 2004 suggests that the final IV in the blues progression emerged as an interpolation between V and I, creating a "softened" authentic cadence; Doll 2007 applies this view to later rock, advocating a similar analysis of the ♭VII-IV-I progression (with the ♭VII functioning as dominant). In general, I would suggest, it is not plausible to view the cadential IV in rock as an interpolation. Our data show that IV is the most common pre-tonic chord in rock in general, and it is commonly approached by a variety of other chords: not just V and ♭VII, but II, ♭III, ♭VI, and others as well (see Table 2). However, it may be that the cadential IV *initially* arose as an interpolation, in the blues progression and related contexts, and later began to function more independently.

[3.10] For now, we will not inquire further as to the historical reasons for the emergence of the IV-I cadence in rock, but merely take note of it as an important feature of the style. We now consider a specific usage of the cadential IV that is of particular interest.

### 4. The Plagal Stop Cadence

[4.1] **Example 4** shows the first chorus of "Barracuda," by Heart. The song clearly

**Example 4**. Heart, "Barracuda"

EXHIBIT 11
PAGE 378

establishes a tonal center of E. Notice several features at the end of the VCU. In measure 35, the bass and guitar play an A harmony (just an open fifth): IV in relation to E. The IV chord is then sounded staccato on the downbeat of measure 36, leaving the rest of the measure essentially empty. The vocal line continues through this empty measure, finally ending its phrase at the beginning of the following measure. At this downbeat, the other instruments enter on a I chord, ending the first VCU. Given the coincidence of the end of the vocal line and the final I, this is clearly a sectional cadence by the definition proposed earlier. At the same time, the I chord is also understood as beginning the second VCU (the material here is from the introduction to the song); thus there is a sectional overlap between the first VCU and the second (marked by brackets above the score).



(click to enlarge)

**Example 5.** The essential features of the plagal stop cadence

(click to enlarge)

[4.2] The complex of features just described in "Barracuda" will be referred to here as the *plagal stop cadence*. To define this somewhat more formally:

Definition. A *plagal stop cadence* has the following features:

In the instruments,

1. a harmonic arrival on IV on a downbeat, followed by rests or a break in the accompaniment texture (I will refer to this as a "stop");
2. a move to I on a subsequent downbeat (often the next downbeat, but not always), coinciding with the beginning of the next VCU;

In the vocals, a melodic line that continues through the "stop" with the phrase finishing on or near the move to I.

These features are illustrated in **Example 5**.

[4.3] **Table 5** gives a list of songs in which the plagal stop cadence occurs. Of course, as noted earlier, only some rock songs contain any sectional cadence; only some of these cadences are plagal; and only a fraction of these plagal cadences are plagal stop cadences. Even so, I believe this cadence is common enough to be worthy of study. No doubt, it is common because it is a highly effective way of conveying sectional closure —"Barracuda" is a case in point. But then the question arises, *why* is it so effective? With regard to the harmonic aspect of the cadence, the effectiveness of the IV-I progression may simply be due to its widespread use in rock cadences generally (discussed in the previous section) and its resulting closural associations. (Again, the more general question of why IV should be so commonly used in rock cadences is not easily answered.) But the rhythmic and textural aspects of the plagal stop cadence also deserve attention; I will argue that they contribute to the closural effect of the cadence in a complex and subtle way.

[4.4] Let us first consider the function of the accompanying instruments. A downbeat IV chord is followed by rests, or by a "break in the accompaniment texture." The latter may simply involve the decay of the downbeat IV chord; in some cases there may be some "fill" activity in the drums or other instruments. But in all cases, there is a sense that the usual accompaniment pattern of the song has been momentarily interrupted. It is well-known that a rest or break in texture can serve as a cue to a phrasal or sectional boundary. In a two-part

**Table 5.** Songs with plagal stop cadences

| Title | Artist | Year |
|---|---|---|
| Love Me Do | Beatles | 1962 |
| The Last Time | Rolling Stones | 1965 |
| Back in the USSR | Beatles | 1968 |
| The Weight | The Band | 1968 |
| You Can't Always Get What You Want | Rolling Stones | 1969 |
| Bargain | The Who | 1971 |
| Won't Get Fooled Again | The Who | 1971 |
| Rock and Roll | Led Zeppelin | 1971 |
| Rikki Don't Lose That Number | Steely Dan | 1974 |
| Golden Years | David Bowie | 1976 |
| Magic Man | Heart | 1976 |
| Barracuda | Heart | 1977 |
| Everybody Wants You | Billy Squier | 1982 |
| Faithfully | Journey | 1983 |
| I Want a New Drug | Huey Lewis & News | 1984 |
| (Don't Go Back to) Rockville | R.E.M. | 1984 |
| When I Come Around | Green Day | 1994 |
| High and Dry | Radiohead | 1995 |
| Name | Goo Goo Dolls | 1995 |
| Redemption Day | Sheryl Crowe | 1996 |
| How's it Gonna Be | Third Eye Blind | 1997 |
| Blue on Black | Kenny Wayne Shepherd | 1997 |
| She's So High | Tal Bachman | 1999 |
| My Stupid Mouth | John Mayer | 2001 |
| One Hundred Years | Five for Fighting | 2004 |
| Home | Daughtry | 2006 |

(click to enlarge)

EXHIBIT 11
PAGE 379

form such as a Baroque suite movement or sonata form movement, the cadence at the end of the first half is generally marked by a long chord or rest, separating it from the second half. Notice also that, in "Barracuda" as in a number of other songs in Table 5, the measure of the staccato IV chord (measure 36) is the fourth measure of a hypermeasure. (It seems clear that a hypermeasure begins in measure 29—at the beginning of the chorus—and another one in measure 33.) This, too, is appropriate, for it is common for phrases and sections to end at the end of a hypermeasure (though as noted earlier, it is also common for them not to do so). Now, it would seem odd to claim that the staccato IV chord marks the end of the VCU; rather, the end of the VCU is surely the following I, which achieves tonal closure and also supports the end of the vocal line. So the stop actually occurs just *before* the end of the VCU, rather than between one VCU and the next. But we could argue, perhaps, that the stop still acts as a cue that a sectional boundary is occurring somewhere in the vicinity.

[4.5] If we accept that the VCU really ends with the I chord immediately following the stop, this creates a sectional overlap, as the following VCU clearly begins at this point as well. This overlap is reinforced by the vocal line, which, as I observed earlier, continues through the stop to conclude its phrase at the arrival on I. In a way, this overlap might be seen to obscure the sectional boundary between one VCU and the next. But in another way it reinforces the sense of closure and arrival here, because it places the real end of the section—the end of the vocal line as well as the harmonic return to I—on a hypermetrical downbeat. A number of authors, especially Schachter, have argued that the placement of a cadential arrival at a metrically strong position can give it extra weight (Schachter 1980); this is often found in the structural cadence of a sonata exposition, for example. In this way, I would argue, the rhythmic-textural pattern seen in the plagal stop cadence gives multiple, and perhaps conflicting, cues to closure. The stop after the IV chord—usually at the end of a four-measure hypermeasure—hints at a sectional ending, since this is a common position hypermetrically for sectional boundaries to occur. At the same time (or rather, a moment later), the sectional overlap created by the vocal line and the harmony conveys closure in another way, by aligning the cadential arrival with a hypermetrical downbeat.

[4.6] Essential to the plagal stop cadence are three features: a IV-I progression; a sectional overlap, with the end of the vocal line coinciding with the arrival on I and the beginning of the next section; and a stop in the instruments just before the I. The cadences in the songs in Table 5 possess all three of these features.[7] The features can also appear individually, however; many cadences reflect just one or two of the three. For example, the cadence in Survivor's "Eye of the Tiger" (**Example 6**) is very similar to a plagal stop cadence but

**Example 6.** Survivor, "Eye of the Tiger"



(click to enlarge)

using ♭VI rather than IV as the penultimate harmony; this more general pattern—with all the features of the plagal stop cadence except the IV—might simply be called a *stop cadence*. A number of other songs feature what is essentially a plagal stop cadence, but without the "stop": the accompaniment continues through the IV chord without interruption. Elton John's "Bennie and the Jets," John Mellencamp's "Little Pink Houses," and Counting Crows' "Einstein on the Beach" are examples of this. Still other cases feature a plagal stop in the instruments, but the vocal line continues only part way into the stop without overlapping into the next section; examples include Billy Squier's "Everybody Wants You," Elvis Costello's "Chelsea," EMF's "Unbelievable," and Alanis Morrisette's "You Oughta Know." (One might say this last pattern differs rather fundamentally from the plagal stop cadence, since arguably, in this case, there is no sectional overlap.)

[4.7] While each of the individual features of the plagal stop cadence occurs in other contexts, their use in combination is especially common—more common, I would suggest, than the frequency of the individual features would lead us to predict. For example, V-I cadences are generally at least as common as IV-I cadences—as shown earlier—but V-I stop cadences are relatively rare.[8] We might well think of the plagal stop cadence as a kind of schema (Gjerdingen 2007), as it involves a cluster of features that commonly occur together, though individual exemplars may be more or less typical. While I have tried to explain why each of the individual features of the cadence contributes to closure, there remains the question of why this particular *combination* of features is so effective. For example, why is the stop cadence pattern so often used with a IV-I progression rather than with V-I? The V-I cadence is of course ubiquitous in other kinds of music—common-practice art music as well as early 20th-century popular song, folk music, and the like. For this reason, it may be that it tends to be used in rock in ways that conform to this earlier usage: with no sectional overlap or stop, and with a hypermetrically weak tonic. The IV-I cadence, by contrast, comes with relatively little stylistic "baggage" and thus is open to more innovative rhythmic and textural treatments.

[4.8] As noted above, the plagal stop cadence generally features a downbeat IV chord on the fourth measure of a hypermeasure, leading to a I chord on the following "hyperdownbeat." This is the case in many of the songs in Table 5, such as "Back in the USSR," "When I Come Around," and "Blue on Black." In some

**Example 7.** Huey Lewis and the News, "I Want a New Drug"

EXHIBIT 11
PAGE 380

cases, however, the IV chord leads to an extension of the phrase, and along with this, an irregularity in the hypermeter. In "I Want A New Drug," shown in **Example 7**, the IV chord lands on the midpoint of the fourth measure of the hypermeasure, but is then extended. The extension of the IV harmony makes the beat on which it lands seem, in retrospect, metrically strong rather than weak, as shown by the barlines in the example; this is a case of what Rothstein 1989 calls "metrical reinterpretation." Another reinterpretation occurs 1½ measures later, the beat of the I chord, which is approached (again) as metrically



(click to enlarge)

weak, is unquestionably heard as strong when it arrives, due to the change of harmony, the change of texture, the clear formal division (i.e. the beginning of the next VCU), and the stressed syllable "you" in the vocal. The phrase extension here serves two functions: first, to add emphasis to the structurally important IV chord and the cadence as a whole; secondly, to add an element of complexity and interest to what might otherwise seem an overly square phrase structure.

[4.9] So far, I have simply spoken of "the VCU" without specifying which occurrence of the VCU is at issue. By definition, the VCU occurs at least two times in a song, often more, and in general, each occurrence is the same with regard to the features at issue here: in particular, harmony, melody, and texture do not usually vary significantly from one occurrence of the VCU to the next. One thing that *does* vary is what occurs *after* the VCU. The definition of the plagal stop cadence above requires a sectional overlap, in which the end of one VCU is simultaneously the beginning of the next. Clearly, not every VCU can be followed by another VCU; otherwise the song would never end! Thus this aspect of the definition applies primarily to the boundary between the first and second VCUs. The second VCU may be followed by a third VCU (perhaps with an instrumental solo taking the place of the third verse, as in "The Last Time"); more often, however, the second VCU is followed by contrasting material, such as a bridge (as in "Won't Get Fooled Again" or "Back in the USSR"). But even in this case, this third section often begins with material from the introduction—generally, the basic chord progression or "riff" of the song—so that what follows the second VCU is virtually identical to what follows the first one; this is often the case with the third VCU (if there is one) as well.

### 5. The Grand Plagal Cadence

[5.1] **Example 8** shows a passage from the end of Led Zeppelin's "Whole Lotta Love." The song begins with two occurrences of the VCU, followed by an extended instrumental consisting largely of guitar sound effects and orgasmic moans without definite pitch, followed by another verse and chorus. The entire song up to this point has been extremely static harmonically, consisting entirely (except for the mostly non-harmonic instrumental section) of repetitions of the famous riff—tonic harmony, arguably elaborated

**Example 8**. Led Zeppelin, "Whole Lotta Love"




(click to enlarge)

by brief V and ♭VII chords. At the end of the third chorus, the tempo is suspended and the passage in Example 8 follows: a vocal phrase, then a brief I chord and a much longer IV, then another vocal phrase—just a very elongated "love"—leading into the return of tonic harmony and the riff, which repeats into the final fadeout.

[5.2] It seems reasonable to regard the IV-I progression in Example 8 as forming a large-scale cadence. Certainly it provides a sense of closure and finality. It is not a sectional cadence (by the definition proposed earlier): It occurs only once in the song, not at the end of each VCU. I will call such a cadence a *grand cadence*—not only because of its large-scale structural importance (clearly acting as the main cadence for the entire song) but because it tends to have a grandiose and momentous effect. I define a grand cadence simply as a harmonic gesture that occurs only once in a song, near the end,

**Table 6**. Songs with grand plagal cadences

| Title | Artist | Year |
|---|---|---|
| Somebody to Love | Jefferson Airplane | 1967 |
| Get Back | Beatles | 1969 |
| Whole Lotta Love | Led Zeppelin | 1969 |
| Stairway to Heaven | Led Zeppelin | 1971 |
| Long Train Runnin' | Doobie Brothers | 1973 |
| Say You Love Me | Fleetwood Mac | 1975 |
| Back in Black | AC/DC | 1980 |

(click to enlarge)

and has a cadential impact; in most cases (though not all), the pre-tonic harmony is accompanied by a fermata. Grand cadences are quite rare; normally, a song ends with material that has been heard earlier, such as a repetition of the chorus (with or without a fadeout), and there is rarely a fermata. (Perhaps the effect of grand cadences is partly due to their rarity.) What is interesting is

EXHIBIT 11
PAGE 381

that, in virtually every grand cadence that I have found, the harmony preceding the I is IV. **Table 6** provides a list of songs containing grand cadences; the pre-tonic harmony is IV in every case. Somehow, for reasons that are not obvious, IV functions especially well in grand cadences. This is evident not only from the statistical frequency of IV in grand cadences, but from its effect. I invite the reader to consider what the effect would be if another harmony were substituted for IV in "Whole Lotta Love." V seems lame (like a gratuitous and inappropriate reference to common-practice harmony), ♭III, ii, vi, and other more remote alternatives are just weird; ♭VI and ♭VII are not impossible; but IV seems by far the most satisfactory alternative.

[5.3] In each of songs in Table 6, we find a IV-I cadence that only occurs once, near the end of the song.[9] In all cases, the IV is emphasized and expanded; in all but two cases it coincides with a fermata (the exceptions are "Say You Love Me" and "Somebody to Love"). In "Back in Black" and "Somebody to Love," as in "Whole Lotta Love," the IV follows the final chorus and the following I begins a fadeout or coda. In "Get Back," "Long Train Runnin'," and "Say You Love Me," the cadence is really at the end of the final chorus; in each case, in fact, the IV substitutes for the final I (an interesting phenomenon to which I will return) and then moves directly to I.

[5.4] "Stairway to Heaven" offers a unique and interesting grand cadence (**Example 9**). In keeping with our definition, this cadence occurs only once, near the end of the song; as is typical, it occurs over a fermata (at least, it begins over a fermata). As usual, the IV chord is major; as noted earlier, this is true of the vast majority of plagal cadences in rock, even when the surrounding tonic harmonies are predominantly minor, as in this case.

**Example 9.** Led Zeppelin, "Stairway to Heaven"



(click to enlarge)

The IV of the cadence is, however, prolonged to a much greater extent than in the other cases in Table 6, lasting some 23 seconds; and it is elaborated by other harmonies, notably two prominent ♭III chords, the second of which leads to ♭VII⁶ and then to i. The cadence is somewhat atypical, also, in that there is a substantial section of new material following it (though harmonically it never moves far from tonic, simply repeating a i-(♭VII)-♭VI progression). But the expansive character of both the cadence itself and the section that follows seems appropriate given the large scale of the song as a whole. This remarkable IV chord will be discussed further below.

## 6. The Deceptive IV

[6.1] **Example 10** shows the end of the VCU of "Wasted on the Way," by Crosby, Stills, & Nash. The harmony supporting the final syllable "-way"—at least, the *beginning* of this syllable—is not I, but IV. (The syllable is syncopated, but is understood to coincide with the IV.) Thus, this is arguably not a sectional cadence by the definition proposed earlier. However, a I chord immediately follows, and the final syllable is extended over the tonic harmony (with the pitches shifting appropriately).

**Example 10.** Crosby, Stills, & Nash, "Wasted on the Way"



(click to enlarge)

Moreover, and more importantly for the current argument, it could be argued that the *expected* chord at the point where the final syllable arrives (where the IV occurs) is I. The chord preceding the IV in "Wasted on the Way" is V; from Table 2, it can be seen that V moves much more commonly to I than to IV, and V-I cadences are very common in rock, as we have seen. The IV-V progression preceding the IV has occurred several times previously in the VCU, usually leading to I (and never to IV). It could be argued, then, that the IV is a substitute for an expected I chord: we will call this a *deceptive* IV. The following I chord leads to a clear sectional boundary, completing the VCU. Thus, while the final syllable does not literally coincide with the final move to I, it falls where this move is expected, and the final I follows shortly thereafter; this allows a strong sense of sectional closure to be achieved.[10]

[6.2] The situation illustrated by Example 10 has something in common with the V-vi deceptive cadence in common-practice music. In both cases, an expectation for I is created and then denied as another chord takes its place. Like vi, IV contains the tonic scale-degree, and thus can naturally support a melodic move to 1̂.[11] (This possibility is not really exploited in "Wasted on the Way"—except arguably by the lowest of the three vocal parts—but is clearly seen in other examples discussed below.) The common-practice deceptive cadence is normally followed by a true cadence moving to I; this is sometimes seen in rock as well, as shown in Example 10 (but not always, as we will see). Like the common-practice V-vi cadence, the "deceptive" use of IV could be said to undercut the sense of closure in a way, but also heightens the sense of anticipation that a real cadence will eventually follow. One important difference between the deceptive IV of rock and the common-practice deceptive vi is thus that IV in rock can very naturally function as a pre-tonic cadential chord, moving directly to I, while the vi in common-practice music cannot function in this way; it must find its way to V (usually via an additional ii or IV chord) in order for a true cadence to occur. We will return to this point below.

EXHIBIT 11
PAGE 382

[6.3] With regard to musical expectation, Huron 2006 makes a useful distinction between *schematic* and *dynamic* expectations. Schematic expectations arise from general regularities of a style—for example, the strong tendency for V to go to I in common-practice music. Dynamic expectations arise from previous events within a piece—for example, the repeated IV-V-I progressions in "Wasted on the Way."[12] At the V chord at the end of the chorus in "Wasted on the Way", the expectation for I is both schematic and

**Example 11.** Doobie Brothers, "Long Train Runnin'" (A) End of choruses 1–4; (B) end of fifth chorus



(click to enlarge)

dynamic. Dynamic expectations may be especially strong if the deceptive IV occurs only in the *final* chorus of a song, with earlier choruses moving directly to I. (This is the case in two Beatles songs, "Think for Yourself" and "Strawberry Fields Forever.") A connection arises here with the grand plagal cadence, discussed earlier. In some cases, a grand cadence arises when the cadential I of the final VCU is replaced by a IV chord, which then moves to I. This is true, for example, in "Say You Love Me" and "Long Train Runnin'" (**Example 11**).[13] Clearly, the IV is functioning deceptively here, as preceding VCU's have created a strong dynamic expectation for I. A similar situation occurs in "Stairway to Heaven" (Example 9). In this case, the IV is not at the end of the VCU; however, the preceding material (the first measure of the example) has appeared several times earlier in the song, always leading to i, thus another i is clearly expected.

[6.4] While deceptive IV chords often occur in the context of sectional or grand plagal cadences, they may also occur elsewhere. An interesting case in point is the IV chord at the end of the chorus of Alice in Chains' "No Excuses," shown in **Example 12**. In some respects, this example is similar to Example 10. The harmony preceding the IV is ♭VII. Table 2 shows that, while ♭VII often moves to IV, it moves to I even more often; thus a schematic expectation for I is created. Moreover, the final (second) line of the chorus ("You find me sitting by myself...") is a varied repetition of the first line ("Everyday it's something..."), which *does* move to I at the point where the second line moves to IV; thus the expectation for I is dynamic as well. Like deceptive IV chords seen in previous examples, the IV in Example 12 moves directly to I. In this case, however (unlike in "Wasted on the

**Example 12.** Alice in Chains, "No Excuses"



(click to enlarge)

**Example 13.** Wallflowers, "One Headlight"



(click to enlarge)

Way"), it is really the IV that ends the VCU; the I that follows is the beginning of the second VCU, not the end of the first. (Possibly one could argue for a sectional overlap here, with the I functioning as the end of the first VCU and the beginning of the second; but since there is no overlap in the vocal line, this would seem to have little justification.) Yet another use of the deceptive IV at the end of the VCU is illustrated by the Wallflowers' "One Headlight" (**Example 13**). Here there is clearly a sectional overlap; the vocal of the first VCU ends (with the syllable "light") as the second VCU begins. The previous V chord creates an expectation for I at the point of overlap; a deceptive IV occurs instead. The IV moves to I, but the I is not a point of harmonic arrival; rather, it is simply part of the IV-I-V/vi-vi progression that repeats throughout the verse. Thus, one could hardly speak of a IV-I cadence here; rather, the first VCU ends—inconclusively—on the IV chord at the point of overlap.

[6.5] Examples 10, 12, and 13 represent three different uses of the deceptive IV. In each case, an expectation is created for I near the end of the VCU; a IV occurs instead, then moving directly to I. The difference between the three cases is in the alignment of the IV-I progression with the sectional boundary (see **Example 14**). In Example 10, the IV-I progression falls within the first VCU, before the sectional boundary (pattern A in Example 14); in Example 12, the boundary falls after the IV but before the I (pattern B); in Example 13, the IV both ends the first VCU and begins the second, creating an overlap (pattern C). Thus, it is only in the first of these three cases that the VCU actually ends on I; and it is only

**Example 14.** Three uses of the deceptive IV at the end of the VCU ("X" represents an unspecified harmony before the IV)



EXHIBIT 11
PAGE 383

in this case that we might (arguably) posit a sectional cadence. For that reason, Example 10 creates a sense of closure and completion; Examples 12 and 13, by contrast, feel open-ended and anticipatory.[14]

(click to enlarge)

### 7. The Tonicized Cadential IV

[7.1] Consider **Example 15**, the end of the chorus of Nazareth's "Love Hurts." The chorus ends with a clear sectional plagal cadence, IV-I in G; the IV chord is preceded by ♭VII. The progression ♭VII-IV in G also allows another possible interpretation, however: as IV-I in C. In general, as can be seen from Table 2, IV-I is the most common of all two-chord progressions in rock, so interpreting F major-C major as IV-I is a very natural

**Example 15.** Nazareth, "Love Hurts"



(click to enlarge)

possibility. I would argue, then, that IV undergoes a subtle *tonicization* here: it is momentarily reinterpreted as a local tonic, though one that is clearly subordinate to the larger tonic of G. Now, I am not claiming that ♭VII-IV is always understood as a tonicization of IV; very often, it is not. Such an interpretation usually requires some kind of special support or encouragement from the musical surface. In the case of "Love Hurts," the melisma on "ooh" seems to bind the ♭VII and the IV together into a single gesture; one feels that the ♭VII "resolves" into the IV in some way, and is thus structurally subordinate to it. As with the deceptive IV, the tonicization of a cadential IV does not weaken its cadential function, and perhaps even strengthens this function, by giving emphasis and importance to the chord.

[7.2] Tonicization of the cadential IV sometimes occurs in more complex scenarios. A case in point is seen in **Example 16**, the chorus of the Who's "Bargain." In many respects this is a highly typical plagal stop cadence, though the IV is somewhat expanded. (A four-measure hypermeasure clearly begins at the beginning of the chorus; the IV arrives in the third measure but is then prolonged for 4 measures.) One could well argue, also, that the IV is functioning deceptively here: that is, we expect a I instead. It is true that every phrase of the song so far has ended in IV, so the specific context does little to create expectation for I. But still, the schematic expectation for I at the end of the VCU is strong—and the VCU *could* have ended at this point, as shown in the recomposition in **Example 17**. The

**Example 16.** The Who, "Bargain"



(click to enlarge)

**Example 17.** Recomposition of the Who's "Bargain"

(click to enlarge)

preceding ♭VI-♭VII harmonies support this expectation as well; I is often approached by ♭VI-♭VII in rock, as seen in songs such as Derek and the Dominoes' "Layla" and Blue Öyster Cult's "Don't Fear the Reaper." In addition, the melody of the second full measure of the chorus, hovering between $\hat{2}$ (C) and ♭$\hat{7}$ (A♭), leads us to expect $\hat{1}$ (B♭) and (therefore) the tonic harmony that most often accompanies it.

[7.3] Thus the IV in "Bargain" is part of a plagal stop cadence, and is also functioning deceptively. There is more to be said about the function of this chord, however. Consider, once again, the harmonies leading up to the IV chord: ♭VI (G♭ major) and ♭VII (A♭ major). While this progression could certainly be interpreted within the main tonality (as ♭VI-♭VII-IV), it could also be interpreted as ♭III-IV-I in the key of IV. (This progression is also common, and occurs prominently in numerous songs, such as Jimi Hendrix's "Purple Haze" and the chorus of the Beatles' "Sergeant Pepper's Lonely Hearts Club Band.") Again, then, one could well argue for a tonicization of IV here. As noted earlier, such tonicizations generally require support from other factors besides the harmonic progression itself. In this case, that support is provided by the extraordinary expansion of IV over a four-measure span, as well as the fact that it coincides with the end of the crucial line of the chorus—the "punch line," one might say, of the entire VCU—which gives it particular emphasis and importance. It may be that the tonicization of IV is only perceived once the full extent of its expansion is appreciated; we then realize the possibility of reinterpreting the ♭VI and ♭VII chords in that tonality.

[7.4] The tonicization of IV is also found in other plagal stop cadences. We find it in several of the songs in Table 5, such as "The Last Time," "Rikki Don't Lose That Number," and "Barracuda" (Example 4); in each of these cases, the IV is preceded by ♭VII and strongly emphasized (by expansion or other means), and is thus suggested as a momentary tonic. (In "The Last Time," it could well be argued that the tonicization of IV spans the entire chorus.) Tonicized IV's are also sometimes seen in grand plagal cadences. Consider once again the IV in "Stairway to Heaven" (Example 9). Here, as noted earlier, the IV occurs where a I is expected, and thus functions deceptively; but it is also preceded by a ♭VII chord which, in retrospect, serves to

EXHIBIT 11
PAGE 384

tonicize it.

[7.5] I have suggested that IV in rock can function harmonically in three ways: (a) as a pre-tonic chord, somewhat analogous to V in common-practice music, forming a conventional IV-I gesture that reinforces the main tonality and implies closure; (b) as a deceptive resolution, substituting for I in a context where I is expected; (c) as a local tonal center, tonicized by the preceding chord or chords. All of these functions have close analogues in devices of common-practice harmony that occur at or shortly before cadences. Consider the very standard common-practice progression in **Example 18**; in this progression we see examples of a deceptive tonic substitute (the vi in measure 4), a tonicized cadential (pre-dominant) harmony (the ii-vii$^{o6}$/ii-ii in measure 5), and, most obviously, a conventional "pre-tonic" chord (the V in measure 6). In rock as in common-practice music, all of these functions help to anticipate and emphasize the impending cadence, contributing indirectly to its tonic-affirming and closural effect. The difference is that in rock, unlike in common-practice music, these three functions can all be achieved by the same chord type, and even by a single instance of the chord. In "Bargain," for example (Example 16), the cadential IV acts as a tonic substitute, a tonicized harmony, and a pre-tonic harmony all at once; the multi-faceted functional character of this chord may account, in part, for its dramatic and intense effect.

**Example 18**. A conventional common-practice progression



(click to enlarge)

[7.6] Yet one more function of the cadential IV should be mentioned, relating to the large-scale tonal structure of rock songs. In many songs, a single tonal center is asserted throughout, with no hint of departure or challenge. But it is also not uncommon to find modulations or at least tonicizations—suggestions of, or leanings toward, alternative tonal centers. These tonicizations may occur in the bridge or prechorus (if there is one), but they can also occur within the chorus, sometimes quite near the end. The tonicized cadential IV is of course a case in point; but other harmonies may be tonicized as well. Consider "I Want a New Drug," shown in Example 7; here, the progression ♭III-♭VI-♭III implies a tonicization of ♭III. (The ♭VI could be heard as IV of ♭III; this alternative analysis is shown in parentheses.) This is also seen in other songs with plagal stop cadences listed in Table 5. In Sheryl Crowe's "Redemption Day", ♭III is tonicized just before the cadence; in David Bowie's "Golden Years," the chorus features a striking move to ♭II. In each of these three cases, I would argue that the IV functions to repudiate the alternative tonal center, steering the song back towards the main tonality. To make this case convincingly would require a full-fledged theory of rock tonality. For example, in Example 7, we must explain why IV (D major) is compatible with a tonal center of A but not with a tonal center of C (the secondary tonal center that it "repudiates"). I hope to address this problem in a future article. For now, suffice it to say that the cadential IV in rock sometimes seems to serve a "reorienting" function, steering the tonality of a piece back towards the main tonal center; this is another way in which the cadential IV in rock can serve multiple tonal functions.

**8. Directions for Further Work**

[8.1] In this paper I have suggested several ways that IV is used cadentially in rock. I first introduced the idea of a sectional cadence—a cadence at the end of the verse-chorus unit. I cited a small body of statistical evidence showing that V and IV are the most common pre-tonic chords in sectional cadences. I discussed the plagal stop cadence, a common kind of sectional cadence in which the instruments come to a "stop" on the IV chord while the vocal line continues into the cadential I, overlapping into the beginning of the next VCU. I also introduced the grand plagal cadence, a highly emphasized IV-I motion near the end of a song, usually with a fermata on the IV, which seems to represent a large cadence for the entire song. I noted that cadential IV chords may function deceptively, substituting for I, and they may be tonicized by a preceding chord (usually a ♭VII, doubling as IV of IV). And I discussed cases in which a single IV chord serves several of these functions at once.

[8.2] Nothing has yet been said about the most common function of IV in common-practice music: as a *pre-dominant* harmony, leading to V. Certainly, IV often does precede V in rock; the data in Table 2 suggests that it does so more than any other harmony except I. We should be cautious, however, about applying the label "pre-dominant" in this case. To do so implicitly invokes the entire common-practice functional taxonomy of tonic, dominant, and pre-dominant; and the applicability of this system to rock is by no means obvious. While the term "harmonic function" can be construed in many ways, it is most often used to indicate the normative contexts in which chords occur in relation to other chords: dominants move to tonics and pre-dominants move to dominants.[15] Construed in this way, the application of the common-practice functional system to rock would seem to fail immediately: the data in Table 2 suggests that the most common chord to precede the tonic is IV, which is normatively a pre-dominant chord in the common-practice system. This is not to say that common-practice functional categories are completely irrelevant to rock, or to rule out the possibility of an alternative system of functional harmonic categories—a topic that I cannot explore further here. But clearly, we must be skeptical of any wholesale application of common-practice functional labels to rock harmony.

[8.3] Our focus in this paper has been on large-scale cadences—cadences that end a section as opposed to merely a phrase. Up to now we have restricted our attention to cadences ending on tonic harmony, on the grounds that these are likely to have the most

EXHIBIT 11
PAGE 385

closural impact. At this point, however, it seems appropriate to revisit the possibility of large-scale cadences on non-tonic harmonies. The obvious example from common-practice music is the half cadence; at the end of a section, a half cadence —invariably on V—provides partial, but not complete, closure, at the same time creating anticipation for a move to tonic at the beginning of the following section. There are often "half-cadential" moments in rock as well: the end of a verse or bridge is often marked by an arrival on a non-tonic harmony which closes the section and prepares a strong move to tonic in the following section (usually the chorus or—after the bridge—sometimes the verse). What harmonies are typically employed in such cadences? While my exploration of this topic has been very preliminary, it seems to me that IV rarely occurs in half-cadential contexts; V is much more commonly used. Examples of half-cadential IV chords at the end of the verse include the Beatles' "Ticket to Ride," Bob Dylan's "Like a Rolling Stone," and Boston's "Peace of Mind." Very few verses end on a IV chord that seems to serve any kind of half-cadential function. (Again, the issue of "distinctiveness" arises here. Certainly there are verses that end on IV, but usually this is simply because the entire verse is built on a repeating progression that happens to end on IV; this is the case in AC/DC's "Back in Black" and U2's "With or Without You," for example. By contrast, many IV-I sectional cadences in rock are quite distinctive, in that they are part of a progression that occurs nowhere else in the song.)

[8.4] One important cadential chord of recent popular music that has not been mentioned is what is sometimes called $V^{11}$—a IV triad over $\hat{5}$ in the bass (Stephenson 2002, Spicer 2004). (The corpus study described earlier classified this as a kind of V chord.) The $V^{11}$ is more common in other popular styles than in rock; it is a staple of the "soft rock" of the 1970s—songs such as Elton John's "Don't

**Example 19.** Billy Joel, "Just the Way You Are"



(click to enlarge)

Let the Sun Go Down on Me") and Billy Joel's "Just the Way You Are" (**Example 19**). One interesting thing about the $V^{11}$ is that its use is very strongly associated with cadences; non-cadential uses of the chord seem to be relatively rare. It is not uncommon in stop cadences: Bread's "I Want To Make it With You" and Bob Seger's "Down on Main Street" are examples. One could view the $V^{11}$ as combining features of IV and V; it has the bass note of V but contains all the notes of IV (including the tonic, thus allowing the "$\hat{1}$-$\hat{1}$" cadential approach). But the almost exclusively cadential usage of $V^{11}$ sets it apart from IV and V, both of which are very common in non-cadential situations. Much more could be said about $V^{11}$ and about cadential patterns in recent popular styles other than rock—soft rock, Motown, disco, and so on—but this topic is beyond our scope.

[8.5] My main aim in this paper has been to describe some common usages of the cadential IV in rock, and common contexts in which it occurs. On a number of occasions, I have also asked *why* the IV chord is used the way it is—why particular usages are especially common and effective. Why is IV used so often in rock cadences in general? Why is it so much more common in stop cadences and grand cadences than V is? For the most part, my answers to such questions—if any—have been tentative and not very satisfactory. Of course, the question of "why" is often a very difficult one in music theory; answers elude us for many aspects of common-practice harmony as well. But this should not deter us from asking it. Clearly rock has a harmonic logic all its own, quite different from that of common-practice harmony. The IV chord, despite its common use in cadences, is not simply a surrogate for the common-practice dominant with different notes; it is used in entirely different ways. There is much further work to be done as we seek a better understanding of rock's use of IV, and other elements of its harmonic language; I hope the current study has brought us a small step closer to this goal.[16]

Return to beginning

David Temperley
Eastman School of Music
Theory Department
26 Gibbs St.
Rochester, NY 14604
dtemperley@esm.rochester.edu

Return to beginning

## Works Cited

Bharucha, Jamshed. 1994. "Tonality and Expectation." In *Musical Perceptions*, ed. Rita Aiello, 213–39. New York: Oxford University Press.

Capuzzo, Guy. 2009. "Sectional Tonality and Sectional Centricity in Rock Music." *Music Theory Spectrum* 31: 157–74.

Covach, John. 2005. "Form in Rock Music: A Primer." In *Engaging Music*, ed. Deborah Stein, 65–76. Oxford: Oxford University Press.

Covach, John and Graeme Boone, eds. 1997. *Understanding Rock: Essays in Musical Analysis*. Oxford: Oxford University Press.

de Clercq, Trevor and David Temperley. 2011. "A Corpus Analysis of Rock Harmony." *Popular Music* 30: 47–70.

EXHIBIT 11
PAGE 386

Doll, Christopher. 2007. "Listening to Rock Harmony." PhD diss., Columbia University.

Everett, Walt. 2004. "Making Sense of Rock's Tonal Systems." *Music Theory Online* 10.

Everett, Walt, ed. 2008a. *Expression in Pop-Rock Music: Critical and Analytical Essays*, 2nd ed. London: Routledge Press.

——————. 2008b. "Pitch Down the Middle." In *Expression in Pop-Rock Music: Critical and Analytical Essays*, 2nd ed., ed. Walt Everett, 111–74. London: Routledge Press.

——————. 2009. *The Foundations of Rock*. Oxford: Oxford University Press.

"The 500 Greatest Songs of All Time." 2004. *Rolling Stone* no. 963: 65–165.

Gjerdingen, Robert. 2007. *Music in the Galant Style*. Oxford: Oxford University Press.

Harrison, Daniel. 1994. *Harmonic Function in Chromatic Music*. Chicago: University of Chicago Press.

Holm-Hudson, Kevin, ed. 2002. *Progressive Rock Reconsidered*. New York: Routledge.

Huron, David. 2006. *Sweet Anticipation*. Cambridge, MA: MIT Press.

Jackendoff, Ray. 1991. "Musical Parsing and Musical Affect." *Music Perception* 9: 199–230.

Jairazbhoy, Nazir. 1971. *Rags of North Indian Music: Their Structure and Evolution*. London: Faber and Faber.

Laitz, Steven. 2008. *The Complete Musician*. New York: Oxford University Press.

Middleton, Richard. 1990. *Studying Popular Music*. Buckingham, UK: Open University Press.

Moore, Allan. 1995. "The So-Called 'Flattened Seventh' in Rock." *Popular Music* 14: 185–201.

——————. 2001. *Rock: The Primary Text: Developing a Musicology of Rock*, 2nd ed. Aldershot, UK: Aldgate.

Narmour, Eugene. 1990. *The Analysis and Cognition of Basic Melodic Structures*. Chicago: University of Chicago Press.

Rothstein, William. 1989. *Phrase Rhythm in Tonal Music*. New York: Longman.

Schachter, Carl. 1980. "Rhythm and Linear Analysis: Durational Reduction." In *Music Forum* 5, ed. Felix Salzer and Carl Schachter, 197–232. New York: Columbia University Press.

Schoenberg, Arnold. 1978. *Theory of Harmony*. Trans. Roy Carter. Berkeley: University of California Press.

Spicer, Mark. 2004. "(Ac)cumulative Form in Pop-Rock Music." *Twentieth-Century Music* 1: 29–64.

Stephenson, Ken. 2002. *What to Listen for in Rock: A Stylistic Analysis*. New Haven: Yale University Press.

Temperley, David. 1999. "Syncopation in Rock: A Perceptual Perspective." *Popular Music* 18: 19–40.

——————. 2007. "The Melodic-Harmonic 'Divorce' in Rock." *Popular Music* 26: 323–42.

Return to beginning

---

## Footnotes

1. There are many exceptions to this rule. In some cases, the tonality of a song is ambiguous throughout; Lynyrd Skynyrd's "Sweet Home Alabama" is one well-known example (see Doll 2007 for discussion). As explored by Stephenson 2002 and Capuzzo 2009), different sections of a song may also imply different tonalities; it is not uncommon for the verse to imply one tonal center while the chorus implies another (though of course, this assumes tonal centricity within sections). But in a large majority of cases, the primary tonal center is clear and is in force through all or most of the song.
Return to text

2. While the term "verse-chorus unit" is new, the view of form presented here is largely in accord with other recent views (Stephenson 2002, Covach 2005, Everett 2008b, Everett 2009). In Everett's words, "[p]op and rock songs nearly always have both a verse and chorus" (Everett 2009, 145). Verse-chorus alternation is reflected in Stephenson's "two-part strophic" and "verse-chorus-bridge" forms, and in Covach's "verse-chorus" form. My treatment of "verse-chorus" form is perhaps more controversial. Stephenson notes that the refrain may sometimes begin the repeating section, and suggests calling the repeating section a chorus in such cases. Covach distinguishes between verse-chorus form and AABA form, and seems to place what I call verse-refrain forms in the latter category.
Return to text

3. In some songs, as noted earlier, the verse and chorus are governed by different tonal centers; in such cases I would still allow

EXHIBIT 11
PAGE 387

the possibility of a sectional cadence in relation to the tonal center of the chorus.
Return to text

4. See http://www.theory.esm.rochester.edu/rock_corpus.
Return to text

5. De Clercq and I were in agreement on 87% of songs (as to whether a cadence was present and, if so, what the pre-tonic root was), and our total counts for different pre-tonic harmonies are very similar also. I include his data in Table 3, however, because it shows that such judgments are somewhat subjective. In cases where our judgments differ, it is usually because we disagreed over what constituted the VCU, where the vocal of the VCU ended, or whether the move to I was close enough to the end of the vocal line to constitute a cadence.
Return to text

6. The plagal cadence occasionally occurs in common-practice music, but it is rare and carries solemn, religious connotations (the end of the "Hallelujah" Chorus from Handel's *Messiah* is a typical usage); it seems unlikely to have been the source of rock's plagal cadence.
Return to text

7. In the Beatles' "Back in the USSR," the I of the cadence is arguably *not* really the beginning of the second VCU; it leads to a IV-$\frac{5}{4}$IV-V "turnaround" which more plausibly marks the VCU boundary. In this case, then, the presence of a plagal stop cadence is debatable. Another borderline case is the Rolling Stones' "The Last Time"; in this case, the stop is present only in the third chorus, not in the first and second. Led Zeppelin's "Rock and Roll" is unusual in another respect: The IV-I cadence arises as the last two chords of a blues progression (this is the only song in Table 5 in which this occurs).
Return to text

8. Stop cadences without IV seem to employ a variety of pre-tonic harmonies, but none is especially common. In "Eye of the Tiger," as mentioned, the pre-tonic harmony is ♭VI; in the Beatles' "Come Together" and Bon Jovi's "Runaway," it is V; in Golden Earring's "Radar Love," it is ♭VII; in Elton John's "Philadelphia Freedom" and Aerosmith's "Jaded," it is ii.
Return to text

9. In "Get Back," a IV-I cadence occurs early in the song, but a much more expanded version of this cadence occurs after the fourth and final chorus; only in the latter case is there a fermata.
Return to text

10. A similar example is seen in the Beatles' "Let it Be." One might argue, in both of these cases, that the IV-I pattern arises contrapuntally, out of an elaborated I; imagine "Wasted on the Way" with $\hat{1}$ in the bass under the IV chord. This is, indeed, a common pattern, not so much in rock as in other styles such as gospel and country; "Amazing Grace" is sometimes harmonized in this way, for example.) While this analysis of the deceptive IV is plausible in the case of Example 10, in many other songs, it is not; in particular, I have in mind cases where a hypermetrical boundary separates the IV and the I, as seen in some examples below.
Return to text

11. Deceptive cadences with IV occasionally arise in common-practice music as well; see Schoenberg 1978 for discussion.
Return to text

12. This distinction is similar to Narmour's distinction between "intra-opus" and "extra-opus" norms (Narmour 1990). Huron 2006 actually makes a three-way distinction between dynamic, schematic and "veridical" expectations; the latter two terms are due to Bharucha 1994. Veridical expectations are those based on actual knowledge of a piece that one has heard before. Bharucha argues, however, that schematic expectations may come into play even when contradicted by veridical expectations—that is, we may in some sense be surprised by a deceptive cadence even when we know it is coming (see also Jackendoff 1991).
Return to text

13. One could perhaps regard the IV-I cadences in "Think for Yourself" and "Strawberry Fields Forever" (mentioned earlier in this paragraph) as grand cadences, since they only occur once; but to my mind, they do not have the emphasized, expanded character needed for a grand cadence.
Return to text

14. Another wonderful deceptive IV is at the end of the first chorus in ABBA's "Fernando." It merits a lengthy discussion, but it is more pop than rock and is therefore somewhat beyond our scope; I leave its exploration to the reader.
Return to text

15. On harmonic function generally, see Harrison 1994; for an application of this approach to rock, see Doll 2007. The use of functional labels in rules of harmonic progression is clearly seen in many theory textbooks, such as Laitz 2008.
Return to text

16. Thanks to Trevor de Clercq for helpful feedback on an earlier draft of this paper.

EXHIBIT 11
PAGE 388

Return to text

Return to beginning

## Copyright Statement

**Copyright © 2011 by the Society for Music Theory. All rights reserved.**

[1] Copyrights for individual items published in *Music Theory Online* (*MTO*) are held by their authors. Items appearing in *MTO* may be saved and stored in electronic or paper form, and may be shared among individuals for purposes of scholarly research or discussion, but may *not* be republished in any form, electronic or print, without prior, written permission from the author(s), and advance notification of the editors of *MTO*.

[2] Any redistributed form of items published in *MTO* must include the following information in a form appropriate to the medium in which the items are to appear:

> This item appeared in *Music Theory Online* in [VOLUME #, ISSUE #] on [DAY/MONTH/YEAR]. It was authored by [FULL NAME, EMAIL ADDRESS], with whose written permission it is reprinted here.

[3] Libraries may archive issues of *MTO* in electronic or paper form for public access so long as each issue is stored in its entirety, and no access fee is charged. Exceptions to these requirements must be approved in writing by the editors of *MTO*, who will act in accordance with the decisions of the Society for Music Theory.

This document and all portions thereof are protected by U.S. and international copyright laws. Material contained herein may be copied and/or distributed for research purposes only.

Return to beginning

Prepared by John Reef, Editorial Assistant
5,292 5,293



EXHIBIT 11
PAGE 389

# REBUTTAL VISUAL EXHIBIT I

EXHIBIT 11
PAGE 390



**MTO 19.2 Examples: McCandless, Metal as a Gradual Process**

(Note: audio, video, and other interactive examples are only available online)
http://www.mtosmt.org/issues/mto.13.19.2/mto.13.19.2.mccandless.php

**Example 1.** Dream Theater's discography by period

| Period | Album Title (Release Year) | Band Members |
|---|---|---|
| I | *When Dream and Day Unite* (1989) | Mike Portnoy, John Myung, John Petrucci, Kevin Moore, Charlie Dominici |
| II | *Images and Words* (1992) | Mike Portnoy, John Myung, John Petrucci, Kevin Moore, **James LaBrie** |
| | *Awake* (1994) | |
| III | *A Change of Seasons* (EP, 1995) | Mike Portnoy, John Myung, John Petrucci, **Derek Sherinian,** James LaBrie |
| | *Falling Into Infinity* (1997) | |
| IV | *Metropolis Pt. 2: Scenes From A Memory* (1999) | Mike Portnoy, John Myung, John Petrucci, **Jordan Rudess,** James LaBrie |
| | *Six Degrees of Inner Turbulence* (2002) | |
| | *Train of Thought* (2003) | |
| | *Octavarium* (2005) | |
| | *Systematic Chaos* (2007) | |
| | *Black Clouds and Silver Linings* (2009) | |
| V | *A Dramatic Turn Of Events* (2011) | **Mike Mangini,** John Myung, John Petrucci, Jordan Rudess, James LaBrie |

EXHIBIT 11
PAGE 391

**Example 2.** Linear additive process in Dream Theater's "The Ytse Jam," 2:46–3:46

# The Ytse Jam
## (2:46–3:46)

Dream Theater



**Example 3.** A generalized graph of the ABAC Additive Metrical Process



2 of 16

EXHIBIT 11
PAGE 392

**Example 4.** An inventory of Dream Theater's additive/subtractive processes by album

Click here to download the PDF file.

**Example 5.** ABAC Additive Metrical Process (ABAC-AMP) in Dream Theater's "Burning My Soul," 3:49–3:57



EXHIBIT 11
PAGE 393

**Example 6.** An ABAC-AMP on the two-bar level in Dream Theater's "Lifting Shadows Off a Dream," 3:33–3:56



EXHIBIT 11
PAGE 394

**Example 7.** An outline of the overall and specific form of Dream Theater's "Sacrificed Sons"

| Timestamp | Overall Form Label | Specific Form Label | Key/Centricity or [Harmonic Progression] | Meter |
|---|---|---|---|---|
| 0:01 | A | Quotation Collage | e | Underdetermined |
| 0:57 | | Introduction | e | Compound Duple (6/8) |
| 1:16 | | Verse 1 | e | 6/8 |
| 1:55 | | Transition | [C-D]→e | 6/8 |
| 2:15 | | Link 1 | e | 6/8 |
| 2:34 | A' | Verse 2-Abbreviated | e | 6/8 |
| 2:54 | | Chorus 1 | [C-D]→e | 6/8 |
| 3:33 | | Link 2-Extended | e | 6/8 |
| 4:13 5:04 5:45 | B | Interlude 1 / Keyboard Solo / Guitar Solo | e → f# e → f# e → f# | Mixed |
| 6:24 | | Unison | [Bm-C-Em-D] →e | 6/8 |
| 7:01 | | Interlude 2 | e | Simple Triple (3/4) → 6/8 |
| 7:50 | A'' | Verse 3 | e | 6/8 |
| 8:23 | | Chorus 2 | [C-D]→e | 6/8 |
| 8:56 | | Link 3-Extended | e | 6/8 |
| 9:29 | | Conclusion | e | Simple Sextuple (6/4) → 6/8 →3/4→ 6/8 |

**Example 8.** Primary riffs from "Sacrificed Sons," Interlude 1

Riff A ("disjunct"): E pedal with syncopated chromatic descent.



Riff B ("compressed"): F# Phrygian riff with chromatic passing tone and mixed meter.



EXHIBIT 11
PAGE 395

**Example 9.** The beginning of the thematic exposition section of "Sacrificed Sons," Interlude 1

# Sacrificed Sons
## (Interlude 1, 4:13–4:51)

Dream Theater



**Example 10.** Metrical liquidation during the transition between Riffs A and B of "Sacrificed Sons," Interlude 1



EXHIBIT 11
PAGE 396

Example 11. The end of the thematic exposition section of "Sacrificed Sons," Interlude 1



Example 12. The Reich-like rotation/beat-class transposition of Riff A in "Sacrificed Sons"



EXHIBIT 11
PAGE 397

**Example 13.** Multiply-directed time in the guitar/bass accompaniment to the keyboard solo in "Sacrificed Sons," Interlude 1



Sacrificed Sons (5:20–5:45)

EXHIBIT 11
PAGE 398

**Example 14.** The stylistic, textural, and temporal profile of Dream Theater's "Sacrificed Sons"



EXHIBIT 11
PAGE 399

Example 15. An outline of the overall and specific form of Dream Theater's "Constant Motion"

| Timestamp | Overall Form Label | Specific Form Label | Key/Centricity or [Harmonic Progression] | Meter |
|---|---|---|---|---|
| 0:01 | A | Introduction | E | Mixed |
| 0:40 | | Link 1 | E | Simple Quadruple (4/4) |
| 1:01 | | Verse 1 | E→b→e | 4/4 |
| 1:44 | | Transition 1 | f#→(A) | 4/4 |
| 1:54 | | Chorus 1 | F#→A→B→A | 4/4 |
| 2:15 | A' | Link 2 | E | 4/4 |
| 2:26 | | Verse 2 | E→b→e | 4/4 |
| 3:08 | | Transition 2 | f#→(A) | 4/4 |
| 3:19 | | Chorus 2 | F#→A→B→A | 4/4 |
| 3:40 | B | Interlude | f# | 4/4 |
| 4:15 | | Guitar Solo | f# | 4/4 |
| 5:11 | | Keyboard Solo | E | 4/4 |
| 5:43 | A'' | Transition 3 | f#→(A) | 4/4 |
| 5:54 | | Chorus 3—Extended | F#→A→B→A | 4/4 |
| 6:36 | | Conclusion | E | Mixed |

EXHIBIT 11
PAGE 400

**Example 16.** A Wes York–influenced representation of the rhythmic repetition pattern during the introduction of "Constant Motion," 0:01–0:40

EXHIBIT 11
PAGE 401

Example 17. The multi-level ABAC-AMP in the introduction of "Constant Motion," 0:01–0:40

EXHIBIT 11
PAGE 402

Example 18. A Wes York-influenced representation of the rhythmic repetition pattern during the conclusion of "Constant Motion," 6:36–6:55



Example 19. The continuation of the multi-leveled ABAC-AMP from the introduction during the conclusion of "Constant Motion," 6:36–6:55



13 of 16

EXHIBIT 11
PAGE 403

**Example 20.** The surface-level ABAC-AMP during the hook in the introduction to "The Count of Tuscany"

# The Count of Tuscany (1:03–2:01)

Dream Theater



EXHIBIT 11
PAGE 404

Example 21. The ABAC-AMP sounding on multiple metrical levels during the second interlude of "The Count of Tuscany"



EXHIBIT 11
PAGE 405

**Example 22.** The surface-level ABAC–AMP during the conclusion section of "The Count of Tuscany"



The Count of Tuscany (17:55–19:15)

Dream Theater

EXHIBIT 11
PAGE 406

MTO Home    Current Issue    Previous Issues    Submit    Jobs    Dissertations    About    Journals    SMT

Volume 19, Number 2, June 2013
Copyright © 2013 Society for Music Theory

# Metal as a Gradual Process: Additive Rhythmic Structures in the Music of Dream Theater

## Gregory R. McCandless

KEYWORDS: Dream Theater, heavy metal, progressive rock, progressive metal, rhythm, meter, popular music, minimalism, liquidation, ABAC-AMP

ABSTRACT: While the popular genres of progressive rock and heavy metal have received significant scholarly attention, discussions of the syncretic subgenre of progressive metal are rare. Jonathan Pieslak's 2007 article on the music of Meshuggah does much to delimit the stylistic boundaries of the subgenre, noting the importance placed by progressive metal bands and their fans on the rhythmic and metrical complexity of the music. Dream Theater, one of the most visible and commercially successful progressive metal bands, however, has received little scholarly attention to this point. The aim of this article is to describe Dream Theater's unique metrical processes, focusing on a technique that I label the ABAC Additive Metrical Process (ABAC-AMP). The temporally complex examples I analyze in this article—culled from throughout Dream Theater's decades-long career—are compared with techniques of early minimalist composers. The analysis demonstrates Dream Theater's "progressive" aesthetic, and it aids in a characterization of the band's sound as possessing a progressive rock center and a heavy metal periphery.

*Received September 2012*
                                                                    PDF text | PDF examples

---

## Introduction

[1] One of the most commercially successful heavy metal subgenres became known as "progressive metal." Durrell S. Bowman (2002) notes that Rush's song "Bastille Day" (1975) was perhaps the earliest example of this "musicianly" style,[1] although it is generally accepted that Queensrÿche's concept album *Operation: Mindcrime* (1988) is the first full-length exemplar. Despite the earlier works by these bands, however, the most commercially visible torchbearer for the style is the Long Island-based group Dream Theater.[2]

[2] Despite numerous changes in management, record label affiliation, and especially band personnel, Dream Theater has intentionally strived for, and managed to maintain, a consistent sound that has become synonymous with the progressive metal style. Former drummer and bandleader Mike Portnoy attests to the importance of stylistic consistency to the band members: "We try to have our sound and our style that we never stray from—we want to stay loyal and faithful to that" (Dream Theater 2004). Guitarist John Petrucci (quoted in Roadrunner Records 2005) describes this sound as a "mixture of '70s prog and '80s metal," and, indeed, the musical elements I perceive as being the most salient in the band's music can be directly linked to these styles and eras. Journalist Malcolm Dome's description of Dream Theater's sound in Wilson 2007 is apt: "If Metallica had grown up on Styx or Kansas, this is what they might have sounded like. It's a gathering of influences to create a genre" (70).

[3] Dream Theater's history can be broken into five periods to date, based on band personnel. In **Example 1**, each of the band's studio recordings is listed by period, with an indication of the band's lineup within each period. Changes in personnel are indicated by bold text.

[4] The most salient "progressive" aspect of Dream Theater's sound is its rhythmic and metric complexity, a trait that typifies progressive metal as a subgenre.[3] However, other prominent elements from the progressive rock style are routinely present, including: atypical rock instrumentation (such as the use of synthesizers and classical concert music instruments), extended forms (including

**Example 1**. Dream Theater's discography by period

EXHIBIT 11
PAGE 407

concept albums), flashy displays of virtuosity for every instrumentalist in the ensemble, strikingly intricate album cover art, and fantastical lyrics that express epic conflicts. Similarly, the band makes use of many of the primary markers of the heavy metal genre: distorted timbres, power chords, extended "shred guitar" techniques, dark, powerful, or transgressive imagery and lyrics, aggressive double-bass drum patterns, and the traditional metal "uniform" of long hair, black t-shirts, and "denim and leather." (4)

[5] While the interplay between the two parent styles of progressive rock and heavy metal characterizes the music of progressive metal bands in general, (5) Dream Theater's emphasis on "progressive" elements further differentiates the band from other groups within the subgenre. Dream Theater was even named the tenth best *progressive rock* band of all time and won the award for best progressive rock album (*Metropolis Pt. 2: Scenes From A Memory*) in two recent reader polls in *Rolling Stone* magazine, sharing these lists with its forbears King Crimson, Genesis, Emerson, Lake and Palmer, Yes, and Rush (Greene 2011, 2012). Thus, I conceptualize Dream Theater's sound metaphorically as possessing a structural core of progressive rock whose periphery abounds with stylistic elements of heavy metal.

| Period | Album Title (Release Year) | Band Members |
|---|---|---|
| I | *When Dream and Day Unite* (1989) | Mike Portnoy, John Myung, John Petrucci, Kevin Moore, Charlie Dominici |
| II | *Images and Words* (1992) *Awake* (1994) | Mike Portnoy, John Myung, John Petrucci, Kevin Moore, **James LaBrie** |
| III | *A Change of Seasons* (EP, 1995) *Falling Into Infinity* (1997) | Mike Portnoy, John Myung, John Petrucci, **Derek Sherinian**, James LaBrie |
| IV | *Metropolis Pt. 2: Scenes From A Memory* (1999) *Six Degrees of Inner Turbulence* (2002) *Train of Thought* (2003) *Octavarium* (2005) *Systematic Chaos* (2007) *Black Clouds and Silver Linings* (2009) | Mike Portnoy, John Myung, John Petrucci, **Jordan Rudess**, James LaBrie |
| V | *A Dramatic Turn Of Events* (2011) | **Mike Mangini**, John Myung, John Petrucci, Jordan Rudess, James LaBrie |

(click to enlarge)

[6] The analyses that follow focus on the core progressive metal trait of metrical complexity with representative excerpts taken from several of Dream Theater's studio recordings. I have chosen Dream Theater's music as the subject of analysis because it is viewed as an archetype of the progressive metal subgenre. Additionally, I believe that progressive metal music was incompletely introduced in Pieslak 2007, as this source focused on music that is in some ways not representative of the subgenre. (6) The majority of the musical characteristics analyzed here in the context of Dream Theater's music can be considered to be representative of the subgenre as a whole, with the exception of the long-range, multi-level additive processes in my analyses of "Sacrificed Sons," "Constant Motion," and "The Count of Tuscany." (7)

**Additive Process in Dream Theater's Music**

[7] An important stylistic characteristic of progressive metal is the use of systematic, long-range metrical processes. Bowman (2002, 213) describes the artifice of such patterns as "metrical constructedness," which he notes is typical of progressive hard rock and metal. (8) The most common type of long-range metrical construction in Dream Theater's music involves additive process. In this way, some of the rhythmic complexities in the band's music can be productively compared with rhythmic processes in the early minimalist music of Reich, Glass, Rzewski, and others, (9) a topic I explore briefly below and with more detail in sections [17–40].

[8] The term "additive process" may imply the primacy of motivic or thematic addition (i.e., adding "extra" notes to repeated musical segments); Dream Theater's additive patterns, however—like those of the early minimalists—typically involve augmentation and repetition to create long-range expansion. (10) Nonetheless, there are a few examples of additive process featuring thematic addition in Dream Theater's oeuvre, including the linear expansion heard during the interlude section to "The Ytse Jam" (see **Example 2**). (11)

[9] The initial unit in this example is a four-bar riff in simple quadruple meter (notated here in ↓), forming a single hypermeasure. This riff is overtly metal-influenced with heavily distorted power chords, "galloping" palm-muted rhythms reminiscent of songs by Metallica and other thrash metal bands, and emphasis on the lowered-second and lowered-fifth scale degrees, which outline the tritone-accentuating Locrian mode. (12) The restatement of the initial riff during the bombastic guitar solo (system 2) features changes in centricity and rhythm (note the absence of syncopation on the first and third downbeats). The most salient difference, however, is metrical: concurrent thematic addition and metrical expansion are heard at the end of the hypermeasure, as the fourth bar of the riff changes to quintuple meter. This addition-related metrical extension is indeed surprising, but it does nothing to suggest an additive structure. Instead, it sounds like an "extra beat" at the end of a phrase—a fairly common

**Example 2**. Linear additive process in Dream Theater's "The Ytse Jam," 2:46–3:46



(click to enlarge and listen)

example of metrical complexity in the progressive rock style. The two added beats at the end of the further-altered restatement of the initial riff during the bass solo (system 3), however, aid in the retrospective interpretation of the entire forty-measure section as a single unit guided by a slowly unfolding, linear additive process.

EXHIBIT 11
PAGE 408

[10] While there are a few examples of linear additive process in Dream Theater's catalog similar to the example from "The Ytse Jam," an interrupted linear process is more common. This interrupted process creates a non-isochronous quadruple hypermeasure, which I label as ABAC Additive Metrical Process, or ABAC-AMP. The individual labels A, B, and C in this description relate to metric cardinality: for instance, an additive ABAC pattern on the surface level—the level of the measure—might involve a bar of triple meter (e.g., $\frac{3}{4}$), a bar of quadruple meter (e.g., $\frac{4}{4}$), a restatement of the initial bar of triple meter ($\frac{3}{4}$), and a concluding bar of quintuple meter ($\frac{5}{4}$), resulting in a 3+4+3+5 profile. Thus, in an additive ABAC pattern, B is greater than A, and C is greater than both A and B.[13] In Dream Theater's music, these changes in metric cardinality rarely sound random, but rather involve direct relationships between motivic transformation and metrical expansion/contraction, creating coherence despite the lack of periodicity.[14] The ABAC metric layout typically coincides with an [abac] or, more commonly, an [aa'aa''] motivic/thematic scheme. Both [abac] and [aa'aa''] subphrase/phrase structures generally involve the gestural pattern of statement-departure-restatement-conclusion, a pattern frequently heard in rock music as well as in many other styles of popular music.[15] Thus, I conceive of the ABAC-AMP as a kind of reconciliation between linear additive process and a typical rock subphrase/phrase structure. **Example 3** provides a general outline of this idea; arrows in the example represent a quadruple conducting pattern with elongated weak beats. **Example 4** lists the ABAC-AMPs (as well as other additive or subtractive processes) in each of Dream Theater's full-length studio albums.

[11] Bowman (2002, 208) analyzes an earlier example of an ABAC-AMP in the "Prologue" section of Rush's "Cygnus X-1" from the 1977 album *A Farewell to Kings*. The ABAC-AMP in "Cygnus X-1" involves a 6+7+6+8 pattern related to systematic motivic repetition at the end of a recurring subphrase.[16] Dream Theater's ABAC-AMPs involve this type of repetition-related metrical expansion frequently, although there are also examples of patterned expansion in the band's music that are concurrent with instances of motivic addition and augmentation. The most commonly encountered ABAC-AMPs in Dream Theater's catalog, however, involve situations with multiple types of motivic transformation (e.g., the "departure" subphrase—subphrase two—features augmentation, whereas the

**Example 3.** A generalized graph of the ABAC Additive Metrical Process



(click to enlarge)

**Example 4.** An inventory of Dream Theater's additive/subtractive processes by album



(click to enlarge and see the rest)

**Example 5.** ABAC Additive Metrical Process (ABAC-AMP) in Dream Theater's "Burning My Soul," 3:49–3:57



(click to enlarge and listen)

"conclusion" subphrase—subphrase four—introduces addition). One example of this type is the link section in "Burning My Soul" from the album *Falling Into Infinity*, which connects the end of Derek Sherinian's keyboard solo to the third verse (see **Example 5**).

[12] This excerpt's initial riff statement is a simplification of previously sounding material in the accompaniment to Sherinian's solo; it involves a one-bar rhythmic unit sounding in triple meter, which is notated in $\frac{3}{4}$ in Example 5. The second measure serves as a slight departure from the initial riff, and is characterized by the addition of two sixteenth notes to the end of the bar (or perhaps the partial repetition of the two sixteenths/eighth rhythmic motive from the outset of the theme).[17] This motivic transformation accompanies metrical expansion, undercutting the quarter-note pulse stream of the tactus in a surprising way (at least upon first listen). The quarter-note stream is restored in the third bar's restatement subphrase, and continues through the conclusion in the fourth bar, which features a clearer terminal repetition and expansion to an isochronous quadruple meter ($\frac{4}{4}$). The resultant profile of the hypermeasure is that of an interrupted additive process on the surface level: the grouping eventually increases from six eighth notes (the $\frac{3}{4}$ bar) through seven eighths (the $\frac{7}{8}$ bar) to eight eighths (the $\frac{4}{4}$ bar), but with a

EXHIBIT 11
PAGE 409

return to the initial grouping in the third bar that obscures the overall linear expansion. Petrucci performs this pattern with distorted, palm-muted E power chords that combine with bassist John Myung's doubling of the rhythm with an open low E string—as well as Portnoy's loud low tom attacks and double bass drumming—to create a very "heavy" sound typical of modern heavy metal bands. This timbral "heaviness" clothes the metrically complex ABAC-AMP, resulting in an eclectic sound that is characteristic of progressive metal.

[13] Another example of an ABAC-AMP from Dream Theater's catalog that features multiple expansion-related motivic techniques comes from the beginning of the interlude in "Lifting Shadows Off a Dream" from the album *Awake* (see **Example 6**). In this section, however, the expansion is heard on the two-bar level—that of the hyperbeat in the section's eight-bar quadruple hypermeasure. The initial statement sounds as two measures of quadruple meter (4+4) and introduces the Interlude's riff in the guitar part. This riff outlines the B minor pentatonic scale (with a lone C♯ passing tone), and it features an over-the-barline syncopation that is heavily accented by both Portnoy and Myung. The second two-bar hyperbeat transposes and alters the riff to outline a fifth-mode harmonic minor scale on E that is initially decorated by a double-neighbor around E3. This departure subphrase features two altered restatements of the first bar, and includes a déjà vu-like repetition of the eighth-note/quarter-note syncopation at the end of each measure that coincides with a metrical expansion to sextuple meter (6+6). Linear metrical expansion is interrupted in the restatement subphrase; quadruple meter returns for the

**Example 6**. An ABAC-AMP on the two-bar level in Dream Theater's "Lifting Shadows Off a Dream," 3:33–3:56



(click to enlarge and listen)

fifth and sixth bars (4+4), and the initial riff is transposed to A minor pentatonic. The conclusion subphrase of the section includes yet another thematic and metrical expansion. It begins by repeating the first nine beats of the departure subphrase, transposed to begin the double neighbor around D♯ [18] The final measure of the section deviates from the internal consistency of two-bar units, as measures seven and eight expand from six to seven beats (6+7). The eighth measure also deviates from the consistent use of motivic repetition-related expansion by adding an ascent to a climactic D5 in the guitar melody. This extension of the departure—which itself is an extension of the statement—results in an overall additive profile on the hypermetric level from A (eight beats) through B (twelve beats) to C (thirteen beats). The additive process, however, is non-linear, as the return to the initial cardinality during the restatement subphrase undercuts consistent expansion (8+12+8+13). [19] Unlike "Burning My Soul" (Example 5), this section's additive metrical expansion does not undermine the tactus-level pulse stream (notated as a quarter note in Example 6). The preservation of the tactus, combined with the interlude's organic thematic nature, results in a sense of sustained continuity amid the disruptive changes in meter. [20]

[14] The previous examples represent the most common profile of the ABAC Additive Metrical Process in Dream Theater's music. I don't consider there to be an especially strong stylistic connection to minimalist music in these instances as they do not progress very far in terms of linear expansion, and their timbral, harmonic, rhythmic, and accentual characters can be easily related to the progressive rock and heavy metal traditions. Indeed, these brief, surface-level processes are more reminiscent of the rhythmic and metrical practices of Stravinsky, Bartók, and Messiaen. Additionally, the surface-level ABAC-AMP appears in the works of other progressive metal bands. [21] Though Dream Theater uses this technique pervasively in its music, setting itself apart from other groups within the subgenre, the surface-level ABAC-AMP can nonetheless be considered to be a metric phenomenon associated more generally with the progressive metal style as a whole. There are a few selections from Dream Theater's catalog, however, that possess a more strikingly minimalist quality, featuring additive processes that unfold on multiple levels of metrical structure over longer periods of time. These multi-level ABAC-AMPs can be considered to represent the "outgrowths" of the surface-level ABAC-AMP "seeds," and are characteristic of Dream Theater's music in particular.

**Progressive Rock, Progressive Metal, and Intertextuality**

[15] I shall pursue a comparison between Dream Theater's multi-level ABAC-AMPs and the additive processes in early minimalist music; the comparison is broadly relevant because of the tradition of eclectic musical borrowing in "progressive" subgenres. Progressive rock has been labeled "art rock," "symphonic rock," or "classical rock" by fans and critics, with each label communicating the significance of the influence of concert or "art" music on the genre. Holm-Hudson discusses the prominence of references to concert music—music considered to possess prestige in England and America—in progressive rock, claiming that the term "progressive rock" came to describe those bands "that aimed at incorporating some degree of *cultivated* musical influence into a rock context" (Holm-Hudson 2002, 2, italics mine). However, he importantly notes that progressive rock is not simply rock influenced by so-called classical music, but rather rock influenced by a network of styles that are often radically juxtaposed in a manner similar to postmodern music. John Sheinbaum (2002) also emphasizes the importance of polystylistic musical borrowing in the genre, claiming that "a hallmark of [progressive rock] is precisely its widespread

EXHIBIT 11
PAGE 410

Case 2:15-cv-05642-CAS-JC   Document 282-2   Filed 06/25/18   Page 162 of 224   Page ID #:2750

eclecticism" (29). Richard Middleton even cites "eclecticism" as *the* primary marker of progressive rock (Middleton 1990, 28–32). The musical emphasis on eclecticism in progressive rock is maintained in progressive metal—especially in Dream Theater's songs—and constitutes one of the most central correlations between the two styles.

[16] As Dream Theater's music is primarily influenced by progressive rock, there may exist in it an indirect influence, where concert music—along with the many other styles alluded to in the progressive rock music known by the band—can be said to shape the band's music through its predecessors.[22] Additionally, some compositions from these various styles influence the band's compositions directly, resulting in "poietic" intertextuality. Michael Klein (2005, 140) remarks that "the poietic level of semiotics concerns itself with the processes that the writer undergoes in making a text," an idea detailed in Nattiez 1990. He asserts that studies of poietic intertextuality are studies of influence that examine the texts available to an artist in his/her historical period. As Dream Theater wears its influences on its sleeve—something that has drawn criticism from fans and journalists[23]—studying poietic intertextuality in the context of its music can at times be remarkably easy. Examples of and evidence for explicit musical reference include Dream Theater's live performances of songs (cover songs) and complete albums ("cover albums," perhaps) written by other bands,[24] Mike Portnoy's tribute bands,[25] and the so-called "inspiration corner" set up by the band during studio recording sessions,[26] as well as the use of the postmodern techniques of quotation, allusion, and parody.

[17] In many instances Dream Theater's music serves as an intertext to other styles or compositions not due to the band's explicit borrowings, but rather due to listeners' associations. This is "esthesic" intertextuality, which Klein (2005, 138) describes as a process that "concerns itself with those texts that a reader brings to her reading, often without regard to the historical relationships between those texts." Esthesic intertextual connections are more readily made on the general stylistic level (as in a style allusion), as opposed to the specific opus level (or the "strategic level," as in a literal quotation).[27] The esthesic intertextual connection between Dream Theater's music and early minimalist music discussed below—a connection for which I have found no historical corroboration—is formed through the band's treatment of rhythm and meter.[28]

## "Sacrificed Sons"

[18] "Sacrificed Sons" is the penultimate track from the 2005 album *Octavarium*—the album that Petrucci claims as Dream Theater's most representative work. This track is particularly grandiose and "prog"-inspired; it lasts almost 11 minutes, includes weighty lyrics on the attacks of September 11th, 2001, and incorporates a sixteen-piece orchestra. "Minimalist" rhythmic techniques occur in the song's contrasting instrumental interlude, beginning at 4:13. The form of "Sacrificed Sons" is outlined in **Example 7**, with the large interlude section highlighted.[29]

[19] The first of the interlude's subsections is the most metrically complex. There is an exposition of two primary riffs (4:13), followed by keyboard and guitar solos atop these riffs (5:04 and 5:45). The two riffs are shown in **Example 8**.[30]

[20] The two-bar "disjunct" Riff A is initially alluded to twice during John Myung's distorted bass solo beginning at 4:13, and is repeated four more times with the full ensemble (*sans* orchestra) before a transition into the "compressed" Riff B. While the initial meter is maintained before the transition to the second riff, the accentual pattern of the drums reverses four bars after entering, moving from regular accents on odd-numbered beats to regular accents on even-numbered beats, creating a typical backbeat feel. A transcription of the beginning of the thematic exposition is provided in **Example 9**.

[21] A more jarring accentual shift occurs during the transition to Riff B, shown in measures 13–17 of Example 9. Here, Riff A continues beyond its expected four-bar hypermetrical unit, at which point it is forcibly truncated and mutated until it no longer resembles itself, leaving space for the exposition of Riff B. This combination of motivic fragmentation, metric contraction, and transitional function generates a clear

**Example 7.** An outline of the overall and specific form of Dream Theater's "Sacrificed Sons"

| Timestamp | Overall Form Label | Specific Form Label | Key/Centricity or [Harmonic Progression] | Meter |
|---|---|---|---|---|
| 0:01 | A | Quotation Collage | | Underdetermined |
| 0:57 | | Introduction | | Compound Duple (6/8) |
| 1:16 | | Verse 1 | c | 6/8 |
| 1:55 | | Transition | [C-D]→e | 6/8 |
| 2:15 | | Link 1 | c | 6/8 |
| 2:34 | A' | Verse 2-Abbreviated | c | 6/8 |
| 2:54 | | Chorus 1 | [C-D]→e | 6/8 |
| 3:33 | | Link 2-Extended | c | 6/8 |
| 4:13 | B | Interlude 1 / Keyboard Solo/ Guitar Solo | e → f# → g# | Mixed |
| 5:04 | | | | |
| 5:45 | | | | |
| 6:24 | | Unison | [Bm-C-Em-D] →e | Simple Triple (3/4) |
| 7:01 | | Interlude 2 | e | Simple Triple (3/4) → 6/4 |
| 7:50 | A'' | Verse 3 | c | 6/8 |
| 8:23 | | Chorus 2 | [C-D]→e | 6/8 |
| 8:56 | | Link 3-Extended | c | 6/8 |
| 9:29 | | Conclusion | e | Simple Sextuple (6/4) → 6/8 → 3/4→9/8 |

(click to enlarge)

**Example 8.** Primary riffs from "Sacrificed Sons," Interlude 1



(click to enlarge and listen)

EXHIBIT 11
PAGE 411

example of what I consider to be "metrical liquidation."[31] A transcription of the transition is produced in **Example 10**.

[22] The first emergence of an ABAC metrical process can be heard during the exposition of Riff B. After the initial presentation (Example 9 measures 18–19), this two-measure theme is repeated seven times, creating a subsection of eight subphrases at the end of the thematic exposition. However, the riff undergoes development immediately, with motivic and metric alterations sounding during the "tail" end of every other presentation—that is, the weak hyperbeats on the two-bar level (see **Example 11**).

[23] The first alteration (Example 11, measures 20–21) is repeated exactly in measures 24–25; a single F♯ passing tone is added to the end of the riff, creating two bars of simple quadruple meter in place of the previous mixed pattern (which I have notated as $\frac{3}{4} + \frac{3}{8}$). This procedure is heard again in measures 28–29 and 33–34.

[24] The close of the exposition (measures 26–36), however, is intensified with the addition of motivic residues from Riff A (measures 30 and 35–36).[32] The first residue addition adds a single 3/8 bar to the end of the hypermeasure (measure 30), and the second adds two bars of 3/8 (measures 35–36), creating an ABAC metrical scheme.[33] On the surface level, the metric design is not consistently additive or subtractive, as the pattern sounds as ABAC (8+7+8+11) followed by ABAC (8+7+8+14).[34] The asterisks by the Bs at the surface level in **Example 11** reference the fact that the $\frac{3}{8}$ bars are shorter than the $\frac{3}{4}$ bars labeled with As. However, on the 2-bar hypermetric level, the pattern is ABAC (15+19+15+22). The close of the exposition thus articulates an ABAC-AMP, lending a quasi-minimalist tinge to the experience of the music.

[25] Dream Theater's use of an additive metrical process is not the only reference to minimalism that can be heard during the first interlude of "Sacrificed Sons." Another example is the band's use of Reich's rotation technique during the following subsection, Jordan Rudess's keyboard solo over Riffs A and B.[35] At the beginning of this subsection, Riff A is rotated backward one eighth note, resulting in an emphasis on E3 at the beginning of the theme (see **Example 12**).[36] This backward rotation is the only instance of its type that occurs in the song; thus, Dream Theater's use of the rotation technique is but a brief, superficial parallel with minimalism. The rotation does combine with the ABAC metrical pattern, however, to create a stronger stylistic allusion.

[26] At 5:19, Rudess performs a solo over Riff B that is metrically developed to a further extent than previous iterations. Here, the ABAC pattern becomes pervasive, sounding on the one-, two-, and four-bar levels.[37] I have formatted the transcription in **Example 13** to demonstrate these three levels of additive process (shown horizontally), while at the same time clearly showing an ABAC-AMP involving the residues themselves (shown vertically). Whereas this "vertical" pattern shares the same ABAC structure as the

**Example 9.** The beginning of the thematic exposition section of "Sacrificed Sons," Interlude 1



(click to enlarge and listen)

**Example 10.** Metrical liquidation during the transition between Riffs A and B of "Sacrificed Sons," Interlude 1



(click to enlarge and listen)

**Example 11.** The end of the thematic exposition section of "Sacrificed Sons," Interlude 1



(click to enlarge and listen)

**Example 12.** The Reich-like rotation/beat-class transposition of Riff A in "Sacrificed Sons"



(click to enlarge and listen)

**Example 13.** Multiply-directed time in the guitar/bass accompaniment to the keyboard solo in "Sacrificed Sons," Interlude 1

EXHIBIT 11
PAGE 412

"horizontal" pattern, it can be interpreted as a separate process with a separate goal—specifically, the reinstatement of the "disjunct" Riff A, which materializes immediately following the excerpt. This process is differentiated from the "horizontal" one via motivic content, articulation, and especially meter, as the residues are presented in compound groupings.

[27] Overall, one can consider the simultaneous experience of the "horizontal" and "vertical" progressions within this subsection of Interlude 1 to be an example of what Kramer 1988 calls "multiply-directed time." The goals of the hypermetric downbeat and the continuation of Riff B are evaded every fourth bar as the Riff A residues interrupt and project a new, dotted quarter note tactus. These interrupting residues possess their own linearity, however, as they accumulate and progress toward the reestablishment of Riff A at 5:45. It is metaphorically similar to the experience a television viewer might have tracking the unfolding plots of two television programs by changing channels back and forth in a consistent pattern.



(click to enlarge and listen)

**Example 14.** The stylistic, textural, and temporal profile of Dream Theater's "Sacrificed Sons"



(click to enlarge)

[28] This type of scenario, in which the development of one idea is interrupted by another developing idea, is echoed at the level of form in "Sacrificed Sons," as well (see **Example 14**). There is a gradual textural and dynamic increase that accompanies the varied returns of a number of formal sections in "Sacrificed Sons," which engenders the experience of a high degree of temporal directedness for the listener. The temporally complex B section and its interludes, however, interrupt and deviate from the linear time of the large A sections. In Mark Spicer's terms (2002, 90–136), this tension between the interwoven, "accumulative" A section "build-ups" and the divergent temporality of the B section creates an overarching "cumulative form" that is both interrupted and non-linear: there is a big climactic payoff at the end of the piece (in this case, the raucous third link section), but it is not led to in a truly consistent manner.

[29] Long-range additive processes in Dream Theater's music, such as the multi-level structure during the first interlude in "Sacrificed Sons," are similar to the additive processes in early minimalist works in that they are highly salient and their "becoming" functions as the primary musical premise of a given formal unit. Nonetheless, Dream Theater's additive structures are also quite different from those of the minimalists. Dream Theater's structures are unambiguously metrical—they possess clearly articulated orienting accents that generate strong and weak beats. These beats are largely the result of the drum patterns —grooves that are related to (or complex variations of) the backbeat. The relatively long duration of the average rhythmic level undergoing expansion also aids in the perception of the band's additive processes as truly metrical. Whereas many additive minimalist works feature prime units of expansion that are difficult to hear as measures due to their brevity, Dream Theater's works usually involve the systematic expansion of larger units that are readily interpreted as being on the 1-bar, 2-bar, and 4-bar levels.[38]

[30] The metrical quality of the additive processes in turn creates an altogether different experience of temporality. Whereas minimalist additive processes are often described as "static" or "non-teleological," and are said to evoke a "vertical" sensation of time, Dream Theater's tropes of these structures—which support the perception of normative quadruple hypermeter—clearly involve goal-directedness.[39] It is therefore appropriate to consider the band's additive constructions to be primarily linear with regard to temporality, although they do elicit some of minimalism's purported "verticality."

### "Constant Motion"

[31] Another example from Dream Theater's catalog featuring a long-range, multi-level ABAC-AMP is "Constant Motion," a song released as the first single off of 2007's *Systematic Chaos* and one that I consider to be especially representative of the band's signature sound.[40] While the song is quite a departure from "Sacrificed Sons" in terms of timbre (it is almost

**Example 15.** An outline of the overall and specific form of Dream Theater's "Constant Motion"

EXHIBIT 11
PAGE 413

exclusively thrash metal-influenced), it features similar metrical complexities. The complexities are heard in the introduction and conclusion sections, which are highlighted in **Example 15**.

[32] The sixteen-bar introduction of "Constant Motion" —which sounds as four non-isochronous quadruple hypermeasures—begins with Petrucci playing the initial hypermeasure as a distorted guitar solo. This subsection is then repeated with the addition of the full ensemble. While the centricity of the entire section is E♭, there is a shift in pitch-class collection beginning in the third hypermeasure that divides the introduction into two eight-bar subsections: the first eight-bar section outlines E Locrian,[41] and the second is in B Locrian with an E pedal.[42]

[33] As the rhythm and pitch material of the introduction is relatively static, the most striking and salient aspect of this section is its metrical pattern, which is ever-changing and can be very disorienting (see **Example 16**). The first measure lasts for ten beat divisions (notated as eighth notes) and its motivic character hints at a hypothetical primary unit of non-isochronous triple meter (a 2+2+3 ⅞ grouping) that undergoes terminal repetition and metrical expansion to a non-isochronous quadruple meter with a "double upbeat" (a 2+2+3[+3] 10/8 grouping). This initial unit becomes the basis for all subsequent—and more thoroughly repetitive—metrical groupings, which combine to form an ABAC-AMP on the one- and two-bar levels (see Example 17).[43]

[34] With its clearly related motivic repetitions, this temporally complex section elicits an experience paralleling that of Philip Glass's early additive works, despite being decidedly metrical (and thus goal-directed and linear).[44] The transcription and rhythmic reduction in Example 16 illustrate the repetition(s) within each measure; the reduction is influenced by Wes York's composer-approved score and process-based analysis of Glass's "Two Pages" (York 1981, 60–80).

[35] The final measure of the introduction (measure 16), whose metrical grouping (2+2+4[+4+4]) totals sixteen eighth notes (and thus maintains the additive ABAC pattern on the one- and two-bar levels), can be heard as a conflation of the thematic material from the introduction and the simple quadruple meter of the subsequent link section. This bar thus functions as a metrical transition into the next section. Clear rhythmic groupings of four eighth notes are heard, previewing the prevalent quarter-note and half-note pulse streams in the link. This "smooth" metrical transition, however, is also "rough": it deviates from the pervasive ABAC-AMP on the four-bar level since B (measures 5–8, 49 eighth notes) is larger than C (measures 13–16, 48 eighth notes). In a way, a metrical promise—the articulation of the ABAC-AMP on every possible level of structure—has gone unfulfilled, creating what might be called a "promissory meter."[45] **Example 17** shows the near-completion of a maximally articulated ABAC-AMP; the shorter C is marked with an asterisk.

[36] The relatively straightforward and formulaic main

| Timestamp | Overall Form Label | Specific Form Label | Key/Centricity or [Harmonic Progression] | Meter |
|---|---|---|---|---|
| 0:01 | A | Introduction | E | Mixed |
| 0:40 | | Link 1 | E | Simple Quadruple (4/4) |
| 1:01 | | Verse 1 | E→b→c | 4/4 |
| 1:44 | | Transition 1 | f#→(A) | 4/4 |
| 1:54 | | Chorus 1 | F#→A→B→A | 4/4 |
| 2:15 | A' | Link 2 | E | 4/4 |
| 2:26 | | Verse 2 | E→b→c | 4/4 |
| 3:08 | | Transition 2 | f#→(A) | 4/4 |
| 3:19 | | Chorus 2 | F#→A→B→A | 4/4 |
| 3:40 | B | Interlude | f# | 4/4 |
| 4:15 | | Guitar Solo | f# | 4/4 |
| 5:11 | | Keyboard Solo | E | 4/4 |
| 5:43 | A'' | Transition 3 | f#→(A) | 4/4 |
| 5:54 | | Chorus 3—Extended | F#→A→B→A | 4/4 |
| 6:36 | | Conclusion | E | Mixed |

(click to enlarge)

Example 16. A Wes York-influenced representation of the rhythmic repetition pattern during the introduction of "Constant Motion," 0:01–0:40



(click to enlarge and listen)

Example 17. The multi-level ABAC-AMP in the introduction of "Constant Motion," 0:01–0:40

EXHIBIT 11
PAGE 414

Case 2:15-cv-05642-CAS-JC   Document 282-2   Filed 06/25/18   Page 166 of 224   Page ID #:2754

body of "Constant Motion"—this is, after all, a song that was purposely crafted to be an album's lead single —unfolds after the introduction, with an embellished verse / chorus - verse / chorus - bridge - chorus form (AA'BA'). Afterward, Dream Theater duly addresses the "promissory" meter in the eight-bar conclusion, which sounds as a full-textured restatement of the first two phrases of the introduction that replaces the final measure with a ⁹⁄₈ bar (2+2+3[+2+3+2+3[+3]]) (see **Example 18**). This conclusive measure introduces the longest internal repetition yet, and can be heard as the fulfillment of the metrical promise—a continuation of the maximally articulated ABAC-AMP that was hinted at approximately six minutes earlier (see **Example 19**).

[37] The experience of the conclusion is at once satisfying and confounding. On the one hand, the section is very fitting and rewarding, as it is conclusive with regard to both local and long-range metrical patterns. The allusion to a "correctly" completed, three-level ABAC-AMP—a metrical phenomenon that is at once logically structured and experientially mystifying—is also mimetically related to the song's title, its lyrics (it can be understood as "neat disorder," a line from the second verse), as well as the unifying concept behind the album as a whole (it sounds truly as "systematic chaos"); thus, it seems like a perfectly apt finale on many levels. On the other hand, the newly completed ABAC-AMP retroactively problematizes the majority of the song's duration. It is difficult to hear the "proper" ABA'A' song form as anything but an extended digression away from the process-oriented formal bookends. The temporal complexity of "Constant Motion" is thus twofold: (1) there are surprising rhythmic and metrical phenomena that deviate from the predominantly linear experience of time and hint at temporal verticality; and (2) a special kind of temporal non-linearity exists on the level of the overall form, as a large, locally-linear section (the "proper" song form) serves as an interruption to another (the ABAC-AMP of the introduction and conclusion).

### "The Count of Tuscany"

[38] A final set of examples demonstrating Dream Theater's consistent use of quasi-minimalist, multi-level ABAC-AMPs comes from "The Count of Tuscany," the nearly twenty-minute final track on the band's 2009 album *Black Clouds and Silver Linings*. This song is noteworthy in that it features two thematically unrelated ABAC-AMPs, something that can be said for only five of Dream Theater's compositions.[46] The first of these sounds on the surface level during the song's main instrumental hook, which is presented in the introduction and transcribed in **Example 20**.

[39] Though the hook is presented in different variations throughout the introduction (the initial, natural harmonics-laden solo iteration of the figure is particularly notable), the metric pattern remains the same. The initial statement gesture that forms the basis of the entire phrase is in compound duple meter (notated as ⁶⁄₈); the repetition- and addition-related expansions of this gesture are in compound triple (the



(click to enlarge and listen)

**Example 18**. A Wes York-influenced representation of the rhythmic repetition pattern during the conclusion of "Constant Motion," 6:36–6:55



(click to enlarge and listen)

**Example 19**. The continuation of the multi-leveled ABAC-AMP from the introduction during the conclusion of "Constant Motion," 6:36–6:55



(click to enlarge and listen)

**Example 20**. The surface-level ABAC-AMP during the hook in the introduction to "The Count of Tuscany"

EXHIBIT 11
PAGE 415

departure in the second bar, notated in $\frac{6}{8}$) and compound quadruple meters (the conclusion gesture in bar four, notated in $\frac{12}{8}$). As is typical in an ABAC-AMP on the surface level, the constant metric expansion is interrupted with a restatement of the initial idea in the third bar to create an overall 6+9+6+12 pattern. While the meter changes every measure in this section, the harmony is rather static, emphasizing an E Lydian collection. Since the following formal section begins with a conclusive move to a B centricity, the introduction and subsequent material can be heard as exhibiting large-scale plagal motion. More locally, however, there is a strong leading-tone to tonic resolution from the last beat of the introduction's final bar into the next section's downbeat that is evocative of an authentic cadence in the key of B.

[40] Several minutes later in this song, during a transitional interlude, a new ABAC-AMP unfolds, this time on three metrical levels over a period of about forty seconds (see **Example 21**).[47] This section's increased level of complexity is related to both its harmonic instability and its constantly-changing—and at times, ambiguous—tactus; the resultant metric scheme is an asymmetrical pattern of asymmetrical patterns that is very difficult to perceive. The interlude, however, creates coherence in another way: it makes the hook, whose tactus and compound beat division are preserved amid the changing meter, sound relatively accessible. The hook's triumphant return in the conclusion is thus more apt to be welcomed and understood by the listener. The conclusion begins at 17:55, and the guitar part—the same part from the third system of Example 20—is reproduced in **Example 22**. The A♯ leading tone of measure 4 moves down by step to a power chord-harmonized submediant on the downbeat of measure 5 rather than resolving to tonic as it had done immediately after the introduction. The result is a heavy metal trope of the deceptive cadence, whose surprising and dark affect is made more poignant by the fact that it occurs at the end of the last song on the final album that drummer Mike Portnoy would record with the band he founded 24 years earlier in the fall of 1985.

## Conclusion

[41] The central aim of this analytical study has been to delineate Dream Theater's musical style in terms of one of the most characteristic elements of the band's sound: metrical complexity. I have given particular attention to the salient and surprising long-range ABAC-AMPs that are present within several of Dream Theater's songs. These rhythmic phenomena sound indebted to the process-driven works of the early minimalists, creating



The Count of Tuscany (1:03–2:01)

(click to enlarge and listen)

**Example 21.** The ABAC-AMP sounding on multiple metrical levels during the second interlude of "The Count of Tuscany"



The Count of Tuscany (9:33–10:16)

(click to enlarge and listen)

**Example 22.** The surface-level ABAC-AMP during the conclusion section of "The Count of Tuscany"



The Count of Tuscany (17:55–19:15)

(click to enlarge and listen)

an esthesic intertextual connection. This connection is supported by Dream Theater's clear ties with classic-era progressive rock music, which freely and openly borrows from Western concert music practices. ABAC-AMPs also demonstrate Dream Theater's proclivity for using meter as a primary vehicle for motivic and thematic variation, a technique that is especially characteristic of progressive metal music. My hope is that this article will serve as a point of departure for the analysis of recent progressive rock and heavy metal music. There are many other active artists and bands whose work is equally deserving of scholarly attention (particularly King Crimson, whose still-expanding oeuvre is frequently touched upon but has yet to be treated with a full-length contribution). There is also much more work to be done in describing the primary musical traits of the progressive rock and heavy metal styles, and, importantly, in discussing how these traits have changed over the past three decades. More broadly, I hope that this article will provide helpful terminology for scholars interested in the analysis of rhythmic complexity in a variety of popular music genres.

EXHIBIT 11
PAGE 416

**Appendix**

Appendix: Catalog of Metrical Complexities in Dream Theater's Music

Return to beginning

Gregory R. McCandless
Full Sail University
3300 University Boulevard
Winter Park, FL 32792
dr.gregmccandless@gmail.com

Return to beginning

## Works Cited

Berry, Wallace. 1987. *Structural Functions in Music*, 2nd ed. New York: Dover Publications.

Biamonte, Nicole. 2011. "Formal Strategies of Metric Dissonance in Rock Music." Presentation given at the Society for Music Theory annual meeting, Minneapolis, MN, October 30, 2011.

Bowman, Durrell S. 2003. "Permanent Change: Rush, Musicians' Rock, and the Progressive Post-Counterculture." PhD diss., University of California–Los Angeles.

————. 2002. "'Let Them All Make Their Own Music': Individualism, Rush, and the Progressive/Hard Rock Alloy, 1976–77." In *Progressive Rock Reconsidered*, ed. Kevin Holm-Hudson, 183–218. New York: Routledge.

Cateforis, Theo. 2002. "How Alternative Turned Progressive: The Strange Case of Math Rock." In *Progressive Rock Reconsidered*, ed. Kevin Holm-Hudson, 243–60. New York: Routledge.

Cohn, Richard. 1992. "Transpositional Combination of Beat-Class Sets in Steve Reich's Phase-Shifting Music." *Perspectives of New Music* 30, no. 2: 146–77.

Cone, Edward T. 1982. "Schubert's Promissory Note: An Exercise in Musical Hermeneutics." *19th-Century Music* 5, no. 3: 233–41.

Endrinal, Christopher. 2011. "Burning Bridges: Defining the Interverse in the Music of U2." *Music Theory Online* 17, no. 3.

Everett, Walter. 2008. *The Foundations of Rock: From "Blue Suede Shoes" to "Suite: Judy Blue Eyes."* Oxford: Oxford University Press.

————. 1999. *The Beatles as Musicians: Revolver through the Anthology.* New York: Oxford University Press.

Greene, Andy. 2012. "Readers' Poll: Your Favorite Prog Rock Albums of All Time." Accessed September 18, 2012, http://www.rollingstone.com/music/pictures/readers-poll-your-favorite-prog-rock-albums-of-all-time-20120725.

————. 2011. "Readers' Poll: The Best Prog Rock Bands of All Time." Accessed March 6, 2012, http://www.rollingstone.com/music/photos/readers-poll-the-best-prog-rock-bands-of-all-time-20110720.

Hatten, Robert. 1985. "The Place of Intertextuality in Music Studies." *American Journal of Semiotics* 3, no. 4: 69–82.

Holm-Hudson, Kevin, ed. 2002. *Progressive Rock Reconsidered.* New York: Routledge.

Horlacher, Gretchen. 2001. "Bartók's 'Change of Time': Coming Unfixed." *Music Theory Online* 7, no. 1.

————. 1995. "Metric Irregularity in Les Noces: The Problem of Periodicity." *Journal of Music Theory* 39, no. 2: 285–309.

Klein, Michael L. 2005. *Intertextuality in Western Art Music.* Bloomington: Indiana University Press.

Kramer, Jonathan D. 1988. *The Time of Music: New Meanings, New Temporalities, New Listening Strategies.* New York: Schirmer Books.

London, Justin. 2004. *Hearing in Time: Psychological Aspects of Musical Meter.* New York: Oxford University Press.

Marvin, Elizabeth West. 1995. "A generalization of contour theory to diverse musical spaces: Analytic applications to the music of Dallapiccola and Stockhausen." In *Concert Music, Rock, and Jazz since 1945: Essays and Analytic Studies*, eds. Elizabeth West Marvin and Richard Hermann, 135–71. Rochester NY: University of Rochester Press.

Marvin, Elizabeth West and Paul A. Laprade. 1987. "Relating Musical Contours: Extensions of a Theory of Musical Contour." *Music Theory Spectrum* 19, no. 2: 232–63.

McCandless, Gregory R. 2010. "Rhythm and Meter in the Music of Dream Theater." PhD diss., The Florida State University.

EXHIBIT 11
PAGE 417

Middleton, Richard. 1990. *Studying Popular Music*. Milton Keynes: Open University Press.

Nattiez, Jean-Jacques. 1990. *Music and Discourse: Toward a Semiology of Music*, trans. Carolyn Abbate. Princeton: Princeton University Press.

Pieslak, Jonathan. 2007. "Re-casting Metal: Rhythm and Meter in the Music of Meshuggah." *Music Theory Spectrum* 29, no. 2: 219–45.

Polak, Rainer. 2010. "Rhythmic Feel as Meter: Non-Isochronous Beat Subdivision in Jembe Music from Mali." *Music Theory Online* 16, no. 4.

Portnoy, Mike. 2002. "Making of SDOIT Studio Visit Part II." Accessed February 11, 2009, http://www.dreamtheater.net/webisode.htm.

*Prog Archives*. 2008. "Progressive Metal." Accessed November 10, 2008, http://www.progarchives.com/subgenre.asp?style=19.

Roadrunner Records. 2009. "Dream Theater." Accessed June 6, 2013, http://www.roadrunnerrecords.com/artists/dream-theater/bio.

Roeder, John. 2004. "Rhythmic Process and Form in Bartók's 'Syncopation.'" *College Music Symposium* 44: 43–57.

———. 2003. "Beat-Class Modulation in Steve Reich's Music." *Music Theory Spectrum* 25, no. 2: 275–304.

———. 2001. "Pulse Streams and Problems of Grouping and Metrical Dissonance in Bartók's 'With Drums and Pipes.'" *Music Theory Online* 7, no. 1.

Schoenberg, Arnold. 1967. *Fundamentals of Musical Composition*, ed. Gerald Strang. London: Faber and Faber Limited.

Sheinbaum, John J. 2002. "Progressive Rock and the Inversion of Musical Values." In *Progressive Rock Reconsidered*, ed. Kevin Holm-Hudson, 21–42. New York: Routledge.

Spicer, Mark. 2002. "British Pop-Rock Music in the Post-Beatles Era: Three Analytical Studies." PhD diss., Yale University.

Tamm, Eric. 1990. *From King Crimson to Guitar Craft*. Boston: Faber and Faber.

Taylor, Robert. 2002. "Six Degrees of Inner Turbulence." Accessed November 13, 2008, http://www.allmusic.com/cg/amg.dll?p=amg&sql=10:dvfqxqu0ldje.

VanValkenburg, Aaron. 2010. "Musical Process and the Structuring of Riffs in Metallica." MM thesis, Baylor University.

Wilson, Rich. 2007. *Lifting Shadows: The Authorized Biography of Dream Theater*. 2 vols. London: Essential Works Limited.

York, Wes. 1981. "Form and Process." In *Writings on Glass*, ed. Richard Kostelanetz, 60–80. New York: Schirmer Books.

**Discography**

Dream Theater. 1989. *When Dream and Day Unite*. Mechanic Records (44259).

———. 1992. *Images and Words*. Atco Records (92148-2).

———. 1994. *Awake*. East West Records America (90126-2).

———. 1997. *Falling into Infinity*. East West Records America (62060-2).

———. 1999. *Metropolis Pt. 2: Scenes From a Memory*. East West Records America (62448-2).

———. 2002. *Six Degrees of Inner Turbulence*. Elektra (62742-2).

———. 2003. *Train of Thought*. Elektra (62891-2).

———. 2004. *Live at Budokan*. DVD video. Warner.

———. 2005. *Octavarium*. Atlantic (83793-2).

———. 2006. *Score*. DVD video. Rhino Entertainment.

———. 2007. *Systematic Chaos [Special Edition]*. Roadrunner Records (1686-179822).

———. 2009. *Black Clouds and Silver Linings [Special Edition]*. Roadrunner Records (1686-178835).

———. 2011. *A Dramatic Turn of Events*. Roadrunner Records (1686-177652).

EXHIBIT 11
PAGE 418

Return to beginning

## Footnotes

1. Bowman (2003) also describes King Crimson's three albums from 1973–74—*Larks' Tongues in Aspic, Starless and Bible Black,* and *Red*—as exhibiting prototypical musical characteristics of "progressive heavy metal" (hereafter "progressive metal"). He categorizes the style as an example of "musicianly" music, along with progressive rock (88, 171).
Return to text

2. The Internet magazine *Prog Archives* (2008) asserts that Dream Theater is the most popular band of the subgenre, and argues that it has been considered a reference in terms of style since its debut album in 1989, such that "every new progressive metal band [is] compared to them." Similarly, journalist Robert Taylor (2002) labels the band "the godfathers of progressive metal" in his review of its 2002 album *Six Degrees of Inner Turbulence.* Other notable progressive metal bands include Fates Warning, King's X, Tool, Meshuggah, and Opeth.
Return to text

3. Bowman (2003, 98) notes that for musicians and fans, rhythmic and metric complexity serve as "primary indications of [the] technique-oriented aesthetic" that is crucial to progressive rock—and, by extension, to progressive metal. Jonathan Pieslak (2007, 244) argues that "the tendency to focus on rhythmic and metric complexity is often the determining factor for qualification" in the progressive metal subgenre. Progressive metal can also be historically linked to hard rock with regard to the consistent, pervasive use of metric complexity (including but not limited to the use of asymmetrical meter). Biamonte 2011 notes that the music of Tool (a band often considered to exemplify the progressive metal style) exhibits 69% large-scale metric dissonance, whereas the music of the classic hard rock band Led Zeppelin exhibits 29% large-scale dissonance. Both of these numbers are significantly greater than the average of 7% metric dissonance exhibited by 200 of *Rolling Stone's* "Greatest Songs of All Time," though the progressive metal genre—which can be thought of as continuing the tradition of metric complexity initiated by both progressive rock and hard rock—exhibits what could be considered "extreme" levels of large-scale metric dissonance.
Return to text

4. This type of dress was particularly popular in the 1980s heavy metal scene, to the extent that the English metal band Saxon named their 1981 album *Denim and Leather.*
Return to text

5. For a more extensive enumeration of the traits of progressive metal music, see McCandless 2010, 40–67. This source specifically describes Dream Theater's style, but the traits that are listed are evident in the music of most progressive metal bands.
Return to text

6. Pieslak (2007, n18) inserts the word "math" into his description of the subgenre—dubbing it "progressive/math metal"—in order to describe the unique music of Meshuggah, a Swedish band that blends influences of heavy metal and math rock and is not overtly influenced by progressive rock bands such as King Crimson, Pink Floyd or Rush. He thus admits that a preference might be given to the label "math metal" for describing Meshuggah's music, though he claims that such distinctions are peripheral to his purposes in the article. I believe that since Dream Theater's music is clearly influenced by progressive rock bands—including the very bands mentioned by Pieslak—it serves as a clearer example of progressive metal than the music of Meshuggah.
Return to text

7. In particular, the surface-level rhythmic and metrical complexities analyzed in this article—especially those that are related to motivic transformations—are characteristic of the progressive metal style, and can be heard in the music of bands such as Tool and Meshuggah.
Return to text

8. Math metal also makes use of long-range metrical patterns; this may have influenced Pieslak's (2007) decision to create the subgenre label "progressive/math metal."
Return to text

9. For example, one can hear particular similarities between Dream Theater's additive processes and those of Glass's "Two Pages," Rzewski's "Les Moutons de Panurge" (an additive piece cited by Kramer (1988) as an example of "vertical temporality"), and, especially, Andriessen's "Hoketus."
Return to text

10. For instance, York 1981 notes Glass's dual use of the processes of addition and repetition in the patterned expansions of *Two Pages* (64).
Return to text

11. The title of this song pays homage to the band's original name, Majesty, as "ytsejam" is the retrograde of "majesty." Endrinal (2011) categorizes the types of formal sections routinely called "bridges" by performers and analysts based on the presence of texted lyrics. He labels untexted, instrumental contrasting sections "interludes" while labeling texted sections "interverses." As

EXHIBIT 11
PAGE 419

the term "interverse" has yet to reach predominance in the field, I maintain the use of the term "bridge" to describe significant contrasting sections of texted music that typically lie between choruses of popular songs. I follow Endrinal's use of the term "interlude."
Return to text

12. This riff accompanies solos by the guitar and bass that are also metal-influenced, featuring typical "shred guitar" techniques such as two-handed tapping, tremolo picking/plucking, and squealing glissandi. Additionally, the keyboard solo is fashioned like a metal guitar solo, and includes heavy doses of portamento to create shrieking guitar-like sounds. For more on the harmonic language of thrash metal, and of Metallica in particular, see VanValkenburg 2010.
Return to text

13. Another way of thinking about ABAC metrical patterns is in terms of relatively Short (S), Medium (M), and Long (L) measures, following Polak (2010), who uses S, M, L, and F (flexible) to describe rhythmic impulses in West African jembe music. There are six possibilities for any ABAC metrical pattern: SMSL, SLSM, MLMS, MSML, LMLS, and LSLM. The additive ABAC pattern that is prevalent in Dream Theater's music is represented by the first of these permutations—Short, Medium, Short, Long, or SMSL. The SMSL pattern can be also analyzed as a duration span-based CSEG, following Marvin 1995 (a source that extended the CSEG analytical techniques first introduced in Marvin and Laprade 1987 to musical domains other than pitch, including dynamics and duration). The spans in the CSEG are calculated in terms of the duration between downbeats using the greatest common rhythmic factor among all measures in the segment. This would be the quarter note in the $\frac{3}{4} + \frac{4}{4} + \frac{3}{4} + \frac{5}{4}$ pattern described above, yielding a <3435> repeated-tone CSEG that translates to <0102>. The <0102> CSEG is a member of the CSEG class rc4-3/5 along with its inversion, <2120>, which corresponds to a subtractive metrical process that has a Long-Medium-Long-Short metric pattern. McCandless 2010 provides an analysis of such a pattern in Dream Theater's song "Blind Faith" from the album *Six Degrees of Inner Turbulence*.
Return to text

14. The direct relationships between meter and motive that are so characteristic of Dream Theater's music (and of progressive metal music as a whole) are attributed by Horlacher (1995, 2001), Roeder (2001, 2004) and others to the music of Stravinsky and Bartók, in particular. While motivically-related, surface-level metrical expansions and contractions in Dream Theater's music can be heard as references to the music of these composers (see McCandless 2010, 25–29) as well as their contemporaries (such as Messiaen), the multi-level additive structures discussed in this article are more closely connected with minimalism, as they are clearly audible processes that unfold over long periods of time.
Return to text

15. My labeling of this pattern—abbreviated SDRC—follows Walter Everett's description of the related (yet more blues-derived) SRDC structure. Everett discusses SRDC structure in his analyses of 1950s and '60s pop/rock music (1999, 318, and 2008, 140–41).
Return to text

16. "Cygnus X-1" was a highly influential composition for the band (see Wilson 2007, 330), and this pattern in particular may have been influential.
Return to text

17. The lack of a salient melodic contour in this riff makes the distinction between types of motivic transformations difficult, if not altogether arbitrary. I find it less problematic to label the transformation at the end of the second bar as an addition rather than partial repetition, however, as I experience the situation as a transgression (as "going too far") in the moment, rather than as a recurrence (or being "knocked back" in musical time, such as one may experience when listening to a compact disc that is skipping).
Return to text

18. The transposed repetition is inexact, as Petrucci includes palm-muted sixteenth notes at the end of the seventh measure. Additionally, the conclusion is differentiated by a drum pattern that no longer accents the guitar syncopations and more clearly emphasizes the tactus-level quarter note pulse stream.
Return to text

19. The expansion in this excerpt is also non-linear with regard to the emerging increase in cardinality: whereas the expansion in "The Ytse Jam" and "Burning My Soul" examples proceeded incrementally by one rhythmic unit (16+17+18 and 6+7+8, respectively), this example's increases are inconsistent (8+12+13).
Return to text

20. Another interesting aspect of this example involves harmony. The root motion of falling fifths every other measure—which further reinforces the hypermetrical segmentation of the section into four units—creates a feeling of harmonic instability that echoes the section's metrical complexity and serves to create contrast between formal units sharing a D centricity. One can hear this root motion in combination with the thematic repetition in the interlude as a progressive metal trope on the falling fifths sequence of common-practice tonality. The fact that the falling fifths root motion is expressed in rising fourths is instructive, however, as the riff is essentially transposed "up a string" in pitch—with alterations—every two bars on the seven-string guitar that Petrucci used for the *Awake* album.

EXHIBIT 11
PAGE 420

Return to text

21. One example is the introduction section to the song "Pravus" from Meshuggah's 2008 album *obZen*.
Return to text

22. For example, King Crimson—a band noted as being influential to Dream Theater—explicitly cites certain concert music composers as influencing the formation of its sound. King Crimson guitarist Robert Fripp describes his band's music as an attempt to answer the question "What would Hendrix sound like playing Bartók?" (Fripp quoted in Tamm 1990, 31).
Return to text

23. In his review of Dream Theater's album *Six Degrees of Inner Turbulence* for *All Music Guide*, Robert Taylor (2002) notes that the band appears to have committed "blatant thievery" of Pantera's music in the track "The Test That Stumped Them All," and that other clear musical references can be heard on the album as well (notably to Tool in "The Great Debate" and to Peter Gabriel in "Solitary Shell"). Additionally, Wilson (2007) attests to the negative perception fans and critics share regarding Dream Theater's practice of writing music in the style of other bands, mentioning in particular the album *Systematic Chaos*: "'Forsaken'. . . was singled out by some fans and the band's detractors as being the perfect example of Dream Theater contriving their material to sound like other bands. The introduction to "Prophets of War" was also accused of having a Muse-like feel, and many of the vocals on "Constant Motion" have the air of Metallica at their finest. But it's "Forsaken"—with the gentle piano intro building to a powerfully orchestrated anthem that is strongly reminiscent of Evanescence—which has received the most stinging criticism. Jordan [Rudess] acknowledges the accusations" (335–37).
Return to text

24. Wilson notes that around the time of the *Six Degrees* tour, the band members began a tradition of hailing their influences by performing Iron Maiden's *The Number of the Beast* and *Master of Puppets* by Metallica in their entirety (Wilson 2007, 86, 275). Later in 2006, Dream Theater continued this trend by covering Deep Purple's *Made in Japan* and Pink Floyd's *Dark Side of the Moon*. Portnoy explains that the motivation behind these shows was simply to "pay tribute to some of the bands and albums that shaped us" (Portnoy quoted in Wilson 2007, 275), though the result was a continuation of the stigma of derivativeness that the band carries with it today in the eyes of many critics and listeners.
Return to text

25. Portnoy's tribute bands include Yellow Matter Custard (2003 and 2011, a tribute to The Beatles), Hammer of the Gods (2006, a tribute to Led Zeppelin), Cygnus and the Sea Monsters (2006, a tribute to Rush), and Amazing Journey (2007, a tribute to The Who). Each of the albums released by these tribute bands consists entirely of covers, and while Portnoy was the sole member of Dream Theater involved with their creation, I still believe that these referenced bands can be said to have influenced Dream Theater's music—especially since Portnoy headed the creation of the albums and makes them available through his personal website.
Return to text

26. The "inspiration corner" was a section of the rehearsal studio set up by the band members during the writing sessions for each of their studio albums involving Portnoy. In the inspiration corner, band members (primarily Portnoy) displayed albums from other artists that they envisioned influencing the direction of their compositions for the upcoming release (Wilson 2007, 237-38). Certainly, the extent to which the albums from the inspiration corner directly influenced Dream Theater's songs is difficult to discern. In some cases, the influence is solely expressed in the choice of instrumentation. For instance, Portnoy declares that the extent of the influence of Galactic Cowboys' *Space in your Face* album on Dream Theater's *Six Degrees* was limited to Myung's decision to use an eight-string bass (Portnoy 2002). In other cases, the influence of the inspiration corner albums can be heard through similarities in musical themes. For example, Portnoy cites Tool's album *Ænima* as a member of the *Six Degrees* inspiration corner (Portnoy 2002), and the main riff to the track "The Great Debate" is highly similar to Tool's "Forty-Six & 2" from *Ænima*. The influence of these selected albums can also be more pervasive and formally impactful, such as the collection of concept albums—Genesis's *The Lamb Lies Down On Broadway*, The Who's *Tommy*, and Pink Floyd's *The Wall*—that inspired Dream Theater's own concept album, *Metropolis Pt. 2: Scenes From A Memory* (Wilson 2007, 237).
Return to text

27. The terms "stylistic" and "strategic" are differentiated in Hatten 1985, 69–82.
Return to text

28. I am not the first to posit a connection between minimalist music and recent prog- and metal-inspired popular music practices. Theo Cateforis (2002) argues for an intertextual connection between the rhythmic practices of minimalism and math rock.
Return to text

29. The terms "overall form" and "specific form" in Example 7 come from Endrinal: overall form is defined as "the large-scale organization of a song, usually consisting of a small number of large sections, each of which are made up of smaller sections," whereas specific form refers to the "individual sections that ultimately compose the song's larger, overall design" (2011).
Return to text

30. The meter of Riff A is not unequivocally stated. The riff's metric ambiguity is due to both its highly syncopated melodic

EXHIBIT 11
PAGE 421

descent and its twelve-pulse span, which combines with the initial duple periodicity of the accompanying drum pattern to allow for several plausible groupings (including two groups of six beats, six groups of two beats, four groups of three beats, and three groups of four beats). This potential for reinterpretation is realized by the band throughout the song in the subsequent iterations of the riff.
Return to text

31. Metrical liquidation occurs when Schoenberg's "liquidation" of a pitch and rhythmic motive occurs simultaneously with what Wallace Berry calls a "metric contraction." Schoenberg defines liquidation as such: "Liquidation consists in gradually eliminating characteristic features, until only uncharacteristic ones remain, which no longer demand continuation. . .the purpose of liquidation is to counteract the tendency toward unlimited extension" (1967, 58). In *Structural Functions in Music*, Berry uses examples from Beethoven and Blacher to define "metric contraction" as a phenomenon involving "initiative impulses of increasing frequency" (1987, 383). One might rename Berry's "metric contraction" as a "metric crescendo" for efficiency, as the term "rhythmic crescendo" is already in use and describes a similar phenomenon. Whereas a "rhythmic crescendo" involves the incremental decrease of a rhythmic duration, a "metric crescendo" can be said to involve an incremental decrease in the duration of a perceived accent-delineated rhythmic grouping.
Return to text

32. Schoenberg describes "residues" as motivic remnants of the liquidation process (Schoenberg 1967, 58–63).
Return to text

33. I have notated the fourth hyperbeat in each hypermeasure here as two or more separate measures ($\frac{1}{4}$ + $\frac{3}{8}$, for example) because the residue bars possess definitive downbeat accents. However, they belong to, and extend, the same "hyper-upbeat" as the $\frac{1}{4}$ bars, resulting in a "1, 2, 3, 4, +" hypermetric scheme that is characteristic of progressive metal in general and of Dream Theater's music in particular.
Return to text

34. Another possible hearing casts Riff B as a 6+9 pattern (rather than an 8+7 pattern), based on the accentual profile of the accompanying keyboard part. While I hear the drum pattern as grouping the melodic instruments more readily, this alternate hearing would preserve the ABAC-AMP on both one- and two-bar levels.
Return to text

35. This "rotation" technique is most famously encountered in Steve Reich's 1972 piece "Clapping Music." The technique is also known as "beat-class transposition" and more simply, "rhythmic displacement" (see Cohn 1992 as well as Roeder 2003, 275–304). I have notated the beat-class transposition as $bT_{-1}$ to illustrate my experience of the riff being rotated "backward" one beat division; one could also show it as being rotated "forward" twenty-three divisions ($bT_{23}$). The rotation technique can also be heard at the beginning of the guitar solo, as this presentation of Riff A is repeated.
Return to text

36. This riff alternates between syncopation and strong-beat emphasis frequently, and the beat-class rotation thus does not create the kind of drastic or disorienting change of accent that one might expect from an eighth note rotation in a simple meter.
Return to text

37. Again, the ABAC-AMP does not sound on the surface level here, unless one hears Riff B as a 6+9 grouping instead of the 8+7 pattern I have notated in my transcriptions. Hence, I have added asterisks to the surface-level "B" labels in Example 13, as before in Example 11.
Return to text

38. In comparison, the initial five-pulse grouping of Philip Glass's *Two Pages* (Part I)—a piece that will be discussed further in the analysis of Dream Theater's "Constant Motion" below—lasts for about .8 seconds and sounds more like a beat undergoing expansion than a bar.
Return to text

39. Cohn (1992) rejects Kramer's idea of timelessness or "verticality" within process-derived minimalist works, as they require time to unfold. He claims that music that progresses to a state of maximum saturation (such as Reich's phasing pieces) possesses order, motion, progression, and climax—thus, it supports the perception of linear time. Nevertheless, Dream Theater's music is more clearly linear than minimalist music, as it involves progression toward goals on multiple levels (i.e., the levels of the measure, hypermeasure, formal section, etc.).
Return to text

40. The band shot an accompanying music video for "Constant Motion" that enjoyed regular rotation on MTV's *Headbanger's Ball* and was nominated for the "Best Metal Video" of 2007. Additionally, the track was made available for download for use on the popular video game *Rock Band* in 2008. Thus, unlike "Sacrificed Sons," "Constant Motion" is a song that is both stylistically representative of the band's sound *and* commercially visible outside of Dream Theater fandom.
Return to text

41. The only exceptional pitch class in the E Locrian section is B-natural, which sounds twice. The first time, it appears as part of a concluding gesture in the fourth bar composed of a compound melody outlining a power chord on F followed by another on E

EXHIBIT 11
PAGE 422

(a Phrygian-sounding cadential gesture that is common in heavy metal). The second occurrence of B-natural is in the end of the eighth bar, where it serves as an anticipation to the following subsection in B Locrian.
Return to text

42. The unwieldy designation "B Locrian with an E pedal" is used to denote the general transposition of the material from the first section down a perfect fourth (or simply down a string in pitch on the guitar and bass), though E2 remains the centric pitch. Since this pitch is created by the lowest-sounding open string in standard tuning, a true transposition "down a string" would be impossible on a six-string guitar (the instrument Petrucci uses in "Constant Motion"); thus, E2 remains the centric pitch that begins each measure in the second subsection and F2 is used as the second pitch (ostensibly to avoid repetition), though the rest of the pitch material is transposed almost exactly.
Return to text

43. Jocelyn Neal has suggested a slightly different, and completely plausible, hearing of the introduction, in which the internal motivic repetitions sound as separate measures (thus, each phrase is composed of eight measures rather than four, and the ABAC-AMP is heard on the two- and four-bar levels). In Neal's hearing, the ABAC structure simply takes place on different metrical levels.
Return to text

44. Additionally, the section's motoric rhythm (a steady stream of eighth notes) is suggestive of the minimalist style. While progressive metal music frequently involves rhythms of this nature, the fact that the eighth note is the sole rhythmic value in these sections strengthens the stylistic correlation in context.
Return to text

45. This idea refers to E.T. Cone's analysis of a "promissory note" (pitch-class $E\sharp/F\flat$) in Schubert's *Moments Musicaux* No. 6 (Cone 1982). On first listen, one is probably unable to count the exact number of beats in each measure or hypermeasure of the introduction, as it is easy to get lost in the "unanchored" experience one gets from being unable to hear consistent accents above the level of the beat division. It is still possible, however, to hear the sixteenth bar as a deviation—as somehow "too short" to support the emergent ABAC-AMP structure.
Return to text

46. The other tracks from Dream Theater's catalog that fit this description are "This Dying Soul" (*Train of Thought*), "In the Presence of Enemies Pt. 2" (*Systematic Chaos*), "Bridges in the Sky" (*A Dramatic Turn of Events*), and "Outcry" (*A Dramatic Turn of Events*).
Return to text

47. It is instructive that this example features a very fast tempo. All of the multi-level ABAC-AMPs listed in Example 4 possess similar tempi, including those from "Sacrificed Sons" and "Constant Motion." Multi-level ABAC-AMPs tend to occur at faster tempi only, as their perception requires the listener to entrain to the metric surface level and various hypermetric levels in alternation, and it is more difficult—and sometimes impossible—to do so at slower tempi. For more on the cognitive constraints of meter, see London 2004, 27–47.
Return to text

Return to beginning

## Copyright Statement

**Copyright © 2013 by the Society for Music Theory. All rights reserved.**

[1] Copyrights for individual items published in *Music Theory Online* (*MTO*) are held by their authors. Items appearing in *MTO* may be saved and stored in electronic or paper form, and may be shared among individuals for purposes of scholarly research or discussion, but may *not* be republished in any form, electronic or print, without prior, written permission from the author(s), and advance notification of the editors of *MTO*.

[2] Any redistributed form of items published in *MTO* must include the following information in a form appropriate to the medium in which the items are to appear:

> This item appeared in *Music Theory Online* in [VOLUME #, ISSUE #] on [DAY/MONTH/YEAR]. It was authored by [FULL NAME, EMAIL ADDRESS], with whose written permission it is reprinted here.

[3] Libraries may archive issues of *MTO* in electronic or paper form for public access so long as each issue is stored in its entirety, and no access fee is charged. Exceptions to these requirements must be approved in writing by the editors of *MTO*, who will act in accordance with the decisions of the Society for Music Theory.

This document and all portions thereof are protected by U.S. and international copyright laws. Material contained herein may be copied and/or distributed for research purposes only.

Return to beginning

EXHIBIT 11
PAGE 423

Case 2:15-cv-05642-CAS-JC   Document 282-2   Filed 06/25/18   Page 175 of 224   Page ID
#:2763

Prepared by Hoyt Andres, Editorial Assistant
4,293 4,294



EXHIBIT 11
PAGE 424

# REBUTTAL VISUAL EXHIBIT J

EXHIBIT 11
PAGE 425



## MTO 17.3 Examples: Osborn, Understanding Through-Composition

(Note: audio, video, and other interactive examples are only available online)
http://www.mtosmt.org/issues/mto.11.17.3/mto.11.17.3.osborn.php

**Example 1.** Formal Design of The Beatles, "Happiness is a Warm Gun" (1968)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | A (intro) | 0:01 | "She's not a girl who misses much" [Am7–6–Em] |
| | B | 0:14 | "She's well acquainted" [Dm–Am] |
| II | C (transition) | 0:44 | Guitar foreshadows "need a fix" theme; moves to 6/8 time. |
| | C′ | 0:58 | "I need a fix 'cause I'm goin' down" [A7–C–Am] |
| | D | 1:13 | "Mother Superior jump the gun." [A7–C–A7–G], alternating 9- and 10-beat groupings |
| III | E | 1:34 | "Happiness is a warm gun" [C–Am–F–G]; du wop backing vocals continue until end |
| | E′ | 1:48 | "When I hold you" (each previous chord reduced from 4 beats to 3) |
| | E″ | 2:05 | "Happiness" (4/4 restored, vocal improvising), ends on F minor (borrowed iv) |
| | E‴ | 2:22–2:44 | Lennon's PAC on C5 begins chorus-dependent outro |

**Example 2.** Four Through-Composed Types

| | One-Part Forms ($O$) | Multi-Part Forms ($G$) |
|---|---|---|
| Monothematic ($M$) | Type I: One-Part Monothematic $<O, M>$ | Type II: Multi-Part Monothematic $<G, M>$ |
| Polythematic ($P$) | Type III: One-Part Polythematic $<O, P>$ | Type IV: Multi-Part Polythematic $<G, P>$ |

EXHIBIT 11
PAGE 426

**Example 3.** Formal Design of Sleepy Eyes of Death, "Mean Time 'Till Failure" (2007)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| (∅) | A | 0:01 | Fuzzy guitars and drums, lead synth loop, synth pads on two-chord theme [F–Am] |
| | A´ | 0:36 | Guitar lead changes direction upward over second chord |
| | A´´ | 1:07 | Vocoders added to [F–Am] theme |
| | A´´´ | 2:12 | Drums and fuzzy guitar exit, only lead synth and two-chord pads left |
| | A´´´´ | 2:50–4:21 | Lead synth faded out gradually, only two-chord pad left with soft lead |

**Example 4.** Two-chord Thematic Idea in Sleepy Eyes of Death, "Mean Time 'Till Failure" (2007, 0:01)



**Example 5.** Rhythm Section Groove in Sleepy Eyes of Death, "Mean Time 'Till Failure" (2007, 0:01–0:36)



EXHIBIT 11
PAGE 427

**Example 6.** Formal Design of Animal Collective, "Banshee Beat" (2005)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| (Ø) | A | 0:01 | Single chord [E/B] |
| | | 0:17 | Voice enters |
| | | 1:51 | Two-note percussion faded in |
| | A' | 2:25 | Second chord added [A/C♯–E/B] |
| | | 2:59 | 3+3+2 matures |
| | | 4:00 | Voice two makes animal noises in background |
| | A'' | 4:27 | "Howling" climax begins |
| | | 5:30 | Lead vocal abandons text, joins second vocal in barking noises |
| | A | 6:53 | Reversion to single chord |
| | | 7:42–8:22 | Chords and rhythm begin to fade out, leaving only "tinkering" noises |

**Example 7.** Structural Crescendo in Animal Collective, "Banshee Beat" (2005)



**Example 8.** Glitching in The Books, "Tokyo" (2003, 1:26)



EXHIBIT 11
PAGE 428

**Example 9.** Formal Design of Mew, "Chinaberry Tree" (2005)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | Intro | 0:01 | Bass and drums 4/4 groove established |
| | A | 0:04 | Voice enters [Em–Am–F–C–Em] |
| | A´ | 0:28 | [F-C] truncated progression, repeated lyric |
| | Transition | 0:48 | Moves to 3/4 |
| II | Intro | 0:59 | New 9-beat bass and drums groove |
| | B | 1:04 | Voice returns [Em–Am–F–C–Em] |
| | B´ | 1:35 | Higher vocal tessitura, [F–C] progression |
| | B´´ | 1:45 | More metrical dissonance, PAC at end |
| III | C | 2:05 | [C–Em–Dm–F] x2 |
| | Outro | 2:37–3:33 | Sustained low C, shifting upper partials |

**Example 10a.** Representative Grooves and Melodies of Groups I and II in Mew, "Chinaberry Tree" (2005)
A Section Melody, 0:04



EXHIBIT 11
PAGE 429

**Example 10b.** Representative Grooves and Melodies of Groups I and II in Mew, "Chinaberry Tree" (2005)
B Section Melody, 1:04



EXHIBIT 11
PAGE 430

**Example 11.** Formal Design of Sleepy Eyes of Death, "Pierce the Air" (2009)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | intro | 0:01 | "THX" intro |
| | A | 0:09 | Introduces "paradiddle" synth |
| | | 0:27 | Noise synths creep in, pitchbending at 0:42 |
| | A' | 0:52 | "Whole-note" synth pads enters |
| | A" | 1:14 | "Minor 6th" synth in R channel |
| | | 1:46 | "Minor 6th" harmonized, guitar enters slowly |
| | | 1:58 | [4e+a1] digital hi-hat foreshadows drum arrival, guitar feedback getting louder |
| | | 2:40 | "Whole note" leaves, noise in L channel and guitar getting louder |
| II | | 3:00 | Live drums, digital hi-hat remains in L channel |
| | B | 3:22 | Modified "whole note" synth begins repeated chord progression |
| | B' | 3:43 | "Octave arp" synth, progression continues |
| | B" (climax) | 4:26 | 3 against 4 synth, rapid drum fills, washing on crash cymbals |
| | | 4:55 | Vocoders audible as pads |
| | outro | 5:08–5:37 | Drums drop out, only synths remain |

EXHIBIT 11
PAGE 431

**Example 12.** Pro Tools Screenshot of "Pierce the Air"



Group I—————————————————————————Group II———————————

**Example 13.** Formal Design of Drowningman, "Black Tie Knife Fight" (2000)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| (Ø) | A | 0:01 | Structured as one compound unit, played twice back to back |
| | Transition | 0:35 | Stop-time |
| | B | 0:44 | 4/4, 4/4, 2/4 repeated ostinato |
| | C | 0:53 | Syncopated 4/4 groove |
| | D | 1:04 | Double-time "way up high, looking down" |
| | D` | 1:24 | Half-time, "say goodbye" |
| | Transition | 1:44 | Stop-time gestures |
| | E | 1:56 | Double-kick drum flourishes |
| | Transition | 2:25 | 7/8 groove with tempo change |
| | F | 2:35 | Different double-kick syncopated flourish |
| | G | 2:46 | Vocals enter at 2:56, 4/4 quieter, only slightly dirty guitars |
| | H | 3:27 | Instrumental 4/4, ascending guitar lead |
| | Outro | 3:48–4:10 | Solo bass guitar under held chord |

EXHIBIT 11
PAGE 432

**Example 14.** A Section of Drowningman, "Black Tie Knife Fight" (2000, 0:01)

EXHIBIT 11
PAGE 433

**Example 15.** Formal Design of Dillinger Escape Plan, "Sugar Coated Sour" (1999)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| (Ø) | Intro | 0:01 | Virtuosic guitar and drums |
| | A | 0:03 | Fragmented 16th-note patterns |
| | B | 0:28 | Ascending scale patterns |
| | C | 0:40 | Quiet guitar solos leading to grand pause with ride cymbal |
| | D | 0:53 | 7/4 repeated ostinato |
| | D′ | 1:17 | 7/4 continues with rolling bass drum and solo guitar feature |
| | Transition | 1:28 | Stop time gesture introduced |
| | E | 1:39 | Stop time gestures build 5/4 groove |
| | F | 1:51 | Vocals enter over new groove |
| | Outro | 2:15–2:24 | Disintegration of groove into pulsed snare rolls |

**Example 16.** D Section of Dillinger Escape Plan, "Sugar Coated Sour" (1999, 0:53)



EXHIBIT 11
PAGE 434

**Example 17.** Formal Design of The Chariot, "Back to Back" (2007)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| (Ø) | Intro | 0:01 | Noise, then staccato 5/16 in unison |
| | A | 0:20 | 17/16 groove with vocals |
| | Transition | 0:54 | Metrical flux, staccato groove liquidated |
| | B | 0:58 | 9/16, 11/16 groove; vocals tacet |
| | C | 1:10 | 4/4 "oh my god" repeated lyric |
| | Outro | 1:26–1:33 | Only drums and vocals |

EXHIBIT 11
PAGE 435

**Example 18.** Intro and A Section of The Chariot, "Back to Back" (2007, 0:01)



EXHIBIT 11
PAGE 436

**Example 19.** Formal Design of Emery, "In a Lose, Lose Situation" (2005)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | A (intro) | 0:01 | "Don't be late," arp guitar pedal |
| | B (verse) | 0:24 | "If I could tell the truth or lie," two-chord progression, full band enters |
| | C (transition) | 0:52 | Quietly, "it's just a game we play" |
| | D (verse) | 1:04 | "If you regulate" polyphonic vocals with palm-muted guitar riff |
| | E | 1:33 | New guitar riff, "this is still my life" |
| II | F (intro) | 1:50 | Solo guitar riff |
| | G (chorus) | 2:02 | "Anyone in their right mind," full band at 2:14, polyphonic chorus |
| | H (verse, with end-refrain) | 2:38 | "Careful not to breathe in" refrain happens twice at end of lines |
| | J (build) | 3:06 | "To breathe in the air, that so proudly put to death…" |
| | K (climax) | 3:18–3:57 | "My own father's name!" |

**Example 20.** Formal Design of Hopesfall, "Dead in Magazines" (2002)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | intro | 0:01 | 5/4 Riff |
| | A | 0:09 | Dual vocals enter over riff, ends on PAC |
| | A' (verse) | 0:32 | Tempo change, 4/4 groove |
| | B (dark chorus) | 0:54 | Dark singing, stop time |
| II | C | 1:16 | [$\hat{3}$–$\hat{5}$–$\hat{4}$–$\hat{5}$–$\hat{1}$] stop time riff, call-and-response with screaming |
| | C' (bright chorus) | 1:29 | Bright singing over riff |
| | D | 1:51 | Transition, 3 vs. 4 prolonged |
| | E (verse) | 2:09 | 4/4 groove |
| III (more monthematic than polythematic) | F | 2:27 | Quiet, eighth-note claps |
| | F' | 2:40 | Beat, guitar chords |
| | F" | 2:54–3:32 | Quasi improv drums, new guitar |

EXHIBIT 11
PAGE 437

**Example 21.** Two Independent Choruses in Hopesfall, "Dead in Magazines" (2002; 0:54, 1:29)

a. Dark Chorus at 0:54



b. Bright Chorus at 1:29



**Example 22.** Formal Design of Radiohead, "2+2=5" (2003)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | Intro | 0:01 | Low D with channel switching, spoken: "That's a nice way to start, Johnny" |
| | A | 0:14 | Guitar riff [Fm–Csus4/E] establishes F minor key and 7-beat groove |
| | A´ | 0:25 | Vocals enter: "Are you such a dreamer" [Fm–Csus4/E, F7/Eb–D7–Gm–Fadd6–C/E] |
| | A´´ | 0:53 | "I lay down the tracks," Section A's two-part motivic structure now apparent |
| | B | 1:22 | "It's the Devil's way now," voice/hi-hat and guitar polyrhythm |
| II | C | 1:54 | Abrupt change to rock-steady 4/4, full band, overdriven guitars, etc. [Fm–Fm/E–Db–C, Eb–Db–C] "You have not been paying attention" |
| | D | 2:26 | Instrumental interlude (Ab/F and Bb/G dyads) establishes D groove |
| | D´ | 2:39 | Voice enters over D groove, parallel 6th dyads now Db/Bb and Ab/F, each phrase ends on G7 further establishing F minor tonality (V/V) |

EXHIBIT 11
PAGE 438

**Example 23.** Intro and A section of Radiohead, "2+2=5" (2003, 0:01)



EXHIBIT 11
PAGE 439

**Example 24.** Waveform Analysis of Radiohead, "2+2=5" (2003)



Section Group I-----------------------------------------------II-------------------------------------------

EXHIBIT 11
PAGE 440

Case 2:15-cv-05642-CAS-JC   Document 282-2   Filed 06/25/18   Page 192 of 224   Page ID #:2780

MTO Home    Current Issue    Previous Issues    Submit    Jobs    Dissertations    About    Journals    SMT

Volume 17, Number 3, October 2011
Copyright © 2011 Society for Music Theory

# Understanding Through-Composition in Post-Rock, Math-Metal, and other Post-Millennial Rock Genres[*]

## Brad Osborn

KEYWORDS: form, through-composition, rock, experimental rock, post-millennial rock, art rock, post-rock, math-metal, progressive rock, Radiohead, Animal Collective, The Beatles

ABSTRACT: Since the dawn of experimental rock's second coming in the new millennium, experimental artists have begun distancing themselves from Top-40 artists through formal structures that eschew recapitulatory verse/chorus conventions altogether. In order to understand the correlation between genre and form more thoroughly, this paper provides a taxonomic approach to through-composition in several post-millennial experimental rock genres including post-rock, math-metal, art rock, and neo-prog. Combining the presence or absence of two salient formal parameters (hierarchical grouping structure and thematic unification) generates four possible through-composed archetypes. Representative examples from the post-millennial rock corpus are provided for each archetype, and accompanying analyses identify the specific musical elements that engender such formal divisions. Included interviews suggest that this taxonomic model is congruent with the language musicians use to describe their own compositional strategies. Throughout the article, a case is made for the substantive link between specific types of through-composed forms and the genres in which those forms regularly appear, as well as for the difference between formal designs found in post-millennial experimental rock and those found in conventional rock music.

Received February 2011

PDF text | PDF examples

[1] Many rock artists in the twenty-first century have moved beyond the compositional conventions of Top-40 rock and pop, yielding a meta-genre I have elsewhere deemed "post-millennial experimental rock" (Osborn 2010). While Top-40 artists are largely dependent on conventional song forms for their commercial success, groups outside of this category are freer to experiment with forms that rely less on choruses and recapitulatory endings—the staples of conventional rock forms. The subgenres within this experimental corpus are known by many names (post-rock, math-metal, art rock, and neo-prog, to name a few), but the compositions created by these artists can be grouped by shared characteristics. First, experimental rock compositions usually exhibit unconventional formal designs, and are frequently through-composed. Second, experimental rock compositions are, by and large, performed on traditional rock instruments. This facet ensures their ability to be marketed and recognized as rock compositions despite their technical complexity and ambitious scope.[(1)]

[2] My aim in this article is to examine the through-composed formal structures frequently used by artists in this post-millennial corpus, and to gain insight as to why a formal structure scarcely found in conventional rock music correlates so strongly with this experimental genre. Toward this aim, I have constructed a taxonomy that identifies four through-composed types based on two determining factors which emerge from the corpus as salient formal characteristics: the existence or non-existence of thematic unity, and the existence or non-existence of large multi-sectional units I call *section groups*. One of the strengths of such an approach is that, given these two guiding principles, the taxonomic model forces us to consider not only the expected combinations, but indeed all possible combinations—even those that result in uncommon formal designs. In addition to presenting several examples for each of these four types, I speculate on the correlation between artists who frequently use these formal structures and the specific post-millennial rock genres that develop alongside them. I will begin by situating this music in relation to familiar examples of through-composition.

[3] By virtue of their through-composed formal narratives, the post-millennial rock compositions analyzed in this article enter into a historical assemblage linking many disparate styles and techniques. In the nineteenth century, the term through-composed (*durchkomponiert*) was used to describe songs whose strophes were each set to new music,[(2)] a technique recognizable in the quasi-strophic designs of songs by post-millennial rock artists Emery and Hopesfall. Many pieces from the so-called minimalist period (ca. 1965–1972) take a different approach to through-composition by developing a central idea through some audible process

EXHIBIT 11
PAGE 441

(for example, Steve Reich's *Come Out* and Alvin Lucier's *I am sitting in a room*), and it is this process more than the musical material that defines the piece. A similar one-part monothematic form frequently appears in compositions by instrumental post-rock groups such as Sleepy Eyes of Death. Within the sphere of popular music, late '60s and early '70s rock artists (especially the forerunners of "prog rock") began structuring songs using non-recapitulating section groups,[3] a formal design used more recently by Radiohead who, though experimental, still depends on the commercial mainstream for success. The Beatles popularized this particular design in their late period, perhaps most famously in "Happiness is a Warm Gun" (1968). A brief analysis of the song's formal structure may serve as a familiar illustration for new terminology and notation to be used throughout the rest of the article.

[4] The three large section groups in **Example 1** group the song's five thematically identifiable sections by shared musical characteristics. Groups I, II, and III are demarcated by changes in texture, rhythmic feel, and tonal center, and it is these parameters, in turn, that unify the lettered sections within each group. After a short introduction, section group I begins in a slow and somber $\frac{4}{4}$, opening with the lyrics "she's not a girl who misses much." Beginning with the guitar solo at 0:44 (which foreshadows the memorable "I need a fix 'cause I'm goin' down" theme), the second section group modulates

**Example 1**. Formal Design of The Beatles, "Happiness is a Warm Gun" (1968)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | A (intro) | 0:01 | "She's not a girl who misses much" [Am⁷–i–Em] |
| | B | 0:44 | "She's well acquainted" [Dm–Am] |
| II | C (transition) | 0:44 | Guitar foreshadows "need a fix" theme, rises to 6/8 feel |
| | C' | 0:56 | "I need a fix 'cause I'm goin' down" [A⁷–C–A⁷] |
| III | D | 1:15 | "Mother Superior jump the gun" [A⁷–C–A⁷–G], alternating ⁹⁄ and 10-beat groupings |
| | E | 1:34 | "Happiness is a warm gun" [G–Am–F–G], the slup backing vocals express uniform 4/4 |
| | E' | 1:48 | "When I hold you" each previous chord infused from 4 beat to 3 |
| | E'' | 2:03 | "Happiness" (4/4 restored, vocal improvising), ends on E minor (tonicized by) |
| | E''' | 2:22–2:44 | Lennon's PAC on C3 begins chorus-dependent outro |

(click to enlarge)

abruptly to compound time. Following the D section in group II ("Mother Superior jump the gun"), the third group sets the title lyric in slow $\frac{4}{4}$, with the leisurely doo-wop progression (I–vi–IV–V) providing an ironic twist on the violent lyrics.[4] Unlike the first two section groups, each of which comprises two musically related yet thematically distinct sections (identified by distinct letter names), this final section is only made of one theme. Therefore it is not, strictly speaking, a section group, but merely a section whose memorability is ensured by its many varied repetitions. While the ending features intra-sectional repetition, the three-part song structure features no sectional recapitulation, making the song a through-composed form that stands in contrast to the verse/chorus designs germane to rock since the late 1950s.

[5] Instead of labeling thematically distinct sections in Example 1 as "verse," "chorus," and the like (as in conventional forms), I here use consecutive letters.[5] If two adjacent sections are based on the same thematic material, yet are recognizably different in terms of timbre/texture, rhythm/meter, or some other salient musical parameter, I use the familiar "prime" symbol ( ' ) to identify successive presentations.[6] While A and B represent thematically distinct sections, C and C' represent two distinct presentations of shared thematic material. Section groups, which are labeled with consecutive Roman numerals, may be defined as congregations of sections displaying shared musical characteristics, and are a useful analytical concept when approaching songs like "Happiness is a Warm Gun" (and indeed, most of the pieces analyzed in this article), which exhibit distinct spans of a certain character that do not recapitulate. This brings up important distinction in focus: at the most "zoomed-out" level, every piece may be considered through-composed, since its mega-group (encompassing all sections in the song) never recapitulates; at the most "zoomed-in" level, a piece that repeats *anything* may not be considered through-composed, since at least one of its (micro-)sections is recapitulated. I choose to define through-composed forms as a structure in which no discrete, thematically identifiable section is recapitulated.[7] Thematically unified elements may be repeated (in that successive iterations may be placed back-to-back),[8] but once contrasting material is introduced, the original section does not recur.

[6] Having shown how thematically identifiable sections are grouped into multi-sectional units, we still need a working definition of thematic unity in order to provide clear and consistent criteria for determining where these formal units begin and end. Though a complete consideration of thematic unity in rock music exceeds the scope of the current article,[9] for the specific body of music under consideration I offer a relatively simple and pragmatic conception of thematic unity: two sections are thematically unified if and only if they are based on the same melodic, harmonic, and/or rhythmic materials. When compared to deep background structure in common-practice music, thematic unity in this repertoire is relatively localized and immediately discernable.[10] Primary melodic material is almost always presented by the lead vocal, though in instrumental post-rock music, a melodic theme, if present at all, will often be presented by the lead guitar or keyboard (this can happen between texted sections of vocal-centered music as well). A piece's primary harmonic and rhythmic material often appears together in the form of a "groove," but may be reconfigured when a recurring chord progression happens over a different rhythm, or vice versa.

[7] With this understanding of how section groups and thematic unity affect through-composed pieces, we are now poised to examine the four though-composed types resulting from the existence or non-existence of these elements shown in **Example 2**. Discrete sections of through-composed pieces (or songs) may exhibit a higher-level grouping structure, thus partitioning the form into section groups, or may simply appear

**Example 2**. Four Through-Composed Types

| | One-Part Forms (G) | Multi-Part Forms (G) |
|---|---|---|
| Monothematic (M) | Type I: One-Part Monothematic <O, M> | Type II: Multi-Part Monothematic <G, M> |
| Polythematic (P) | Type III: One-Part Polythematic <O, P> | Type IV: Multi-Part Polythematic <G, P> |

EXHIBIT 11
PAGE 442

consecutively without higher levels of organization. If all sections exist within a single section group, or within no section group at all,[11] the form can be described as "One-Part" (*O*); if divided into multiple section groups, the form can be described as "Multi-Part" (*G*). (The letter *G* may serve to remind us that the multi-part form is partitioned as such by section groups.) Whether the piece is divided into one part or multiple parts, the sections comprising those divisions will either exhibit thematic unity or thematic diversity. If thematically unified, the section group or piece can be described as "monothematic" (*M*); if thematically diverse, the section group or piece can be described as "polythematic" (*P*). The resulting combinations yield four distinct formal types: <*O, M*>, <*G, M*>, <*O, P*>, and <*G, P*>.

(click to enlarge)

[8] Songs befitting type *I* <*O, M*>, or "One-Part Monothematic Forms," feature thematically unified adjacent sections with no motivic contrast, and thus do not necessitate positing a second section group. When multiple themes form section groups with only one theme per group, we get type II <*G, M*>, or "Multi-Part Monothematic forms." The term "monothematic" here refers to the fact that each section group has only one theme. Type III <*O, P*>, or "One-Part Polythematic Forms," arises when no higher level of organization can be discerned from thematically diverse sections. When thematically diverse sections exhibit coherence through some other parameter (e.g., rhythm, meter, tempo, timbre, or lyrics), type IV <*G, P*>, or "Multi-Part Polythematic Forms," arranges those sections into section groups. In the next portion of this article, I will provide representative examples for each of these four through-composed types from the post-millennial rock genre. In my analyses, I aim to demonstrate the many ways in which composers unify through-composed pieces, while also attempting to highlight the role of disunity and fragmentation as aesthetic ideals in this genre.[12]

*Through-Composed Type I: One-Part Monothematic Forms*

[9] By developing a single thematic idea over the course of an entire track, the One-Part Monothematic Forms used by experimental rock composers recall the developing processual forms of minimalism, though forms such as these are certainly not unique to either genre. One could also approach One-Part Monothematic Forms as (post)modern analogues to the practice of developing variation. The single unifying idea developed throughout these pieces is typically a theme, by which I mean an ostinato with recognizable melodic, and/or harmonic, and/or rhythmic characteristics. As a way to develop these ideas, rock artists often manipulate sonic parameters such as volume, timbre, and texture to shape the form of the piece. By doing so, these artists forge another kinship with modernist compositional practice, where, as Jonathan Kramer has observed in pieces from the Second Viennese School, "in the absence of the tonal system's *a priori* goal definition ... changes of texture, timbre, figuration, or register help to define contrasting phrases" (Kramer 1988, 33).

**Example 3**. Formal Design of Sleepy Eyes of Death, "Mean Time 'Till Failure" (2007)



(click to enlarge)

[10] "Mean Time 'Till Failure," the opening track from Sleepy Eyes of Death's 2007 *Street Lights for a Ribcage* (**Examples 3–5**), is unified by a relentless two-chord progression (F major–A minor) performed on an array of synthesizers. This harmonic motive is manipulated by amplitudinal, timbral, and rhythmic means over the course of the track in a linear process that reduces the pounding drums and full texture of the opening to the quiet and serene synthesizer-only ending. The track initially builds in intensity by layering synthesizer and vocoder parts, but this growth levels off by 1:07 in preparation for the structural decrescendo from 2:12 to the end. At no point in the track does the listener encounter any contrasting thematic idea. The entire work can be heard as developing the two-chord motive by means of texture, timbre, and dynamics.

[11] Animal Collective's "Banshee Beat" may also be heard as a dynamically guided

**Example 4**. Two-chord Thematic Idea in Sleepy Eyes of Death, "Mean Time 'Till Failure" (2007, 0:01)



(click to enlarge and listen)

**Example 5**. Rhythm Section Groove in Sleepy Eyes of Death, "Mean Time 'Till Failure" (2007, 0:01–0:36)

(click to enlarge, see the rest, and listen)

**Example 6**. Formal Design of Animal Collective, "Banshee Beat" (2005)

EXHIBIT 11
PAGE 443

structural process, but one that moves in the opposite direction, resulting in a structural crescendo (see **Examples 6 and 7**). The 8'22" track utilizes only two chords and a [3+3+2] clave-esque sixteenth-note groove. However, both of these musical ideas take some time to blossom. The second chord takes more than two minutes to appear in the progression, rendering the song's opening as an extended tonic pedal. Likewise the percussion groove is constructed via an additive process that gradually fills in each of the sixteenth notes in the original two-note syncopated pattern ♪♩♪♩♩♩♩. The resulting all-sixteenth pattern does not appear fully formed until 2:59 (note the jagged surface of these sixteenth notes in the middle of the Example 7 waveform).[13] The slowly developing thematic content seems to



(click to enlarge)

**Example 7.** Structural Crescendo in Animal Collective, "Banshee Beat" (2005)



(click to enlarge)

reach completion only at 4:27, where the first instance of a two-note "howling" motive appears in the lead vocal. This One-Part Monothematic Form is the result of a gradual process of constructing a theme that only materializes at the song's end, a formal design that could be interpreted as a non-recapitulatory, through-composed version of Spicer's "cumulative form" (Spicer 2004).[14]

[12] Many modern rock groups, conventional or experimental, often break up the progression of three-to-four minute songs over the course of an album with at least one sort of "interlude," by which I mean some track-length musical entity that does not conform to standard definitions of what we would generally consider a "song."[15] However, fragmented interludes such as these have become the basis of an entire style for The Books, though they seem to be the only group pursuing such radical ideas.[16] As performers, The Books are a guitar and cello duo, but under their newly assumed roles as "sample librarians," they create music

**Example 8.** Glitching in The Books, "Tokyo" (2003, 1:26)

[image showing waveforms]

(click to enlarge and listen)

consisting of rapid-fire successions of unrelated samples lacking any reference to a harmonic, melodic, or metric framework. "S is for Evrysing" may be best described as a sonic hodgepodge of found speech samples, various instrumental sounds (including guitar and synthesizer), and sung vocal fragments, all presented against the backdrop of a solo cello melody. The cello part, arguably the piece's single unifying element, is itself not an organic whole, but rather the sum of many short tape snippets digitally spliced together.[17] This compositional technique, known as "glitching," gets its name from the intentional roughness of the editing process, whereby cuts between samples are not smoothed, but left audibly rough at the edges to create the sonic illusion of a CD skipping. This can be seen in the broken surface of the waveform in **Example 8**. With identifiable musical elements lasting no longer than one to three seconds, creating a graph of the samples constructing the piece is tedious, and of seemingly little phenomenological value. Stable structural signposts are never allowed to materialize in this process of constant flux. "S is for Evrysing" exemplifies a One-Part Monothematic Form best understood through a continual process of deconstructing and reordering a unifying sample that the listener never hears in its original state.

*Through-Composed Type II: Multi-Part Monothematic Forms*

[13] Perhaps it is the desire for large-scale contrast that leads some artists to favor Multi-Part Monothematic Forms over one-part designs. Instead of structuring an entire piece using one musical idea, composers using the multi-part design can have two or three different thematic ideas, each contained within its own section group. Whereas multiple thematic ideas are often organized as rounded binary (A–BA), ternary (A–B–A), or rondo (A–B–A–C–A) forms in classical practice, such recapitulations do not occur in through-composed forms. Following these models, section groups in Multi-Part Monothematic Forms would be labeled by consecutive letter names (A–B–C–D...), but since I employ letter names for thematically distinct sections, I label section groups using Roman numerals. Multi-Part Monothematic Forms are usually partitioned into either two or three section groups. Since section groups in Multi-Part Monothematic Forms are unified by thematic content, only sections labeled by a single letter may appear within the same group. Thus group I may contain sections A and A', but not A and B. It should be no surprise that all sections in One-Part Monothematic Forms are labeled with the letter A, because in this category entire pieces are thematically unified. But since nothing larger than a section group is thematically unified in Multi-Part Monothematic Form, the piece can have as many distinct themes as it has section groups. Individual section groups in Multi-Part Monothematic Forms often feature repetition or development of a musical idea, but once that idea is left, it may never reappear if the piece is to be considered

EXHIBIT 11
PAGE 444

through-composed.[18] The effect of such repetition on the overall form is very different from that of recapitulation. The practice of sectional recapitulation begins to promote the idea that a piece's form is somehow modular, or even circular, an organizing pattern which is wholly opposed to the linearly conceived forms found in this article.

[14] The first example of this form comes from Mew, the Danish art-rock group, whose song "Chinaberry Tree" can be partitioned into three large section groups (I–II–III; see **Example 9**). The three groups can be easily distinguished from one another by contrasts in melodic and rhythmic organization. The first group sets two different vocal episodes (A and A') over a $\frac{1}{4}$ bass and drums groove. Using a strategy similar to group I, group II uses a new 9-beat bass and drums groove

**Example 9.** Formal Design of Mew, "Chinaberry Tree" (2005)



(click to enlarge)

(established at 0:59) to unify three short vocal episodes. Groups I and II feature similar harmonic structures insomuch as they both begin with an E minor chord and then move gradually toward C major as a tonal center, but in no way do the two groups sound like a first and second verse, due in large part to their unique grooves and vocal melodies.

[15] Groups I and II contain distinct voice and rhythm section parts, and also differ in the way these two parts interact with one another. The metrical dissonance between vocal melody B and its accompanying 9-beat groove in group II (see **Example 10b**) provides a sort of meta-contrast to the metrically consonant interaction of voice and groove in theme A (see **Example 10a**). Ultimately, the metrical dissonances become so jarring by the end of group II that they seem to necessitate a perfect authentic cadence at 2:04 to bring about closure. Following this cadence, group II gives way to an extended instrumental closing group composed exclusively of synthesizer pads. The synthesizers initially play a repeated four-chord progression from 2:05 to 2:36, then end on a constantly morphing chord whose bottom tones are held as a pedal while the top partials shift like a kaleidoscope. This shifting of upper partials allows the chord to be held for a long time without losing its novelty, in much the same way that spectral composers often allow long periods of time for listeners to process their complex harmonies. Unlike many conventional rock songs, which constantly draw a listener's attention to the lead vocal melody, "Chinaberry Tree" seems to draw attention to its three-part design by changing its focal parameter from

**Example 10a.** Representative Grooves and Melodies of Groups I and II in Mew, "Chinaberry Tree" (2005)
A Section Melody, 0:04



(click to enlarge, see the rest, and listen)

**Example 10b.** Representative Grooves and Melodies of Groups I and II in Mew, "Chinaberry Tree" (2005)
B Section Melody, 1:04

(click to enlarge, see the rest, and listen)

group to group, transforming the stable, melody-driven group I to a metrically complex, rhythm-focused group II. Groups I and II then yield to an instrumental group III, which is characterized by a dramatic focus on timbre, rather than on melody or rhythm.

[16] While Sleepy Eyes of Death structured "Mean Time 'Till Failure" (Examples 3–5) using a thematically unified one-part form, their song "Pierce the Air" (see **Example 11**) is an example of Multi-Part Monothematic Form, featuring two distinct themes separated by a medial caesura. Group I is thematically unified by a pair of synthesizer riffs, one playing the same paradiddle patterns found in Steve Reich's *Different Trains*,[19] the other emphasizing a melodic minor sixth, hereafter referred to respectively as the "paradiddle" riff and "minor sixth" riff. Group II features a new pair of synthesizer patterns, which I have

**Example 11.** Formal Design of Sleepy Eyes of Death, "Pierce the Air" (2009)

(click to enlarge)

EXHIBIT 11
PAGE 445

labeled as "whole note" and "octave arp." Sleepy Eyes of Death brings the piece to a climax at 4:26 by increasing both volume and metrical tension as the piece nears completion. The steady ¼ feel, present throughout the song, is complicated by a metrically dissonant layer in the 3-against-4 synth part ("B" of Group II). At the same time, as if to counteract this metrical attack, the ¼ drums begin adding rapid tom and snare drum "fills" and washing on the crash cymbals, a gesture that also builds the track's volume level to a climax. [20] Although climaxes are not a necessary component of through-composed forms, many post-rock instrumental pieces include climactic endings as a way to bring about closure. In fact, climactic endings have become something of a recognizable trope in this genre, a point to which I will return near the end of this article.

[17] Each of the two section groups in "Pierce the Air" initiates a process that gradually assembles a groove by adding new layers. [21] This construction process is illustrated in **Example 12**, which provides a screenshot of the Pro Tools® file used to mix and master the track. Each rectangle represents the position of an individual layer (performed by either an instrument or voice) within the time span of the track. [22] Layering techniques such as these can also be found in electronic dance music (EDM), another popular-music genre, though one not typically considered a subgenre of "rock." In EDM, artists (called DJs) shape their studio pieces by layering new tracks, though live performances of EDM pieces often include improvisatory arrangements

**Example 12.** Pro Tools Screenshot of "Pierce the Air"



(click to enlarge)

of these layers that may differ from the studio mix. [23] Notice the visible seam around 3:00 in the screenshot, where many new layers, including acoustic drums and new synths, are introduced for the first time as others are either faded out or simply discontinued. Since all thematic elements in "Pierce the Air" are produced by introducing new electronic layers, the Pro Tools® screenshot is a perfect visual representation of a two-part structure based on additive processes.

[18] Before proceeding to my third through-composed type, I would like to present a telling excerpt from an interview I conducted with two members of Sleepy Eyes of Death following a live performance on May 1, 2009 at Chop Suey in Seattle. In this excerpt, Andrew Toms responds to a question I posed about a live performance of "Pierce the Air." It is worth noting that, while my analysis presented above is based on several close hearings of the recorded track, my questions and observations in the interview were based only on notes taken at the concert (I had not yet heard the corresponding album, which had only recently been released). I met backstage with the band, who provided me with a setlist so that I could reference specific songs. This excerpt speaks not only to the perceptibility of this form even on first hearing, but also provides evidence that the musicians themselves conceive of the two-part structure in a manner similar to what I have suggested in my analysis.

> (Brad Osborn): One thing I noticed in your set on May 1st is the way that many songs seem to be structured around a volume climax at the end, like the piece is one big build-up to that. This is something I see in a lot of post-rock, especially instrumental. A good example of this is "Pierce the Air," where there is certainly thematic contrast between the two big parts, but also a continual increase in volume. Is this something you think about consciously when composing songs?

> (Andrew Toms, SEOD member): I think the composition of "Pierce the Air" brings up an interesting point. There are two distinct parts in the song: a quieter first half and more explosive, quicker moving second half. Both halves of the song have different layers (sampled textures, machine drums vs. live drums, synths, etc.) and are marked by different [guitar] leads and guitar volume. For me personally, I think both parts work together really well and the build flows pretty smoothly, so it might seem like a "thematic contrast," but to me they seem very different but complement each other really well. [24]

*Through-Composed Type III: One-Part Polythematic*

[19] Since pieces in One-Part Polythematic Form exhibit no thematic unity between sections, they, like One-Part Monothematic Forms, feature no section groups. Whereas One-Part Monothematic Forms lack section groups because they contain no thematic contrast (thus necessitating only one group), One-Part Polythematic Forms lack section groups because they contain *only* contrast. Because of this, one cannot sort their constituent sections by shared material. Lack of inter-sectional unity may be linked to the aesthetics of the genres in which this form appears, most of which are metal-influenced. By utilizing non-tonal guitar riffs, which often feature pitches doubled at the fifth (either perfect or diminished) or octave instead of traditional chords, metal avoids at least one method of unification common to rock music—tonality. Whereas thematic unity is often made explicit in rock songs by repeatedly sung lyrical/melodic phrases, recapitulated lyrics are rare in metal, and singing is usually replaced by screaming or growling. All of these aesthetic qualities result in a form that revels in fragmented disunity instead of thematic coherence. [25]

EXHIBIT 11
PAGE 446

[20] The first example of a One-Part Polythematic Form comes from Drowningman's "Black Tie Knife Fight!" (see **Example 13**). Most sections in this song simply present a series of screamed vocal fragments accompanied by a repeated guitar/percussion ostinato. Sung vocals occur in only one section (beginning at 1:04), which is immediately followed by a varied repetition featuring similar rhythm and harmony with different melody and lyrics. As is common in metal, the vocals in "Black Tie Knife Fight!" are mixed just like any other instrument, rather than being highlighted in the foreground as in rock and pop. As can be observed in my **Example 14** transcription, virtuosic guitar and drum patterns tend to be the aesthetic focal point of most metal pieces, almost as if the musicians conceive of tracks as a showcase for new grooves and techniques. Here we may observe a link between the genre's aesthetics and form. The formal design of "Black Tie Knife Fight!"

**Example 13.** Formal Design of Drowningman, "Black Tie Knife Fight" (2000)



(click to enlarge)

**Example 14.** A Section of Drowningman, "Black Tie Knife Fight" (2000, 0:01)

(click to enlarge, see the rest, and listen)

exemplifies the One-Part Polythematic through-composed designs of metal, which often appear as loosely organized successions of rhythmically interesting riffs with an apparent disregard for compositional unity. This disjunct formal design is analogous to the necessarily disjunct presentation of screamed vocals, which appear only in short bursts because they demand such a huge volume of air.

[21] The mechanistic drumming of Chris Pennie, the drummer for Dillinger Escape Plan, couples with the two guitarists' exceedingly fast guitar riffs to create perhaps the busiest rhythms in modern metal.[26] On the surface, these rhythmic patterns rarely appear as "grooves" with recognizable meter signatures. More often, they feel like frenzied successions of two or three sixteenth notes, much like the opening of Stravinsky's "Dance of the Earth." While Dillinger Escape Plan does not use traditional choruses complete with sung vocals and recapitulation, they do contrast metric turbulence with stability (see **Example 15**). Stable passages such as the one in **Example 16** act as "releases," much like choruses in verse/chorus-based forms. These repeating ostinatos, especially in the rare occasions when they settle into common time, provide the same memorability that listeners identify with a chorus.

**Example 15.** Formal Design of Dillinger Escape Plan, "Sugar Coated Sour" (1999)



(click to enlarge)

**Example 16.** D Section of Dillinger Escape Plan, "Sugar Coated Sour" (1999, 0:53)

(click to enlarge, see the rest, and listen)

[22] The most stable groove in their song "Sugar Coated Sour" is a repeated $\frac{5}{4}$ pattern with vocals that appears twice in direct succession starting at 0:53, which is transcribed in Example 16.[27] Following these two vocal presentations, the groove continues instrumentally until it disintegrates into a stop-time gesture at 1:28. This gesture then gradually materializes into a new $\frac{5}{8}$ groove at 1:39. When this $\frac{5}{8}$ groove is liquidated, it becomes apparent that one can hear this song as a process of incrementally constructed grooves, each of which is then disassembled to create new ones. Dillinger Escape Plan's complex brand of math-metal often sounds as if they are constantly rearranging streams of sixteenth notes like beads on an abacus, constructing and deconstructing metrical patterns with varying degrees of memorability.

[23] The Chariot's song "Back to Back," the form of which is shown in **Example 17**, proceeds in much the same way as the

**Example 17.** Formal Design of The Chariot, "Back to Back" (2007)

EXHIBIT 11
PAGE 447

previous two examples, stringing together thematically diverse riffs and grooves one after another. The introduction and A section groove are transcribed in **Example 18**. True to the math-rock style, this excerpt begins with a bar of 2/4, vamps on several bars of 5/32, then establishes the 17/16 groove that serves as a backdrop for all of section A, save for a 13/16 bar halfway through, which is just before the end of the transcription. The following B and C sections establish new grooves that proceed similarly, after which the song ends on an unrelated outro. In these compositions, the focus seems to be on presenting the most interesting, groovy, and technically demanding riffs one can muster, rather than on creating any sort of thematically unified piece.



(click to enlarge)

**Example 18.** Intro and A Section of The Chariot, "Back to Back" (2007, 0:01)

(click to enlarge, see the rest, and listen)

[24] As of yet, the question of how through-composed pieces bring about structural closure has not been addressed. Though I have not gone so far as to suggest this as a necessary component of through-composed forms, one can observe throughout my examples and analyses that in through-composed pieces the most memorable part of the piece—the climax—is often withheld until the ending in order to achieve the strong sense of completion needed for closure (particularly in type IV forms, as we shall soon see). It could be the case that listeners expect some sort of climactic gesture in all pieces of music, that a piece cannot convey a sense of completion without one. [28] This is true of most film and literature as well, but while the duration of a novel or feature film allows plenty of room for a substantial dénouement, this may not be possible within the confines of a three-to-four-minute rock song. And since presenting anything except a dénouement after a climax makes little formal sense, through-composed pieces often end with climaxes. However, many type III metal forms end on a neutral dramatic plane, as if they were simply done stringing together new riffs and grooves. While it may seem tempting to describe this as amateur compositional technique, I believe that to be an unfair reading unduly influenced by the teleological formal conventions of Western art music, conventions which may impede our appreciation of metal's unique formal logic on its own terms.

*Through Composed Type IV: Multi-Part Polythematic Forms*

[25] Type IV through-composed forms share the same abstract partitioning as type II forms insomuch as they both assemble larger structures (section groups) from smaller ones (sections). While this structural similarity may seem apparent, the musical differences are more nuanced. The difference between type II and type IV through-composed forms has to do with thematic unity. Whereas Multi-Part Monothematic Forms (type II) unify each section group by thematic coherence (section group I=A–A'–A"), Multi-Part Polythematic Forms (type IV) unify thematically diverse sections through other salient musical parameters (section group I=A–B–C).

[26] It may be argued that the difference between these two types is merely nominal, and that they should not be understood as separate categories. As Caplin asserts, however, by constructing well-formed types, we can apply those types more fluidly (i.e., song A has elements of forms X and Y) in analyses of real music. [29] In providing rules that define a formal type, I am not defining that form in name only, but also providing a useful framework for talking about real pieces. Considering how adjacent sections cohere into groups can guide an analysis, less as a classification system (e.g., is this type II or type IV?) and more as a prompt to examine the similarities and differences between sections (in harmony, melody, rhythm, timbre, etc.). [30]

[27] Many pieces that employ Multi-Part Polythematic Forms utilize what I call "independent verses" and "independent choruses." In these forms, single sections commonly serve the *function* of a verse or chorus within the context of an entirely through-composed song. A section may set a repeated vocal hook utilizing thick textures, and in this way it may exhibit chorus-like characteristics without recourse to any recapitulation scheme. [31] Such structures can be considered "independent choruses." By analogy, we can also locate "independent verses" that, while displaying verse-like characteristics (narrative textual development, repeated chord progression, vocal-oriented, static metric character), never recapitulate, and thus cannot present multiple strophes. [32] Both independent choruses and independent verses appear with regularity in One-Part *and* Multi-Part Polythematic through-composed forms. As such, they feature catchy hooks without resorting to recapitulation. Certain sections of Seattle-based band Emery's through-composed songs can be heard as matching the function of traditional verse and chorus sections without recourse to any recapitulation scheme. Emery acknowledges this practice in a poignant excerpt from an interview I conducted:

(Brad Osborn, referencing the Example 19 formal design): The design I show has no literal repetition of any section, which is true considering the lyrics and the melodies. However, do you find there is some hidden structure that is actually repeated? For example, I can kind of hear IB, ID, and IIC as verse-like structures, as they

EXHIBIT 11
PAGE 448

all three use two long chords, over which there are lots of lyrics. This would make sense, given the vocalists' tendency to vary the vocal melodies in two different verses, whereas most vocalists would simply place new words over the same melody in two verses. But, you tell me?

(Matt Carter, Emery Guitarist): Yes, even repeating verses seems boring at times, so we would certainly call them verse one and verse two even though they aren't the same, their FUNCTION is the same. The intensities kind of match and they break up other parts and the lyrics carry a great deal of the meaning and story of the song ... so yeah, if the verses can have different words, why can't they have different chords or beats too?[33]

[28] "In a Lose, Lose Situation" (see **Example 19**), one of many Emery songs that uses independent verses, represents a distinct break from the typical strophic conventions served by the verses of a conventional rock song. Emery regularly employs independent choruses as well. Given that traditional choruses tend to display certain musical characteristics (louder volume, repeated lyrics within the chorus, backing vocals), one can identify chorus-like sections in Emery's songs that do not recapitulate. Sometimes Emery even includes two distinct independent choruses within the same song.[34] After presenting two memorable sections featuring repeated lyrics (an independent chorus at G, and an independent verse with refrain at H), Emery concludes "In a Lose, Lose Situation" with an even more memorable section. At 3:06 the rhythm section drops out, leaving only a single vocalist and lead guitarist to generate expectation for the major mode, half-time climax that occurs at the song's highest volume level twelve seconds later. In under four minutes, Emery includes as many memorable sections as a conventional verse/chorus-based song, though, unlike the recapitulated structures of conventional songs, each of these sections presents new material.

**Example 19.** Formal Design of Emery, "In a Lose, Lose Situation" (2005)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | A (intro) | 0:01 | "Don't be late," arpeggio pedal |
|  | B (verse) | 0:24 | "If I could tell the truth or lie," two-chord progression, full band enters |
|  | C (trans-tion) | 0:52 | "finish," "it's just a grace we play" |
|  | D (verse) | 1:04 | "If you regulate," polyphonic vocals with palm muted guitar riff |
| II | E | 1:33 | New guitar riff, "this is still my life" |
|  | F (intro) | 1:50 | Solo guitar riff |
|  | G (chorus) | 2:02 | "Anyway, in their right mind," full band at 2:33, polyphonic chorus |
|  | H (verse, with end refrain) | 2:38 | "Careful not to lose after it" refrain happens twice at end of lines |
|  | J (half) | 3:06 | "To let, play in the air, this was probably put to death ..." |
|  | K (climax) | 3:18–3:37 | "My own father's name?" |

(click to enlarge)

[29] Examining Emery's two primary stylistic influences, rock and metal, reveals a connection to their extensive use of type IV through-composed forms. Most listeners and critics would place Emery squarely within a melodic rock genre, but their use of Multi-Part Polythematic Forms can be linked to their frequent incorporation of stylistic elements borrowed from metal. Emery frequently writes verse/chorus-based rock songs, many of which end in non-recapitulatory material, and thus use section groups. If we take the *idea* of verses and choruses and infuse it with two formal elements common to metal, fragmentation and through-composition, we end up with the Multi-Part Polythematic Forms (through-composed type IV) so common in Emery's songs. Of course Emery's metal influences are readily apparent in their surface-level gestures as well. These gestures include the intermittent screaming provided by keyboardist Josh Head, as well as the guitarists' extensive use of distorted minor seconds. The vocalists' (sometimes simultaneous) mixture of singing and screaming is an especially revealing surface-level manifestation of their combined metal and rock influences.

[30] Nowhere is this metal/rock crossover more salient than in the case of melodic hardcore band Hopesfall. "Screamo" is a term sometimes used to describe their sound, as well as that of other bands who blend a "shoegazing" emo-rock sound (similar to those of My Bloody Valentine and Smashing Pumpkins) with the screaming vocal timbres native to metal. Hopesfall guitarist Josh Brigham even acknowledges this confluence:

The Smashing Pumpkins and Hum, Dinosaur, Jr., The Pixies, The Smiths. That was what I got into when I was forming my own opinions about music in my early teens. Then I got into hardcore and heavier music later because I was so fed up with what was on the radio. ... Musically we've always tried to be somewhere between the two.[35]

[31] Hopesfall inverts the relationship between singing and screaming used by Emery in having a "lead screamer" who only sings intermittently. The band's timbre, dominated by distorted guitars and screaming, places them superficially within a metal genre, but a closer examination of their song structures—particularly their sung independent choruses—reveals a profound melodic rock influence. For another example of a Multi-Part Polythematic Form, let us now consult the form of their song "Dead in Magazines," provided in **Example 20**. Two

**Example 20.** Formal Design of Hopesfall, "Dead in Magazines" (2002)

| Section Group | Section | Clock Time | Description |
|---|---|---|---|
| I | | 0:01 | 3/4 flat |
|  | A | 0:09 | Dual vocals enter over riff, ends on F#C |
|  | A' (verse) | 0:51 | Tempo change, 4/4 groove |
|  | B (full chorus) | 0:54 | Dual-singing, stop time |
| II | C | 1:16 | #-3-4-5-1 J-stop time riff, call-and-response with screaming |
|  | C' (bridge chorus) | 1:29 | Bright singing over riff |
|  | D | 1:54 | Transition, 3 vs. 4 polytopical |
|  | E (verse) | 2:09 | 4/4 groove |
| III (more metal/static than polytopical) | F | 2:27 | Quiet, eighth note edge |
|  | F' | 2:40 | Fast, guitar chords |
|  | F'' | 2:54–3:02 | Quiet tripert chorus, new guitar |

(click to enlarge)

EXHIBIT 11
PAGE 449

independent choruses appear at 0:54 and 1:29, each of which sets a unique repeated lyrical/melodic pattern. See **Example 21** for a transcription of each. The first of these is sung in a low register (and is decidedly undermixed), the second in a high tenor that projects over the entire band. Though not as chaotic as the rhythmic surfaces of math-metal bands

**Example 21.** Two Independent Choruses in Hopesfall, "Dead in Magazines" (2002; 0:54, 1:29)



(click to enlarge, see the rest, and listen)

Dillinger Escape Plan and Meshuggah, Hopesfall's grooves often feature odd-cardinality and changing meters. When the groove simplifies into a memorable $\frac{4}{4}$ pattern, verse- or chorus-like structures often appear. If there are lyrics present, these sections can be considered either independent choruses or verses, depending on whether the lyrics are repeated (chorus) or form a linear narrative (verse). Hopesfall's typical practice of alternating sung independent choruses with screamed narrative sections suggests a vestigial verse/chorus skeleton still present in their type IV through-composed forms.

[32] Metal bands often place quiet section groups between the louder beginning and ending groups in order to create contrast. But many of Hopesfall's three-part formal designs *end* with these quiet groups, whereas metal songs typically bring about closure through loud, unison rhythmic gestures. At 2:27 in "Dead in Magazines," the distorted guitars, bass, and vocals drop out abruptly, leaving only a quiet clean guitar and a ride cymbal/chorus stick pairing playing steady eighth notes. Since it contains no thematic contrast, this final group is more monothematic than polythematic.[36] The quiet eighth-note section has evolved into something of a metal trope. Including such a section guarantees that insiders (known as "scenesters") will clap the last eighth notes over their heads.[37] Viewed in this way, Hopesfall's modification of a paradigmatic dynamic structure (replacing "loud–quiet–loud" with "loud–loud–quiet") can be understood as withholding a familiar trope until the song's conclusion, a clever solution to the problem of bringing about structural closure in a through-composed work.

[33] The last example of type IV forms comes from Radiohead's "2+2=5," the opening track from their 2003 album *Hail to the Thief*. See the formal design given in **Example 22**. After a short introduction, the voice enters at 0:14 with a two-part melody. The first, labeled as "motive x" in the **Example 23** transcription, consists entirely of a double chromatic neighbor around the focal pitch $C_4$. The following "motive y" begins in much the same way, but then introduces two leaps from the focal pitch: a perfect fourth up to $F_4$ and a perfect fifth up to $G_4$. These two leaps text paint the Orwellian reference in the song's title—vocalist Thom Yorke's fourth speaks the true sum of two and two, while his following leap of a fifth bemoans a dystopian future in which the newly-elected American president inaugurates an era marked by the same sort of "double-speak" found in *1984*.[38]

[34] After this opening A theme concludes, the driving 7-beat groove gives way to a freer, polyrhythmic organization in the B section. One peculiar thing about this song, when compared to most "minor-key" rock songs, is that this one is *actually* in F minor (instead of F Aeolian or an ambiguous minor pentatonic collection)—it uses the raised leading tone over the dominant consistently throughout the song. Though it contains four distinct musical themes, labeled as A–D in example 22, the entire song is about this F minor tonal center. Its two-part section group division

**Example 22.** Formal Design of Radiohead's "2+2=5" (2003)



(click to enlarge)

**Example 23.** Intro and A section of Radiohead's "2+2=5" (2003; 0:01)



(click to enlarge, see the rest, and listen)

**Example 24.** Waveform Analysis of Radiohead's "2+2=5" (2003)

(click to enlarge)

comes from the colossal shift in volume, texture, and timbre that occurs at the onset of the C section at 1:54. This dynamic change is shown clearly in the **Example 24** waveform analysis. At this point, there is a change in guitar timbre and texture, as the

EXHIBIT 11
PAGE 450

single clean guitar of the opening transforms into multiple overdriven guitars from C onward, and this increase in volume is enhanced by the addition of full drumset, bass guitar, and Yorke doing his signature "yell-sing" found mostly on Radiohead's early rock albums. In fact, this rock-out moment at 1:54 is not only significant within the sectional division of the song, but also within Radiohead's entire oeuvre. Radiohead lost many fans of their early rock and roll albums *The Bends* and *Pablo Honey* as they gained a new generation of fans following the release of two electro-acoustic albums at the beginning of the millennium: *Kid A* (2000) and *Amnesiac* (2001).[39] I believe that "2+2=5," the first track from their next album, enacts a synthesis of the two distinct stylistic periods. The song begins in a cerebral, contemplative mood, then "brings back the rock" at 1:54 just in time to keep *The Bends* fans on board, while also giving the *Amnesiacs* something to remember.

[35] To conclude, I would like to reassert that I believe there exists a substantive link between form and genre in post-millennial rock.[40] On the most general level, there is certainly a correlation between artists who utilize highly recapitulatory forms (for example, verse/chorus) and those who are dependent upon Top-40 radio, MTV, and other popular markets for their success. In fact, if one looks closely at the formal designs Radiohead has used over the course of their career, one observes that their gradual move away from traditional forms correlates with their move away from traditional guitar-rock idioms, and indeed, with the distance they placed between themselves and MTV, Ticketmaster, Clear Channel, and even a record company altogether for their 2007 self-release of *In Rainbows*. Conversely, artists who have no reasonable chance at success in the popular market for other reasons (for example, timbrally-abrasive math-metal bands or wandering, shoegazing instrumental post-rock bands) are freer to experiment with formal conventions because their success is not bound with the expectations of those popular markets.

[36] Beyond this perhaps oversimplified popular/experimental polarity, I hope to have shown two more specific connections between genre and form from my selections in this article: post-rock bands such as Sleepy Eyes of Death frequently structure long pieces with a single motive (type I Forms), while math-metal bands tend to build compositions by concatenation of thematically diverse guitar riffs (type III Forms). As music-theoretical scholarship continues to embrace the analysis of rock music, I am convinced that further connections between form and genre will come to light in these and other post-millennial rock genres.

Return to beginning

Brad Osborn
DePauw University
School of Music
605 South College Avenue
Greencastle, IN 46135
bradthomasosborn@gmail.com

Return to beginning

## Works Cited

Butler, Mark. 2006. *Unlocking the Groove*. Bloomington: Indiana University Press.

Caplin, William. 1998. *Classical Form: A Theory of Formal Functions for the Instrumental Music of Haydn, Mozart, and Beethoven*. New York: Oxford University Press.

————. 2009. "What are Formal Functions?" In *Musical Form, Forms, and Formenlehre*, edited by Pieter Bergé, 21–40. Leuven: Leuven University Press.

Cone, Edward T. 1968. *Musical Form and Musical Performance*. New York: Norton.

Dell' Antonio, Andrew. 2004. "Collective Listening: Postmodern Critical Processes and MTV." In *Beyond Structural Listening? Postmodern Modes of Hearing*, edited by Andrew Dell' Antonio, 201–32. Berkeley: University of California Press.

Everett, Walter. 1999. *The Beatles as Musicians: "Revolver" through the "Anthology."* New York: Oxford University Press.

————. 2009. *The Foundations of Rock: From "Blue Suede Shoes" to "Suite: Judy Blue Eyes."* New York: Oxford University Press.

Gracyk, Theodore. 1992. "Adorno, Jazz, and the Aesthetics of Popular Music." *Musical Quarterly* 76, no. 4: 526–42.

Headlam, David. 1996. "Does the Song Remain the Same? Issues of Authorship and Identification in the Music of Led Zeppelin." In *Concert Music, Rock, and Jazz Since 1945: Essays and Analytical Studies*, edited by Elizabeth West Marvin and Richard Hermann, 313–63. Rochester: University of Rochester Press.

Hirsch, Marjorie Wing. 1993. *Schubert's Dramatic Lieder*. New York: Cambridge University Press.

Frith, Simon. 1996. *Performing Rites: On the Value of Popular Music*. Cambridge: Harvard University Press.

Kramer, Jonathan. 1988. *The Time of Music*. New York: Schirmer.

EXHIBIT 11
PAGE 451

──────. 1996. "Postmodern Concepts of Musical Time." *Indiana Theory Review* 17 (2): 21–61.

Letts, Marianne Tatom. 2010. *How to Disappear Completely: Radiohead and the Resistant Concept Album*. Bloomington: Indiana University Press.

Morgan, Robert P. 2003. "The Concept of Unity and Musical Analysis." *Music Analysis* 22 (1–2): 7–50.

Osborn, Brad. 2010. "Beyond Verse and Chorus: Experimental Formal Structures in Post- Millennial Experimental Rock Music." PhD diss., University of Washington.

──────. 2012 (forthcoming). "Subverting the Verse/Chorus Paradigm: Terminally Climactic Forms in Recent Rock Music." *Music Theory Spectrum* 35 (1).

Ross, Alex. 2008. *The Rest is Noise: Listening to the Twentieth-Century*. New York: Picador.

Rumbold, Ian. "Through-Composed." In *Grove Music Online*. Oxford: Oxford University Press.

Salzer, Felix. 1962. *Structural Hearing: Tonal Coherence in Music*. New York: Dover.

Spicer, Mark. 2004. "(Ac)cumulative Form in Pop-Rock Music." *twentieth-century music* 1: 29–64.

Stein, Deborah, and Robert Spillman. 2010. *Poetry into Song: Performance and Analysis of Lieder*. New York: Oxford University Press.

Stephenson, Ken. 2002. *What to Listen for in Rock: A Stylistic Analysis*. New Haven: Yale University Press.

Witkin, Robert. 1998. *Adorno on Music*. New York: Routledge.

**Discography**

The Books. 2003. *The Lemon of Pink*. Tomlab.

The Chariot. 2007. *The Fiancée*. Solid State.

The Dillinger Escape Plan. 1999. *Calculating Infinity*. Relapse.

Drowningman. 2000. *How They Light Cigarettes in Prison*. Revelation.

Emery. 2005. *The Question*. Tooth and Nail.

Hopesfall. 2002. *The Satellite Years*. Trustkill.

Mew. 2005. *And The Glass Handed Kites*. Sony.

Radiohead. *Hail to the Thief*. Capitol.

Sleepy Eyes of Death. 2007. *Street Lights For a Ribcage*. Sleep Capsule.

──────. 2009. *Dark Signals*. Mass Movement.

Return to beginning

**Footnotes**

\* A previous version of this paper was presented at the 2010 national meeting of the Society for Music Theory as part of a performance/analysis special session entitled "(Per) Form In(g) Rock." I would like to thank Nicole Biamonte, Mark Spicer, Áine Heneghan, Jonathan Bernard, John Rahn, and Larry Starr for their helpful suggestions at various stages of this project, as well as the other session presenters—Tim Koozin, Jay Summach, and Christopher Doll—and, finally, several conference attendees for their perceptive comments and questions during the session.
Return to text

1. It should be noted that, even within traditional rock instrumentation (guitar, bass, drums, keyboards), the individual instruments are not always used to produce conventional timbres. For example, guitarists in the subgenre known as "noise rock" often play their guitars on the ground or on a table, using them not as strummed accompaniment instruments, but as noise generators filtered through multiple effect loops. Instrumentation can nonetheless be a useful metric for distinguishing contemporary art music from experimental rock, despite Alex Ross's observation that, as the lines between popular and classical genres have been blurred in the twenty-first century, so have their native timbres and textures: "If you were to listen blind to Björk's 'An Echo, A Stain,' in which the singer declaims fragmentary melodies against a soft cluster of choral voices, and then move on to Osvaldo Golijov's song cycle *Ayre*, where pulsating dance beats underpin multi-ethnic songs of Moorish Spain, you might conclude that Björk's was the classical composition and Golijov's was something else." (Ross 2008, 590).
Return to text

EXHIBIT 11
PAGE 452

2. Ian Rumbold cites Schubert's "Halt!" as exemplary of this technique in *Grove Music Online*, and Stein and Spillman source four of their five examples of the form from Schubert's Lieder. See Rumbold 2007–11 and Stein and Spillman 2010, 203–4.
Return to text

3. See Headlam 1996, 329. Headlam analyzes three songs by Led Zeppelin, and claims that the influence for such "contrasting sectional blocks" originates with both *Sgt. Pepper's Lonely Hearts Club Band* (1967) and The Jimi Hendrix Experience's *Electric Ladyland* (1968).
Return to text

4. Walter Everett points out that the title-containing last section group (which he calls a "finale") was added to the song later. The two-part artifact can still be heard on the *Anthology*; see Everett 1998, 182.
Return to text

5. I add a proper name in parentheses when the section in question behaves somewhat like a section found in verse/chorus-based forms. This is explained further in my discussion of "independent verses" and "independent choruses."
Return to text

6. Notice that I do not use the "prime" designation for presentations featuring new lyrics. If successive presentations of a given chord progression feature new lyrics, but no other change in the musical parameters given above, I would simply label all such presentations under the same section (X), rather than assigning each presentation a prime designation because of its new lyrics (X–X'–X").
Return to text

7. This disqualifies large two-part songs such as Led Zeppelin's "Babe I'm Gonna Leave You" (see Headlam 1996) from being described as through-composed. Osborn 2012 (forthcoming) describes similar structures in post-1990 rock music, such as the following two-part structure commonly found in experimental rock: GROUP I = [Verse 1–Chorus 1–Verse 2–Chorus 2]; GROUP II = [Transition–Hook]. Note that while the form utilizes recapitulation at the section level, it does not feature recapitulation at the level of section group, since group I moves to group II without returning to the original group.
Return to text

8. Stein and Spillman 2010 identify this technique in Schubert's through-composed songs: "Schubert's settings of Goethe's metaphysical poems 'Ganymed,' 'Prometheus,' and 'Grenzen der Menschheit' also proceed from beginning to end without sectional returns but utilize instead small-scale repetitions" (204).
Return to text

9. The antithetical concepts of thematic unity and diversity (sometimes referred to as "disunity") have received a considerable amount of attention in the music-theoretical community since the early 1990s. In refuting three previously published "disunity" analyses of common-practice pieces, Robert Morgan demonstrates that behind these disunities lies a deeper structural unity (Morgan 2003). In each case, Morgan reveals these unities through voice-leading graphs at a deeper level of structure.
Return to text

10. This disparity may have something to do with the relative simplicity of verse/chorus-based structures, or rock composers' focus on the immediacy of small-scale formal units instead of large-scale formal narratives. The Decemberists' *The Hazards of Love* (2009) and Sufjan Stevens's *All Delighted People* (2010) provide notable exceptions to this observation. Both develop several melodic/harmonic themes across multiple tracks, creating a structure more like a suite or opera than an album with discrete tracks.
Return to text

11. In terms of grouping structure alone, only a semantic difference exists between, on one hand, all of a piece's sections collected under a single section group, and on the other, all of a piece's sections collected under no section group. However, when the basis for organizing these sections into groups is shared thematic material, the musical effects of these two designs are very different, as exemplified by through-composed types I and III, respectively.
Return to text

12. I am aligning thematic diversity with an aesthetic of disunity as a way to distinguish the practice of simply stringing together several diverse themes from the practice of thematic unification we associate with common-practice works. The fragmentary aesthetic comes about not only through thematic diversity, but also through the undeveloped presentation and rapid succession of these diverse themes, which we will observe in several One-Part Polythematic Forms in this article.
Return to text

13. This percussion groove is performed on "found" objects, rather than traditional percussion instruments. Found objects also produce the metallic clicking noises heard throughout the song, which are particularly audible during the track's quiet opening. Such noises, which often sound like someone tinkering with a small metal object in the studio, are a common way artists add acoustic richness to otherwise electronic tracks. For other examples of this technique, see The Postal Service, "Sleeping In" and Múm, "Green Grass of Tunnel."
Return to text

EXHIBIT 11
PAGE 453

14. The difference between Spicer's form and the process I am defining here has to do with whether the material presented at the end is recapitulatory. In cumulative form, the material presented at the end derives from sections found throughout the song. In other words, the material is recycled, so to speak, from prominent sections heard earlier (usually the chorus). In this Animal Collective song, we cannot rightly call the material at the end recapitulatory, since the piece is monothematic. Because there is no contrasting material to separate successive presentations of this theme, there can be no recapitulation, only development.
Return to text

15. See, for example, six of the fifteen tracks on Tool's *Aenima* (1996), most of which are through-composed. These tracks include death threats left on drummer Danny Carey's answering machine set to classical piano music ("Message to Harry Manback"), a recipe for hashish cakes chanted in German ("Die Eier von Satan"), and a simulated electrical storm performed on acoustic percussion instruments ("(-) Ions").
Return to text

16. Pitchfork Media's review reads: "*The Lemon of Pink* may sound a bit like this duo's debut, but it also sounds like nobody else. The Books remain more or less a genre of one" (www.pitchfork.com/reviews/albums/855-the-lemon-of-pink).
Return to text

17. While tracks by The Books vary greatly in compositional design, this technique can be found in most of their pieces. A pre-recorded improvisation is digitally cut into very short fragments (usually under one second) and distributed throughout the piece. The samples are often cut into extremely short uniform pieces and rhythmically strung together as eighth or sixteenth notes, giving the illusion that the performer is actually playing that rhythm, when, in reality, the "performance" was created in post-production via cut and paste.
Return to text

18. I would argue that strict repetition is not a viable construct. In human-performed music, performer re-interpretation will always introduce nuanced distinctions (as in the many repetitions of Satie's *Vexations*), and the only way to avoid this is through looped playback using recorded media. Even in the case of a technologically reproduced loop, listeners will interpret a given stimulus differently over time (bearing in mind that time is also elastic in that one's sense of time is readily altered by repetition), resulting in a sort of phenomenological "development" on the part of the listener. This is explored briefly by Edward T. Cone (Cone 1968, 46).
Return to text

19. Paradiddles are drum rudiments where the left and right hands follow the pattern [R–L–R–R–L–R–L–L]. In *Different Trains* and "Pierce the Air" this [R/L] hand pattern is isomorphically mapped onto the pitch register [low/high]. Reich's use of this pattern in many of his works no doubt stems from his training as a percussionist.
Return to text

20. While rock drummers usually keep time on the kick, snare, and cymbal, these time-keeping patterns are often broken up at key moments (such as hypermetric downbeats) by fills. "Washing" is the practice of keeping time on a loud crash cymbal, rather than the quieter hi-hat and ride cymbals. "Fills" are notes that replace the established kick, snare, and cymbal pattern, and they usually incorporate comparatively faster notes, performed on the snare and toms.
Return to text

21. Butler calls this process, whereby a groove is gradually assembled piece-by-piece, a "buildup" (Butler 2006, 224). Remarking on compositions by DJs Shiva and Stanley, he states: "during the buildup, various instruments are added to the texture, usually one at a time. This process increases intensity—not only by thickening the texture but also by filling in various rhythmic positions within the measure."
Return to text

22. This studio production artifact was provided to me by the band's guitarist Andrew Toms. While the left/right axis corresponds to time, the up/down axis is arbitrary and has no bearing on the track's sound. Engineers often assign names to the individual takes, and organize them in a coherent manner by instrument family (percussion takes, guitar takes, etc.) to facilitate mixing.
Return to text

23. Butler addresses the differences between live and studio versions of EDM pieces in great detail (Butler 2006, 202–54).
Return to text

24. This interview was conducted via email correspondence in May 2009. The complete interview can be found in Osborn 2010, Appendix D.
Return to text

25. Whereas thematic unification seems to be the norm in common practice, disunity and fragmentation are often described as a decidedly postmodern phenomena, more germane to post-WWII music (rock included) than any classical precedent. In "Postmodern Concepts of Musical Time," Jonathan Kramer suggests a series of postmodern musical traits, including "disdain for the often unquestioned value of structural unity," and "fragmentations and discontinuities" (Kramer 1996, 21–22). There are of course postmodern "classical" pieces that make use of fragmentation, namely collage pieces such as the third movement of

EXHIBIT 11
PAGE 454

Berio's *Sinfonia*. In popular culture, such aesthetics can be found in the recently conceived mash-up genre, including the successful work of sampling artist Girl Talk.
Return to text

26. Pennie's precision drumming is remarkable within metal circles. In addition, he is also a featured clinician and performer at international drum festivals, and has appeared several times in trade magazines such as *Modern Drummer* and *Drum!* In 2007, Pennie left Dillinger Escape Plan to join the neo-prog group Coheed and Cambria.
Return to text

27. The notated triplets in this example and the next are not performed evenly, but in a manner similar to "drag," or "Broadway" triplets. Among metal musicians, this stylistic nuance is known affectionately as "hardcore triplets," which are somewhere between a true triplet and a 3+3+2 subdivision.
Return to text

28. Of course, minimalist music provides a notable exception to this observation.
Return to text

29. Caplin states: "my theory establishes strict formal categories but applies them flexibly in analysis" (Caplin 1998, 4).
Return to text

30. This is why, throughout my text, I prefer to think of abstract forms in the plural (e.g., One-Part Processual Forms) instead of the singular. Since each piece has its own unique form, these archetypes must be thought of as categories, not prescriptive entities.
Return to text

31. One of the stronger aspects of Caplinian formal function is the freedom it allows the analyst to describe a section in terms of how it behaves, rather than what it is. Such methodologies are useful in sections such as these, which behave in a certain way, yet do not fit the established definitions for verse or chorus. Caplin states this clearly in analyzing an unconventional section: "By fixing our attention on this theme's constituent functions, we can be very precise on just how this particular sentence-like structure deviates from the norms of its type" (Caplin 2009, 31).
Return to text

32. In referring to characteristics common to verses, choruses and other types of sections frequently found in rock music, I take definitions found in Walter Everett's book *The Foundations of Rock* (Everett 2009, 141–53) as a point of departure.
Return to text

33. This interview was conducted via email in June 2009. The complete interview can be found in Osborn 2010, Appendix D. It may be worth noting that Emery's through-composed forms were my musical prompt for considering independent choruses and verses as viable formal structures, a hypothesis that was later confirmed by this interview. My concept of independent verses simply names what Carter describes above as verses that have "different chords or beats."
Return to text

34. An outstanding case of this phenomenon happens in "Miss Behavin'" (2005), which features independent choruses at 1:01 and 1:49, both of which feature a repeated lyric with polyphonic backing vocals. This formal tour-de-force also features a thematically independent climactic ending at 2:43 that far outshines these independent choruses in terms of memorability.
Return to text

35. This interview of Hopesfall guitarist Josh Brigham was conducted by Maelstrom magazine: issue 11, 2004. (www.maelstrom.nu/ezine/interview_iss11_135.php)
Return to text

36. It is often the case that a single section group within a multi-part formal design will be organized differently than the other groups (for example, group III of "Happiness is a Warm Gun," which only contains one theme). In cases such as these, it can be difficult to assign a single through-composed type to the song, since different groups of the song are organized in different ways (group I might be polythematic and group II might be more monothematic). Rather than be disheartened by such discrepancies, I contend that paying attention to the ways in which a song's organizational strategy changes over time is far more interesting, and musically revealing, than being able to pinpoint a definitive label for it.
Return to text

37. This could perhaps be interpreted as Generation Y's answer to the previous generation's over-the-head clapping of the backbeat at Bruce Springsteen concerts.
Return to text

38. Signs of protest bearing the slogan "Hail to the Thief" were seen frequently after the election of George W. Bush in 2000.
Return to text

39. Readers unfamiliar with Radiohead's stylistic evolution may wish to consult Marianne Tatom Letts's recent monograph (Letts 2010).

EXHIBIT 11
PAGE 455

Return to text

40. Classical musicians make similar assumptions about formal structures in certain common-practice genres. For example, musicians often associate binary forms with Baroque dance suites, strophic forms with Lieder, *da capo* forms with arias, and even through-composed forms with tone poems. Certain formal assumptions about particular movements of symphonies and string quartets have even led to "sonata-allegro form" and "first movement form" becoming synonymous with the idea of sonata form.

Return to text

Return to beginning

---

## Copyright Statement

**Copyright © 2011 by the Society for Music Theory. All rights reserved.**

[1] Copyrights for individual items published in *Music Theory Online* (*MTO*) are held by their authors. Items appearing in *MTO* may be saved and stored in electronic or paper form, and may be shared among individuals for purposes of scholarly research or discussion, but may *not* be republished in any form, electronic or print, without prior, written permission from the author(s), and advance notification of the editors of *MTO*.

[2] Any redistributed form of items published in *MTO* must include the following information in a form appropriate to the medium in which the items are to appear:

This item appeared in *Music Theory Online* in [VOLUME #, ISSUE #] on [DAY/MONTH/YEAR]. It was authored by [FULL NAME, EMAIL ADDRESS], with whose written permission it is reprinted here.

[3] Libraries may archive issues of *MTO* in electronic or paper form for public access so long as each issue is stored in its entirety, and no access fee is charged. Exceptions to these requirements must be approved in writing by the editors of *MTO*, who will act in accordance with the decisions of the Society for Music Theory.

This document and all portions thereof are protected by U.S. and international copyright laws. Material contained herein may be copied and/or distributed for research purposes only.

Return to beginning

Prepared by John Reef, Editorial Assistant
7,408 7,409



EXHIBIT 11
PAGE 456

# REBUTTAL VISUAL EXHIBIT K

EXHIBIT 11
PAGE 457



**MTO 18.4 Examples: Schultz, Tonal Pairing and the Relative-Key Paradox**

(Note: audio, video, and other interactive examples are only available online)
http://www.mtosmt.org/issues/mto.18.4/mto.18.4.schultz.php

**Example 1.** The opening guitar tattoo of "Speed Trials" as played by O'Riley
(a) in its original form; (b) in an E minor harmonic context; and (c) in a C major harmonic context

**a)**

**b)**

**c)**



EXHIBIT 11
PAGE 458

**Example 2.** Rhythmic reduction and formal scheme of "Speed Trials"

Verse: Chorus:



**Example 3.** Brower's analysis of Brahms's Intermezzo, Op. 119, No. 1, measures 1–4



EXHIBIT 11
PAGE 459

**Example 4.** Instrumental accompaniment in the verse of "Baby Britain"



**Example 5.** Rhythmic reduction and formal scheme of "Baby Britain"



3 of 6

EXHIBIT 11
PAGE 460

**Example 6.** Rhythmic reduction and formal scheme of "Waltz No. 2 (XO)"



**Example 7.** Opening piano tattoo of "Everything Means Nothing to Me"



EXHIBIT 11
PAGE 461

**Example 8.** Rhythmic reduction and formal scheme of "Everything Means Nothing to Me"

Verse: Outro:

**Form**

| Piano Tattoo | Verse | Refrain 1 | Piano Tattoo | Verse | Refrain 2 | Outro |
|---|---|---|---|---|---|---|
| 0:00 | 0:03 | 0:22 | 0:31 | 0:35 | 0:54 | 1:13 |



**Example 9.** The outro of "Everything Means Nothing to Me" (transcription by the author)

EXHIBIT 11
PAGE 462

**Example 10.** The four-note tonic sonority of the outro for "Everything Means Nothing to Me"



EXHIBIT 11
PAGE 463

MTO Home    Current Issue    Previous Issues    Submit    Jobs    Dissertations    About    Journals    SMT

Volume 18, Number 4, December 2012
Copyright © 2012 Society for Music Theory

# Tonal Pairing and the Relative-Key Paradox in the Music of Elliott Smith[*]

Rob Schultz

KEYWORDS: Elliott Smith, tonal pairing, relative keys, paradox, popular music

ABSTRACT: This article provides an introduction to American singer-songwriter Elliott Smith (1969–2003) by exploring his musical, lyrical, and personal predilection for ambiguity, contradiction, and paradox. Drawing upon Robert Bailey's (1977, 1985) concept of tonal pairing and Candace Brower's (2008) notion of pitch-space paradoxes, the article investigates the way in which these features manifest in selected songs from Smith's catalogue, focusing in particular on his penchant for pairing relative keys and the use of paradoxical and/or contradictory themes in his lyrics. It then closes by advocating for further study of Smith's music and the crucial role that contradiction and paradox plays in his approach to tonal structure.

*Received November 2012*

PDF text | PDF examples

[1] In an interview for the National Public Radio program *All Things Considered* (June 13, 2006), classical pianist Christopher O'Riley describes the American singer-songwriter Elliott Smith's (1969–2003) song "Speed Trials" (Smith 1997) as follows:

> One of the things . . . in the lyrics and in the music, [there] is an ambiguity in Elliott's music, and in particular in "Speed Trials." You don't really have a sense of whether it's a happy song or a sad song. I mean if, for instance, I play the opening, as he did [plays **Example 1a**], you don't really know, it could be in E minor [plays **Example 1b**] . . . in which case it would be quite sad, or it might be in C major [plays **Example 1c**] . . . you really don't know, and he doesn't really give it up for quite a while . . . .[(1)]

**Example 1.** The opening guitar tattoo of "Speed Trials" as played by O'Riley (a) in its original form; (b) in an E minor harmonic context; and (c) in a C major harmonic context



(click to enlarge and listen)

O'Riley thus attributes the song's ambiguous mood to the phenomenon of tonal pairing, which applies to music based "not on one stable sonority, but on the tension between two tonal centers" (Kinderman 1980, 106).[(2)] As O'Riley aptly demonstrates at the piano, the lack of a chordal accompaniment—and thus tonal context—in the guitar "tattoo" renders it plausibly construed as either $\hat{1}\ \hat{3}\ \hat{4}\ \hat{5}$ in E minor or $\hat{3}\ \hat{5}\ \hat{6}\ \hat{7}$ in C major.[(3)]

[2] O'Riley also indicates that the pairing of C major and E minor in "Speed Trials" extends beyond just this introductory figure. As seen in the rhythmic reduction displayed in **Example 2**, the verse begins with a modified form of the tattoo that features a root-position C major chord on the opening strong beat. This in itself would seem to establish C major as tonic; however, the motion from the preceding B-E dyad that closes the tattoo instead implies deceptive motion to VI in E

**Example 2.** Rhythmic reduction and formal scheme of "Speed Trials"

EXHIBIT 11
PAGE 464

minor. After three iterations of this figure, a cadential gesture featuring harmonic motion from A♭ major to an implied Gsus4 chord occurs, indicating that C major is in fact the governing tonic after all.

[3] C major's tonic status is not truly confirmed, however, until the chorus, which features a metrically accented root-position C major harmony (preceded by the dominant sonority that closes the verse) and a clear, well-defined progression to its dominant, G. Nevertheless, E minor still maintains a shadowy yet palpable presence throughout. As also seen in Example 2, the vocals quickly proceed in stepwise fashion to a high E, which is sustained through the subsequent motion to II and IV in a protracted articulation of the titular lyric. This generates a prominent harmonic dissonance of a ninth and seventh, respectively. C, on



(click to enlarge and listen)

the other hand, is treated merely as a passing tone in the ensuing descent to B. The outro proceeds in similar fashion, presenting a melodically varied and twice-reharmonized version of this material that continues to emphasize the high E while remaining harmonically grounded in C major until the song fades out.

[4] Although O'Riley does not elaborate on the lyrical content of "Speed Trials," the happy/sad ambiguity that he asserts based on the pairing of C major and E minor does indeed resonate with the various musically ambiguous elements of the song.[4] In verse one, the singer describes a cathedral with stained-glass windows that are black, and high notes that are sweet yet destructive. The chorus begins with the image of a smile, but one that the singer carefully qualifies by emphasizing its brevity and relative insignificance. The subject appears happy to be running, but is limited by the fact that he/she can only do so while standing in place. In verse two, the singer further elaborates on the subject's various character flaws, which seem to be largely self-imposed, leaving it unclear whether he/she deserves the listener's empathy or contempt. The situation remains unresolved in the outro, where the protagonist breaks free—now running "all over the place"—but still only musters "just a brief smile."

[5] As O'Riley also suggests, the lyrical and tonal ambiguity that characterizes "Speed Trials" is a characteristic feature of Smith's music. The purpose of this article is to flesh out this claim by investigating Smith's use of tonal pairing as a tool for expressing ambiguity, contradiction, and/or paradox in his music. Following a brief discussion of pertinent biographical details, the article makes note of Smith's preference for pairing relative keys, and invokes Candace Brower's (2008) conception of this tonal relationship as the musical analogue to the visual paradox of figure-ground reversal. It then discusses how relative-key pairing expresses contradiction and paradox in three songs by Smith, and ultimately argues that this musical phenomenon forms a vital aspect of their expressive meaning.

### Elliott Smith: Paradox in the Flesh

[6] Steven Paul "Elliott" Smith's musical career emerged from the "indie" rock scene that flourished in the Pacific Northwest in the early 1990s. Smith first gained a following as a founding member of the Portland, Oregon-based hard rock band Heatmiser before emerging as a somewhat soft-spoken solo artist. He released his debut album *Roman Candle* (1994) on the Cavity Search label before being signed by the now-iconic label Kill Rock Stars, for which he recorded his self-titled follow-up (1995), as well as the subsequent *Either/Or* (1997). Smith achieved significant mainstream success when his music was featured in Gus van Sant's 1997 film *Good Will Hunting*, and his song "Miss Misery" received an Academy Award nomination for best original song. Although it did not win, the exposure helped Smith garner a contract with the major label DreamWorks, for which he recorded two more albums, *XO* (1998) and *Figure 8* (2000). Smith subsequently left DreamWorks, and nearly completed his sixth solo album, *From a Basement on the Hill* (2004), before his death on October 21, 2003 from an apparent suicide.

[7] Smith spent his childhood and early adolescence living with his mother and stepfather in the Dallas, Texas suburb of Duncanville. When he was fourteen, Smith relocated to Portland, Oregon to live with his biological father, citing family problems that likely stemmed from a strained (and allegedly abusive) relationship with his stepfather (Nugent 2004, 23–24; *Spin*, December 2004). Smith seems to have never fully reconciled his formative experiences in these starkly contrasting locales. Several years after his move to Portland, he had a large tattoo of the state of Texas installed on his left arm, later explaining, "I didn't get it because I like Texas, kinda the opposite. But I won't forget about it although I'm tempted to 'cause I don't like it there" (*Comes with a Smile*, Winter 1998–99).

[8] In fact, Smith's taste in body art consistently belied a fascination with contradiction and paradox. His only other permanent tattoo was an illustration of a bull named Ferdinand, the main character in a children's book by Munro Leaf (1936). In the story, Ferdinand is the strongest bull in his pasture, but has no interest in fighting, and instead spends all his time smelling flowers under a cork tree. Reflecting upon the significance of Ferdinand for Smith, his close friend E.V. Day stated: "[i]t's like . . . he's this big bull who doesn't want to fight and would rather sit down and smell the flowers and wishes he wasn't this big bull. He's small but he's so big in his art and in his music. His music is orchestral and so this little man, this little beautiful man made this huge romantic music" (Nugent 2004, 61).

EXHIBIT 11
PAGE 465

[9] As a student at Hampshire College in Amherst, Massachusetts, Smith developed a keen interest in the philosophy of Søren Kierkegaard, a central feature of which is the unwavering commitment to ethical and existential paradoxes.[5] The title of Smith's third album, *Either/Or*, is an overt reference to Kierkegaard's renowned book of the same name. In fact, all of Smith's subsequent album titles rather explicitly invoke contradiction and/or paradox in some way. He consistently cited the abbreviation for "kisses and hugs" as the significance behind *XO*, yet also demonstrated an awareness of its oppositional connotations, admitting that he almost changed the title because "it was too much like *Either/Or*, like too opposite."[6] The title of his next album, *Figure 8*, is less indicative of opposition, but was inspired by the paradoxical image of "a skater going in this endless twisted circle that doesn't have any real endpoint" (*The Boston Herald*, May 11, 2000). Finally, the posthumous *From a Basement on the Hill* (2004)—which refers to producer David McConnell's basement studio on a hilltop in Malibu, California, where much of the album was recorded (*Under the Radar*, March 20, 2003)—demonstrates Smith's acute awareness of contradictory images and scenarios.

### Tonal Pairing and the Relative Key Paradox in Elliott Smith's Music

[10] Whereas "Speed Trials" pairs keys with different signatures, the majority of Smith's music featuring tonal pairing instead involves relative keys. Interestingly, Candace Brower (2008) has shown how a fundamental paradox lies embedded within this key relationship. Relative keys are capable of manifesting the musical analogue to the visual phenomenon of figure-ground reversal, which is responsible for such familiar optical illusions as the Necker cube, Duck-Rabbit, and Face-Vase illustrations. Modulation between relative keys produces the corresponding aural effect because major and natural minor share the same pitch class collection, but assign greater prominence to contrasting subsets thereof. Thus, in A minor, triads built on A, E, and D come to the fore as tonic, dominant, and subdominant, respectively, whereas triads built on C, G, and F recede to the background, and vice versa for C major.

[11] The opening four measures of Johannes Brahms's Intermezzo, op. 119, no. 1 serves as Brower's (2008, 89) analytical case study of this phenomenon (see **Example 3**). As Brower observes, "[its] continuous cycling through the diatonic collection locates us firmly within the key space of D major/B minor. Yet figure-ground ambiguity causes the ear to flip back and forth between these two keys, which are counterposed in almost perfect balance" (88). Brower goes on to discuss the way the various ambiguities in the surface level rhythmic, metric, and pitch groupings—as indicated by the analytical annotations in Example 3—work in tandem to induce this "flipping" between the two keys.[7]

**Example 3**. Brower's analysis of Brahms's Intermezzo, Op. 119, No. 1, measures 1–4



(click to enlarge and listen)

[12] It is important to note that, although figure-ground reversal paradox is an intrinsic theoretical property of the relative-key relationship, it is the presence of ambivalent or ambiguous tonal behaviors that facilitates its musical manifestation. In tonal compositional practice, the relative major tends to be the more stable of the two keys, and it exerts a stronger pull than its minor-key counterpart. As such, modulation from i to III is both more commonplace and more convincing than modulation from I to vi. This tendency must be counteracted in order to achieve the tonal equilibrium necessary to produce the flipping effect.

[13] The ambivalent and ambiguous tonal behaviors needed to bring about this kind of tonal equilibrium form the bedrock of the concept of tonal pairing. Consider Christopher Lewis's (1984, 6) list of possible manifestations of tonal pairing:

1. Juxtaposition of musical fragments implying the two tonics in succession or alternation

2. Mixture of the two tonalities, exploiting ambiguous and common harmonic functions

3. Use of a tonic sonority created by the conflation of the two tonic triads

4. Superposition of lines or textures in one key upon those in another.

Each of these techniques uses tonal ambivalence or ambiguity to promote the sense of equality between the paired keys. Indeed, the figure-ground reversal effect at work in Example 3 can be readily attributed to the first two items on this list.

[14] To be sure, however, the musical means by which a modern-day songwriter invokes the relative-key paradox will likely diverge from those of a nineteenth-century composer due to the distinct—though hardly mutually exclusive—harmonic worlds they inhabit. In pop-rock music, for instance, IV tends to be used with greater frequency than V, and IV–I appears more often than V–I (Temperley 2011); pop-rock harmony also commonly employs progressions of a distinctly modal and/or pentatonic disposition that fall outside standard common-practice tonal usage (Everett 2004, 2008, 2009; Biamonte 2010). However, none of Lewis's manifestation-types hinge upon dominant-tonic polarity or a rigid adherence to conventional tonal syntax, and they are thus equally applicable to both harmonic practices. Indeed, each of the three songs by Smith examined below induces the relative-key paradox using some or all of these techniques in ways that both converge with and diverge from common-practice harmonic procedures.

EXHIBIT 11
PAGE 466

Case 2:15-cv-05642-CAS-JC   Document 282-2   Filed 06/25/18   Page 218 of 224   Page ID #:2806

*"Baby Britain"*

[15] **Example 4** displays the instrumental accompaniment that appears in the verse of Smith's "Baby Britain" (*XO*). The uniform rhythm, texture, and pitch collection of this figure, along with the alternating plagal progressions from both Em7 and G major encourage the listener to "flip" between the two tonal orientations, as the analytical notation shown below the staff indicates. The keys of E minor and G major are both implicated in the chorus as well. As seen in **Example 5**, this section consists of three consecutive phrases in which a two-voice texture proceeds via contrary motion to a C major triad. Although the metrical and hypermetrical accent on the opening E-E dyad implies a i–III–VI progression in E minor with intervening passing motion on the weak beats, the analogous motion featured in the verse sets up a plausible, albeit somewhat less convincing flip of this progression to vi–I–IV in G major. The bridge, meanwhile, starts out by tonicizing its dominant, D major, suggesting that tonic confirmation of G major is imminent. However, this D major chord instead proceeds directly to B major, which functions as the dominant of E leading into the ensuing instrumental chorus (1:45).

**Example 4**. Instrumental accompaniment in the verse of "Baby Britain"



(click to enlarge and listen)

**Example 5**. Rhythmic reduction and formal scheme of "Baby Britain"



(click to enlarge and listen)

[16] With respect to the lyrics of "Baby Britain," verse one introduces the listener to the song's eponymous (and presumably alcoholic) subject, who tends to "fight problems with bigger problems."[8] In verse two, the singer refers to dead soldiers (i.e. empty beer bottles) that are nevertheless conscious enough to be prepared for attack and unaware of their incapacitation. The bridge describes how Baby Britain's eyes seem to be saying "hi" when she actually says "goodbye."[9] Furthermore, Matthew LeMay (2009) has observed how the lyrics draw extensively on images of expansion and contraction between two opposing concepts or states: "vodka forms a sea, problems are fought with bigger problems, the ocean falls and rises, tears pour from Baby Britain's eyes. A similar dynamic is utilized in the song's second verse, which evokes the miniature ('dead soldiers lined up on the table') and the monumental ('London bridge')" (37–38). The flips between relative keys in "Baby Britain" thus provide a fitting tonal backdrop for all of the various contradictory elements presented in the lyrics.

*"Waltz No. 2 (XO)"*

[17] Smith's "Waltz No. 2 (XO)" (*XO*) features an even more pervasive and deeper-level use of the relative-key paradox. As seen in **Example 6**, the song begins by establishing its underlying drum pattern for four measures. It then follows with four measures of G minor strummed on the guitar, which thereby assumes the role of the tonic. At 0:11, the tune of the refrain enters, and the tonic immediately proceeds to VI via its dominant, which is subsequently prolonged for four measures. This, however, leads to a perfect authentic cadence in B♭, which induces a retrospective reinterpretation of the E♭ major chord as IV of that key.

**Example 6**. Rhythmic reduction and formal scheme of "Waltz No. 2 (XO)"



(click to enlarge, see the rest, and listen)

E♭ major's common harmonic function in both G minor and B♭ major thus facilitates a flip from the former to the latter, and thereby undermines the initial assessment of G minor as the song's global tonic. The subsequent repetition of this material generates even further ambivalence in this regard.

[18] The verse of "Waltz No. 2 (XO)" manifests the relative key paradox in a highly similar manner. It begins with two measures of G minor, thus engendering an abrupt flip back to that key following the conclusion of the intro. Two measures of B♭ major appear next, followed by strongly directed motion to a half cadence in that key. Rather than confirming B♭ major, however, a back-relating ii chord is heard, followed by cadential motion to the dominant of G minor. The C minor triad is thus retrospectively reinterpreted as iv of G minor, producing another flip between relative keys.

[19] As mentioned above, the melodic and harmonic material of the refrain first occurs in the intro (0:11), and thus manifests the relative-key paradox on each of its three subsequent appearances in the song. [10] The bridge, which appears only once following the second refrain, opens with a tonicization of ii in B♭ major. This ii chord progresses to IV, which is then succeeded by plagal

EXHIBIT 11
PAGE 467

motion to I. Stepwise passing motion in the bass, however, quickly leads to G minor, which then gives way to C minor and E♭ major, sounding here as iv and VI of G minor, respectively. The subsequent arrival of verse three and its opening G minor tonic then fully realizes the implicit flip back to that key.

[20] Lyrically, "Waltz No. 2 (XO)" presents a vivid depiction of Smith's conflicted sentiments involving his relationship with his mother.[11] As mentioned above, Smith struggled with feelings of devotion for his mother, but antipathy toward his stepfather, and remained haunted throughout his life by the guilt of leaving his mother to live with his biological father (*Spin*, December 2004). Smith's use of the expression "XO" in the song's title is especially poignant in this regard. As Nugent (2004, 133) has observed, XO "means both 'I love you' and 'goodbye.' And that's the way the song sounds, like a love song and a farewell." This pithy characterization of the song's signature sound and its affinity with the conflicting connotations of the expression XO is no doubt heavily indebted to its abundant use of the relative-key paradox.

[21] The underlying narrative of "Waltz No. 2 (XO)" is Smith's childhood memory of his mother and stepfather performing karaoke at a local bar, replete with references to the Everly Brothers' "Cathy's Clown" (1960) and Clint Ballard Jr.'s "You're No Good" (1963). The autobiographical nature of the lyrics, however, is not rendered fully explicit until verse three, when the singer directly addresses his mother with the lyric, "XO, mom."[12] His internal conflict is evident in his subsequent attempt to reassure her that "it's okay, it's alright, nothing's wrong," only to request immediately thereafter that she "tell Mr. Man with impossible plans to just leave me alone." As for the lyric of the refrain, "I'm never gonna know you now, but I'm gonna love you anyhow," Nugent's description is especially apt: "[i]t's the way everybody feels during the termination of a short-lived relationship, but it also fits with Smith's apparent confusion over how to look back on his Texas upbringing—the love is there, and so is the confusion" (2004, 133). The pervasive presence of the relative-key paradox in "Waltz No. 2 (XO)" thus exemplifies the singer's internal struggle to reconcile these seemingly incompatible emotional states.

*"Everything Means Nothing to Me"*

[22] Perhaps the most sophisticated manifestation of tonal pairing and the relative-key paradox in Smith's music occurs in "Everything Means Nothing to Me" from the album *Figure 8*. As seen in **Example 7**, the song opens with a two-measure piano tattoo that prolongs a V chord in A♯ minor. Rather than continuing in this key, however, the verse begins with a V–i progression in C♯ minor, as seen in **Example 8**, rendering the tonal status of the tattoo uncertain at best.[13] The verse then proceeds to VI, which is embellished by an upper neighbor harmony before passing to iv. This iv chord is immediately transformed into a fully diminished seventh, the root of which then slides down a half step to form V in A♯ minor (the seventh is simply jettisoned). An A♯ minor tonic triad follows, and then proceeds to VI of that key via a chromatic descending bass line for the ensuing first refrain. The subsequent return of the piano tattoo before the launch of the second verse clarifies its function as a structural dominant of A♯, but its resolution is subverted by the launch of second verse in C♯ minor.

[23] The tandem of piano tattoo, verse, and first refrain thus presents a clear manifestation of tonal pairing. Pairing A♯ minor with C♯ minor, rather than major, however, obviates the figure-ground reversal effect that underlies the relative-key relation. The use of two keys three semitones apart tacitly invokes the relative-key paradox, but the manifestation of both keys in the minor mode denies its proper realization.

**Example 7.** Opening piano tattoo of "Everything Means Nothing to Me"



(click to enlarge and listen)

**Example 8.** Rhythmic reduction and formal scheme of "Everything Means Nothing to Me"



(click to enlarge, see the rest, and listen)

[24] This tonal environment aptly sets the scene for the trenchant paradoxical imagery and nihilistic sentiments expressed in the song's lyrics.[14] David McConnell provides some crucial, if harrowing, insight into Smith's compositional process for the song:

> Elliott told me about having a psychotic episode while he was [recording *Figure 8*] . . . He was fed up with the current state of his life. A lot of people from the label were telling him he needed to get it together. He was so sick of people talking about the future. So he carved the word "now" into his arm with a knife. And he sat down at the piano and wrote "Everything Means Nothing to Me" as the blood was dripping down his arm" (*Spin*, December 2004).

Smith's preoccupation with the future appears immediately in the song's opening simile, which equates an anonymous "someone's" future to the past via a backward-looking statue. In verse two, the narration begins in the first-person as the singer

EXHIBIT 11
PAGE 468

again invokes the past by describing his picture in the paper, where he appears as a reflection of an "iron man." This image, along with that of water and a pose indicative of deferential respect, links the iron man—and thus, the singer himself—to verse one's statue, as well as the anonymous "someone" in verse one for whom the statue is an embodiment of a past that is also somehow intimately linked with the future.

[25] Verse two's concluding line reveals the source of the singer's hostility toward the future: its accompanying expectations for him to be "everything he's supposed to." It also reveals the underlying rationale behind the paradoxical merging of the future with the past, indicating that these expectations originated from an earlier time when he actually was capable of meeting such demands. The singer continues to struggle to come to terms with the inherent pressure that the future imposes upon him, as the iron man is "still trying" to salute his past. However, the relentless repetition of the despondent title lyric in the outro (discussed in detail below) obliterates any hope of such resolution.

[26] Although the song's autobiographical connotations are undeniably palpable—particularly in light of McConnell's above-quoted anecdote—there are other factors at work here as well. As Lemay (2009, 20) observes, Smith generally "offers personal emotions as a jumping off point for addressing broad philosophical and psychological themes." Larry Crane, producer and archivist for Smith's estate, concurs: "I think he used archetypes . . . . He read a lot of philosophy. When people are searching with him for a sort of confessional songwriting thing, you're getting maybe a little piece of that, but you're also getting this deeper look at who people really are" (quoted in Lemay 2009, 32). Indeed, the song's titular lyric can be understood not only as a pronouncement of hopelessness and personal despair, but also as a metaphysical realization that the meaning of "everything" is in fact "nothing."[15] Seen in this light, the phrase reads like a *koan*, a logical paradox designed for mental and spiritual contemplation. The final prepositional phrase "to me" adds an additional layer of paradox, rendering the entire lyric as a purely subjective description of two all-encompassing concepts.[16] That Smith articulated his anguish using this particular turn of phrase suggests that the titular lyric is both a personal declaration and a meditation on a profound existential truth.

[27] In terms of narrativity, "Everything Means Nothing to Me" presents a dizzying array of perspectives in both tense and voice. Verse one begins in the preterit in line one, but immediately shifts in line two to the present continuous and present simple, as the statue is "looking," and the subject "wishes." Line three returns to the present continuous, but also alludes to the future with the image of the blue songbird that "keeps singing." In verse two, the singer also begins in the preterit, but lines two and three present a direct juxtaposition of the preterit with each of the present forms used in the preceding verse: the present continuous in the former ("showed" and "still trying"), and the present simple in the latter ("was" and "he's").

[28] With respect to narrative voice, verse one unfolds exclusively in the third-person, describing the thoughts and actions of the aforementioned anonymous "someone." As also discussed above, verse two establishes a first-person narration from the outset. However, it then seamlessly transitions back to third-person in its subsequent description of the iron man. This implies that the two narrative voices—and the multiplicity of temporalities in which they dwell—are in fact one and the same. Thus, like the connections established earlier between the singer (i.e. the first-person narrator), iron man, statue, and "someone," as well as the connections between the past, present, and future, the song merges an exceedingly fractured narrative structure into a single unified persona.

[29] In the end, however, it is the music that gets the final word. As seen in Example 8, the second iteration of the refrain further prolongs VI in A♯ minor (F♯) with a downward register transfer via an embellishing iv chord (D♯m). The second time this iv appears, however, it leads directly to the outro, in which the piano incessantly repeats a I–V–IV progression in C♯ major until the song fades out. The iv chord in A♯ minor is thus retrospectively reinterpreted as ii of C♯ major, engendering a tonal flip that terminates the preceding cycle of minor keys and facilitates a climactic breakthrough to the relative major via the relative-key paradox.

[30] In addition to the emergence of the new C♯ major tonality, the outro also features the long-delayed entrance of the bass guitar and drums, as well as a new countermelody in the organ, as shown in **Example 9**. The singer, however, remains entirely indifferent to this momentous turn of events, and continues to articulate the titular lyric on an ascending A♯ natural minor scale, exactly as he had done in each of the two refrains. Because of this refusal to acquiesce to the relative-key flip executed by the rhythm section, the true governing tonic sonority of the outro cannot be reduced any further than the four-note sonority displayed in **Example 10**. Although it resembles a C♯-add-6 chord in construction, the governing tonal context instead favors its being construed simply as the union of an A♯ minor and C♯ major triad.[17] In this way, the singer underscores his gloomy, pessimistic disposition while simultaneously realizing a new harmonic manifestation of the relative-key paradox. The extended, mantra-like

**Example 9.** The outro of "Everything Means Nothing to Me" (transcription by the author)



(click to enlarge)

**Example 10.** The four-note tonic sonority of the outro for "Everything Means Nothing to Me"

6/12/17, 5:23 PM

EXHIBIT 11
PAGE 469

repetition of this material allows for, and indeed encourages the listener to flip between keys at will in true Necker-cube fashion, and thus actively partake in and revel in the song's striking tonal and existential paradoxes.



(click to enlarge)

## Conclusion

[31] In the liner notes to his 2006 solo piano recording *Home to Oblivion: An Elliott Smith Tribute*, Christopher O'Riley describes Smith as "a wealth of contradictions" who "was keenly aware and constantly cultivating a sense of the multilayered, not only in his lyrics, but in the creation of his own singular sound-world as well." The foregoing analyses substantiate claims of this kind by documenting a fundamental way in which Smith's fascination with—and embodiment of—contradiction and paradox manifests in his music. The songs discussed here by no means exhaust Smith's catalogue in this respect. "Good to Go," (*Elliott Smith*), "Between the Bars" (*Either/Or*), "Bottle Up and Explode!" (*XO*), "Everything Reminds Me of Her" (*Figure 8*), and "Fond Farewell" (*From a Basement on the Hill*) are all particularly well suited for analytical study in this vein as well. Indeed, it is hoped that further attention awaits this relatively new body of work so that a more comprehensive picture of Smith's art may begin to emerge. One need not unequivocally concur with O'Riley's assessment of Smith as the "most important [American] songwriter since Cole Porter or George Gershwin" to fully appreciate his unique and indispensable contribution to this tradition.

Return to beginning

Rob Schultz
University of Massachusetts Amherst
273 Fine Arts Center East
151 Presidents Drive
Amherst, MA 01003
rschultz@music.umass.edu

Return to beginning

## Works Cited

Bailey, Robert. 1977. "The Structure of the 'Ring' and its Evolution." *19th-Century Music* 1, no. 1: 48–61.

———. 1985. "An Analytical Study of the Sketches and Drafts." In *Prelude and Transfiguration from* Tristan and Isolde, ed. by Robert Bailey, 113–46. New York: W.W. Norton.

Ballard Jr., Clint. 1963. "You're No Good." First recorded by Dee Dee Warwick, Jubilee 45-5459.

The Beatles. 1967. *Magical Mystery Tour*. Capitol SMAL 2835.

Biamonte, Nicole. 2010. "Triadic Modal and Pentatonic Patterns in Rock Music." *Music Theory Spectrum* 32, no. 2: 95–110.

Brower, Candace. 2008. "Paradoxes of Pitch Space." *Music Analysis* 27, no. 1: 51–106.

Everett, Walter. 2004. "Making Sense of Rock's Tonal Systems." *Music Theory Online* 10.4.

———. 2008. "Pitch Down the Middle." In *Expression in Pop-Rock Music*, 2nd edition, ed. by Walter Everett, 111–74. New York: Routledge.

———. 2009. *The Foundations of Rock: From "Blue Suede Shoes" to "Suite: Judy Blue Eyes*. New York and Oxford: Oxford University Press.

The Everly Brothers. 1960. "Cathy's Clown." Warner Brothers 5151.

Kierkegaard, Søren [Johannes Climacus, pseud.]. 1985 (1844). *Philosophical Fragments*. Translated and ed. by Howard V. Hong and Edna H. Hong. Princeton: Princeton University Press.

———. 1987 (1843). *Either/Or*. Translated and ed. by Howard V. Hong and Edna H. Hong. Princeton: Princeton University Press.

———. 2006 (1843). *Fear and Trembling*. Ed. by C. Stephan Evans and Sylvia Walsh, translated by Sylvia Walsh. Cambridge: Cambridge University Press.

Kinderman, William. 1980. "Dramatic Recapitulation in Wagner's 'Götterdämmerung.'" *19th-Century Music* 4, no. 2: 101–12.

———. 1996. "Dramatic Recapitulation and Tonal Pairing in Wagner's *Tristan und Isolde* and *Parsifal*." In *The Second Practice of Nineteenth-Century Tonality*, ed. by William Kinderman and Harald Krebs, 17–33. Lincoln: University of Nebraska Press.

EXHIBIT 11
PAGE 470

Krebs, Harald. 1996. "Some Early Examples of Tonal Pairing." In *The Second Practice of Nineteenth-Century Tonality*, ed. by William Kinderman and Harald Krebs, 17–33. Lincoln: University of Nebraska Press.

Leaf, Munro. 1936. *The Story of Ferdinand*. Illustrated by Robert Lawson. New York: The Viking Press.

Lemay, Matthew. 2009. *XO*. New York and London: Continuum.

Lewis, Christopher Orlo. 1984. *Tonal Coherence in Mahler's Ninth Symphony*. Ann Arbor: UMI Research Press.

Mehldau, Brad. 2000. *Deregulating Jazz*. Warner Brothers B000WW1ISO.

Morgan, Robert. 1999. "Are There Two Tonal Practices in Nineteenth-Century Music?" *Journal of Music Theory* 43, no. 1: 135–63.

Nugent, Benjamin. 2004. *Elliott Smith and the Big Nothing*. Cambridge, MA: Da Capo Press.

O'Riley, Christopher. 2006. *Home to Oblivion: An Elliott Smith Tribute*. World Village B000QQTU36.

Pomeroy, Boyd. 2004. "Tales of Two Tonics: Directional Tonality in Debussy's Orchestral Music." *Music Theory Spectrum* 26, no. 1): 87–118.

Salzer, Felix. 1952. *Structural Hearing: Tonal Coherence in Music*. New York: Charles Boni. (Reprinted New York: Dover, 1962).

Smith, Elliott. 1994. *Roman Candle*. Cavity Search 13.

————. 1995. *Elliott Smith*. Kill Rock Stars 246.

————. 1997. *Either/Or*. Kill Rock Stars 269.

————. 1998. *XO*. DreamWorks SKG 50048.

————. 2000. *Figure 8*. DreamWorks SKG 450225.

————. 2004. *From a Basement on the Hill*. ANTI- 86741.

Temperley, David. 2011. "The Cadential IV in Rock." *Music Theory Online* 17, no. 8.

Return to beginning

---

#### Footnotes

\* Earlier versions of this paper were presented at the Ninth Annual Meeting of the Music Theory Society of the Mid-Atlantic (George Washington University, 2011) and the Seventh International Conference on Music Since 1900/Lancaster University Music Analysis Conference (Lancaster University, U.K., 2011). The author wishes to thank Brent Auerbach, Jason Hooper, April Quire, and the anonymous reviewers of this journal for their many insightful comments and suggestions.
Return to text

1. http://www.npr.org/templates/story/story.php?storyId=5481868. O'Riley (2006) transcribed and recorded an entire album of songs by Elliott Smith for solo piano. Smith's crossover appeal is also evident in jazz pianist Brad Mehldau's (2000) recording of "Bottle Up and Explode!" (Smith 1998).
Return to text

2. For more on tonal pairing, see Bailey (1977,1985), Lewis (1984), Kinderman (1980,1996), Krebs (1996), Morgan (1999), Pomeroy (2004), and Everett (2008, 145).
Return to text

3. A tattoo is a formal device found in pop-rock music that Walter Everett (2009, 151) defines as "a short, one-phrase [instrumental] unit that may reappear as if to bring the song back into focus, perhaps to call extra attention to the following verse or, if the phrase had functioned as the song's introduction, to make it seem as if we are off to a fresh start."
Return to text

4. The lyrics to "Speed Trials" are available at http://www.sweetadeline.net/lspeed.html.
Return to text

5. See in particular Kierkegaard (1985, 37–54) and (2006).
Return to text

6. http://www.cggbert.com/es_interview.html.
Return to text

7. In contrast, Felix Salzer (1952, 247) construes these four measures in strictly monotonal terms, arguing that they consist of

EXHIBIT 11
PAGE 471

"motion to the prolonging V [in measure 4], which is an offshoot of the main prolongation I–Em–I."
Return to text

8. The lyrics to "Baby Britain" are available at http://www.sweetadeline.net/lbabybrit.html.
Return to text

9. The influence of The Beatles' contradiction-laden "Hello Goodbye" (Beatles 1967) is especially palpable here.
Return to text

10. Besides the addition of the above-mentioned lyric, the refrain proper differs from the intro in that the closing B♭ major chord occurs only at the end of the second (in the first and second refrains) or fourth (in the third refrain) iteration of the eight-measure phrase. This tactic effectively increases the listener's anticipation of the expected confirmation of B♭ major throughout, but does not obviate the presence of the flip, and thus the relative-key paradox in the refrain.
Return to text

11. The lyrics to "Waltz No. 2 (XO)" are available at http://www.sweetadeline.net/lxo.html.
Return to text

12. LeMay (2009, 32–35) documents how many of the lyrics, including this one, were even more overtly autobiographical in earlier live versions of the song, but became more objective and detached as the song evolved.
Return to text

13. The song has been transcribed in A♯ minor/C♯ major rather than B♭ minor/D♭ major in order to avoid using the awkward eight-flat signature of D♭ minor in the verse.
Return to text

14. The lyrics to "Everything Means Nothing to Me" are available at http://www.sweetadeline.net/leveryn.html.
Return to text

15. Notably, the epigraph to the opening chapter of Kierkegaard's *Either/Or* presents the following quotation by French author Paul Pelisson (1624–1693): "Grandeur, savoir, renommée, / Amitié, plaisir et bien, / Tout n'est que vent, que fumée: / Pour mieux dire, tout n'est rien [Greatness, knowledge, renown, / Friendship, pleasure and possessions, / All is only wind, only smoke: / To say it better, all is nothing]" (1987, 18).
Return to text

16. Perhaps not coincidentally, Kiergaard conceived of faith as a paradoxical relationship between the individual and the universal: "Faith is precisely this paradox, that the single individual as the particular is higher than the universal and is justified over against the latter not as subordinate but superior to it, yet in such a way, mind you, that it is the single individual who, after having been subordinate to the universal as the particular, now through the universal becomes the single individual who as the particular is superior to it; that the single individual as the particular stands in an absolute relation to the absolute. This standpoint cannot be mediated, for all mediation occurs precisely by virtue of the universal; it is and forever remains a paradox, inaccessible to thought" (2006, 48).
Return to text

17. Bailey (1985, 122) and Lewis (1984, 5–6) draw a clear distinction between these two harmonic entities as well.
Return to text

Return to beginning

---

## Copyright Statement

**Copyright © 2012 by the Society for Music Theory. All rights reserved.**

[1] Copyrights for individual items published in *Music Theory Online* (*MTO*) are held by their authors. Items appearing in *MTO* may be saved and stored in electronic or paper form, and may be shared among individuals for purposes of scholarly research or discussion, but may *not* be republished in any form, electronic or print, without prior, written permission from the author(s), and advance notification of the editors of *MTO*.

[2] Any redistributed form of items published in *MTO* must include the following information in a form appropriate to the medium in which the items are to appear:

> This item appeared in *Music Theory Online* in [VOLUME #, ISSUE #] on [DAY/MONTH/YEAR]. It was authored by [FULL NAME, EMAIL ADDRESS], with whose written permission it is reprinted here.

[3] Libraries may archive issues of *MTO* in electronic or paper form for public access so long as each issue is stored in its entirety, and no access fee is charged. Exceptions to these requirements must be approved in writing by the editors of *MTO*, who will act in accordance with the decisions of the Society for Music Theory.

EXHIBIT 11
PAGE 472

This document and all portions thereof are protected by U.S. and international copyright laws. Material contained herein may be copied and/or distributed for research purposes only.

Return to beginning

Prepared by Hoyt Andres, Editorial Assistant
4,915 4,916



EXHIBIT 11
PAGE 473