# REBUTTAL VISUAL EXHIBIT L

EXHIBIT 11
PAGE 474



**UNIVERSITY OF ILLINOIS PRESS**

"Edition-ing" Rock
Author(s): Albin J. Zak III
Source: *American Music*, Vol. 23, No. 1 (Spring, 2005), pp. 95-107
Published by: University of Illinois Press
Stable URL: http://www.jstor.org/stable/4153042
Accessed: 20-06-2017 12:22 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at http://about.jstor.org/terms



*University of Illinois Press* is collaborating with JSTOR to digitize, preserve and extend access to *American Music*

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 475

ALBIN J. ZAK III

# "Edition-ing" Rock

When I first met Mark Clague, MUSA's executive editor at the time, he suggested that I consider formulating a proposal for MUSA that had something to do with my interest in rock music. It was about time, he declared, that MUSA put out a "rock edition." I responded with a blank look. The idea of these two entities, rock and edition, in a state of co-habitation felt doomed from the start. Because MUSA aims to represent the breadth of American musical culture, it seems logical that it should include rock. But how might an edition represent faithfully what I take to be the central ontological category for musical works in this idiom—that is, records?[1] Rock records are wrought in sonic images; musicological editions preserve and transmit musical ideas, images, and instructions in writing. Whether these notational symbols originate with a composer or are transcribed from a performance, if we are to accept them as a reasonably accurate way of conveying both the music's syntactic elements and its spirit, then they must satisfy us as an iconic representation. It is up to the editor, after all, to use coded symbols that represent the work at hand in the fairest possible way.

But what would be a fair written representation of a rock record? As a sonic artifact, it is already a faithful document of the composition that it represents—namely itself. Many, perhaps most, of the ideas and actions fully represented by the recording would require an elaborate new notational system to be represented in writing at all. The enor-

Albin Zak is associate professor and chair of the Department of Music at the University at Albany (SUNY). He is co-editor of the forthcoming series, Tracking Pop, from University of Michigan Press. He is currently working on a critical discographic history of rock and roll of the 1950s and early 1960s, tracing developments in musical style and practice, audience responses, the influence of mass media, and cultural politics and polemics.

*American Music*   Spring 2005
© 2005 by the Board of Trustees of the University of Illinois

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 476

mous range of expressive nuances embodied in specific musical performances—the sounds of specific instruments being played in specific rooms, relationships of amplitude and frequency range, the electronic mediation involved in shaping timbres and textures, the configuration of the stereo soundstage—are inscribed on the recording medium just as surely as melody and rhythm, the elements that our notation system handles best. We are accustomed to locating a work's identity in a written text. Rock texts, however, are sounding things, and transporting them into the realm of iconicity is tricky. A record's authentic being lies in its particularity, but musical notation, whose power lies in generalization, offers too vague a picture on its own to represent this fairly.

Frank Zappa, who used musical notation more than most rockers, writes in his autobiography:

> On a record, the overall timbre of the piece (determined by equalization of individual parts and their proportions in the mix) tells you, in a subtle way, *WHAT* the song is about. The orchestration provides *important information* about what the composition *IS* and, in some instances, assumes a greater importance than *the composition itself.*[2]

What Zappa calls the "overall timbre," or "orchestration," is made up of the particular recorded manifestations of the musical parts and sounds that render *"the composition itself."* In his description of the interface between sounds and song, Zappa insists on their interdependence. It is the record's sound that tells us "what the composition *IS.*" Because rock records are works that by nature fuse musical idea and musical action in a manifest form, transcriptions amount to radical reductions of the artistic statement.

What makes the Kingsmen's "Louie Louie" a good record? Not lyrics or melodic design, harmonic motion, rhythmic groove, or instrumental arrangement—all of which can be represented apart from the record (though the lyrics would be at best an approximation)—hold the key to the answer. The record's power lies in its sound, which embodies multiple elements, processes, and voices: song, arrangement, sounds, musical performances, techniques of sound recording and processing, and all the ephemeral nuances that attend the moment of inscription. What one perspective might judge mind-numbingly simple is from another a complex network of sonic elements that listeners perceive as a whole. Above all, a record is a richly textured surface that we apprehend only as a sensory, temporal, and complete experience. But as soon as we section off some part of it—the lyrics, the chord changes—we are no longer dealing with the record or the experience it offers. Such reductions may be useful for particular analytic projects, but their limitations must be acknowledged and understood. To engage with records as they are, we

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 477

must focus on all the elements they actually contain and that account for their place in cultural history.

With these cautionary thoughts in mind, I have tried to imagine what a rock edition might look like and how it might be useful. That is, how might an edition bring us closer to the work and deepen our understanding of its meaning and cultural significance? In my view, the starting place for any such undertaking would be a group of recordings representing a central subject—an artist, a place, a historical period, a musical genre. Ideally, the recordings would be included with the edition, all of whose elements would be aimed at illuminating the records in some way, keeping the focus on the sound rather than attempting to translate them into some other representational medium. Since rock recordings are private property, licensing agreements would need to be worked out with the companies that own them. Although musicologists are not normally given to trafficking in the music business, record companies are archives of a sort, and to that extent familiar territory. Record companies' fascination with the CD boxed set is a sign that fruitful collaborations could be forged. The advent of the boxed set has already proven to be a fortunate confluence of profit seeking by record companies and access to the historical past for rock fans, critics, and scholars. Records whose costs were recouped long ago have become sources of almost pure profit for record firms, and rereleasing these records has placed the companies in an unfamiliar curatorial role. The reissues often present far more information than the originals, including recording credits and dates, and essays that go beyond standard liner note fare, both in length and quality of information. In addition, the alternate and partial takes and mixes that are often included in these collections have helped to kindle a growing interest in what might be called sketch studies. The Beach Boys' four-CD set *Pet Sounds Sessions* is a good example.[3] Other noteworthy multiple CD collections include *Phil Spector: Back to MONO*, *Elvis, The King of Rock and Roll: The Complete 50s Masters*, *James Brown: Star Time*, *The Temptations: Emperors of Soul*, *Cowabunga: The Surf Box*, *The Velvet Underground: Peel Slowly and See*, and *The Nuggets Boxed Set: Original Artyfacts from the First Psychedelic Era 1965–1968*.[4] And let's not forget the various Time-Life and K-Tel-type collections that are "not sold in stores," but that seem to do quite well on late-night television.

If recorded music is taken to be an essential part of a rock edition, then what should go along with the recordings? I can imagine many different approaches to the written aspect of the edition, tailored to fit specific projects, but the key elements fall into three categories: transcription, historical essay (including complete credits, dates, locations, and so on), and critical analysis. Musical and verbal notation, at least in the form of lead sheets, would be helpful in providing another point of access to certain aspects of the record's content—words, chords, and melody,

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 478

that is, the song. Beyond this, transcription could proceed as far as one wished to take it. Because certain elements fare better than others in our notation system, the value, even the possibility of descriptive detail, would vary with the project. A score for a rock edition might include important riffs, solos, rhythmic grooves, or other elements of the musical arrangement. Also, some partial transcription folded into a critical commentary could be helpful for illustration. Generally speaking, the more complex a record's network of musical syntactic elements is, the more valuable a conventional score. The edition of the *Beatles Complete Scores*, for example, contains some of the most complete transcriptions now in circulation, and the Beatles' arrangements, many of which contain scripted parts written by producer George Martin, lend themselves well to such treatment.[5] Moving from the descriptive to the prescriptive side, some recordings—Neil Young's "A Man Needs a Maid" or "There's a World," for instance—may be based on fairly complete scores to begin with.[6] Assuming their availability, these scores might well be included in the edition.

Because records are not only artworks but also historical documents, they are rich sources of information about performance practice and production techniques. A recording witnesses the process of its own creation, and careful listening can reveal much about the aesthetic and practical concerns of both individual participants and the composition team as a whole. On the other hand, because much of the production process cannot be recovered from listening to a record, textual interpretation may be augmented by related documentary evidence in the form of track sheets, interviews, company logs, and so forth. For those who think about records, it is useful to know: the makes, models, and characteristics of tape recorders, microphones, and mixers used on a given project; the configuration of the room; the number of repeated takes and the reasons for them; any unusual recording practices or sound processing techniques; the process by which the mix was fashioned; and the interpersonal dynamics of the collaborators. In the past decade or so, books focused on the recording histories of various groups have begun to appear. One of the first, and perhaps the best known of these, is Mark Lewisohn's *The Beatles Recording Sessions*, based on tapes and notes from the Beatles' recording sessions at Abbey Road Studio from 1962 to 1970. Other examples include Ernst Jorgensen's *Elvis Presley: A Life in Music: The Complete Recording Sessions*, Clinton Heylin's *Bob Dylan: The Recording Sessions 1960–1994*, and *Jimi Hendrix Sessions: The Complete Studio Recording Sessions, 1963–1970* by John McDermott with assistance from bassist Billy Cox and engineer Eddie Kramer, both of whom worked on the recordings.[7] The quality of these efforts varies greatly, from the informative though somewhat boosterish Lewisohn, through the mad-

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 479

deningly opinionated Heylin (which inexplicably omits engineer credits), to the mostly glossy McDermott. They share a common fault, however, in claiming to cover far more than they actually do.

Book series from Schirmer (Classic Rock Albums) and Continuum (Thirty Three and a Third) promise a greater degree of depth, focusing an entire monograph on a single album. The Schirmer series includes studies of Cream's *Disraeli Gears*, R.E.M.'s *Murmur*, Nirvana's *Nevermind*, the Rolling Stones' *Exile on Main Street*, and The Sex Pistols' *Never Mind the Bollocks Here's the Sex Pistols*. Continuum has books on Dusty Springfield's *Dusty in Memphis*, Love's *Forever Changes*, the Kinks' *The Kinks Are the Village Green Preservation Society*, and others.[8] These books suggest the potential appeal of such an enterprise, but the format dilutes the promise of depth, valuing a breezy read over close analysis and detailed documentation. While this emphasis may be more a reflection of the nature of trade books than the abilities of the authors—and the approaches vary considerably from one author to another—it leaves a scholarly opportunity untapped.

Detailed, documented essays on musical works are the musicologist's daily bread. Those who are so inclined can bring specialized skills to such a project, producing a substantial historical and critical account. It is common, for example, for music scholars to probe matters of creative process and the interweaving of compositional techniques, stylistic features, and aesthetic choices. Record making presents a compositional practice that involves songwriting, arranging, musical performance, and technological mediation, as well as a collaborative social process. The thoroughness and attention to detail required to explore such complexity, rare in journalistic accounts, is standard procedure for musicologists. Moreover, the ethos of a scholarly edition fits such an approach. Standards of evidence and detailed critical apparatuses that the world of trade publishing deems unnecessary, inappropriate, and too costly are fundamental in a work of music scholarship.

While the first two of my proposed categories, transcription and a historical essay, are more or less self-explanatory, the third, critical analysis, is only beginning to be explored. By "critical analysis," I mean writing aimed at highlighting salient aspects of a recording's material form. Rather than the kinds of analysis commonly employed with scripted music, or the nearly exclusive focus on song lyrics that has long dominated rock criticism, we might seek to give the sounding musical surfaces of recordings something like the "really accurate, sharp, loving description" that Susan Sontag suggests can "reveal the sensuous surface of art without mucking about in it."[9] In such an enterprise, one would need to treat things like timbre, textural development, and stereo placement as matters of thematic process. One would also need to consider the implications

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 480

100                                    Zak

of ambient images—that is, the evocations of physical spaces that are used to fashion the sound world of the record—and the configuration of the frequency spectrum, often a telling aspect of musical style.

Central to any record, of course, are the musical performances that it contains. In rock, performances that originate as activities become textual content, made up not only of specific nuances of phrasing, timbre, pitch, and timing, but also the traces of emotion, psyche, and experience expressed by performers and captured by the inscription process. Textual criticism must therefore engage with elements and experiences that historically have not been directly associated with musical works, expanding the scope to include sound and utterance as essential components of musical ideas. Records represent "out loud" musical thinking. Ideas are not merely *expressed* in sound; rather, ideas *become* sound. Concept and performance merge into an integral relationship that we perceive as a whole. This is true not only for ideas expressed in music but also for ideas expressed in words. As Simon Frith has pointed out, "song words are always spoken out—we always hear them in somebody's voice."[10] As a result, their linguistic meaning is colored by the affective sense of the performance that embodies them—its timbre, intonation, and other expressive qualities. In addition, the particular sonic configuration and expressive shape of performances are influenced by such things as the choice of recording tools, the space in which the recording takes place, and the dynamics of interaction among the recording team's members. The recorded rock performance, then, represents something quite different from the live one. Scholarly engagement with its full complement of formative elements presents a tough critical challenge.

One might also point out how the nature and function of specific sound phenomena affect a record's identity and meaning. Echo, for example, is one of the most versatile elements in the record-making process. It can produce a number of timbral, textural, rhythmic, and atmospheric effects, and its broad range of applications contributes to both stylistic definition and affective sense. Echo might be used, for example, as a sound shaping tool rather than a sonic replica. It could act as the basis of so-called time-domain timbral effects such as chorusing and flanging. Or, allowed a more distinct presence, it might take on the metaphorical significance of a shadow, a ghost, or a memory, which might, in turn, account for elements of a track's atmosphere that are only hinted at by the song. In any case, the various uses of echo, like most record-making techniques, have developed a corresponding range of rhetorical associations that resonate among artists and audiences. Bringing these associations into the discussion enriches the descriptive account.

Compare, for example, two Elvis Presley tracks—"Blue Moon of Kentucky" and "Blue Moon"—recorded within a few weeks of each other in 1954.[11] The tape echo on the vocals produces a different musical effect

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 481

in each case. On "Blue Moon of Kentucky," it adds a quality of nervous energy to the words and a rhythmic density to the overall track—the so-called slapback effect that would come to be so characteristic of rockabilly style. The effect involves a particular set of relationships between the voice and its double that involve tempo, performance style, lyrics, amplitude, and timbre. The quick tempo insures that the voice continually crowds the echo—a breathless effect heightened further by the rushed vocal phrasing. Presley's clipped delivery is filled with incisive attacks, emphasizing the hard consonants in the lyrics. The percussive quality that results is passed on to the echo so that, even while remaining in the background, the hard quality of the echo's attacks imparts a rambunctiousness to the overall rhythmic fabric that emanates from somewhere within the track.

With "Blue Moon," on the other hand, the undulating echoes of the voice are felt not so much as rhythmic pulses but as ghostly shadows. Indeed, the sustained notes during the falsetto section and on some of the words—"moon," for example—obscure the echo's attacks altogether, creating instead a timbral effect, a kind of hollow chorusing or phasing sound. For words and syllables that are not sustained, the track's slow tempo allows space for the echo to sound more distinctly, as does the echo's relative amplitude, which is louder than on "Blue Moon of Kentucky." In this configuration, the echo's presence contributes markedly to the track's haunted feeling, its unearthly sound shadowing the voice through the course of the song.[12]

The use of tape echo on these tracks was Sam Phillips's idea, of course. Phillips's influence may also be heard in the textural composition of these tracks. In the role of recording engineer and producer, he manned the controls of the mixing console; he was therefore in charge of defining certain aspects of the relationships among the musical parts as he fashioned a composite sound image from multiple sound sources. In "Blue Moon of Kentucky," he places the acoustic guitar up front in the mix, emphasizing the percussive quality of its timbre, which together with that of the slapped bass highlights the rhythmic drive of the arrangement and performance. "Blue Moon" has the same instrumentation but a completely different balance. Here, the bass is distant, and the acoustic guitar is barely audible, a kind of trippy, impressionistic haze that one might associate with the much later Cocteau Twins. Where one track crackles with energetic intensity, the other floats in a dreamy atmosphere. The contrast is the result of an integrated compositional process that includes the musicians' performances and the work of the engineer/producer.

"Texture," as Robert Erickson has written, "always denotes some overall quality, the feel of surfaces, the weave of fabrics, the look of things."[13] On records, this "overall quality" is that of the composite sound image created by the interaction of diverse elements, both syntactic and sonic,

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 482

102                                    Zak

and including timbre, relative amplitudes, rhythm, ambience, frequency range, chord voicings, and stereo configuration. Creating and molding textures requires bringing all of a track's elements into a balance that involves a complex set of proportions and angles of intersection. The resulting aural images embody a detailed sonic intricacy, a sensory richness that invites us to listen to them again and again. The more one listens and the deeper one is drawn into the sound world of the track, the more one is likely to encounter aural mysteries whose inscrutability enriches the listening experience. On many records, textural depth is provided by instruments that are barely heard, indeed that may not be consciously heard at all. Like the invisible undercoats that build up the surfaces of some paintings, sounds and musical parts may lose their individual identities and even become inaudible as distinct characters; yet their presence is felt in the overall sound and affective sense of the texture.

Consider John Hiatt's "Through Your Hands," from his album *Stolen Moments* (1991), where a rhythm obliquely at odds with the track's prevailing groove is folded into the timbre of a single instrument by way of the rhythmic pulsations of the tremolo effect.[14] The rhythmic conflict that results animates the textural weave and gives the introduction, first verse, and first chorus a feeling of quivering suspension that seems to complement the song's lyrics, which begin by describing a dreamt vision. Electronic tremolo is produced by an oscillation in amplitude whose speed and intensity can be controlled to create the desired effect, perceived as an alteration of the original sound. But because the effect is created by a regular oscillation, it is possible to set up a specific rhythmic relationship between the timbre and the basic pulse of the track, and in "Through Your Hands" this is exactly what occurs.

Beginning with the introduction, two electric guitars, panned left and right in the stereo field, play versions of the same basic figure (see Example 1). The guitar on the left side is assigned the tremolo effect, which at this speed creates a triplet rhythm in relation to the track's underlying pulse. By itself, then, this guitar part contains a certain rhythmic ambivalence, for as its attacks subdivide the basic pulse with duple rhythms they continually break up the regular oscillations of the tremolo, creating a sort of rhythmic wash from the layering of duple and triple subdivisions.[15] On the surface, this rhythmic conflict, together with the guitar's prominent presence, appears to be the sole source of the suspended effect. But the guitar on the right side participates in a subtle, yet crucial, way in adding to the rhythmic gesture a textural one that deepens the aural image: increasing the conflict, anticipating the rhythmic direction that is to come, and contributing to a sense of restless movement in the stereo space. The nature of the effect is veiled by the relative loudness of the two parts. That is, the rhythmic tension between the two guitars is

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 483

Example 1. Basic figure from the introduction of John Hiatt's "Through Your Hands"



controlled by the balance of amplitudes between them. The guitar on the right is much quieter; its subdivisions can barely be heard. Yet from its submerged place in the track, it firmly articulates—together with small flourishes from the shaker and finger cymbals—the rhythmic groove that will eventually take over the track.[16]

After the first chorus, an acoustic guitar enters on the right side, clearly foregrounding sixteenth-note subdivisions in its strumming pattern, asserting both place and rhythm. For the first time we hear a clear duple groove articulated from a previously obscure place in the track (the right-hand side), though it still struggles to establish itself against the ambiguity of the prominent tremolo. Shortly thereafter, however, at the beginning of the second verse, another acoustic guitar playing a similar part appears on the left side, balancing and reinforcing the first. At the same time, the drums enter, providing a solidly duple rhythmic foundation. The tremolo guitar now recedes into a texture that, while still awash in pulsing oscillations, is firmly rooted in a duple rhythmic feel. This guitar has gone from being the dominant textural presence, both in rhythm and timbre, to being simply a component timbre in a larger texture. And the rhythm articulated by the tremolo guitar's counterpart—the barely audible guitar on the right-hand side—emerges now as the track's central groove, its function transformed by the textural shift. As the groove emerges, the feeling of the entire track changes. Even the rhythmic articulation of Hiatt's vocal becomes more incisive in the second verse. Furthermore, the stereo space, eventfully animated to this point, now becomes a more stable canvas. As it moves from its suspended setting and settles into the rhythmic flow, the song seems retrospectively to have floated gradually down through the air and landed firmly on the ground.

Such textural events can play an important part in delineating a track's overall narrative structure. For while changes of texture often mirror a song's structure, they can also provide a narrative layer that is continuous (i.e., through-composed) in conception, spanning a song's sectional and strophic form with an overarching gesture. In "Through Your Hands," the first textural gesture unfolds across several structural subdivisions—introduction, first verse, first chorus, and interlude. For most of that time, it seems to parallel the progression of both the harmony and the lyrics, whose initial goals—the V-I cadence and the line "through your hands"—are reached at the end of the first chorus. The tremolo texture, however, carries on a bit further, allowing the suspended effect to cross-fade with

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 484

104                                    Zak

the emergent groove. Moving at its own pace, the textural modulation introduces a secondary layer of narrative rhythm that further enriches the track's unfolding.

As is often true of such textural moves, the progression seems to reflect a change in the tone of the song's lyrics. The first verse tells of a dream of faith in which the dreamer, reaching "past the scientific darkness," is wrapped in the coat of an angel. In the second verse, as the texture loses its rhythmic ambiguity, the lyrics move from dream to worldly skepticism. "You wouldn't know a burning bush," Hiatt sings, "if it blew up in your face." Heard in this light, the textural gesture takes on a significance as a programmatic enhancement of the ideas and sentiments expressed in the song.

Incorporating musical analysis into a critical edition is nothing new, of course. Indeed, the interpretive requirements of editing represent a continuous analytic engagement with the work at hand. Making editions, as Howard Mayer Brown once wrote, is an art in itself.[17] Far more than simply a byproduct of the editor's task, the relationship that forms between editor and text in the process of edition-ing affects the way that we understand the musical work, for the music comes to us through an editor's filter of analysis and interpretation. The difference with records is that the editor's analysis has no direct effect on the text, whereas with written music the analysis can engage directly with the notation. But while the rock text calls for a different mode of engagement, the editor retains the traditional responsibility: to fashion authoritative commentary infused with insights gained from a close relationship with a musical work. For those who encounter the edition, the edition's analytic presentation might provide a quick orientation to salient issues and problems that a work presents, while also exploring its deeper recesses.

Engineer and producer George Massenburg characterized mixing a record as follows: "I mix like I'm decorating a four-dimensional 'space.' Starting with some essential structural elements, I craft artifact and gesture, all of which say something about themselves and often refer to other elements in the 'space': shaking hands with (or, perhaps, conflicting with) other elements and usually supporting, flattering, or teasing the focal point—the center, the vocal."[18] Massenburg's words provide a good orientation to many of the issues involved in the kind of critical engagement that I'm talking about. They highlight the interactive nature of the relationships among individual elements and larger composites "artifact and gesture" and point to the continual shifts in perspective that a record offers through its manipulation of "four-dimensional space." The four dimensions speak to both synchronic and diachronic assemblage. The former is represented by height (the frequency range), width (the stereo spectrum), and depth (relations of prominence within the texture).[18] The latter is the progression of events, that is, the performances

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 485

and the narrative design, often compared to the technique of montage in filmmaking. Taking all of this into account, along with the song and the musical parts, we uncover a multifaceted compositional process involving the collaborative efforts of a number of artists with diverse skills, all of them represented in the musical work. The tools and techniques that music scholars have at our disposal are well suited to filling in the details of that picture. Doing so, I believe, would make a valuable and useful contribution not only to musicology but to musical culture in general.

The rock edition, then, as I see it, would be a bundle of elements clustered around a recording. Interesting questions may arise concerning different released versions of the recording, and an editor would certainly engage these. An initial release claims historical primacy, but not necessarily a controlling status in terms of reception history. Subsequent releases, which do their own cultural work, may undergo changes that alter the original sound in various ways. Chuck Berry's mono recordings of the 1950s and early 1960s, for example, were rereleased as *Chuck Berry's Golden Decade* in 1967 "enhanced" with ersatz stereo processing.[20] The album circulated for many years before subsequent releases restored the original mono format. The remastered versions, however, involve still other kinds of mediation employed to satisfy modern formats, playback equipment, and listeners' expectations. Mastering techniques for vinyl record and CD are different, so remasters are not the restorations one might presume, but new versions of old works, sonically speaking. And criteria are subjective; many choices made by mastering engineers are aesthetic in nature. Engineer Greg Calby acknowledges as much, recalling that for many of the decisions involved in remastering Bob Dylan's 1960s recordings, "It became kind of a philosophical discussion about which was the document that Bob wanted to present. Was it the vinyl or was it the tape?"[21] In the case of "Mr. Tambourine Man" Calby's decision that the taped performance was the "document," or primary source, led him to change the stereo configuration of the mix from the wider image that we have on the original LP to the more centered one on the remastered version.[22] Such decisions are made almost entirely according to aesthetic whim or commercial pragmatism, their success judged initially by employees of a record company and then by fans and critics of pop music and sound reproduction. I can imagine, however, an interesting collaboration between mastering engineer and musicologist that injects historical criticism into the discussion.

Whatever shape a particular project might take, an editor's central task would be to bring us closer to the work by creating an atmosphere, through historical reporting and interpretation as well as critical commentary, in which the work might resonate fully, raising our awareness of its being and deepening our appreciation of its cultural place. It may be, I'll admit, that I'm stretching the terms *editor* and *edition* too far, and

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 486

the whole project should have a different name. But I am more inclined to suggest that we expand our notions of scholarly formats, in this case reshaping our conception of "edition-ing" to engage the special problems and issues presented by this type of musical work. In an increasingly complex and multifaceted musical economy, building on the habits and techniques that we musicologists have developed working with scripted music can help us avoid the dangers of self-imposed limitations on music scholarship, while at the same time bringing to the study of rock music a needed expertise.

## NOTES

An earlier version of this article was presented at the annual meeting of the Society for American Music in Fort Worth, Texas (1999) as a contribution to a panel of MUSA editors discussing the problems posed by their respective editions. The word "edition-ing" is Mark Clague's. I am grateful to Paul Anderson, Mark Clague, Richard Crawford, James Dapogny, Travis Jackson, Amy Ku'uleialoha Stillman, and William Shea—all members of the Music of the Americas Study Group at the University of Michigan—for their helpful comments and suggestions. I am further indebted to Richard Crawford for his editorial expertise.

1. For a discussion of the ontological situation of rock works, see Theodore Gracyk, *Rhythm and Noise: An Aesthetics of Rock* (Durham, N.C.: Duke University Press, 1995); John Andrew Fisher, "Rock 'n' Recording: The Ontological Complexity of Rock Music," in *Musical Worlds: New Directions in the Philosophy of Music*, ed. Phil Alperson (University Park, Penn.: Penn State University Press, 1998), 109–23. Carl Dahlhaus's "Music as Text and Work of Art," in *Esthetics of Music*, trans. William W. Austin (Cambridge: Cambridge University Press, 1982), offers a brief but illuminating introduction to the work concept. For an extended encounter with the idea and its history see Lydia Goehr, *The Imaginary Museum of Musical Works: An Essay in the Philosophy of Music* (Oxford: Clarendon Press, 1992).

2. Frank Zappa with Peter Occhiogrosso, *The Real Frank Zappa Book* (New York: Poseidon Press, 1989), 188 (emphasis in original).

3. *The Pet Sounds Sessions*, Capitol 37662, 1997.

4. *Phil Spector: Back to MONO*, Phil Spector Records 7118–2, 1991; *Elvis, The King of Rock and Roll: The Complete 50s Masters*, RCA 07863 66050–2, 1992; *James Brown: Star Time*, Polydor 849 108–2, 1991; *The Temptations: Emperors of Soul*, Motown 31453–0338–2, 1994; *Cowabunga: The Surf Box*, Rhino R2 72418, 1996; *The Velvet Underground: Peel Slowly and See*, Polydor 31452 7887–2, 1995; *The Nuggets Boxed Set: Original Artyfacts from the First Psychedelic Era 1965–1968*, Rhino R2 75466, 1998. Three noteworthy labels specializing in reissues are Rhino (USA), Ace (UK), and Bear Family (Germany).

5. *The Beatles: Complete Scores* (London: Wise Publications; U.S.A. distributor, Hal Leonard Publishing, 1993).

6. Both tracks are on Young's *Harvest*, Reprise 2277–2, 1972. The arrangements are by Jack Nitzsche.

7. Mark Lewisohn, *The Beatles Recording Sessions* (New York: Harmony Books, 1988); Ernst Jorgensen, *Elvis Presley: A Life in Music: The Complete Recording Sessions* (New York: St. Martin's Press, 1998); Clinton Heylin, *Bob Dylan: The Recording Sessions 1960–1994* (New York: St. Martin's Press, 1996); *Jimi Hendrix Sessions: The Complete Studio Recording Sessions, 1963–1970* (Boston: Little, Brown, 1995).

8. Schirmer: John Platt, *Disraeli Gears: Cream* (1998); *Murmur: R.E.M.* (1999), Jim Berkenstadt and Charles Cross, *Nevermind: Nirvana* (1998); John Perry, *Exile on Main Street: The*

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 487

*Rolling Stones* (1999); Clinton Heylin, *Never Mind the Bollocks Here's the Sex Pistols: The Sex Pistols* (1998). Continuum: Warren Zanes, *Dusty in Memphis* (2003), Andrew Hultkrans, *Forever Changes* (2003), Andy Miller, *The Kinks Are the Village Green Preservation Society* (2003).

9. Susan Sontag, "Against Interpretation" (1966), in *Against Interpretation and Other Essays* (New York: Anchor Books, 1990), 13.

10. Simon Frith, "Try to Dig What We All Say," *The Listener* (June 26, 1980): 882, cited in Paul Clarke, "'A Magic Science': Rock Music as a Recording Art," *Popular Music* 3 (1983): 205.

11. Both tracks are on *The Sun Sessions CD*, RCA 6414-2 R, 1987.

12. Compare the affective impression of this version with the outtake on *Elvis, The King of Rock and Roll: The Complete 50s Masters*, where the echo is almost inaudible.

13. Robert Erickson, *Sound Structure in Music* (Berkeley: University of California Press, 1975), 139.

14. John Hiatt, *Stolen Moments*, A&M 75021 5310 2, 1990.

15. This three-against-two tremolo effect also invokes a well-known sound in rock's stylistic lexicon: the tremolo guitar on Bo Diddley's "Bo Diddley," Checker 814, 1955.

16. By setting the balance control hard left or hard right, each of the two guitars can be heard on its own.

17. Howard Mayer Brown, "Editing," in *The New Grove Dictionary of Music and Musicians*, ed. Stanley Sadie (London: Macmillan, 1980), 5:839.

18. Glen Ballou, ed., *Handbook for Sound Engineers: The New Audio Cyclopedia*, 2d ed. (Carmel, Minn.: SAMS, 1991), 1158.

19. Aural depth perception is affected by a complex of relationships involving not simply amplitude, but also such things as timbre, musical arrangement, ambience, and stereo placement. See Albin J. Zak III, *The Poetics of Rock: Cutting Tracks, Making Records* (Berkeley: University of California Press, 2001), 155–60).

20. Chuck Berry, *Chuck Berry's Golden Decade*, Chess 1514, 1967.

21. The audio link for this interview was accessed June 20, 2004 at *http://www.npr.org/ rundowns/segment.php?wfId=15254e5*.

22. The song appears on *Bringing It All Back Home*, Columbia CS 9128, 1965.

This content downloaded from 128.122.149.154 on Tue, 20 Jun 2017 12:22:46 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 488

# REBUTTAL VISUAL EXHIBIT M

EXHIBIT 11
PAGE 489



Thoughts on an Interdiscipline: Music Theory, Analysis, and Social Theory in Ethnomusicology
Author(s): Gabriel Solis
Source: *Ethnomusicology*, Vol. 56, No. 3 (Fall 2012), pp. 530–554
Published by: University of Illinois Press on behalf of Society for Ethnomusicology
Stable URL: http://www.jstor.org/stable/10.5406/ethnomusicology.56.3.0530
Accessed: 25-06-2017 19:53 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at http://about.jstor.org/terms



*University of Illinois Press, Society for Ethnomusicology* are collaborating with JSTOR to digitize, preserve and extend access to *Ethnomusicology*

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 490

Vol. 56, No. 3          Ethnomusicology          Fall 2012

# Thoughts on an Interdiscipline: Music Theory, Analysis, and Social Theory in Ethnomusicology

Gabriel Solis / University of Illinois, Champaign-Urbana

In an analytical and hortatory article in the *Yearbook for Traditional Music* about theory in ethnomusicology, and on the nature of ethnomusicological theory, Timothy Rice manifests a telling contradiction regarding music theory as a part of the discipline (2010b).[1] The article is quite useful in providing systematic ways of thinking about social theory and its role in ethnomusicology as well as the autochthonous modes of theorizing—about society, about culture, about the world—that we do in our discipline; but where it comes to theorizing about musical sound, Rice is unclear in a way that is at least unhelpful to his argument in the article, and potentially deleterious to our practice as a discipline as we move into the future.[2] On the one hand, he draws on a host of examples of the most significant work in the field in which theorizing about and closely analyzing musical sound plays a central role, but on the other, when he discusses music theory (by which I believe he means the production of generalizations about musical structure in the abstract) he does so in a way that diminishes its currency and importance to ethnomusicology. In this essay, I take the position that we need a metatheoretical perspective on the discipline that recognizes the ongoing significance of close analysis of musical sound in a range of studies and the production of music theory by ethnomusicologists over the past thirty years. This work, I argue, is not separate from the "interpretive turn," as Rice calls the growing importance of social theory in ethnomusicology since the 1980s, but, rather, interconnected with it. As Martin Stokes says in his portion of the entry on "Ethnomusicology" in the *New Grove Dictionary*, the opposition between "texts and contexts" can be seen as a false one (Pegg et al. n.d.).

As will become clear throughout this article, my use of the term "music theory" is intentionally somewhat vague here. I take it, in the first instance (seem-

---

© 2012 by the Society for Ethnomusicology

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 491

ingly in much the same way as Rice), as referring to the kinds of investigation of musical sound that are commonly taught in music theory and analysis courses or published in music theory journals in America—generalizations about structures of pitch, rhythm, and form—but I also intend a shift of sorts in thinking, to make the case that many of the ways ethnomusicologists have engaged with musical sound are themselves reasonably thought of as music theory, even if they look quite different from the more conventional model. I do not intend this article to offer a unified music theory (though I will suggest some lines of theoretical investigation that I find useful and interesting) but rather to offer a perspective on disciplinary practice. My aim, and the thing that I believe makes this article a useful addition to the extensive tradition of disciplinary reflection in ethnomusicology, is to highlight the extent to which we produce theory about musical sound and structure, and the ways that our music-theoretical activity can be productive within ethnomusicology, as the field contributes to musicology writ large, and, beyond this, to the humanities and social sciences.[3]

While this article is not only a response to Rice, his prominent metatheoretical writing substantially motivates it, and as such a more detailed look at his piece in *The Yearbook* is useful. The article is organized around a list of seven domains in which ethnomusicologists theorize, with the aim of "understanding more clearly the theorizing we already do and, in the process, help[ing] us develop a more robust theoretical tradition" (Rice 2010b:103). Rice's theoretical domains make sense, inasmuch as they have some logical cohesion and represent areas in which ethnomusicologists have produced not just isolated studies, but bodies of work over time. At least two of his seven domains—"General theories about the nature of music" and "Interlocal theory about musical processes in related communities and their contribution to community and area studies"—and perhaps a third—"Cross-cultural theories about music in relation to the many themes of interest to ethnomusicologists and their contribution beyond the discipline to general studies of those themes"—ought reasonably to incorporate, or in fact to *be* music theory. Indeed, his description of ethnomusicological theory begins essentially with what I would call music theory: "Ethnomusicological theory involves the writing of descriptions, classifications, comparisons, interpretations, and generalizations about music . . . in general" (ibid.:105) Yet throughout his discussion of these various areas of ethnomusicological theory, he seldom metadiscursively acknowledges the ways that ethnomusicologists engage in theory about musical sound as such (though a number of his examples, including his own study of Bulgarian multi-part singing, could certainly be thought of in that way).

Instead, Rice focuses on theory about social process. For instance, in his discussion of our "general theories about the nature of music," Rice avoids any mention of theories about musical structure, highlighting instead theories such

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 492

as "music is a social behavior;" "music is a nonverbal practice that can, outside verbal discourse, create gendered individuals and other socially constructed subjectivities," or "music's particular form and effects depend on its means of production" (ibid.:111). Likewise, in the discussion of "interlocal theory about musical processes in related cultures," Rice focuses not so much on formal aspects of musical structure interculturally as on social processes between groups: "comparing musical processes in related communities should yield ethnomusicological theory about, for example, the cultural work different musical genres do: within a geographically bounded culture; in a particular ethnic, racial, religious or kinship group; in nations within a particular area of the world; or in a set of historically or socially related institutions" (ibid.:120).

It might be reasonable to argue that all of these (and further) general theories rest on analysis of musical sound and structure, but Rice goes out of his way to preface his entire study with an off-hand dismissal of music theory as an exogenous and currently marginal practice to the discipline. Having laid out the social-theoretical areas of most interest to contemporary ethnomusicology, he performs a surprising conflation of music theory and science: "Perhaps most striking by its absence from my list of types of theory is scientific theory; this is because I believe most ethnomusicologists no longer employ it" (ibid.:103). He goes on to say, "Since the 1970s . . . these forms of theory have been supplanted by social theory, although to be sure, both scientific theory and music theory continue to have their advocates" (ibid.:104). Rice is not alone in focusing his metatheoretical study on social theory to the exclusion of music theory; but he is unusual, if not unique, in so explicitly diminishing the importance of music theory and analysis in the process.[4]

The implication that music theory is categorically and historically similar to scientific theory in ethnomusicology might be correct if by music theory we imagine Alexander John Ellis and the measurement of pitch intervals in various musical systems (1885). If, however, we see music theory more expansively—as, for instance, does Michael Tenzer, whom Rice includes as one of two ethnomusicologists still defending a place for music theory in the discipline, and as I intend to do in this article—then the obviousness of the connection dwindles. Indeed, Tenzer specifically objects to the implication that music theory and analysis—whose interrelation I will take up below—is somehow scientific. In the introduction to *Analytical Studies in World Music*, Tenzer says, "Music analysis must be rigorous but it is essentially creative, with only tangential claims to being scientific" (2006:6).

In ethnomusicology, to distinguish "music theory" from "social theory"—both of which I believe are often produced from within the discipline, as well as borrowed from other disciplines—I would rely on a distinction between aspects of music that can be understood as sonic features and aspects that are beyond

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 493

the strictly sonic.[5] Thus, music theory at its most basic might be the production of generalizations about musical sound based on its observation and in order to better understand further instances of it. There are many sources of generalization and many ways to use these theories to understand other works, performances, and events; but it should be clear that theory and analysis are interpretive endeavors that move well beyond the statistical description that was common in comparative musicology. Such music theory, I would argue, should be—and, indeed, is—neither of limited value to questions about music as social practice, nor marginal to the discipline of ethnomusicology at large, but rather of central importance in practice and in principle to both.

I do not intend to argue for a return to an ethnomusicology before what Rice calls the "interpretive" turn (2010b:104), nor for an ethnomusicology like the one advocated by Mervyn MacLean that is not "awash in social theory" (2006:337), nor for a pre-new-musicology without serious considerations of the power dynamics in representations that Gary Tomlinson, Susan McClary, and others so cogently made a part of music history in the 1990s (McClary [1991] 2002; Subotnik 1991; Tomlinson 1993; Brett, Wood, and Thomas [1994] 2006). Rather than offer a *revanchist* argument simply for a focus on "the music itself," or on music in the abstract, I argue here that in fact theorizing about musical sound gives ethnomusicologists useful tools for undertaking interpretive studies, and for reaching a full understanding of the domains affected by the power dynamics that characterize any instance of music-making. Debates over the value of "close reading" conducted in musicology in the 1990s (Tomlinson 1993; Krims 1998) are germane here. I am not as confident as Michael Tenzer when he answers his own question about doing musical analysis in the affirmative (2006:9); but I believe quite strongly that musical sounds are primary among the aspects of music making that we study (along with associated imagery, costume, embodied performance, and so on), and that while our methods for investigating sound must be held up to critique, a turn away from close consideration of those sounds (I prefer thinking about "close listening" and "close playing" to "close reading") impoverishes our work as a discipline.

I should note that I write here mainly about ethnomusicology as it is practiced in institutions in the United States, England, and Australia, the disciplinary communities with which I am most familiar. I cannot hope to address the practice in Continental Europe, Africa, Asia, or Latin America, though such a perspective would undoubtedly provide valuable insight. I suggest, based on work originally written in French and German and translated into English, and work written in English by Continental and French Canadian scholars, that the disavowal of music theory and analysis that I see as endemic to ethnomusicology in the United States, and to some extent the United Kingdom and Australia, is not part of other traditions.

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 494

I begin this article as practically as possible, focusing on what I think the place of music theory and analysis actually is in ethnomusicology today. In part, this amounts to a survey of recent work, in order to establish some sense of the relative volume of theoretically and analytically inclined work; more importantly, in this section I set out a typology of music theory and analysis in recent ethnomusicological work. In order to come to a better picture of how recent work fits in the history of the discipline, I then briefly look at a few representative approaches to music theory and analysis in older ethnomusicology—before the "interpretive turn." I then return to metatheory of the discipline, to put my thoughts on music theory and analysis in ethnomusicology in perspective. While I believe that a number of recent metatheoretical studies have not adequately accounted for music theory, mine is not the only one to recognize its importance. Finally, I draw on two of my own recent areas of research to suggest reasons for a more explicit valuation of music theory and analysis in ethnomusicology.

## Music Theorization in Ethnomusicology
## After the "Interpretive Turn"

It is ironic that Rice would lump music theory in with scientific theory at this moment, as one of the "pre-interpretive turn" paradigms, inasmuch as, if nothing else, 2011 marked the first issue of the online journal *Analytical Approaches to World Music (http://aawmjournal.com)*, with articles by a number of leading scholars on theoretical aspects of particular musical systems from Africa and Asia, and at least one synthetic article offering a cross-cultural theory of temporal elements of music. This journal, and Michael Tenzer's edited volume that inspired it (2006), might actually be taken to mark the estrangement of music theory from ethnomusicology, were they the only examples of music theory being derived from and used in ethnomusicological study. Indeed, the editors, Lawrence Shuster and Rob Schultz, reported in the introduction to the first issue that the new journal follows on the initial International Conference on Analytical Approaches to World Music (AAWM) (Shuster and Schultz 2011). The next step in such a trajectory might well be the establishment of a new academic society; and while societies, journals, and conferences do not constitute disciplines in and of themselves, they are their apparatuses.[6]

That said, most of the contributors to *AAWM* are self-identifying ethnomusicologists, and, moreover, the journal is by no means the limit of recent music theoretical activity in the discipline. For instance, 2010 saw the publication of a special issue of *Music Theory Online* (16/4, November 2010) dedicated to the analytical and theoretical study of rhythm in African music, including both music theorists and ethnomusicologists. In any case, I suggest, while music theoretical and analytical approaches may not be the main point of the

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 495

majority of work in the field in the past twenty years, they hold a significant place. A review of the major journals in ethnomusicology shows a minority, but consistent, presence for such work. Over the past decade, the flagship British journal *Ethnomusicology Forum* (including volumes issued under its former title *British Journal of Ethnomusicology*) has roughly thirty percent of its articles engaging in substantial, theoretically informed analysis of musical sound and/ or in the production of music theory. Within that range there is no discernable trend, either in terms of numbers of articles inclined in this way or in terms of particular kinds of theory or uses of analysis. A survey of the preeminent American journal, *Ethnomusicology,* shows a similar result. A rigorous survey of recent books and conference papers in ethnomusicology would be a bigger undertaking, but it is my informal impression that most books in the discipline turn to musical analysis, if not theory, at some point, and that many conference presentations are more oriented towards such work than are articles in the primary journals.

A number of distinct approaches to theory and analysis are clearly part of our discipline, as seen in the articles published in ethnomusicology journals, books in the discipline, conference papers, and other, less canonical formats for academic publication. It will be worthwhile to take a moment at this point to explain the distinction I make between theory and analysis, and suggest why it is a useful distinction in understanding the place(s) of music theory in ethnomusicology as a discipline. By and large I follow Michael Tenzer in thinking that "a description of the immanent, underlying principles uniting diverse musics (however delineated) is best thought of as a theory; analysis is the application of theory to reveal individuality within and between levels of structure" (2006:6). I might add that in the process of revealing individuality, analysis can often reveal commonality as well. An important point to add is that the hierarchies Tenzer refers to in the act of analysis—in "the encounter between the hierarchy-seeking mind and the music-sound event"—may be found at various levels, and theories that act as generalizations at one level may not be generalizable to higher levels (ibid.). Finally, it should be noted that analysis often generates theory.

Much recent ethnomusicology that works in a significant way with musical analysis does not necessarily do so in order to arrive at new theories of musical form or structure. The authors may arrive there incidentally, but more commonly they achieve a synthesis of the musicological and anthropological goals of the "interdiscipline," arriving at theory about the effects of music in a larger sense through considered, sensitive analysis of specific works and performances. Much of the material that Rice discusses that I see as engaged with music theory and analysis is of this sort. Marc Perlman's study of *pathet* and gender in *gendèr* parts in Central Javanese gamelan performance is particularly cogent in this regard, inasmuch as he argues that "the more detailed our technical analyses,

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 496

the more opportunities we will have to show how sounds and context are subtly intertwined" (1998:68).

Rice describes this as a case of "adding some social theory into the music-theory [*sic*] mix" (2010b:119), but I would look for a more holistic description of Perlman's approach here, in order to fully grasp the ways in which musical analysis, itself driven by a body of theoretical thought, is the basis of, and a necessary driving force for, other theoretical findings. Similar structures of argument can be found to one degree or another in, for instance, David McDonald's article "Geographies of the Body: Music, Violence and Manhood in Palestine" (2010) or Frederick Moehn's "A Carioca Blade Runner, or How Percussionst Marcos Suzano Turned the Brazilian Tambourine into a Drum Kit, and Other Matters of (Politically) Correct Music Making" (2009). McDonald's study of "the relationship between violence, performance and the attainment and enactment of masculinity among Palestinian male youths in Jordan and the West Bank" does not propose any new theory of musical form or structure in Arabic music, but looks at the ways song types originally used in one contexts have been re-deployed in another to mark masculinity in social space (McDonald 2010:191). Unearthing the musical production of masculinity in affective terms requires McDonald to listen structurally, in the first instance.

Moehn's article works through a similar structure of argument, tracing the meanings embedded in otherwise non-musical discourse in interviews with Brazilian percussionist Marcos Suzano through a close examination of his music, to explore the ways the musical and the political can be discursively interactive in one artist's career. Suzano becomes the locus for an ethnomusicology here that looks at the "auditory entanglements" (Guilbault 2005) that make a study of one musician's musical creativity also a study of larger Brazilian politics (Moehn 2009:302). The article draws on analysis of sound—timbre, texture, digital effects—more than traditional domains like melody or rhythm, and thus does not draw extensively on music theories from outside ethnomusicology. Ultimately, this material points toward the development of new music theory, articulating generalizations about the ways these domains structure the experience of sound.

That said, significant new music theory can, and often does, come out of studies that are not explicitly intended to be music theoretical. In fact, Rice's own study of Bulgarian two-voiced singing (*dvuglasno peene*) fits this description well. His struggle to understand why the "two-voicedness" of two-voiced singing was confounded by the apparent presence of a third voice in one village eventually led him not to a new cross-cultural theory of the basic elements of music, but it did lead him "into a theoretical conversation with Bulgarian scholars who had studied this tradition" (2010b:115). Rice ultimately does venture a theoretical position—one many of us have found in our field work—that local normative

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 497

descriptions are theories that may not hold true in all instances. I would go further, however, to say that he does, at least implicitly, offer a musical theory (which he derives from the practice of cognitive anthropology) when he says, "this performance was clearly not a haphazard, accidental variation on a norm, but a fully conscious, well-understood practice" (ibid.:115). Theories such as this do not necessarily look like what we have come to think of and expect music theory to be, particularly because of the extent to which it is provisional and limited in its claims, but they are precisely the kind of generalizations about musical structures and their relation to cognitive processes that could be engaged with by others and used in further study of the same tradition.

In this sense, ethnomusicological music theory may be much closer to much of the newer work in the discipline of music theory than it once was. While music theory and analysis is often seen in relation to the materials taught in undergraduate theory and analysis courses, recent research in the discipline has moved strongly in the direction of studying cognition. David Temperley's *The Cognition of Basic Musical Structures*, for instance, or Justin London's *Hearing in Time*, as well as much of the work published in the journal *Music Perception,* follows lines of thought that can be seen as complementary to the cognitive turn in ethnomusicology.

In the production of theory, ethnomusicologists today work primarily at two levels of generalization. Most ethnomusicologists who explicitly create theories of musical structure do so at the level of the musical tradition. While scholarship arguing for these kinds of theories may—and commonly does—incorporate close analysis of works or performances, it may not always do so. Laura Leante's study of gesture and meaning in *rāg Srī* in contemporary Hindustani classical music (2009) is one such study, as is Kwok-wai Ng's study of the history of transmission of Japanese *togaku* (2011). Leante moves beyond common methodologies for thinking about pitch, incorporating an inventive consideration of physical gesture in unpacking the ways performers think about the interval between *Re* and *Pa* (the third and fifth scale degrees). Yet ultimately, while her study may speak to broader questions of somatization of musical experience in general, its primary goals are developed with and most clearly applicable to the thorny theoretical questions about the nature of mode in Hindustani music (Leanne 2009:203).[7]

Similarly, Ng's study of togaku transmission could be used as evidence of an issue that can be found in many traditions, but he has conclusions that primarily speak to longstanding theoretical questions in Japanese music history. Ng looks at the ways oral mnemonic devices and written music notation have been used in passing down togaku from teacher to student. The main thrust of Ng's argument takes a careful analysis of small melodic figures as a way of

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 498

theorizing about the nature of musical structure in a particular tradition—the kinds of patterning found in Japanese togaku music—and about the intentions and practices that underlie those structures in that tradition (2011:35).[8]

It appears that in large measure ethnomusicologists have worked with this kind of tradition-oriented music theory disproportionately in a small number of areas. It is not surprising that those studying classical musics from across North Africa, the Middle East, the Indian Subcontinent, and Southeast and East Asia would be drawn to music theoretical questions. It is not so much that the music itself disproportionately invites such study as that the local music cultures within which ethnomusicologists study these kinds of music are themselves involved in explicit, literate theoretical study, and many have histories of such study stretching back centuries and more.[9] Scholars working in other areas have also developed theories to explain aspects of musical structure, though often not in direct dialogue with a history of theoretical literature. Hugo Zemp's ethnotheoretical work with 'Are'Are bamboo pipe traditions in the Solomon Islands are a good example of such work (1978, 1979).

Africanist scholarship, much of it undertaken, not coincidentally, by British and European scholars, has been particularly productive in terms of at least locale-specific theoretical and analytical work. Simha Arom's research with Central African polyphony (1991), Gerhard Kubik's work on polyphonic traditions across the continent (1994), and the extensive bibliographies of Gilbert Rouget, Andrew Tracey, J. H. Kwabena Nketia, and others attest to the extent of such an approach in African music. Stephen Blum's article "European Musical Terminology and the Music of Africa" nicely outlines the history of theory and analysis in this literature—particularly in the work of comparative musicology—highlighting periodic ambivalence toward and problematic aspects of it (1991). As Kofi Agawu wrote in response to the essays on African music in *Music Theory Online*, African rhythm has generated analytical responses from generations of (mostly) Europeans and Anglo-Americans: "first came the early, naïve explorers who found African music at once complex and incomprehensible; then came the first generation of analysts and theorists who tried to write it down in order to unveil its metrical and rhythmic structures, and who did so using questionable concepts (like polymeter and cross rhythm); then came another group of analysts determined to rid the field of the conceptual contamination introduced by earlier analysts; now come . . . others who think the corrective efforts of recent theorizing have gone too far, and that some of African music's complexity ought to be restored" (2010:7).

Relatively few ethnomusicologists since the "interpretive turn" have tried to develop theories of music that are truly generalizable at a level higher than the musical tradition. Such theories—theories that explain specific musical elements, processes, or structures either in more than one culture or in principle without regard to culture or musical tradition—do, however, seem to be increas-

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 499

ingly of interest to at least some ethnomusicologists. Michael Tenzer's work, which includes extensive theoretical consideration of structural patterning of melody, rhythm, and form in Balinese *gamelan gong kebyar* (2000), has also, more recently, included an attempt to develop general theories that account for structural elements of music in ways that are broadly applicable cross-culturally. Beginning with the collection *Analytical Studies in World Music* (2006), and continuing to an article in the inaugural issue of the *AAWM* journal (2011b) and another in this journal (2011a), Tenzer has looked at "periodicity," the systems of recurrence that bring structure to most music, as "music's ultimate organizer on many levels" (2006:22). As is common for general theories, periodicity allows for analyses that move between levels, from cycles that occupy seconds and minutes (as in, for instance, cyclical groove patterns and song forms in jazz) through periods that last for hours (such as the cycling of *pathet* types in a *wayang kulit* performance) to, theoretically, longer period structures lasting months, years, a lifetime, or more, in which music is used by a person, a family, a community, and a society in the process of sonically structuring life.

Tenzer's argument that "periodicity is really a universal, inseparable from a conception of music" is unlike general theories in specific musical systems, such as Heinrich Schenker's positing of the *ursatz* as the universal structure of tonal music, inasmuch as he posits universality only at the very highest level (Tenzer 2006:23; Snarrenberg 1997:24–25). Nonetheless, following Francois-Bernard Mâche, whose *Musique au singulier* (Music in the Singular) seeks "supracultural connections" between musics (Mâche 2001, quoted in Tenzer 2006:33), Tenzer is seeking a "world music theory" (Tenzer 2006:22). This is fleshed out most clearly in "Generalized Representations of Musical Time and Periodic Structures." In that article, drawing on the fact that "although different philosophies or metaphysics or ritual practices of time are legion, it is quite another thing to say that individuals (let alone cultures) have fundamentally different experiences of time," Tenzer offers a framework for a classificatory model of any music based on "the obviously foundational parameter of temporal structure rather than on culture, function, origin, psychology, cognition, meaning, or any other interpretive, subjective parameter" (2011:369–70).

Andrew Alter follows up on the themes found in Tenzer's work, among others, in a study of time in the performance of the *Mahabharata* in two quite distinct contexts: epic performance of the *Pandavalila* in Garwhal, North India, and genres of puppetry in Java and Bali (2011). He proposes that understanding these musics requires both fully grasping their social backgrounds, which confound any easy connection between Hindu culture and "cyclicity," and at the same time grasping certain shared musical problems that come from the fact that both involve performances that are quite long. He argues, "there is a difference between the experience of lengthy performances . . . and those that are short, while the ways in which audience members more generally are transformed by such lengthy

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 500

performances are related to the ways musicians mark and manipulate audience
members' perception of time" (ibid.:75). The particular devices employed to give
audiences a sense of temporal segmentation and pacing are distinct, but the over-
arching transformations—from slow and relaxed to fast and intense—are not only
found in these two traditions, but may well be part of the creation of long musical
experiences in jazz and new music, among other genres (ibid.:76).

Thomas Turino's work has sought ways of integrating music theory and
social theory fairly consistently since his dissertation, completed in 1987. I draw
particular notice to his most recent book, *Music as Social Life: The Politics of
Participation,* precisely because it is the work that, on the surface, seems most
likely to leave behind music-theoretical perspectives; and yet, the integration
of an understanding of musical structure is central to the book's thesis. Turino's
ultimate goal is to understand "the ways music is socially meaningful," and while
that could be taken to mean "the social meanings music carries" (and indeed
much ethnomusicology since the "interpretive turn" has developed sophisticated
explanations of such meanings), Turino makes exploring the "what" of music's
social meaning necessarily dependent on exploring the "how" (2008:1).

If there is a rising trend for general or universal music theories beyond
Tenzer, Mâche, Alter, and Turino, it reflects a growing dissatisfaction in certain
quarters with the notion of discrete "cultures," the prevailing mode of thinking
in most of the second half of the twentieth century in anthropology and ethno-
musicology, but one that has been challenged for some time (see, for instance,
Abu Lughod 1991). Ironically, general theories of music that draw on recent
studies in cognition or on other neurophysiological literature may bring us full
circle to music-anthropological notions that privilege our shared biology as
humans, while being informed by studies of cultural difference that have made
up the bulk of ethnomusicology in the past forty years (see Becker 2004; Bakan
et al. 2008; Bakan 2009).

Between these two levels of theory, the tradition-specific and the universal, a
fair number of ethnomusicologists have offered what I would call trans-musical
theories, theories that account for regularities across related groups of musics
without necessarily arguing for their full universality. Ingrid Monson's think-
ing in "Riffs, Repetition, and Theories of Globalization" is representative of this
type of theory. Perhaps not surprisingly, repetition—the basis of periodicity—is
Monson's wedge for a discussion of structural connections between various
musics of the African diaspora. She took a systematic approach to this aspect of
African diasporic music, based in an appreciation of "simultaneous periodicities"
that operate at multiple levels and create grooves that facilitate the movements
of music around the globe (1999:36, 52–53). "Riffs, Repetition, and Theories of
Globalization" differs from Tenzer's theory in that Monson's ultimate goal is not
based on the idea of shared mental structures—the shared ways of thinking about
music to which Tenzer's periodicity ultimately points; moreover, while periodic-

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 501

ity only has the potential in Tenzer's work to explain phenomena beyond the level of the individual performance or work, Monson's argument is specifically intended as a way to move from music theory to social theory and back again. As she says, her argument rests on the idea that "whatever interpretive ideas are used for broaching the problem of globalization in music must be able to move successfully among several levels of analysis (from the individual to the global) and . . . detailed knowledge of musical processes is crucial in situating music within larger ideological and political contexts" (ibid.:33).

## Music Theorization, Transcription, and Science before the "Interpretive Turn"

Perhaps the reason this extensive, and frankly intensive, work of producing music theory and using it in analytical studies in recent ethnomusicology faces metatheoretical ambivalence is that it is overshadowed in the discipline's memory by prior examples of music theory that purported to be some kind of scientific method and universal truth. Going back to comparative musicology and systematic musicology at the end of the nineteenth and beginning of the twentieth century, our discipline and its predecessors have often been characterized by attempts to understand the apparent complexity of the world's music in terms of simpler structural regularity (Nettl 2005:62).

Often, this earlier theoretical work focused on understanding phenomena related to pitch, including melody, but beginning with more abstract notions of the gamut and scales used by musical systems of the world. Alexander Ellis's work, as mentioned previously, was instrumental in establishing the cent as a basic measuring tool for understanding musical pitch (1885). Ultimately a mechanical measure—a way of objectifying the number of vibrations per second of any pitched sound wave—his theory uncovered a major implication that remains a central principle of ethnomusicology, which is that people determine pitch systems largely arbitrarily from within essentially infinite potential variation. Rather than deriving from the overtone series, and thus being arguably "natural" and by implication better than others, the Western system of pitch was but one among many equally valid solutions to the problem of how to divide up pitch space. While Marc Perlman and Carol L. Krumhansl note that "Acoustic phenomena, auditory physiology, and cognitive processes may impose constraints on the class of possible musical scales," scales nevertheless vary widely in both the internal division of the octave into smaller intervals and the range of variance in tuning found in a particular system (Perlman and Krumhansl 1996:26).

Shortly after the establishment of "ethnomusicology" proper, through the coinage of the term and establishment of the society, Mieczyslaw Kolinski—also working with pitch, in the domains of both scale and melody—proffered a number of theoretical terms through which to engage in cross-cultural musical compari-

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 502

son. Relatively few of his terms seem to have been widely adopted, but they may be worth noting here, nonetheless.[10] In a metatheoretical defense of music theory, Kolinsky offered a system of "tints" to understand the cross-culturally common phenomenon of octave duplication and the infinite variation of pitch "shades" within the space of an octave (1967:10–11; 1978:231–32). His synaesthetic analogy between pitch gradation and the color wheel suggested a system through which to understand similarities and differences between different musics based on patterns of "tint affinity," or intervallic relation. This could, perhaps, be applied within a given musical system to understand the unities and variations of pitch choice in melodic construction, but it does not appear to have been.

Kolinski himself did use a simpler aspect of melodic construction to argue for intercultural comparison, looking at Euro-American, Native American, and African/African American music to determine relative levels of similarity and difference (1982). His focus on pitch reiteration and positing of the "reiteration quotient" as a framework for comparative analysis produced plausible results, showing that, at least among his fairly large sample of recorded songs, in this one feature the three large culture areas (Europe and Euro-America, Native America, and Africa and African America) produced music that could be seen as more similar within the culture area and more different between the three. The study's findings generally fit with common understandings of musical style and cultural difference today, but ultimately Kolinski did not account for the inherent significance of reiteration quotients as a generator of musical meaning, except inasmuch as they produced interesting results in the particular case at hand.[11]

In her 1974 article "Analysis: Herding Sacred Cows?," Marcia Herndon summarized a number of theories and approaches to musical analysis that had been proposed by then, arguing that the diversity of thought in this area without attempts to synthesize their results or distinguish them on the basis of validity had become a problem. She offers a further theory (intended as a synthesis) to supplant the diversity of models in use at the time. This system, not unlike Monson's and Tenzer's, moves from the theory that "we must all have a basic conviction that music is patterned" (1974:245). Herndon's desire for a metalanguage—primarily made of symbols, "without semantic loading, which developed naturally out of progressive discoveries of recurring cognitive categories in specific musical systems" (ibid.:250)—bears a measure of utopianism, and is hard to square with a poststructuralist understanding of the ways power informs disciplinary knowledge in academia. That said, it is a starting point that more recent theories can point to, even while incorporating a critique of the partiality and subjectivity of music theories and analysis.

In all of these works, music analysis and theory were linked to musical transcription, and at times it is unclear whether arguments about the nature of music drove arguments about transcription or vice versa. The need to objec-

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 503

tively render a notated version of the music under study was partly heuristic: transcriptions were often the only way many scholars could "hear" an article's musical examples. In the era of digital music this has become less and less of a problem, first as CDs became commonly incorporated into books, and now through the Internet—as most commercially produced music is available (with consideration of intellectual property issues), any recording can, in theory, be posted to a stand-alone website, to any of various multi-media sites such as YouTube or Vimeo, or to social media sites such as Facebook or Google+.[12] Nevertheless, transcription was, and is, a common step in coming to a fixed text for analysis. Already in 1964, it was clear from a "symposium on transcription and analysis" held at the society's annual meeting and published in *Ethnomusicology* that transcription was by no means an objective undertaking, and that in fact transcriptions bear within them the result of a transcriber's analytical understanding (England et al.1964). Moreover, inasmuch as musical transcription, like analysis, is an important way of interacting with music, we ought not to ignore its crucial role in many ethnomusicological studies as we celebrate the power of new technology to facilitate our studies.

**Metatheory of Ethnomusicology:
Social Theory, Music Theory, and the "Interdiscipline"**

Ethnomusicology has been unusually productive of metatheory, at least in relation to its sister musicologies (Nettl 2005:4; Reyes 2009:1). Whether as a function of a sense of "subalternaty" in relation to historical musicology or marginality in relation to anthropology, there is a substantial history of disciplinary self-definition, in terms of both theory and method, to draw on in a study such as this. As many readers of this journal will know, the role of musical close analysis goes back at least to the origins of ethnomusicology as a distinct discipline. Already in the third issue of *Ethnomusicology*, the journal could publish a pair of panel discussions titled "Whither Ethnomusicology?" (McAllester 1959) in which Bruno Nettl, Mantle Hood, Kolinski, Nadia Chilkovsky, George List, David McAllester, Charles Seeger, J. H. Nketia, and others appeared divided on musical analysis. McAllester put in a "special plea" for anthropological study, saying, "It is nice to know that a song is a lullaby from Bukabuka . . . but to satisfy me we have to know what the people of Bukabuka think of this lullaby and about their music in general." He went on even more provocatively to assert, "Music is essentially a matter of values rather than a matter of notes" (1959:103). Richard Waterman, in reply, offered, "There are anthropological problems not related to values. History may be traced through analysis" (ibid.:105).

Shortly thereafter, and building on what was at times implicitly and at others explicitly being argued over in the "Whither Ethnomusicology" panel discus-

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 504

sions—and no doubt also in less formal settings—Alan Merriam influentially defined the field as necessarily, inherently, yet problematically interdisciplinary in his 1964 book *The Anthropology of Music*. On the book's first page Merriam says, "[Ethnomusicology] has always been compounded of two distinct parts, the musicological and the ethnological, and perhaps its major problem is the blending of the two in a unique fashion which emphasizes neither but takes into account both" (1964:3). Famously, Merriam offers—where Jaap Kunst, Mantle Hood, and Gilbert Chase had proposed lengthier definitions—the simple, memorable sentence, "ethnomusicology is to be defined as 'the study of music in culture'" (ibid.:6). Again, quite famously, Merriam expounded this definition in his tripartite model, in which music in (or later "as") culture could be studied through three aspects: "conceptualization about music, behavior in relation to music, and music sound itself" (ibid.:32). It is perhaps odd, then, that the rest of *The Anthropology of Music*, with sections dedicated to "Concepts and Behavior" and "Problems and Results," shows a striking absence of the third aspect, "music sound itself."[13]

Merriam was trained as an anthropologist—although he studied with Richard Waterman, and was a musician himself, his degrees and appointments were all in anthropology—and can perhaps be forgiven for having focused his research attentions on the conceptual and behavioral aspects of his tripartite model, to the relative exclusion of musical sound in most cases.[14] Nevertheless, both Hood and Kolinski saw this as a significant failing of *The Anthropology of Music*, and they offered correctives. Kolinski's argument with Merriam is perhaps more directly stated than Hood's, but *The Ethnomusicologist* takes such a very different frame of reference for the field that it is worth noting here:

> One point is clear: the *subject* of study in the field of ethnomusicology is music. Essentially different but interdependent *approaches* to the subject might well include related studies in history, ethnography, folklore, literature, dance, religion, theater, archeology, etymology, iconography, and other fields concerned with cultural expressions. In addition to purely musical information, various *objectives* toward which the study leads might encompass a better understanding of two or more societies or individuals or groups within a society as to behavior; psychology; perception; system of values; artistic, aesthetic and philosophical standards; and so forth . . . Plausible approaches to, objectives in, and applications of such study are virtually unlimited. But the primary *subject* of study in ethnomusicology is *music*. (1971:3–4; emphases in the original)

Reasonable arguments can be—and have been—made about what it would mean to say that the primary subject of study in ethnomusicology is music, but the implication here, particularly given the working out of Hood's argument in the rest of the book, is that the primary subject is music as a sonic phenomenon.

I suggest that it is true that Merriam's work is ambivalent, theoretically placing sound, behavior, and conceptualization in both equal and necessarily mutually determining relationships, while in its playing out diminishing the role of

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 505

sound and at least implying that it is in some ways independent of the other two categories. The article "The Ethnographic Experience: Drum-Making Among the Bala (Basongye)" is an extreme example of a sort. At the start Merriam mentions that *matumba* drums come in three types, which are "differentiated on the basis of size and musical function," but that his purpose is not "to discuss drums and drumming as such" (1969:75). And, indeed, in twenty-seven pages there are at most three off-hand references to the drum's sound. Nevertheless, the tripartite theory clearly articulates what I argue for here and what I believe many of us do, in fact, in practice, which is to view music as a phenomenon that integrates sound, behavior, and ideas in myriad ways, and that can be best understood through an accounting for their mutually determining relationships. It is not enough, as I see it, to do ethnomusicology this way; rather, we should retain a sense of the importance of music theory and analysis in our metatheory of the field.

Most recent metatheoretical writing in ethnomusicology typically takes the notion that we practice an "interdiscipline" combining anthropology and musicology in various ways as a starting point.[15] Rice, writing in a 1987 article aimed at "remodeling" Merriam's model, described a sense of pessimism pervasive in the field about whether "We have achieved . . . a union between anthropological and musicological approaches," but offered a new, integrative model based on studying "formative processes in music," whether those were "melody, harmony and rhythm" or "the relationship between music and politics, economics, social structure, music events, and language" (1987:472–73). Helen Myers, writing in 1992, suggested that the divisions between scholars' intent on music or anthropology had largely unified, "despite a diversification of topics" (1992:12). Nettl offers perhaps the broadest definition of the field in his book *The Study of Ethnomusicology* (2005), but ultimately comes back to the music/anthropology dichotomy, which he sees as a conflict in the discipline's history, now more or less settled:

> For some time . . . [ethnomusicologists] tended to divide themselves into two groups, frequently at odds, one concentrating on the music "itself," the other on the cultural context . . . After about 1980, the two groups tended to merge, but even in earlier times, I do not know of any ethnomusicologists who did not, in their total commitments, have a major interest in music as an aspect of human culture. (2005:8)

Yet in spite of prefatory remarks in this vein, these and similar works mostly take one or the other area—the social or the musical—and address it at length, with by far the majority writing more prominently on the social than on the musical. Myers and Nettl, both of whose books are intended to provide some measure of comprehensiveness do, indeed, include aspects of music theory and anthropological concerns, but in each case considerations of musical sound become somewhat buried or separated from the main body of the work. Myers includes major, very important articles by Stephen Blum on the "Analysis of

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 506

Musical Style," and on transcription and notation by Ter Ellingson, but questions of music theory and analysis, and their role in answering anthropological questions are largely missing from other chapters in the volume. Nettl, for whom questions of musical structure are necessarily implicated in questions of social structure and vice versa, also largely focuses on the anthropological vein in *The Study of Ethnomusicology*, after part 1.

The limited role of explicit language about music theory and analysis, if not the absence of a discussion of music, is particularly notable in Timothy Rice's two most recent metatheoretical contributions, "Ethnomusicological Theory" (2010b) and "Time, Place, and Metaphor in Musical Experience and Ethnography" (2003). As noted previously, music theory occupies a dramatically foreshortened role in the 2010 "Ethnomusicological Theory," and I suggest that in fact this is presaged in "Time, Place and Metaphor." Rice's main argument—that Ethnomusicology, in coming to grips with the problem of a weakening belief in bounded cultures, should move to a "subject-centered ethnography" in which every person would occupy a three-dimensional space made up of "time, location, and metaphor"— does not necessarily require a reduced place for music theory, much less analysis (2003:158). Rice does have a place in his model for discussions of music in a technical sense, but in such a limited (and ideologically determined) way that it is easy to imagine an ethnomusicology that used the model dedicating relatively little time and energy to thinking about music in this way. Music theory and analysis in Rice's model becomes the smallest-scale metaphor in which music lives, "Music-as-art" (ibid.:161). The shape of Rice's model is such that in theory we might all expect to move through an understanding of "music-as-art," in which he includes "Psychoacoustics, music theory, style history, and aesthetics" (ibid.:166). While the model is not necessarily intended to be read or used teleologically, it is hard to escape the implication that the lower/smaller ends of the scale (those closer to zero in the Cartesian space of Rice's graph) might be lower in importance, as well, or beginnings rather than end points. Beyond this, the choice of terminology for this metaphor is not a happy one. As Rice notes, "Ethnomusicologists have been at pains to move beyond the shadow of the music-as-art metaphor and into the light other metaphors . . . " (ibid.:166). While he raises this point in order to object to it, it might be better to use "music-as-sound-in-the-most-immediate-sense" in thinking about Rice's model. As in his other articles, in practice Rice clearly engages with musical sound deeply on this level; my concern here is that he marginalizes it metadiscursively.

J. Lawrence Witzleben, writing in the same issue of the *Yearbook for Traditional Music* as Rice, offers a metatheoretical discussion of bi-musicality, or "Learning and Making Music as Ethnomusicological Practice and Theory" (2010). This article's metatheoretical orientation is not specifically toward either music theory or social theory, but rather toward research methodology, but even so, it leads

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 507

to some useful conclusions about the importance of music theory and analysis in our disciplinary practice. His concern with "the ways in which engagement with performance has shaped—and continues to shape—the ideas and theoretical perspectives of ethnomusicologists" is interesting, and inasmuch as it derives in large measure from Mantle Hood's work, might reasonably be expected to provide an explanation of the musical results of bi-musicality for those of us in the field who do learn music as a part of fieldwork. His point, that many of us do not write explicitly about the impact of performing on our studies—except, perhaps in specialized volumes such as *Shadows in the Field* (Barz and Cooley 2008) and *Performing Ethnomusicology* (Solís 2004)—is quite valuable, and his interrogation clearly points to the ways in which playing and singing music in our studies leads to deeper knowledge of that music. I wholeheartedly agree with Witzleben that playing music gives us access to what Charles Seeger called "music time-space," and does so in ways that are different from and I believe deeper than listening without learning to play. This is not the only music-theoretical aspect that learning to play music gives us access to—I think it is fundamentally important in accessing much more straightforward musical phenomena, such as feeling the regularities and irregularities that make up different periodicities, or feeling the particular tensions that come from singing one note or another and singing in one timbre or another—but entering music time-space is one thing that is not only facilitated by playing but that may be impossible without it. I agree with Witzleben when he says that, "music space-time is quite different from a unidimensional focus on music sound alone—an emphasis that is so often used to stigmatize so-called 'musicological' approaches to ethnomusicology. Rather, it is a recognition of a musical universe where profound things happen to and in us" (ibid.:153). Yet while this is true, I believe the focus on musical sound itself is important if we are not only to enjoy the experience of entering into music time-space (or experiencing "flow," or entering "firstness," or "taking it to the next level"), but also to develop shared understandings of how those things work for our scholarship and teaching.

It might be argued that each of the writers referenced above takes it as given that the purposes of the theories they expound in our discipline are intimately tied up with the investigation of musical sound, and that a fuller discussion of music theory and analysis would be an unnecessary digression given the particular aims of their projects. This, however, is belied by the relatively small percentage of writing with significant music theory and analysis in recent issues of the major journals in our field. I object to allowing the stigmatization or downplaying of so-called "musicological" approaches to ethnomusicology to stand, not because I think such approaches are sufficient in themselves, any more than is the application of social theory in itself, but precisely because I believe they are an indispensible component of the integrated study of music in human life that we are collectively working toward.[16]

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 508

**Conclusion: In North America and the Southwestern Pacific,**
**on the Value of Music Theory in an Integrated "Interdiscipline"**

I do not wish to suggest that every ethnomusicological study must employ theoretically informed musical analysis or produce music theory of either localized or general types. I do, however, think that as a discipline we have produced a number of valuable insights that have come out of a focus on music as structured sound, and that we are best off if we not only continue to do so, but also retain a metatheoretical perspective on the importance of so doing. I am not interested here in developing a unified theory more specific than or beyond the most general—that, following Feld, and others, "sound structure is social structure," noting not only that sound is socially structured, but also that social life is sonically structured (Feld 1984; A. Seeger 1987). Rather, in conclusion I would like to briefly present two cases from my current research areas, cases that I think not only show ways in which analytical consideration of music is necessary in fleshing out what it might mean to think of music and society as mutually constitutive, but also suggest places where we can think of theory and analysis relating to musical sound not as an externally produced body of knowledge that we draw into ethnomusicology, but rather as endemic to our discipline, per se.

First, as an Americanist, with a particular interest in the racialization of popular music in the twentieth century, I have become interested in early blues, both in relation to the ways it has been represented following the blues revival, in our discipline and others, and as a music whose origins have been a subject of intense debate (Charters 1981; Davis 1995; Kubik 1999; Radano 2003:247–55). Both of these topics offer the opportunity to think in terms of the music/society relationship, but the question of beginnings is particularly fraught. I understand the emergence of blues—along with jazz, ragtime, gospel, and so-called "hillbilly" music—as part of a massive period of musical change. I draw inspiration from Manuel Peña's work on *conjunto* and *jaiton* music in the Southwest, seeing early blues as a "socioesthetic impulse" which relied on conscious transformations of musical sound structures by artists (1985:34). To truly understand the profound newness of blues in the late nineteenth and early twentieth centuries, studies must synthesize an understanding of the changes brought about by mass migration, by the development of fordist principles in the music industry, and by changes in musical sound as distinct yet interactive domains. Central to this, and drawing on musical analysis specifically developed in ethnomusicology, is the process of coming to terms not only with changes in aspects of pitch and rhythm theoretically, but also and perhaps more importantly with changes in timbre, some of which were precipitated by the introduction of sound recording, and some by changing ideas about music itself.

In quite a different way, my work over the past six years in Australia and Papua New Guinea poses a significant challenge in the application of music theory to

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 509

produce interesting, meaningful results. For me, the process of developing this research has been slow, producing as yet relatively little completed material, in part because of ethical considerations and the need to develop extensive relationships in the field, but also because of the music itself, which, while appearing relatively simple from the bird's-eye view, is enormously complicated from a closer perspective. My work in this area has focused on the role of Indigenous arts institutions—primarily tertiary schools, but also arts management agencies—as agents that help negotiate the development of Indigenous modernities in the region. While a sociology of art perspective would be likely to see the social structures at work—capitalism, reciprocity, nationalism, civic and political modernity—as the primary unit of analysis, an ethnomusicological orientation allows for a study that treats the music being produced in these institutions as a significant force in their activities and not merely epiphenomenal superstructure. In the case of the music program at the University of Goroka, in the Eastern Highlands of Papua New Guinea, a music theoretical framework is helpful in understanding the ways students work with a broad and varied collection of songs from their home communities in combination with pan-Pacific and broadly Western song genres as source material in studies of music theory, composition, and arranging.

In the end, I would not wish to suggest that every study in ethnomusicology needs or would even benefit from music theory and analysis. Our studies of the music industry, of ritual, of music history, of musical communities, and so on may often be complete without close analysis of specific works or performances, and may not point to either local or general theories of music. Yet close analysis and the production of theory remain significant, in part because they are some of the most important ways we have of coming to know music deeply. Akin to performing, this activity draws our attention to the many significant details that inform music as a part of social worlds. Moreover, many of our most valuable contributions to creating a discipline and to the larger worlds of music study and the humanities at large have come from the investigation of musical sound and musical process as part of integrative, synthetic studies. On the one hand, I hope that there is a value in celebrating that work as much as the ways in which our study of music uses and contributes to social theory; on the other, I would offer such a celebration also as a tool to encourage more attention to musical analysis and music theory in ethnomusicology, and to viewing that work not only as an ethical problem or as a matter of drawing theory from outside our discipline, but rather as an opportunity to build on an integral, endemic aspect of ethnomusicology itself.

## Notes

1. I would like to acknowledge Thomas Turino, J. Lawrence Witzleben, and the anonymous readers for the journal, each of whom gave compelling, substantive suggestions for revision.

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 510

2. Rice is careful to note that what is commonly called "social theory" in ethnomusicology often has roots in many disciplines, only some of them social sciences. We certainly draw on theory from anthropology, sociology, and political science; but we are just as likely to draw on theory from literary criticism or philosophy (2010b:101). Incidentally, Rice's "Ethnomusicological Theory" article is related to, but in fact notably different from, his other major metatheoretical article published in 2010, "Disciplining Ethnomusicology," which was subjected to extensive critical response in the pages of *Ethnomusicology* (2010a). Consequently, my argument with "Ethnomusicological Theory" moves along different lines than do those of Rice's respondants in that issue of *Ethnomusicology*.

3. I am committed to the idea, proposed by Charles Seeger many years ago, that "musicology" is, properly, the superordinate category for the field of academic study of music, and ought not be used to describe one subordinate category—historical musicology—but rather to subsume (at least) historical musicology, ethnomusicology, and music theory (Seeger 1968; 1970; 1971).

4. For an example of metatheoretical writing that respects the ongoing presence of musical theorizing in ethnomusicology, see Martin Stokes's section on "Contemporary Theoretical Issues" (Part IV) in Pegg et al. n.d.

5. The problem of distinguishing these domains in theory is at least as thorny as that of accounting for their connections in practice.

6. In an email exchange, Rob Schultz indicated that there had been some discussion of establishing an AAWM society, but that there was precisely the concern that such a society could produce the kind of disciplinary splintering forecast here (email, 20 June 2011, 8:55 am).

7. Rāg theory is a long tradition and currently quite active. For more, see, among others, Jairazbhoy (1995), Bor (1999), Brown (2003/2004), Capwell (2002), and Clayton (2005).

8. As with rag, *togaku* is a music with a long, but also recent and vital, tradition of theoretical writing, much of it in Japanese. See, among others, Endo (2002, 2003), Ng (2007), and Terauchi (1996).

9. For a review and bibliography of music theory in the history of the Middle East, see Section 1, "Theory, Composition, and Performance," and Section 6, "Historical Roots," in v. 6 of the *Garland Encyclopedia of World Music* (Danielson et al 2002:31–144, 349–424). For a review and bibliography of music theory in the history of the Indian subcontinent, see the essays on "Theoretical Treatises" and "Scholarship since 1300" in v. 5 of the *Garland Encyclopedia of World Music* (Rowell 2000; Simms 2000).

10. One notable exception: Simha Arom found Kolinski's terms "commetric" and "contra-metric" quite useful in his study *African Polyphony and Polyrhythm* (1991).

11. Ironically, Kolinski criticized Merriam for precisely this failing elsewhere, saying, "The eminent significance of statistical methods for a comparative investigation of musical traits is obvious; but an essential precondition is a structurally meaningful analysis capable of providing a sound basis for statistical evaluation" (Powers and Kolinski 1970:77).

12. Catherine Ingram reports having videos taken of Kam singing during field work in Western China posted to the Chinese website YouKu by the singers themselves (*http://v.youku.com/v_show/id_XODM3NDg0NzY=.html*) (personal communication).

13. One reasonable explanation for this gap in *The Anthropology of Music* would be that there was a great deal of theoretical and methodological literature on music theory elsewhere, but very little on the other domains upon which he focuses.

14. Though not in all cases. In fact, his *Ethnomusicology of the Flathead Indians* (1967) is divided into two sections, the second (and larger) of the two entirely dedicated to description and analysis of songs. Recognizing the salience of this division, when *Ethnomusicology* commissioned a review of the book it was divided among two scholars. In a total of thirty-two pages, William Powers reviewed Part I and Kolinski Part II (Powers and Kolinski 1970). Kolinski's main criticism, that Merriam fails to live up to his ideal of analyzing music as "an integrated system of concepts, behaviors, and sounds," is reasonable (ibid.:77). Nettl recalls that toward the end of his life Mer-

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 511

Case 2:15-cv-05642-CAS-JC   Document 282-3   Filed 06/25/18   Page 39 of 108   Page ID
#:2851

riam came, privately, to the conclusion that an integrated analysis of the two domains in any given instance was impossible (personal communication).

15. Marcia Herndon's point—that ethnomusicologists seldom have formal training in both musicology and anthropology, and occasionally in neither—while still probably true, is less significant than it was in the 1970s. With most academic ethnomusicologists now receiving graduate degrees in ethnomusicology from departments in which ethnomusicology is a formalized area of study, it makes sense to me to think of ours as an "interdiscipline" (which is to say, a discipline in itself that has roots in two distinct, older disciplines), rather than an interdisciplinary field.

16. One anonymous reader for this journal suggested that the reason for a relative emphasis on social-theoretical writing and de-emphasis on music-theoretical writing in our discipline could be that the social is often more "writable" (in his/her words). This may be true—the "linguocentric predicament," as Seeger called it, is less of an issue with other domains of social life, inasmuch as they are often already linguistically mediated. And yet, this fails to account for a) the genuine difficulty involved in writing social theory, b) the extent to which music theory has been written over the years, and c) the rise, in at least some quarters, of a renewed emphasis on music theorization. I am more inclined to think that the reason lies in the value and translatability our social theorizing has in other parts of academia, and the equivalent lack of value and translatability our music theorizing has been accorded, at least in the last quarter century.

## References

Abu Lughod, Lila. 1991. "Writing Against Culture." In Recapturing Anthropology, edited by Richard G. Fox, 137–62. Santa Fe, NM: School of American Research Press.
Alter, Andrew. 2011. "Controlling Time in Epic Performances: An Examination of Mahabharata Performance in the Central Himalayas and Indonesia." Ethnomusicology Forum 20(1):57–78
Arnold, Alison, ed. 2000. Garland Encyclopedia of World Music. Volume 5: South Asia: The Indian Subcontinent. New York: Garland.
Bakan, Michael. 2009. "Measuring Happines in the Twenty-First Century: Ethnomusicology, Evidence Based Research, and the New Science of Autism." Ethnomusicology 53(3):510–18.
Bakan, Michael et al. 2008. "Saying Something Else: Improvisation and Music Play Facilitation in a Medical Ethnomusicology Program for Children on the Autism Spectrum." College Music Symposium 48:1–30.
Barz, Gregory F., and Timothy J. Cooley, eds. 2008. Shadows in the Field: New Perspectives for Fieldwork in Ethnomusicology, 2nd ed. New York: Oxford University Press.
Bates, Eliot. 2010. "Mixing for Parlak and Bowing for a Büyük Ses: The Aesthetics of Arranged Traditional Music in Turkey." Ethnomusicology 54(1):81–105.
Becker, Judith. 2004. Deep Listeners: Music, Emotion, and Trancing. Bloomington, IN: Indiana University Press.
Bor, Joep et al. 1999. The Raga Guide: A Survey of 74 Hindustani Ragas. Rotterdam: Nimbus Records, Rotterdam Conservatory of Music.
Brett, Philip, Elizabeth Wood, and Gary Thomas. [1994] 2006. Queering the Pitch: The New Gay and Lesbian Musicology. London: Routledge.
Brown, Katherine Butler. 2003/2004. "The Thāt System of Seventeenth-Century North Indian Rāgas: A Preliminary Report on the Treatises of Kāmilkhānī." Asian Music 35(1):1–13.
Buchanan, Donna A., and Stuart Folse. 2006. "How to Spin a Good Horo: Melody, Mode, and Musicianship in the Composition of Bulgarian Dance Tunes." In Analytical Studies in World Music, edited by Michael Tenzer, 58–91. New York: Oxford University Press.
Capwell, Charles. 2002. "A Rāgmālā for the Empress." Ethnomusicology 46(2):197–225.
Charters, Samuel. 1981. Roots of the Blues: An African Search. New York: Da Capo
Chase, Gilbert. 1958. "A Dialectical Approach to Music History." Ethnomusicology 2(1):1–9.

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 512

Clayton, Martin. 2005. "Communication in Indian Raga Performance." In *Musical Communication*, edited by Dorothy Miell, David Hargreaves, and Raymond MacDonald. Oxford: Oxford University Press.

Davis, Francis. 1995. *History of the Blues*. New York: Hyperion.

Danielson, Virginia, Scott Marcus, and Dwight Reynolds, eds. 2002. *Garland Encyclopedia of World Music. Volume 6: The Middle East*. New York: Garland.

Ellis, Alexander J. 1885. "On The Musical Scales of Various Nations." *Journal of the Society of Arts* 33:485–527.

Endo, Toru. 2003. "Heianchō Tōgaku no Chōshi Kōzō no Kenkyū" [A study of the structures of *tōgaku* modes used in the Heian period]. Ph.D. diss., Tokyo National University of Fine Arts and Music.

———. 2002. "Gakubiwa no Hidarite no Gihō to Chōshi no Kanren—Sango Yōroku no Bunseki niyoru" [The relationship between the left-hand techniques and the modes of the four-stringed lute: an analysis of *Sango Yōroku*] . *Tōkyō Gakugei Daigaku Kiyō Daini Bumon Jinbunkagaku* 53:203–12.

England, Nicholas, et al. 1964. "Symposium on Transcription and Analysis: A Hukwe Song With Musical Bow." *Ethnomusicology* 8(3):223–77.

Feld, Steven. 1984. "Sound Structure as Social Structure." *Ethnomusicology* 28(3):383–409.

Guilbault, Jocelyne. 2005. "Audible Entanglements: Nation and Diasporas in Trinidad's Calypso Music Scene." *Small Axe* 17:40–63.

Handy, W. C. 1926. *Blues: An Anthology*. New York: A & C Boni.

———. 1941. *Father of the Blues: An Autobiography*. New York: Da Capo Press.

Herndon, Marcia. 1974. "Analysis: The Herding of Sacred Cows?" *Ethnomusicology* 18(2):219–62.

Hood, Mantle. 1971. *The Ethnomusicologist*. New York: McGraw-Hill.

Jairazbhoy, Nazir. 1995. *The Rāgs of North Indian Music: Their Structure and Evolution*. Bombay: Popular Prakashan.

Katz, Mark. 2010. *Capturing Sound: How Technology has Changed Music*, rev. ed. Berkeley: University of California Press.

Krims, Adam. 1998. "Disciplining Deconstruction (For Music Analysis)." *19th-Century Music* 21(3):297–324.

Kolinski, Mieczslaw. 1967. "Recent Trends in Ethnomusicology." *Ethnomusicology* 11(1):1–24.

———. 1978. "The Structure of Music: Diversification vs. Constraint." *Ethnomusicology* 22(2):229–44.

———. 1982. "Reiteration Quotients: A Cross-Cultural Comparison." *Ethnomusicology* 26(1):85–90.

Kubik, Gerhard. 1999. *Africa and the Blues*. Jackson: University of Mississippi Press.

Leante, Laura. 2009. "The Lotus and the King: Imagery, Gesture, and Meaning in a Hindustani Rag." *Ethnomusicology Forum* 18(2):185–206.

McClary, Susan. [1991] 2002. *Feminine Endings: Music, Gender and Sexuality*. Minneapolis: University of Minnesota Press.

McDonald, David. 2010. "Geographies of the Body: Violence and Manhood in Palestine." *Ethnomusicology Forum* 19(2):191–214.

Mâche, François-Bernard. 2001. *Musique au Singulier*. Paris: Éditions Odile Jacob

Marett, Alan. 2005. *Songs, Dreamings and Ghosts: The Wangga of North Australia*. Middletown, CT: Wesleyan University Press.

———. 2010. "Vanishing Songs: How Musical Extinctions Threaten the Planet." *Ethnomusicology Forum* 19(2):249–62.

McLean, Mervyn. 2006. *Pioneers of Ethnomusicology*. Coral Springs, FL: Llumina Press.

McAllester, David, ed. 1959. "Whither Ethnomusicology?" *Ethnomusicology* 3(2):99–105. (Journal editor's summary, based on notes by Roxanne McCollester, of two panel discussions chaired by Mantle Hood and Leonard Meyer in the 1958 Society for Ethnomusicology annual meeting.)

Merriam, Alan P. 1964. *The Anthropology of Music*. Evanston, IL: Northwestern University Press.

———. 1967. Ethnomusicology of the Flathead Indians. New York: Aldine Publishing Co.

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 513

———. 1969. "The Ethnographic Experience: Drum-Making Among the Bala (Basongye)." *Ethnomusicology* 13(1):74–100.

Myers, Helen, ed.. 1992. *Ethnomusicology: An Introduction*. New York: Norton/Grove.

Miller, Karl H. 2010. *Segregating Sound: Inventing Folk and Pop Music in the Age of Jim Crow*. Durham, NC: Duke University Press.

Mochn, Frederick. 2009. "A Carioca Blade Runner, or How Percussionist Marcos Suzano Turned the Brazilian Tambourine into a Drum Kit, and Other Matters of (Politically) Correct Music Making." *Ethnomusicology* 53(2):277–307.

Monson, Ingrid. 1999. "Riffs, Repetition, and Theories of Globalization." *Ethnomusicology* 43(1):31–65.

Nettl, Bruno. 2005. *The Study of Ethnomusicology: Thirty-One Issues and Concepts*. Urbana: University of Illinois Press.

Ng, Kwok-Wai. 2007. "The Modes of *Tōgaku* from Tang-period China to Modern Japan: Focusing on the *Ōshikichō, Banshikichō* and *Hyōjō* Modal Categories." Ph.D. dissertation, The University of Sydney.

———. 2011. "Orality and Literacy in the Transmission of Japanese Togaku: Its Past and Present." *Ethnomusicology Forum* 20(1):33–56.

Palmer, Robert. 1982. *Deep Blues: A Musical and Cultural History from the Mississippi Delta to Chicago's South Side to the World*. New York: Penguin Books.

Pegg, Carole et al. "Ethnomusicology." In *Grove Music Online. Oxford Music Online, http://www.oxfordmusiconline.com/subscriber/article/grove/music/52178pg4* (accessed 14 January 2012).

Peña, Manuel. 1985. "From Ranchero to Jaiton: Ethnicity and Class in Texas-Mexican Music (Two Styles in the Form of a Pair)." *Ethnomusicology* 29(1):29–55.

Perlman, Marc. 1998. "The Social Meaning of Modal Practices: Status, Gender, History, and Pathet in Central Javanese Music." *Ethnomusicology* 42(1):45–80.

Perlman, Marc, and Carol L. Krumhansl. 1996. "An Experimental Study of Internal Interval Standards in Javanese and Western Music." *Music Perception: An Interdisciplinary Journal* 14(2):95–116.

Powers, William K., and Mieczsław Kolinski. 1970. "Review: Merriam, Alan P. *Ethnomusicology of the Flathead Indians*." *Ethnomusicology* 14(1):67–99.

Povinelli, Elizabeth. 2002. *The Cunning of Recognition: Indigenous Alterities and the Making of Australian Multiculturalism*. Ann Arbor: University of Michigan Press.

Radano, Ronald. 2003. *Lying Up a Nation: Race and Black Music*. Chicago: University of Chicago Press.

Reyes, Adelaida. 2009. "What Do Ethnomusicologists Do? An Old Question for a New Century." *Ethnomusicology* 53(1):1–17.

Rice Timothy. 1987. "Toward the Remodeling of Ethnomusicology." *Ethnomusicology* 31(3):469–88.

———. 2003. "Time, Place, and Metaphor in Musical Experience and Ethnography." *Ethnomusicology* 47(2):151–79.

———. "Disciplining Ethnomusicology: A Call for a New Approach." *Ethnomusicology* 54(2):318–25. (Followed by responses from Kofi Agawu, Ellen Koskoff, Suzel Ana Reily, T. M. Scruggs, Mark Slobin, Martin Stokes, and Jane Sugarman.)

———. 2010b. "Ethnomusicological Theory." *Yearbook for Traditional Music* 42:100–34.

Rowell, Lewis. 2000. "Theoretical Treatises." In *The Garland Encyclopedia of World Music. Volume 5: The Indian Subcontinent*, edited by Alison Arnold, 17–41. New York: Routledge.

Seeger, Anthony. 1987. *Why Suyá Sing: A Musical Anthropology of an Amazonian People*. Cambridge: Cambridge University Press.

Seeger, Charles. 1968. "Factorial Analysis of the Song as an Approach to the Formation of a Unitary Field Theory." *Journal of the International Folk Music Council* 20:33–39.

———. 1970. "Toward a Unitary Field Theory for Musicology." *Selected Reports in Ethnomusicology* 1(3):171–210.

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 514

———. 1971. "Reflections upon a Given Topic: Music in Universal Perspective." *Ethnomusicology* 15(3):385–98.

Shuster, Lawrence, and Rob Schultz. 2011. "Editor's Note." *Analytical Approaches to World Music* 1(1). *http://www.aawmjournal.com/articles/2011a/editors_note.htm* (accessed 21 August 2011).

Simms, Robert. 2000. "Scholarship since 1300." In *The Garland Encyclopedia of World Music. Volume 5: The Indian Subcontinent*, edited by Alison Arnold, 42–60. New York: Routledge.

Snarrenberg, Robert. 1997. *Schenker's Interpretive Practice*. Cambridge: Cambridge University Press.

Solis, Ted, ed. 2004. *Performing Ethnomusicology: Teaching and Representation in World Musics*. Berkeley: University of California Press.

Strehlow, Theodore G. H. 1972. *Songs of Central Australia*. Sydney: Angus and Robertson.

Stuckey, Sterling. 1988. *Slave Culture: Nationalist Theory and the Foundations of Black America*. New York: Oxford University Press.

Subotnik, Rose Rosengard. 1991. *Developing Variations: Style and Ideology in Western Music*. Minneapolis: University of Minnesota Press.

Tenzer, Michael. 2000. *Gamelan Gong Kebyar: The Art of Twentieth-Century Balinese Music*. Chicago: University of Chicago Press.

———. 2011a. "Generalized Representations of Musical Time and Periodic Structures." *Ethnomusicology* 55(3):369–86.

———. 2011b. "Temporal Transformations in Cross-Cultural Perspective: Augmentation in Baroque, Carnatic, and Balinese Music." *Analytical Approaches to World Music* 1(1):159–75.

Tenzer, Michael, ed. 2006. *Analytical Studies in World Music*. New York: Oxford University Press.

Terauchi, Naoko. 1996. *Gagaku no Rizumu Kōzō—Heian Jidai Sue niokeru Tōgakukyoku nitsuite* [The rhythmic structures of gagaku: focusing on the tōgaku pieces performed in the late Heian period]. Tokyo: Daiichi Shob.

Tomlinson, Gary. 1993. *Music in Renaissance Magic: Towards a Historiography of Others*. Chicago: University of Chicago Press.

Turino, Thomas. 2008. *Music as Social Life: The Politics of Participation*. Chicago: University of Chicago Press.

Waksman, Steve. 1999. *Instruments of Desire: The Electric Guitar and the Shaping of Musical Experience*. Cambridge, MA: Harvard University Press.

Witzleben, J. Lawrence. 2010. "Performing in the Shadows: Learning and Making Music as Ethnomusicological Practice and Theory." *Yearbook for Traditional Music* 42:135–66.

Wild, Stephen. 1987. "Recreating the Jukurrpa: Adaptation and Innovation of Songs and Ceremonies in Warlpiri Society." In *Songs of Aboriginal Australia*, edited by Stephen A. Wild et al., 97–120. Sydney: University of Sydney Press.

Zak, Albin. 2001. *The Poetics of Rock: Cutting Tracks, Making Records*. Berkeley: University of California Press.

Zemp, Hugo. 1978. "'Are'Are Classification of Musical Types and Instruments." *Ethnomusicology* 22(1):37–67.

———. 1979. "Aspects of 'Are'Are Musical Theory." *Ethnomusicology* 23(1)5–48.

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 19:53:07 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 515

# REBUTTAL VISUAL EXHIBIT N

EXHIBIT 11
PAGE 516



---

The Chop: The Diffusion of an Instrumental Technique across North Atlantic Fiddling
Traditions
Author(s): Laura Risk
Source: *Ethnomusicology*, Vol. 57, No. 3 (Fall 2013), pp. 428–454
Published by: University of Illinois Press on behalf of Society for Ethnomusicology
Stable URL: http://www.jstor.org/stable/10.5406/ethnomusicology.57.3.0428
Accessed: 25-06-2017 20:19 UTC

---

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted
digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about
JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://about.jstor.org/terms



*University of Illinois Press, Society for Ethnomusicology* are collaborating with JSTOR to
digitize, preserve and extend access to *Ethnomusicology*

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 20:19:30 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 517

Case 2:15-cv-05642-CAS-JC   Document 282-3   Filed 06/25/18   Page 45 of 108   Page ID #:2857

Vol. 57, No. 3              Ethnomusicology              Fall 2013

# The Chop:
# The Diffusion of an Instrumental Technique across North Atlantic Fiddling Traditions

Laura Risk / McGill University

**Abstract.** The "chop" is a percussive string instrument technique pioneered by bluegrass fiddler Richard Greene in the 1960s and adopted into contemporary string styles by Darol Anger in the 1980s. This article traces the diffusion of the chop through a number of North Atlantic fiddling traditions in the 1990s and 2000s. It also considers the circumstances and implications of musicians' decisions to adopt, adapt, or reject the chop. Drawing on both sociological research on the diffusion of innovations and genre theory, this article demonstrates that the diffusion trajectory of a musical innovation depends on the innovation itself, on the sites of transmission, and on the interplay of the lived and imagined musical worlds within which musicians play, work, and study. It concludes by suggesting that, when studying North Atlantic fiddling, both regional divisions and generational trends should be taken into consideration.

---

The violin is so old and the techniques are so well established . . . . And now all of a sudden there's a new thing, after how many years?
—Casey Driessen (telephone interview, 1 February 2011)

In 1966, bluegrass fiddler Richard Greene invented a percussive string instrument technique that he dubbed "the chunky chop" (telephone interview, 1 February 2011). Now known simply as "the chop" or, in its verbal form, "chopping," this technique is currently used by violinists, violists, and cellists in nu-

**Note:** this article refers to figures and video clips that can be found on the Society for Ethnomusicology's website, following the pathway Publications > Journal > Multimedia Appendices. As of 2013, the URLs for the SEM website and the multimedia appendices are *www.ethnomusicology.org* and *http://www .ethnomusicology.org/?Pub_JournalMA*, respectively.

© 2013 by the Society for Ethnomusicology

This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 20:19:30 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 518

448 *Ethnomusicology, Fall 2013*

**Figure 2. Alfonso Merino demonstrates a $\frac{9}{8}$ chopping pattern as learned from Natalie Haas (✕ noteheads indicate a chop. Small noteheads are played with very little bow and are barely audible).**



**Figure 3. Alfonso Merino demonstrates a chopping pattern to accompany a *muiñera*.**



**Figure 4. Alfonso Franco demonstrates a chopping pattern to accompany a *xota*.**

Alfonso Franco then played the "Xota de Monforte," while Alfonso Merino demonstrated a different chop pattern that might be used with a xota (Figure 5).

Position-taking occurs within genres as well. Within a given North Atlantic fiddling tradition, certain repertoire, playing styles, arrangement techniques, ensembles, and presentation styles are marked as "traditional" while others are marked as "contemporary" or "modern," and musicians may choose to present themselves as more traditional on certain occasions and as more contemporary on others. In such a context, the chop may serve as a marker of modernity. Bands that market themselves as traditional don't chop; those bands that do chop describe

**Figure 5. Alfonso Franco and Alfonso Merino play the first part of "Xota de Monforte" with an accompanying chopping pattern.**



This content downloaded from 128.122.149.154 on Sun, 25 Jun 2017 20:19:30 UTC
All use subject to http://about.jstor.org/terms

EXHIBIT 11
PAGE 519

# REBUTTAL VISUAL EXHIBIT O

EXHIBIT 11
PAGE 520

16

# MY SHOT

Words and Music by LIN-MANUEL MIRANDA
with Albert Johnson, Kejuan Waliek Muchita,
Osten Harvey, Jr., Roger Troutman, Christopher Wallace
Arranged by Alex Lacamoire and Lin-Manuel Miranda







© 2015 5000 BROADWAY MUSIC (ASCAP), UNIVERSAL MUSIC - CAREERS obo ITSELF and P. NOID PUBLISHING (BMI), UNIVERSAL MUSIC - MGB SONGS obo ITSELF
and JUVENILE HELL (ASCAP), EMI APRIL MUSIC INC. (ASCAP), BIG POPPA MUSIC (ASCAP), JUSTIN COMBS PUBLISHING COMPANY INC. (ASCAP),
SONGS OF LASTRADA (BMI), RUBBER BAND MUSIC (BMI), BMG PLATINUM SONGS (BMI)/R2M MUSIC (BMI)
All Rights for 5000 BROADWAY MUSIC Administered by WB MUSIC CORP.
"My Shot" contains elements of "Shook Ones Pt. II" written by Albert Johnson, Kejuan Waliek Muchita, published by Universal Music - Careers obo itself
and P. Noid Publishing (BMI)/Universal Music - MGB Songs obo itself and Juvenile Hell (ASCAP); and "Going Back To Cali"
written by Osten Harvey, Jr., Roger Troutman, Christopher Wallace, published by EMI April Music Inc., BIG Poppa Music
Justin Combs Publishing Company Inc. (ASCAP). All rights administered by Sony/ATV Music Publishing LLC,
424 Church Street, Suite 1200, Nashville, TN 37219/D 1997 Songs Of Lastrada (BMI)/
Rubber Band Music (BMI). Worldwide rights administered by Grow Your Own Music (BMI), a division of "A" Side Music, LLC
d/b/a Modern Works Music Publishing (BMI)/BMG Platinum Songs (BMI)/R2M Music (BMI).
All rights administered by BMG Rights Management (US) LLC.
All rights reserved. Used by permission; and "You've Got To Be Carefully Taught" from South Pacific. Music by Richard Rodgers.
Lyrics by Oscar Hammerstein II. This selection is used by special arrangement with Rodgers & Hammerstein: an Imagem Company, www.rnh.com.
All Rights Reserved  Used by Permission

EXHIBIT 11
PAGE 521



EXHIBIT 11
PAGE 522



EXHIBIT 11
PAGE 523



EXHIBIT 11
PAGE 524



EXHIBIT 11
PAGE 525







EXHIBIT 11
PAGE 526



EXHIBIT 11
PAGE 527



EXHIBIT 11
PAGE 528



EXHIBIT 11
PAGE 529

25





EXHIBIT 11
PAGE 530

26





EXHIBIT 11
PAGE 531

27





EXHIBIT 11
PAGE 532



EXHIBIT 11
PAGE 533



EXHIBIT 11
PAGE 534



EXHIBIT 11

PAGE 535



EXHIBIT 11
PAGE 536



EXHIBIT 11
PAGE 537

33





EXHIBIT 11
PAGE 538

34





EXHIBIT 11
PAGE 539

35





EXHIBIT 11
PAGE 540

36





EXHIBIT 11
PAGE 541

# REBUTTAL VISUAL EXHIBIT P

EXHIBIT 11
PAGE 542

# Boom Boom Pow

Words and Music by
Will Adams, Allan Pineda,
Jaime Gomez and Stacy Ferguson



Copyright © 2009 Cherry River Music Co. (BMI), Will.I.Am Music Inc. (BMI), Jeepney Music Publishing (BMI),
Tab Magnetic Publishing (BMI), EMI April Music Inc. (ASCAP) and Headphone Junkie Publishing (ASCAP)
Worldwide Rights for Will.I.Am Music Inc., Jeepney Music Publishing and Tab Magnetic Publishing Administered by Cherry River Music Co.
All Rights for Headphone Junkie Publishing Controlled and Administered by EMI April Music Inc.
International Copyright Secured   All Rights Reserved

1

EXHIBIT 11
PAGE 543



Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 544



Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 545



Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 546



Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 547



6

Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 548



Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 549



8

Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 550



9

Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 551









10

Authorized for use by Lawrence Ferrara

EXHIBIT 11
PAGE 552

# REBUTTAL

# VISUAL

# EXHIBIT

# Q

EXHIBIT 11
PAGE 553

# D'YER MAKER

**Words and Music by**
**JOHN BONHAM, JOHN PAUL JONES**
**and ROBERT PLANT**







*Tune down 1/4 tone to play with recording.

© 1973, 1993 SUPERHYPE PUBLISHING
All rights administered by WB MUSIC CORP.
All Rights Reserved

Authorized for use by *Lawrence Ferrara*

EXHIBIT 11
PAGE 554



EXHIBIT 11
PAGE 555



Authorized for use by *Lawrence Ferrara*

EXHIBIT 11
PAGE 556



EXHIBIT 11
PAGE 557



Authorized for use by *Lawrence Ferrara*

EXHIBIT 11
PAGE 558



EXHIBIT 11
PAGE 559



EXHIBIT 11
PAGE 560



Authorized for use by *Lawrence Ferrara*

EXHIBIT 11
PAGE 561



Authorized for use by *Lawrence Ferrara*

EXHIBIT 11
PAGE 562



EXHIBIT 11
PAGE 563

# REBUTTAL VISUAL EXHIBIT R

EXHIBIT 11
PAGE 564

# Back to December

### Words and Music by Taylor Swift







Copyright © 2010 Sony/ATV Music Publishing LLC and Taylor Swift Music
All Rights Administered by Sony/ATV Music Publishing LLC, 8 Music Square West, Nashville, TN 37203
International Copyright Secured   All Rights Reserved

EXHIBIT 11
PAGE 565



32

EXHIBIT 11
PAGE 566

# REBUTTAL VISUAL EXHIBITS

EXHIBIT 11
PAGE 567

# Innocent

Words and Music by Taylor Swift







Copyright © 2010 Sony/ATV Music Publishing LLC and Taylor Swift Music
All Rights Administered by Sony/ATV Music Publishing LLC, 8 Music Square West, Nashville, TN 37203
International Copyright Secured   All Rights Reserved

120

EXHIBIT 11
PAGE 568





132

EXHIBIT 11
PAGE 569

# REBUTTAL VISUAL EXHIBIT T

EXHIBIT 11
PAGE 570

## Private Investigations

Words & Music by Mark Knopfler



© Copyright 1982 Chariscourt Limited
All Rights Reserved  International Copyright Secured

EXHIBIT 11
PAGE 571

# REBUTTAL VISUAL EXHIBIT U

EXHIBIT 11
PAGE 572

from *Part II*

# I'm Gonna Miss Her
## (The Fishin' Song)

Words and Music by Brad Paisley and Frank Rogers



Gtr. 1: Tune down 1/2 step:
(low to high) Eb-Ab-Db-Gb-Bb-Eb

Gtr. 2: Open G tuning, down 1/2 step:
(low to high) Db-Bb-Db-Gb-Bb-Db

Intro
Moderately slow ♩ = 72



*Symbols in parentheses represent chord names respective to detuned guitars. Symbols above represent actual sounding chords.
Chord symbols reflect overall harmony.

© 1999, 2001 EMI APRIL MUSIC INC. and SEA GAYLE MUSIC
All Rights Controlled and Administered by EMI APRIL MUSIC INC.
All Rights Reserved   International Copyright Secured   Used by Permission

18

EXHIBIT 11
PAGE 573





19

EXHIBIT 11
PAGE 574

# REBUTTAL VISUAL EXHIBIT V

EXHIBIT 11
PAGE 575

*from* Mud on the Tires

# Whiskey Lullaby

Words and Music by Bill Anderson and Jon Randall



Copyright © 2001 Sony/ATV Songs LLC, Mr. Bubba Music, Reynsong Publishing Corporation and Whayasay Music
All Rights on behalf of Sony/ATV Songs LLC and Mr. Bubba Music Administered by Sony/ATV Music Publishing, 8 Music Square West, Nashville, TN 37203
All Rights on behalf of Whayasay Music Administered by Reynsong Publishing Corporation
International Copyright Secured   All Rights Reserved

166

EXHIBIT 11
PAGE 576

# REBUTTAL VISUAL EXHIBIT W

EXHIBIT 11
PAGE 577

# Concerto For Clarinet

B Flat Clarinet

Artie Shaw



Copyright © 1942 (renewed) Consolidated Music Publishers,
A Division of Music Sales Corporation, 257 Park Avenue South, New York, NY 10010 USA.
All Rights Reserved. International Copyright Secured.

EXHIBIT 11
PAGE 578

# REBUTTAL VISUAL EXHIBIT X

EXHIBIT 11
PAGE 579

# Sequenza IXb

per sassofono contralto (1980)

Luciano Berio
(1925–2003)

Fotokopieren gesetzlich verboten
Photocopying prohibited by law



©Copyright 1980 by Universal Edition S.p.A., Milano
Copyright assigned to Universal Edition A.G., Wien

Korr. 1987
Korr. IX 2005

Universal Edition  UE 17447

EXHIBIT 11
PAGE 580

2



EXHIBIT 11
PAGE 581