Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Drey A. Cooley (pro hac vice)
cooley@capessokol.com
CAPES SOKOL
7701 Forsyth Blvd. 12th Floor
St. Louis, MO 63015
(314) 721-7701

Eric. F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
KAYIRA LAW, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
(314) 899-9381

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
CAPES SOKOL
3601 Oak Avenue
Manhattan Beach, CA 90266

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al.,<br><br>Defendants. | No. 2:15-cv-05642-CAS-JC<br><br>**DECLARATION OF MICHAEL A. KAHN IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: August 13, 2018<br>Time: 10:00 am<br>Place: Courtroom 8D – 8th Floor<br>350 W. First Street<br>Los Angeles, CA 90012<br><br>Date Filed: **July 1, 2014**<br>Trial Date: **February 26, 2019** |

1

I, Michael A. Kahn, declare as follows

1. I am an attorney at law duly licensed to practice law in the State of Missouri and the State of Illinois. I have been admitted pro hac vice to practice law before this Court in this action. I am an attorney of record for the plaintiffs in this case.

2. I respectfully submit this declaration in opposition to Defendants' motion for summary judgment (Doc. 270 et seq.)

3. Attached as Exhibit 1 is a true and correct copy of the Declaration of Joel Truher, the designated corporate witness for nonparty Google LLC.

4. Submitted contemporaneously as Exhibits 2, 3, 4, 5, and 6 are true and correct copies of the YouTube videos of the *Joyful Noise* song produced by Google LLC and so identified in the Declaration of Joel Truher attached as Exhibit 1. As explained in the concurrently filed Notice of Lodging, these five exhibits cannot be filed electronically and so are being lodged manually on a CD labeled "Exhibits 2, 3, 4, 5, and 6 to the Declaration of Michael A. Kahn in Opposition to Motion for Summary Judgment."

5. Attached as Exhibit 7 is a true and correct copy of the Declaration of Christopher Magill, the designated corporate witness for nonparty MySpace LLC.

6. Attached as Exhibit 8 is a true and correct copy of the Affidavit of Christopher Butler, the Office Manager at the Internet Archive. Mr. Butler's Affidavit includes an attached Exhibit A consisting of what he attests to be "true and accurate printouts of the Internet Archive's records of the HTML files or PDF files for the URLs and the dates specified in the footer of the printout (HTML) or attached coversheet (PDF).

7. Attached as Exhibit 9 is a true and correct copy of the Supplemental Declaration of Lecrae Moore, which includes true and correct copies of the Exhibits A and B attached to that Declaration. As he declares in his Supplemental Declaration, Exhibit A is, to the best of his recollection, an accurate list of many of

the seventy concerts her performed from the Spring of 2009 through the end of 2012, and Exhibit B is an accurate representation of the appearance of his MySpace page on the date shown.

8. Attached as Exhibit 10 is a true and correct printout from the Billboard Magazine website (www.billboard.com) regarding the chart positions for the record album that includes the *Joyful Noise* song.

9. Attached as Exhibit 11 is a true and correct printout of the Amazon Music page for the streaming or purchase of the *Joyful Noise* song (https://www.amazon.com/Joyful-Noise/dp/B0013TQMEA).

10. Attached as Exhibit 12 is a true and correct copy of an article on defendant Jordan Houston (p/k/a Juice J) that appeared in the August 20, 2013 issue of *The New York Times* and was downloaded from *The New York Times* website (https://www.nytimes.com) on the date shown on the bottom of each page of the article.

11. Attached as Exhibit 13 is a true and correct copy of an article on defendant Katy Hudson (p/k/a Katy Perry) that appeared in the July 31, 2014 issue of *Rolling Stone* magazine and was downloaded from the *Rolling Stone* website (https://www.rollingstone.com) on the date shown on the bottom of each page of the article.

12. Attached as Exhibit 14 are true and correct copies of relevant portions from the certified transcript of the deposition of Dr. Todd Decker taken on January 22, 2018.

13. Attached as Exhibit 15 are true and correct copies of relevant portions from the certified transcript of the deposition of Dr. Lawrence Ferrara taken on January 25, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  
2       Executed on July 16, 2018, at St. Louis, Missouri.
3  
4                        By:   <u>/s/ Michael A. Kahn</u>
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

4

KAHN DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT