# EXHIBIT 1

1  ANTHONY J WEIBELL, State Bar No. 238850
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile:  (650) 565-5100
   Email: aweibell@wsgr.com
5
   Attorneys for Non-Party
6  GOOGLE LLC

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9                    WESTERN DIVISION
10

11 | MARCUS GRAY (P/K/A FLAME), et al., | CASE NO.: 2:15-cv-05642-CAS-JC
12 |                                    | **DECLARATION OF JOEL TRUHER, DESIGNATED CORPORATE WITNESS FOR NONPARTY GOOGLE LLC**
13 | Plaintiffs,                        |
14 | v.                                 |
15 |                                    |
16 | KATHERYN ELIZABETH HUDSON (P/K/A KATY PERRY), et al., |
17 |                                    |
18 | Defendants.                        |

**EXHIBIT 1**

I, Joel Truher, declare and state as follows:

1. I am an Engineering Director at Google LLC ("Google"). I am the designated corporate declarant for Google regarding the matters set forth here, of which I have personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. Through its wholly-owned subsidiary YouTube, LLC, Google operates the online video-sharing service located at www.youtube.com ("YouTube") where users can upload, share, and watch videos.

3. Among the records maintained by Google for each video that is uploaded to YouTube are the total number of "views" of that video. YouTube video views reflect the approximate number of times a video has been played for actual humans, regardless of how many different people have played the video. For example, a video with one million views could mean that one million people each played the video only once, or it could mean that fewer than one million people played the video, but some watched it more than once. A "view" does not necessarily mean that a human actually watched or listened to the video while it was playing; it only means that the video was played.

4. Google takes proprietary measures to improve the accuracy of video view counts so that these numbers better reflect "quality views" by actual humans and not computer programs or other means that may be used to artificially inflate a video's view count. Video views are algorithmically validated using proprietary means. To help verify that views are real and accurate, Google may also temporarily slow down, freeze, or adjust the view count, as well as discard suspect playbacks in its discretion. Because Google is constantly validating views, a view count for a particular video is always subject to being adjusted.

5. Although Google takes measures to ensure that a video view count reflects only quality views, Google cannot guarantee that all of the views reflected

in a video view count are in fact quality views, as the view count may have been improperly inflated by means that were not detected by Google.

6. It is a violation of the YouTube Terms of Services for users to inflate views through automated means or attempt to force or trick viewers into watching videos. This could include the following, which is not an exhaustive list: (i) Purchasing views from third-party websites (e.g. paying $10 for 10,000 views); (ii) Deceptive layouts on third party websites that trick viewers into playing a video when they click unrelated elements on the page; (iii) Serving pop-unders: A new window that appears under a current window; or (iv) Redirects: When the URL changes and sends the viewer to a new page in the middle of a click.

7. The following is a chart that lists information from Google's records for the currently recognized view count totals as of certain dates for five videos uploaded to YouTube that have been produced in response to a subpoena to Google in this action:

| Video File Name as Produced by Google | YouTube Video URL | Total views as of Nov. 4, 2010 | Total views as of Mar. 16, 2011 | Total views as of July 26, 2011 | Total views as of Mar. 11, 2012 |
|---|---|---|---|---|---|
| GOOG-FLAME-00000010.mp4 | https://www.youtube.com/watch?v=QCcW-guAs_s | 0 | 31,224 | 119,662 | 293,956 |
| GOOG-FLAME-00000009.mp4 | https://www.youtube.com/watch?v=jTLeHuvHXuk | 114,771 | 197,111 | 290,414 | 483,931 |
| GOOG-FLAME-00000011.mp4 | https://www.youtube.com/watch?v=PwoEOB3Jr8Y | 1,599 | 2,989 | 3,961 | 7,283 |
| GOOG-FLAME-00000008.mp4 | https://www.youtube.com/watch?v=zaUIncoyJ4w | 3,090 | 4,892 | 8,465 | 18,153 |
| GOOG-FLAME-00000012.mp4 | https://www.youtube.com/watch?v=HU3gAGWoKYM | 387,454 | 437,671 | 489,536 | 561,718 |
| | **Total views for all 5 videos (1 - 5) as of listed date** | **506,914** | **673,887** | **912,038** | **1,365,041** |

1    I declare under penalty of perjury that the foregoing is true and correct.
2    Executed on December 7, 2017.

_____
Joel Truher