EXHIBIT 7

Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Drey A. Cooley (pro hac vice)
Cooley@capessokol.com
Capes Sokol Goodman Sarachan PC
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 721-7701

Eric F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
Kayira Law, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
Telephone: (314) 899-9381

Carole E. Handler (SBN 129381)
chandler@cdas.com
Cowan, DeBaets, Abrahams &
Sheppard LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone: (310) 492-4392
Facsimile: (310) 492-4394

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME); EMANUEL LAMBERT; and CHIKE OJUKWU,<br><br>Plaintiffs,<br><br>v.<br><br>KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al.,<br><br>Defendant. | Case No. 2:15-cv-05642-CAS-JC<br><br>Honorable Christine A. Snyder<br><br>**DECLARATION OF CHRISTOPHER MAGILL, DESIGNATED CORPORATE WITNESS FOR NONPARTY MYSPACE, LLC** |

**EXHIBIT 7**

I, Christopher Magill, declare and state as follows:

1. I am Vice President of Legal Affairs for Viant Technology LLC., which is the parent company for Myspace LLC. I am the designated corporate declarant for Myspace LLC regarding the matters set forth herein, of which I have personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. Myspace LLC operates the website service located at www.myspace.com ("Myspace") where, at times in the site's history, users have been able to upload, share, and listen to music.

3. Myspace tracks the number of times a given song was played for each page on which a song appears. The column marked "plays" or the number adjacent to the arrow "play" icon reflect the approximate number of times a song file has been clicked by a human and its audio begins play.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on \_\_\_\_\_January 30, 2018\_\_.

_____

Christopher Magill

2

DECLARATION OF MYSPACE, LLC