# EXHIBIT 8



www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA  94118

# AFFIDAVIT OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address).  If archived records for a URL are available, the visitor will be presented with a list of available dates.  The visitor may select one of those dates, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the page upon which the link appeared and was clicked.

4. The archived data made viewable and browseable by the Wayback Machine is compiled using software programs known as crawlers, which surf the Web and automatically store copies of web files, preserving these files as they exist at the point of time of capture.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL].  Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on a page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Regarding archived files stored in and made available via the Wayback Machine, I further declare that:

    a. to the best that the electronic systems involved can accurately record and reflect, such files were captured at or near the time of the date reflected in the URL assigned to each file by virtue of an automated transfer of electronic data;

    b. such records were captured by Internet Archive or received from third party donors in the course of regularly conducted activity by the Internet Archive; and

    c. the Internet Archive captures, stores, and receives from third party

**EXHIBIT 8**



donors web data as a regular practice.

7. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files or PDF files for the URLs and the dates specified in the footer of the printout (HTML) or attached coversheet (PDF).

8. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 1/29/18

Christopher Butler

## CALIFORNIA JURAT

See Attached Document.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this

__29th__ day of __January__, __2018__, by

Christopher Butler,

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LAUREL KARR
Notary Public - California
San Francisco County
Commission # 2172222
My Comm. Expires Nov 17, 2020

# Exhibit A











my___ Sign up Login Browse Music Topics Video Games Search Music

Music | My Playlists | Music Videos | Charts | New Releases | Music News | Events | For Artists

# LeCrae

Sign up Get the latest news and updates from LeCrae

- Profile
- Music
- Photos
- Shows
- Blog
- Stream
- Friends
- Comments
- Badges

## Music

Featured Songs Albums Playlists

FEATURED SONG

**Children of the Light ft. Son...**

**Album**:
**Released**: Sep 3, 2010
**Label**:

PLAY ALL (10)

| | | |
|---|---|---|
| Children of the Light ft. Sonny San... 3:33 | 36,711 plays | |
| Just Like You ft. J. Paul 5:16 | 23,418 plays | |
| High ft. Sho Baraka & Suzy Rock.m... 3:46 | 21,644 plays | |
| Far Away 3:50 | 97,677 plays | |
| Joyful Noise Flame ft LeCrae 5:27 | 1,531,856 plays | |

**Total Plays: 8,396,666 / Plays Today: 268** See All Featured ▶

## General Info

Genre: **Christian Rap / Hip Hop / Rap**
Location **Atlanta, Georgia, US**
Profile Views: **4193639**
Last Login: **4/12/2011**
Member Since **7/25/2005**
Website **http://www.msplinks.com/MDFodHRwOi8vd3d3LnJlYWNocmVjb3Jkcy5jb20=**
Record Label **Reach Records**
Type of Label **Indie**

More ▼

**Sounds Like:**

Advertisement

## Bio

An unlikely story stands behind the man known to many as Lecrae.
From the south side of Houston, to a leader in the movement of urban reform, a rocky road provides a window into the grace he experienced through out his life--with every situation molding him into the artist and leader that he is today.

Born and raised by his mother, in a poor community, Lecrae Moore moved around a lot, giving him the versatile background and cultural awareness he carries with him. San Diego, Denver, and Dallas have once been home to him and the street life he idolized and pursued. Along the way, like many in the inner city, he took to rapping as a way of communicating his thoughts. It wasn't until after high school that his hobby became a passion, and Jesus Christ redeemed his Hip-Hop background.

At 19-years-old, at the encouragement of a Christian leader, he had attended a conference and heard James White delivering the message. In that moment, sitting in a chair, his world was flipped upside down as the Holy Spirit convicted him of his sin and need for a Savior. Almost instantly, his renewed heart spilled over as he printed his testimony and passed it out across the University of North Texas campus. The next five years included many struggles and victories before he teamed up to found Reach Records, releasing his first album at the age of 25.

Calling Dallas home, Lecrae had remained content using his gifts of speaking and rapping while volunteering at a juvenile detention center, but the Lord had different plans, and he soon began working on his debut album. Pouring out a genuine discussion of life issues and a passionate, unashamed pursuit of Jesus Christ, Lecrae released *Real Talk*. Listeners responded by quickly noting him as an emcee that meets people where they are by delivering transparent, relatable, and impactful messages.

As Lecrae continued to make his mark in the music industry, he realized the stage wasn't enough. He wanted to see a deeper impact in urban culture. There needed to be a culturally relevant and biblically solid resource center to help train the next generation, so he co-founded ReachLife Ministries in 2005. The non-profit organization exists to partner with other organizations in equipping local leaders with culturally relevant tools and media projects designed to strengthen communities with the word of God. ReachLife is another vital piece in the larger vision of seeing a reformation in urban culture.

Since then, Lecrae has released the groundbreaking album *After the Music Stops* and the first Christian Rap album to ever sit in the No. 1 position on Billboard's Top Gospel Charts--*Rebel*. Led by the classic single, "Jesus Musik," *After the Music Stops* slowly spread to the

Open Player ↗

and "Send Me." Aimed at building an audience of disciples, the album sat on Soundscan's Christian Hip Hop/R&B; chart for two years after releasing in 2006. While *Rebel*, released in 2008, also garnered much success--claiming the No. 3 position on the iTunes Rap chart.

A graduate of University of North Texas, Lecrae now resides in Atlanta, GA with his wife and children. He and his wife are small group leaders at Blueprint Church, and his passion for impacting urban culture persists. With three successful albums to his name, touring worldwide along with the 116 Clique, and inspiring a generation of young believers across the globe, Lecrae is humbled by his position in leading others towards Christ. His hope is that Reach's impact will spread far beyond simply the music and into the lives of individuals across the world, ultimately exalting Jesus Christ.

## Shows & Events

**No upcoming shows/events**

**Bring LeCrae to Seattle!** Demand it!®
Powered by eventful

view all

## Stream

All Music Videos Photos Topics Status Bulletins

Yesterday

LeCrae featured a new track:

Rehab: The Overdose — Anger Management Ft. Thi'sl by LeCrae on Rehab: The Overdose +

Like · Comment · Share

Yesterday

LeCrae featured a new track:

Rehab: The Overdose — Strung Out by LeCrae on Rehab: The Overdose +

Like · Comment · Share

Yesterday

LeCrae featured a new track:

Untitled — Far Away by LeCrae on Untitled +

MrZ SuNshyne, Woods, ツßrittαηΥ웃 Villαrrealღ and 3 Others liked this.

Like (6) · Comment · Share

Mar 21

## Music

Albums Playlists

Rehab: The Overdose
11 Songs | Jan 11, 2011

Overdose - Single
1 Song | Dec 22, 2010

Far Away (Haiti Relief)
1 Song | Feb 8, 2010

More ▼ See All 4 ▶

## Videos

Featured All

00:00 | 0 plays | Jan 1 0001

You have no videos.

## Photos

Open Player ↗

More ▼ View all ▶

## Comments

Post a comment...

**Ning Xie**
1） More pictures available on our website **www.mo1kind.com** 2） Authentic quality, Wholesale price 3） Send the items to you within 24 hours after payment 4） Shipping time: 4 -7 working days 5） Shipping types: EMS , DHL, TNT, UPS, FedEx 6） Payment: Paypal, western union, money gram 7） Well packaged to protect items demanding 8） No order limitation. The more you order, the lower price we offer. Please feel free to log on to our website at mo1kind@hotmail.com or: mo1kind@yahoo.com.cn Best regards Mr xie
17 minutes ago

**Joel "Adex" Xebo**
Some God glorifying Hiphop **http://www.myspace.com/joeladex/music/songs/live-longer-mp3-84008798?ap=1**
10 hours ago

**Kimik X - @Kimikxonline**
"FOLLOW ME @KIMIKXONLINE

CHECK OUT MY NEW VIDEO :D

**http://youtu.be/9SqH619TEaI?hd=1**
yesterday

**Andree**
I just to listen your music. Currently Im listen only Spain Rap! Any way... I hope you have success on what your doing!!!!
yesterday

**Annie Pastrana**
Mexico Love Your Music....
4 days ago

**Annie Pastrana**
Thankx For Your Request... God Bless You.
4 days ago

**Annie Pastrana**
Glory To Our Lord!!!... God Bless u LeCrae
4 days ago

**Alesha Ingram**
I just wanted to say how much your music has inspired me and helped pick me up and set me back on the path! I wanted to thank you for expressing Gods word in a way that young people can relate to. You have inspired me to host a Spring Concert in my little town of Arroyo Grande, Ca! I know it is a long shot, but if you are planning on being in the area, or if His plan puts you in our area, around March or April of next year I would love to have you as a guest performer at our show!! Thank you again! May God bless you in all you do!
5 days ago

**Surreal McCoyleon**
i give God all da glory 4 u. keep it up saint. i really wanna join ur record label...how can i do dat
? holla back please
8 days ago

**End Boss Production**
Perserka Gangsta for Life **http://www.youtube.com/watch?v=AtGrTK9voD0**
8 days ago

More 10 of 19111

"Greetings,....For all questions and inquiries, please email info@reachrecords.com.....Thank you,..Management"

Reply

Like · Comment (19111) · Share

Post a comment...

**Ning Xie**
1） More pictures available on our website **www.mo1kind.com** 2） Authentic quality, Wholesale price 3） Send the items to you within 24 hours after payment 4） Shipping time: 4 -7 working days 5） Shipping types: EMS , DHL, TNT, UPS, FedEx 6） Payment: Paypal, western union, money gram 7） Well packaged to protect items demanding 8） No order limitation. The more you order, the lower ... **Show more**
17 minutes ago

**Joel "Adex" Xebo**
Some God glorifying Hiphop
**http://www.myspace.com/joeladex/music/songs/live-longer-mp3-84008798?ap=1**
10 hours ago

More 2 of 19111

Mar 21

LeCrae commented on LeCrae's profile

"Greetings,....To purchase all music and apparel please visit ..http://www.merchline.com/reach/... ....Thank you, ..Management "

Reply

Like · Comment (19111) · Share

Post a comment...

**Ning Xie**
1） More pictures available on our website **www.mo1kind.com** 2） Authentic quality, Wholesale price 3） Send the items to you within 24 hours after payment 4） Shipping time: 4 -7 working days 5） Shipping types: EMS , DHL, TNT, UPS, FedEx 6） Payment: Paypal, western union, money gram 7） Well packaged to protect items demanding 8） No order limitation. The more you order, the lower ... **Show more**
17 minutes ago

**Joel "Adex" Xebo**
Some God glorifying Hiphop
**http://www.myspace.com/joeladex/music/songs/live-longer-mp3-84008798?ap=1**
10 hours ago

More 2 of 19111

## Friends (5)

LeCrae has **84675** friends. View all of LeCrae's Friends

116 Clique-...

Reach Records- REHAB IN STORES NOW!
Reach Rec...

Tedashii

Open Player ↗

Trip Lee Sho Barak...

| Around Myspace | What's Trending | Also on Myspace | IGN | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Guy Gaga at VMAs | IM | Video Games | Sign up | Help & FAQs |
| Video | Matthew Fox Gets Crazy | Mobile | Game Reviews | Developers | Safety Tips |
| Movies | John Goodman: Communit | Themes | Video Game Cheats | Terms | Sitemap |
| Television | Sheen Roasters Revealed | Myspace Layouts | Game Videos | Privacy Policy | Privacy Settings |
| Celebrity | Chris Brown at VMAs | Sync | Download Video Games | About us | Privacy Policy |
| Events | Hunger Games Trailer | | | | Learn more |
| Threads | Weekend Box Office | | | | Advertisers |
| Themes | ‘Contagion’ Photos | | | | Press Room |

Copyright © 2003-2011 Myspace Inc. All Rights Reserved

Report Abuse | Change Country: United States (English)

Open Player

### LeCrae

- Music
- Songs
- Albums
- Mixes
- Connections
- Top Fans
- Photostream
- Videos
- Events

**ABOUT**

For the typical music fan, Lecrae's hard demeanor and crunk beats might belie what his lyrics are really about, his adoration of Jesus Christ. The main tenet influencing his

read more

**TOP ALBUMS**



**SIMILAR TO**



**INFLUENCED BY**




| | NAME | ALBUM | DATE | PLAYS |
|---|---|---|---|---|
| 01 | Joyful Noise Flame ft LeCrae | Our World Fallen | 2008 | 1,556,404 |
| 02 | Hallelujah | Rehab Deluxe | 2011 | 44,040 |
| 03 | Don't Waste Your Life | Rebel | 2008 | 1,841,986 |
| 04 | Just Like You ft. J. Paul | Rehab | 2010 | 45,301 |
| 05 | Far Away | Untitled | 2010 | 119,779 |
| 06 | Tell the World (feat. Mali Music) | Gravity | 2012 | 4,553 |
| 07 | Jesus Muzik ft Trip Lee | After The Music Stops | 2006 | 1,060,361 |
| 08 | Background Ft. C–Lite | Rehab | 2011 | 7,166 |
| 09 | Live & Let Live (w. Statik Selektah) | Population Control | 2011 | 15,756 |
| 10 | Blow Your High Ft. Canon | Rehab: The Overdose | 2011 | 12,464 |
| 11 | Overdose | Rehab: The Overdose | 2011 | 12,158 |
| 12 | Fakin' (feat. Thi'sl) | Gravity | 2012 | 3,118 |
| 13 | Gravity (feat. J.R.) | Gravity | 2012 | 5,024 |
| 14 | Boasting Ft. Anthony Evans | Rehab | 2011 | 4,067 |
| 15 | Just Like You Ft. J. Paul | Rehab | 2011 | 3,324 |
| 16 | The Drop (Intro) | Gravity | 2012 | 4,285 |
| 17 | Falling Down (feat. Swoope & Trip Lee) | Gravity | 2012 | 3,349 |
| 18 | No Regrets (feat. Suzy Rock) | Church Clothes | 2013 | 380 |
| 19 | God Is Enough Ft. Flame & Jai | Rehab | 2011 | 6,142 |
| 20 | Power Trip (feat. Pro, Sho Baraka & An… | Gravity | 2012 | 11,614 |
| 21 | Walk With Me (feat. Novel) | Gravity | 2012 | 3,137 |
| 22 | I Know | Gravity | 2012 | 2,554 |
| 23 | Go Hard Ft. Tedashii | Rebel | 2010 | 12,305 |
| 24 | Chase That (Ambition) | Rehab: The Overdose | 2011 | 6,299 |
| 25 | Confe$$Ions | Gravity | 2012 | 2,458 |
| 26 | Free from It All (feat. Mathai) | Gravity | 2012 | 3,013 |
| 27 | Violence | Gravity | 2012 | 3,249 |
| 28 | Identity Ft. Da Truth, Jr | Rebel | 2010 | 9,684 |
| 29 | Rebel Intro | Rebel | 2010 | 10,759 |
| 30 | Buttons | Gravity | 2012 | 2,247 |
| 31 | Check In | Rehab | 2011 | 3,668 |
| 32 | Lord Have Mercy (feat. Tedashii) | Gravity | 2012 | 2,172 |
| 33 | Truth | Rebel | 2010 | 18,193 |
| 34 | Desperate Ft. Cam | Rebel | 2010 | 5,978 |
| 35 | Lucky Ones (feat. Rudy Currence) | Gravity | 2012 | 2,111 |
| 36 | Fall Back Ft. Trip Lee | Rebel | 2010 | 6,468 |
| 37 | Walking On Water | Rehab | 2011 | 3,468 |
| 38 | Battle Song Ft. Suzy Rock | Rehab: The Overdose | 2011 | 7,276 |
| 39 | Killa | Rehab | 2011 | 3,910 |
| 40 | Beautiful Feet Ft. Dawntoya | Rebel | 2010 | 4,754 |
| 41 | Don't Waste Your Life Ft. Cam, Dwayne… | Rebel | 2010 | 9,218 |
| 42 | Going In Ft. Swoope | Rehab: The Overdose | 2011 | 4,336 |
| 43 | New Shalom Ft. Pro | Rehab | 2011 | 2,603 |
| 44 | More | Rehab: The Overdose | 2011 | 5,521 |
| 45 | Change | Rebel | 2010 | 6,858 |
| 46 | Live Free Ft. Sho Baraka, Jai | Rebel | 2010 | 5,483 |
| 47 | Divine Intervention Ft. J.R. | Rehab | 2011 | 2,636 |
| 48 | Mayday (feat. Big K.R.I.T. & Ashthon Jo… | Gravity | 2012 | 2,322 |
| 49 | Like That | Rehab: The Overdose | 2011 | 4,041 |
| 50 | Rejects (feat. Christon Gray) | Church Clothes | 2013 | 200 |



myspace Sign up Login Search Music Music Video Games Browse People

Music | My Playlists | Music Videos | Charts | Music News | Events

Flame Official Myspace page

Show More ▼

# FLAME www.twitter.com/FLAME314

FLAME www.twitter.com/FLAME314 Radio

Sign up

- Profile
- Music
- Photos
- Shows
- Blog
- Stream
- Friends
- Comments
- Badges

## Music

Featured | Songs | Albums | Playlists

FEATURED SONG

Surrender feat. V.Rose

**Surrender feat. V.Rose**

**Album**:
**Released**: Dec 28, 2010
**Label**:

PLAY ALL (6)

| Song | Length | Plays |
|---|---|---|
| Surrender feat. V.Rose | 3:41 | 3,545 plays |
| Move | 4:44 | 1,876 plays |
| Tonight feat. J.R. | 5:00 | 1,552 plays |
| Put On | 4:11 | 2,041 plays |
| Joyful Noise feat. Lecrae & John R... | 5:25 | 933,868 plays |

Total Plays: 2,314,486 / Plays Today: 68

See All Featured ▶

## General Info

Genre: **Christian Rap / Gospel / Hip Hop**
Location **St. Louis, Please select your region, Un**
Profile Views: **1224222**
Last Login: **11/25/2011**
Member Since **4/1/2007**
Website **ClearSightMusic.com**
Record Label **Clear Sight Music**
Type of Label **Indie**

More ▼

Open Player

myspace Sign up Login Music Video Games Browse People

## Music

Playlists

My Playlist My Playlist

My Playlist My Playlist

My Playlist
6 Songs | Sep 21, 2008

| Around Myspace | What's Trending | Also on Myspace | Music Charts | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Underworld: Awakening | Facebook Connect | Artists | Sign up | Help & FAQs |
| Video | Megan Fox Comedy | Radio | Music Videos | Developers | Safety Tips |
| Movies | Bourne, Hobbit and More | New Music Player | Songs | Terms | Privacy Settings |
| Television | Emaciated 50 Cent | IM | Albums | Privacy Policy | Privacy Policy |
| Celebrity | Devil Inside: Real Exorcist | Mobile | | About us | Learn more |
| Events | New MIB3 Pics | Themes | | | Advertisers |
| | Drew Barrymore Engaged | Sync | | | Press Room |
| | Chris Brown Silenced | | | | |

Copyright © 2003-2011 Myspace LLC. All Rights Reserved

Report Abuse | **Change Country:** United States (English)

Open Player

