# EXHIBIT 9

1  Michael A. Kahn (pro hac vice)
   Kahn@capessokol.com
2  Drey A. Cooley (pro hac vice)
   Cooley@capessokol.com
3  Capes Sokol Goodman Sarachan PC
   7701 Forsyth Blvd., 12th Floor
4  St. Louis, MO 63105
   Telephone: (314) 721-7701

5  Eric F. Kayira (pro hac vice)
   eric.kayira@kayiralaw.com
6  Kayira Law, LLC
   200 S. Hanley Road, Suite 208
7  Clayton, Missouri 63105
   Telephone: (314) 899-9381
8
9  Carole E. Handler (SBN 129381)
   chandler@cdas.com
10 Cowan, DeBaets, Abrahams &
   Sheppard LLP
11 9595 Wilshire Boulevard, Suite 900
   Beverly Hills, California 90212
12 Telephone: (310) 492-4392
   Facsimile: (310) 492-4394

13 Attorneys for Plaintiffs

14           UNITED STATES DISTRICT COURT
15         FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 
17 MARCUS GRAY (p/k/a FLAME);      | Case No. 2:15-cv-05642-CAS-JC
   EMANUEL LAMBERT; and CHIKE     |
18 OJUKWU,                          | Honorable Christine A. Snyder
19                Plaintiffs,       |
                                    | **SUPPLEMENTAL DECLARATION
20         v.                       | OF LECRAE MOORE**
                                    |
21 KATHERYN ELIZABETH HUDSON       |
   (p/k/a KATY PERRY), et al.,     |
22                                  |
                 Defendant.         |
23
24
25
26
27
28
                                    **EXHIBIT 9**

SUPPLEMENTAL DECLARATION OF LECRAE MOORE

# SUPPLEMENTAL DECLARATION OF LECRAE MOORE

I, Lecrae Moore, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth below, and, if called upon to do so, would competently testify to those matters.

2. This declaration supplements my prior declaration of December 11, 2017.

3. From the Spring of 2009 through the end of 2012, I performed in more than seventy concert venues around the nation. To the best of my recollection, an accurate list of many of those concert dates, cities, and venues is attached to this Supplemental Declaration as Exhibit A.

4. During most, if not all, of those concerts, I performed the *Joyful Noise* song.

5. During that same period, I had a page on the Myspace website. Attached to this Supplemental Declaration as Exhibit B is a screenshot of what appears to have been my Myspace page on September 7, 2011.

6. Although I have no personal knowledge as to how that screenshot was obtained or whether the date shown on that screenshot is accurate, I can state with confidence that Exhibit B is an accurate representation of the appearance of my Myspace page during that period, including the various songs listed on that page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed ~~January~~ February 2, 2018, at _____.



Lecrae Moore

2

# Lecrae

## Past concerts (2009 thru 2012)

- **Friday 16 November 2012**

**Lecrae** Tedashii, KB, Trip Lee, Andy Mineo, P-Ro the ♫, Thi'sl, and Propaganda

Epic Event Center, Minneapolis, MN, US

- - **Saturday 10 November 2012**

**Lecrae**

Valley Bible Fellowship, Las Vegas, NV, US

- - **Thursday 08 November 2012**

**Lecrae** Tedashii, Trip Lee, Andy Mineo, P-Ro the ♫, KB, Thi'sl, and Propaganda

Showbox SoDo, Seattle, WA, US

- - **Wednesday 07 November 2012**

**Lecrae**

Rose Garden Arena, Portland, OR, US

- - **Sunday 04 November 2012**

**Lecrae**

The Regency Ballroom, San Francisco, CA, US

- - **Saturday 03 November 2012**

**Lecrae** Trip Lee, Pro & Reg, Andy Mineo, Come Alive, and Tedashii

Hollywood Palladium, Hollywood, CA, US

- - **Friday 02 November 2012**

**Lecrae**

Grand Canyon University, Phoenix, AZ, US

- - **Thursday 01 November 2012**

**Lecrae** Trip Lee

Kiva Auditorium, Albuquerque Convention Center, Albuquerque, NM, US

- - **Saturday 27 October 2012**

**Lecrae**

College Park Center, UTA, Arlington, TX, US

- **Sunday 21 October 2012**

    **Lecrae** Trip Lee and Come Alive

    Jackie Gleason Theater, Fillmore Miami Beach, Miami Beach, FL, US

- - **Friday 19 October 2012**

**Lecrae** Trip Lee and T-Dot

The Tabernacle, Atlanta, GA, US

- - **Saturday 13 October 2012**

**Lecrae** Trip Lee and Come Alive

Hampton Coliseum, Hampton, VA, US

- - **Friday 12 October 2012**

**Lecrae**

The Fillmore Silver Spring, Silver Spring, MD, US

- - **Wednesday 10 October 2012**

**Lecrae** Trip Lee

Sound Academy, Toronto, ON, Canada

- - **Sunday 07 October 2012**

**Lecrae** Trip Lee and Come Alive

EXPRESS LIVE!, Columbus, OH, US

- • Friday 05 October 2012

**Tedashii, Lecrae, Trip Lee, and Andy Mineo**

Congress Theater, Chicago, IL, US

- • Thursday 04 October 2012

**Lecrae** Trip Lee and Come Alive

Stage AE, Pittsburgh, PA, US

- • Wednesday 03 October 2012

**Lecrae** Come Alive, Trip Lee, Tedashii, and Andy Mineo

PlayStation Theater, New York, NY, US

- • Monday 01 October 2012

**Lecrae** Trip Lee, Tedashii, and Andy Mineo

Rocketown, Nashville, TN, US

- • Friday 28 September 2012

**Lecrae**

The Ballroom at Warehouse Live, Houston, TX, US

- • Thursday 27 September 2012

**Lecrae**

Ogden Theatre, Denver, CO, US

- • Wednesday 01 August 2012 – Saturday 04 August 2012

**SoulFest 2012** Switchfoot, Casting Crowns, tobyMac, Lecrae, Grace, Jeremy Camp, Family Force 5, and Jars of Clay

Gunstock Mountain Resort, Gilford, NH, US

- - **Saturday 21 July 2012**

**Heartfest 2012** Skillet, Lecrae, Red, Kutless, Jamie Grace, Royal Tailor, Nick Hall, and Bone Hampton

Worlds of Fun, Kansas City, MO, US

**Samestate, Red, and Grace** Jamie Grace, Royal Tailor, Skillet, and Lecrae

Worlds of Fun, Kansas City, MO, US

- - **Saturday 14 July 2012**

**Joyfest 2012** Lecrae, Marvin Sapp, Fred Hammond, William McDowell, Vashawn Mitchell, Martha Munizzi, and Humble Tip

Kingswood Amphitheatre, Kings Dominion, Doswell, VA, US

- - **Thursday 28 June 2012 – Saturday 30 June 2012**

**Spirit Song 2012** Owl City, Switchfoot, Needtobreathe, tobyMac, Lecrae, Red, Jeremy Camp, and Third Day

King's Island Amusement Park, King's Island, OH, US

**Kingsfest 2012** Owl City, Skillet, Needtobreathe, Casting Crowns, tobyMac, Lecrae, Grace, and Red

Kingswood Amphitheatre, Kings Dominion, Doswell, VA, US

- - **Saturday 23 June 2012**

**Wonder Jam 2012** Skillet, Lecrae, Kutless, Fireflight, Jamie Grace, David Nasser, and Bone Hampton

Canada's Wonderland, Vaughan, ON, Canada

- - **Wednesday 20 June 2012 – Saturday 23 June 2012**

**alive festival 2012** Skillet, Chris Tomlin, Anberlin, Casting Crowns, Lecrae, Red, Thousand Foot Krutch, and Family Force 5

Atwood Lake Park, Mineral City, OH, US

- - **Saturday 16 June 2012**

**Rock The Park Festival 2012** Lecrae, Grace, Red, Jeremy Camp, Third Day, Jamie Grace, Royal Tailor, and Kj-52

Carowinds, Charlotte, NC, US

- • **Saturday 26 May 2012**

**Joyfest 2012** Lecrae, Mary Mary, Marvin Sapp, Fred Hammond, and Humble Tip

Carowinds, Charlotte, NC, US

- • **Sunday 13 May 2012**

**Lecrae**

John Q. Hammons Center, Rogers, AR, US

- • **Friday 11 May 2012**

**Humble Tip** Lecrae

The Summit Church, Durham, NC, US

- • **Saturday 07 April 2012**

**Paid Dues Festival 2012** Kendrick Lamar, Macklemore & Ryan Lewis, Mac Miller, Wu-Tang Clan, Three 6 Mafia, Ab-Soul, Lecrae, and Dilated Peoples

NOS Events Center, San Bernardino, CA, US

- • **Sunday 11 March 2012**

**MercyMe** Tenth Avenue North, Lecrae, Hawk Nelson, Disciple, and Sidewalk Prophets

Save Mart Center, Fresno, CA, US

- • **Friday 09 March 2012**

**MercyMe and Tenth Avenue North** Lecrae, Hawk Nelson, Disciple, and Sidewalk Prophets

Citizens Business Bank Arena, Ontario, CA, US

- • **Saturday 03 March 2012**

**Rock & Worship Roadshow 2012** Lecrae, MercyMe, Tenth Avenue North, Hawk Nelson, Sidewalk Prophets, Disciple, and Bart Millard

KeyArena at Seattle Center, Seattle, WA, US

- - **Thursday 01 March 2012**

**MercyMe and Tenth Avenue North** Lecrae, Hawk Nelson, Disciple, and Sidewalk Prophets

Taco Bell Arena, Boise State University, Boise, ID, US

- - **Sunday 19 February 2012**

**MercyMe and Tenth Avenue North** Lecrae, Hawk Nelson, Disciple, and Sidewalk Prophets

World Arena, Colorado Springs, CO, US

- - **Thursday 16 February 2012**

**MercyMe and Tenth Avenue North** Lecrae, Hawk Nelson, Disciple, and Sidewalk Prophets

JQH Arena, Missouri State University, Springfield, MO, US

- - **Thursday 02 February 2012**

**MercyMe, Tenth Avenue North, and Sidewalk Prophets** Lecrae, Hawk Nelson, and Disciple

Sears Centre Arena, Hoffman Estates, IL, US

- - **Saturday 28 January 2012**

**Hawk Nelson** Sidewalk Prophets, Rend Collective, Disciple, Lecrae, Tenth Avenue North, and MercyMe

Bankers Life Fieldhouse, Indianapolis, IN, US

- - **Friday 27 January 2012**

**MercyMe and Tenth Avenue North** Lecrae, Hawk Nelson, Disciple, and Sidewalk Prophets

Von Braun Center Arena, Huntsville, AL, US

- - **Thursday 26 January 2012**

**MercyMe** Tenth Avenue North, Lecrae, Hawk Nelson, Disciple, and Sidewalk Prophets

Mississippi Coast Coliseum & Convention Center, Biloxi, MS, US

- - **Saturday 14 January 2012 – Monday 16 January 2012**

**Strength to Stand Conference 2012** Lecrae, Newsboys, Kristian Stanfill, Rush of Fools, Aaron Keyes, and KJ-54

Strength to Stand Conference, Pigeon Forge, TN, US

- • **Monday 02 January 2012 – Thursday 05 January 2012**

**Passion 2012** Chris Tomlin, Lecrae, David Crowder Band, Matt Redman, Kristian Stanfill, Christy Nockels, Charlie Hall, and Passion Worship Band

Georgia Dome, Atlanta, GA, US

- • **Friday 04 November 2011**

**Flatfoot 56** Family Force 5, Lecrae, and Tedashii

Milwaukee Theatre, Milwaukee, WI, US

- • **Friday 21 October 2011**

**Lecrae** Trip Lee

Hollywood Palladium, Hollywood, CA, US

- • **Wednesday 19 October 2011**

**Lecrae**

House of Blues, San Diego, CA, US

- • **Sunday 09 October 2011**

**Lecrae**

The Fillmore, Charlotte, NC, US

- • **Friday 07 October 2011**

**Lecrae** Trip Lee and Lite Minglewoodhall

Minglewood Hall, Memphis, TN, US

- • **Thursday 06 October 2011**

**Lecrae and Mac Miller**

Newport Music Hall, Columbus, OH, US

**Mac Miller** Lecrae

EXPRESS LIVE!, Columbus, OH, US

- - **Sunday 02 October 2011**

**Lecrae** Trip Lee and C-Lite

Stage AE, Pittsburgh, PA, US

- - **Saturday 01 October 2011**

**Lecrae**

Bogart's Cincinnati, Cincinnati, OH, US

- - **Friday 30 September 2011**

**Lecrae**

Orbit Room, Grand Rapids, MI, US

- - **Thursday 29 September 2011**

**Lecrae**

Egyptian Room, Old National Centre, Indianapolis, IN, US

- - **Tuesday 12 July 2011**

**Grace and DJ Promote** Lecrae

Kemah Boardwalk, Kemah, TX, US

- - **Wednesday 15 June 2011 – Saturday 18 June 2011**

**Ichthus Festival 2011** Skillet, Chris Tomlin, Anberlin, Lecrae, Red, Thousand Foot Krutch, Matthew West, and Family Force 5

Ichthus Farm, Wilmore, KY, US

# Past concerts

- Saturday 11 June 2011

    **Newsboys** David Crowder Band, Family Force 5, and Lecrae

    Mississippi Veterans Memorial Stadium, Jackson, MS, US

- - Friday 29 April 2011 – Saturday 30 April 2011

**Agape Fest 2011** Needtobreathe, Lecrae, Third Day, Sidewalk Prophets, Group 1 Crew, Abandon, Jonny Diaz, and Downhere

Bond County Fairgrounds, Greenville, IL, US

- - Friday 08 April 2011

**Lecrae** Shonlock

Rocketown, Nashville, TN, US

- - Thursday 18 November 2010

**Lecrae**

Florence Civic Center, Florence, SC, US

- - Saturday 06 November 2010

**Lecrae** Trip Lee, Sho Baraka, Tedashii, and DJ Official

Club 3 Degrees, Minneapolis, MN, US

- - Thursday 21 October 2010

**Lecrae** Trip Lee, Tedashii, Sho Baraka, and DJ Official

Hope Alive Freedom Church, Lafayette, LA, US

- - Saturday 14 August 2010

**Purple Door Festival 2010** Lecrae, Family Force 5, Demon Hunter, Paper Route, Texas In July, John Mark McMillan, House of Heroes, and Seabird

Lewisberry, PA, US

- - Friday 14 May 2010

**Jeremiah Bonds** Lecrae, Braille, and Theory Hazit

First Church of the Nazarene, Pasadena, CA, US

- • **Saturday 01 May 2010**

**Kimber Rising** Lecrae, Unhindered, and David Crowder Band

Jack Breslin Student Events Center, East Lansing, MI, US

- • **Sunday 25 April 2010**

**Abandon** Lecrae

Generation Church, Jupiter, FL, US

- • **Saturday 27 March 2010**

**Kimber Rising** Lecrae, Everyday Sunday, and Building 429

Bethany World Prayer Center, Baton Rouge, LA, US

- • **Saturday 19 September 2009**

**The Big Exo Day 2009** Relient K, Lecrae, and New Empire

Sydney, NSW, Australia

- • **Saturday 12 September 2009**

**Relient K** Lecrae and New Empire

Hisense Arena, Melbourne, VIC, Australia

- • **Friday 14 August 2009 – Saturday 15 August 2009**

**Purple Door 2009 2009** Anberlin, Lecrae, Family Force 5, Fireflight, mewithoutYou, Shawn McDonald, Pillar, and Disciple

Lewisberry, PA, US

- - **Sunday 02 August 2009**•

**Rock the River Tour 2009** Skillet, Flyleaf, Lecrae, Kirk Franklin, Red, Hawk Nelson, and Canton Jones

St Louis, MO, US

- **Wednesday 22 July 2009**

**Creation Festival 2009** Skillet, Relient K, Chris Tomlin, Needtobreathe, Casting Crowns, Lecrae, Red, and Thousand Foot Krutch

Quincy, WA, US

- **Saturday 13 June 2009 – Sunday 14 June 2009**

**Harvest Crusade 2009** P.O.D., Lecrae, Jars of Clay, Kutless, Delirious?, Michelle Bonilla, and Doubledge

Northwell Health at Jones Beach Theater, Wantagh, NY, US

- **Wednesday 18 March 2009 – Sunday 22 March 2009**     **SXSW 2009** Katy Perry, Calvin Harris, Mumford & Sons, Metallica, Kid Cudi, B.o.B, Deadmau5, and Passion Pit

Austin, TX, US

---

https://www.songkick.com/artists/410833-lecrae/gigography?page=5

https://www.songkick.com/artists/410833-lecrae/gigography?page=6

https://www.songkick.com/artists/410833-lecrae/gigography?page=7

