# EXHIBIT 10



FLAME | CHART HISTORY

Top Gospel Albums                                                          4 of 6    ✖

## Our World: Redeemed The Sequel
### Flame

| MAR 22nd 2008 | 5 | 35 |
|---|---|---|
| PEAK DATE | PEAK POSITION | WEEKS ON CHART |

Share ➔

ADVERTISEMENT

**EXHIBIT 10**