# EXHIBIT 11

Digital Music ▾

Deliver to Drey
Ballwin 63011

**Departments** ▾   Browsing History ▾

EN ▾ | Hello, Drey
Account & Lists ▾   Orders   Prime ▾

0
Cart

 **Prime Day** deals start July 16

**music**

Amazon Music Unlimited ▾   Prime Music ▾   CDs & Vinyl ▾   Download Store ▾   ▶ Open Web Player   MP3 car

 **amazon** home services   House cleaning, furniture assembly, TV mounting & more   Shop now ▸



# Joyful Noise

Flame, Lecrae & John Reilly

From the Album Our World Redeemed

March 4, 2008

21 customer reviews

Streaming of this song is included with your Prime membership. Learn More
**$0.99** to buy

**music**

**Get 4 months for $0.99**
Prime members get 4 months of Amazon Music Unlimited for $0.99. Just $7.99/mo after. Terms apply. Learn more

**prime music**

Included with your Prime Membership

| Listen Now |
| :-: |

Prime Music features a growing selection of 2 million songs, always ad-free and on-demand. Learn More

| Buy song $0.99 |
| :-: |

| Add to MP3 Cart |
| :-: |

More options

▶ Listen to full-length playback

▶ **Joyful Noise**   5:25   + Add

Sold by Amazon Digital Services LLC. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Related Video Shorts | Upload your video


4:36
Joyful Noise

ORCH

## Customers Also Listened To These Songs

**EXHIBIT 11**

    

| No Hate (feat. Bumps Inf) | Dum Dum (feat. Lecrae) | Nothing I Can't Do (feat. Trip... | How We Do It (feat. Thi'sl & L... | The Saints |
|---|---|---|---|---|
| Bizzle | Tedashii | Tedashii | Canon | Andy Mineo |
| 16 | 27 | 8 | 2 | 16 |
| Stream or buy for $0.99 | Stream or buy for $1.29 | Stream or buy for $1.29 | Stream or buy for $0.99 | Stream or buy for $1.29 |

## Product details

**Original Release Date:** March 4, 2008

**Release Date:** March 4, 2008

**Label:** Cross Movement Records

**Copyright:** (C) 2008 Cross Movement Records

**Duration:** 5:25 minutes

**Genres:**

Rap & Hip-Hop

**ASIN:** B0013TQMEA

**Average Customer Review:** 21 customer reviews

**Amazon Best Sellers Rank:** #21,259 Paid in Songs (See Top 100 Paid in Songs)

#1743 in Digital Music > Songs > **Rap & Hip-Hop**

## Customer Reviews

### 21
4.8 out of 5 stars

| 5 star | | 90% |
| 4 star | | 5% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 21 customer reviews

Share your thoughts with other customers

Write a customer review

## Top customer reviews

 Diane wolford

**Five Stars**
November 16, 2017
**Verified Purchase**
great song

Helpful | Not Helpful | Comment | Report abuse

 J.S

**Five Stars**
July 10, 2014
**Verified Purchase**
So much fun and inspiring to remember to always give God the glory and live joyfully in Him!

Helpful | Not Helpful | Comment | Report abuse

 SheerClass

**Okay**

## Most recent customer reviews

 Derrick Baxtron

**Five Stars**
I like!
Published on March 19, 2015

 Robert

**Five Stars**
Good song, I lime all of the Christian rap.
Published on March 2, 2015

 Christina Northrop

**Five Stars**
This song makes me boogie woogie ;) Yay Jesus <3!
Published on February 18, 2015

 S. Malone

**Joyful Surprise**
Became curious about this song when I heard that Katy Perry was being sued for sampling it without paying/crediting Joyful Noise. Read more
Published on February 17, 2015

 Optimo

**Five Stars**
Classic!!
Published on November 10, 2014

 Rodney Jones

December 28, 2012
**Verified Purchase**

I really just like it for the beat. The lyrics are okay, but the guitarist is great! I think I appreciate his skills the most.

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|

Carissa T

**Five Stars**

February 13, 2015
**Verified Purchase**

Love this song!

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|

Richard Johnson

**Christian Rap**

October 27, 2013
**Verified Purchase**

My kids turned me onto this. At first, I was like I don't won't to hear rap music, and next iv was buying it. Good message.

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|

Joel Cathey

**Five Stars**

December 24, 2016
**Verified Purchase**

Awesome song, great sound, great lyrics. Pretty awesome

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|

Melissa McDonald Davis

**great purchase! Very pleased.**

September 29, 2014
**Verified Purchase**

great purchase! Very pleased.One of my favorite songs ever

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|

K. Brown

**Love this song!**

March 18, 2013
**Verified Purchase**

Heard this song at a camp this summer & had to find out what it was! It's my absolute favorite!

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|

**See all 21 reviews**

| Write a customer review |
|---|

**a Fav**

This is one of my all time favorite songs in Christian rap, from the guitar to the lines.
Published on July 30, 2014

bigrob

**Five Stars**

Awesome beat! Awesome message! Glory to God.
Published on July 25, 2014

**Search customer reviews**

| | Search |
|---|---|

---

## What other items do customers buy after viewing this item?



Start Over (feat. NF)

Flame

18

$0.99

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

| English | United States |
|---------|---------------|

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates