# EXHIBIT 12

**The New York Times** | https://nyti.ms/12UEm2z

MUSIC

# 'I Actually Work. I'm in the Studio 24/7. It's Definitely a Grind.'

Juicy J on Ambitions, Younger Rappers and Strip Clubs

Melena Ryzik

PLAYLIST    AUG. 30, 2013

As a member of the Memphis group Three 6 Mafia, the rapper Juicy J memorably collected an Oscar in 2006, for "It's Hard Out Here for a Pimp." And his career has continued to follow a series of unexpected turns, from occasional actor to Twitter star (more than one million followers) to, lately, solo artist. On the heels of the platinum single "Bandz a Make Her Dance," featuring Lil Wayne and 2 Chainz, his third solo album and major label debut, "Stay Trippy," was released late last month on Kemosabe/Columbia Records. A few years ago, he had never performed onstage alone; now he is completing a sold-out, 40-city tour.

"The solo thing just happened out of nowhere," he said, by telephone from Los Angeles, where he had just landed after a concert in Las Vegas. "I wasn't really planning to be a solo artist. I was trying to bring back the Three 6 Mafia buzz, so I was doing my own mixtapes. I put out 'Bandz a Make Her Dance' on Twitter, and then it blew up, and here I am."

At 35, Juicy J is a hip-hop veteran, a foundation of the Southern rap scene and a mentor to younger rappers like Wiz Khalifa, a producer on "Stay Trippy." "I met Wiz on Twitter," Juicy J said. "I had listened to his mixtapes, watched his stuff on YouTube, and then I reached out to him on Twitter. We exchanged numbers, then we met up in California and became best friends."

**EXHIBIT 12**

Juicy J raps about strip clubs, smoking pot and boozing — and he's authentic to the lifestyle. "I'm still drunk," he announced in the early-morning phone call. He wasn't apologizing or boasting, just acknowledging: "This is the life. This is what I chose." But it didn't stop him from talking seriously about his ambitions. As for where he keeps his Oscar, he said: "I keep it in a safe. I definitely got it." He spoke with Melena Ryzik about his work ethic, rapping with his brother and why he still listens to demos. These are excerpts from the conversation.

**Q. This solo album is your first release with Wiz Khalifa, but you've been working with his Taylor Gang crew for a while. What drew you?**

**A.** He made me an owner of his company so, I mean, like, why not? That was his idea. He was like, "Yo Juicy, I want to make you a third owner of the record label, because I feel like you know music, and you can find talent, and you've been in the game for more than 15 years."

**You grew up being interested in the music business, right?**

Yes, ma'am. I used to read music books when I was 13. My mom was working at a library. She's a librarian. I would get my mom to check out any kind of books that had anything about the music industry. I read a lot about royalties, publishing, marketing, stuff like that. The only biography I read was about Al Bell, of Stax Records. I wanted to follow in the footsteps of Al Bell.

**How do you keep motivated?**

I work on holidays, I work on birthdays, I work on New Year's. I work. I keep my ears to the streets. I love a lot of these new up-and-coming young cats, because they remind me of me coming up, hustling. I like stuff to be different. I want to work with Swizz Beatz, I want to work with Pharrell [Williams]. I think Pharrell's a genius, he makes hits, he's legendary.

**How do you hear new artists?**

People are always sending me stuff. I just discovered this new cat on Twitter, a guy named Marcus Cruz, 18 years old. He's super talented. He's focused. He's a smart kid. He was at one of my shows, and he kept hitting me on Twitter, like, "Yo, man, listen to my song, listen to my song." And I was like, "O.K." It was so dope. So I've been working with him. I signed him. I'm being a coach to him. I don't try to ignore demo tapes. Once upon a time, I made demos, too. You never know what you can find.

**You have lots of guests on this album, like ASAP Rocky and Young Jeezy. And you also have your brother, Project Pat, who you started with in Three 6 Mafia. Were you ever competitive about who was better?**

No, we always worked together. Project Pat always had my back, he always gave me good advice, and I would love him for that. When my motivation was down, he was the one telling me, "You can do this." I'm the one started him rapping. I told him he had a unique style. My mom always told us, growing up, stick together. That's what it's all about.

**Especially after "Bandz a Make Her Dance," which is about getting strippers to shake it with stacks of banded money, you've kind of become the patron saint of strip clubs.**

My whole life is not about strip clubs and drinking and partying. I'm a businessman at the end of the day. I want everybody to understand that. I actually work. I'm in the studio 24/7. It's definitely a grind. I'm an old G in the game, and want people to understand that and learn from it. I've been in the business 15 years, and I'm still hustling. I got enough money to retire, but I love music, so I keep doing it. I got an Oscar, but I would love to win a Grammy. I just got off the plane, I'm still intoxicated, but I'm doing an interview with you, and I'm making a lot of sense. If you're in the music business you've got to be built for this. I sleep, dream music. That's it.

**What are you going to do when we get off the phone?**

I'm probably going to get me a mimosa and listen to some Barry White.

A version of this article appears in print on September 1, 2013, on Page AR14 of the New York edition with the headline: 'I Actually Work. I'm in the Studio 24/7. It's Definitely a Grind.'.

© 2018 The New York Times Company