EXHIBIT 13

Case 2:15-cv-05642-CAS-JC Document 289-8 Filed 07/10/18 Page 2 of 5 Page ID #:3410
Flashback: Katy Perry Performs 'Search Me' on Christian TV – Rolling Stone　　Page 1 of 4



Send Us A Tip　　**Rolling Stone**　　Subscribe



☰ Menu　Music　TV　Movies　Politics　Culture　Ⓡ Pro

HOME > MUSIC > MUSIC NEWS　　　　JULY 31, 2014 4:15PM ET

# Flashback: Katy Perry Performs 'Search Me' on Christian TV

The Rolling Stone cover star took the stage as Katy Hudson in 2002

*By* **BEN SPIEGEL**



**Trending**

1. **D.B. Cooper: Investigators Claim They've Discovered Skyjacker's Identity**
2. **The Trouble With Johnny Depp**
3. **Extremely Focused Trump Now Comparing Himself to Elton John**
4. **Roger Waters Supersizes Pink Floyd Hits, Skewers Trump at Massive London Show**
5. **ICE Officers to Asylum Seekers: 'Don't You Know That We Hate You People?'**

ADVERTISEMENT

Before she kissed a girl and liked it, Katy Perry – then known as Katy Hudson – released an eponymous Christian album in 2001 that failed to gain any commercial success. Perry has said that the album **"reached, literally, maybe 100 people."**

**The Unbreakable Katy Perry: Inside *Rolling Stone*'s New Issue**

That Christian rock sound was part of a style Katy spent her teenage years developing. Her parents, both Pentecostal pastors, prohibited her from listening to nearly *all* secular music growing up. Instead, **she listened to gospel standards** like "Oh Happy Day," "His Eye Is on the Sparrow" and "Amazing Grace." She also began her singing career by performing in churches.

**EXHIBIT 13**

https://www.rollingstone.com/music/music-news/flashback-katy-perry-performs-search-m...　7/11/2018

ADVERTISEMENT



inRead invented by Teads



At the age of 15, she started working on her debut album. And though she's changed **just *slightly*** since then, Perry remains proud of the effort, describing *Katy Hudson* as "My world. All those songs I wrote were very important to me at the time. I wrote about everything I knew then."

In this Flashback, taken from March 2002, she performs one of those songs, "Search Me," on the Trinity Broadcasting Network. **As Perry would explain**, it was written during a time when she was struggling with her faith, and felt like being "a slacker…I kinda want[ed] to go to high school, I want[ed] to experience everything."

And she'd get the chance to do just that. Red Hill, the label that released *Katy Hudson*, went bankrupt, and she headed in a decidedly different musical direction. Her next album, 2008's *One of the Boys* launched her career with its lead single "I Kissed a Girl," propelling her to pop stardom.

 Want more Rolling Stone? Sign up for our newsletter.   COMMENTS   12

**EDITORS' PICKS**


MUSIC FEATURES
Cardi B and Offset: A Hip-Hop Love Story


MOVIE FEATURES
The Trouble With Johnny Depp


MUSIC LISTS
The 100 Greatest Songs of the Century – So Far

ADVERTISEMENT



## Around the Web    Powered By ZergNet




Case 2:15-cv-05642-CAS-JC   Document 289-8   Filed 07/10/18   Page 4 of 5   Page ID #:3412

**Fan's Photo with Jason Momoa Goes Viral for Obvious Reasons**
mashable.com

**Performers Who Died in Front of Their Audiences**
grunge.com

Ad
Download Chrome Today
Chrome is a fast, secure and free browser for all your devices.
Google Chrome                    DOWNLOAD







**Road Rage Turns Into Brutal Beatdown at a Traffic Light**
nypost.com

**Shady Things Everyone Just Ignores About Comedian Fred Armisen**
nickiswift.com

RollingStone
Get The Magazine
Subscribe today and save over 58%
SUBSCRIBE NOW







**10 Things Meghan Markle Can't Do Since She Married Prince Harry**
thelist.com

**What Hugh Hefner's Girlfriends Look Like Today**
nickiswift.com

## Around the Web

 

**Meghan Markle Accused of Breaking Royal Protocol**
aol.com

**Science Says This Body Type Is the Most Attractive Now**
nypost.com

 

**Fired 'Tonight Show' Staffers File Lawsuit**
aol.com

**The Truth About Don Jr.'s New Girlfriend**
nickiswift.com

 

**Tina Turner's Son Commits Suicide**
pagesix.com

**Famous Musicians Who Were Actually Terrible People**
grunge.com

Powered by ZergNet

ADVERTISEMENT

Advertisement

# Newswire

POWERED BY PMC

**Variety**

**'The Handmaid's Tale' Composer Adam Taylor Takes Cue From Elisabeth Moss**

4 hours ago

**Indiewire**

**'Tales from the Hood 2' Trailer: Mr. Simms Returns 23 Years Later for an Eerie, Campy Sequel from Producer Spike Lee — Watch**

4 hours ago

**Deadline**

**Chadwick Boseman To Star In '17 Bridges' Thriller From The Russo Brothers & STX**

4 hours ago

**BGR**

**Top Apple insider says we're getting new iPads, Mac Mini, and MacBook updates this fall**

4 hours ago

**Rolling Stone**

Music          TV
Movies         Politics
Culture        RS Pro
Advertise      Contact

**Legal**

Privacy Policy
Terms of Use
Your Privacy Rights
Ad Choices
Privacy Preferences

**Connect With Us**

Facebook
Twitter
YouTube

**Get The Magazine**

SUBSCRIBE NOW

GIVE A GIFT

**Newsletter Signup**   Your email                                                               SUBMIT

**Have a Tip?**   *We want to hear from you! Send us a tip using our anonymous form.*   SEND US A TIP   

  © Copyright 2018 Rolling Stone, LLC, a subsidiary of Penske Business Media, LLC.
Powered by WordPress.com VIP

OUR BRANDS