EXHIBIT 14

Page 1

```
 1            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
 2                  WESTERN DIVISION
 3
 4   MARCUS GRAY (p/k/a FLAME);    )
     EMANUEL LAMBERT; and CHIKE    )
 5   OJUKWU                        )
                  Plaintiffs,      )
 6                vs.              ) Case No.
                                   ) 2:15-CV-05642-CAS-JC
 7   KATHERYN ELIZABETH HUDSON     )
     (p/k/a KATY PERRY), et al.,   )
 8                Defendants.      )
 9
10
11
12
13
14   VIDEO-RECORDED DEPOSITION OF TODD R. DECKER, PH.D.
15        TAKEN ON BEHALF OF THE DEFENDANTS
16                JANUARY 22, 2018
17                  St. Louis, MO
18
19
20   (Starting time of the deposition:  9:40 a.m.)
21
22
23
24   Reported by: William L. DeVries
25   Job No. 136273
```

```
 1            MR. MOVIT:  Move to strike as
 2   nonresponsive.
 3         Q.   (By Mr. Movit)  Dr. Decker, you wrote a
 4   book called Music Makes Me, correct?
 5         A.   Music Makes Me: Fred Astaire and Jazz.
 6         Q.   Correct?
 7         A.   Yes.
 8            MR. MOVIT:  Okay.  I'd like to mark
 9   Decker Exhibit 3, which is the introductory pages --
10   the cover, introductory pages, and then pages nine
11   and ten of Music Makes Me: Fred Astaire and Jazz.
12            (WHEREIN, Exhibit 3, Excerpts of Music
13   Makes Me: Fred Astaire and Jazz, was marked for
14   identification by the Court Reporter.)
15         Q.   (By Mr. Movit)  Dr. Decker, page ten --
16   this is your book, correct?
17         A.   Yes.
18         Q.   Okay.  Dr. Decker, page ten, example
19   one contains a transcription into musical notation
20   of the bridge of Irving Berlin's "Top Hat, White Hat
21   [sic] and Tails," correct?
22         A.   No.  This is not a transcription.  This
23   is sheet music.  Irving Berlin wrote these notes
24   down and filed them at the Library of Congress.
25   This is not a transcription.  This is sheet music.
```

```
 1              You had no problem referring to this
 2    rhythmic choice as having simplicity, did you?
 3         A.   Relative simplicity is different than
 4    simple.
 5         Q.   Okay.  And that's your testimony for
 6    the jury, sir, is that relative simplicity is
 7    different than simple?
 8         A.   Yeah.
 9         Q.   You said this was a simple rhythm,
10    didn't you?
11         A.   Relative simplicity is different than
12    simple.
13         Q.   Eight even quarter notes is pretty
14    simple rhythm, isn't it?
15              MR. KAHN:  This has been asked and
16    answered.  He's already testified --
17              MR. MOVIT:  I still don't have an
18    answer.
19         A.   Simple -- as I put here, simple is
20    relative to what?  Simple is relative to what?  If
21    we're talking medieval music, eight even quarter
22    notes is pretty damn exciting.  And it's not simple.
23    So it's all about context.
24              In the context of this kind of music,
25    four even quarter note motion or even motion like
```

```
 1   this is as I state here a relatively -- is a --
 2   the -- evidences a kind of relative simplicity.
 3             It's all about musical context.  Four
 4   even quarter notes in certain kinds of musical
 5   styles can be the climax of the piece.  So -- so
 6   that's why I'm careful with the word simple as a
 7   music scholar --
 8        Q.   (By Mr. Movit)  Okay.  Okay.
 9        A.   -- because it assumes a lot.
10        Q.   Professional adults making commercial
11   music in the 21st century, for them eight even
12   quarter notes is a very simple rhythm, is it not?
13        A.   That was my point by saying relative
14   simplicity.
15        Q.   Okay.  So that would be correct, would
16   it not?
17        A.   That would be correct.  I phrase it
18   differently here, yes.
19        Q.   No composer in your opinion is entitled
20   to monopolize the rhythm of eight even quarter
21   notes, correct?
22        A.   No.
23        Q.   That's correct?
24        A.   Yes, that's correct.  No composer is.
25        Q.   Certainly the authors of "Joyful Noise"
```