# EXHIBIT 15

```
                                                                  Page 1
 1   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 2   - - - - - - - - - - - - - - - -x
     MARCUS GRAY (p/k/a FLAME);       )
 3   EMANUEL LAMBERT; and CHIKE       )
     OJUKWU,                          )
 4                                    )
                Plaintiffs,           )
 5                                    )
           vs.                        ) Index No.
 6                                    ) 2:15-cv-05642-CAS-JC
     KATHERYN ELIZABETH HUDSON        )
 7   (p/k/a KATY PERRY); JORDAN       )
     HOUSTON (p/k/a JUICY J);         )
 8   LUKASZ GOTTWALD (p/k/a DR.       )
     LUKE); SARAH THERESA HUDSON;     )
 9   KARL MARTIN SANDBERG (p/k/a      )
     MAX MARTIN); HENRY RUSSEL        )
10   WALTER (p/k/a CIRKUT); KASZ      )
     MONEY, INC.; CAPITOL RECORDS,    )
11   LLC; KITTY PURRY, INC, UMG       )
     RECORDINGS, INC.; UNIVERSAL      )
12   MUSIC GROUP INC.; WB MUSIC       )
     CORP LLC; and KOBALT MUSIC       )
13   PUBLISHING AMERICA, INC.,        )
                                      )
14              Defendants.           )
     - - - - - - - - - - - - - - - -x
15
16        DEPOSITION OF LAWRENCE FERRARA, PH.D.
17                New York, New York
18              Thursday, January 25, 2018
19
20
21
22   Reported by:
23   JEFFREY BENZ, CRR, RMR
24   JOB NO. 136204
25
```

Page 70

1  Q. What would be, so I use the correct
2  terminology, the opposite of trite and
3  unremarkable musical expression?
4      MR. MOVIT: Object to the form of the
5      question. Lacks foundation.
6  A. What I'm -- what I'm describing here
7  are the similarities, and so the opposite of
8  similarities that are trite and unremarkable
9  and -- what I would say is that they are
10 significant and substantial.
11 Q. And leaving aside the comparison of
12 the two ostinatos at issue, is it accurate that
13 you view the Joyful Noise ostinato as a trite
14 and unremarkable musical expression?
15     MR. MOVIT: Objection to form.
16 A. No. You're talking about the ostinato
17 in its entirety, which is 22 notes when
18 correctly notated. You've just asked me -- so I
19 want to make sure for the record that I
20 understood your question. You asked me whether
21 I think the entirety of that 22-note ostinato is
22 in and of itself trite and unremarkable. The
23 answer is, no, I do not. I think, as I wrote in
24 my report, that there are distinctive parts to
25 it. Those distinctive parts are primarily the

1   portamentos.  (Singing) Rum pum pum pum prum pum
2   pum pum.
3          All of that makes that 22-note
4   ostinato distinctive and memorable.  The point
5   is that what is distinctive and memorable about
6   that, and that also includes ending on that very
7   odd F at the end, none of that is in either
8   ostinato in -- in Dark Horse.
9          What is common to both, even if one
10  accepts Dr. Decker's table, is 3, 3, 3, 3, 2, 2,
11  that -- in even notes.  That, once again, is
12  unremarkable, and, you know, elementary,
13  rudimentary, so forth.
14     Q.   And let me ask you the same question
15  with what you identified as Ostinato 2.  In Dark
16  Horse Ostinato 2, as it is -- appears in the
17  song, is that trite and unremarkable musical
18  expression?
19     A.   No, it is not. And -- and I -- once
20  again, I want to point you and the record to my
21  musical example 3, where for the first time I
22  provide a transcription into musical notation of
23  the first iteration which does repeat of the
24  ostinato.  As you can see it is 32 notes.  Now,
25  the second bar and the third bar of course