UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KATHERYN ELIZABETH HUDSON, et al.,<br><br>        Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx)<br><br>Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO MODIFY THE CASE SCHEDULE** |

The Court has considered the Joint Stipulation to Modify the Case Schedule filed by Plaintiffs Marcus Gray, Emanuel Lambert, and Chike Ojukwu, on the one hand, and Defendants Katheryn Elizabeth Hudson, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, Capitol Records, LLC, Kitty Purry, Inc., UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc., on the other hand.

The Court finds good cause to modify the summary judgment schedule as requested therein.

/ / /

/ / /

**WHEREFORE**, the Court hereby modifies the case schedule relating to the filing of Defendants' reply briefs in support of their non-trial motions and the hearing date as follows:

The last day to file reply briefs in support of non-trial motions is extended from July 30, 2018 to August 6, 2018.

The hearing shall remain on August 13, 2018, at 10:00 a.m.

All other dates shall remain as ordered by this Court on May 7, 2018.

**IT IS SO ORDERED.**

Dated: July 30, 2018          By: _____
                              Honorable Christina A. Snyder
                              Judge of the United States District Court