1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>KATHERYN ELIZABETH HUDSON, et al.,<br><br>   Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx)<br><br>Honorable Christina A. Snyder<br><br>**DENIED**<br>BY ORDER OF THE COURT<br>[PROPOSED] **ORDER RE: JOINT STIPULATION AND APPLICATION TO CONTINUE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT AND INTERIM CASE SCHEDULE**<br><br>**[NO CHANGE TO TRIAL DATE]** |

B179711.1

**[PROPOSED] ORDER**

The Court has considered the Joint Stipulation and Application to Continue Hearing Date on Motion for Summary Judgment and Interim Case Schedule, without change to the trial date, filed by Plaintiffs Marcus Gray, Emanuel Lambert, and Chike Ojukwu, on the one hand, and Defendants Katheryn Elizabeth Hudson, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, Capitol Records, LLC, Kitty Purry, Inc., UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc., on the other hand.

The Court finds good cause to move the hearing on Defendants' summary judgment motion from August 13 to September 24, 2018 and to modify certain other dates respecting damages discovery, pre-trial discovery, and damages expert discovery.

**WHEREFORE**, the Court hereby modifies the case schedule and issues the following schedule, which shall govern the case:

| Event | Current Date |
|---|---|
| Hearing Date on Non-Trial Motions | September 24, 2018, 10:00 a.m. |
| Settlement Completion Cut-off | October 19, 2018 (or 21 days after ruling if MSJ denied, whichever is later) |
| Status Conference re: Settlement | October 29, 2018 (or the second Monday after a mediation is held, whichever is later) |
| Initial Expert Reports (Damages) | November 16, 2018 (or 21 days after damages discovery ends, whichever is later) |
| Rebuttal Expert Reports (Damages) | December 7, 2018 (or 21 days after service of initial reports) |

**[PROPOSED] ORDER**

| | |
|---|---|
| Deadline for Additional Damages Discovery and Potential Pre-Trial Depositions of individual defendants, Google, LLC, Myspace, LLC, Chike Ojukwu, Lecrae Moore, and Crystal Gray | December 21, 2018 |
| Expert Discovery Cut-off (Damages) | December 21, 2018 (or 14 days after service of Defendants' rebuttal report) |
| Last Day to File Motions in Limine | January 11, 2019 |
| Pretrial Conference/ Hearing on Motions in Limine | February 8, 2019 at 11:00 a.m. |
| Trial | February 26, 2019 at 9:30 a.m. |

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

**IT IS SO ORDERED.**

Dated: August 1, 2018        By: __BY ORDER OF THE COURT__
                              Honorable Christina A. Snyder
                              Judge of the United States District Court

**DENIED**