1  CHRISTINE LEPERA (*pro hac vice*)
     ctl@msk.com
2  JEFFREY M. MOVIT (*pro hac vice*)
     jmm@msk.com
3  JACOB D. ALBERTSON (*pro hac vice*)
     j1a@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   12 East 49th Street, 30th Floor
5  New York, New York 10017-1028
   Telephone: (212) 509-3900
6  Facsimile: (212) 509-7239

7  AARON M. WAIS (SBN 250671)
     amw@msk.com
8  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
9  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
10 Facsimile: (310) 312-3100

11 Attorneys for Defendants Capitol Records
   LLC, Jordan Houston, Lukasz Gottwald,
12 Sarah Theresa Hudson, Karl Martin Sandberg,
   Henry Russell Walter, UMG Recordings, Inc.,
13 Universal Music Group, Inc., WB Music
   Corp., Kobalt Music Publishing America,
14 Inc., and Kasz Money, Inc.

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17                     WESTERN DIVISION

| | |
|---|---|
| 18  MARCUS GRAY (p/k/a FLAME), et al., | CASE NO. 2:15-cv-05642-CAS JCx |
| 19 | Honorable Christina A. Snyder |
| 20              Plaintiffs, | **SUPPLEMENTAL DECLARATION OF AARON M. WAIS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 21          v. | |
| 22  KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al., | |
| 23              Defendants. | Date:    August 13, 2018 |
| 24 | Time:    10:00 a.m. |
| | Ctrm:    8D – 8th Fl., First Street |
| 25 | |
| 26 | Filed:   July 1, 2014 |
| | Trial:   February 26, 2019 |
| 27 | |
| 28 | |

Mitchell
Silberberg &
Knupp LLP

B195636.1

1    I, Aaron M. Wais, declare as follows:

2

3    1.    I am an attorney at law duly licensed to practice law in the State of

4    California and before this Court.  I am, through my professional corporation, a

5    partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record

6    for Defendants Capitol Records LLC, Jordan Houston, Lukasz Gottwald, Sarah

7    Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings,

8    Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing

9    America, Inc., and Kasz Money, Inc. (hereafter "Defendants"). I have personal

10   knowledge of the following facts and, if called and sworn as a witness, could and

11   would competently testify thereto.

12

13   2.    I respectfully submit this supplemental declaration to provide rebuttal

14   evidence in response to the Opposition Brief filed by Plaintiffs Marcus Gray p/k/a

15   Flame, Emanuel Lambert p/k/a Da' T.R.U.T.H., and Chike Ojukwu ("Plaintiffs")

16   on Defendants' motion for summary judgment.

17

18   3.    Submitted herewith as **Exhibit 30** is a true and correct screenshot and

19   printout of the web page available on the website https://www.riaa.com/gold-

20   platinum/about-awards/, which was accessed at the indicated Uniform Resource

21   Locator and caused to be captured by an individual working under my direction on

22   August 6, 2018.  (For ease of reference, exhibits to my declaration are numbered

23   consecutively from the exhibits to my initial declaration.)

24

25   4.    Submitted herewith as **Exhibit 31** is a true and correct screenshot and

26   printout of the web page available on the website http://www.riaa.com/wp-

27   content/uploads/2016/02/DIGITAL-SINGLE-AWARD-RIAA-AND-GRF-

28   CERTIFICATION-AUDIT-REQUIREMENTS.pdf, which was accessed at the

Mitchell
Silberberg &
Knupp LLP

B195636.1

2

1   indicated Uniform Resource Locator and caused to be captured by an individual

2   working under my direction on August 6, 2018.

3

4        5.     Submitted herewith as **Exhibit 32** are true and correct copies of

5   relevant portions from the certified transcript of the deposition of Todd Decker,

6   which was taken on January 22, 2018.

7

8        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the

9   laws of the United States of America that the foregoing is true and correct.

10

11        Executed on August 6, 2018, at Los Angeles, California.

12

13                 By:  /s/ Aaron M. Wais

14                     Aaron M. Wais

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 30

EXHIBIT 30
PAGE 4

2  1



(https://www.riaa.com/)

# GOLD & PLATINUM

(https://www.riaa.com/gold-platinum/)

**OVERVIEW** ▼

**Gold & Platinum Turns 60!**

For the past 60 years, the RIAA has honored music's best through its Gold & Platinum Awards Program. When an artist earns a Gold & Platinum certification, they join the ranks of an elite group of beloved musicians. Check out our interactive timeline to learn about the program's storied history. (http://riaa.com/goldandplatinum60/)

**RIAA's historic Gold® & Platinum® Program defines success in the recorded music industry.**

Originally conceived to honor artists and track sound recording sales, Gold & Platinum Awards have come to stand as a benchmark of success for any artist—whether they've just released their first song or Greatest Hits album.

## ABOUT THE AWARDS

The Gold & Platinum Awards have been a pinnacle of success in the music industry since 1958. The awards below are earned by artists who have met rigorous standards, and recipients join the ranks of the most iconic recording artists.

### RIAA GOLD & PLATINUM AWARDS

| CERTIFICATION | MINIMUM UNITS | DATE ESTABLISHED |
|---|---|---|
| Gold® | 500,000 | 1958 |
| Platinum® | 1,000,000 | 1976 |
| Multi-Platinum | 2,000,000  (in increments of 1,000,000 thereafter) | 1984 |
| Diamond® | 10,000,000 and counting | 1999 |

1

EXHIBIT 30

PAGE 5

**Premios de Oro y Platino**

*Recognizes successful albums and singles that are more than 50% Spanish language. The Latin Program Award counts album sales, song sales and on-demand audio and/or video song streams at the formula of 1,500 on-demand audio and/or video song streams = 10 track sales = 1 album sale.*

| | | |
|---|---|---|
| Oro | 30,000 | 2001 |
| Platino | 60,000 | 2001 |
| Multi-Platino | 120,000 (in increments of 60,000 thereafter) | 2001 |
| Diamante | 600,000 and counting | 2001 |
| Latin Digital Single Award | 30,000 and counting of single sales and on-demand stream units | 2013 |

# RIAA GOLD & PLATINUM CERTIFICATION REQUIREMENTS

| | GOLD | PLATINUM | MULTI-PLATINUM |
|---|---|---|---|
| **SONG AWARD (http://www.riaa.com/wp-content/uploads/2016/02/DIGITAL-SINGLE-AWARD-RIAA-AND-GRF-CERTIFICATION-AUDIT-REQUIREMENTS.pdf)\*** | | | |
| *This award counts both downloads and on-demand music streams. On-demand audio and/or video song streams are counted towards the thresholds required for certification at the formula of 150 on-demand streams being equivalent to one download sale.* | | | |
| **Quantity** | 500,000 units | One million units | Two million units |
| All versions count once toward certification. | | | |
| **Requirements** | | | Recertified at each million unit sales level. |

\*Additional notes:

- Only sales and streams occurring in the United States qualify for RIAA awards.

    - If you're interested in learning more about international music awards programs, please visit IFPI's website (http://www.ifpi.org/platinum_awards.php).

- On-demand streams on digital music services that are authorized by and reported to the record labels, whether paid for by the consumer through a subscription or free to the consumer through ad-supported services, will be accepted for RIAA certifications.

- WhyMusicMatters.com (http://www.whymusicmatters.com/), a joint initiative of the RIAA and Music Biz, lists the leading authorized music services in the United States.

- Only official label/company videos count towards certification; user-generated videos do not.

| | GOLD | PLATINUM | MULTI-PLATINUM |
|---|---|---|---|
| **SHORTFORM ALBUM/EP AWARD (http://www.riaa.com/wp-content/uploads/2017/06/ALBUM-AWARD-RIAA-AND-GRF-CERTIFICATION-AUDIT-REQUIREMENTS.pdf)\*** | | | |
| *The Album Award counts album sales, song sales and on-demand audio and/or video song streams at the formula of 1,500 on-demand audio and/or video song streams = 10 track sales = 1 album sale.* | | | |
| **Quantity** | 500,000 units | One million units | Two million units |
| **Requirements** | Must include at least three but no more than five different songs. Average minimum running time is 30 minutes. | Must include at least three but no more than five different songs. Average minimum running time is 30 minutes. Recertified at each million unit sales level. | Must include at least three but no more than five different songs. Average minimum running time is 30 minutes. |

EXHIBIT 30
PAGE 6

2

**FULL-LENGTH ALBUM AWARD (http://www.riaa.com/wp-content/uploads/2017/06/ALBUM-AWARD-RIAA-AND-GRF-CERTIFICATION-AUDIT-REQUIREMENTS.pdf)***

*The Album Award counts album sales, song sales and on-demand audio and/or video song streams at the formula of 1,500 on-demand audio and/or video song streams = 10 track sales = 1 album sale.*

| | | | |
|---|---|---|---|
| Quantity | 500,000 units | One million units | Two million units |
| Requirements | May combine sale of all configurations. Enhanced CDs must contain at least 75% of audio content of regular CD. | May combine sale of all configurations. Enhanced CDs must contain at least 75% of audio content of regular CD. Recertified at each million unit sales level. | May combine sale of all configurations. Enhanced CDs must contain at least 75% of audio content of regular CD. |

**MULTI DISC SET**

| | | | |
|---|---|---|---|
| Quantity Package must include two or more CDs, or its tape and album equivalent. | 500,000 units | One million units | Two million units |
| Requirements | Each unit within set counts as one unit toward certification. Minimum running time 100 minutes. | Each unit within set counts as one unit toward certification. Minimum running time 100 minutes. Recertified at each million unit sales level. | Each unit within set counts as one unit toward certification. Minimum running time 100 minutes. |

**MUSIC VIDEO SINGLE**

| | | | |
|---|---|---|---|
| Quantity | 25,000 units | 50,000 units | 100,000 units |
| Requirements | Must contain no more than two songs per video. Maximum running time 15 minutes. | Must contain no more than two songs per video. Maximum running time 15 minutes. Recertified at each 50,000 unit sales level. | Must contain no more than two songs per video. Maximum running time 15 minutes. |

**MUSIC VIDEO LONGFORM**

| | | | |
|---|---|---|---|
| Quantity | 50,000 units | 100,000 units | 200,000 units |
| Requirements | Defined as a title that has not been theatrically released prior to distribution. | Defined as a title that has not been theatrically released prior to distribution. Recertified at 100,000 unit sales level. | Defined as a title that has not been theatrically released prior to distribution. |

**MULTI-BOX MUSIC VIDEO SET**

| | | | |
|---|---|---|---|
| Quantity Package must include three or more video marketed as a set. | 50,000 units | 100,000 units | 200,000 units |
| Requirements | Each individual video within set is counted as one toward certification. | Each individual video within set is counted as one toward certification. Recertified at each 100,000 unit sales level. | Each individual video within set is counted as one toward certification. |

**MASTER RINGTONE AWARD**

| | | | |
|---|---|---|---|
| Quantity | Recognizes the sale of more than 500,000 (and counting) ringtones | | |

EXHIBIT 30
PAGE 7

The Recording Industry Association of America® (RIAA) is the trade organization that
supports and promotes the creative and financial vitality of the major music
companies. Its members comprise the most vibrant record industry in the world,
investing in great artists to help them reach their potential and connect to their fans.
(https://www.riaa.com/)Nearly 85% of all legitimate recorded music produced and sold in the United States is
created, manufactured or distributed by RIAA members.

What We Do (Https://Www.Riaa.Com/What-          About RIAA (Https://Www.Riaa.Com/About-
We-Do/)                                          Riaa/)

Facts & Research (/Reports/)                     Resources & Learning
                                                 (Https://Www.Riaa.Com/Resources-Learning/)
Gold & Platinum
(Https://Www.Riaa.Com/Gold-Platinum/)            Report Piracy (Https://Www.Riaa.Com/Report-
                                                 Piracy/)
News (/News/)



(Https://Twitter.Com/RIAA)



(Https://Www.Facebook.Com/RIAA)



(Https://Instagram.Com/Riaa_awards/)

Copyright © 2018 RIAA All Rights Reserved Terms of Use/Privacy Policy (/privacy-policy-and-terms-of-use/)

EXHIBIT 30
PAGE 8

# EXHIBIT 31

EXHIBIT 31
PAGE 9





**RIAA AND GR&F CERTIFICATION AUDIT REQUIREMENTS**
**RIAA DIGITAL SINGLE AWARD**

---

**General Requirements:**

The RIAA recognizes the following Digital Single Award tiers:

Gold – 500,000 Units
Platinum – 1,000,000 Units
Multi-Platinum – 2,000,000 Units (increments of 1,000,000 thereafter)
Diamond – 10,000,000 Units (increments of 1,000,000 thereafter)

**Units are defined as follows:**

- Each permanent digital download counts as 1 Unit for certification purposes.
- 150 on-demand audio and/or video streams will count as 1 Unit for certification purposes.

Requests for certification may be made by email to the RIAA.  The following information must be made available:

    Record Company
    Label
    Artist
    Title
    Configuration (single)
    Level (Gold, Platinum and/or specified levels of Multi-Platinum)
    Selection or Catalog Number
    Release Date
    Genre

The RIAA certification program is open to member and non-member music companies. An audit consists of verifying requisite sales and streaming levels and then issuing a formal certification report.

RIAA certification entitles the authorized record company/artist to purchase official RIAA award plaques bearing the trademarked RIAA hologram seal from RIAA's licensed plaque manufacturers.

All certification audits are conducted, for a fee, by the firm Gelfand, Rennert and Feldman, LLP (GR&F) for the RIAA.  If multiple certification levels are simultaneously certified, only one audit certification fee is charged.

1

EXHIBIT 31
PAGE 10

Digital downloads are defined as tracks derived from a single sound recording that are distributed directly or licensed from a record label for distribution from a legitimate Digital Service Provider (DSP).  In order to count for certification purposes only, the price on which the download is based must reflect current market rate compensation to the record label. Thus, promotional track downloads of a free single do not count towards certification.

On-demand streams from DSPs that are reported to the record labels, whether paid by the consumer by subscription or free to the consumer through ad-supported services, are accepted for certification.

All certifications are based on permanent downloads and on-demand streams distributed within the United States.

Multiple versions of digital tracks can be combined for the purposes of certification under the following guidelines:

- tracks defined as 'radio mix' or 'album version'
- edited and explicit versions
- remixes, provided they are not more than 90 seconds longer than the original version

'Live' recordings of a digital track may not be combined with other versions for the purpose of certification but may be certified separately.

Only official label/company videos count towards certification, User Generated Videos do not.

Certification count begins at the track's release date.

**<u>Certification Audit Requirements</u>:**

1. Digital copy of each track, especially if multiple versions are being combined for certification purposes. Each track's ISRC code should be included as well.

2. Label copy for all tracks.

3. Track release date.

4. Internal sales summary report segregated by DSP, reflecting only domestic commercial permanent downloads and on-demand streams. All foreign distributions and on-demand streams should be excluded or segregated from the sales summary report. Additionally, tracks sold that are included in a permanent digital full album sale do not count towards digital single sales.

5. In certain instances, we may request additional documentation including detailed sales reports and royalty statements rendered by the DSPs.

2

EXHIBIT 31
PAGE 11

# EXHIBIT 32

EXHIBIT 32
PAGE 12

Page 1

1              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

2                  WESTERN DIVISION

3

4   MARCUS GRAY (p/k/a FLAME);    )

    EMANUEL LAMBERT; and CHIKE    )

5   OJUKWU                         )

                    Plaintiffs,   )

6                   vs.            ) Case No.

                                  ) 2:15-CV-05642-CAS-JC

7   KATHERYN ELIZABETH HUDSON     )

    (p/k/a KATY PERRY), et al.,   )

8                   Defendants.   )

9

10

11

12

13

14   VIDEO-RECORDED DEPOSITION OF TODD R. DECKER, PH.D.

15       TAKEN ON BEHALF OF THE DEFENDANTS

16            JANUARY 22, 2018

17             St. Louis, MO

18

19

20   (Starting time of the deposition:  9:40 a.m.)

21

22

23

24   Reported by: William L. DeVries

25   Job No. 136273

Page 215

1     A.    Yes.

2     Q.    Okay.  And it says (quote as read):

3           This similarity rests in the eight-note

4           ostinato figure described in tabular

5           form on page six of my report.

6           Do you see that?

7     A.    Yes.

8     Q.    Okay.  So you're stating Dr. Decker,

9   correct, that the fundamental similarity between

10  "Joyful Noise" and "Dark Horse" is an ostinato in

11  each work, correct?

12    A.    Yes.

13    Q.    Okay.  And then similarly if you could

14  please turn to page five.  Okay.  Paragraph 7 d. you

15  state that (quote as read):

16          The crucial matter here is the musical

17          content of the tracks' eight-note

18          ostinatos.

19          Correct?

20    A.    Yes.

21    Q.    Okay.  Dr. Decker, countless musical

22  works predating the creation of "Joyful Noise" have

23  contained ostinatos, correct?

24    A.    Yes.

25    Q.    Dr. Decker, is it correct that your

Page 216

1    initial report contains no discussion of texture as

2    a claimed similarity?

3         A.    Yeah.   Yes.

4         Q.    That's correct?   Okay.   The two-bar

5    phrase length is incredibly common in contemporary

6    pop and hip hop music, correct?

7         A.    What do you mean by two -- two-bar?

8         Q.    A two-bar phrase length.   Here, have we

9    marked your -- let's mark your original report.   We

10   haven't marked that yet, right?

11        A.    I'm just wondering what do you mean by

12   two-bar.   I think, you know, duple structures in

13   popular music, that's -- that's basic to a duple

14   structures of all kinds.   But again, the bar --

15   where the bar line is, that's -- you know, things

16   happen in groups of 2 or 4 or 8 or 16 or 32.

17             MR. MOVIT:   Now we're going to mark

18   your initial report as -- what are we up to?

19             COURT REPORTER:   33.

20             MR. MOVIT:   33.

21             THE WITNESS:   33.

22             (WHEREIN, Exhibit 33, Expert Report of

23   Todd Decker, was marked for identification by the

24   Court Reporter.)

25        Q.    (By Mr. Movit)   If you'll please turn

Page 317

1                    CERTIFICATE OF REPORTER

2

3          I, William L. DeVries, a Certified

4    Court Reporter (MO), Registered Diplomate Reporter,

5    and a Certified Realtime Reporter, do hereby certify

6    that the witness whose testimony appears in the

7    foregoing deposition was duly sworn by me pursuant

8    to Section 492.010 RSMo; that the testimony of said

9    witness was taken by me to the best of my ability

10   and thereafter reduced to typewriting under my

11   direction; that I am neither counsel for, related

12   to, nor employed by any of the parties to the action

13   in which this deposition was taken, and further that

14   I am not a relative or employee of any attorney or

15   counsel employed by the parties thereto, nor

16   financially or otherwise interested in the outcome

17   of the action.

18   Dated: February 1, 2018

19

20   _____

21            Certified Court Reporter

22       within and for the State of Missouri

23

24

25

EXHIBIT 32
PAGE 16