1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY, et al., | CASE NO. 2:15-cv-05642-CAS (JCx) |
| Plaintiffs, | Honorable Christina A. Snyder |
| v. | **[PROPOSED] ORDER RE: JOINT STIPULATION TO MODIFY THE CASE SCHEDULE** |
| KATHERYN ELIZABETH HUDSON, et al., | |
| Defendants. | |

The Court has considered the Joint Stipulation to Modify the Case Schedule filed by Plaintiffs Marcus Gray, Emanuel Lambert, and Chike Ojukwu, on the one hand, and Defendants Katheryn Elizabeth Hudson, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, Capitol Records, LLC, Kitty Purry, Inc., UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc., on the other hand.

The Court finds good cause to modify the case schedule as requested therein.

**WHEREFORE**, the Court hereby modifies the case schedule and issues the following schedule, which shall govern the case:

/ / /

| Event | New Date |
|---|---|
| Settlement Completion Cut-off | October 19, 2018 |
| Status Conference re: Settlement | October 29, 2018 at 11:00 a.m. |
| Deadline for Damages Discovery and Potential Pre-Trial Depositions of individual defendants, Google, LLC, Myspace, LLC, Chike Ojukwu, Lecrae Moore, and Crystal Gray | December 21, 2018 |
| Initial Other Expert Report(s) | November 9, 2018 |
| Rebuttal Expert Report(s) | December 7, 2018 |
| Expert Discovery Cut-off | December 21, 2018 |
| Last Day to File Motions in Limine | January 11, 2019 |
| Pretrial Conference/ Hearing on Motions in Limine | February 11, 2019 at 11:00 a.m. |
| Trial | February 26, 2019 at 9:30 a.m. |

Motions in limine shall be noticed for the same date and time of the Pretrial Conference. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

**IT IS SO ORDERED.**

Dated:  August 28, 2018          By: *Christina A. Snyder*
Honorable Christina A. Snyder
Judge of the United States District Court

2
[PROPOSED] ORDER