CHRISTINE LEPERA (*pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice*)
  jmm@msk.com
JACOB D. ALBERTSON (*pro hac vice*)
  j1a@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

AARON M. WAIS (SBN 250671)
  amw@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Capitol Records LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al.,<br><br>    Defendants. | CASE NO. 2:15-cv-05642-CAS JCx<br><br>Honorable Christina A. Snyder<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF DENIAL OF SUMMARY JUDGMENT**<br><br>Date:  October 15, 2018<br>Time:  10:00 a.m.<br>Ctrm:  8D – 8th Fl., First Street<br><br>Filed:  July 1, 2014<br>Trial:  February 26, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 15, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8D, located at 350 W 1st Street, Los Angeles, CA 90012-4565, Defendants Capitol Records LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc. (collectively, "Defendants")—as well as defendants Katheryn Hudson, p/k/a Katy Perry, and Kitty Purry, Inc., who Defendants understand will be joining in this motion—will and hereby do move, pursuant to Federal Rule of Civil Procedure Rule 60(b) and Local Rule 7-18(c), for an order reconsidering this Court's prior denial of Defendants' motion seeking summary judgment in their favor on the Third Amended Complaint of Plaintiffs Marcus Gray, Emanuel Lambert, and Chike Ojukwu (collectively, "Plaintiffs"). The Court's order denying summary judgment is found in the Docket at Docket No. 299 and is also attached to the Declaration of Aaron M. Wais, submitted herewith.

This motion is made following conferences of counsel pursuant to L.R. 7-3 which took place on August 23 and August 27, 2018. The parties were unable to reach a resolution to eliminate the necessity of a hearing.

This motion is made on the following grounds:

1. A party may seek reconsideration of a ruling on a summary judgment motion. *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Pursuant to Federal Rule of Civil Procedure 60(b), the court may relieve a party from an order for "any [] reason that justifies relief." Fed. R.

Civ. P. 60(b)(6). This includes where a court "committed clear error or the initial decision was manifestly unjust." *Sch. Dist. No. 1J, Multnomah Cty., Or.*, 5 F.3d at 1263. Consistent therewith, Local Rule 7-18 makes reconsideration appropriate where there is "a manifest showing of a failure to consider material facts presented to the Court before such decision." C.D. Cal. L.R. 7-18(c).

2. Defendants respectfully submit that the reconsideration standard is satisfied given that the Court apparently overlooked the facts and holdings in the controlling Ninth Circuit decision of *Loomis v. Cornish*, 836 F.3d 991 (9th Cir. 2016) and that the Court's ruling on access is contrary to *Loomis*'s holding as to what is required for "widespread dissemination."

3. Defendants respectfully submit that the reconsideration standard is also satisfied given this Court's apparent oversight that the evidence presented—including evidence affirmatively relied on by Plaintiffs—makes plain that the 3.8 million streams of "Joyful Noise" over four years come nowhere close to supporting a finding of "widespread dissemination."

This Motion is and will be based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Aaron M. Wais and the Exhibits thereto; all other matters of which the Court may take judicial notice; the pleadings and papers on file herein; any Reply and supporting pleadings and exhibits that may be filed in support; any oral argument that may be made; and upon such other or further material as may be presented at or before the hearing of this matter.

For the foregoing reasons, as further discussed in Defendants' accompanying Memorandum of Points and Authorities, Defendants' motion for reconsideration should be granted and Defendants' motion summary judgment should be granted, and judgment entered in Defendants' favor on Plaintiffs' Third Amended Complaint and the claim for copyright infringement asserted therein.

DATED: SEPTEMBER 11, 2018     MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Aaron M. Wais
    Christine Lepera
    Jeffrey M. Movit
    Aaron M. Wais
    Jacob D. Albertson
    Attorneys for Defendants Capitol Records LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc.