CHRISTINE LEPERA (admitted *pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (admitted *pro hac vice*)
  jmm@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

AARON M. WAIS (SBN 250671)
  amw@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Capitol Records, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY, et al., | CASE NO. 2:15-cv-05642-CAS (JCx) |
| Plaintiffs, | Honorable Christina A. Snyder |
| v. | **JOINT STIPULATION AND APPLICATION TO MODIFY THE CASE SCHEDULE** |
| KATHERYN ELIZABETH HUDSON, et al., | |
| Defendants. | |

**JOINT STIPULATION TO MODIFY CASE SCHEDULE**

Pursuant to Civil Local Rules 7-1 and 16-14, Plaintiffs Marcus Gray, Emanuel Lambert, and Chike Ojukwu, on the one hand ("Plaintiffs"), and Katheryn Elizabeth Hudson, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, Capitol Records, LLC, Kitty Purry, Inc., UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc., on the other hand (collectively, "Defendants," and together with Plaintiffs, "the Parties"), hereby submit this Joint Stipulation to Modify the Case Schedule in the above-captioned action.

As discussed in more detail below, the Parties agree and believe that good cause exists for modestly modifying the Scheduling Order. More specifically, certain deponents' schedules preclude them from being deposed by the end of the existing discovery deadline. In addition, the parties have been and continue to meet and confer in good faith about stipulating to certain facts that will obviate the need for certain third-party discovery. Information adduced during the contemplated depositions and the facts stipulated to, in turn, will be relevant to expert reports, thereby necessitating an extension of deadlines for expert reports and expert discovery. Additional time is needed for expert reports and discovery so as to also accommodate the schedules of the experts. Finally, additional time will be necessary after the close of fact and damages discovery, the exchange of expert reports, and expert discovery to prepare for and start trial. The proposed modifications are modest and the parties agree that the modifications will not prejudice either side.

Specifically:

1. The operative Scheduling Order for the remaining deadlines in this matter is the Order entered by this Court on January 4, 2019. *See* ECF No. 319

2. Throughout this case, the parties have met and conferred multiple times on ways to promote judicial economy and efficiency, including by obviating the need for certain depositions and stipulating to certain facts. The parties continue to meet and confer about stipulations and need additional time to do so.

3. The parties have also cooperated in scheduling depositions, including by accommodating the schedules of the deponents and counsel. Due to deponents' schedules, certain depositions cannot be taken by the existing discovery cut-off.

4. Information adduced during depositions and the facts stipulated to will be relevant to expert reports. Given that it will take additional time to finalize stipulations and take depositions, additional time will be necessary to exchange expert reports and take expert discovery. Additional time is also necessary to accommodate the experts' schedules.

5. Finally, after discovery, the exchange of expert reports, and expert discovery, additional time will then also be needed to prepare for and start trial.

6. In light of the foregoing, the Parties agree that it would further judicial economy and efficiency to have additional time in which to finish discovery, exchange expert reports, take expert discovery, mediate, and prepare for trial.

7. The modifications requested are modest and the Parties agree that modifying the case schedule so at to address the issues above will not prejudice the Parties. To the contrary, failing to modify the case schedule will prejudice the Parties by causing them to engage in and incur costs for potentially unnecessary discovery and motion practice.

8. Accordingly and for good cause having been shown, the Parties respectfully request that the Scheduling Order be modified as set forth in the following proposed schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for damages discovery and potential pre-trial depositions of individual defendants, Google, LLC, Myspace LLC, Billboard, Chike Ojukwu, Lecrae Moore, and Crystal Gray | March 1, 2019 | April 1, 2019 |
| Initial Other Expert Report | March 8, 2019 | April 12, 2019 |
| Rebuttal Expert Reports | March 29, 2019 | May 3, 2019 |
| Expert Discovery Cut-off | April 19, 2019 | May 24, 2019 |
| Settlement Completion Cut-off | May 3, 2019 | May 31, 2019 |
| Status Conference re: Settlement | May 13, 2019 at 11:00 a.m. | June 3, 2019 at 11:00 a.m. |
| Last Day to File Motions in Limine | May 17, 2019 | June 10, 2019 |
| Pretrial Conference/ Hearing on Motions in Limine | June 17, 2019 at 11:00 a.m. | July 8, 2019 at 11:00 a.m. |
| Trial | June 25, 2019, at 9:30 a.m. | July 16, 2019 at 9:30 a.m. |

11. In entering into this Stipulation, the Parties continue to reserve all of their rights, remedies, and positions in the case and concerning discovery.

**WHEREFORE**, for good cause shown, the parties respectfully request that the Court amend the scheduling order as set forth above.

Respectfully submitted,

Dated: February 28, 2019

/s/ Aaron M. Wais
Aaron M. Wais (SBN 250671)
Christine Lepera (*pro hac vice*)
Jeffrey M. Movit (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP

*Attorneys for Defendants*
*Capitol Records, Jordan Houston, Lukasz Gottwald, Sarah Therese Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc.*

Dated: February 28, 2019

/s/ Michael A. Kahn
Michael A. Kahn (pro hac vice)
Lauren R. Cohen (pro hac vice)
CAPES SOKOL GOODMAN SARACHAN PC

Eric F. Kayira (pro hac vice)
KAYIRA LAW, LLC

Daniel R. Blakey (SBN 143748)
CAPES SOKOL GOODMAN SARACHAN PC

*Attorneys for Plaintiffs*

Mitchell Silberberg & Knupp LLP

10798145.1

5
JOINT STIPULATION TO MODIFY CASE SCHEDULE

Dated:  February 28, 2019

/s/ Vincent H. Chieffo
Vincent H. Chieffo (SBN 49069)
Alana C. Srour (SBN 271905)
GREENBERG TRAURIG, LLP

***Attorneys for Defendants
Katheryn Elizabeth Hudson p/k/a Katy Perry and Kitty Purry, Inc.***

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all parties, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized its filing.

Dated:  February 28, 2019

/s/ Aaron M. Wais
Aaron M. Wais

6

**JOINT STIPULATION TO MODIFY CASE SCHEDULE**