# EXHIBIT C

Case 2:15-cv-05642-CAS-JC   Document 375-4   Filed 06/19/19   Page 2 of 13   Page ID
#:6729
SILVIO PIETROLUONGO ***CONFIDENTIAL*** 5/9/2019

Page 1

```
 1    UNITED STATES DISTRICT COURT

 2    FOR THE CENTRAL DISTRICT OF CALIFORNIA
      ---------------------------------------------x
 3    MARCUS GRAY (p/k/a FLAME); EMANUEL LAMBERT;
      and CHIKE OJUKWU,
 4
                             Plaintiffs,
 5
            -against-
 6
      KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY),
 7    et al.,

 8                           Defendants.

 9    Case No. 2:15-cv-05642-CAS-JC
      ---------------------------------------------x
10

11                           1251 Avenue of the Americas
                             New York, New York
12
                             May 9, 2019
13                           11:01 a.m.

14

15            Deposition of SILVIO PIETROLUONGO,

16    before Kristi Cruz, a Notary Public of the

17    State of New York.

18

19

20

21

22

23

24

25
```

```
 1    between Prometheus and Billboard?  Just
 2    generally.
 3         A.    Just the parent company.
 4         Q.    Okay.  And what is your job title?
 5         A.    Senior vice president, charts and
 6    data development.
 7         Q.    What are your job duties?
 8         A.    I oversee the Billboard chart
 9    operation, I am responsible for the data that
10    we use to compile the charts, the data
11    suppliers that provide the data to our third
12    party in relation to our charts, and I oversee
13    the methodology, editorial content related to
14    the charts and manage industry relationships.
15         Q.    Okay.  And can you explain for us,
16    generally speaking, what is Billboard
17    Magazine's business?
18         A.    Billboard is a consumer and B to B
19    brand that covers the music industry and
20    presents charts in relation to popular music.
21    It's been in existence since 1894, and the
22    publication has been compiling charts since
23    19 -- national charts since 1940.  And I'll
24    just clarify, it's a publication and website.
25         Q.    Okay.  And when you say compiling
```

```
 1    charts, is that Billboard magazine's primary
 2    business?
 3        A.    It's one of many business operations
 4    we have.
 5        Q.    Okay.  And can you just explain for
 6    the jury exactly what you mean by compiling
 7    charts?
 8        A.    We provide rankings of the most
 9    popular songs, albums, artists, in relation to
10    various metrics.
11        Q.    And do the charts measure the
12    popularity of those albums and songs for the
13    United States only, or is it a global
14    measurement?
15              MR. ALBERTSON:  Objection to form.
16        Q.    You can answer.
17        A.    Okay.  Primarily United States.  We
18    have charts in Canada and licensees in other
19    territories that use our brand name to compile
20    charts in those territories.
21        Q.    And you said that Billboard has been
22    compiling these charts which rank the
23    popularity of songs and albums since 1940?
24        A.    Yes.
25        Q.    As far as the music industry is
```

```
 1     song specifically and that album specifically?
 2          A.    Yes.
 3          Q.    I just want to make sure that we're
 4     all on the same page about what we're talking
 5     about.
 6                Can you describe the documents that
 7     are contained within this nine-page
 8     production?
 9                MR. ALBERTSON:  Objection.
10                MR. BAYARD:  Objection.
11          A.    Can you be more specific?
12          Q.    Well, is this document production a
13     summary report that was prepared by Billboard?
14                MR. ALBERTSON:  Objection.
15                MR. SHAFTEL:  Objection.
16          A.    Yes.
17          Q.    And generally speaking, what does
18     the summary show?
19                MR. ALBERTSON:  Objection.
20          A.    In relation to the titles, research,
21     the grid lines show the chart dates that that
22     title appeared on the chart and the ranking on
23     that specific week, and there is related
24     images I believe to the -- in relation to the
25     highest peak that those titles received on the
```

```
 1    charts.
 2         Q.    Okay.  And how many charts does
 3    Billboard have?
 4         A.    We produce nearly 200 charts a week.
 5         Q.    And so you recall that we had asked
 6    for information regarding the charts on which
 7    this song and this album appeared during what
 8    was defined as the relevant time period?
 9               MR. ALBERTSON:  Objection.
10         A.    That is my recollection.
11         Q.    Okay.  And what specifically --
12    well, first of all, were you involved in the
13    production of this document?
14         A.    Yes.
15         Q.    And when I say production, what I
16    really mean is the creation of this document.
17    Did you create this document, sir?
18         A.    Someone on my staff created the
19    document.
20         Q.    Okay.
21         A.    But I --
22         Q.    Go ahead.
23         A.    No, go ahead.
24         Q.    You directed someone on your staff
25    to prepare this document in response to the
```

Case 2:15-cv-05642-CAS-JC   Document 375-4   Filed 06/19/19   Page 7 of 13   Page ID #:6734
SILVIO PIETROLUONGO ***CONFIDENTIAL*** 5/9/2019

Page 16

```
 1    subpoena?
 2        A.    Yes.
 3              MR. ALBERTSON:  Objection.
 4        Q.    Okay.  And what is it that you did
 5    or maybe you directed someone to do in order
 6    to compile this information?
 7              MR. ALBERTSON:  Objection.
 8        A.    I researched the title, divided the
 9    specific charts to research, and I had them
10    physically put it on a piece of paper -- or a
11    Word document, correction.
12        Q.    I'm sorry?
13        A.    I said they took the data that I
14    requested they research and put it on a Word
15    document.
16        Q.    And did you do the research yourself
17    or did you direct someone to do it?
18              MR. ALBERTSON:  Objection.
19        A.    I researched the title and the
20    relevant charts for them to then transpose on
21    to the Word document.
22        Q.    And when you say you researched this
23    information, where did you conduct that
24    research?
25        A.    We have an internal database of all
```

SILVIO PIETROLUONGO ***CONFIDENTIAL*** 5/9/2019

Page 17

```
 1    titles and artists who appear on the Billboard
 2    charts.
 3         Q.    And so what specifically did you do
 4    to research the song and album title?
 5         A.    Input the artist name and the
 6    relevant titles into the system.
 7         Q.    And when you did that, when you
 8    input the artist name and the relevant titles
 9    into the system, what did you find?
10         A.    The contents on this document.
11         Q.    So I want to make sure I understand
12    the research process that you did.  You input
13    the artist name and the relevant titles into
14    the Billboard database, the internal database,
15    and then information regarding the charts on
16    which the song or album appeared were
17    populated along with the position on which --
18    the position at which the song or album
19    appeared on each chart; is that right?
20              MR. ALBERTSON:  Objection.
21              MR. BAYARD:  Objection.
22         A.    Yes.
23         Q.    And so does this summary show -- you
24    said that Billboard compiles music charts on a
25    week to week basis earlier on in your
```

```
 1      testimony?
 2          A.    It's week to week.
 3          Q.    And so this summary seems to show a
 4      week by week historical listing, each instance
 5      the album, Our World Redeemed or the song
 6      Joyful Noise appeared on a Billboard chart.
 7                MR. ALBERTSON:  Objection.
 8          Q.    Is that --
 9                MR. ALBERTSON:  Sorry.
10          A.    Yes.
11          Q.    Is that correct?
12          A.    Yes.
13          Q.    And can you explain for us why it
14      was Billboard prepared what you called a
15      summary report rather than producing the
16      actual charts themselves?
17          A.    Well, it's easier to digest a week
18      by week summary than to just find it on the
19      chart if we just provided images, and not
20      every week of those charts had a printed chart
21      that accompanied it.
22          Q.    Okay.  And so in some cases, it
23      simply wasn't possible to produce a chart?
24                MR. ALBERTSON:  Objection.
25          A.    In some cases.
```

```
 1        Q.   And is this typical for -- is this a
 2   typical method of producing information when a
 3   party in litigation requests this kind of data
 4   or information from Billboard?
 5             MR. ALBERTSON:  Objection.
 6             MR. SHAFTEL:  Objection.
 7             MR. BAYARD:  Objection.  You can
 8      answer, if you know.
 9        A.   I have no historical frame of
10   reference.
11        Q.   Okay.  And so can you tell us
12   specifically what information is contained
13   within the summary?
14             MR. ALBERTSON:  Objection.
15             MR. BAYARD:  Objection.
16        Q.   Just generally speaking.
17             MR. ALBERTSON:  Objection.
18             THE WITNESS:  Can I answer?
19        A.   I believe I answered that.
20        Q.   Were the records that were reviewed
21   in the creation of this document generated and
22   kept by Billboard in the regular course of its
23   business?
24             MR. SHAFTEL:  Objection.
25             MR. ALBERTSON:  Objection.
```

```
 1     A.    Repeat the question.
 2     Q.    The research that you conducted, you
 3     know, the internal database, was all of the
 4     data and information contained within the
 5     database generated and kept by Billboard just
 6     in the regular course of its business?
 7           MR. SHAFTEL:  Objection.
 8           MR. ALBERTSON:  Objection.
 9     A.    Yes.
10     Q.    And was the data contained within
11     the database that you researched created or
12     input by someone with knowledge of the
13     substance of the information?
14           MR. ALBERTSON:  Objection.
15           MR. SHAFTEL:  Objection to form.
16     A.    I don't understand the substance
17     part of that.  What knowledge did they have of
18     the system itself?
19     Q.    No.  I'm just asking, when the data
20     was input into the database, was that done by
21     somebody at Billboard who had knowledge of the
22     data itself, somebody who was familiar with
23     that data?
24           MR. SHAFTEL:  Objection.
25     A.    After the charts are created by me
```

Case 2:15-cv-05642-CAS-JC   Document 375-4   Filed 06/19/19   Page 12 of 13   Page ID
#:6739
SILVIO PIETROLUONGO ***CONFIDENTIAL*** 5/9/2019

Page 21

```
 1     and my department, the chart data is input
 2     into the system.  The ranking that you see in
 3     front of you and the chart dates, that is put
 4     in pie somebody in the system, yes.
 5        Q.     That's done by a Billboard employee?
 6        A.     Yes.
 7        Q.     Somebody who's familiar with the
 8     chart?
 9               MR. ALBERTSON:  Objection.
10        Q.     And the data contained therein?
11        A.     They're familiar with the process.
12        Q.     Okay.  And do they prepare that --
13     well, did you have this document prepared
14     simultaneous with the research and the
15     analysis of the data --
16               MR. ALBERTSON:  Objection.
17               MR. BAYARD:  Objection.
18        Q.     -- that we sought?
19        A.     I don't follow.
20        Q.     When you directed someone in your
21     office to prepare this summary report, the
22     creation of this report done simultaneous with
23     the research and analysis that went into it?
24               MR. ALBERTSON:  Objection.
25        A.     There were a few steps, you know.
```

```
 1      My pulling the relevant charts for them to
 2      access, them compiling the document, and my
 3      review of that document.
 4           Q.    Your review of what document, sir?
 5           A.    The review of the exhibit
 6      (indicating).
 7           Q.    Of this document?
 8           A.    Yes.
 9           Q.    Okay.  And were all of those -- are
10      all of those steps that you just mentioned, is
11      that all of the steps that went into the
12      creation of this document?
13           A.    From my recollection.
14           Q.    And roughly how long did that
15      process take?
16           A.    I don't recall.
17           Q.    And when you reviewed this document,
18      was the information contained within it
19      consistent with the information that you
20      retrieved when you did your research in the
21      database?
22                 MR. ALBERTSON:  Objection.
23           A.    Yes.
24           Q.    And did you personally confirm that?
25           A.    Yes.
```