CHRISTINE LEPERA (admitted *pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (admitted *pro hac vice*)
  jmm@msk.com
JACOB D. ALBERTSON (admitted *pro hac vice*)
  j1a@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

AARON M. WAIS (SBN 250671)
  amw@msk.com
GABRIELLA A. NOURAFCHAN (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

GREENBERG TRAURIG, LLP
VINCENT H. CHIEFFO (SBN 49069)
Email: ChieffoV@gtlaw.com
ALANA C. SROUR (SBN 271905)
Email: SrourA@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KATHERYN ELIZABETH HUDSON, et al.,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx)<br>Honorable Christina A. Snyder<br>**DECLARATION OF WILLIAM R. ROSENBLATT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 5**<br><br>**Final Pretrial Conference**<br>Date:　　　July 1, 2019<br>Time:　　　11:00 a.m.<br>Courtroom:　8D – 8th Fl., First Street<br><br>Filed:　　July 1, 2014<br>Trial:　　July 16, 2019 |

# DECLARATION OF WILLIAM R. ROSENBLATT

I, William R. Rosenblatt, declare:

1. I am the president and founder of GiantSteps Media Technology Strategies, a consulting firm specializing in the media and content technology industries. I have personal knowledge of the following facts, and if called and sworn as a witness, could and would competently testify thereto.

2. I have two degrees in computer science and years of professional experience as a software engineer, which have enabled me to evaluate a wide range of information technologies. More particularly, I have a technical and business background in streaming video technologies that dates back to the mid-1990s, the era of the birth of streaming media.

3. In 1999, I was VP of Technology and New Media at McGraw-Hill. In connection with this role, I led the technical implementation of AviationNow.com, an aviation industry information portal website associated with Aviation Week magazine and related publications. From 1999 to 2000, I was VP and Chief Technology Officer of Morningside Ventures. In connection with this role, I led the technical implementation of Fathom.com, a destination website for online courses, authenticated knowledge, and e-commerce, which featured streaming video of lectures and other content. These projects were technically complex, cost millions of dollars to build, and involved the work of dozens of people.

4. In 2000, I founded GiantSteps Media Technology Strategies. I have served as president of GiantSteps since its founding. As president, I helped design the technology architecture for various websites that featured digital content distribution, including one that provided aviation industry technical documents to aircraft maintenance technicians (Avantext.com) and another that provided medical research summaries to doctors (New England Journal Of Medicine's Journal Watch – jwatch.org). I also built various other websites, including DRMWatch.com (news and analysis of digital rights management and related

technologies), giantstepsmts.com and pubtechpartners.com (consulting firm websites), copyrightandtechnology.com (blog), and copyrightandtechconf.com (website for the Copyright and Technology conference that I also run).

5. From 2009 to 2011, I worked with a digital music startup called Beyond Oblivion. One of my responsibilities working with Beyond Oblivion was competitive strategy, which required being extremely familiar with other digital music distributors at that time, especially YouTube, which was on its way at that time to becoming a major streaming service and was the subject of intense interest in the market. As a result, in order to ensure that the service being built by Beyond Oblivion could be competitive, I became intimately familiar, thought a combination of personal use, technical evaluation, and market research, with YouTube's features, content, and user base, including YouTube's features for accessing content (e.g., searching, browsing, social networking, link sharing).

6. In 2012, I was retained by YouTube in connection with a confidential legal matter. In connection with this matter, I researched and opined on YouTube's search and access functionality for music videos, and its volume of musical content, compared to other Internet video and social network services for the period from 2011-2012.

7. In 2011 and 2012, I testified on behalf of Sirius XM Satellite Radio before the Copyright Royalty Board in a rate-setting proceeding adverse to SoundExchange (a collecting society representing sound recording licensors). My testimony in that proceeding included a discussion of the historical development of mobile music applications, including YouTube, from 2011 through 2012, as well as a comparison of their feature sets.

8. In 2015, I testified on behalf of Pandora Media in a rate court trial in the Southern District of New York. My testimony in that case included information regarding YouTube's rise to prominence as a music distribution platform during the period 2008-2014, including statistics on the size and usage habits of its user base compared to other music distribution platforms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2019, at Rome, Italy

_____
William R. Rosenblatt

Mitchell Silberberg & Knupp LLP

11125314.1

**ROSENBLATT DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PL. MIL NO. 5**