Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Lauren R. Cohen (pro hac vice)
lcohen@capessokol.com
CAPES SOKOL
7701 Forsyth Blvd. 12th Floor
St. Louis, MO 63015
(314) 721-7701

Eric. F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
KAYIRA LAW, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
(314) 899-9381

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
CAPES SOKOL
3601 Oak Avenue
Manhattan Beach, CA 90266

***Attorneys for Plaintiffs***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCUS GRAY, et al.,

      Plaintiffs,

      v.

KATHERYN ELIZABETH HUDSON, et al.,

      Defendants.

CASE NO. 2:15-cv-05642-CAS (JCx )

Honorable Christina A. Snyder

**PLAINTIFFS' PRELIMINARY WITNESS LIST**

Final Pretrial Conference
Date:  July 1, 2019
Time: 11 a.m.
Courtroom: 8D

Trial: July 16, 2019

Pursuant to Local Rule 16-5 and Fed.R.Civ.P. 26(a)(3), Plaintiffs submit the following preliminary witness list:

LIABILITY WITNESSES:

1. Plaintiff Marcus Gray

2. Plaintiff Chike Ojukwu

3.  Plaintiff Emanuel Lambert

4.  Crystal Gray

5.  Dr. Todd Decker

6.  Billboard -- Silvio Pietroluongo (via deposition)

7.  Defendant Katherine Hudson (p/k/a Katy Perry) (via deposition)*

8.  Defendant Lukasz Gottwald (p/k/a Dr. Luke)*

9.  Defendant Henry Russell Walter (p/k/a Cirkut)*

10. Defendant Sarah Hudson (via deposition)*

11. Defendant Karl Martin Sandburg (p/k/a Max Martin) (via deposition)*

12. Representative of Google*

13. Eric Kayira*

DAMAGES WITNESSES:

1.  Dr. Michael Einhorn

2.  UMG/Capitol Records -- Steven Drellishak (via deposition)

**Note re Damages Witnesses:** The parties have negotiated a set of stipulations regarding revenues and costs to be included in the Final Pretrial Order. If for some reason that arrangement should fall apart, Plaintiffs reserve the rights to add additional damages witnesses, including the individual defendants.

**PLAINTIFFS' PRELIMINARY WITNESS LIST – WITHOUT PREJUDICE TO AMEND**

Dated: June 25, 2019

s/ Michael A. Kahn
Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Lauren R. Cohen (pro hac vice)
lcohen@capessokol.com
Capes Sokol Goodman Sarachan PC
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 721-7701

Eric F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
Kayira Law, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
Telephone: (314) 899-9381

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
CAPES SOKOL
3601 Oak Avenue
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

**PLAINTIFFS' PRELIMINARY WITNESS LIST – WITHOUT PREJUDICE TO AMEND**