CHRISTINE LEPERA (admitted *pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (admitted *pro hac vice*)
  jmm@msk.com
JACOB D. ALBERTSON (admitted *pro hac vice*)
  j1a@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

AARON M. WAIS (SBN 250671)
  amw@msk.com
GABRIELLA A. NOURAFCHAN (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

GREENBERG TRAURIG, LLP
VINCENT H. CHIEFFO (SBN 49069)
Email: ChieffoV@gtlaw.com
ALANA C. SROUR (SBN 271905)
Email: SrourA@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al.,<br><br>Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx)<br><br>Honorable Christina A. Snyder<br><br>**DEFENDANTS' WITNESS LIST**<br><br>**Final Pretrial Conference**<br>Date:       July 1, 2019<br>Time:       11:00 a.m.<br>Courtroom: 8D – 8th Fl., First Street<br><br>Filed: July 1, 2014<br>Trial: July 16, 2019 |

Pursuant to Local Rule 16-5 and Federal Rule of Civil Procedure 26(a)(3)(A), Defendants Capitol Records, LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., Kasz Money, Inc., Katheryn Elizabeth Hudson, and Kitty Purry, Inc. (collectively "Defendants") hereby submit the following witness list, which is separated into liability and damages witnesses in accordance with the Court's bifurcation of the trial into liability and damages trials.

Pursuant to Local Rule 16-5, an asterisk has been placed next to those witnesses who may be called only if the need arises. Defendants continue to reserve all rights, as well as all objections to testimony, including those stated in their motions *in limine*.

Defendants hereby submit the following witness list for the liability phase of trial in this action:

1. Dr. Lawrence Ferrara
2. Lukasz Gottwald
3. Marcus Gray
4. Jordan Houston
5. Katheryn Elizabeth Hudson
6. Sarah Hudson
7. Emanuel Lambert
8. Chike Ojukwu
9. Silvio Pietroluongo* (by deposition transcript)
10. William Rosenblatt
11. Karl Martin Sandberg
12. Zachary St. Martin
13. Henry Walter

Defendants hereby submit the following witness list for the damages phase of trial in this action:

1. Dr. Charles Diamond
2. Steven Drellishak (or other representative addressing financial information of Defendant Capitol Records, LLC)
3. Dr. Lawrence Ferrara
4. Dr. Jason King
5. Corporate representative to address financial information of Kobalt Music Publishing America, Inc.*
6. Corporate representative to address financial information of WB Music Corp.*
7. Corporate representative to address financial information of Kasz Money, Inc.*
8. Corporate representative to address financial information of Kitty Purry, Inc.*

Defendants reserve the right to call any witness identified by Plaintiffs in their witness list and to identify additional witnesses on damages if the parties do not stipulate to certain facts pertaining to damages.

DATED: June 25, 2019                MITCHELL SILBERBERG & KNUPP LLP

                                    By: /s/ Aaron M. Wais
                                    Aaron M. Wais (SBN 250671)
                                    Attorneys for Defendants other than Katheryn Elizabeth Hudson, and Kitty Purry, Inc.

Mitchell Silberberg & Knupp LLP

11168295.1

3
**DEFENDANTS' WITNESS LIST**

DATED: June 25, 2019                GREENBERG TRAURIG, LLP

By: /s/ Vincent H. Chieffo
Vincent H. Chieffo (SBN 49069)
Attorneys for Defendants Katheryn Elizabeth Hudson p/k/a Katy Perry and Kitty Purry, Inc.

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all Parties, on whose behalf this entire filing is jointly submitted, concur in this filing's content and have authorized its filing.

Dated:  June 25, 2019                /s/ Aaron M. Wais
Aaron M. Wais