UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV15-5642-CAS(JCx) | Date | July 1, 2019 |
|---|---|---|---|
| Title | MARCUS GRAY, ETC.; ET AL. v. KATHERYN ELIZABETH HUDSON, ETC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Kahn<br>Lauren Cohen | Christine Lepera<br>Jeffrey Movit<br>Aaron Wais<br>Vincent Chieffo |

**Proceedings:** PRETRIAL CONFERENCE

STATUS CONFERENCE RE: SETTLEMENT

HEARING ON MOTIONS IN LIMINE[328][329][330][331][333][334][335][336][337][338][339][340][341][342][343][344][345][346][347][348][351] (Filed 06/12/2019)

Hearing held and counsel are present. The Court is in receipt of the Mediation Report[397] filed by the Mediator on June 28, 2019, indicating the parties had not settled.

The Court confers with counsel, as stated in Court and on the record. The court orders the Pretrial Conference Orders, both sealed and redacted versions, to be filed forthwith.

The Court confers with counsel regarding the pending motions in limine and counsel argue. The Court takes the motions in limine under submission. The Court will issue a final order.

The Court grants the parties' stipulation, on the record, that at the trial, no party will introduce any evidence or make any argument regarding claims, allegations or assertions made against any party that are unrelated to Dark Horse and Joyful Noise.

|  | 02 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |