Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Lauren R. Cohen (pro hac vice)
lcohen@capessokol.com
CAPES SOKOL
7701 Forsyth Blvd. 12th Floor
St. Louis, MO 63015
(314) 721-7701

Eric. F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
KAYIRA LAW, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
(314) 899-9381

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
CAPES SOKOL
3601 Oak Avenue
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS GRAY, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>KATHERYN ELIZABETH HUDSON, et al.,<br><br>　　　Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx )<br><br>Honorable Christina A. Snyder<br><br>**PLAINTIFFS' PROPOSED SPECIAL VERDICT DIRECTOR [LIABILITY]**<br><br>Trial: July 17, 2019 |

We, the jury in the above entitled cause, find the following on the questions submitted to us:

1. Do you find by a preponderance of the evidence that plaintiffs' copyright in the musical composition "Joyful Noise" was infringed by "Dark Horse?"

Yes \_\_\_\_\_     No _____

If you answered "Yes" to question 1, then proceed to question 2.

If you answered "No" to question 1, then skip the remaining question and sign, date and return this form.

2. As to each defendant listed below, do you find by a preponderance of the evidence that he/she/it is an author, owner, producer, publisher, or distributor of "Dark Horse," or authorized the production, publication or distribution of "Dark Horse?"

| DEFENDANT | YES | NO |
|---|---|---|
| Katheryn Elizabeth Hudson | | |
| Jordan Houston | | |
| Lukasz Gottwald | | |
| Sarah Theresa Hudson | | |
| Karl Martin Sandberg | | |
| Henry Russell Walter | | |
| Kitty Purry, Inc. | | |
| Capitol Records, LLC | | |

| | | |
|---|---|---|
| UMG Recordings, Inc. | | |
| Universal Music Group, Inc. | | |
| WB Music Corp. | | |
| Kobalt Music Publishing America, Inc. | | |
| Kasz Money, Inc. | | |

Please date, sign and return this form.

Dated:_____        _____
                                Foreperson

Dated: July 11, 2019.

Respectfully submitted,

/s/ Michael A. Kahn
Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Lauren R. Cohen (pro hac vice)
lcohen@capessokol.com
Capes Sokol Goodman Sarachan PC
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 721-7701

Eric F. Kayira (pro hac vice)
Kayira Law, LLC

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
CAPES SOKOL
3601 Oak Avenue
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*