1    Michael A. Kahn (pro hac vice)
     Kahn@capessokol.com
2    Lauren R. Cohen (pro hac vice)
     lcohen@capessokol.com
3    CAPES SOKOL
     7701 Forsyth Blvd. 12th Floor
4    St. Louis, MO 63015
     (314) 721-7701
5
     Eric. F. Kayira (pro hac vice)
6    eric.kayira@kayiralaw.com
     KAYIRA LAW, LLC
7    200 S. Hanley Road, Suite 208
     Clayton, Missouri 63105
8    (314) 899-9381

9    Daniel R. Blakey (SBN 143748)
     blakey@capessokol.com
10   CAPES SOKOL
     3601 Oak Avenue
11   Manhattan Beach, CA 90266

12   *Attorneys for Plaintiffs*

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15   MARCUS GRAY, et al.,

16          Plaintiffs,                CASE NO. 2:15-cv-05642-CAS (JCx)

17          v.                         Honorable Christina A. Snyder

18   KATHERYN ELIZABETH               **PLAINTIFFS' PROPOSED VOIR
     HUDSON, et al.,                  DIRE QUESTIONS**
19
            Defendants.               Trial: July 17, 2019
20

21

22

23

24

25

26

27

28

---

1. Would any of you be unduly burdened with financial, business, or family problems if the trial of this case lasts as many as 10 trial days?

2. Have any of you served as a juror before?

If yes:

    a.  In what kind of case?

    b.  What was the outcome?

2. Have you or a member of your immediate family ever had a claim against you for damages?

If yes:

    a.  In what kind of case?

    b.  What was the outcome?

3. Do you, or anyone in your family work for or in close contact with law firms or the legal system?

4. Raise your hand if you have completed some level of college education.

If yes:

    a. what degree and what discipline?

5. Have you had any legal education or training?

If yes:

    a.  what kind of education or training?

    b.  Where did you obtain it?

    c.  Did you complete it?

6. Do you regularly listen to pop music?

If yes:

    A. What pop musicians do you regularly listen to?

    B. Do you have an opinion about pop musicians generally?

    7. Do you regularly listen to hip-hop or rap music?

If yes:

    a. What hip-hop or rap musicians do you regularly listen to?

    b. Do you have an opinion about hip-hop or rap musicians generally?

    8. You may hear evidence in this case that one or more of the parties is Christian.

    - Is there anyone who believes they cannot be absolutely impartial and might be leaning for or against the party who is Christian?

    9. Some of the parties in this case are famous musical artists. Is anyone more likely to believe someone because they are a celebrity?

    10. Does any member of the jury panel become awe-struck by celebrities?

    11. Does anyone have any celebrity role models?

    12. Does anyone regularly follow celebrity gossip in the media?

    13. Does anyone regularly read pop culture, entertainment industry or celebrity focused magazines, blogs or other publications?

    14. Raise your hand if you have very positive opinions of celebrities.

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

15. Does any member of the jury panel have a very positive opinion of music producers?

16. Do you, or anyone in your family or any of your close friends, work in the music industry?

    a. If yes, please describe that work experience.

17. Do you, or anyone in your family or any of your close friends, work in the entertainment industry?

    a. If yes, please describe that work experience.

18. Is any member of the jury panel a musician?

19. Does any member of the jury panel have formal musical training?

20. Have you ever written either lyrics or music for a song?

    If yes:have your compositions ever been recorded or made available to the public?

21.  Have you ever performed music – played an instrument or sang - in public before an audience?

22.  Can you read sheet music?  If so, please describe your training and/or familiarity with sheet music.

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

23.  Do you or any of your family members or friends earn income as an entertainer, artist, musician or creative writer?

If yes:

   a.  Who?

   b.  What kid of entertainment, art, music or creative writing?

24. Has anyone been accused of plagiarism or copying?

If yes:

    a.  what was the nature of the accusation?

    b.  How was it resolved?

25. Has anyone been accused of taking credit for an idea that was not your own.

If yes:

    c.  what was the nature of the accusation?

    d.  How was it resolved?

26. Has anyone been accused of improperly taking someone else's creative work?

    e.   what was the nature of the accusation?

    f.  How was it resolved?

27. Some people think that intellectual property is different than regular property, and that stealing intellectual property is not as bad as stealing regular property, does any member of the jury panel agree with that?

28. Does any member of the jury panel believe it is appropriate to take advantage of someone else's work and not give credit to them?

29. If someone has something wrongfully taken from them, does any member of the jury panel have a problem saying that the person responsible should pay for it?

30. Are you familiar with the musical artist Katheryn Hudson publicly known as Katy Perry?

      (a) what do you know about Katy Perry?

      (b) do you or someone you live with listen to Katy Perry's music?

      (c) do you have any views or opinions about Katy Perry?

      (d) have you ever attended a Katy Perry concert and, if so, when and where?

      (e) have you ever downloaded any Katy Perry songs?

      (e) have you ever heard the song *Dark Horse*?

31. Does anyone consider Katy Perry to be among their favorite performing artists?

32. Does anyone know of the song *Dark Horse*?

      (a) Do you like this song?

      (b) Is it among your favorites?

      (c) Have you ever downloaded it?

      (d) Why do you like the song?

33. Are you familiar with the music producer Lukasz Gottwald publicly known as Dr. Luke?

      (a) what do you know about Dr. Luke?

(b) do you or someone you live with listen to Dr. Luke's music?

(c) do you have any views or opinions about Dr. Luke?

(d) is anyone a fan of Dr. Luke?

34. Are you familiar with the music producer Henry Russel Walter publicly known as Cirkut?

(a) what do you know about Cirkut?

(b) do you or someone you live with listen to Cirkut's music?

(c) do you have any views or opinions about Cirkut?

(d) is anyone a fan of Cirkut?

35. Are you familiar with the music producer Jordan Houston publicly known as Juicy J?

(a) what do you know about Juicy J?

(b) do you or someone you live with listen to Juicy J's music?

(c) do you have any views or opinions about Juicy J?

(d) is anyone a fan of Juicy J?

36. This lawsuit involves a claim by the owners of the song *Joyful Noise* against the owners of the song, *Dark Horse* related to alleged copying.  Prior to arriving in the courtroom today, had you heard about this case on television or radio, or read about this case in newspapers, the internet or elsewhere?

If yes:

(a) How did you hear about it

(b) Did you form an opinion based on anything you heard or read?

(c) [SEPARATELY FROM OTHER JURORS AT SIDEBAR]  What did you

hear about this case?

37.  The plaintiffs in this action are Marcus Gray, publicly known as FLAME, Chike Ojukwu, and Emanuel Lambert, publicly known as Da' T.R.U.T.H.  Please raise your hand if you are anyone else close to you knows or is aware of, or has any connection with, or opinions about any of the plaintiffs I listed.

38.  In addition to Katy Perry, Dr. Luke, Cirkut and Juicy J, Sarah Hudson and Karl Martin Sandberg, publicly known as Max Martin, are  defendant in this action. Please raise your hand if you are anyone else close to you knows or is aware of, or has any connection with, or opinions about either one of those defendants.

39. Do you know any of the following persons who may be called to testify in this case?
Silvio Piertroluongo, Crystal Gray, Todd Decker, Jason King, Lawrence Ferrara, Michael Einhorn, Zachary St. Martin, Bill Rosenblatt, Charles Diamond.

40. In addition to the individual defendants I listed, the following companies or entities are among the companies you may hear about in during the trial: Capitol Records, Universal Music Group, WB Music, Billboard.  Do you have a connection or affiliation with, or have you had any dealings with, any of those companies or businesses?

41. If so, describe your connection or affiliation with any of these companies or businesses.

42. Do you have a limit in the amount of damages you would award in a lawsuit,

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

1   regardless of the evidence?

2

3       43. Would you have any difficulty awarding money damages in a case involving

4   copyright infringement, even if the evidence and the law supported it?

5

6       44. Has any member of the jury panel seen or heard anything that would make it

7   hard for them to guarantee that they will judge the parties equally?

8

9       45. Has anything occurred during the question and answer period that makes

10  you doubt that you would be completely fair and impartial in this case? If there is,

11  it is your duty to tell the Court at this time.

12

13      Dated: July 12, 2019.

14                                      Respectfully submitted,

15                                      /s/ Michael A. Kahn
                                        Michael A. Kahn (pro hac vice)
16                                      Kahn@capessokol.com
                                        Lauren R. Cohen (pro hac vice)
17                                      lcohen@capessokol.com
                                        Capes Sokol Goodman Sarachan PC
18                                      7701 Forsyth Blvd., 12th Floor
                                        St. Louis, MO 63105
19                                      Telephone: (314) 721-7701

20                                      Eric F. Kayira (pro hac vice)
                                        Kayira Law, LLC
21
                                        Daniel R. Blakey (SBN 143748)
22                                      blakey@capessokol.com
                                        CAPES SOKOL
23                                      3601 Oak Avenue
                                        Manhattan Beach, CA 90266
24
                                        *Attorneys for Plaintiffs*
25

26

27

28

PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS