Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Lauren R. Cohen (pro hac vice)
lcohen@capessokol.com
CAPES SOKOL
7701 Forsyth Blvd. 12th Floor
St. Louis, MO 63015
(314) 721-7701

Eric. F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
KAYIRA LAW, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
(314) 899-9381

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
CAPES SOKOL
3601 Oak Avenue
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS GRAY, et al., | |
| Plaintiffs, | CASE NO. 2:15-cv-05642-CAS (JCx ) |
| v. | Honorable Christina A. Snyder |
| KATHERYN ELIZABETH HUDSON, et al., | **JOINT INDEX OF DEPOSITION DESIGNATIONS** |
| Defendants. | Trial: July 17, 2019 |

**Plaintiffs' Case in Chief**

| Deponent | Plaintiffs' Deposition Designations | Objections | Defendants' Counter-Designations |
|---|---|---|---|
| Billboard (Silvio Pietroluongo) | **From May 2019 transcript** 6:7-9 | | |
| | 6:17-23 | | |
| | 7:4-8:14 | | |
| | 8:16-9:4, 9:7 | 8:25-9:4, 9:7 – FRE 602 (lacks foundation, lacks personal knowledge); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); Improper lay opinion | |
| | 9:10-12, 9:15 | FRE 602 (lacks foundation, lacks personal knowledge); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); Improper lay opinion | |

JOINT INDEX OF DEPOSITION DESIGNATIONS

| | | | |
|---|---|---|---|
| | | 10:4 (In your experience)-7, 10:11-17, 10:19-11:10, 11:25-12:1, 12:4 | 10:4 (In your experience)-7; 10:11-17; 10:19 – FRE 602 (lacks foundation, lacks personal knowledge); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); Improper lay opinion | |
| | | 12:5-12:12 | | |
| | | 12:14-20 | | |
| | | 13:4-7, 13:14-14:8 | 13:4-7, 13:14 – FRE 801, 802 (Hearsay); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice)<br><br>14:6-8 - Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue | |

3

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 14:12-13, 14:16-18 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 14:20-15:8 | 14:20-15:1 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | 801, 802 (Hearsay) | |
| | 15:10-19 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 15:24-16:2 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 16:4-6 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 16:8-17 | Excluded by | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 16:19-17:19, 17:22-18:6 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |

6

| | | | |
|---|---|---|---|
| | | 18:10-23, 18:25 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | | 19:20-23, 20:1-6, 20:9-13, 20:16-23, 20:25-21:8, 21:10-11 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | | 21:20-23 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 21:25-22:21 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 22:23-25 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 23:7-9 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 | |

8

| | | | |
|---|---|---|---|
| | | (Hearsay) | |
| | 23:11-14 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 23:16-24:6 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 60:14-61:5; 61:13-21; 61:23 (for 23:21-24:6) |
| | 24:8-20 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 60:14-61:5; 61:13-21; 61:23 |
| | 24:22-25:9 | 24:22-23 – Excluded by Court Order on | 60:14-61:5; 61:13-21; 61:23 (for 24:22-23) |

9

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 63:13-22 (for 24:24-25:9) |
|---|---|---|---|
| | | 24:24-25:9 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay); FRE 602 (lacks foundation, lacks personal knowledge) | |
| | 25:11-13 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay); FRE 602 (lacks foundation, lacks personal knowledge) | 63:13-22 |
| | 25:16-18 | Excluded by | 63:13-22 |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay); FRE 602 (lacks foundation, lacks personal knowledge) | |
| | 25:21-26:2 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay); FRE 602 (lacks foundation, lacks personal knowledge) | 63:13-22 |
| | 26:7-10 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay); FRE 602 (lacks foundation, | 63:13-22 |

11

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | lacks personal knowledge) | |
| | 26:12-14 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay); FRE 602 (lacks foundation, lacks personal knowledge) | 63:13-22 |
| | 26:19-20 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay); FRE 602 (lacks foundation, lacks personal knowledge) | 63:13-22 |
| | 26:22-27:4 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 | 63:13-22 |

| | | | |
|---|---|---|---|
| | | (Hearsay); FRE 602 (lacks foundation, lacks personal knowledge) | |
| | 27:7-19 | 27:7-12, 27:13-14 ("…summary"), 27:17-19 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 60:14-61:5; 61:13-21; 61:23 (for 27:7-12)<br><br>60:14-61:5; 61:13-21; 61:23 (for 27:13-14 ("…summary"))<br><br>60:14-61:5; 61:13-21; 61:23 (for 27:17-19) |
| | 27:21-28:7 | 27:21, 28:2-7 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 60:14-61:5; 61:13-21; 61:23 (for 27:21) |
| | 28:9-20 | 28:9-18 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 28:24 | | |
| | 28:25-29:1 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 29:3-11 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 29:13-30:9 | 29:13-15 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 30:11-31:3 | Excluded by Court Order on MIL # 9 (Dkt. | 48:25-51:3 |

14

| | | | |
|---|---|---|---|
| | | No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 31:7-25 | 31:7-9, 31:11-25 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 48:25-51:3 (31:7-9 and 31:11-25) |
| | 32:2-6 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 48:25-51:3 |
| | 32:8-13 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, | 48:25-51:3 |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 32:15-19 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 48:25-51:3 (for 32:15)<br><br>52:24-53:10, 53:19-54:7 (for 32:16-19) |
| | 32:21-33:1 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 52:24-53:10, 53:19-54:7 |
| | 33:3-17 | 33:3-17 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the | 52:24-53:10, 53:19-54:7 (for 33:3-12) |

JOINT INDEX OF DEPOSITION DESIGNATIONS

| | | | |
|---|---|---|---|
| | | relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 33:19-34:5 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 34:7-18 | 34:7-15 ("…follows that summary") – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 34:20-22 | 34:21-22 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 34:24-35:8 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 55:21-56:13 (for 35:4-8) |
| | 35:10-12 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 55:21-56:13 |
| | 35:14-36:6 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE | 55:21-56:13 (for 35:14-36:2)  56:14-57:9 (for 36:3-6) |

| | | | |
|---|---|---|---|
| | | 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 36:8-37:4 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | 56:14-57:9 (for 36:8-21) |
| | 37:7-14 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 37:17-38:5 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the | |

19

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 38:8-14 | 38:9-14 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 38:16-20 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 38:22-25 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | prejudice); FRE 801, 802 (Hearsay) | |
| | 39:3-6 | 39:4-6 – Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 39:9-14 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 (Hearsay) | |
| | 39:16 | Excluded by Court Order on MIL # 9 (Dkt. No. 403, pp. 10-13); FRE 401, 402 (Relevance, outside the relevant time period); FRE 403 (confusing the issues, misleading the jury, undue delay, unfair prejudice); FRE 801, 802 | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | | |
|---|---|---|---|
| | | (Hearsay) | |
| Sarah Theresa Hudson | 4:17-18 | | |
| | 5:3-22 | | |
| | 6:17-19 | FRE 401, 402 (Relevance); FRE 403 (unfairly prejudicial, confusing, and misleading to jury); Incomplete, vague and ambiguous as to time and scope | |
| | 7:2-16 | FRE 401, 402 (Relevance) | 5:23-6:6; 7:17-21 |
| | 7:24-8:2 | | |
| | 8:8-18 | | |
| | 11:2-9 | | |
| | 12: 5-10 | | 7:12-23 |
| | 12:20-13:9 | | |
| | 13:20-14:4 | | |
| | 14:6 (So, could you describe for me…)-17 | | |
| | 17:9 ([Y]ou own…)-11 | | |
| Karl Martin Sandberg (p/k/a Max Martin) | 5:15-17 | | |
| | 11:13-15 | FRE 801, 802 (Hearsay); FRE 602 (Lacks foundation, lacks personal knowledge); Vague and ambiguous, incomplete; FRE 403 | |
| | 11:17-22 | FRE 801, 802 (Hearsay); FRE 602 (Lacks foundation, lacks personal knowledge); Vague and ambiguous, incomplete; FRE 403 | |
| | 12:1-3 | FRE 801, 802 (Hearsay); FRE 602 (Lacks foundation, | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | Name | Designation | Objection | Counter-Designation |
|---|---|---|---|---|
| | | | lacks personal knowledge); Vague and ambiguous, incomplete; FRE 403 | |
| | | 12:19 ([E]xplain for me)-12:23 | | |
| | | 13:14-19 | | |
| | | 15:3-9 | | 15:10-22 |
| | | 15:23-16:4 | | 15:10-22 |
| | | 17:5-9 | | |
| | | 18:6 (who wrote the melody?) | | |
| | | 18:8-14 | | |
| | Katheryn Hudson (p/k/a Katy Perry) | 7:15-21 | | 34:14-40:7; 44:3-45:23; 57:15-21 |
| | | 9:22-25 | | |
| | | 10:1-2 | | |
| | | 11:22-25 | | |
| | | 17:25 | | |
| | | 18:1-25 | | |
| | | 19:1-12 | | |
| | | 19:15-19 | | |
| | | 25:14-25 | | |
| | | 26:1-25 | | |
| | | 27:1-9 | | |
| | | 29: 17-25 | | |
| | | 30: 1-25 | | |
| | | 31:1 | | |
| | | 31:9-21 | | |
| | | 32: 1-12 | | |
| | | 33:1-34:13 | | |
| | | 40:14-23 | | |
| | | 43:6-25 | | |
| | | 44:1-2 | | |
| | | 45:24-25 | | |
| | | 46:1-47:8 | | |
| | | 49:19-51:1 | 49:19-50:14 – Relevance  50:15-51:1 – Relevance, Hearsay, Speculation | |
| | | 56:8-15 | Relevance | |
| | | 56:25-57:14 | | |
| | | 58:14-59:18 | 58:14-59:6 – Relevance | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

| | | 59:7-18 – Relevance, Prejudice outweighs any probative value, Jury confusion | |
|---|---|---|---|
| Jordan Houston (p/k/a JUICY J) | 5:14-25 | | |
| | 9:22("you were contacted…")-24 | | 9:25; 10:20-24; 20:1-13 |
| | 10:4-19 | | 9:25; 10:20-24; 20:1-13 |
| | 10:20-24 | | |
| | 16:1-5 | FRE 401, 402 (Relevance); FRE 403 (confusing the issues, misleading the jury, undue delay) | |

**Defendants' Case in Chief**

| Deponent | Defendants' Deposition Designations | Objections | Plaintiffs' Counter-Designations |
|---|---|---|---|
| Billboard | **From May 2019 transcript**<br>43:6-14 | | 45:16-46:1 |
| | 43:22-45:15 | | 46:24-47:9 |
| | 46:2-7 | Rule of completeness | |
| | 46:19-23 | | |
| | 47:16-48:7 | Rule of completeness; Cumulative; not necessary as a result of Court's Order [403] | 48:8-12 |
| | 48:13-24 | Cumulative; not necessary as a result of Court's Order [403] | |
| | 54:8-55:6 | Rule of completeness; Cumulative; not necessary as a result of Court's Order [403] | 55:7-15 |
| | 55:16-20 | Rule of Completeness; Cumulative; not | |

24

| | | necessary as a result of Court's Order [403] | |
|---|---|---|---|
| | 57:10-58:10 | | |
| | 58:14-59:6 | | |
| | 59:9-12 | Irrelevant; lacks foundation; unfair prejudice outweighs any probative value | 59:17-60:4 |
| | 59:15-16 | Irrelevant; lacks foundation; unfair prejudice outweighs any probative value | |
| | 60:5-13 | | 60:14-22; 61:24-62:12 |
| | 62:13-17 | | |
| | 62:24-63:12 | | |
| | 63:23-64:3 | | |
| | 64:18-22 | Cumulative | |
| | 64:24-65:10 | | |
| | 65:12-14 | | |
| | 65:16-66:5 | | 66:11-67:20 |

## Plaintiffs' Objections to Defendants' Counter-Designations

| Deponent | Defendants' Counter-Designations | Objections | Plaintiffs' Counter-Designations |
|---|---|---|---|
| Katheryn Hudson (p/k/a Katy Perry) | 34:13-40:7 | | |
| | 44:3-45:23 | 45:1-23 irrelevant | |
| | 57:15-21 | | |

**JOINT INDEX OF DEPOSITION DESIGNATIONS**

1
2

Approved as to form and content:

3    DATED: July 17, 2019                CAPES SOKOL GOODMAN
                                          SARACHAN PC
4

5                                         By:  /s/ Michael A. Kahn
                                          Michael A. Kahn (*pro hac vice*)
6
                                          Eric F. Kayira (*pro hac vice*)
7                                         KAYIRA LAW, LLC

8                                         Attorneys for Plaintiffs
9

10   DATED: July 17, 2019                MITCHELL SILBERBERG & KNUPP LLP

11                                        By:  /s/ Aaron M. Wais
12                                        Aaron M. Wais (SBN 250671)
                                          Attorneys for Defendants other than Katheryn
13                                        Elizabeth Hudson, and Kitty Purry, Inc.

14
15   DATED: July 17, 2019                GREENBERG TRAURIG, LLP

16                                        By:  /s/ Vincent H. Chieffo
17                                        Vincent H. Chieffo (SBN 49069)
                                          Attorneys for Defendants Katheryn Elizabeth
18                                        Hudson p/k/a Katy Perry and Kitty Purry, Inc.

19
20
21
22
23
24
25
26
27
28

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all parties, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized its filing.

Dated:  July 17, 2019

/s/ Michael A. Kahn
Michael A. Kahn

**JOINT INDEX OF DEPOSITION DESIGNATIONS**