UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV15-5642-CAS(JCx) |
| Date | July 17, 2019 |
| Title: | *MARCUS GRAY; ET AL. v. KATY PERRY; ET AL.* |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |

| Catherine Jeang | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Michael Kahn<br>Lauren Cohen<br>Eric Kayira | Vincent Chieffo<br>Jacob Albertson<br>Christine Lepera<br>Jeffrey Movit<br>Aaron Wais<br>Gabriella Nourafchan |

____ Day Court Trial    1ST Day Jury Trial

____ One day trial:  X Begun (1st day);  X Held & Continued;  ____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.    ___ Exhibits identified.    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for _____    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to **July 18, 2019**, at **9:00 A.M.** for further trial/further jury deliberation.
___ Other:

05 : 00

Initials of Deputy Clerk    CMJ