CHRISTINE LEPERA (admitted *pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (admitted *pro hac vice*)
  jmm@msk.com
JACOB D. ALBERTSON (admitted *pro hac vice*)
  j1a@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

AARON M. WAIS (SBN 250671)
  amw@msk.com
GABRIELLA A. NOURAFCHAN (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

GREENBERG TRAURIG, LLP
VINCENT H. CHIEFFO (SBN 49069)
Email: ChieffoV@gtlaw.com
ALANA C. SROUR (SBN 271905)
Email: SrourA@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al.,<br><br>Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx)<br><br>Honorable Christina A. Snyder<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT**<br><br>Filed: July 1, 2014<br>Trial: July 17, 2019 |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 25, 2019, and before the case was submitted to the jury, in Courtroom 8D of the Federal Courthouse located at 350 West 1st Street, Los Angeles, CA 90012, Defendants Capitol Records, LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., Kasz Money, Inc., Katheryn Elizabeth Hudson, and Kitty Purry, Inc. (collectively "Defendants") will and hereby do move pursuant to Rule 50(a) of the Federal Rules of Civil Procedure for judgment as a matter of law on the single claim for copyright infringement brought by Plaintiffs Marcus Gray, Chike Ojukwu, and Emanuel Lambert against all Defendants.

The motion is made on the following grounds:

*First*, a reasonable jury would not have a legally sufficient evidentiary basis to find that Plaintiffs' copyright registration in "Joyful Noise" protects the instrumental beat created by Chike Ojukwu, which includes the allegedly infringed portion of "Joyful Noise." This is because "Joyful Noise" is a derivative work of that beat and not a work of joint authorship. Plaintiffs lack a copyright registration for Ojukwu's beat itself.

*Second*, a reasonable jury would not have a legally sufficient evidentiary basis to find that Plaintiffs have sustained their burden of proving access to "Joyful Noise" by the relevant authors of "Dark Horse" prior to creation of the allegedly infringing portion of "Dark Horse." Plaintiffs did not present any direct evidence of access or circumstantial evidence of a chain of events linking "Joyful Noise" to

Mitchell Silberberg & Knupp LLP
11263632.1

the relevant authors of "Dark Horse." Nor did Plaintiffs present sufficient evidence of widespread dissemination of "Joyful Noise" that would give rise to a reasonable opportunity to hear "Joyful Noise."

*Third*, a reasonable jury would not have a legally sufficient evidentiary basis to find that "Dark Horse" is substantially similar to "Joyful Noise" in original, protectable expression.

*Fourth*, a reasonable jury would not have a legally sufficient evidentiary basis to find against Defendants on the grounds that Defendants presented unrebutted evidence that (a) no relevant author availed him or herself of any opportunity to hear "Joyful Noise" and (b) all the authors of "Dark Horse" independently created the composition.

In the alternative, if the Court does not grant judgment as a matter of law as to all Defendants, judgment should still be granted as a matter of law as to the following Defendants: UMG Recordings, Inc., Universal Music Group, Inc., Kobalt Music Publishing America, Inc., Kitty Purry, Inc., Kasz Money, Inc., WB Music Corp., Katheryn Hudson, Lukasz Gottwald, Sarah Hudson, Karl Martin Sandberg, and Jordan Houston on grounds that Plaintiffs have presented no evidence that any of these defendants infringed Plaintiffs' exclusive rights under the Copyright Act. Moreover, Plaintiffs have no claim for vicarious liability or contributory infringement.

This Motion is and will be based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the exhibits and trial testimony identified in this motion; all other relevant evidence introduced at trial; the pleadings and papers on file herein; any Reply and supporting pleadings and

Case 2:15-cv-05642-CAS-JC   Document 435   Filed 07/25/19   Page 4 of 5   Page ID #:7862

exhibits that may be filed in support; any oral argument that may be made; and upon such other or further material as may be presented at or before the hearing of this matter.

For the foregoing reasons, as further discussed in Defendants' accompanying Memorandum of Points and Authorities, Defendants' motion for judgment as a matter of law should be granted and judgment entered in Defendants' favor on Plaintiffs' Third Amended Complaint and the claim for copyright infringement asserted therein. In the alternative, Defendants' motion for judgment as a matter of law should be granted and judgment entered in favor of UMG Recordings, Inc., Universal Music Group, Inc., Kobalt Music Publishing America, Inc., Kitty Purry, Inc., Kasz Money, Inc., WB Music Corp., Katheryn Hudson, Lukasz Gottwald, Sarah Hudson, Karl Martin Sandberg, and Jordan Houston on Plaintiffs' Third Amended Complaint and the claim for copyright infringement asserted therein.

DATED: July 25, 2019     MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Aaron M. Wais
Aaron M. Wais (SBN 250671)
Attorneys for Defendants Capitol Records, LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc.

DATED: July 25, 2019     GREENBERG TRAURIG, LLP

By: /s/ Vincent H. Chieffo
Vincent H. Chieffo (SBN 49069)
Attorneys for Defendants Katheryn Elizabeth Hudson p/k/a Katy Perry and Kitty Purry, Inc.

Mitchell Silberberg & Knupp LLP
11263632.1
4
**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT**

**ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all Parties, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized its filing.

DATED: July 25, 2019

/s/ Aaron M. Wais
Aaron M. Wais