# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | CV15-5642-CAS(JCx) | | Date | July 24, 2019 |
|---|---|---|---|---|

| Title: | *MARCUS GRAY; ET AL. v. KATY PERRY; ET AL.* |
|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Michael Kahn<br>Lauren Cohen<br>Eric Kayira | Vincent Chieffo<br>Christine Lepera<br>Jeffrey Movit<br>Aaron Wais<br>Gabriella Nourafchan |

Day Court Trial        5TH        Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X   Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by

X   Witnesses called, sworn and testified.   X   Exhibits identified.   X   Exhibits admitted.

X   Plaintiff(s) rest.                 X   Defendant(s) rest.

___ Closing arguments made by        ___ plaintiff(s)        ___ defendant(s).        ___ Court instructs jury.

___ Bailiff(s) sworn.                 ___ Jury retires to deliberate.        ___ Jury resumes deliberations.

___ Jury Verdict in favor of         ___ plaintiff(s)        ___ defendant(s) is read and filed.

___ Jury polled.                      ___ Polling waived.

___ Filed Witness & Exhibit Lists    ___ Filed jury notes.        ___ Filed jury instructions.

___ Judgment by Court for                                      ___ plaintiff(s)        ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)        ___ defendant(s).

___ Case submitted.        ___ Briefs to be filed by

___ Motion to dismiss by                           is   ___ granted.   ___ denied.   ___ submitted.

___ Motion for mistrial by                         is   ___ granted.   ___ denied.   ___ submitted.

X   Motion for Judgment/Directed Verdict by Defendants*   is   ___ granted.   ___ denied.   X   submitted.

___ Settlement reached and placed on the record.

X   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

X   Case continued to   **July 25, 2019**, at **9:30 A.M.**        for further trial/further jury deliberation.

Court and counsel review Jury Instructions.

X   Other:   * The Court deems the Rule 50 motions have been made timely and the Court reserves judgment until the conclusion of the trial.

|  | 05 | : | 59 |
|---|---|---|---|
| | Initials of Deputy Clerk | | CMJ |