Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Lauren R. Cohen (pro hac vice)
lcohen@capessokol.com
CAPES SOKOL
7701 Forsyth Blvd. 12th Floor
St. Louis, MO 63015
(314) 721-7701

Eric. F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
KAYIRA LAW, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
(314) 899-9381

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
CAPES SOKOL
3601 Oak Avenue
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS GRAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATHERYN ELIZABETH HUDSON, et al.,<br><br>    Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx )<br><br>Honorable Christina A. Snyder<br><br>**PLAINTIFFS' AMENDED PROPOSED SPECIAL VERDICT DIRECTOR [LIABILITY]— SUBMITTED TO CLERK OF COURT ON JULY 25, 2019**<br><br>Trial: July 17, 2019 |

**Note: This Amended Proposed Special Verdict Director was submitted to the Clerk of the Court on July 25, 2019.**

We, the jury in the above entitled cause, find the following on the questions submitted to us:

**QUESTION 1**

Did Plaintiffs prove, by a preponderance of the evidence, that they have a valid copyright in the musical composition "Joyful Noise"?

Yes _____   No _____

If you answered "Yes" to question 1, then proceed to question 2.

If you answered "No" to question 1, then skip the remaining questions and sign, date and return this form.

**QUESTION 2**

Did Plaintiffs prove, by a preponderance of the evidence, that "Joyful Noise" was widely disseminated such that Defendants had a reasonable opportunity to hear "Joyful Noise" prior to creating "Dark Horse"?

Yes _____   No _____

If you answered "Yes" to question 2, then proceed to question 3.

If you answered "No" to question 2, then skip the remaining questions and sign, date and return this form.

**QUESTION 3**

Did Defendants prove, by a preponderance of the evidence, that they did not avail themselves of the opportunity to hear "Joyful Noise" prior to creating "Dark Horse?"

Yes _____        No _____

If you answered "No" to question 3, then proceed to question 4.

If you answered "Yes" to question 3, then skip the remaining questions and sign, date and return this form.

**QUESTION 4**

Did Plaintiffs prove, by a preponderance of the evidence, that "Dark Horse" is substantially similar to "Joyful Noise"?

Yes _____        No _____

If you answered "Yes" to question 4, then proceed to question 5.

If you answered "No" to question 4, then skip the remaining questions and sign, date and return this form.

**QUESTION 5**

Did Defendants prove, by a preponderance of the evidence, that Defendants independently created "Dark Horse"?

Yes _____        No _____

If you answered "No" to question 4, then proceed to question 5.

If you answered "Yes" to question 4, then skip the remaining questions and sign, date and return this form.

**Question 6**

As to each defendant listed below, do you find by a preponderance of the evidence that he/she/it is an author, producer, publisher, or distributor of "Dark Horse," or authorized the production, publication or distribution of "Dark Horse?"

| DEFENDANT | YES | NO |
|---|---|---|
| Lukasz Gottwald | | |
| Henry Russell Walter | | |
| Karl Martin Sandberg | | |
| Jordan Houston | | |
| Katheryn Elizabeth Hudson | | |
| Sarah Theresa Hudson | | |
| Capitol Records, LLC | | |
| Kasz Money, Inc. | | |
| Kobalt Music Publishing America, Inc. | | |
| WB Music Corp. | | |

Please date, sign and return this form.

Dated:_____    _____
                            Foreperson

4

**PLAINTIFFS' AMENDED PROPOSED SPECIAL VERDICT DIRECTOR [LIABILITY] SUBMITTED JULY 25, 2019**

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | /s/ Michael A. Kahn |
| | Michael A. Kahn (pro hac vice) |
| 3 | Kahn@capessokol.com |
| | Lauren R. Cohen (pro hac vice) |
| 4 | lcohen@capessokol.com |
| | Capes Sokol Goodman Sarachan PC |
| 5 | 7701 Forsyth Blvd., 12th Floor |
| | St. Louis, MO 63105 |
| 6 | Telephone: (314) 721-7701 |
| 7 | Eric F. Kayira (pro hac vice) |
| | Kayira Law, LLC |
| 8 | |
| 9 | Daniel R. Blakey (SBN 143748) |
| | blakey@capessokol.com |
| 10 | CAPES SOKOL |
| | 3601 Oak Avenue |
| 11 | Manhattan Beach, CA 90266 |
| 12 | ***Attorneys for Plaintiffs*** |

2

**PLAINTIFFS' PROPOSED SPECIAL VERDICT DIRECTOR [LIABILITY]
SUBMITTED JULY 25, 2019**