UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV15-5642-CAS(JCx) | Date | July 29, 2019 |
|---|---|---|---|
| Title: | *MARCUS GRAY; ET AL. v. KATY PERRY; ET AL.* | | |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |

| Catherine Jeang | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Michael Kahn<br>Eric Kayira<br>Lauren Cohen | Vincent Chieffo<br>Christine Lepera<br>Jeffrey Movit<br>Jacob Albertson<br>Aaron Wais<br>Gabriella Nourafchan |

___ Day Court Trial    8TH Day Jury Trial

___ One day trial:    ___ Begun (1st day);    X Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
___ Witnesses called, sworn and testified.    ___ Exhibits identified.    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    X Jury resumes deliberations.
X Jury Verdict in favor of    X plaintiff(s)    ___ defendant(s) is read and filed.
X Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    X Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by _____ is ___ granted.  ___ denied.  ___ submitted.
X Motion for Judgment/Directed Verdict by Defendants*    is ___ granted.  ___ denied.  X submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to **July 30, 2019**, at **9:30 A.M.** for further trial/further jury deliberation.
X Other:    *The Court reserves judgment until the conclusion of the trial.

                                                                                        01 : 29
                                                               Initials of Deputy Clerk    CMJ