1  CHRISTINE LEPERA (admitted *pro hac vice*)
     ctl@msk.com
2  JEFFREY M. MOVIT (admitted *pro hac vice*)
     jmm@msk.com
3  JACOB D. ALBERTSON (admitted *pro hac vice)*
     j1a@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   437 Madison Avenue, 25th Floor
5  New York, New York 10022
   Telephone: (212) 509-3900
6  Facsimile: (212) 509-7239

7  AARON M. WAIS (SBN 250671)
     amw@msk.com
8  GABRIELLA A. NOURAFCHAN (SBN 301594)
     gan@msk.com
9  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
10 Los Angeles, California 90067
   Telephone: (310) 312-2000
11 Facsimile: (310) 312-3100

12 GREENBERG TRAURIG, LLP
   VINCENT H. CHIEFFO (SBN 49069)
13 Email: ChieffoV@gtlaw.com
   ALANA C. SROUR (SBN 271905)
14 Email: SrourA@gtlaw.com
   1840 Century Park East, Suite 1900
15 Los Angeles, CA 90067-2121
   Telephone: 310-586-7700
16 Facsimile: 310-586-7800

17 Attorneys for Defendants

18                   UNITED STATES DISTRICT COURT

19            CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY, et al., | CASE NO. 2:15-cv-05642-CAS (JCx) |
| Plaintiffs, | Honorable Christina A. Snyder |
| v. | **DEFENDANTS' PROPOSED SPECIAL VERDICT FORM – DAMAGES [REDACTED]** |
| KATHERYN ELIZABETH HUDSON, et al., | |
| Defendants. | Filed: July 1, 2014<br>Trial: July 17, 2019 |

Mitchell
Silberberg &
Knupp LLP

11278566.1

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM – DAMAGES**

We the jury in the above-entitled action answer the questions submitted to us as follows:

**Question 1:**

Did Plaintiffs prove, by a preponderance of the evidence, that there is a causal nexus between Defendants' gross revenue and the use of the "Joyful Noise" musical composition in ostinato #2 in "Dark Horse"?

Yes \_\_\_\_    No \_\_\_\_

If you answer Question 1 "No," turn to the last page, sign and return this verdict.

If you answer Question 1 "Yes," then proceed to answer Question 2.

**Question 2**:

The parties have stipulated to the following net profit amounts (also known as net receipts) earned by Defendants other than Capitol Records, LLC from "Dark Horse":

    Jordan Houston: XXXXXX

    Karl Martin Sandberg: XXXXXX

    Lukasz Gottwald: XXXXXX

    Kasz Money, Inc.: XXXXXX

    Henry Russell Walter: XXXXXX

    Sarah Hudson: XXXXXX

    Katheryn Elizabeth Hudson: XXXXXX

    Kobalt Music Publishing America, Inc.: XXXXXX

    WB Music Corp.: XXXXXX

Please state the amount of net profits, if any, earned by Capitol Records, LLC from "Dark Horse."

Answer: $_____

Please proceed to Question 3.

**Question 3**:

What percentage, if any, of the net profits earned by Defendants from "Dark Horse" is attributable to the use of the "Joyful Noise" musical composition in ostinato #2 in "Dark Horse" as opposed to other factors?

Answer: $_____

Please proceed to Question 4.

**Question 4**:

Please multiply the amount of net profits earned by each Defendant identified in Question 2 by the percentage you determined in Question 3, and state the resulting amount for each Defendant below.

Jordan Houston: $_____

Karl Martin Sandberg: $_____

Lukasz Gottwald: $_____

Kasz Money, Inc.: $_____

Henry Russell Walter: $_____

Sarah Hudson: $_____

Katheryn Elizabeth Hudson: $_____

Kobalt Music Publishing America, Inc.: $_____

WB Music Corp.: $_____

Capitol Records, LLC: $_____

Please continue to the next page.

The foreperson should now sign this verdict form.

Dated: _____     By:_____
                                   PRESIDING JUROR

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.