**REDACTED**



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:15-CV-05642-CAS(JCx)
CASE TITLE: GRAY; ET AL. v. PERRY; ET AL.

### JURY NOTE NO. 01

___ The Jury has reached a unanimous verdict.

✓ The Jury requests the following:

Can we have clarification on jury instruction #40 as it pertains to Question #8? Can you explain why the defendants are listed individually in Question #8?

Court's response: Please see Instruction No. 6, you are directed in Question #8 to determine as to each listed defendant whether you find that he, she or it copied "Joyful Noise" or whether he, she or it distributed "Dark Horse."

Date & Time: 7/29/19  1:35 P.M

Dated this 29 day of July, 2019

Time: 12:13  A.M./**P.M.**