REDACTED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 9 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

CASE NO.:          2:15-CV-05642-CAS(JCx)
CASE TITLE:        *GRAY; ET AL. v. PERRY; ET AL.*

## JURY NOTE NO. 02

___   The Jury has reached a unanimous verdict.

✓     The Jury requests the following:

Kitty Purry, Inc. is listed as a defendent on Joint Exhibit #123, But is not included as a defendent on Question #8, should this company also be under consideration in Question #8? Similarly, does one of the publishing companies listed as a defendent also represent Jordan Houston? If so, which one?

Court's response:

Kitty Purry, Inc. is no longer a defendant and Jordan Houston's publisher is not one of the companies that is listed as a defendant.

Date & Time: 7/29/19 at 1:17 p.m

Dated this 29 day of July, 2019

Time:  1:00  A.M./P.M.