


**REDACTED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:15-CV-05642-CAS(JCx)
CASE TITLE: *GRAY; ET AL. v. PERRY; ET AL.*

### JURY NOTE NO. 03

___ The Jury has reached a unanimous verdict.

✓ The Jury requests the following:

Regarding Question 8, is "copied" the same as "infringed" (as defined in jury instruction 23/liability of infringement? And can you define "distributed" in the context of Question 8?

Court's response: Please read the entirety of instruction No. 23 and answer Question 8 as to each listed party.

Date & Time: 7/29/19  3:35 PM

Dated this 29 day of July, 2019

Time: 2:54 A.M./P.M.