

REDACTED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:15-CV-05642-CAS(JCx)
CASE TITLE: *GRAY; ET AL. v. PERRY; ET AL.*

FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2019

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

## JURY NOTE NO. 04

✓ The Jury has reached a unanimous verdict.

___ The Jury requests the following:

_____
_____
_____
_____
_____
_____
_____
_____
_____

Court's response:



Date & Time:

Dated this 29 day of July, 2019

Time: 4:25 A.M./(P.M.)