**REDACTED**

FILED
CLERK, U.S. DISTRICT COURT
JUL 26 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY; ET AL., | Case No. 2:15-CV-05642-CAS(JCx) |
| Plaintiff, | SPECIAL VERDICT |
| vs. | |
| KATY PERRY; ET AL., | |
| Defendants. | |

We the jury in the above-entitled action answer the questions submitted to us as follows:

**Question 1**:

Did Plaintiffs prove, by a preponderance of the evidence, that "Dark Horse" contains material from the musical composition "Joyful Noise" that is both original to Plaintiffs and not commonplace expression?

Yes __✓__   No ____

If you answer Question 1 "No," turn to the last page, sign and return this verdict.

If you answer Question 1 "Yes," then proceed to answer Question 2.

**Question 2**:

Did Plaintiffs prove, by a preponderance of the evidence, that the "Joyful Noise" and "Dark Horse" musical compositions are objectively substantially similar in copyrightable protectable expression?

Yes ✓   No ____

If you answer Question 2 "No," turn to the last page, sign and return this verdict.

If you answer Question 2 "Yes," then proceed to answer Question 3.

**Question 3**:

Did Plaintiffs prove, by a preponderance of the evidence, that an ordinary, reasonable person would find that the total concept and feel of the "Joyful Noise" and "Dark Horse" musical compositions are substantially similar in copyrightable protectable expression?

Yes ✓    No ____

If you answer Question 3 "No," turn to the last page, sign and return this verdict.

If you answer Question 3 "Yes," then proceed to answer Question 4.

## Question 4:

Did Plaintiffs prove, by a preponderance of the evidence, that "Joyful Noise" was widely disseminated such that Defendants had a reasonable opportunity to hear "Joyful Noise" prior to creating "Dark Horse"?

Yes ✓   No ____

If you answer Question 4 "No," turn to the last page, sign and return this verdict.

If you answer Question 4 "Yes," then proceed to answer Question 5.

**Question 5**:

Did Defendants prove, by a preponderance of the evidence, that they did not avail themselves of the opportunity to hear "Joyful Noise" prior to creating "Dark Horse"?

Yes ____   No ✓

If you answer Question 5 "Yes," turn to the last page, sign and return this verdict.

If you answer Question 5 "No," then proceed to answer Question 6.

**Question 6:**

Did Defendants prove, by a preponderance of the evidence, that Defendants independently created "Dark Horse"?

Yes ____    No ✓

If you answer Question 6 "Yes," turn to the last page, sign and return this verdict.

If you answer Question 6 "No," then proceed to answer Question 7.

## Question 7:

Did Plaintiffs prove, by a preponderance of the evidence, that the inclusion of the instrumental music (i.e., the beat) created by Mr. Ojukwu in "Joyful Noise" is part of a joint work of authorship with the other Plaintiffs?

Yes ✓   No ____

If you answer Question 7 "No," turn to the last page, sign and return this verdict.

If you answer Question 7 "Yes," then proceed to answer Question 8.

## Question 8:

As to each defendant listed below, do you find by a preponderance of the evidence that he/she/it copied "Joyful Noise" or distributed "Dark Horse"?

| Defendant | Yes | No |
|---|---|---|
| Capitol Records, LLC | ✓ | |
| Jordan Houston | ✓ | |
| Lukasz Gottwald | ✓ | |
| Katheryn Elizabeth Hudson | ✓ | |
| Sarah Theresa Hudson | ✓ | |
| Karl Martin Sandberg | ✓ | |
| Henry Russell Walter | ✓ | |
| WB Music Corp. | ✓ | |
| Kobalt Music Publishing America, Inc. | ✓ | |
| Kasz Money, Inc. | ✓ | |

After answering "Yes" or "No" for each Defendant, turn the page, sign and return this verdict.

The foreperson should now sign this verdict form.

Dated: July 19, 2019

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.