UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV15-5642-CAS(JCx) |
| Title: | *MARCUS GRAY; ET AL. v. KATY PERRY; ET AL.* |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |

| Catherine Jeang | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Michael Kahn<br>Eric Kayira<br>Lauren Cohen | Vincent Chieffo<br>Christine Lepera<br>Jeffrey Movit<br>Jacob Albertson<br>Aaron Wais<br>Gabriella Nourafchan |

| | Day Court Trial | 9TH | Day Jury Trial |
|---|---|---|---|

| | One day trial: | | Begun (1st day); | X | Held & Continued; | | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

| | The Jury is impaneled and sworn. | | | | |
|---|---|---|---|---|---|
| X | Opening statements made by | Plaintiffs and Defendants (Phase II) | | | |
| | Witnesses called, sworn and testified. | X | Exhibits identified. | X | Exhibits admitted. |
| | Plaintiff(s) rest. | | Defendant(s) rest. | | |
| | Closing arguments made by | | plaintiff(s) | | defendant(s). | | Court instructs jury. |
| | Bailiff(s) sworn. | | Jury retires to deliberate. | X | Jury resumes deliberations. |
| | Jury Verdict in favor of | | plaintiff(s) | | defendant(s) is read and filed. |
| | Jury polled. | | Polling waived. | | |
| | Filed Witness & Exhibit Lists | | Filed jury notes. | | Filed jury instructions. |
| | Judgment by Court for | | | plaintiff(s) | | defendant(s). |
| | Findings, Conclusions of Law & Judgment to be prepared by | | plaintiff(s) | | defendant(s). |
| | Case submitted. | Briefs to be filed by | | | |
| | Motion to dismiss by | | is | granted. | denied. | submitted. |
| | Motion for mistrial by | | is | granted. | denied. | submitted. |
| | Motion for Judgment/Directed Verdict by Defendants | | is | granted. | denied. | submitted. |
| | Settlement reached and placed on the record. | | | | |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. | | | | |
| | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. | | | | |
| | Trial subpoenaed documents returned to subpoenaing party. | | | | |
| X | Case continued to | **July 31, 2019**, at **9:30 A.M.** | | for further trial/further jury deliberation. |
| X | Other: | Court and counsel discuss jury instructions and special verdict for Phase II. | | |

| | 02 | : | 06 |
|---|---|---|---|
| | Initials of Deputy Clerk | | CMJ |