# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV15-5642-CAS(JCx) | Date | July 31, 2019 |
| Title: | *MARCUS GRAY; ET AL. v. KATY PERRY; ET AL.* | | |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |

| Catherine Jeang | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| <u>Attorneys Present for Plaintiff(s):</u> | <u>Attorneys Present for Defendants:</u> |
| Michael Kahn<br>Eric Kayira<br>Lauren Cohen | Vincent Chieffo<br>Christine Lepera<br>Jeffrey Movit<br>Jacob Albertson<br>Aaron Wais<br>Gabriella Nourafchan |

| | Day Court Trial | 10TH | Day Jury Trial |
|---|---|---|---|

|   | One day trial: |   | Begun (1st day); | X | Held & Continued; |   | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|
|   | The Jury is impaneled and sworn. | | | | | | |
|   | Opening statements made by | | | | | | |
| X | Witnesses called, sworn and testified. | X | Exhibits identified. | X | Exhibits admitted. | | |
| X | Plaintiff(s) rest. | X | Defendant(s) rest. | | | | |
|   | Closing arguments made by |   | plaintiff(s) |   | defendant(s). | X | Court instructs jury (Phase II) |
|   | Bailiff(s) sworn. |   | Jury retires to deliberate. |   | | | Jury resumes deliberations. |
|   | Jury Verdict in favor of |   | plaintiff(s) |   | defendant(s) is read and filed. | | |
|   | Jury polled. |   | Polling waived. | | | | |
| X | Filed Witness & Exhibit Lists |   | Filed jury notes. | X | Filed jury instructions. | | |
|   | Judgment by Court for |   |   |   | plaintiff(s). |   | defendant(s). |
|   | Findings, Conclusions of Law & Judgment to be prepared by |   | plaintiff(s) |   | defendant(s). | | |
|   | Case submitted. |   | Briefs to be filed by | | | | |
|   | Motion to dismiss by |   |   | is |   | granted. |   | denied. |   | submitted. |
|   | Motion for mistrial by |   |   | is |   | granted. |   | denied. |   | submitted. |
| X | Motion for Judgment/Directed Verdict by Defendants* |   | is |   | granted. |   | denied. | X | submitted. |
|   | Settlement reached and placed on the record. | | | | | | |
| X | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. | | | | | | |
|   | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. | | | | | | |
|   | Trial subpoenaed documents returned to subpoenaing party. | | | | | | |
| X | Case continued to | **August 1, 2019**, at **9:30 A.M.** | for further trial/further jury deliberation. | | | | |
| X | Other: | * Court reserves judgment. | | | | | |

| | 04 | : | 55 |
|---|---|---|---|
| | Initials of Deputy Clerk | | CMJ |