# AMENDED
## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:15-CV-05642-CAS(JCx) | Title | GRAY; ET AL. v. PERRY; ET AL. |
|---|---|---|---|
| Judge | Christina A. Snyder | | |
| Dates of Trial or Hearing | 07/17/2019; 07/18/2019; 07/19/2019; 07/23/2019; 07/24/2019; 07/25/2019; 07/30/2019; 07/31/2019 | | |
| Court Reporters or Tape No. | Laura Elias | | |
| Deputy Clerks | Catherine M. Jeang | | |

CLERK, U.S. DISTRICT COURT
JUL 31 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Michael Kahn | Vincent Chieffo    Gabriella Nourafchan |
| Lauren Cohen | Jacob Albertson |
| Eric Kayira | Christine Lepera |
| | Jeffrey Movit |
| | Aaron Wais |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| JUL 23 2019 | | | 121 | ✓ | | Picture | Deft |
| 122 | ✓ | ✓ | JUL 23 2019 | | | Facts Stipulated to | Joint |
| 123 | ✓ | ✓ | JUL 23 2019 | | | " " " | Joint |
| 124 | ✓ | ✓ | JUL 24 2019 | | | Stipulation of Agreed Facts | Joint |
| 125 | ✓ | ✓ | JUL 30 2019 | | | 3 Page Stipulated Facts | Joint |
| | | | JUL 31 2019 | | | Michael Einhorn video testimony | Deft. |

1      Pursuant to L.R. 16-6, the Parties submit the following Joint Exhibit List[1]:

2  **JOINT EXHIBIT LIST (Liability Phase):**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Copyright Registration for "Joyful Noise" [Gray Dep. Ex. 1] | | | JUL 1 8 2019 | JUL 1 8 2019 |
| 2 | Copyright Office June 4, 2014 letter to Eric Kayira re Joyful Noise deposit requirement (2 CDs) [Gray Dep. Ex. 2] | | | | |
| 3 | Eric Kayira June 5, 2014 response to Copyright Office June 4, 2014 letter [Gray Dep. Ex. 3] | | | | |
| 4 | Assignment of Copyright -Lecrae Moore ** [Gray Dep. Ex. 4] | | | JUL 1 8 2019 | JUL 1 8 2019 |
| 5 | Songwriters Split Agreement [Gray Dep. Ex. 5, P000260] | | ✓ | JUL 1 8 2019 | JUL 1 8 2019 |
| 6 | Assignment of Copyright -Cross Movement Records [Gray Dep. Ex. 6] | | | | |
| 7 | Certified Copy of Deposit Copy of Our World Redeemed [Gray Dep. Ex. 7] | | | JUL 1 8 2019 | JUL 1 8 2019 |

** Exhibits marked with double asterisks are to be used in both the liability and damages phases of trial.

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 14 | Concert List [Gray Dep. Ex. 14] | | | JUL 2 3 2019 | |
| 15 | Concert List by Day [Gray Dep. Ex. 15] | | | | |
| 16 | Recorded music bed for Joyful Noise ostinato, by Chike Ojukwu - Myspace 1.flp [from Parameter Security via 5.3.2018 email] | | | JUL 1 8 2019 | JUL 1 8 2019 Portions |
| 17 | Recorded music bed for Joyful Noise ostinato, by Chike Ojukwu - Myspace 1.zip contents [P000319] | | | JUL 1 8 2019 | |
| 18 | Exclusive Artist's Recording Agreement [P000013-37] | | | JUL 2 3 2019 | |
| 19 | Petition - St. Louis County Cause No. 1222-cc-09276 Marcus Gray pka FLAME v. Cross Movement Records, Inc., et al. [P000308-314] | | | | |
| 20 | Mutual Settlement Agreement - St. Louis County Cause No. 1222-cc-09276 Gray v. Cross Movement Records, Inc., et al. [P000038-44] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 21 | Marcus Gray Email 2.20.09 attaching GMA Dove Award Nominations [P000113-123] | | | JUL 19 2019 | JUL 19 2019 |
| 22 | Marcus Gray Email 1.7.09 attaching information regarding 24th Annual Stellar Gospel Music Awards [P000160-166] | | | | |
| 23 | Detailed artist itinerary [P000327-353] | | | | |
| 24 | Don't Waste Your Life Tour 2009 Master Schedule [P000354-357] | | | | |
| 25 | Email 6.4.2008 -- Joyful Noise Ringtone [P000137] | | | | |
| 26 | Email 3.26.2008 - Joyful Noise! [P000218] | | | JUL 19 2019 | JUL 19 2019 |
| 27 | Email 6.30.2008 -- Joyful Noise [P000177] | | | | |
| 28 | Email 7.24.2008 -- FLAME "Joyful Noise" Music Video World Premiere -- Tuesday July 29th [P000183-184] | | | | |
| 29 | Email 3.28.2008 - Re: lol | | | | |

4

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | [P000243] | | | | |
| 30 | Certified Copy of Copyright Registration for "Joyful Noise" [on order from Copyright office] | | | JUL 2 4 2019 | JUL 2 4 2019 |
| 31 | Certified Copy of Assignment of Copyright - Lecrae Moore [on order from Copyright office] | | | | |
| 32 | Certified Copy of Assignment of Copyright - Cross Movement Records [on order from Copyright office] | | | | |
| 33 | Plaintiffs' Answers to Interrogatories | | | | |
| 34 | Plaintiffs' Supplemental Answers to Interrogatories | | | | |
| 35 | Defendant Katheryn Elizabeth Hudson P/K/A Katy Perry's Responses To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 36 | Defendant Kitty Purry, Inc.'s Responses To Plaintiff Marcus | | | | |

5

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Gray's First Set Of Interrogatories | | | | |
| 37 | Capitol Records LLC's Response To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 38 | Henry Walter's Response To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 39 | Jordan Houston's Response To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 40 | Karl Martin Sandberg's Response To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 41 | Kasz Money Inc.'s Objections And Responses To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 42 | Kobalt Music Publishing America, Inc's Objections And Responses To Marcus Gray's First Set Of Interrogatories | | | | |
| 43 | Lukasz Gottwald's Response To | | | | |

6

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 44 | Sarah Hudson's Response To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 45 | UMG Recordings, Inc.'s Objections And Responses To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 46 | Universal Music Group, Inc.'s Objections And Responses To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 47 | WB Music Corp.'s Objections And Responses To Plaintiff Marcus Gray's First Set Of Interrogatories | | | | |
| 48 | Joyful Noise Lyrics [P000047-48] | | | | |
| 49 | Dark Horse Lyrics [Perry Dep. Ex. 5] | | | | |
| 51 | Wikipedia article – *Prism* (Katy Perry album) [Perry Dep. Ex. 2] | | | | |
| 52 | *Prism* cover and track list | | | | |

7

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | [Perry Dep. Ex. 3] | | | | |
| 53 | New Yorker article – The Doctor Is In 10/24/2013 [Perry Dep. Ex. 4] | | | JUL 1 8 2019 | |
| 54 | Music Videos from Prism Album [Perry Dep. Ex. 6] | | | | |
| 55 | Wikipedia article – Prismatic World Tour [Perry Dep. Ex. 7] | | | JUL 1 8 2019 | |
| 56 | Prism CD | | | | |
| 57 | Katy Perry Full Pepsi Super Bowl XLIX Halftime Show! - Feat. Missy Elliot and Lenny Kravitz - NFL.avi [produced by Perry's counsel per link in 1/5/2017 3:16 PM email] | | | | |
| 58A | Our World Redeemed CD | | | JUL 1 8 2019 | JUL 1 8 2019 |
| 59 | Joyful Noise YouTube Music Video 1 [GOOG-FLAME-00000008] | | | | |
| 60 | Joyful Noise YouTube Music Video 2 [GOOG-FLAME-00000009] | | | | |

8

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 61 | Joyful Noise YouTube Music Video 3 [GOOG-FLAME-00000010] | | | | |
| 62 | Joyful Noise YouTube Music Video 4 [GOOG-FLAME-00000011] | | | | |
| 63 | Joyful Noise YouTube Music Video 5 [GOOG-FLAME-00000012] | | | | |
| 64 | Screen Shots of the Official Joyful Noise Music Video as of 11/4/2010 [P000052] | | | | |
| 65 | Screen Shots of the Official Joyful Noise Music Video as of 7/26/2011 [P000051] | | | | |
| 66 | Screen Shots of the Official Joyful Noise Music Video as of 3/11/2012 [P000050] | | | | |
| 67 | Internet Archive Affidavit authenticating Screenshots from YouTube [on order] | | | JUL 1 8 2019 | JUL 1 9 2019 Portions: 67-4, 67-6 + 67-8 |

9
**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 68 | Official Joyful Noise Music Video as posted on YouTube | | | JUL 1 8 2019 | JUL 1 8 2019 |
| 69 | Internet Archive Affidavit Authenticating Screenshots from Lecrae and FLAME Myspace page -- screen shots of Myspace pages attached | | | JUL 1 9 2019 | JUL 1 9 2019 Portions: 69-5, 69-10 |
| 70 | Billboard Subpoena [Billboard Dep. Ex. 1] | | | | |
| 71 | Billboard documents produced in response to subpoena – Billboard Chart data and copies for "Joyful Noise" and *Our World Redeemed* [Billboard Dep. Ex. 2] | | | | |
| 72 | Billboard Declaration of Silvio Pietroluongo [Billboard Dep. Ex. 3] | | | | |
| 73 | Billboard Charts Legend [Billboard Dep. Ex. 3] | | | | |
| 74 | Oh No! 1.1.mp3 - Instrumental Track | | | JUL 1 8 2019 | JUL 2 3 2019 |

10

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | for Dark Horse [WALTER001] | | | | |
| 75 | Sound recording of "Joyful Noise," as it appears on *Our World Redeemed* album | | ✓ | JUL 1 8 2019 | JUL 1 8 2019 |
| 76 | Sound recording of "Dark Horse," as it appears on *Prism* album | | ✓ | | |
| 77 | Dark Horse Official Video | | ✓ | | |
| 78 | Prismatic World Tour DVD | | | | |
| 79 | Joyful Noise by Lecrae John Reilly Flame on Amazon Music - Amazon.com screenshot (original color version of Dkt. 289-6 (Ex. 11). | | | JUL 1 9 2019 | JUL 1 9 2019 |
| 80 | U.S Copyright Office Public Catalog webpage for "Dark Horse" | | | JUL 2 3 2019 | |
| 81 | Dr. Decker Report dated April 6, 2017, including exhibits | | | JUL 1 9 2019 chart | |
| 82 | Dr. Decker Report dated May 5, 2017, including exhibits | | | | |
| 83 | YouTube Mashup 1 (UTTzh8DZkFY) | | | | |
| 84 | YouTube Mashup 3 (sW0txpCRFeQ) | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 85 | YouTube Mashup 4 (0XL08xj1cBo) | | | | |
| 86 | Chike Ojukwu YouTube Video Reel (11/16/17) [Ojukwu Dep. Ex. 2] | | | | |
| 87 | Chike+Beatz aka Beatzdwn Airbit page [Ojukwu Depo. Ex. 1] ** | | | | |
| 88 | Ferrara Report dated May 5, 2017, including exhibits and appendices | | | | |
| 89 | Ferrara Report dated July 31, 2017, including exhibits and appendices | | | JUL 3 1 2019 | JUL 3 1 2019 89-59 only |
| 90 | Rosenblatt Report dated April 12, 2019, including exhibits and appendices | | | | |
| 91 | St. Martin Report dated April 12, 2019, including exhibits and appendices | | | | |
| 92 | Decker Dep. Ex. 26 | | | | |
| 93 | Decker Dep. Ex. 39 | | | | |
| 94 | Decker Dep. Ex. 41 | | | | |
| 95 | Decker Dep. Ex. 42 | | | | |
| 96 | Decker Dep. Ex. 43 | | | | |
| 97 | Decker Dep. Ex. 44 | | | | |

12

**JOINT EXHIBIT LIST**

**JOINT EXHIBIT LIST (Damages Phase):**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 98 | Contract, Katy Perry, Kasz Money, Inc., August 13, 2013 [KP000183-209] | | | JUL 2 3 2019 | |
| 99 | Contract, Katy Perry, Maratone AB, August 31, 2013 [KP000210-238] | | | | |
| 100 | Ex. C to Producer Agreement dated August 31, 2013 [KP000183, KP000200] | | | | |
| 101 | Administration Agreement, BMG Chrysalis, Jordan Houston [BMG000257-290] | | | | |
| 102 | Broadcast Music Inc., Royalty Report, Jordan Houston, May 20, 2016 | | | | |
| 103 | Contract, Capitol Music Group, Katy Perry, June 20, 2007, amended September 1, 2010 [CAPITOL00001-61] | | | | |
| 104 | Royalties, Kobalt Songs Music Publishing [KOBALT00006-7] | | | | |
| 105 | Royalties, Katy Perry, Dark Horse, January 23, 2019 | | | | |
| 106 | Summaries of revenues and costs provided by Lukasz Gottwald, March 19, 2019 | | | | |
| 107 | Summaries of revenues and costs provided by | | | | |

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Henry Russell Walker, March 19, 2019 |  |  |  |  |
| 108 | Summaries of revenues and costs provided by Sarah Hudson, March 19, 2019 |  |  |  |  |
| 109 | Summaries of revenues and costs provided by Jordan Houston, March 19, 2019 |  |  |  |  |
| 110 | Summaries of revenues and costs provided by Max Martin, March 19, 2019 |  |  |  |  |
| 111 | Radio Play, FIVE Songs [CAPITOL01034-01098] |  |  | JUL 3 1 2019 | JUL 3 1 2019 |
| 112 | Chartmasters, pages 9-12, 16 |  |  |  |  |
| 113 | Dr. Einhorn Report dated April 12, 2019, including exhibits |  |  |  |  |
| 114 | Dr. Einhorn Updated Report dated May 14, 2019, including exhibits |  |  |  |  |
| 115 | Dr. Einhorn Updated Report dated May 24, 2019, including exhibits |  |  |  |  |
| 116 | Capitol P&L [Capitol01099-1197] |  |  | JUL 3 1 2019 | JUL 3 1 2019 |
| 117 | Ferrara Report dated April 12, 2019, including exhibits and appendices |  |  | JUL 3 1 2019 | JUL 3 1 2019 Pages 9-44 only |
| 118 | King Report dated April 12, 2019, including exhibits and appendices |  |  |  |  |
| 119 | Diamond Report dated May 3, 2019, including exhibits and appendices |  |  |  |  |

14

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Stip.to Authen. | Stip.to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 120 | King Report dated May 3, 2019, including exhibits and appendices | | | | |

15

**JOINT EXHIBIT LIST**

1  Michael A. Kahn (pro hac vice)
   Kahn@capessokol.com
2  Lauren R. Cohen (pro hac vice)
   lcohen@capessokol.com
3  CAPES SOKOL
   7701 Forsyth Blvd. 12th Floor
4  St. Louis, MO 63015
   (314) 721-7701
5
   Eric. F. Kayira (pro hac vice)
6  eric.kayira@kayiralaw.com
   KAYIRA LAW, LLC
7  200 S. Hanley Road, Suite 208
   Clayton, Missouri 63105
8  (314) 899-9381

9  Daniel R. Blakey (SBN 143748)
   blakey@capessokol.com
10 CAPES SOKOL
   3601 Oak Avenue
11 Manhattan Beach, CA 90266

12 *Attorneys for Plaintiffs*

13               UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15 MARCUS GRAY, et al.,

16        Plaintiffs,              CASE NO. 2:15-cv-05642-CAS (JCx )

17     v.                         Honorable Christina A. Snyder

18 KATHERYN ELIZABETH            **PLAINTIFFS' PRELIMINARY**
   HUDSON, et al.,               **WITNESS LIST**
19
          Defendants.            Final Pretrial Conference
20                               Date: July 1, 2019
                                 Time: 11 a.m.
21                               Courtroom: 8D

22                               Trial: July 16, 2019

23

24        Pursuant to Local Rule 16-5 and Fed.R.Civ.P. 26(a)(3), Plaintiffs submit the

25 following preliminary witness list:

26 LIABILITY WITNESSES:

27    1. Plaintiff Marcus Gray JUL 18 2019 clslt; JUL 19 2019; ΔX; TT Redirect; ΔReX;
         TT Redirect
28    2. Plaintiff Chike Ojukwu JUL 18 2019 clslt; ΔX; TT Redirect; Δ: ReX

---

**PLAINTIFFS' PRELIMINARY WITNESS LIST – WITHOUT PREJUDICE TO AMEND**

3. Plaintiff Emanuel Lambert JUL 1 8 2019 *clslt; Δx; πRedirect; ΔReX*

4. Crystal Gray JUL 2 3 2019 *clslt; Δx; π Redirect; ΔReX*

5. Dr. Todd Decker JUL 1 9 2019 *clslt; Δx; πRedirect; ΔReX; π Redirect; ΔReX*

6. Billboard -- Silvio Pietroluongo (via deposition)

7. Defendant Katherine Hudson (p/k/a Katy Perry) (via deposition)* JUL 1 8 2019

8. Defendant Lukasz Gottwald (p/k/a Dr. Luke)* JUL 2 3 2019 *clslt; Δx; π Redirect; ΔReX*

9. Defendant Henry Russell Walter (p/k/a Cirkut)* JUL 2 3 2019 *clsH; Δx; πRedirect; ΔReX*

10. Defendant Sarah Hudson (via deposition)* JUL 1 8 2019

11. Defendant Karl Martin Sandburg (p/k/a Max Martin) (via deposition)* JUL 1 9 2019

12. Representative of Google*

13. Eric Kayira*

14. *Jordan Houston (via deposition)* JUL 1 9 2019

DAMAGES WITNESSES:

1. Dr. Michael Einhorn

2. UMG/Capitol Records -- Steven Drellishak ~~(via deposition)~~ JUL 3 1 2019 *clslt; Δx; π Redirect; ΔReX*

**Note re Damages Witnesses:** The parties have negotiated a set of stipulations regarding revenues and costs to be included in the Final Pretrial Order. If for some reason that arrangement should fall apart, Plaintiffs reserve the rights to add additional damages witnesses, including the individual defendants.

2

**PLAINTIFFS' PRELIMINARY WITNESS LIST – WITHOUT PREJUDICE TO AMEND**

1        Pursuant to Local Rule 16-5 and Federal Rule of Civil Procedure

2    26(a)(3)(A), Defendants Capitol Records, LLC, Jordan Houston, Lukasz Gottwald,

3    Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, UMG

4    Recordings, Inc., Universal Music Group, Inc., WB Music Corp., Kobalt Music

5    Publishing America, Inc., Kasz Money, Inc., Katheryn Elizabeth Hudson, and

6    Kitty Purry, Inc. (collectively "Defendants") hereby submit the following witness

7    list, which is separated into liability and damages witnesses in accordance with the

8    Court's bifurcation of the trial into liability and damages trials.

9        Pursuant to Local Rule 16-5, an asterisk has been placed next to those

10   witnesses who may be called only if the need arises.  Defendants continue to

11   reserve all rights, as well as all objections to testimony, including those stated in

12   their motions *in limine*.

13

14       Defendants hereby submit the following witness list for the liability phase of

15   trial in this action:

16       1.   Dr. Lawrence Ferrara JUL 2 4 2019 *cls/t; πX; Δ Redirect*

17       2.   Lukasz Gottwald

18       3.   Marcus Gray

19       4.   Jordan Houston

20       5.   Katheryn Elizabeth Hudson JUL 1 8 2019 *cls/t; πX*

21       6.   Sarah Hudson JUL 2 3 2019 *cls/t; πX*

22       7.   Emanuel Lambert

23       8.   Chike Ojukwu

24       9.   Silvio Pietroluongo* (by deposition transcript)

25       10.   William Rosenblatt JUL 2 4 2019 *cls/t; πX*

*(p/k/a Max Martin)* 11.   Karl Martin Sandberg JUL 2 3 2019 by video conference *cls/t; πX; Δ Redirect; πReX*

27       12.   Zachary St. Martin JUL 2 3 2019 *cls/t; πX; Δ Redirect; πReX*

*(p/k/a Cirkut)* 13.   Henry Walter

11168295.1

1     Defendants hereby submit the following witness list for the damages phase

2   of trial in this action:

3         1.     Dr. Charles Diamond

4         2.     Steven Drellishak (or other representative addressing financial

5   information of Defendant Capitol Records, LLC)JUL 3 1 2019 clslt ; πx; Δs Redirect

6         3.     Dr. Lawrence FerraraJUL 3 1 2019 by video conference clslt;πx

7         4.     Dr. Jason KingJUL 3 1 2019 clslt;πx; Δ Redirect

8         5.     Corporate representative to address financial information of Kobalt

9   Music Publishing America, Inc.*

10        6.     Corporate representative to address financial information of WB

11  Music Corp.*

12        7.     Corporate representative to address financial information of Kasz

13  Money, Inc.*

14        8.     Corporate representative to address financial information of Kitty

15  Purry, Inc.*

16

17        Defendants reserve the right to call any witness identified by Plaintiffs in

18  their witness list and to identify additional witnesses on damages if the parties do

19  not stipulate to certain facts pertaining to damages.

20

21  DATED: June 25, 2019               MITCHELL SILBERBERG & KNUPP LLP

22                                     By: /s/ Aaron M. Wais

23                                     Aaron M. Wais (SBN 250671)
                                       Attorneys for Defendants other than Katheryn
24                                     Elizabeth Hudson, and Kitty Purry, Inc.

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

11168295.1

3

**DEFENDANTS' WITNESS LIST**