REDACTED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CASE NO.: 2:15-CV-05642-CAS(JCx)
CASE TITLE: *GRAY; ET AL. v. PERRY; ET AL.*

## JURY NOTE NO. 05

✓ The Jury has reached a unanimous verdict.

___ The Jury requests the following:

_____
_____
_____
_____
_____
_____
_____
_____

Court's response:



Date & Time:

Dated this __1__ day of August, 2019

Time: __3:22__ A.M./**P.M.**