REDACTED

FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARCUS GRAY; ET AL.,

        Plaintiff,

vs.

KATY PERRY; ET AL.,

        Defendants.

Case No. 2:15-CV-05642-CAS(JCx)

SPECIAL VERDICT

(PHASE II)

We the jury in the above-entitled action answer the questions submitted to us as follows:

**Question 1:**

Did Plaintiffs show that there is a causal nexus between the infringement and Defendants' gross revenue.

Yes ✓   No ___

If you answer Question 1 "No," turn to the last page, sign and return this verdict.

If you answer Question 1 "Yes," then proceed to answer Question 2.

## Question 2:

The parties have stipulated to the following amounts of gross revenues and costs of certain defendants:

| Defendant | Gross Revenues | Costs |
|---|---|---|
| Jordan Houston | $631,448.47 | $119,343.76 in legal and accounting fees |
| Karl Martin Sandberg | $1,265,083.02 | $126,508.30 in management commissions; $12,650.83 in legal, administrative, and accounting fees |
| Lukasz Gottwald | $347,797.89 | $245.17 in production expenses; $77,334.57 in professional fees |
| Kasz Money, Inc. | $1,079,218.20 | $760.75 in production expenses; $239,969.46 in professional fees |
| Henry Walter | $826,704.07 | $124,005.61 in management fees; $41,335.20 in legal fees; $41,335.20 in business management fees |
| Sarah Hudson | $670,852.47 | $15,837.50 in legal fees; $32,750.75 in legal fees; $33,542.63 in business management fees |
| Kathryn Elizabeth Hudson | $3,260,782.07 | $489,117.31 in management commissions; $163,039.10 in legal fees; $163,039.10 in business management and accounting fees |

|  | Net Income |  |
|---|---|---|
| Kobalt Music Publishing America, Inc. | $132,476.14 |  |
| WB Music Corp. | $130,450.36 |  |

Please state the amount of net profits, if any, earned by each Defendant from "Dark Horse":

Jordan Houston: $ 512,104.71
Karl Martin Sandberg: $ 1,125,923.59
Lukasz Gottwald: $ 270,218.15
Kasz Money, Inc.: $ 838,487.99
Henry Russell Walter: $ 620,028.06
Sarah Hudson: $ 588,721.59
Katheryn Elizabeth Hudson: $ 2,445,586.56
Kobalt Music Publishing America, Inc.: $ 132,476.14
WB Music Corp.: $ 130,450.36
Capitol Records, LLC: $ 5,732,938.00


Please proceed to Question 3.

**Question 3**:

What percentage, if any, of the net profits earned by Defendants from "Dark Horse" is attributable to the use of the "Joyful Noise" musical composition in ostinato #2 in "Dark Horse" as opposed to other factors?

Answer: %  22.5

Please proceed to Question 4.

**Question 4:**

Please multiply the amount of net profits earned by each Defendant identified in Question 2 by the percentage you determined in Question 3, and state the resulting amount for each Defendant below.

Jordan Houston: $ 115,223.56
Karl Martin Sandberg: $ 253,332.88
Lukasz Gottwald: $ 60,799.08
Kasz Money, Inc.: $ 188,659.80
Henry Russell Walter: $ 139,506.31
Sarah Hudson: $ 132,462.36
Katheryn Elizabeth Hudson: $ 550,256.98
Kobalt Music Publishing America, Inc.: $ 29,807.13
WB Music Corp.: $ 29,351.33
Capitol Records, LLC: $ 1,289,911.05

Please continue to the next page.

The foreperson should now sign this verdict form.

Dated: August 1, 2019

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.