CHRISTINE LEPERA (admitted *pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (admitted *pro hac vice*)
  jmm@msk.com
JACOB D. ALBERTSON (admitted *pro hac vice*)
  j1a@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

AARON M. WAIS (SBN 250671)
  amw@msk.com
GABRIELLA A. NOURAFCHAN (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

GREENBERG TRAURIG, LLP
VINCENT H. CHIEFFO (SBN 49069)
Email: ChieffoV@gtlaw.com
ALANA C. SROUR (SBN 271905)
Email: SrourA@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME), et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al., <br><br> Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx) <br><br> Honorable Christina A. Snyder <br><br> **DEFENDANTS' NOTICE OF LODGING** <br><br> Date: January 27, 2020 <br> Time: 10:00 a.m. <br> Ctrm: 8D—8th Fl., First Street <br><br> Filed: July 1, 2014 <br> Trial: July 17, 2019 |

Mitchell
Silberberg &
Knupp LLP

11474106.1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that in connection with the above referenced action and the concurrently filed Notice of Motion and Motion of Defendants Capitol Records LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, Katheryn Elizabeth Hudson, WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc. (collectively, "Defendants") for Judgment as a Matter of Law under Fed. R. Civ. P. 50(b), or alternatively, for a New Trial under Fed. R. Civ. P. 59, Defendants hereby lodge manually the following exhibits to the Declaration of Aaron M. Wais in Support of Defendants' Motion for Judgment as a Matter of Law, or alternatively for a New Trial ("Wais Decl."):

Submitted herewith are 6 CDs, which contain **Exhibits 16, 21, 23, 24, 25, and 26** to the Declaration of Aaron M. Wais. More specifically:

- A true and correct copy of the audio file admitted into evidence as Exhibit 16 at the trial in this action, which is attached as **Exhibit 16** to the Wais Decl.;
- A true and correct copy of the music video for "Joyful Noise," which was admitted into evidence as Exhibit 68 at the trial in this action, and which is attached as **Exhibit 21** to the Wais Decl.;
- A true and correct copy of the audio file admitted into evidence as Exhibit 74 at the trial in this action, and which is attached as **Exhibit 23** to the Wais Decl.;
- A true and correct copy of the sound recording of "Joyful Noise," which was admitted into evidence as Exhibit 75 at the trial in this action, and which is attached as **Exhibit 24** to the Wais Decl.;

Mitchell
Silberberg &
Knupp LLP

11474106.1

**DEFENDANTS' NOTICE OF LODGING**

1    • A true and correct copy of the sound recording of "Dark Horse,"

2      which was admitted into evidence as Exhibit 76 at the trial in this

3      action, and which is attached as **Exhibit 25** to the Wais Decl.;

4    • A true and correct copy of the music video for "Dark Horse," which

5      was admitted into evidence as Exhibit 77 at the trial in this action, and

6      which is attached as **Exhibit 26** to the Wais Decl.

7

8      The above referenced action has been designated as an electronically filed

9    case. In accordance with Local Rules 5-4 and 11-5, the above listed documents

10   require manual filing because they are audio and video files, which are not

11   conducive to electronic filing.

12

13     Physical copies of these Exhibits are being served on all other parties

14   concurrently herewith.

15

16   DATED: October 9, 2019          MITCHELL SILBERBERG & KNUPP LLP

17                                   By: /s/ Aaron M. Wais

18                                   Aaron M. Wais (SBN 250671)

19                                   Attorneys for Defendants Capitol Records,
                                     LLC, Jordan Houston, Lukasz Gottwald,

20                                   Sarah Theresa Hudson, Karl Martin Sandberg,
                                     Henry Russell Walter, WB Music Corp.,

21                                   Kobalt Music Publishing America, Inc., and

22                                   Kasz Money, Inc.

23   DATED: October 9, 2019          GREENBERG TRAURIG, LLP

24

25                                   By: /s/ Vincent H. Chieffo

26                                   Vincent H. Chieffo (SBN 49069)
                                     Attorneys for Defendant Katheryn Elizabeth

27                                   Hudson p/k/a Katy Perry

28

Mitchell
Silberberg &
Knupp LLP

11474106.1

3

**DEFENDANTS' NOTICE OF LODGING**

## <u>ATTESTATION REGARDING SIGNATURES</u>

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all Parties, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized its filing.

DATED: October 9, 2019

/s/ Aaron M. Wais
Aaron M. Wais

Mitchell
Silberberg &
Knupp LLP

11474106.1

**DEFENDANTS' NOTICE OF LODGING**