UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KATHERYN ELIZABETH HUDSON, et al.,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx)<br><br>Honorable Christina A. Snyder<br><br>**ORDER RE: JOINT STIPULATION OF BRIEFING SCHEDULE FOR POST-TRIAL MOTION AND MOTION FOR PREJUDGMENT INTEREST, AND STAY OF ENFORCEMENT PENDING DECISION** |

11614264.1

**ORDER**

The Court has considered the parties' Joint Stipulation of Briefing Schedule for Post-Trial Motion and Motion for Prejudgment Interest, and Stay of Enforcement Pending Decision and hereby orders the following briefing schedule:

| Event | Date |
|---|---|
| Plaintiffs file opposition to Defendants' motion for judgment as a matter of law or, alternatively, for a new trial, pursuant to Fed. R. Civ. P. 50(b) and 59 (the "Post-Trial Motion") | November 15, 2019 |
| Defendants file opposition to Plaintiffs' motion for an award of prejudgment interest (the "Motion for Prejudgment Interest") | November 15, 2019 |
| Defendants File Reply in Support of Post-Trial Motion | December 20, 2019 |
| Plaintiffs File Reply in Support of Motion for Prejudgment Interest | December 20, 2019 |
| Hearing on Post-Trial Motion and Motion for Prejudgment Interest | January 27, 2020 |

Enforcement or execution of the judgment entered in this action on September 12, 2019 shall be stayed until 30 days after the Court renders a decision on the Post-Trial Motion and the Motion for Prejudgment Interest.

**IT IS SO ORDERED.**

DATED: 10-25-2019

By: *Christina A. Snyder*
Honorable Christina A. Snyder
Judge of the United States District Court