CHRISTINE LEPERA (admitted *pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (admitted *pro hac vice*)
  jmm@msk.com
JACOB D. ALBERTSON (admitted *pro hac vice*)
  j1a@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

AARON M. WAIS (SBN 250671)
  amw@msk.com
GABRIELLA A. NOURAFCHAN (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Capitol Records, LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al.,<br><br>Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx)<br><br>Honorable Christina A. Snyder<br><br>**DECLARATION OF JEFFREY M. MOVIT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR AN AWARD OF PREJUDGMENT INTEREST**<br><br>Date:      January 27, 2020<br>Time:     10:00 a.m.<br>Courtroom: 8D – 8th Fl., First Street<br><br>Filed:     July 1, 2014<br>Trial:     July 17, 2019 |

# DECLARATION OF JEFFREY M. MOVIT

I, Jeffrey M. Movit, declare:

1. I am an attorney at law duly licensed to practice law in the State of New York and admitted *pro hac vice* in this matter. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Defendants Capitol Records, LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc. I have personal knowledge of the following facts, and if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a document that I obtained from the website of the Federal Reserve Bank of St. Louis, accessible at https://fred.stlouisfed.org/, in November 2019. This document identifies the federal interest rates for the week preceding the jury's verdict in this action. The relevant entry has been highlighted for the Court's convenience.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document that I obtained from the website of the Federal Reserve Bank of St. Louis, accessible at https://fred.stlouisfed.org/, in November 2019. This document identifies the federal interest rates for the week preceding the filing of this action. The relevant entry has been highlighted for the Court's convenience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of November, 2019, at New York, New York.

                                          /s/ Jeffrey M. Movit
                                             Jeffrey M. Movit

# EXHIBIT 1

EXHIBIT 1
PAGE 3



Releases > H.15 Selected Interest Rates > Release Tables > Selected Interest Rates Instruments, Yields in percent per annum

## Selected Interest Rates Instruments, Yields in percent per annum: Weekly

Add to Data List | Add to Graph | Expand All | Collapse All

📅 1954-01-08 | 2019-07-24 | **2019-07-26** | 2019-07-31 | 2019-11-01

| Name | Period | Value | Percent Preceding Period | Year Ago from Period |
|---|---|---|---|---|
| Federal funds (effective) | 2019-07-24 | 2.41 | 2.39 | 1.91 |
| Commercial Paper | | | | |
|   Nonfinancial | | | | |
|     1-month | 2019-07-26 | 2.21 | 2.24 | 1.94 |
|     2-month | 2019-07-26 | 2.20 | 2.20 | 2.01 |
|     3-month | 2019-07-26 | 2.18 | 2.17 | 2.10 |
|   Financial | | | | |
|     1-month | 2019-07-26 | 2.31 | 2.31 | 1.96 |
|     2-month | 2019-07-26 | 2.25 | 2.21 | 2.07 |
|     3-month | 2019-07-26 | 2.23 | 2.20 | 2.17 |
| Bank prime loan | 2019-07-24 | 5.50 | 5.50 | 5.00 |
| Discount window primary credit | 2019-07-24 | 3.00 | 3.00 | 2.50 |
| U.S. government securities | | | | |
|   Treasury bills (secondary market) | | | | |
|     4-week | 2019-07-26 | 2.08 | 2.10 | 1.87 |
|     3-month | 2019-07-26 | 2.05 | 2.07 | 1.96 |
|     6-month | 2019-07-26 | 2.03 | 1.99 | 2.14 |
|     1-year | 2019-07-26 | 1.92 | 1.89 | 2.34 |
|   Treasury constant maturities | | | | |
|     Nominal | | | | |
|       1-month | 2019-07-26 | 2.13 | 2.14 | 1.90 |
|       3-month | 2019-07-26 | 2.09 | 2.11 | 2.00 |
|       6-month | 2019-07-26 | 2.09 | 2.04 | 2.19 |
|       ==1-year== | ==2019-07-26== | ==1.98== | 1.95 | 2.42 |
|       2-year | 2019-07-26 | 1.84 | 1.82 | 2.66 |
|       3-year | 2019-07-26 | 1.80 | 1.79 | 2.75 |
|       5-year | 2019-07-26 | 1.83 | 1.83 | 2.84 |
|       7-year | 2019-07-26 | 1.94 | 1.94 | 2.92 |
|       10-year | 2019-07-26 | 2.07 | 2.07 | 2.96 |
|       20-year | 2019-07-26 | 2.37 | 2.37 | 3.03 |

EXHIBIT 1

PAGE 4

| | Name | Period | Value | Percent Preceding Period | Percent Year Ago from Period |
|---|---|---|---|---|---|
| ☐ | 30-year | 2019-07-26 | 2.59 | 2.59 | 3.09 |
| | Inflation indexed | | | | |
| ☐ | 5-year | 2019-07-26 | 0.24 | 0.22 | 0.83 |
| ☐ | 7-year | 2019-07-26 | 0.25 | 0.24 | 0.83 |
| ☐ | 10-year | 2019-07-26 | 0.27 | 0.29 | 0.84 |
| ☐ | 20-year | 2019-07-26 | 0.51 | 0.53 | 0.90 |
| ☐ | 30-year | 2019-07-26 | 0.76 | 0.76 | 0.96 |

[Add to Data List] [Add to Graph]   [Expand All] [Collapse All]

Federal Reserve Bank of St. Louis, One Federal Reserve Bank Plaza, St. Louis, MO 63102

Send feedback

EXHIBIT 1
PAGE 5

# EXHIBIT 2

EXHIBIT 2
PAGE 6



Releases > H.15 Selected Interest Rates > Release Tables > Selected Interest Rates Instruments, Yields in percent per annum

## Selected Interest Rates Instruments, Yields in percent per annum: Weekly

Add to Data List   Add to Graph   Expand All   Collapse All

📅   1954-01-08   2014-06-27   **2014-07-02**   2014-07-04   2019-11-01

|  |  |  |  | Percent | |
|---|---|---|---|---|---|
| | Name | Period | Value | Preceding Period | Year Ago from Period |
| ☐ | Federal funds (effective) | 2014-07-02 | 0.10 | 0.10 | 0.09 |
| | Commercial Paper | | | | |
| | Nonfinancial | | | | |
| ☐ | 1-month | 2014-06-27 | 0.07 | 0.07 | 0.08 |
| ☐ | 2-month | 2014-06-27 | 0.08 | 0.08 | 0.10 |
| ☐ | 3-month | 2014-06-27 | 0.10 | 0.10 | 0.11 |
| | Financial | | | | |
| ☐ | 1-month | 2014-06-27 | 0.06 | 0.07 | 0.08 |
| ☐ | 2-month | 2014-06-27 | 0.07 | 0.08 | 0.11 |
| ☐ | 3-month | 2014-06-27 | 0.11 | 0.11 | 0.14 |
| ☐ | Bank prime loan | 2014-07-02 | 3.25 | 3.25 | 3.25 |
| ☐ | Discount window primary credit | 2014-07-02 | 0.75 | 0.75 | 0.75 |
| | U.S. government securities | | | | |
| | Treasury bills (secondary market) | | | | |
| ☐ | 4-week | 2014-06-27 | 0.01 | 0.02 | 0.02 |
| ☐ | 3-month | 2014-06-27 | 0.03 | 0.03 | 0.06 |
| ☐ | 6-month | 2014-06-27 | 0.06 | 0.06 | 0.11 |
| ☐ | 1-year | 2014-06-27 | 0.10 | 0.09 | 0.15 |
| | Treasury constant maturities | | | | |
| | Nominal | | | | |
| ☐ | 1-month | 2014-06-27 | 0.01 | 0.02 | 0.02 |
| ☐ | 3-month | 2014-06-27 | 0.03 | 0.03 | 0.06 |
| ☐ | 6-month | 2014-06-27 | 0.06 | 0.06 | 0.11 |
| ☐ | ==1-year== | ==2014-06-27== | ==0.11== | 0.10 | 0.16 |
| ☐ | 2-year | 2014-06-27 | 0.47 | 0.49 | 0.39 |
| ☐ | 3-year | 2014-06-27 | 0.92 | 0.95 | 0.70 |
| ☐ | 5-year | 2014-06-27 | 1.68 | 1.72 | 1.44 |
| ☐ | 7-year | 2014-06-27 | 2.17 | 2.23 | 1.98 |
| ☐ | 10-year | 2014-06-27 | 2.57 | 2.63 | 2.55 |
| ☐ | 20-year | 2014-06-27 | 3.12 | 3.17 | 3.26 |

EXHIBIT 2
PAGE 7

|  | Name | Period | Value | Percent Preceding Period | Percent Year Ago from Period |
|---|---|---|---|---|---|
| ☐ | 30-year | 2014-06-27 | 3.39 | 3.44 | 3.56 |
|  | Inflation indexed |  |  |  |  |
| ☐ | 5-year | 2014-06-27 | -0.36 | -0.26 | -0.24 |
| ☐ | 7-year | 2014-06-27 | 0.15 | 0.27 | 0.14 |
| ☐ | 10-year | 2014-06-27 | 0.30 | 0.39 | 0.58 |
| ☐ | 20-year | 2014-06-27 | 0.77 | 0.86 | 1.16 |
| ☐ | 30-year | 2014-06-27 | 1.03 | 1.12 | 1.38 |

[Add to Data List] [Add to Graph]   [Expand All] [Collapse All]

Federal Reserve Bank of St. Louis, One Federal Reserve Bank Plaza, St. Louis, MO 63102

Send feedback

EXHIBIT 2
PAGE 8