1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Jonathan S. Jones (pro hac vice)
Jones@capessokol.com
Capes Sokol Goodman Sarachan PC
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone:  (314) 721-7701

Eric F. Kayira (pro hac vice)
eric.kayira@kayiralaw.com
Kayira Law, LLC
200 S. Hanley Road, Suite 208
Clayton, Missouri 63105
Telephone:  (314) 899-9381

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
CAPES SOKOL
3601 Oak Avenue
Manhattan Beach, CA 90266

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS GRAY, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>KATHERYN ELIZABETH HUDSON, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-05642-CAS-JC<br><br>Hon. Christina A. Snyder<br><br>**DECLARATION OF JONATHAN S. JONES IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR A NEW TRIAL**<br><br>Date:  January 27, 2020<br>Time: 1:00 a.m.<br>Ctrm: 8D – 8th Floor, First Street<br><br>Date Filed: July 1, 2014<br>Trial Date: July 16, 2019 |

**<u>DECLARATION OF JONATHAN S. JONES</u>**

I, Jonathan S. Jones, declare as follows:

1.     I am an attorney at law duly licensed to practice law in the State of Missouri. I have been admitted pro hac vice to practice law before this Court in this action. I am an attorney of record for the Plaintiffs in this case. I have personal knowledge of the following facts, and if called and sworn as a witness, could and would compentently testify thereto. I respectfully submit this declaration in opposition to Defendants' Motion For Judgment As A Matter of Law Or, Alternatively, For A New Trial.


A.     <u>Trial Transcripts</u>

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the trial in this action dated July 19, 2019.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the trial in this action dated July 24, 2019.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the trial in this action dated July 23, 2019.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of the trial in this action dated July 18, 2019.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the trial in this action dated July 31, 2019.


B.     <u>Trial Exhibits</u>

7.     Attached hereto as **Exhibit 6** is a true and correct copy of the document admitted into evidence as Exhibit 5 at trial.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of the document admitted into evidence as Exhibit 116 at trial.

2

DECLARATION OF JONATHAN S. JONES

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the document admitted into evidence as Exhibit 58 at trial.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the document admitted into evidence as Exhibit 123 at trial.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the document admitted into evidence as Exhibit 67 at trial.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the document admitted into evidence as Exhibit 69 at trial.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the document admitted into evidence as Exhibit 21 at trial.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the document admitted into evidence as Exhibit 122 at trial.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the document admitted into evidence as Exhibit 124 at trial.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of the document admitted into evidence as Exhibit 125 at trial.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of the document admitted into evidence as Exhibit 14 at trial.


I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 20th day of November, 2019 at St. Louis, Missouri.



/s/ Jonathan S. Jones
Jonathan S. Jones

3

DECLARATION OF JONATHAN S. JONES