# Exhibit 2

```
 1                    UNITED STATES OF AMERICA
                   UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
 3
                             -  -  -
 4                 HONORABLE CHRISTINA A. SNYDER
             UNITED STATES DISTRICT JUDGE PRESIDING
 5                           -  -  -

 6
       MARCUS GRAY; ET AL.,              )
 7                                       )
                 PLAINTIFF,              )
 8                                       )   CASE NO.:
       VS.                               )   CV 15-5642-CAS
 9                                       )
       KATY PERRY; ET AL.,               )
10                                       )
                 DEFENDANT.              )
11     _____)

12

13

14           REPORTER'S TRANSCRIPT OF PROCEEDINGS

15               WEDNESDAY, JULY 24, 2019

16                LOS ANGELES, CALIFORNIA

17

18

19

20

21

22            LAURA MILLER ELIAS, CSR 10019
            FEDERAL OFFICIAL COURT REPORTER
23          350 WEST FIRST STREET, ROOM 4455
             LOS ANGELES, CALIFORNIA 90012
24                PH:  (213)894-0374

25
```

```
1

2
     APPEARANCES OF COUNSEL:
3
     ON BEHALF OF PLAINTIFF:
4

5              CAPES SOKOL
               BY: MICHAEL A. KAHN, ESQ.
6                  LAUREN COHEN, ESQ.

7              7701 FORSYTH BOULEVARD
               12TH FLOOR
8              ST. LOUIS, MO 63105

9
               KAYIRA LAW, LLC
10             BY:  ERIC KAYIRA, ESQ.

11             2100 HANLEY ROAD, SUITE 208
               CLAYTON, MO 63105
12

13
     ON BEHALF OF DEFENDANTS OTHER THAN MS. PERRY:
14

15             MITCHELL SILBERBERG & KNUPP
               BY: CHRISTINE LEPERA, ESQ.
16                 AARON M. WAIS, ESQ.
                   JEFFREY MOVIT, ESQ.
17                 GABRIELLA NOURAFCHAN, ESQ.
                   JACOB ALBERTSON, ESQ.
18
               11377 WEST OLYMPIC BOULEVARD
19             LOS ANGELES, CA 90064

20
     ON BEHALF OF THE PERRY DEFENDANTS:
21
               GREENBERG TRAURIG
22             BY:  VINCENT H. CHIEFFO, ESQ.

23             1840 CENTURY PARK EAST
               SUITE 1900
24             LOS ANGELES, CA 90067

25
```

UNITED STATES DISTRICT COURT

INDEX

WITNESSES FOR
THE DEFENSE:

|  | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| FERRARA, LAWRENCE | | | | |
| BY:  MS. LEPERA | 10 | | 102 | |
| BY:  MS. COHEN | | 85 | | |
| | | | | |
| ROSENBLATT, WILLIAM | | | | |
| BY:  MR. MOVIT | 125 | | | |
| BY:  MR. KAHN | | 149 | | |

EXHIBITS

(NONE OFFERED)

STIPULATION                                              167

JURY INSTRUCTION DISCUSSION                              171

UNITED STATES DISTRICT COURT

4

```
 1    LOS ANGELES, CALIFORNIA; WEDNESDAY, JULY 24, 2019; 9:15 A.M.

 2                              - - -

 3              THE CLERK:  Calling Item No. 1.

 4              Case No. CV 15-5642.

 5              Marcus Gray versus Katy Perry, et al.

 6              Counsel, please state your appearances.

 7                 (Appearances heretofore noted.)

 8              THE COURT:  All right.  Good morning.

 9              Okay.  So what are we doing?

10              MS. LEPERA:  We're still out of order, but we're

11    calling in the defense case Dr. Lawrence Ferrara.

12              THE COURT:  Okay.

13              MS. COHEN:  And, Judge, we have two issues.  One is

14    the Billboard issue which we can take up now or later and the

15    other is an objection to the equipment we expect to be used

16    with Dr. Ferrara's testimony.

17              THE COURT:  We better take it up now.

18              MS. LEPERA:  You want to take up Billboard now,

19    too, Your Honor?

20              THE COURT:  I thought, you know, I don't know that

21    we have to take Billboard now because he's not going to rely

22    on Billboard.  But we have had an ongoing objection regarding

23    equipment.

24              MS. COHEN:  Yeah.  So our objection related to the

25    equipment is no different than the defendant's objection that
```

1   reason why musicologist use transcription in these kinds of

2   analyses.

3   Q.   Does that mean that you ignore the sound recordings?

4   A.   Heavens no.

5   Q.   Did Dr. Decker prepare any transcriptions?

6   A.   No.

7   Q.   And how would characterize as being consistent or

8   inconsistent with established musicological practice?

9   A.   Over the last 25 years, I have provided opinions in

10  music copyright issues and I can't recall another formal

11  musicological report from a musicologist that does not

12  include transcriptions.

13          In addition, if one simply looks at the entry for

14  analysis, that is music analysis in the 29 volume Grove's

15  Dictionary of Music, early into that long article on music

16  analysis, Grove says that in music analysis, the

17  transcription, that is the musical notation of that melody,

18  harmony, rhythm that that is implicitly understood to

19  represent some of the primary elements in a composition.  If

20  you don't have that transcription, indeed you are contrary to

21  those kinds of musicological practices.

22  Q.   So as a result of your analysis and as presented in your

23  reports, did you reach any conclusions in this case?

24  A.   Yes, I did.

25  Q.   Would you please summarize the conclusions that you

UNITED STATES DISTRICT COURT

1    reached in this case?

2    A.    Well, first, I didn't find any musicological evidence to

3    support a claim that any musical or lyrical expression in

4    Joyful Noise was taken and used in Dark Horse.   In addition,

5    on the basis of my musicological analysis, I did not find any

6    musicological support for a claim that Dark Horse and Joyful

7    Noise are substantially similar.

8         Based on my analysis of both songs in their

9    entirety, I found that there are no significant structural

10   similarities, no significant harmonic similarities, no

11   significant rhythmic similarities, no significant melodic

12   similarities and no significant lyrical similarities whether

13   you look at those individually or in combination.

14        In fact, I found that the similarities represent

15   expression that was already used prior to Joyful Noise, and

16   expression, musical fragments in some cases, that are parts

17   of musical building blocks.   I also having analyzed both

18   works in their entireties discovered that there are very

19   substantial differences in these two songs.   And that in

20   fact, those substantial differences greatly exceed the rather

21   slight, trite similarity.

22        I also discovered in my analysis and research that

23   some of the writers of Dark Horse, for example, Max Martin

24   and Dr. Luke composed or co-wrote songs that were released

25   prior to Joyful Noise which I understand was released in

1  2008.  And so these co-writers of Dark Horse co-wrote songs

2  that predate the plaintiff's work.  And those songs embody

3  some of the similarities that the plaintiffs are claiming are

4  at issue.  Once, again, the co-writers had written those

5  first.

6           And in addition to that, in my opinion because of

7  that evidence and evidence with respect to the source for

8  Ostinato 2 which we'll be getting into, it is in fact

9  ostinato number one from a musicological perspective in my

10  opinion there is exceedingly strong musicological support for

11  my finding that Dark Horse was created independently of

12  Joyful Noise.

13  Q.   Okay.  Let's now get into some of your specific findings

14  regarding the two compositions.  What's the first step that

15  you take to analyze the two compositions?

16  A.   I listen to both works in their commercially released

17  sound recordings many, many times.

18  Q.   And after listening to them many times, what is the next

19  step that you take in your musicological analysis?

20  A.   On the basis of those listenings, I begin to get a sense

21  of the overall structure.  I certainly have a sense of any

22  tambral, the issues of tambra in both works.  And certainly

23  begin to get a sense of the melody, the harmony, the rhythm

24  the lyrics.  And as a result of those listenings, I then

25  began to transcribe, to put into musical notation.  And in

1          (Music played.)

2          THE WITNESS:  Now we're going to go to the very

3  next structural section in Joyful Noise.  This is the rap

4  verse one and here again we find that the ostinato that's at

5  issue in Joyful Noise continues in the rap verse one.

6          (Music played.)

7          THE WITNESS:  And now we go to the corresponding

8  verse in Dark Horse.  This is a sung verse.  I'm going to put

9  the red dot on it in Dark Horse and here Katy Perry is

10  singing and we have now for the first time in Dark Horse

11  Ostinato No. 2.

12          (Music played.)

13          THE WITNESS:  So what we heard in these two

14  ostinatos to begin with is that those slides in the ostinato

15  in Joyful Noise are not in the ostinato in Dark Horse.  In

16  addition in terms of the texture, that is what other sounds

17  are going on, halfway through that verse in Joyful Noise, we

18  have low notes that are sustained that add to the texture and

19  thereby begin to not make it so sparse.

20          Whereas in the verse in Dark Horse, like many other

21  songs, the texture is sparser than the difference halfway

22  through the verse in Joyful Noise in texture compared with

23  Dark Horse.

24          Now, using my pointer, that sliding ostinato that's

25  at issue in Joyful Noise occurs in every section.  So I'm

1    looking here the introduction.  It continues in the rap

2    verses.  It continues in the post-verse break.  It continues

3    in chorus one.  It continues into rap verse two.  It

4    continues in the post-verse break.  It continues in chorus

5    two.  It continues in rap verse three.  And it continues in

6    chorus three and into the outro.  Th outro is what we use in

7    the business as an ending.  So like many outros, it continues

8    to some use of the material from the chorus.

9         What is notable then is that that sliding ostinato

10   in Joyful Noise is there all the way through, and you'll see

11   at the very bottom, I noted at 4 minutes 28 seconds, there's

12   a new section that appears quite different from anything else

13   in the song.  And that is where for the first time the

14   ostinato drops out completely, but it essentially runs all

15   the way through.

16        By way of difference, the ostinato that's at issue

17   in Dark Horse Ostinato No. 2, we heard it not in

18   introduction.  It's in the verses.  It is not in chorus that

19   first ostinato that we heard.  I'm going to play it for you

20   in a moment at the piano once I have it working.  That first

21   ostinato that we heard (playing) that plays in the choruses

22   and in the introduction.

23        In Dark Horse by way of difference, we have the

24   Ostinato No. 2 that's at issue in the verses.  And in fact in

25   the last verse, the rap verse halfway through it, Ostinato

1   No. 2 drops out and Ostinato No. 1 comes back in only to

2   continue into Chorus 3.  And so I know that you have listened

3   to the sound recordings and just to kind of wrap up, start

4   with chorus number three which is here in Joyful Noise.

5   We're gonna hear all the way to the end, and then we'll go to

6   Chorus No. 3 in Dark Horse and hear it all the way to the

7   end.  So the chorus in Joyful Noise that has the ostinato at

8   issue.  We'll start right there.  The chorus in Joyful Noise.

9                   (Music played.)

10          THE WITNESS:  Now, that was Chorus 3 and we're

11   gonna go right now to the outro.  Continue.

12                   (Music played.)

13          THE WITNESS:  It's difficult to hear that ostinato

14   at issue, but it's still back there.  It's not near the front

15   of the mix at all, but it's part of the chorus.  It's back

16   there.

17   BY MS. LEPERA:

18   Q.   Chorus 3, Dr. Ferrara?

19   A.   That was the end of the outro.  And now we go to

20   4 minutes and 28 seconds, the final section was really a new

21   section in Joyful Noise.

22                   (Music played.)

23   BY MS. LEPERA:

24   Q.   You have played all the sections through you wish with

25   respect to Joyful Noise?

```
1    A.    Yes.

2    Q.    Was there an additional section you wanted to play?

3    A.    Yes, as I mentioned earlier, we're now going to hear

4    Chorus 3 in Dark Horse which would be the corresponding

5    Chorus 3 to the end of the song.

6                          (Music played.)

7              THE WITNESS:  So just to wrap it up, you heard

8    (playing) that's Ostinato No. 1.  That's what you were

9    hearing during the chorus of Dark Horse.

10   BY MS. LEPERA:

11   Q.    Okay.  Having looked at the structures of the two songs

12   and having played portions of the music, could you explain

13   the reason why you go through this exercise in terms of

14   looking at the structure this way?

15   A.    Yes.  It's -- essentially, it's a map of what's going on

16   in each song and from one time to another.  And it also

17   allows me as an analyst to articulate for a reader of my

18   reports or for a trier of facts, where the music at issue is.

19              So here it's clearly in the verses and only two

20   verses and half of one verses in Dark Horse not in the

21   introductions and choruses and yet it plays all the way

22   through the first approximately 4 minutes 27 seconds in

23   Joyful Noise.  That information is important.

24   Q.    And did you find differences with respect to the

25   structures?
```

A.    Yes.  First, in terms of similarities, the similarities
are generic.  That is many songs, countless songs begin with
an introduction.  Countless songs, most songs, in fact in
various genres have verses and choruses.  So those are things
that are ideas that have been around for decades and decades
and again used in countless songs in many genres.

          On the other hand, you can see that there are
differences in, for example, in the duration.  It's an
eight-bar intro as compared to a four-bar intro.  We say
intro rather than introduction.  The rap versus is 16-bars.
The sung verses is eight.  The choruses are eight in both.

          There are two post-verse breaks in Joyful Noise.
There is no post-verse break in Dark Horse.  There's a break
after the chorus and so there are these structural
differences between the two.

Q.   And do the ostinatos that you have been speaking about
in Joyful Noise and Dark Horse Ostinato No. 2 have similar
structure functions?

A.   No, they're actually quite different, and I think it's
procedurally pretty obvious right now.  The ostinato that's
at issue in Joyful Noise and I used this word purposefully
merely repeats.  It just keep repeating.  It just keeps
repeating.  Whereas the Ostinato No. 2 in Dark Horse comes in
strategically.  It really does have a structural function
that's quite different.

```
 1           And what is it?  It identifies the beginning of
 2   each verse.  It identifies of sung verse one, of sung verse
 3   two and of rap verse.  Remember, it plays in the first half
 4   of the rap verse.  That's a very different structural
 5   function between the ostinatos that are at issue in the two
 6   songs.
 7   Q.   Of the two ostinatos in Dark Horse, we've been calling
 8   it Ostinato No. 1 which is in the introduction we discussed
 9   and Ostinato No. 2 that's at issue.  Is either of two
10   ostinatos more important or less important in the Dark Horse
11   composition?
12   A.   So within Dark Horse itself, we're not talking about
13   Joyful Noise at all here, the question is this first ostinato
14   that opens Dark Horse and that we hear in the choruses
15   (playing) is that more important overall than (playing).
16           In my opinion the answer is that that first
17   ostinato is more important.  It's more important first
18   because it's the first thing that you hear in Dark Horse
19   (playing) and it's part of the last thing that you hear in
20   Dark Horse.  We heard it just before in the chorus, Chorus 3.
21           In the business the word hook which means the most
22   memorable part is often used interchangeably with the word
23   chorus.  Like sometimes they combine it and they say it's the
24   chorus hook.  And so in my opinion, this is the fact here in
25   Dark Horse as well.  That the most memorable part of Dark
```

1    Horse is the hook.  It's the chorus and that is also where

2    Ostinato No. 1 is.  Ostinato No. 2 is never in the chorus.

3            And so on those bases, I would say from a

4    musicological perspective, the Ostinato No. 1 is more

5    important than Ostinato No. 2 in Dark Horse.

6    Q.    Okay.  So we've looked at the structure and you've done

7    your comparative analysis there.  Another element of a

8    musical composition is harmony; is that right?

9    A.    Yes.

10   Q.    What is harmony?

11   A.    Harmony is the simultaneous sounding of notes that

12   essentially creates chords and when you have series of

13   chords, we called it a chord progression.

14   Q.    Did you make any findings regard the harmonies of the

15   two compositions?

16   A.    Yes.  In my report I provided the chords that are in

17   both of the songs and particularly, in the choruses of both

18   songs.

19   Q.    Can we please identify Ferrara Demonstrative No. 2?

20   A.    Yes, that's my analysis from my first report.  And what

21   you see, and these are put in the same key I should say so

22   that you can put this in context, the proper context.  Joyful

23   Noise is in the key of A minor, but Dark Horse is in the key

24   of B flat minor.  And so following accepted musicological

25   practices, I transposed, I changed the key because Dark Horse

1    is in a different key.   I transposed it down to A minor so

2    that we can properly compare the chords.

3            So these chords are based on A minor in both.   In

4    Joyful Noise these are the chords and this is the harmonic

5    rhythm.   Harmonic rhythm is the rate of change of chords.   So

6    here are the beats 1-2-3-4.   (Playing.)   So the first chord

7    is held for four beats.   That's the A5 chord.   The second

8    chord C5 is held for three beats and the final chord F is

9    held for one beat.   (Playing.)

10   Q.   That was Joyful Noise.

11   A.   Thank you.   That's Joyful Noise.   That was the upper

12   line going from left to right.

13           In Dark Horse, the lower line, you see that there

14   are very different chords.   In the first bar, there is an F

15   major 7 chord, a C chord, an A minor chord, and then another

16   A minor chord, but with G as lowest note.   So it's not only

17   the fact that the chord progression is rather different, it's

18   rather completely different.

19           In addition to that difference in the chord

20   progression, the harmonic rhythm is completely different

21   because in Dark Horse each chord is held for two beats.

22   (Playing.)   F major 7, C, A minor, A minor with G.

23           That harmonic context and ground provides a very,

24   very different overall context for both songs.   Both in terms

25   of the difference in the chord progressions, the difference

1   in the harmony, but also the difference in the harmonic

2   rhythm.

3   Q.   And another element of a musical composition, I believe

4   you indicated earlier when you were describing the various

5   elements is rhythm?

6   A.   Yes.

7   Q.   Now, did you make any findings regarding the rhythm of

8   Joyful Noise and Dark Horse generally?

9   A.   Yes.  As I mentioned, I transcribed into musical

10  notation, of course, and listened very carefully.  You have

11  to listen very carefully just to able to transcribe it into

12  notes.  I transcribed the vocal parts which have a rhythm

13  including the rap parts.  The rap parts don't have pitches as

14  they're spoken in rhythm, but that rhythm can be notated.

15          And what I covered is that the rhythm in the vocal

16  parts in the two songs is very different.  Indeed, Dr. Decker

17  didn't present any similarities in the rhythm in the vocal

18  parts.  I also found that the rhythm in the instrumental

19  parts, and let's just put aside the ostinatos for right now.

20  That the rhythm in other instrumental parts is also quite

21  different in the two songs.

22          And once again, Dr. Decker didn't say that they

23  were similar.  He didn't consider that to be a similarity.

24  And that's correct they aren't similar.

25          With respect to the rhythm in the ostinatos, we're

1    reason why musicologist use transcription in these kinds of

2    analyses.

3    Q.    Does that mean that you ignore the sound recordings?

4    A.    Heavens no.

5    Q.    Did Dr. Decker prepare any transcriptions?

6    A.    No.

7    Q.    And how would characterize as being consistent or

8    inconsistent with established musicological practice?

9    A.    Over the last 25 years, I have provided opinions in

10   music copyright issues and I can't recall another formal

11   musicological report from a musicologist that does not

12   include transcriptions.

13           In addition, if one simply looks at the entry for

14   analysis, that is music analysis in the 29 volume Grove's

15   Dictionary of Music, early into that long article on music

16   analysis, Grove says that in music analysis, the

17   transcription, that is the musical notation of that melody,

18   harmony, rhythm that that is implicitly understood to

19   represent some of the primary elements in a composition.  If

20   you don't have that transcription, indeed you are contrary to

21   those kinds of musicological practices.

22   Q.    So as a result of your analysis and as presented in your

23   reports, did you reach any conclusions in this case?

24   A.    Yes, I did.

25   Q.    Would you please summarize the conclusions that you

UNITED STATES DISTRICT COURT

1   reached in this case?

2   A.   Well, first, I didn't find any musicological evidence to

3   support a claim that any musical or lyrical expression in

4   Joyful Noise was taken and used in Dark Horse.   In addition,

5   on the basis of my musicological analysis, I did not find any

6   musicological support for a claim that Dark Horse and Joyful

7   Noise are substantially similar.

8        Based on my analysis of both songs in their

9   entirety, I found that there are no significant structural

10  similarities, no significant harmonic similarities, no

11  significant rhythmic similarities, no significant melodic

12  similarities and no significant lyrical similarities whether

13  you look at those individually or in combination.

14       In fact, I found that the similarities represent

15  expression that was already used prior to Joyful Noise, and

16  expression, musical fragments in some cases, that are parts

17  of musical building blocks.   I also having analyzed both

18  works in their entireties discovered that there are very

19  substantial differences in these two songs.   And that in

20  fact, those substantial differences greatly exceed the rather

21  slight, trite similarity.

22       I also discovered in my analysis and research that

23  some of the writers of Dark Horse, for example, Max Martin

24  and Dr. Luke composed or co-wrote songs that were released

25  prior to Joyful Noise which I understand was released in

1    2008.  And so these co-writers of Dark Horse co-wrote songs

2    that predate the plaintiff's work.  And those songs embody

3    some of the similarities that the plaintiffs are claiming are

4    at issue.  Once, again, the co-writers had written those

5    first.

6              And in addition to that, in my opinion because of

7    that evidence and evidence with respect to the source for

8    Ostinato 2 which we'll be getting into, it is in fact

9    ostinato number one from a musicological perspective in my

10   opinion there is exceedingly strong musicological support for

11   my finding that Dark Horse was created independently of

12   Joyful Noise.

13   Q.   Okay.  Let's now get into some of your specific findings

14   regarding the two compositions.  What's the first step that

15   you take to analyze the two compositions?

16   A.   I listen to both works in their commercially released

17   sound recordings many, many times.

18   Q.   And after listening to them many times, what is the next

19   step that you take in your musicological analysis?

20   A.   On the basis of those listenings, I begin to get a sense

21   of the overall structure.  I certainly have a sense of any

22   tambral, the issues of tambra in both works.  And certainly

23   begin to get a sense of the melody, the harmony, the rhythm

24   the lyrics.  And as a result of those listenings, I then

25   began to transcribe, to put into musical notation.  And in

```
 1                    (Music played.)

 2           THE WITNESS:  Now we're going to go to the very

 3   next structural section in Joyful Noise.  This is the rap

 4   verse one and here again we find that the ostinato that's at

 5   issue in Joyful Noise continues in the rap verse one.

 6                    (Music played.)

 7           THE WITNESS:  And now we go to the corresponding

 8   verse in Dark Horse.  This is a sung verse.  I'm going to put

 9   the red dot on it in Dark Horse and here Katy Perry is

10   singing and we have now for the first time in Dark Horse

11   Ostinato No. 2.

12                    (Music played.)

13           THE WITNESS:  So what we heard in these two

14   ostinatos to begin with is that those slides in the ostinato

15   in Joyful Noise are not in the ostinato in Dark Horse.  In

16   addition in terms of the texture, that is what other sounds

17   are going on, halfway through that verse in Joyful Noise, we

18   have low notes that are sustained that add to the texture and

19   thereby begin to not make it so sparse.

20           Whereas in the verse in Dark Horse, like many other

21   songs, the texture is sparser than the difference halfway

22   through the verse in Joyful Noise in texture compared with

23   Dark Horse.

24           Now, using my pointer, that sliding ostinato that's

25   at issue in Joyful Noise occurs in every section.  So I'm
```

```
 1    looking here the introduction.  It continues in the rap

 2    verses.  It continues in the post-verse break.  It continues

 3    in chorus one.  It continues into rap verse two.  It

 4    continues in the post-verse break.  It continues in chorus

 5    two.  It continues in rap verse three.  And it continues in

 6    chorus three and into the outro.  Th outro is what we use in

 7    the business as an ending.  So like many outros, it continues

 8    to some use of the material from the chorus.

 9            What is notable then is that that sliding ostinato

10    in Joyful Noise is there all the way through, and you'll see

11    at the very bottom, I noted at 4 minutes 28 seconds, there's

12    a new section that appears quite different from anything else

13    in the song.  And that is where for the first time the

14    ostinato drops out completely, but it essentially runs all

15    the way through.

16            By way of difference, the ostinato that's at issue

17    in Dark Horse Ostinato No. 2, we heard it not in

18    introduction.  It's in the verses.  It is not in chorus that

19    first ostinato that we heard.  I'm going to play it for you

20    in a moment at the piano once I have it working.  That first

21    ostinato that we heard (playing) that plays in the choruses

22    and in the introduction.

23            In Dark Horse by way of difference, we have the

24    Ostinato No. 2 that's at issue in the verses.  And in fact in

25    the last verse, the rap verse halfway through it, Ostinato
```

1  No. 2 drops out and Ostinato No. 1 comes back in only to

2  continue into Chorus 3.  And so I know that you have listened

3  to the sound recordings and just to kind of wrap up, start

4  with chorus number three which is here in Joyful Noise.

5  We're gonna hear all the way to the end, and then we'll go to

6  Chorus No. 3 in Dark Horse and hear it all the way to the

7  end.  So the chorus in Joyful Noise that has the ostinato at

8  issue.  We'll start right there.  The chorus in Joyful Noise.

9                    (Music played.)

10          THE WITNESS:  Now, that was Chorus 3 and we're

11  gonna go right now to the outro.  Continue.

12                    (Music played.)

13          THE WITNESS:  It's difficult to hear that ostinato

14  at issue, but it's still back there.  It's not near the front

15  of the mix at all, but it's part of the chorus.  It's back

16  there.

17  BY MS. LEPERA:

18  Q.    Chorus 3, Dr. Ferrara?

19  A.    That was the end of the outro.  And now we go to

20  4 minutes and 28 seconds, the final section was really a new

21  section in Joyful Noise.

22                    (Music played.)

23  BY MS. LEPERA:

24  Q.    You have played all the sections through you wish with

25  respect to Joyful Noise?

```
1    A.    Yes.

2    Q.    Was there an additional section you wanted to play?

3    A.    Yes, as I mentioned earlier, we're now going to hear

4    Chorus 3 in Dark Horse which would be the corresponding

5    Chorus 3 to the end of the song.

6                        (Music played.)

7              THE WITNESS:  So just to wrap it up, you heard

8    (playing) that's Ostinato No. 1.  That's what you were

9    hearing during the chorus of Dark Horse.

10   BY MS. LEPERA:

11   Q.    Okay.  Having looked at the structures of the two songs

12   and having played portions of the music, could you explain

13   the reason why you go through this exercise in terms of

14   looking at the structure this way?

15   A.    Yes.  It's -- essentially, it's a map of what's going on

16   in each song and from one time to another.  And it also

17   allows me as an analyst to articulate for a reader of my

18   reports or for a trier of facts, where the music at issue is.

19              So here it's clearly in the verses and only two

20   verses and half of one verses in Dark Horse not in the

21   introductions and choruses and yet it plays all the way

22   through the first approximately 4 minutes 27 seconds in

23   Joyful Noise.  That information is important.

24   Q.    And did you find differences with respect to the

25   structures?
```

A.    Yes.  First, in terms of similarities, the similarities

are generic.  That is many songs, countless songs begin with

an introduction.  Countless songs, most songs, in fact in

various genres have verses and choruses.  So those are things

that are ideas that have been around for decades and decades

and again used in countless songs in many genres.

On the other hand, you can see that there are

differences in, for example, in the duration.  It's an

eight-bar intro as compared to a four-bar intro.  We say

intro rather than introduction.  The rap versus is 16-bars.

The sung verses is eight.  The choruses are eight in both.

There are two post-verse breaks in Joyful Noise.

There is no post-verse break in Dark Horse.  There's a break

after the chorus and so there are these structural

differences between the two.

Q.    And do the ostinatos that you have been speaking about

in Joyful Noise and Dark Horse Ostinato No. 2 have similar

structure functions?

A.    No, they're actually quite different, and I think it's

procedurally pretty obvious right now.  The ostinato that's

at issue in Joyful Noise and I used this word purposefully

merely repeats.  It just keep repeating.  It just keeps

repeating.  Whereas the Ostinato No. 2 in Dark Horse comes in

strategically.  It really does have a structural function

that's quite different.

1        And what is it?  It identifies the beginning of

2    each verse.  It identifies of sung verse one, of sung verse

3    two and of rap verse.  Remember, it plays in the first half

4    of the rap verse.  That's a very different structural

5    function between the ostinatos that are at issue in the two

6    songs.

7    Q.   Of the two ostinatos in Dark Horse, we've been calling

8    it Ostinato No. 1 which is in the introduction we discussed

9    and Ostinato No. 2 that's at issue.  Is either of two

10   ostinatos more important or less important in the Dark Horse

11   composition?

12   A.   So within Dark Horse itself, we're not talking about

13   Joyful Noise at all here, the question is this first ostinato

14   that opens Dark Horse and that we hear in the choruses

15   (playing) is that more important overall than (playing).

16        In my opinion the answer is that that first

17   ostinato is more important.  It's more important first

18   because it's the first thing that you hear in Dark Horse

19   (playing) and it's part of the last thing that you hear in

20   Dark Horse.  We heard it just before in the chorus, Chorus 3.

21        In the business the word hook which means the most

22   memorable part is often used interchangeably with the word

23   chorus.  Like sometimes they combine it and they say it's the

24   chorus hook.  And so in my opinion, this is the fact here in

25   Dark Horse as well.  That the most memorable part of Dark

```
 1    Horse is the hook.  It's the chorus and that is also where
 2    Ostinato No. 1 is.  Ostinato No. 2 is never in the chorus.
 3              And so on those bases, I would say from a
 4    musicological perspective, the Ostinato No. 1 is more
 5    important than Ostinato No. 2 in Dark Horse.
 6    Q.    Okay.  So we've looked at the structure and you've done
 7    your comparative analysis there.  Another element of a
 8    musical composition is harmony; is that right?
 9    A.    Yes.
10    Q.    What is harmony?
11    A.    Harmony is the simultaneous sounding of notes that
12    essentially creates chords and when you have series of
13    chords, we called it a chord progression.
14    Q.    Did you make any findings regard the harmonies of the
15    two compositions?
16    A.    Yes.  In my report I provided the chords that are in
17    both of the songs and particularly, in the choruses of both
18    songs.
19    Q.    Can we please identify Ferrara Demonstrative No. 2?
20    A.    Yes, that's my analysis from my first report.  And what
21    you see, and these are put in the same key I should say so
22    that you can put this in context, the proper context.  Joyful
23    Noise is in the key of A minor, but Dark Horse is in the key
24    of B flat minor.  And so following accepted musicological
25    practices, I transposed, I changed the key because Dark Horse
```

1    is in a different key.  I transposed it down to A minor so

2    that we can properly compare the chords.

3            So these chords are based on A minor in both.  In

4    Joyful Noise these are the chords and this is the harmonic

5    rhythm.  Harmonic rhythm is the rate of change of chords.  So

6    here are the beats 1-2-3-4.  (Playing.)  So the first chord

7    is held for four beats.  That's the A5 chord.  The second

8    chord C5 is held for three beats and the final chord F is

9    held for one beat.  (Playing.)

10   Q.   That was Joyful Noise.

11   A.   Thank you.  That's Joyful Noise.  That was the upper

12   line going from left to right.

13           In Dark Horse, the lower line, you see that there

14   are very different chords.  In the first bar, there is an F

15   major 7 chord, a C chord, an A minor chord, and then another

16   A minor chord, but with G as lowest note.  So it's not only

17   the fact that the chord progression is rather different, it's

18   rather completely different.

19           In addition to that difference in the chord

20   progression, the harmonic rhythm is completely different

21   because in Dark Horse each chord is held for two beats.

22   (Playing.)  F major 7, C, A minor, A minor with G.

23           That harmonic context and ground provides a very,

24   very different overall context for both songs.  Both in terms

25   of the difference in the chord progressions, the difference

1   in the harmony, but also the difference in the harmonic

2   rhythm.

3   Q.   And another element of a musical composition, I believe

4   you indicated earlier when you were describing the various

5   elements is rhythm?

6   A.   Yes.

7   Q.   Now, did you make any findings regarding the rhythm of

8   Joyful Noise and Dark Horse generally?

9   A.   Yes.  As I mentioned, I transcribed into musical

10  notation, of course, and listened very carefully.  You have

11  to listen very carefully just to able to transcribe it into

12  notes.  I transcribed the vocal parts which have a rhythm

13  including the rap parts.  The rap parts don't have pitches as

14  they're spoken in rhythm, but that rhythm can be notated.

15          And what I covered is that the rhythm in the vocal

16  parts in the two songs is very different.  Indeed, Dr. Decker

17  didn't present any similarities in the rhythm in the vocal

18  parts.  I also found that the rhythm in the instrumental

19  parts, and let's just put aside the ostinatos for right now.

20  That the rhythm in other instrumental parts is also quite

21  different in the two songs.

22          And once again, Dr. Decker didn't say that they

23  were similar.  He didn't consider that to be a similarity.

24  And that's correct they aren't similar.

25          With respect to the rhythm in the ostinatos, we're

1  going to get more into that, but just preliminarily, my

2  finding is that the fast notes, those slides that gives you

3  fast notes on a beat which then takes away from the note that

4  follows it.  So while you have all even notes in the two

5  ostinatos in Dark Horse, (playing) that's Ostinato No. 1 all

6  even played and Ostinato No. 2 in Dark Horse (playing)

7  they're all evenly played.

8          You don't have in my opinion that even playing of

9  notes because that distinctive characteristic of the ostinato

10 in Joyful Noise, those slides, which interrupt that flow are

11 not present.

12 Q.   And again we're gonna get into the ostinatos in more

13 detail in a moment both in Dark Horse and in Joyful Noise.

14 Before we do that, you mentioned the term melody and you've

15 mentioned it several times now.  Can you please just briefly

16 describe what does melody constitute from a musicological

17 perspective?

18 A.   Melody is defined as a sequence or series of single

19 notes, a string of notes with rhythmic durations.

20 Q.   And we've heard the term pitch used.  What is the

21 definition of pitch?  What does it mean from a musicological

22 perspective?

23 A.   It's the high or low placement of a sound, a pitch,

24 usually in terms of a scale.

25 Q.   And I believe you discussed your views with respect to

1    going to get more into that, but just preliminarily, my

2    finding is that the fast notes, those slides that gives you

3    fast notes on a beat which then takes away from the note that

4    follows it.  So while you have all even notes in the two

5    ostinatos in Dark Horse, (playing) that's Ostinato No. 1 all

6    even played and Ostinato No. 2 in Dark Horse (playing)

7    they're all evenly played.

8          You don't have in my opinion that even playing of

9    notes because that distinctive characteristic of the ostinato

10   in Joyful Noise, those slides, which interrupt that flow are

11   not present.

12   Q.   And again we're gonna get into the ostinatos in more

13   detail in a moment both in Dark Horse and in Joyful Noise.

14   Before we do that, you mentioned the term melody and you've

15   mentioned it several times now.  Can you please just briefly

16   describe what does melody constitute from a musicological

17   perspective?

18   A.   Melody is defined as a sequence or series of single

19   notes, a string of notes with rhythmic durations.

20   Q.   And we've heard the term pitch used.  What is the

21   definition of pitch?  What does it mean from a musicological

22   perspective?

23   A.   It's the high or low placement of a sound, a pitch,

24   usually in terms of a scale.

25   Q.   And I believe you discussed your views with respect to

```
1   the melodies in Dark Horse.  Just to clarify, are there any
2   similarities whatsoever in your opinion between the two
3   melodies of Dark Horse and Joyful Noise?
4   A.   No.  And before I was speaking about the rhythms, that
5   is the rhythms in the ostinatos.  The rhythms in the
6   instrumental parts.  The rhythms in the vocal parts, the raps
7   for example.  There are no rhythmic similarities in my
8   opinion.
9            With respect to the melody, that is the setting to
10  pitch of the melodies, I did not find any -- any notable
11  similarities in the pitch sequence other than a trite and
12  slight similarity of some notes that are part of in fact
13  Ostinato No. 1 and Ostinato No. 2 in Dark Horse and in the
14  ostinato at issue in Joyful Noise.
15  Q.   Okay.  So let's get into that.  If we could first please
16  identify what we have in front of you as Demonstrative 4,
17  Dr. Ferrara.
18  A.   Yes.
19  Q.   Dr. Ferrara, No. 3.
20  A.   Oh, thank you.
21  Q.   What is that?
22  A.   This is a keyboard, and what I instructed to be done was
23  to have the letter names written on each of the white keys so
24  that we can see from left to right, the scope of the musical
25  alphabet.  There's only seven letters in the musical alphabet
```

```
 1    A, B, C, D, E, F, G, and then you just keep repeating as go
 2    higher or lower.  The scale degrees also do the same.
 3             If we can, perhaps, highlight the first A at the
 4    bottom.  Yes, that's A.  If we move up the scale, the next is
 5    B.  The next is C.  The next is D.  The next is E.  The next
 6    is F.  The next is G.  And notice now we start all over again
 7    on A, B, C.  It just continues all the way up.  Seven letters
 8    in the musical alphabet.
 9    Q.   Now, if we could turn to Demonstrative No. 4, what is
10    this?
11    A.   In Demonstrative No. 4, I added the scale degrees that
12    correspond to those letters.  A musical scale consists of
13    seven scale degrees and each one is associated or corresponds
14    to a pitch that is a letter name.  So scale degree one if we
15    can highlight that is A, but it's also there's a system
16    called Solfege that music students learn.
17             And so instead of calling it A or even calling it
18    1, they call it Do.  This is like the song from the Sound of
19    Music Do Re Mi.  So this is Do, that's A.  And then B is
20    scale degree 2 which is also Re.  C is scale degree 3 which
21    is Mi.  Fa is scale degree 4 which is next to E is 5.  F is 6
22    is La and G is 7 which is Ti and then it just continues.
23    Q.   And there are three different ways of essentially
24    explaining the same pitch; is that right?
25    A.   That is right.
```

1    Q.   So the fact that they're differently notated with letter

2    and then numbers and Solfege, it's describing exactly the

3    sale thing for that pitch?

4    A.   That is correct.

5    Q.   And by the way, I believe you mentioned this.  Did you

6    transpose the keys of Dark Horse and Joyful Noise in any way

7    to facilitate your analysis?

8    A.   Yes.  Following musicological practices so that I can

9    see and readily present the similarities and differences, I

10   put them both, well, I lowered the key of Dark Horse from B

11   flat minor to A minor which is the key of Joyful Noise.

12   Q.   So they initially start in different keys?

13   A.   That's correct.

14   Q.   Now, if you would please look at what we've put as

15   Demonstrative 5, Dr. Ferrara, can you identify this?

16   A.   Yes.  This is also from my report and this is the

17   musical notation of Ostinato No. 1.  (Playing.)  As you can

18   see, it has the alphabet letters C-B-A-E written over each

19   note.

20   Q.   Ostinato No. 1 in Dark Horse.

21   A.   That's correct.

22   Q.   Because there's two in Dark Horse and there's only one

23   in Joyful Noise?

24   A.   That is correct.

25   Q.   Now, could we play from the Dark Horse Exhibit 76, the

```
 1     introduction portion so you can identify it with respect to
 2     this demonstrative.
 3                          (Music played.)
 4     BY MS. LEPERA:
 5     Q.   Now, Dr. Ferrara, it's only here with four notes, but we
 6     heard more.  Can you explain why?
 7     A.   Yes, it is an ostinato that means this rather simple
 8     melody of four notes consecutively repeats which, of course,
 9     is a necessary ingredient to call it an ostinato or to call
10     it a riff or to call it a loop.
11     Q.   So this is all the musical material in Ostinato No. 1?
12     A.   Yes.
13     Q.   Simply the four notes.
14     A.   That's correct.
15     Q.   Repeating.
16     A.   Yes.
17     Q.   Can we turn to Demonstrative No. 6, can you identify
18     that, please?
19     A.   Yes, as we did before with the keyboard, the scale
20     degrees have been listed under the notes.  And so you can see
21     that C, the first note is scale degree is three.  The second
22     note is scale degree two.  The third note one.  The fourth
23     note five.
24     Q.   Okay.  And demonstrative No. 7?
25     A.   Following what we did with the keyboard, we've added
```

```
 1    solfege Mi Re Do So.
 2    Q.    So these demonstrative all reflect the notes in Ostinato
 3    No. 1 described in those three methods is that fair?
 4    A.    That's correct.
 5    Q.    Now, look at Demonstrative No. 8, can you identify this
 6    Dr. Ferrara?
 7    A.    This is the same Ostinato No. 1 from Dark Horse at the
 8    top in notes with letters above them, and we go back now to
 9    our keyboard and we have a full octave from C to C and all of
10    the notes in the demonstrative are included in that keyboard.
11    Q.    So those notes that are highlighted in this keyboard are
12    merely the reflection of the notes above C-B-A-E?
13    A.    That is correct.  So that is C, you see.  This is B.
14    This is A and now E.  If you notice going back to C, C moved
15    down to B, C to B is the beginning of Ostinato No. 1.  Then
16    it continues to A and there is a leap down, it's not the
17    adjacent note, down to E.
18    Q.    Dr. Decker, was talking about a C, B interval in Dark
19    Horse Ostinato No. 2 being extremely important.  Do you
20    recall that?
21    A.    Yes.  My understanding is that he considered the
22    movement from C to B from scale degree 3 to 2 to be
23    significant.
24    Q.    And is that interval from C to B in Ostinato No. 1?
25    A.    Yes, it is.
```

1   Q.   Now, turn to Demonstrative No. 9.  And what is

2   Demonstrative No. 9?

3   A.   It's essentially, the same as eight.  Now we have the

4   Solfege and we have high lighted the four notes and the four

5   corresponding keys on the keyboard just like the one that I'm

6   playing here.

7   Q.   So on this demonstrative when you look at the Solfege,

8   you're looking at as a Mi, Re, Do in Solfege?

9   A.   That is right.  Mi Re Do sole.

10  Q.   Now, if we could look at Demonstrative No. 10.  What is

11  Demonstrative No. 10, Dr. Ferrara?

12  A.   That begins to gives us a sense of four notes in

13  Ostinato No. 1.  You hear four iterations of that Ostinato

14  No. 1.  In fact, when we heard the introduction of Dark

15  Horse, it was iterated 14 times.  14 times before we hear

16  Ostinato No. 2.

17  Q.   Okay.  And again just for clarification, no matter how

18  many times you repeat those four notes in this ostinato, it's

19  still the same four notes; correct?

20  A.   It's still the same four notes.  It's a very simply

21  melody and simply repeating it doesn't make it more than

22  simple.  It's simply a simple repeating melody of four notes

23  (playing).

24  Q.   Okay.  I think we can move on to the next.  Well, let me

25  ask you this first.  In connection with your overall analysis

```
1    here looking at the two compositions and comparing them, did
2    you look at any music outside of those two compositions for
3    any purpose?
4    A.    Yes.  I looked at music that predates 2008 the release
5    year of Joyful Noise.  And one of the things that I looked
6    for was ostinatos that are like the Ostinato No. 1 in Dark
7    Horse.
8    Q.    Okay.  And what did you find?
9    A.    I found several.  We're just going to look at two today
10   for the sake of time.  And we can begin with that first find
11   of what's called a prior art work.  That is a song or
12   composition.  You can see here in the top that I have this
13   from my report.  This is Brainchild, the ostinato.  It was
14   released in 1996 so 12 years before Joyful Noise.
15            And as you can see even if you can't read music, if
16   you read the letters C-B-A-E, 3-2-1-5, Mi Re Do So, they're
17   identical.  And so here is Brainchild (playing) and as we'll
18   hear in a moment, it keeps repeating.  And here is Ostinato
19   No. 1 in Dark Horse and like in the Brainchild, it just keeps
20   repeating (playing).
21   Q.    And just for the record, we've shown you Demonstrative
22   No. 11.  Is this the four notes in Brainchild and Dark Horse
23   that you have been referring to?
24   A.    Yes.
25   Q.    Now, let's look at Demonstrative 12.
```

1    A.    Yes.   Here I have like I did before, provided a more

2    expansive view of what it means to simply repeat the same

3    simple four notes.   So in Brainchild (playing) that's what

4    I've written.   And here's Dark Horse (playing).   They're the

5    same.

6    Q.    Okay.   And do we have an audio recording from your

7    report that you have for the Brainchild ostinato?

8    A.    Yes, it was submitted with my first report.

9              MS. LEPERA:   Can we please play that.

10                      (Music played.)

11             MS. LEPERA:   And the Dark Horse Ostinato No. 1 from

12   Exhibit 76, please.

13                      (Music played.)

14   BY MS. LEPERA:

15   Q.    Okay.   Is one a little faster?

16   A.    Yes.

17   Q.    Which one?

18   A.    Brainchild is a little and, of course, the Joyful Noise

19   is a little faster than Dark Horse.   Actually, about 15 to

20   16 percent faster.

21   Q.    But just to sum up other than that differential point is

22   there any difference whatsoever between the four notes that

23   you have indicated here are in connection with Brainchild and

24   Dark Horse Ostinato No. 1, any difference?

25   A.    In my opinion the difference would be one of

1    articulation, performance that is the notes in Brainchild

2    articulated that way.  Whereas in Dark Horse, they're played

3    what's called connected (playing).

4    Q.   Does that change underlying composition?

5    A.   No, it does not.

6    Q.   Still the same four notes C-B-E-A?

7    A.   That is correct.

8    Q.   Mi Re Do So?

9    A.   Mi Re Do So, that's correct.

10   Q.   Or 3-2-1-5?

11   A.   Yes.

12   Q.   Now, let's look at Demonstrative No. 13.  Did you find

13   any other material in your, what you called the prior art

14   search, that is relevant or related to Ostinato No. 1 in Dark

15   Horse?

16   A.   Yes.  This is one of those others and again, we're just

17   limiting it to this one right now.  There were others in my

18   report with this Ostinato No. 1.  This is a track from a

19   movie that was released in 2002 called The Hours and the film

20   score written by a very well known composer Phillip Glass.

21   Q.   And what did you find In Choosing Life?

22   A.   Just like in Brainchild, In Choosing Life, we have a

23   four note repeating melody (playing) on exactly the same

24   notes.

25   Q.   And if you look at Demonstrative No. 14, what have you

1    prepared here?

2    A.    So once again to give you a sense of the extent where

3    you keep repeating the same simple four notes In Choosing

4    Life and in Dark Horse (playing) just go back and forth

5    because they're the same.

6    Q.    So once again in both of these -- withdrawn.

7              In Choosing Life you have the same four notes that

8    you have in Dark Horse Ostinato No. 1.

9    A.    That is correct.

10   Q.    Can you explain to the jury what's the musicological

11   relevance of finding these examples?

12   A.    Well, first, it confirms the simplicity of the ostinato

13   and it shows that other composers created this ostinato

14   independent of Joyful Noise.  They created it independently

15   because they were released before so they must have been

16   independent of Joyful Noise.

17   Q.    Now, let's look at Demonstrative No. 15.  Can you

18   identify this, Dr. Ferrara?

19   A.    Yes.  This is the first bar of Ostinato No. 2.  This is

20   the ostinato in Dark Horse that Dr. Decker has placed in

21   issue.  What you see the first bar, the first eight notes.

22   And as we did before, I have the letter names and this

23   transcription is from my report.  I have the letter names

24   above C-C-C-C-B-B-A-E and you see the scale degrees and the

25   Solfege below that.

1          MS. LEPERA:  And can we please just have that

2     played from Exhibit 76 so we can have our memories refreshed.

3                    (Music played.)

4     BY MS. LEPERA:

5     Q.   Now, let's look at Demonstrative No. 16.  Can you please

6     identify and describe what Demonstrative 16 is?

7     A.    In my first report, I placed Ostinato No. 1 over

8     Ostinato No. 2.  These are both in Dark Horse.  The opening

9     ostinato from the introduction (playing) and Ostinato No. 2

10    that we hear for the first time in the verse (playing) with

11    all of the letters and the scale degrees and sole.

12    Q.   What does this demonstrate to you?

13    A.    This demonstrates for me that Ostinato No. 2 literally

14    grows out and is an extension of Ostinato No. 1.  As you can

15    see, what we've simply done is moved over the C, that's the C

16    on the top line that's in Dark Horse Ostinato No. 1 and below

17    it you see Ostinato No. 2.  Compositionally, all that's

18    occurred is it's been stretched out.  Instead of (playing),

19    now same pitch, the same scale degree.  The very next note is

20    that movement from scale degree 3 to 2 which Dr. Decker finds

21    significant.  (Playing.)  It's in Ostinato No. 1.

22          And as you can see, that scale degree 2, that Re is

23    repeated one extra time in Ostinato No. 2.  So instead of

24    (playing) we have.  But significantly now, take a look at the

25    last two notes.  You'll see an A to an E.  Now, look top line

1    A-E bottom line A-E or 1-5 or Do So.  No matter how you spell

2    it, the last two notes of Ostinato No. 2 are identical to the

3    last two notes of Ostinato No. 1.  They're identical.

4           So on that basis and because Ostinato No. 1 occurs

5    14 times (playing) from a musicological perspective in

6    musical time, the way in which a composition develops in

7    musical time.  The way in which melodies and themes are

8    transformed.  It's part of standard musicological practice.

9           We say that compositionally, Ostinato No. 2

10   (playing) simply stretched out Ostinato No. 1.  And on the B

11   as compared on the last two notes, they're identical.  And so

12   there is very, very strong musicological evidence that

13   Ostinato No. 2 was created as having grown out of Ostinato

14   No. 1.

15   Q.   Stated otherwise the first pitch in Ostinato No. 1 being

16   a C.  Yes?

17   A.   Yes.

18   Q.   It's just repeated three times in Ostinato No. 2.

19   A.   That is correct as you can see on the screen C-C-C, yes.

20   Q.   And stated more simply perhaps, if B is the second pitch

21   in Ostinato No. 1, it's just repeated more time in Ostinato

22   No. 2; right?

23   A.   That's right.

24   Q.   So you've discussed that Ostinato No. 2 in your opinion

25   came after Ostinato No. 1 and it grew out of it.  And

1    previously you talked about the placement of Ostinato No. 1
2    and the hook with the chorus.  What does Dr. Decker say about
3    Ostinato No. 1?
4    A.   In his second report, Dr. Decker wrote that Ostinato
5    No. 1 in Dark Horse is quote "plainly dissimilar" end quote
6    as compared with the ostinato at issue in Joyful Noise.
7    Ostinato No. 1 in Dark Horse is plainly dissimilar as
8    compared with the ostinato he places in issue in plaintiff's
9    Joyful Noise.
10   Q.   And by virtue of that statement by him, what is the
11   relevance to you from a musicological perspective of that
12   acknowledgment?
13   A.   Well, as you can see, there's very strong musicological
14   evidence that Ostinato No. 2 grows out of Ostinato No. 1.
15   Moreover, many of the purported similarities between Ostinato
16   No. 2 in Dark Horse and the ostinato in Joyful Noise are also
17   present in Ostinato No. 1.  For example, they're both
18   descending ostinatos (playing).
19        They both have that movement from scale degree 3 to
20   2.  The Ostinato No. 1 and No. 2 have even notes.  The
21   texture is sparse.  When Ostinato No. 1 first appears in the
22   introduction and it's also sparse in Ostinato No. 2 when it's
23   first introduced in the verse.
24        And in addition, the tambra, the sound quality,
25   well, the sound quality in Ostinato No. 1 in Dark Horse and

1  Ostinato No. 2 in Dark Horse is the same.  To me it sounds
2  like the same synthesizer patch.  There is no question it's
3  the same tambra.
4        And so what's extraordinary about Dr. Decker's
5  finding is on the one hand he says that clearly Ostinato
6  No. 1 is plainly dissimilar to the ostinato in the Joyful
7  Noise.  And then he finds that Ostinato No. 2 is
8  substantially similar to the ostinato in Joyful Noise.
9        Well, that's a self-contradiction.  In fact, it's
10  nonsensical from a musicological perspective.  Because on the
11  one hand, you can't say that one ostinato is plainly
12  dissimilar from another, and then say that second ostinato is
13  substantially similar even though that first ostinato
14  embodies many of the same similarities that you're putting at
15  issue with Ostinato No. 2 so it is self-contradictory.
16  Q.   Now, let's look at the ostinato in Joyful Noise.  How
17  many ostinatos are there in Joyful Noise?
18  A.   One.
19  Q.   Okay.  And let's look at exhibit -- Ferrara
20  Demonstrative 19.  Okay.  Can you identify this, Dr. Ferrara?
21  A.   Yes.  This is right out of my report.  The top line is
22  the 22 note Ostinato No. 2 in Joyful Noise.  So you can see
23  it's two bars in length and if you take a look at these
24  heavily bracketed notes, those are the swoops.  It's not just
25  (playing).  Those slides are there.  Dr. Decker concedes that

 1   they're there.  Then you have single notes and then right

 2   there, and then another slide and that goes to scale degree

 3   1, but now in the next bar, (playing), listen.

 4          That is why it's a two-bar not a one-bar phrase

 5   because this first bar never repeats by itself.  This second

 6   bar always, every time follows the first bar.  It is a

 7   two-bar phrase.  And if one correctly counts the notes that

 8   Dr. Decker conceded are there, you get 22 notes.  If you look

 9   at Dr. Decker's table, we will later, he says there are 16.

10          Actually, he says there are eight, but his table

11   tells us there's 16.  I'll walk you through that.  That's

12   clearly different from the number of notes that he puts in

13   issue in Ostinato No. 2, what I call the first bar, where he

14   says there are 8.

15   Q.   Let me ask you this in another way.  If you look at the

16   very last note in or the last series of notes in the first

17   measure of Joyful Noise?

18   A.   Yes.  Here?

19   Q.   Yes, right there.  And compare them to the last notes in

20   second measure of Joyful Noise.

21   A.   Yes.

22   Q.   They're different, are they not?

23   A.   They are different.  Just a scale degree which

24   Dr. Decker writes in his table, this is scale degree 1 and

25   then he puts a slash and this here is scale degree 6.  There

1   is no scale degree 6 anywhere in the ostinato in Dark Horse.

2   Q.   But the reason you're characterizing the Joyful Noise

3   ostinato two measure such as this with all of these notes is

4   because of the different endings?

5   A.   That is correct.

6   Q.   Okay.  Because an ostinato as you indicated is a

7   repeating phrase that is not changed; is that right?

8   A.   It's a repeating melodic phrase and the phrase doesn't

9   end until here right at the F.

10  Q.   So Dr. Decker talked about the phrase length of both

11  Joyful Noise and Dark Horse being the same, i.e. eight notes.

12  Can you speak to that?  What's your opinion on that?

13  A.   Once again if properly transcribed, these were not

14  transcribed in his report, though he did admit set those

15  notes up here.  These extra notes here in Joyful Noise with

16  these brackets, there, there, and so forth.  There's 22 notes

17  as compared to eight.  And Dr. Decker and I agree at least on

18  these notes with respect to the first bar of Ostinato No. 2.

19  But even if you go to Dr. Decker's table on page 6 of his

20  first report --

21  Q.   We'll get there, Dr. Ferrara.

22  A.   He lists 16 notes.  So to answer your question, based on

23  my analysis, based on Dr. Decker's analysis, the phrase

24  lengths are different.  They are not the same.

25          MS. LEPERA:  Now, let us to identify it

1   specifically on the recording Joyful Noise, let us play

2   Exhibit 75 in the opening.

3                      (Music played.)

4   BY MS. LEPERA:

5   Q.   So you talked about the slides and you have on

6   Demonstrative 19 these notes, certain notes in Joyful Noise.

7   Can you demonstrate what you mean by the slides that create

8   the differences in these two ostinatos?

9   A.   Well, a slide is something that you can do easily on a

10  wind instrument.  For example, a slide trombone.  You can do

11  it on a string instrument that basically just simply move up

12  the string.  On a piano it's sort of difficult to do a slide

13  because you have to iterate each of the notes.  And so if I

14  do it on the piano, it's basically this (playing).

15  Q.   Is that anywhere in Dark Horse in Ostinato No. 2?

16  A.   No.  That distinctive characteristic of those slides in

17  Joyful Noise's ostinato is nowhere in the ostinato in Dark

18  Horse, in either ostinato.

19  Q.   So now let's move on to Demonstrative 20 and can you

20  describe what this is?

21  A.   Yes.  You might have noticed that where I played, the

22  range of the notes that I played in Demonstrative 19 for the

23  ostinato in Joyful Noise was quite high.  (Playing.)  Whereas

24  in Dark Horse, it's actually what we call down an octave.

25  And so in order to be fair, in order to be able to give

```
 1   Joyful Noise's ostinato the very best possible light to show
 2   what is the same, I brought it down an octave into the same
 3   range as Dark Horse.
 4          So Demonstrative No. 20 differs from 19 insofar as
 5   instead of Joyful Noise where it's actually recorded, here I
 6   bring it down an octave so that is in the same range.  You
 7   can really hear them more clearly next to each other, Dark
 8   Horse Ostinato No. 2.
 9   Q.   That is a difference.  It is an octave higher.  If we
10   can go back to 19 for a moment and demonstrate the original,
11   that is the original pitch level that Joyful Noise is in;
12   correct?
13   A.   That is correct.
14   Q.   And then let's go back to 20.  With respect to
15   Demonstrative 20, can you identify from your musical analysis
16   what notes are not in common between the two songs?
17   A.   Certainly.  And --
18   Q.   Between the two ostinatos.
19   A.   So if we look at the first beat which is right there.
20   You see it starts on A.  Dr. Decker said that he hears an A
21   there on the down beat so that's A to C.  This is just C.
22   That's not the same.  On the other hand, the next three Cs
23   (playing) are the same.  And now we go to the third beat and
24   as you can see, we have (playing) whereas here we just have a
25   B and so these are not the same.
```

```
1            Now, the very next note B and B is the same.  Now
2     even in Dr. Decker's table, here the two ostinatos separate.
3     According to Dr. Decker table, this note is a B or scale
4     degree 2.  And according to his table, this note is A.  So
5     both here and in Dr. Decker's table, they're different.  And
6     once again at the end of the first bar, you have a (playing)
7     B flat A which is clearly not E.  And even in Dr. Decker's
8     table, this note he writes as an A or scale degree 1 not the
9     same as an E.  And so even according to Dr. Decker's table,
10    they're not the same.  And essentially this continues in the
11    next bar.
12            As you can see, one of the things I've done, those
13    differences continue.  As you can see, what I've done here is
14    I've added a second iteration of the first notes of Ostinato
15    No. 2 and they do repeat like that so we can make up for the
16    difference in phrase length.  The phrase length is twice as
17    long in Joyful Noise's ostinato as compared to the ostinato
18    that Dr. Decker places in issue, Ostinato No. 2.
19    Q.   So in reality the second measure that you have for Dark
20    Horse Ostinato No. 2 is the repeat of the ostinato in Dark
21    Horse, but on top the ostinato in Joyful Noise is the
22    entirety of that.  Is that what you're saying?
23    A.   That's correct.
24    Q.   Let's look this information removing the X'ed out notes.
25    What is this Doctor, Demonstrative 22?
```

1    A.    These are the notes that remain that are in fact the

2    same in bar one and in bar two.  Essentially, the same

3    differences, the same similarities.  So what you see here is

4    in fact right there, there's a beat, there's a down beat.  So

5    it's different and three notes that are the same Mi Mi Mi

6    (playing).  The next note we saw is different, and then we

7    have a single note Re.  That's the same.  That's it.

8           That is the demonstrable similarity between

9    Ostinato No. 2 in the pitches and the ostinato in Joyful

10   Noise.  This is fragmentary, it's basic, it's elementary,

11   it's trite.

12   Q.    It's a C and a B?

13   A.    It's a C and a B.

14   Q.    It's Mi Re?

15   A.    It's Mi Re.

16   Q.    With a couple repeats of the Mi.

17   A.    That's right.

18   Q.    Now, let's look at Dr. Decker's chart which is

19   Demonstrative 23.  Does he have any other musical

20   transcription or even a chart of anything else in his initial

21   report comparing Joyful Noise to Dark Horse?

22   A.    No.  As I recall this is, I think, on page 6 of his

23   first report.  This is it in terms of any kind of attempt at

24   presenting the pitches and some sense of the pace, rhythmic

25   pace.

```
 1   Q.   Do you agree with the scale degrees -- we talked earlier
 2   about how you can call a note or a pitch either by a letter
 3   or by a number or the solfege which is Do Re Mi; right?  So
 4   he's just using the scale degrees here; right?
 5   A.   Yes.
 6   Q.   Okay.  But we are now still talking about pitches.
 7   A.   That is correct.
 8   Q.   So what is your opinion with respect to how he has
 9   articulated these scale degrees?  Do you agree?
10   A.   No.  The scale degrees that he's presented distort the
11   melody in Joyful Noise.  It's not 3-3-3-3-2-2-2-1 and then
12   repeat it 3-3-3-3-2-2-2-6 because this is rather deceptive in
13   that box underneath No. 8, he writes 1/6.  That's very
14   deceptive.  In fact what he means is the first eight notes
15   goes to a one, but the next eight notes goes to six.  Eight
16   plus eight is 16.  The phrase length is 16.
17          Importantly, as you saw, that three underneath beat
18   one, this three, it is a three in Dark Horse, but in Joyful
19   Noise it's not three.  It is 1-3 (playing) and he admits it
20   starts on A so this misrepresents.  There are other notes
21   that we've shown in my transcription that also misrepresent
22   the keys that what he's written here -- two points.
23          What he's written here cannot be used as evidence
24   in support because it -- because it misrepresents what's
25   actually in the pitches in Joyful Noise.  That's the first.
```

1  The second is let's say just for the sake of argument that

2  this correct and it is not, but just for the sake of argument

3  if it was correct, according to Dr. Decker, the only

4  similarity is 3-3-3-3-2-2.  That's it.

5  Q.   Let's move to the next slide.  And we have identified

6  the 3s and 2s.  And once again in the solfege what's that,

7  Dr. Ferrara?

8  A.   Yes, this is solfege.  And as we saw before, essentially

9  what Dr. Decker is finding to be the same is Mi Mi Mi Mi Re

10  Re.

11  Q.   If you look at even Dr. Decker's chart, what do you

12  conclude by virtue of the 7th and 8th beat?

13  A.   Under the numbers 7 and 8 as you can see, even as he

14  presents it, the pitches are different.

15  Q.   So once again even assuming any accuracy of this chart,

16  what is the only musical material in common between Joyful

17  Noise and Dark Horse per this chart?

18  A.   Mi Mi Mi Mi Re Re with even notes that don't exist in

19  that rhythm because of the slides in Joyful Noise.  But even

20  if you want to say well, those slides not there, even though

21  he admitted they are, you would still have only Mi Mi Mi Mi

22  Re Re in evenly played notes.

23  Q.   We have the keyboard on Demonstrative No. 25.  Can you

24  just play the demonstrative?

25  A.   Yes, of course.  According to this chart of

```
 1    Dr. Decker's, these are the notes (playing) that's the C four
 2    times, and then the note right next to it that's it
 3    according to Dr. Decker.
 4                 MS. LEPERA:  Okay.
 5                 THE COURT:  Is this a good time for a morning
 6    recess?
 7                 MS. LEPERA:  It's a good idea.  I have quite a bit
 8    more.
 9                 THE COURT:  Why don't we then take the morning
10    recess.  Let's take ten minutes if we can.  Please keep an
11    open mind.  Don't discuss the case with one another or anyone
12    else.
13                        (Jury not present.)
14                 THE COURT:  What's your estimate, Ms. Lepera?
15                 MS. LEPERA:  Half an hour.
16                 THE COURT:  Then you're going to have a fairly long
17    cross I assume.
18                 MS. COHEN:  Um maybe, maybe not.  Maybe 30 minutes.
19                 THE COURT:  Okay.  Then we ought to be able to get
20    it in and take up Billboard at lunch.
21                 MS. COHEN:  Thank you.
22                 MS. LEPERA:  Thank you.
23                 THE CLERK:  This court's in recess.
24                        (Recess taken.)
25                 THE COURT:  Okay, Ms. Lepera.
```

1              MS. LEPERA:  Thank you, Your Honor.

2              THE COURT:  Go ahead.

3    BY MS. LEPERA:

4    Q.   Okay.  Dr. Ferrara, we're going to resume and turn back

5    to Demonstrative 25 where we left off, I believe.  And you

6    had . . . well, let me actually move back to the slide

7    immediately prior to that.  And the one prior to that,

8    actually.  This was Demonstrative 24.  It was Dr. Decker's

9    chart we were looking at earlier.  Do you recall?

10   A.   I do.

11   Q.   Okay.  And the last two beats, 7 and 8, and the pitches

12   that are identified in those -- uh, in this chart, your

13   opinion previously stated with respect to them was what?

14   A.   That they were very different.

15   Q.   And can you explain why?

16   A.   Yes, certainly.  Uh, bring back -- that's right.

17           So if you look under the No. 7, Dr. Decker lists

18   the pitch in Joyful Noise as 2.  That's this B.  (Playing.)

19   And then going to 8, he lists 1 so he finds this.  (Playing.)

20   That's Re Do.  Whereas in Dark Horse, he lists a 1 which is

21   correct (Playing) going down to 5.  Now, that's a huge

22   difference.  From 2 to 1 is a step-wise motion because it's

23   literally going down in steps on the keyboard.  We did it in

24   the beginning, 2, 1. (Playing.)  Whereas in Dark Horse, it's

25   a leap from 1 to 5.  (Playing.)

1    That interval, and an interval is the simply the

2    space between two pitches.  So from 1 to 5 is an interval

3    that's very recognizable.  (Playing.)  It's the opening

4    interval in Here Comes the Bride.  A perfect fourth is what

5    it's called.  It's extremely different as compared with

6    (Playing) 2, 1 as charted by Dr. Decker.

7    In addition, once again, we have to remember that

8    it's not just eight notes.  It's 16 notes.  The product

9    phrase lengths are different.  The second time around after

10   you 8, we have a 6 so you can see that 6.  So now we're going

11   from 2 to 6. (Playing.)

12   Now, listen to this.  (Playing.)

13   Now, that's distinctive.  That interval is the

14   interval of a tri-tone, and it is a typical interval in

15   riffs.  For example, (Playing.)  It's got a real jazz flavor.

16   (Playing.)  There's nothing remotely like that in Ostinato 1

17   or 2 in Dark Horse.  In fact, once again, we still have the

18   same interval in Dark Horse from 7 to 8.  (Playing.)  The

19   perfect fourth which is very different from (Playing.)

20   So the very character of those intervals are

21   distinctly different, and that is one of the distinctive

22   things about the melody in the ostinato in Joyful Noise.  So

23   it's not only the (Playing.)  It's not only those slides,

24   but at the end this interval of a tri-tone. (Playing.)

25   Those are the two for me distinctive things about

1    what is in the ostinato in issue in Joyful Noise, and they

2    are completely absent in Dark Horse.

3    Q.   Okay.  So if we move now to next demonstrative, uh, just

4    to confirm, what is your opinion with respect to any

5    commonality between the 7 and the 8 beats of these two?

6    A.   Well, once again, per my transcription and analysis,

7    it's not four 3s and two 2s.  It's three 3s (playing) spaced,

8    different note at a single tone (playing) very fragmentary.

9    But even if one accepts Dr. Decker's chart, and I do not, at

10   most, what he has is simply going side-by-side (playing) the

11   very next note down (Playing.)  That's it.

12   Q.   So we've eliminated the 7 and the 8 notes from your

13   opinion under your analysis is that they're completely

14   different between Joyful Noise and Dark Horse.

15   A.   And they are charted as different by Dr. Decker.

16   Q.   Very well.  Okay.  So now we are left with the chart,

17   um, Dr. Decker which has got the set 3 repeated three times

18   so it's 1, 2, 3, 4, and then we have the second scale set

19   repeated twice.  Is this all that remains from even

20   Dr. Decker's analysis in common between the two?

21   A.   Yes.  It won't accept the accuracy of the chart.  That's

22   all there is for Dr. Decker.  I do not accept the accuracy.

23   Q.   Okay.  And from a musicological perspective, are the

24   plaintiffs the first ones in history's music to have created

25   this?

1    A.    No.   It's actually a building block.   Uh, it is part of

2    a descending scale that students all over the world,

3    beginning students practice on every day.   Practice on a

4    trumpet.  C-C-C-C-B-B-B-B.   This is how beginner students on

5    a violin, C-C-C-C-B-B-B-B.   It's basic fundamental musical

6    building blocks.

7    Q.    And as we looked at earlier, you looked to see if there

8    was some music that was comparable to the Ostinato No. 1 in

9    Dark Horse, and you looked at Brainchild and Choosing Life.

10   Did you also look for music that reflects any of this

11   commonality that Dr. Decker describes between Joyful Noise

12   and Dark Horse?

13   A.    Well, what came to mind immediately for a 3-3-3-3-2-2 is

14   the opening vocal melody in Jolly Old Saint Nicholas.   That's

15   the melody that's set to the title lyrics, Jolly Old Saint

16   Nicholas, but it's in a major key.  (Playing.)   That's Jolly

17   Old Saint Nicholas.   So it's 4-4-4-4 3-3-3-3-2-2-2.   And

18   interestingly, if you look -- if you're brought back bar 7,

19   Joyful Noise also has a 2 there, but it's in a minor key

20   (Playing).   That's Joyful Noise.   This is Jolly Old Saint

21   Nicholas.  (Playing.)   Joyful Noise (Playing).   Saint

22   Nicholas (Playing.)

23           Whereas Dark Horse according to Dr. Decker, at most

24   has (playing) no third two.   So on that basis, I didn't look

25   at an awful lot for -- for more prior art with respect to

1    that.

2    Q.   Well, let's look at Demonstrative 26.  What is

3    Demonstrative 26?

4    A.   What you have here is out of my report wherein I show

5    that in addition to Jolly Old Saint Nicholas so it's scale

6    degree 3, second line.  It's 3-3-3-2-2 that that scale degree

7    three in a major key is functioning the same way.

8         Scale degree 3 in a major or minor key function the

9    same way.  So I the melodic function is the same,

10   one-and-a-half step higher.  Also, with Merrily We Roll Along

11   (Playing.)  So 3-3-3-2-2 is the same melody as Merrily We

12   Roll Along.  By the way, it's the same melody as Mary had a

13   Little Lamb. (Playing.)

14        So on that basis, I felt rather confident that I

15   had established that this 3-3-3-3-2-2 if one accepts it, and

16   I don't, in Dr. Decker's chart is simply something that

17   everybody has to have the ability to use in their music.

18   Q.   Okay.  And do you have to show in using this material

19   that Jolly Old Saint Nicholas and Joyful Noise or Dark Horse

20   are substantially similar?

21   A.   Absolutely not.

22   Q.   Is that, uh, not the point of this?

23   A.   It is not the point.

24   Q.   Okay.  Um, and let's look at what we have next,

25   demonstrative 27.  Okay.  So demonstrative 27, this is the --

1    would you like to identify what this is, Dr. Ferrara?

2    A.    Yes.   This is the visual exhibit in my report as the --

3    all the way to left, and I've put a circle on it, uh, that

4    was the published sheet music, and then we blew it up.   And

5    here it is now a little bigger.

6              And over the melody notes, and this is the key of B

7    flat so it's up here (Playing.)   I put 3-3-3-3-2-2 because

8    that's what's at issue, but there's, again, I know that extra

9    C there with another two.   And then, once again, we broke it

10   out so you can see it a little bit more clearly.   So

11   essentially, these two simply flow out of this.

12   Q.    So when we're talking about scale steps, and we're back

13   to Do Re Mi Fa So La Ti Do, what exactly are the 3-3-3-3 and

14   2-2 in 27?

15   A.    It's Mi Mi Mi Mi Re Re.   That's it.   In my opinion, it's

16   only different note Mi Mi Mi, different note Re.   That's it.

17   If it's the proper transcription, that's what you get, but

18   even as charted by Dr. Decker, it's only Mi Mi Mi Mi Re Re.

19   Q.    And let's look now at the next exhibit.   28.   Thank you,

20   Scott.   What is demonstrative 28, Dr. Ferrara?

21   A.    This is the book cover, Tradition of Excellence, and as

22   you can, it's at the very top, you can read it.   It says book

23   one right there.   It says book one.   There you go.   So right

24   there, Book one.   This is a band method, and this is what --

25   kids usually in most school systems that have music band

1    programs start in fourth grade so they're about 9 or 10 years

2    old book.  Book one means this is basically at the beginning

3    of fourth grade, and these are the kinds of things they're

4    playing.

5            And so as you can see, we have a skill builder,

6    Merrily We Roll Along, and it boxed out.  So essentially

7    here's the cover of the book.  Here's the page.  Now we

8    zoomed see to that you can see it a little bit more clearly,

9    and we zoomed in again to make it even more clear.  That's my

10   sloppy handwriting above with the 3s and two 2s.

11           But as you can see, Merrily We Roll Along and Mary

12   Had a Little Lamb have the same melody.  They're set to the

13   same melody, just different lyrics.  And as you can see, they

14   both have this 3-3-3-3-2-2 scale movement.

15   Q.   And it's again Mi Mi Mi Mi Re Re.

16   A.   Mi Mi Mi Mi Re Re, that is correct.

17   Q.   And what about the spacing of the notes, Dr. Ferrara,

18   with respect to both Jolly Saint Nick and Merrily We Roll

19   Along?  One of the things that Dr. Decker talked about is the

20   notes that were in Dark Horse and Joyful Noise Ostinato No. 1

21   and 2 were evenly spaced notes.  What do we have here?

22   A.   That's right.  He says that they are.  In fact, in both

23   of these exhibits as you can readily see, the 3-3-3-3-2-2 are

24   evenly spaced notes, but it's the same rhythm that Dr. Decker

25   says is in both Ostinato 2 and in Joyful Noise.  In fact,

 1    that rhythm is not in Joyful Noise.  The slides interrupt

 2    that rhythm.  But even if one accepted it, they're also in

 3    Merrily We Roll Along.  They're also in Jolly Old Saint

 4    Nicholas as per these two, visual exhibits.

 5    Q.   In addition to the Mi Mi Mi Mi Re Re pitches being as

 6    you said in your opinion simplistic in these works, what

 7    about the rhythm?  How would you characterize that?

 8    A.   The rhythm is as easy as you can get.  It's just dot dot

 9    dot dot dot dot.  That rhythm is as simple as a rhythm can

10    be, and, of course, that makes sense.  This is -- this is

11    book one, the beginning of what would typically be a fourth

12    grade band program, and so they're not going to have complex

13    or creative rhythms.  They're going to have the most basic

14    rhythms that you can have, and that basic rhythm is just

15    simply playing the notes evenly.

16    Q.   And when you say this is in book one, approximately what

17    grade level is this in your experience?

18    A.   Grade four.  When I completed my undergraduate degree, I

19    was certified to teach K through 12th, and though I went on

20    to graduate school, in order to get that certification, I had

21    to one semester student teach in an elementary school in a

22    band program and then student teach the next year for a

23    semester in a high school.

24         And teaching as a student teacher, these are the

25    kinds of books that we used, and, indeed, that same (playing)

1    moving down the scale four notes, that's the thing -- that is

2    the very same exercise of a scale that we -- that we taught.

3    It's what I learned when I was in classes to learn how to

4    play these instruments basically so that I could teach them

5    as a student teacher and ultimately a teacher.

6                And by the way, I have four grandchildren.  The

7    oldest is ten.  She just finished fourth grade.  She plays

8    trumpet like her dad did.  And she's playing (playing.)

9    She's doing the same scale.  It's rather universal,

10   C-C-C-C-B-B-B moving down the scale in this case on a wind

11   instrument.

12   Q.    Okay.  And we did look earlier at the keyboard and the

13   seven, you know, scale steps in the keyboard.  And when you

14   talk about an elementary education, is it, in fact, the case

15   that from your experience, what people learn to play is the

16   scale?

17   A.    That's exactly right.

18   Q.    And different components of the scale.

19   A.    That is right.

20   Q.    And what we really have here are just two components of

21   that seven note scale starting with Mi and Re.

22   A.    That's right.  Just two notes of a building block.

23   Q.    Could you provide an analogy?

24   A.    Sure.  Uh, claiming that essentially this is your

25   expression, that is 3-3-3-3-2-2 would be analogous to let's

1    say a homeowner who's having a home built right next door.

2    And he goes to the home builder.  He goes to the builder, and

3    this person who owns the house says you're putting cinder

4    blocks as the foundation of your new house.  I have cinder

5    blocks in the foundation of my house.  That's what we're

6    talking about, Cinder blocks as a foundation of a house.  It

7    is an idea that anybody can use.  A part of a scale, a

8    descending scale are like cinder blocks.  Anyone can use

9    them.

10   Q.   One of the things that Dr. Decker talked about was

11   texture.  Did you find any work that you would like to share

12   with us that has some of the similarity that Dr. Decker was

13   complaining about in the public domain or in prior art?

14   Let's look at Exhibit demonstrative No. 29.  Can you identify

15   this?

16   A.   It is one of really many prior art works that I

17   presented in my two reports.  And, again, for the sake of

18   time, we're only gonna look at one of them.  This is by Gucci

19   Mane, 2006 so it was released two years before Joyful Noise.

20           And this is right out of my report transcription

21   and all of the information, that this ostinato (playing)

22   which has repeated notes, and by the way, it has a little

23   (playing) slide.  And then it does what?  (Playing.)  It

24   moves down.  So it is a descending ostinato.  It keeps

25   repeating.  It also plays throughout most of the song but not

1   the entirety of the song so it's like Dark Horse.

2          The ostinato is in the treble.  This is something

3   that Dr. Decker for whatever reason thought was important.

4   Centuries ago, in classical music, most of the ostinatos were

5   in the bass, but in the dictionary definitions of ostinato,

6   they tell you that in popular music and in jazz, it's most

7   often in the treble.  So there's nothing significant about

8   the fact that the ostinatos in Dark Horse and the ostinato in

9   Joyful Noise are in the treble.

10          In other words, they're not(playing.)  They're not

11  down in the bass.  They're up here so it's in the treble just

12  like the ostinatos at issue.  It obviously has a structural

13  set function as I just said.  It's mostly in 8th notes.

14  (Playing.)

15          And why do say I mostly?  Because(playing)of that

16  one slide.  But it has more 8th notes that are evenly played

17  than the ostinato in Joyful Noise.  It has repeating pitches.

18  (Playing.)

19          And we're gonna hear in a moment in the sound

20  recording is the texture that is the -- essentially, all of

21  the sounds that are sounding at a given time is sparse.  Not

22  very thick.  Not think like in the choruses in Joyful Noise

23  wherein some cases, you can barely hear that ostinato.  Those

24  are not sparse.  Those are very thick.

25          But here, it's sparse, and it's quite true that the

```
 1   ostinatos open in a sparse texture in the songs at issue, but
 2   the -- but the texture in Ostinato No. 1 is also sparse.
 3   Q.   Okay.  So would you like to play the audio for this
 4   demonstrative, Dr. Ferrara?
 5   A.   Please.
 6                    (Music played.)
 7        THE WITNESS:  What I asked the technologist to do
 8   is what came right after where we diminished the sound, the
 9   language is really offensive, and I didn't want to expose you
10   to that, and that's why we skipped it.  We can play a little
11   bit more, but I think the point is made.  This, once again,
12   is played through most but not the entirety of the song, and
13   it has a structural function.
14   BY MS. LEPERA:
15   Q.   And one of the main points that Dr. Decker spoke to is
16   the sparse nature of the texture of the ostinatos in Joyful
17   Noise and Dark Horse and claiming that that was indicative of
18   a substantial similarity.  And what is your opinion with
19   respect to that?
20   A.   Well, it's commonplace.  In fact, very often in popular
21   songs of multiple genres, you start off with a more sparse, a
22   thinner texture, and as you build compositionally, you get a
23   thicker texture.  That's something that is commonplace.  So
24   the fact that the ostinato begins with a sparse texture in
25   the two songs that are at issue really tells us just about
```

1   nothing.

2          Interestingly, though, if one were to analyze the

3   entirety of the two songs, and Dr. Decker testified that he

4   did not analyze the entirety of the two songs as per his

5   testimony, if he would of analyzed the entirety, we heard

6   that the chorus has anything but a sparse texture in the

7   Joyful Noise composition.

8   Q.   Okay.  Now, one of the other points you made, I believe,

9   early on was that you looked at some of the writings, other

10  songs of the defendants.  And can you speak to what you found

11  with respect to that, at least with respect to identified

12  Demonstrative 30?

13  A.   Yes.  I -- I found several works, uh, written by

14  Dr. Luke and several works written by Max Martin.  I even

15  found a work that was co-written by Juicy J.  And all of

16  these works predate 2008.

17         Once again, for the sake of time, I'm just going to

18  provide one example.  This is something that was co-written

19  by Dr. Luke.  That's Love Me Or Hate Me, 2006.  So when

20  Dr. Luke co-wrote this, Joyful Noise was not released.  This

21  is before Joyful Noise.  And what you're gonna hear is

22  (Playing).

23         So what do we have?  Obviously, first which is in

24  the check and as per my report, this is a descending

25  ostinato.  In addition, it's actually all the way up here.

1    (Playing).  It's in the treble.  Yes?  It has a structural

2    function.  It's mostly played in the introduction and

3    choruses.

4            It also includes -- and take a look at the letters

5    and the scale degrees.  It includes 3-2-1-5. (Playing.)  That

6    is what?  That's Ostinato No. 1.  (Playing.)  So this

7    repeating figure (playing) includes the pitch content that's

8    at issue (playing).  It consists as you hear of all evenly

9    performed notes.  And as what you will hear in a moment on

10   the sound recording, the texture is sparse when it's first

11   introduced.

12   Q.   Can you reflect on this chart where the 3-2-1-5 is?

13   A.   Yes, of course.  So there are 3-2-1-5.  And that's

14   C-B-A-E.  And then it repeats.  3-2-1-5, 3-2-1-5, 3-2-1-5 all

15   the way down.

16   Q.   If we can just for a moment go back before we play that,

17   if you wish, to Demonstrative 23?  Again, in Dr. Decker's

18   chart, what are the scale steps that he identifies for Dark

19   Horse?

20   A.   This is for Ostinato No. 2, and he identifies 3-2-1-5.

21   So these pitches that he identifies -- and those are the

22   pitches.  We're in agreement they are on the pitches in Dark

23   Horse.  These pitches were in an ostinato that was co-written

24   by Dr. Luke two years before the release of the plaintiff's

25   work.  He can't say that it was influenced by the plaintiff's

1    work.  It's before the plaintiff's work.

2           Whereas as charted by Dr. Decker, in 7, 8, you

3    don't have those pitches, and furthermore, you've got a six.

4    (Playing.)  Remember that tri-tone?  There is no six in Dark

5    Horse, and there's no six in what Dr. Luke wrote two years

6    before in Joyful Noise.

7    Q.   To be clear, with respect to demonstrative 30, the

8    3-2-1-5 that was in Love Me or Hate Me written by Dr. Luke,

9    those pitches are found not just in Ostinato No. 1 but in

10   Ostinato No. 2, that is the ostinato that plaintiffs are

11   complaining about; correct?

12   A.   That is right.  So the pitch content 3-2-1-5 (playing)

13   that is Ostinato No. 1 in Dark Horse.  (Playing.)  3-2-1-5,

14   3-2-1-5, 3-2-1-5.  Simply stretched, (playing)3-3-3-2-2-1-5.

15   Q.   And this document also demonstrative 30 in which you

16   have in your report, you've indicated that it also consists

17   of evenly performed 8th notes.  Can speak to that with

18   respect to how that relates to the ostinato in Dark Horse?

19   A.   Yeah.  So the Ostinato No. 1 in Dark Horse consists

20   completely of evenly played notes (Playing.)  They're played

21   faster, but they're all evenly placed (playing) in Ostinato

22   No. 2.  So like Dr. Luke's 2006 work, all the notes in

23   Ostinato No. 1 and Ostinato No. 2 in Dark Horse are evenly

24   played notes whereas (playing) you have fast notes and other

25   notes in the ostinato in Joyful Noise which in my opinion are

1    not all evenly played.  You can just simply hear it.

2    Q.   Okay.  In addition, another similarity we've been

3    discussing that Dr. Decker finds is the texture and says that

4    the texture between Joyful Noise and Dark Horse are both

5    sparse, and he says that's relevant.  Is there a sparse

6    texture in this as well?

7    A.   Yes.  As we'll hear when we hear the audio recording.

8              MS. LEPERA:  Let's do that.

9                   (Music played.)

10             THE WITNESS:  That's a -- that's a sparse texture.

11   There's not an awful lot going on.  It's rather empty space

12   around.

13   BY MS. LEPERA:

14   Q.   Okay.  And the ostinato is also in the treble?

15   A.   Yes.

16   Q.   And, again, you've indicated it's the same, evenly

17   spaced notes as we have in the ostinatos at issue?

18   A.   Yes.

19   Q.   All right.  Let's move now to demonstrative 31.

20   Dr. Decker identified seven similarities; correct?

21   A.   Yes.

22   Q.   Okay.  Is his substantial similarity opinion supported

23   by any of the elements he claims exist?

24   A.   No.

25   Q.   Between the compositions, either individually or in

1    combination?

2    A.    In my opinion, no.

3    Q.    Okay.  Why don't we walk through them one by one.

4    Descending ostinato.  Why does that not support his opinion?

5    Why does that not support an opinion of substantial

6    similarity?

7    A.    Well, first of all, an ostinato, here the ostinatos are

8    a melody.  A melody can either go up.  (Playing.)  How Dry I

9    Am (playing )in a minor key.  Or it can go down.  (Playing.)

10   It could also simply repeat.  Incessantly.  (Playing.)  Those

11   only the possibilities.  Melodies go up.  They ascend.  They

12   go down.  The descend or they repeat.  To say that the

13   ostinatos at issue are descending doesn't say an awful lot.

14   To say that they're ostinatos.  Well, along with countless

15   ostinatos that have been written for centuries all over the

16   world.  So that doesn't say a lot.

17          In addition, Ostinato No. 1 which I find to be

18   musicologically is the support for Ostinato No. 2 and the

19   source for Ostinato No. 2 in Dark Horse is also a descending

20   ostinato. (Playing.)

21          And, in fact, the prior art works that I showed,

22   the two (playing) Brainchild and one the one from The Hours,

23   (playing) they're also descending.  And by the way so is

24   (Playing).  So is the descending ostinato in Gucci Mane and,

25   of course, so with (Playing.)  So there are four prior art

```
1    works that have ostinatos that descend, and furthermore,

2    Ostinato No. 1 descends.

3            The problem for Dr. Decker is he tells us that

4    Ostinato No. 1 and the ostinato in Joyful Noise are, his

5    words, plainly dissimilar.  Well, if they're plainly

6    dissimilar, then why isn't Ostinato No. 2 dissimilar from

7    Ostinato No. 1?  Because like Ostinato No. 1, with respect to

8    this first, they both descend.  So that's first.  And it's

9    commonplace, it's in Ostinato No. 1, and, of course, it's in

10   the prior art.

11   Q.   Okay.  And what about the -- and by the way, when he

12   says there's a descending ostinato, the next items that he's

13   talking about are all about what's in that descending

14   ostinato; right?

15   A.   That is correct.

16   Q.   Okay.  So let's talk about the phrase length.  In his

17   opinion, with respect to the phrase length in the Joyful

18   Noise ostinato and the Dark Horse 2 Ostinato, is there any

19   musicological support that the phrase length of those two

20   could rise to the level of substantial similarity

21   musicologically?

22   A.   Well, first, if they were the same length, let's say

23   they were both eight notes, that would be commonplace.

24   Countless phrases are eight notes.

25           But one simply needs to look at Dr. Decker's table.
```

1   He deceptively writes one slash six under the eight.  Very

2   easy to confuse the reader.  It's eight notes.  No, it's not

3   because the one slash six, you gotta go back to go after you

4   hit one and do the whole thing again.  And in the end, you

5   hit six.  That's 16 notes as the chart tells us.

6           So even according to Dr. Decker, the phrase length

7   in ostinato -- in the ostinato in Joyful Noise is twice as

8   long as the ostinato in Dark Horse, Ostinato No. 2.  If you

9   transcribe it in the way that I think is proper, it's even

10  more different because it's not just 16 notes, it's 22 notes.

11          But no matter how you slice it, Dr. Decker's own

12  report and chart contradict this.  There is no phrase length

13  similarity.  He's pointing to a difference.

14  Q.   So there is no phrase length of eight notes that are in

15  common.

16  A.   That is correct.

17  Q.   And let's speak to the rhythm within the ostinato of

18  Joyful Noise and Dark Horse, Ostinato No. 2.  Are those

19  rhythms the same or even similar?

20  A.   No, the -- the ostinato in Dark Horse, Ostinato No. 2,

21  is all evenly played notes.  We've heard these notes so many

22  times (playing) whereas the ostinato in Joyful Noise is

23  (Playing.)  Those (playing).  That's a fast note and a longer

24  note (Playing.)  That's a fast note and a longer note.  That

25  is not an even, all evenly played notes.

1          Interestingly, though, once again, Ostinato No. 1

2    consists of all even notes, but Dr. Decker says that Ostinato

3    No. 1 is plainly dissimilar from ostinato in Joyful Noise.

4    But if it's plainly dissimilar, then it's got to be plainly

5    dissimilar like the descending ostinato between Ostinato

6    No. 2 and the ostinato in Joyful Noise.  You can't have it

7    both ways.  It's self-contradiction.

8    Q.   When Dr. Decker identifies eight evenly spaced notes on

9    the same beats between the two ostinatos, is that incorrect

10   based on your opinion that there's the additional sliding

11   notes and spaces between the beats?

12   A.   That is correct.  And, once again, even if one accepted

13   Dr. Decker, not the phrase length because he's contradicted

14   himself on that, but if one accepted that it's all even

15   notes, and they're not, and you can hear that they're not,

16   okay, if you accept that, those even notes are still in

17   Ostinato No. 1, and Ostinato No. 1 in Dark Horse is the

18   compositional source of Ostinato No. 2.

19   Q.   Okay.  Now let's look at the pitch content.  Dr. Decker

20   has, again, this eight note chart, and we've identified that

21   with respect to the pitch content, what is actually in

22   common?

23   A.   We saw in that table chart, one, that the sliding notes

24   are omitted, but even if one accepted as accurate that table

25   chart, the similar pitches according to Dr. Decker is nothing

1    more than a descending scale.  (Playing.)  That's it.

2          And as charted by Dr. Decker, we have (Playing) in

3    that first bar in the ostinato in Joyful Noise moving down

4    just a step.  (Playing.)  But by way of difference, we have

5    (Playing.)  We have a perfect fourth.  That's different.

6    That's charted in pitch context -- content by Dr. Decker.

7          And then even worse, in the end of that 16 note

8    according to Dr. Decker, ostinato in Joyful Noise, we have

9    (Playing.)  This is something nothing like that, and that is

10   not like (Playing.)  That's not like Here Comes the Bride.

11         So according to Dr. Decker, if you take as

12   accurate, and I do not, that table, you not only have these

13   big differences.  There's an E (playing) scale degree five in

14   Ostinato No. 2, but there isn't in the ostinato in Joyful

15   Noise, and there's a (playing) that wonderful note in Joyful

16   Noise, but it's not in the Ostinato No. 2.

17         So even if you take him at what he's put in his

18   chart, first of all, there are pitch differences, and

19   furthermore, all that's the same is the musical building

20   block (playing) which kids all over the world practice on

21   instruments as beginners.

22   Q.   So there's no musicological basis in your opinion for

23   concluding that the pitch content between those two ostinatos

24   would give rise to a claim of substantial similarity.

25   A.   Right.  And, once again, by way of self contradiction,

1    the pitch content -- as I showed you on that chart, the
2    content (Playing) that is Ostinato Number 1.  (Playing.)
3    That's 3-2-1-5.  That pitch content is the same pitch
4    content.  (Playing.)  Those are the same pitches.  C-B-A-E
5    Ostinato No. 1.  C-C-C-C-B-B-A-E.
6            So once, again, by way of self-contradiction, if
7    Ostinato No. 1 (playing) which has the same pitch, pool of
8    pitches, if you will, as Ostinato No. 2 -- if Ostinato No. 1
9    in Dark Horse is in his words, plainly dissimilar from
10   (playing) the ostinato in Joyful Noise, then you also have to
11   find -- now we're starting to stack up the similarities,
12   you're also gonna have to say, well, okay, then that means
13   that Ostinato No. 2 in Dark Horse is not substantially
14   similar.
15           It's also dissimilar because you can't say that for
16   Ostinato one when Ostinato No. 2 as you have charted it has
17   so many of the very same similarities that you're putting at
18   issue.  Once again, it's musicological nonsense, and it is
19   deep self contradiction.
20   Q.   And the 3-2-1-5 is also in Dr. Luke's 2006 composition;
21   correct?
22   A.   That is correct.  And it's also in the prior art works
23   with respect to Ostinato No. 1.
24   Q.   Okay.  So what's the next reported similar element?
25   What's an overlapping musical domain?

1    A.    Well, it's usually just called the combination.

2    Basically, what he's saying is that within the ostinato --

3    and as Ms. Lepera said, this is all about the ostinato

4    because Dr. Decker didn't do the analysis with the rest of

5    the songs.  This is all about the ostinatos.  He's basically

6    saying, hey, there's a combination of similarities.

7              Well, first of all, a combination doesn't exist,

8    but the point is it's redundant because yes, okay, there is a

9    combination according to you, and you're just simply throwing

10   in overlapping.

11             It's all about the ostinatos, and what he's

12   basically saying is that -- that there's phrase length, but

13   there isn't, that there's rhythm, but there isn't.  There's

14   pitch content which is different, but it's also an Ostinato

15   Number 1.  There's descending ostinatos and so forth.  And so

16   this is just redundant.

17   Q.    Okay.  Let me just recap before we get to the last two.

18   Okay.  So each of these five similarities out of the seven,

19   you find that with respect to each of those, there's no

20   similarity, and there's a great difference; is that correct?

21   A.    That is correct.

22   Q.    And the only similarity that you find at all with any of

23   this is the simple C and B pitch even if you were to take

24   Dr. Decker's chart at its word.

25   A.    That is correct.

1   Q.   Okay.  So given that there can be no selection or

2   arrangement or combination of these elements as similar;

3   correct?

4   A.   That is correct.

5   Q.   Now let's talk a little bit about tambor.  What is

6   tambor?

7   A.   It's simply the sound quality.

8   Q.   And Dr. Decker claims that the sound quality or the

9   tambor of Dark Horse Ostinato No. 2 is similar to the tambor

10  in the Joyful Noise ostinato; is that right?

11  A.   He does.  In fact, I believe he says they are

12  substantially similar.

13  Q.   Okay.  So what is your opinion with respect to that?

14  A.   Well, they're not the same clearly.  The tambor or sound

15  quality in the ostinato in Joyful Noise has a sharper attack.

16  It also has a lot of delay in it which is not in the tambor

17  of Ostinato No. 2 in Dark Horse.

18         In fact, Dr. Decker in his own report wrote that

19  the tambor in the ostinato in Joyful Noise is more, his word,

20  piercing.  I agree.  That's why I call it more a sharper

21  attack.  It's a sharper attack.  He says it's more piercing,

22  he admits that, than the tambor in Ostinato No. 2 in Dark

23  Horse.

24         In addition, in his report, he says and basically

25  one of the reasons while there's some similarity in the

1    sounds in his words, and I'm paraphrasing, it comes from the

2    same family of electronic instruments used in pop music.

3    Very, very close to exactly what he said.

4           Well, yes that's one of the reasons that they sound

5    alike, but what's important is that the tambor, the tambor of

6    Ostinato Number one (playing) in Dark Horse and Ostinato

7    No. 2 in Dark Horse (playing) is identical.  It's the same

8    tambor.  It' the same synth patch.

9           So how on the one hand can you say that the tambor,

10   how can you say that overall, Ostinato No. 1 is plainly

11   dissimilar in Dark Horse from the ostinato in Joyful Noise

12   and not say it about Ostinato No. 2 in Joyful Noise?  Because

13   Ostinato 2 and 1 have identical tambors.

14   Q.   And how common it, Dr. Ferrara, to there to be

15   electronic sounds heard in current popular music?

16   A.   It's everywhere.

17   Q.   Okay.  Uh, so the fact that he claims that they come

18   from the general family of electronic sounds heard in current

19   popular music, what, if anything, does that mean to you?

20   A.   It's really not significant at all.

21   Q.   Let's last look at his seventh similar element which he

22   calls texture.  Can you describe briefly what texture is?

23   A.   It's just basically the piling up of sounds that sound

24   simultaneously.  And so once can, hey, this is pretty thick.

25   There's a lot of things going like in the chorus of Joyful

1    Noise.  Or you know what?  When the ostinato starts, it's

2    pretty sparse.  It's pretty thin in texture.  There's not a

3    lot going on.

4    Q.   Okay.  And what is your view with respect to his

5    contention that the texture between these two ostinatos in

6    some way raises this to a claim of substantial similarity?

7    A.   It -- it -- it makes no sense, uh, on a number of

8    counts.  First, many songs begin with sparse textures.  In

9    addition, some of the prior art that I presented, sorry, I

10   played with a sparse texture.  We heard them in Dr. Luke's

11   2006 song.  It starts with an ostinato as part of a sparse

12   texture.

13           In addition, once again, this comes back to haunt

14   Dr. Decker.  (Playing.)  When we had that structural chart

15   over, I noted that Ostinato No. 1 begins with a sparse

16   texture.  It would keep piling up, these purported

17   similarities between Joyful Noise and Ostinato No. 2, but

18   they also occur in Ostinato No. 1.

19           But Dr. Decker says that Ostinato No. 1 is plainly

20   dissimilar from the ostinato in Joyful Noise.  He can't have

21   it both ways.  But all of these similarities are in both

22   Ostinato Number 1 and Number 2.  You can't say Ostinato

23   Number 1 is plainly dissimilar to Joyful Noise.  Oh, but

24   Ostinato No. 2 is substantially similar to Joyful Noise.

25   That's a self-contradiction.

Q.   Okay.  So in your estimation then, none of these seven

alleged similarities that Dr. Decker identified alone or in

combination or arrangement would rise to the level of

substantial similarities in a musicological basis?

A.   Yes.  In my opinion, from a musicological approach and

perspective, there is no musicological support for a claim of

substantial similarities, and certainly, as we've just gone

through, these purported similarities don't support such a

thing.

Q.   And in terms of the independent creation of Dark Horse,

what is your opinion with respect to the writers of Dark

Horse, uh, creating their music in Dark Horse?  Do you have

an opinion with respect to that?

A.   I do.  In my opinion, based on an accepted approach to

how do I analyze this music and how themes or melodies are

transformed through a work, we have 14 iterations of Ostinato

No. 1 followed by a simple stretching out and the last two

notes remaining identical (playing) between Ostinato No. 1

and Ostinato No. 2.

        It's clear that Ostinato No. 2, what the plaintiffs

are saying infringes their work was created out of Ostinato

No. 1 that Dr. Decker says is plainly dissimilar from their

work.

        In addition, Ostinato No. 1 is really a very simple

melody (playing) that as we saw existed in works that predate

1    both Joyful Noise and Dark Horse.

2    Q.    Okay.  And so to the extent there's any material in

3    common, if it's just Mi Mi Mi Mi Re Re, the fact that's in

4    common between two works, is that in your opinion the result

5    of coincidence or something else?

6    A.    In my opinion, the use of a part of a musical building

7    block in the result of coincidence.

8              MS. LEPERA:  No further questions subject to

9    redirect.

10             THE COURT:  All right.

11             Um, okay.  Do you want to proceed now or do you

12   want to take lunch?  What do you want to do?

13             MS. COHEN:  Either way, Your Honor.

14             THE COURT:  Why don't we handle the cross then.

15             MS. COHEN:  Okay.

16             THE COURT:  And then we'll take the lunch break,

17   hopefully when you're done with the witness.

18                       CROSS-EXAMINATION

19   BY MS. COHEN:

20   Q.    Good afternoon, Dr. Ferrara.

21   A.    Good afternoon.

22   Q.    You testified that your primary method of comparing the

23   two works at issue is transcription; is that right?

24   A.    No, that's not what I testified.

25   Q.    You used transcription as a means of comparing the

 1   works; correct?

 2   A.   I didn't use the word primary.  It's a part of the

 3   methodology that I use.

 4   Q.   And you understand that this music was created

 5   electronically; is that right?

 6   A.   Yes, I do.

 7   Q.   And you understand that it never was reduced to writing

 8   by the authors?

 9   A.   I don't know about that part of the creative process.  I

10   know that it's electronically produced.

11   Q.   You didn't receive written music or sheet music from

12   counsel, did you?

13   A.   No.  Just sound recordings.

14   Q.   And do you agree that transcription of music does not

15   take into account the tambor of the audio sound?

16   A.   That is correct.

17   Q.   And do you agree that written music does not take into

18   account the texture of a sound recording?

19   A.   That is incorrect.

20   Q.   That is incorrect?

21   A.   Yes.

22   Q.   Okay.  Can you explain that to me?

23   A.   Of course.  The last visual of the exhibit to my second

24   report includes a transcription into musical notation of

25   corresponding parts of, I believe, the last eight bars in

1  verse one of Dark Horse and Joyful Noise, and what I showed

2  in that transcription was that the textures were quite

3  different.

4  Q.   And does this transcription take into account all of the

5  sounds that are going on in a given sound recording?  Is that

6  reflected on paper?

7  A.   A transcription captures the harmony, the melody, the

8  rhythm and to an extent, the structure, but harmony, rhythm

9  melody.  The harmony, the rhythm and the melody are what

10  ultimately come together to create the texture.  Texture is

11  the harmony, the chords that are playing the melodies, the

12  rhythms, and the texture is how they all occur at a given

13  point in the musical work at the same time.  That's all part

14  of a transcription.

15  Q.   That wasn't my question.  My question was does the

16  written music that's transcribed reflect every sound that's

17  reflected in the sound recording?

18  A.   No, it doesn't reflect tambor.  That requires listening

19  as, of course, I said I do.

20  Q.   And similarly, does playing notes on a piano reflect

21  tambor?

22  A.   No, it does not.

23  Q.   And would playing notes from a work on a piano reflect

24  the texture of a sound recording?

25  A.   There are what's called the piano arrangements in some

1    cases of symphonic works that try to get all of the notes in,

2    but to the extent there so many notes, probably not.

3    Q.   So when you played the notes that we're here to talk

4    about today on your piano, it didn't take account the other

5    sounds that were going in the sound recording; is that right?

6    A.   It did not include those other sounds clearly.  I only

7    played the ostinato that was placed in issue.

8    Q.   And when you say the ostinato that was placed at issue,

9    you do realize that we're talking about the beat from Joyful

10   Noise; is that right?

11   A.   That is right.  The -- the beat, uh, is -- in the

12   business is often the instrumental accompaniment to the

13   vocals that are on top.  And it can be, and it is much more

14   than just a synthesizer part.  It can be the percussion.  Uh,

15   if there is a bass, if there's a guitar, they are all the

16   part of the beat.

17           MS. COHEN:  Your Honor?  I'm going to move to

18   strike the answer.

19           MS. LEPERA:  I object, Your Honor.

20           THE COURT:  I thought it was responsive, I'm sorry.

21           Maybe do you want to rephrase your question?

22   BY MS. COHEN

23   Q.   My question was simply you -- you understand that the --

24   the claimed copyright infringement relates simply to the beat

25   in Joyful Noise; is that right?

1  A.   That is.  Correct, and I wanted to make certain that the

2  jury understands how the word beat is used in the business.

3  It is not limited to a single line that is part of the

4  overall beat.  The beat is the overall instrumental that's

5  accompanying the vocal.

6  Q.   And you understand that the plaintiff's claim relates to

7  the eight notes that -- that appear in Joyful Noise on a

8  repeating basis.  I understand you think there's 16, but it's

9  what you call ostinato two; is that right?  From Dark Horse.

10 A.   Well, you just said Joyful Noise.

11 Q.   Correct.  The -- the -- the work that we're here to talk

12 about today, that's what you call ostinato two in Dark Horse;

13 is that right?

14 A.   But your question was about the eight notes in the

15 ostinato in Joyful Noise.  Once again, as charted by

16 Dr. Decker, there's 16, not eight.  The second eight notes

17 never -- are never omitted.  The first eight notes always are

18 followed by the next eight notes, and that's why it's a 16

19 note ostinato.

20 Q.   On paper; right?

21 A.   No, not on paper.  In the sound recording in a

22 composition that's in the sound recording and as charted by

23 Dr. Decker.  That's that deceptive one six that's under

24 eight.

25         He -- he is saying to us that you gotta go back to

```
 1    go and do those first seven notes again, but the second time
 2    around, it's not scale degree one.  It's scale degree six.  8
 3    plus 8 is 16 as charted by Dr. Decker.  And if he's right,
 4    the first bar of the Ostinato 2 in Dark Horse is eight, half
 5    the phrase length.
 6    Q.   So what he said actually was that to the ear, it sounds
 7    like eight notes which is why he believes that last note is
 8    insignificant, and I take it you disagree.
 9    A.   No.  He's not saying that at all.  He's not saying that
10    you don't hear (playing.)  He never says anything remotely
11    like that.  What Dr. Decker says is that the second time
12    around, and he charts it, there is a scale degree six
13    (playing) which we don't hear in the other song and which
14    makes this ostinato in Joyful Noise 16 notes.
15    Q.   So you distinguish between what you call Ostinato 1
16    which is the intro of four notes; right?
17    A.   Yes.
18    Q.   And Ostinato No. 2, the eight notes in Dark Horse?
19    A.   Yes.
20    Q.   Okay.  And your opinion is that you said that you have
21    very, very strong musicological evidence that what you call
22    Ostinato 2 came from Ostinato 1.  Is that your testimony,
23    sir?
24    A.   What I said is, uh, that based on accepted musicological
25    practices in analysis that Ostinato No. 1 (playing) which you
```

1    hear 14 times simply expands and is stretched into Ostinato

2    No. 2.  And, in fact, the last two notes (playing) continue

3    to be identical, and the pitch content (playing) is the same

4    whereas the pitch content in Joyful Noise's ostinato is not

5    the same.

6    Q.   So as far as evidence goes, you said there's strong

7    musicological evidence.  Did you examine any computer files

8    to make that determination?

9    A.   No, because that isn't the point.  The point is that a

10   musicologist deals with the finished work.  And on the basis

11   of what's called Thematic Transformation Analysis, the word

12   transformation and thematic in the Harvard Dictionary and

13   other dictionaries.

14           What you is you see how the theme or the melody

15   literally is transformed, is developed in musical time.  It

16   is patently obvious that this (playing) Ostinato No. 1 simply

17   stretches out into Ostinato No. 2.  Based on musicological

18   practices and analysis.

19   Q.   And in your rebuttal report on page 30, is it true that

20   you explicitly say you don't actually know, you don't know

21   for sure whether No. 2 came from No. 1 or No. 1 came from No.

22   2?

23   A.   No, that's not what I say.  I think you need to read it.

24   What I say is that I have no way of knowing which was created

25   first.  Only the co-writers know.  But what I do know is

1    two works in their entirety.

2    Q.    And Ms. Lepera took you through piece by piece of the

3    song and compared the intro of Dark Horse versus the intro of

4    Joyful Noise and so on and so forth; right?  Do you remember

5    that?

6    A.    I do.

7    Q.    Okay.  Did she ever ask you to compare -- did we ever

8    get to listen to the comparison of that ostinato that the

9    plaintiffs are claiming is copied from their song?  Did we

10   listen to those side by side today?

11   A.    Yes, of course.  The second section that we listened to

12   in both works is the first verse in Joyful Noise which has

13   the ostinato at issue and the first verse in Dark Horse which

14   has the ostinato at issue.  So directly to your question,

15   yes, we did.  We played them side by side.

16   Q.    And Dr. Decker said that based upon his own timing or

17   analysis, the -- the beat, the ostinato that's at issue here

18   plays -- he believes it plays throughout 95 seconds of the

19   Joyful Noise song.  Do you recall reading that?

20   A.    I do.

21   Q.    And that would be what you consider Ostinato 2 in Dark

22   Horse; right?

23   A.    Yes.  The ostinato that he put at issue that he says is

24   the ostinato that he's concerned about in Dark Horse is what

25   I call Ostinato No. 2.

1    Q.    Okay.   And assuming it's Ostinato No. 2 for the moment,

2    do you have any reason to disagree that Ostinato No. 2 plays

3    for 95 seconds of Dark Horse?

4    A.    I have not checked the accuracy of that, but what is

5    clear, and that's why we went through it in structural charts

6    that we could actually see the timing and so forth, that the

7    Ostinato No. 2, the one that Dr. Decker finds is at issue in

8    Dark Horse occurs in verse one, it occurs in verse two and in

9    approximately the first half of verse three.   And that is it.

10   If that adds up to 95 seconds, uh, out of work that's over

11   three minutes, then that makes -- that sounds about right.

12   Q.    And, um, defense counsel played for you a couple of

13   songs, uh, written or co-written by some of the other

14   defendants in this case that you've opined are similar, that

15   Dark Horse is similar to these pre-existing songs.   Do you

16   remember that?

17   A.    Yes.   In fact, she only played one, uh, the Dr. Luke

18   song.   I had mentioned that I found several by Max Martin,

19   Dr. Luke and, in fact, one by Juicy J all that predated the

20   plaintiff's work, but for the sake of time, uh, I only

21   presented one of those, and that was the Dr. Luke work.   So a

22   singular, not a plural.

23   Q.    And that's Love Me or Hate Me?

24   A.    Yes.   That's right.

25   Q.    And she also played for you Brainchild.

1    A.    Brainchild is not by the co-writers.  Brainchild is a

2    prior art work.

3    Q.    Correct.  That was my mistake.  She played that song for

4    you as well.  Is that right?

5    A.    Yes, she did.

6    Q.    Okay.  And in both of those songs, those have the notes

7    3-2-1-5; is that right?

8    A.    That is correct.

9    Q.    Okay.  And that would be what you call Ostinato 1.

10   A.    That is correct.

11   Q.    So, in other words, they don't include the notes that

12   the plaintiffs claim were taken from their song.

13   A.    That is right.  They do not include specifically the

14   (playing) according to Dr. Decker or (playing) according to

15   me.

16   Q.    Um, you've also opined -- and you've opined that the

17   notes in the Joyful Noise, the 3-3-3-3-2-2 are trite and

18   basic and can be found everywhere or in lots of examples of

19   prior art that you've provided.  Is that right?

20   A.    No, that's not what I said.

21         I said that, first of all, they represent a musical

22   building block, simply repeating notes on a descending scale,

23   that as a student teacher, that as a dad and now a grand-dad,

24   I can tell you it's standard practice for how beginners learn

25   to play instruments whether it's a violin or a trumpet.

1   C-C-C-C-B-B-B-B.  And so that tells me that what we're
2   talking about, that all Dr. Decker finds is similarity in
3   musical building block that everyone has the right to use.
4        In addition, what I testified to was the fact in a
5   major key (playing.)  That's the opening of Jolly Old Saint
6   Nicholas.  Now, again, it's not (Playing.)  It's (Playing.)
7   But that difference in a half step is not a significant
8   difference.  These two passages show how simple, how
9   elementary, how much used a descending scale on the same
10  scale degrees 3-3-3-3-2-2 is.
11       As so as I testified, with that and with what
12  Dr. Decker says is similar more than what I say even with
13  what he says is similar as a musical building block, it
14  doesn't need to go beyond that.  It's -- it's really quite
15  enough.
16  Q.   So that was one of your examples; right?  Jolly Old
17  Saint Nick.  That's an example you provided?
18  A.   That's right.
19  Q.   Okay.  So I take it you're familiar with the song?
20  A.   Yes.
21  Q.   Okay.  Can you play the whole song on the piano?
22  A.   I can.
23  Q.   Okay.  Can you play it and sing it, please?
24  A.   No, I'm not a singer.
25  Q.   You're not a singer.  Okay.  Can you go ahead and play

167

```
 1    three pieces of paper?  And I just want to make sure there's
 2    nothing in terms of a flash drive being proposed for the
 3    exhibit.  We have no objections to three pieces of paper.
 4               MR. KAHN:  You know, yeah, sorry.  It's not part of
 5    the exhibit I gave 'em.
 6               THE CLERK:  Do you want to see this exhibit?
 7               MR. MOVIT:  If we could, please.
 8               Thank you for the clarification.
 9               THE COURT:  Okay.
10               THE CLERK:  Have you reviewed the stip?
11               MR. MOVIT:  My colleague is in the process of doing
12    it, hopefully very shortly.  Thank you.
13               MR. WAIS:  It looks fine to defendants, Your Honor.
14               THE COURT:  Okay.  Thank you, Mr. Wais.
15               THE CLERK:  Ready for the jury?
16               MR. KAHN:  Yes.
17               THE CLERK:  All rise.
18                         (Jury present.)
19               THE CLERK:  Please be seated.
20               THE COURT:  Okay.  Ladies and gentlemen, we have a
21    stipulation to read to you, and then, um, counsel will
22    proceed accordingly.
23               Ms. Cohen.
24               MS. COHEN:  Plaintiffs would like to read the
25    following stipulation of agreed facts:
```

UNITED STATES DISTRICT COURT

1              1.   Billboard is a company that produces charts in

2      relation to music.

3              2.   Billboard produces nearly 200 charts a week

4      relating to mainstream, Top 40s and the various genres

5      including pop, rock R&B and hip hop, country, gospel and

6      Christian music.

7              3.   Billboard's most popular charts are the

8      Billboard Top 100 which is the top songs of the week and the

9      Billboard 200 which are the top albums.

10              4.   The charts relating to mainstream Top 40, rock,

11      R&B and hip hop and country music are larger in terms of

12      market volume and the audience volume than the charts

13      relating to gospel and Christian.

14              5.   Our World Redeemed appeared 37 times on two

15      charts in the genres of gospel and Christian music between

16      March 22nd, 2008 and January 17th, 2009.

17              6.   The song Joyful Noise appeared 32 times on one

18      chart in the genre of gospel and Christian music between

19      January 15th, 2011 and January 21st, 2012.

20              7.   Neither the album Our World Redeemed or the

21      song Joyful Noise appeared on any charts outside of the genre

22      of gospel and Christian music.

23                  THE COURT:  Okay, thank you.

24                  With that, Mr. Kahn?

25                  MR. KAHN:  And Your Honor, plaintiff rests.