# Exhibit 6



# SONG WRITERS' SPLIT ACKNOWLEDGEMENT

This Song Writers' Split Acknowledgement will confirm that our percentage of contribution for the following composition (the "**Composition**") is as set forth below:

**SONG TITLE:** "Joyful Noise"

| Writer | Publisher (ASCAP/BMI) | Percentage |
|---|---|---|
| 1. Marcus Gray | Clear Sight Music (ASCAP) | 35% |
| 2. Emanuel Lambert | TruthOnDuty (SESAC) | 15% |
| 3. Chike Ojukwu | Renumind (ASCAP) | 50% |

If any samples are contained in the Composition for which the sampled writer(s)/publisher(s) are to receive a copyright interest in and to the Composition, then the writers agree that their songwriter and publisher shares in the copyright and/or monies attributable to the Composition will be reduced proportionately. Each of the writers will control his respective share of copyright administration for publishing the Composition.

The parties may execute this Agreement in two or more counterparts (including facsimile copies), any one of which need not contain the signatures of more than one party, but all the counterparts taken together will constitute one and the same agreement.

READ, AGREED and ACCEPTED:

*Marcus Gray*
Marcus Gray (Sep 30, 2014)

Marcus Gray

*emanuel lambert*
emanuel lambert (Nov 6, 2014)

Emanuel Lambert

*Chike Ojukwu*
Chike Ojukwu (Oct 1, 2014)

Chike Ojukwu

EXHIBIT Gray 5 11/15/17

CONFIDENTIAL

P000260

EX. 5-1

EXHIBIT 13
PAGE 1640