# Exhibit 8





EXHIBIT 19
PAGE 1670