# Exhibit 9

1. Plaintiffs Marcus Gray, Emanuel Lambert, and Chike Ojukwu ("Plaintiffs"), and Defendants Capitol Records, LLC, Kobalt Music Publishing America, Inc., Kitty Purry, Inc. Kasz Money, Inc., and WB Music Corp. (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following facts for the sole purpose of trial of this action and in lieu of live testimony during the liability phase of the trial at trial. The Parties agree that the following may be read to the jury at trial:

1. In the interest of shortening trial and avoiding unnecessary testimony, the Parties have agreed that the following facts are undisputed and may be read to the jury during the liability phase of the trial.

2. Defendant Capitol Records, LLC owns the copyright in the sound recording "Dark Horse" and is the company that marketed and distributed the *Prism* album and the "Dark Horse" sound recording.

3. Defendant Kobalt Music Publishing America, Inc. provides music publishing administration services for Defendants Gottwald, Sandberg, Walter, and Sarah Hudson with respect to the musical composition "Dark Horse"

4. Defendant Kitty Purry, Inc. is a California corporation owned and/or controlled by Defendant Katheryn Hudson (p/k/a Katy Perry).

5. Defendant Kasz Money, Inc. furnished the production services of Walter and Gottwald for the "Dark Horse" sound recording.

6. Defendant WB Music Corp. provides music publishing administrative services for the ownership interest of Katheryn Hudson (p/k/a Katy Perry) in the "Dark Horse" composition.



JOINT EXHIBIT
CASE _____
EXHIBIT 123

JOINT STIPULATION OF RELEVANT FACTS RE CERTAIN COMPANY DEFENDANTS

EXHIBIT 33
PAGE 1905