# Exhibit 10

Case 2:15-cv-05642-CAS-JC  Document 489-11  Filed 01/09/19  Page 2 of 307  Page ID #:19861

7/11/2019                           Joyful Noise - Official Music Video: FLAME feat. Lecrae & John Reilly - YouTube

# YouTube

**Joyful Noise** - Official Music Video: **FLAME** feat. Lecrae & John Reilly

crossmovementrecords    Subscribe    64 videos

**Top Tracks for Flame** — 91 videos

Lil Wayne ft Lecrae - Pray to the LORD
by Dwrancho144
207,891 views

Lecrae - "Go Hard" Feat Tedashii (Official Video)
by Rymcerze
1,275,442 views

God Is Enough - Lecrae (feat. Flame & Jai) - lyrics
by Conqueror837
740,844 views

Lecrae - Jesus Muzik ft. Trip Lee Video (@Lecrae
by reachrecords
3,196,594 views

Not Afraid (Christian Remix)
by AShad26
137,790 views

Lecrae - God is Enough Ft. Flame and Jai
by RandomVideos411
562,585 views

Lecrae - Hallelujah
by 116bol
400,730 views

Like    + Add to    Share

2,515,247

Uploaded by crossmovementrecords on Jul 22, 2008
The new music video from FLAME. From the album "Our World Redeemed" (Cross Movement Records). http://crossmovement.com/store-flame

8,707 likes; 141 dislikes
Artist: Flame

Buy "Joyful Noise" on:
AmazonMP3,
eMusic

Show more

All Comments (7,625)                                                                     see all

Sign In or Sign Up now to post a comment!

I seen Crae perform this with the lead guitarist from Skillet. I lost it.
zeeology  2 hours ago

esta cancion me encanta
1994jaziel  11 hours ago

Hey my name is Eric, i hate to do this and i know that it will annoy a lot of people but i'm an aspiring rapper and would appreciate it if you could listen to my new demo "Let The Truth Be Told" on my channel and leave me some feedback. Thank you and God bless!
EricMichaelOfficial  2 days ago

why did our school block youtube?
2Hrose  2 days ago

Check out my music!!! I'm a christian rapper trying to spread the good news of Yeshua!!! Subscribe, Like, and Comment if you like my stuff! I appreciate it, god bless
northcutt2121  3 days ago

@OSNAPITSME woot woot!! Glory!!!
mimi2696  6 days ago in playlist Favorite videos

woot woot!!! I dont know how anyone can sit down and listen to this!! Gloryyy!!!!

Lecrae - Prayin' For You (music video)
by crossmovementrecords
1,334,017 views

Crank Dat Holy Ghost Official Video
by Flashman20
267,471 views

The Ambassador - "Gimme Dat!" Official
by crossmovementrecords
1,051,062 views

Tech N9ne Ft Lecrae, Twista, Nicki Minaj,
by EddieBling
236,022 views

LECRAE NEW SONG!!! "Game On" Feat Pro,
by DaFithGospel
92,309 views

Lecrae responds to signing with JayZ
by gregorycassim
41,874 views

116 - Man Up Anthem ft. Lecrae, KB, Trip Lee, Tedashii, PRo, Andy Mineo, and Sho Baraka

YouTube | Search | Browse | Movies | Upload | Create Account | Sign In

# Joyful Noise - Official Music Video: FLAME feat. Lecrae & John Reilly

crossmovementrecords 62 videos Subscribe

Like | Add to | Share

**2,246,240**

Uploaded by crossmovementrecords on Jul 22, 2008

The new music video from FLAME. From the album "Our World Redeemed" (Cross Movement Records). http://crossmovement.com/store-flame

7,429 likes, 127 dislikes

Artist: Flame

Buy "Joyful Noise" on eMusic, AmazonMP3

Show more

All Comments (7,174) see all

Sign In or Sign Up now to post a comment!

Keep Preaching Jesus much love to Him and brothers and sisters amen!
Tommy66286 3 hours ago

"Faught death beat it" keep it true Flame!
Strikeshadow3 9 hours ago

@MissFli201 Proverbs 1:7
rafelu7 16 hours ago

This has a tight beat !!!!
brasilgirl0 18 hours ago in playlist deanna

amazing song.
Inman06812 18 hours ago

126 people make an unjoyful noise :(
MrWhiteballer13 18 hours ago

y wood u dislike this
MissFli201 19 hours ago

i love this songg=)!!!!!!!!!!!
sexyred942thicke 23 hours ago

i love it !
clkwerk 1 day ago

WOW>> i am in amazement how powerful God is to use a person such as Lecrae to spread his word and to show people how Sovereign He really is. I get chills listening to this song, but also such a strong desire to be used by Him because everyone needs to feel this love and peace and joy
Lanaboo1990 1 day ago

1 2 3 4 5 6 7 Next | View all Comments »

Suggestions

2:39 Lecrae - Go Hard Feat Tedashii (Official Video)...
by Rymcerze
771,579 views

4:10 The Ambassador - "Gimme Dat!" Official Music Video
by crossmovementrecords
930,897 views

3:50 Flame - On That Cross LYRICS
by 116boi
225,586 views

3:18 Jesus Muzik Video - Lecrae ft. Trip Lee (@Lecra...
by reachrecords
2,720,553 views

4:38 Flame - We Apologize
by marvelous2ice
243,088 views

Lecrae and others
by asmiley08
PLAYLIST 31 videos

3:50 Don't Waste Your Life Video - Lecrae (@Lecrae @...
by reachrecords
2,604,644 views

6:03 Trip Lee - "The Invasion (Hero)" feat. Jai - Re...
by BlankTV
315,866 views

4:20 Lecrae - Background Ft. C-Lite - Music Video (@...
by reachrecords
1,348,731 views

0:53 Ferrari F50 SHOOTING FLAMES-Preview Video
by socalspeedzone
4,238,289 views

3:56 "Far Away" Music Video | Lecrae | (Haiti Relief
by reachrecords
694,186 views

3:19 Lecrae - Prayin' For You (music video)
by crossmovementrecords
866,207 views

3:25 Represent-Lecrae(With Lyrics)
by Trentonfellow
822,729 views

4:48 Lecrae - Take Me As I Am (lyrics)
by cheetoz64
735,929 views

4:09 Goodness to Repentance by FLAME (Music Video)
by crossmovementrecords
246,872 views

EX. 67-6

EXHIBIT 20
PAGE 1673




YouTube | Search | Browse | Upload | Create Account | Sign In

# Joyful Noise - Official Music Video: FLAME feat. Lecrae & John Reilly

crossmovementrecords 52 videos | Subscribe

Like | Add to | Share | Embed **1,731,361**

crossmovementrecords July 22, 2008 | 5,011 likes, 110 dislikes
The new music video from FLAME. From the album "Our World Redeemed"

♫ Flame - Joyful Noise Download This Song: AmazonMP3 eMusic

All Comments (5,925) see all

xxchrist4lifexx
14 hours ago
wow, idk bout any 'a you but i though dis track was absolutely sick from beginnin to end, praise God:)

xxchrist4lifexx
14 hours ago
*Comment removed*

mezekielful
14 hours ago
you know what it is. you better be a christian cuz we believe in one way god in three branches or you can say three had father son and the holy spirit

2345godisgood
15 hours ago
I love this song becauseof the beat and it talk about god You should try this when you hear this song you would never stop listen to it

perpleskittle
15 hours ago
how do you dislike this song???

tata381998
16 hours ago
*This has been flagged as spam* show

MrBluebirdo11
1 day ago
Christian rap, havent you heard of it, eh am leaning to the right the light is where am running

JunyrPrayzr
1 day ago
*This has been flagged as spam* show

mahnii95
1 day ago
sikk song dude you guys should keep on making songs together
keep it up:)

JesusMusic116
1 day ago
Whoooool such a good song !

Suggestions

Flame Mix
by YouTube
PLAYLIST 41 videos

The Ambassador - "Gimme Dat!" Official Music Video
by crossmovementrecords
731,670 views

Jesus Muzik Video - Lecrae ft. Trip Lee
by reachrecords
2,157,399 views

Don't Waste Your Life Video - Lecrae
by reachrecords
1,524,168 views

3:50 Flame - On That Cross LYRICS
by 116boi
170,896 views

2:39 Lecrae - Go Hard Feat Tedashii (Official Video)
by Rymcerze
328,855 views

3:19 Lecrae - Prayin' For You (music video)
by crossmovementrecords
604,191 views

4:30 Lecrae - Fanatic
by wastified
568,669 views

3:56 "Far Away" Music Video | Lecrae | (Haiti Relief...
by reachrecords
403,911 views

4:38 Flame - We Apologize
by marvelous2ice
158,642 views

4:09 Goodness to Repentance by FLAME (Music Video)
by crossmovementrecords
227,619 views

4:29 Joyful Noise LYRICS - Flame feat. Lecrae
by fanatic116
125,711 views

3:33 Mark J - Marvelous Light
by toozie91
4,127 views

3:25 Represent-Lecrae(With Lyrics)
by Trentonfellow
697,360 views

4:18 Flame ft. Chipmunks - Joyful Noise Chipmunk REMIX
by 116boi
50,157 views

Higher Love - Sho Baraka
by reachrecords

EX. 67-8

EXHIBIT 20
PAGE 1674