# Exhibit 11

Case 2:15-cv-05642-CAS-JC Document 489-12 Filed 01/09/19 Page 2 of 3 Page ID #:10617





myspace Sign up Login Search Music Music Video Games Browse People

Music | My Playlists | Music Videos | Charts | Music News | Events

Flame Official Myspace page

Show More ▼

# FLAME www.twitter.com/FLAME314

FLAME www.twitter.com/FLAME314 Radio

Sign up

- Profile
- Music
- Photos
- Shows
- Blog
- Stream
- Friends
- Comments
- Badges

## Music

Featured | Songs | Albums | Playlists

FEATURED SONG

Surrender feat. V.Rose

**Surrender feat. V.Rose**

**Album:**
**Released:** Dec 28, 2010
**Label:**

PLAY ALL (6)

| | | |
|---|---|---|
| Surrender feat. V.Rose | 3:41 | 3,545 plays |
| Move | 4:44 | 1,876 plays |
| Tonight feat. J.R. | 5:00 | 1,552 plays |
| Put On | 4:11 | 2,041 plays |
| Joyful Noise feat. Lecrae & John R... | 5:25 | 933,868 plays |

Total Plays: 2,314,486 / Plays Today: 68 See All Featured ▶

## General Info

Genre: **Christian Rap / Gospel / Hip Hop**
Location **St. Louis, Please select your region, Un**
Profile Views: **1224222**
Last Login: **11/25/2011**
Member Since **4/1/2007**
Website **ClearSightMusic.com**
Record Label **Clear Sight Music**
Type of Label **Indie**

More ▼

Open Player