# Exhibit 12

JOINT EXHIBIT 21

| | |
|---|---|
| From: | star@flame314.com |
| To: | star@flame314.com |
| Subject: | FW: 40th Dove Award Nominations |
| Date: | Friday, February 20, 2009 1:31:03 PM |
| Attachments: | 40th Dove Awards Nominations Release and List of Nominations Embargoed Version.doc |

see attached.

**Rebel** in the running for rap/hip hop album and **Joyful Noise** for rap/hip hop song

www.FLAME314.com
www.myspace.com/FLAME314
www.crossmovementrecords.com
www.allstarcommunications.wordpress.com

**JOYFUL NOISE MUSIC VIDEO AVAILABLE AT THE LINKS ABOVE!**

NOTE: Should you wish NOT to be included on our mailing list, please let me know.

Phil 4:6

P000113

EX. 21-1

EXHIBIT 17 PAGE 1655



**THIS RELEASE AND LIST IS EMBARGOED UNTIL THE END OF THE PRESS CONFERENCE AT 12 P.M. CT ON FRIDAY, FEB. 20, 2009**

40th GMA
DOVE AWARDS

Contact: Tricia Whitehead/Spinhouse PR
615-599-7746 or tricia@thespinhouse.com

# GMA DOVE AWARDS NOMINATIONS ANNOUNCED TODAY

### Chris Tomlin, Natalie Grant, Casting Crowns and Newcomer Francesca Battistelli Emerge as Leading Artist Nominees
### Fans Will Vote For Artist and New Artist of the Year For First Time

NASHVILLE, Tenn. – February 20, 2009 – **Casting Crowns, Steven Curtis Chapman, Fireflight, Marvin Sapp, Third Day, TobyMac** and **Chris Tomlin** have been nominated by the Gospel Music Association (GMA) membership for Artist of the Year at the 40th Annual GMA Dove Awards on April 23, 2009 in Nashville.

Those artists were among the Dove Award nominees announced at a press conference today at the Nashville Convention & Visitors Bureau Visitor Information Center. The GMA Dove Awards, gospel music's biggest night of the year, featuring artists from every style of gospel/Christian music coming together for a night of music and celebration, will be broadcast nationwide live on the Gospel Music Channel from 8 – 10 p.m. (ET/PT) on Thursday, April 23, 2009.

"Christian and gospel music expresses itself in many different ways and we applaud all nominated artists for their unique contributions to the music landscape," said John W. Styll, president of the Gospel Music Association (GMA). "The powerful messages of redemption, hope and joy found in the music of our Dove nominees come during a season in history when our country and the world need inspiration and encouragement."

For the first time, fans will become stakeholders in the Dove Awards with an opportunity to vote for the winner of Artist of the Year along with New Artist of the Year, which includes nominees **Addison Road, Francesca Battistelli, Fee, Jonathan Nelson, Remedy Drive, Chris Sligh** and **Tenth Avenue North**. Fan voting, which will be conducted through the Gospel Music Channel website (www.gospelmusicchannel.com) and at www.doveawards.com, will open on February 26, the same day online voting opens for GMA members. The cumulative fan vote, which will continue through the live Dove Awards broadcast, will account for one-third of the total vote in those two categories.

The 40th Annual GMA Dove Awards will be handed out at Nashville's famed Grand Ole Opry House. Tickets to the 40th Annual GMA Dove Awards are on sale now at www.ticketmaster.com or by calling 615-242-0303.

While the awards are the purpose of the show, music performances will definitely share center stage at the Dove Awards, showcasing some of gospel music's hottest and most diverse artists. In addition to the exclusive live broadcast, Gospel Music Channel will present back-to-back encore broadcasts that night and additional re-airings following. Gospel Music Channel's rapid growth has made it the fastest growing network in television for the past two years and GMC is now available in more than 43 million homes in all major markets on the major cable systems as well as on DIRECTV on Channel 338.

The top artist nominee for Dove Awards is current three-time Male Vocalist of the Year **Chris Tomlin**, whose seven total nominations include Artist of the Year, Male Vocalist of the Year and Song of the Year for "Amazing Grace (My Chains are Gone)." His latest CD *Hello Love* was nominated for Praise & Worship Album, while "Jesus Messiah" from that project earned a nomination for Worship Song of the Year. Tomlin was also included in the Special Event Album category for his participation on the *Passion: God of This City* compilation album and in the Contemporary Gospel Recorded Song category for gospel artist LaRue Howard's recording of Tomlin's "How Great Is Our God," which was the 2006 Song of the Year recipient.

Two female artists have the next biggest impact, with **Natalie Grant** and newcomer **Francesca Battistelli** each receiving five nominations. Grant, the current three-time Female Vocalist of the Year recipient, receives another nomination in the category, along with a nod for Pop/Contemporary Album of the Year for *Relentless*, while the No. 1 radio hit from that record, "I Will Not Be Moved" was nominated for Song of the Year and Pop/Contemporary Recorded Song of the Year. The Grant-penned "Breathe on Me" rounds out her five nominations in the Worship Song of the Year category.

P000114

EX. 21-2

EXHIBIT 17
PAGE 1656

Battistelli, the New York-born singer songwriter and now Dove Award Female Vocalist and New Artist of the Year nominee, burst on the Christian music scene with her summer 2008 hit "I'm Letting Go." That song has now received Dove Award nominations for Song of the Year and Pop/Contemporary Song of the Year, and her debut CD *My Paper Heart* was nominated for Pop/Contemporary Album of the Year.

Four-time Group of the Year Dove Award winners **Casting Crowns** will go for five with another Group of the Year nomination in 2009. The worship band's total of five nominations includes Artist of the Year and Christmas Album of the Year for *Peace on Earth*. Casting Crowns also earned nods for Short Form Video for "Slow Fade" and for Long Form Video for "The Altar and the Door Live."

Among the other Artist of the Year nominees, **Steven Curtis Chapman** has previously won this award seven times, the last one in 2000. Chapman, who has been touring with Michael W. Smith on the United Tour, has had renewed spotlight this past year centered on the Song of the Year nominee "Cinderella" which became an anthem for fatherhood not only on Christian radio, but worldwide. "Cinderella" is also nominated for Pop/Contemporary Recorded song and Chapman's co-write of Bart Millard's "You Reign" is another Song of the Year nominee.

**Fireflight** is recognized as Artist of the Year in the first year they have received any Dove Award nominations. The female-fronted (Dawn Richardson) rock band received national exposure as a favorite of TV networks like NBC, ABC and ESPN which have licensed their songs. Fireflight was also named one of the winners of Taco Bell's first "Best of the Beat" fan-voted contest and was named Gospel Music Channel's first "Listen Up Artist" last year. Now, they have four Dove Award nominations including Rock/Contemporary Album of the Year for *Unbreakable*, Rock/Contemporary Recorded Song for "Unbreakable" and Rock Recorded Song of the Year for "The Hunger."

Artist and Male Vocalist of the Year nominee **Marvin Sapp** made history last year when his single "Never Would've Made It," from the gold-selling CD *Thirsty*, became the longest-running No. 1 single ever across all radio formats, spending a staggering 47 weeks at the top of the gospel radio charts. Earlier this year, Sapp was honored with eight Stellar Awards.

**TobyMac**, the current Artist of the Year recipient, finds himself nominated again this year. The headliner of the popular Winter Wonder Slam concert series, TobyMac recently won his first solo GRAMMY Award for Best Rock or Rap Gospel Album with *Alive and Transported*. The concert DVD of that CD is also nominated for a Dove Award for Long Form Video of the Year.

Rounding out the Artist of the Year nominees, **Third Day** earns its nomination after a successful year with the release of *Revelation*, which is nominated for Pop/Contemporary Album of the Year. That CD debuted at No. 6 on The *Billboard* 200 chart in July, landing the band on the cover of *Billboard* magazine. Third Day also toured with Switchfoot, Jars of Clay and Robert Randolph & The Family Band on the "Music Builds Tour" for Habitat for Humanity and performed on "The Tonight Show with Jay Leno."

Other artists receiving four nominations include **Brandon Heath, Mary Mary, Laura Story** and **Michael W. Smith**.

Producers and songwriters also enjoyed big nomination success this year with **Ian Eskelin** (Francesca Battistelli, Remedy Drive) and **Wayne Haun** (Ernie Haase & Signature Sound, HisSong) each receiving eight nods while **Ed Cash** (Chris Tomlin, Laura Story) came in with six and **Jason Ingram** (Brandon Heath, Meredith Andrews) and **Warryn Campbell** (Mary Mary, Kierra Sheard) each received five nominations.

Announcing the nominations today were **Dan and Jackie Evans**, the son and mother team from season of NBC's reality show "The Biggest Loser." Additionally, Dan's debut CD, *Goin' All Out*, bowed at #7 on the *Billboard* Top Country Albums Chart when it was released last fall. They were joined by **Lisa Kimmey**, former member of Out of Eden and currently a host/reporter for Gospel Music Channel.

Dove Awards will be handed out in 43 categories. The Songwriter of the Year nominees were not announced today, but will be revealed prior to the GMA Dove Awards. Dove Awards nominations go to recordings released during the eligibility year November 1, 2007 through October 31, 2008 and voted on by the members of the GMA. The complete nominations list is at www.doveawards.com.

### About GMA:
Founded in 1964, the Gospel Music Association serves as the face and voice for the gospel/Christian music community and is dedicated to exposing, promoting and celebrating the gospel through music of all styles including pop, rock, praise & worship, black gospel, R&B, hip hop, southern gospel, country, and more. The GMA community consists of more than 3,000 members including agents, artists, church leaders, managers, promoters, radio personnel, record company executives, retailers, songwriters and other industry visionaries. The GMA produces the GMA Dove Awards, GMA Music Week and the GMA Academy. For more information, please visit www.gospelmusic.org.

# # #

P000115

EX. 21-3

EXHIBIT 17
PAGE 1657



**40th GMA DOVE AWARDS**
THURSDAY, APRIL 23, 2009

## *40th Annual GMA Dove Award Nominations*

**SONG OF THE YEAR**
song title; writer; publisher (Dove Award given to the songwriter and publisher)

"**Amazing Grace (My Chains Are Gone)**"; Chris Tomlin, Louie Giglio, Traditional; sixsteps music (ASCAP), worshiptogether.com Songs (ASCAP)

"**Cinderella**"; Steven Curtis Chapman; Sparrow Songs (BMI)

"**Empty Me**"; Chris Sligh, Clint Lagerberg, Tony Wood; Foolish Tool Music (ASCAP), Word Music LLC (ASCAP), Kindacrazy Music (BMI), Row J Seat 9 Songs (ASCAP), New Spring Publishing (ASCAP), Bridge Building Music (BMI)

"**Give Me Your Eyes**"; Brandon Heath, Jason Ingram; Sitka 6 Music (ASCAP), Peertunes Ltd. (SESAC), Grange Hill Music (SESAC), Windsor Way (SESAC)

"**I Will Not Be Moved**"; Natalie Grant; Nat in the Hat (ASCAP)

"**I'm Letting Go**"; Francesca Battistelli, Tony Wood, Ian Eskelin; Designer Music (SESAC), Word Music LLC (ASCAP), Honest & Popular Songs (SESAC), Row J Seat 9 Songs (ASCAP), New Spring Publishing Inc. (ASCAP)

"**Mighty to Save**"; Ben Fielding, Joel Houston; Integrity's Hosanna! Music (ASCAP)

"**Never Going Back to OK**"; Matt Fuqua, Josh Havens, Brad Wigg, Dan Muckala; Smells Like Music (ASCAP), Screaming Mimes Music (ASCAP)

"**Reason Enough**"; Ernie Haase, Wayne Haun, Joel Lindsey; Bridge Building Music (BMI), Psalmsinger Music (BMI), Ernie Sig Sound Music (BMI), Hefton Hill Music (BMI)

"**You Reign**"; Bart Millard, Barry Graul, Steven Curtis Chapman; Simpleville Music (ASCAP), Wet As A Fish Music (ASCAP), Sparrow Songs (BMI)

**ARTIST OF THE YEAR***
    **Casting Crowns**
    **Steven Curtis Chapman**
    **Fireflight**
    **Marvin Sapp**
    **Third Day**
    **TobyMac**
    **Chris Tomlin**

**NEW ARTIST OF THE YEAR***
    **Addison Road**
    **Francesca Battistelli**
    **Fee**
    **Jonathan Nelson**
    **Remedy Drive**
    **Chris Sligh**
    **Tenth Avenue North**

*Fans may vote in the Artist of the Year and New Artist of the Year Categories. The cumulative fan vote will count for 1/3 of the total votes for these two categories. GMA member voting will count for 2/3 of the total vote.

**MALE VOCALIST OF THE YEAR**
 Jeremy Camp
 Jon Foreman
 Ernie Haase
 Brandon Heath
 David Phelps
 Marvin Sapp
 Chris Tomlin

**FEMALE VOCALIST OF THE YEAR**
 Francesca Battistelli
 Brooke Fraser
 Karen Peck Gooch
 Natalie Grant
 Mandisa
 Sandi Patty
 Laura Story

**GROUP OF THE YEAR**
 Casting Crowns
 David Crowder*Band
 Ernie Haase & Signature Sound
 Mary Mary
 MercyMe
 Skillet
 Third Day

**PRODUCER OF THE YEAR**
 Brown Bannister
 Ed Cash
 Ian Eskelin
 Wayne Haun
 Bernie Herms
 Jason Ingram, Rusty Varenkamp

Dove Awards in Recorded Song categories are given to the artist and songwriter (if other than the artist).
**RAP/HIP HOP RECORDED SONG**
song; *album*; artist; writer; label
 "**Beautfiul Morning**"; *Reiterate*; Grits featuring Pigeon John; Teron Carter, Stacy Jones, Mo Henderson, John Duncan; Revolution Art
 "**Do Yo Thang**"; *The Yearbook*; KJ-52; Jonah Sorrentino; BEC Recordings/Uprok
 "**Joyful Noise**"; *Our World Redeemed*; Flame featuring Lecrae & John Reilly; Marcus T. Williams-Gray, Lecrae Moore, Emanuel Lambert, Jr.; Cross Movement Records
 "**Pull Your Pants Up!**"; *Pull Your Pants Up!*; Dooney "Da Priest"; Duwayne Brown; Malaco Records
 "**So Beautiful**"; *Citizen Activ*; Manafest featuring Trevor McNevan; Chris Greenwood, Adam Messinger, Trevor McNevan; BEC Recordings

**ROCK RECORDED SONG**
song; *album*; artist; writer; label
 "**Better Man**"; *Satisfied*; DecembeRadio; Josh Reedy, Brian Bunn, Eric Miker, Boone Daughdrill, Scotty Wilbanks; Slanted Records
 "**For The Love Of The Game**"; *For The Love Of The Game*; Pillar; Rob Beckley, Lester Estelle, Noah Henson, Michael Wittig; Essential Records
 "**Lost**"; *End Of Silence*; Red; Jasen Rauch, Rob Graves, Chad Cates; Essential Records
 "**Shine Like The Stars**"; *Expect The Impossible*; Stellar Kart; Adam Agee, Ian Eskelin; Word Records
 "**The Hunger**"; *Unbreakable*; Fireflight; Dawn Richardson, Justin Cox, Glenn Drennen, Wendy Drennen, Phee Shorb, Ben Glover; Flicker Records

**ROCK/CONTEMPORARY RECORDED SONG**

song; *album*; artist; writer; label

**"Find You Waiting"**; *Satisfied*; DecembeRadio; Josh Reedy, Brian Bunn, Eric Miker, Boone Daughdrill, Scotty Wilbanks; Slanted Records

**"Keys To The Kingdom"**; *Ordinary Dreamers*; Group 1 Crew; Manwell Reyes, Blanca Reyes, Pablo Villatoro, Andy Anderson, Noe A. Chaparro; Fervent Records

**"Never Going Back To OK"**; *Never Going Back To OK*; The Afters; Matt Fuqua, Josh Havens, Brad Wigg, Dan Muckala; INO Records

**"Unbreakable"**; *Unbreakable*; Fireflight; Dawn Richardson, Justin Cox, Glenn Drennen, Wendy Drennen, Phee Shorb, Rob Hawkins; Flicker Records

**"Washed By The Water"**; *The Heat*; NEEDTOBREATHE; Bear Rinehart, Bo Rinehart; Atlantic Records

### POP/CONTEMPORARY RECORDED SONG

song; *album*; artist; writer; label

**"Cinderella"**; *This Moment – Cinderella Edition*; Steven Curtis Chapman; Steven Curtis Chapman; Sparrow Records

**"Give Me Your Eyes"**; *What If We*; Brandon Heath; Brandon Heath, Jason Ingram; Reunion Records

**"I Will Not Be Moved"**; *Relentless*; Natalie Grant; Natalie Grant; Curb Records

**"I'm Letting Go"**; *My Paper Heart*; Francesca Battistelli; Francesca Battistelli, Ian Eskelin, Tony Wood; Fervent Records

**"This Is Home"**; *Chronicles Of Narnia:Prince Caspian* ; Switchfoot; Jonathan Foreman, Andy Dodd, Adam Watts; Walt Disney Records

### INSPIRATIONAL RECORDED SONG

song; *album*; artist; writer; label

**"A New Hallelujah"**; *A New Hallelujah*; Michael W. Smith; Michael W. Smith, Debbie Smith, Paul Baloche; Reunion Records

**"For The Glory Of You"**; *Windows And Walls*; Mark Harris; Mark Harris, John Lemonis, Tony Wood; INO Records

**"Bless The Lord"**; *Great God Who Saves*; Laura Story; Laura Story; INO Records

**"Come Thou Fount"**; *Roots Run Deep*; Jadon Lavik; Public Domain; BEC Recordings

**"Dependence"**; Jamie Slocum; Jamie Slocum; Curb Records

### SOUTHERN GOSPEL RECORDED SONG

song; *album*; artist; writer; label

**"Big Mighty God"**; *Nothin' But Good*; The Mike LeFevre Quartet; Lee Black, Sue C. Smith, Kenna West; Canaan Records

**"I Believe God"**; *Real Faith*; Brian Free & Assurance; Marty Funderburk, Steve Marshall; Daywind Records

**"Reason Enough"**; *Dream on*; Ernie Haase & Signature Sound; Ernie Haase, Joel Lindsey, Wayne Haun; Gaither Music Group

**"Welcome To The Family"**; *Room For More*; Booth Brothers; Jim Brady, Barry Weeks, Tony Wood; Daywind Records

**"Yahweh"**; *The Ride*; The Hoppers; Paula Stefanovich; Canaan Records

### BLUEGRASS RECORDED SONG

song; *album*; artist; writer; label

**"Help Is On The Way"**; *Help Is On The Way*; Doyle Lawson & Quicksilver; Michael E. Reed; Horizon Records

**"I See A Crimson Stream"**; *Sounds Like Sunday*; Janet Paschal; Garfield T. Haywood; Vine Records

**"The Old White Flag"**; *You Gotta Love It!*; Triumphant Quartet; Dianne Wilkinson; Daywind Records

**"They're Holding Up The Ladder"**; *We Are Family*; Jeff & Sheri Easter, Lewis Family, Easter Brothers; Russell Easter, James Easter, Edd Easter; Daywind Records

**"What Will I Wear"**; *I Just Wanted You To Know*; Kim Hopper; Deborah Bailey; Canaan Records

### COUNTRY RECORDED SONG

song; *album*; artist; writer; label

**"Did I Make A Difference"**; *Front Row Seats*; The Oak Ridge Boys; Rob Crosby, Bill Anderson; Spring Hill Music Group

**"Good Side Of Goodbye"**; *Home For Now*; Living Waters Trio; Wayne Haun, Dave Clark; Vine Records

**"I Saw God Today"**; *Troubadour*; George Strait; Rodney Clawson, Monty Criswell, Wade Kirby; MCA Nashville

P000118

"I Wish"; *How You Live Deluxe Edition*; Point of Grace; Cindy Morgan, Phil Madeira; Word Records
"Jesus And John Wayne"; *Lovin' Life*; Gaither Vocal Band; Gloria Gaither, William J. Gaither, Doug Johnson, Kim Williams, Benjamin Gaither; Gaither Music Group

**URBAN RECORDED SONG**
song; *album*; artist; writer; label
"Declaration (This Is It)"; *The Fight Of My Life*; Kirk Franklin; Kenneth C. Loggins, Michael H. McDonald; Zomba Gospel
"Get Up"; *The Sound*; Mary Mary; Warryn Campbell, Erica Campbell, Tina Campbell, Eric Dawkins; Columbia Records, Integrity Music
"Love Him Like I Do"; *Revealed*; Deitrick Haddon with Ruben Studdard and Mary Mary; Warryn Campbell, Erica Campbell, Deitrick Haddon, Lamar Edwards; Zomba Gospel
"No Looking Back"; *No Looking Back*; Damita; Damita Haddon; Tyscot Records
"Not A Slave"; *Life By Stereo*; J.R.; Courtney Peebles; Cross Movement Records

**TRADITIONAL GOSPEL RECORDED SONG**
song; *album*; artist; writer; label
"Cry Your Last Tear"; *Cry Your Last Tear*; Bishop Paul S. Morton & the Full Gospel Baptist Church Fellowship Mass Choir; Vashawn Mitchell; Light Records
"Deliverance"; *Past And Present*; Lillie Knauls; Teddy Huffman, Lillie Knauls, Wayne Haun; Vine Records
"Free At Last"; *Down In New Orleans;* The Blind Boys of Alabama; Traditional; Time Life Music
"God Is Good"; *Love Forever Shines*; Regina Belle; Bernard Belle; Pendulum Records, Walker Davis Entertainment
"Souled Out"; *Souled Out*; Hezekiah Walker; Estee Bullock, Nate McNair; Zomba Gospel
"Take It Back"; *Take It Back*; Dorinda Clark-Cole; Derrick Starks; Zomba Gospel

**CONTEMPORARY GOSPEL RECORDED SONG**
song; *album*; artist; writer; label
"Favor Of God"; *Change The World*; Martha Munizzi; Aaron Lindsey, John Rowsey; Martha Munizzi Music
"Great Grace"; *Overcomer*; Alvin Slaughter; Mary Alessi, Aaron Lindsey; Integrity Music
"How Great Is Our God"; *How Great Is Our God*; LaRue Howard; Chris Tomlin, Jesse Reeves, Ed Cash; EMI Gospel
"My Name Is Victory"; *Right Now Praise*; Jonathan Nelson; Jonathan Nelson, Justin Savage; Integrity Music
"Shall We Gather At The River"; *The Standard*; Take 6; Robert Lowry; Heads Up International
"Waging War"; *Thy Kingdom Come*; CeCe Winans; Christopher Capehart, Brannon Tunie, CeCeWinans; PureSprings Gospel

**WORSHIP SONG**
song; writer; publisher (Dove Award in the Worship Song category given to the songwriter and publisher.)
"A New Hallelujah"; Michael W. Smith, Debbie Smith, Paul Baloche; Word Music LLC, Smittyfly Music, This Is Your Time Music, Integrity's Hosanna! Music, Leadworship Songs
"Breathe On Me"; Natalie Grant; Nat In The Hat Music
"Jesus Messiah"; Chris Tomlin, Daniel Carson, Jesse Reeves, Ed Cash; worshiptogether.com Songs, Alletrop Music, sixsteps Music
"Mighty To Save"; Ben Fielding, Joel Houston; Integrity's Hosanna! Music
"You're Not Alone"; Meredith Andrews; Word Music LLC

Dove Awards in Album categories are given to the artist and producer (if other than the artist).
**RAP/HIP HOP ALBUM**
*album*; artist; producer; label
*Citizen Activ;* Manafest; Adam Messinger, Manafest, Boi-1da, Chris Stacey, Arion, Josh MacIntosh; BEC Recordings
*Ordinary Dreamers*; Group 1 Crew; Andy Anderson, Christopher Stevens, Sam Mizell; Fervent Records
*Pull Your Pants Up!;* Dooney "Da Priest"; Dooney "Da Priest"; Malaco Records
*Rebel;* Lecrae; Joseph Prielozny, G-Styles, Dion Burroughs, Kadence, Devon Burroughs, Teddy P., Bobby Taylor, JR, k-Drama, Sixth Sense Music Productions; Reach Records
*Reiterate;* Grits; Mo Henderson, T-Dogg, Anthony Johnson, Jr.; Revolution Art

**ROCK ALBUM**

*album*; artist; producer; label
    *Comatose Comes Alive*; Skillet; Carl Diebold, Paul Kerby, Zachary Kelm; Ardent Records, INO Records
    *For The Love Of The Game*; Pillar; Travis Wyrick; Essential Records
    *Satisfied*; DecembeRadio; Scotty Wilbanks; Slanted Records
    *Southern Hospitality*; Disciple; Travis Wyrick; INO Records
    *To Know That You're Alive*; Kutless; Peter Kipley; BEC

## ROCK/CONTEMPORARY ALBUM
*album*; artist; producer; label
    *Daylight Is Coming*; Remedy Drive; Ian Eskelin; Word Records
    *Expect The Impossible;* Stellar Kart; Ian Eskelin; Word Records
    *Hello*; After Edmund; Scotty Wilbanks; Slanted Records
    *Never Going Back To OK;* The Afters; Dan Muckala; INO Records
    *Unbreakable*; Fireflight; Rob Hawkins; Flicker Records

## POP/CONTEMPORARY ALBUM
*album*; artist; producer; label
    *Bebo Norman*; Bebo Norman; Bebo Norman, Jason Ingram, Rusty Varenkamp; BEC
    *Fall And Winter*; Jon Foreman; Jon Foreman; Credential Recordings, lowercase people records
    *My Paper Heart;* Francesca Battistelli; Ian Eskelin; Fervent Records
    *Relentless*; Natalie Grant; Bernie Herms, Shaun Shankel; Curb Records
    *Revelation*; Third Day; Howard Benson; Essential Records

## INSPIRATIONAL ALBUM
*album*; artist; producer; label
    *After The Rain*; Aaron & Amanda Crabb; Tre' Corley; Daywind Records
    *Great God Who Saves*; Laura Story; Ed Cash; INO Records
    *Infinite Grace*; Women of Faith Worship Team; Chance Scoggins; Myrrh Records
    *Roots Run Deep*; Jadon Lavik; Jadon Lavik, Zach Hodges, Keith E. Smith, Nic Rodriguez, Fernando Ortega, Tony Guerrero; BEC
    *Songs For The Journey*; Sandi Patty; David Hamilton; INO Records

## SOUTHERN GOSPEL ALBUM
*album*; artist; producer; label
    *Ephesians One*; Karen Peck & New River; Bubba Smith; Daywind Records
    *I Just Wanted You To Know*; Kim Hopper; Dave Clark, Kim Hopper; Canaan Records
    *Lovin' Life*; Gaither Vocal Band; Bill Gaither, Guy Penrod, Marshall Hall, Wes Hampton; Gaither Music Group
    *On The Way Up*; HisSong; Wayne Haun; Vine Records
    *Room For More*; Booth Brothers; Barry Weeks; Daywind Records

## BLUEGRASS ALBUM
*album*; artist; producer; label
    *Bluegrass Worship;* Various; Steve Ivey; Star Song Music
    *Help Is On The Way*; Doyle Lawson & Quicksilver; Doyle Lawson; Horizon Records
    *Hymns From Chigger Hill*; Chigger Hill Boys & Terri; Mike Richards, Terri Argot Gore, Ricky Gore, Mark Dunham, Bobby Strangenberg, Ethan Blair, Justin Kropf; Daywind Records
    *I Don't Regret A Mile*; Larry Sparks; Larry Sparks; Sparks Music
    *Pickin', Praisin', & Singin': Hymns From The Mountain*; Cody Shuler & Pine Mountain Railroad; Bill McBee, Dale Thomas, Jerry Cole, Cody Shuler, Matt Flake; Rural Rhythm
    *We Are Family*; Jeff & Sheri Easter, Lewis Family, Easter Brothers; Jeff Easter, Sheri Easter; Daywind Records
    *What A Journey*; Paul Williams & The Victory Trio; Paul Williams; Rebel Records

## COUNTRY ALBUM
*album*; artist; producer; label
    *Around the Bend*; Randy Travis; Kyle Lehning; Warner Bros. Records
    *Home For Now*; Living Waters Trio; Terry Thompson; Vine Records
    *Hymned Again*; Bart Millard; Brown Bannister; INO Records
    *I Turn To You*; Richie McDonald; Frank Myers, Gary Baker, Tommy Lee James; Lucid Entertainment
    *Runaway Train*; Crabb Revival; Ben Isaacs, Tre' Corley; Daywind Records

**URBAN ALBUM**
*album*; artist; producer; label
 *Bold Right Life*; Kierra Sheard; Warryn Campbell, J. Drew Sheard, Asaph Ward, Gerald Haddon, Paul Allen, J Moss; EMI Gospel
 *The Fight of My Life*; Kirk Franklin; Kirk Franklin; Zomba Gospel
 *Kingdom Business*; Canton Jones; Canton Jones, The Music Doctorz, Carlin Muccular, Antonio Neal, Randy Harrison, Vernon Messam; Arrow Records
 *No Looking Back*; Damita; Gerald Haddon, Tim & Bob, Deitrick Haddon, Courtney Horton, David Garcia; Tyscot Records
 *Revealed*; Deitrick Haddon; Andre Harris, Vidal Davis, Warryn Campbell, Blaze "The Champ", Deitrick Haddon, Gerald Haddon, David Haddon, Tim & Bob, Percy Bady; Zomba Gospel

**TRADITIONAL GOSPEL ALBUM**
*album*; artist; producer; label
 *A New Day*; Paul Porter; Paul Porter, David Caton, Tony Homer; Light Records
 *After 40 Years…Still Sweeping Through the City*; Shirley Caesar; Bubba Smith; Light Records
 *Cry Your Last Tear*; Bishop Paul S. Morton & the Full Gospel Baptist Church Fellowship Mass Choir; L. Trenton Phillips, Elvin Ross; Light Records
 *Do It!*; Dottie Peoples; Dottie Peoples; DP Muzik Group
 *Down In New Orleans*; The Blind Boys of Alabama; Chris Goldsmith; Time Life Music, Integrity Music

**CONTEMPORARY GOSPEL ALBUM**
*album*; artist; producer; label
 *Change the World*; Martha Munizzi; Aaron Lindsey, Israel Houghton; Martha Munizzi Music
 *Stand Out*; Tye Tribbett & G.A.; Tye Tribbett II, Dana Sorey, Thaddaeus Tribbett; Columbia Records, Integrity Music
 *The Sound*; Mary Mary; Warryn Campbell; Columbia Records, Integrity Music
 *The Standard*; Take 6; Mark Kibble; Heads Up International
 *Thy Kingdom Come*; CeCe Winans; Tommy Sims, Christopher Capehart, Luther Hanes, Percy Bady, Cedric Caldwell, Victor Caldwell, Alvin Love III; PureSprings Gospel

**INSTRUMENTAL ALBUM**
*album*; artist; producer; label
 *A Treasury of Hymns*; LaDonna; Eric Wyse; Martingale Music
 *Always There*; Harold Rayford; Antoine Chamber; Tyscot Records
 *Born to Play*; Barry D.; Barry D.; Taqa Records
 *Chronicles of Narnia: Prince Caspian*; Various; Harry Gregson-Williams; Walt Disney Records
 *Love Beyond All Measure*; Stephen Petrunak; Stephen Petrunak; GIA Publications
 *The Breath of Life*; Angella Christie; Angella Christie, Kevin Griffen; ACSM

**CHILDREN'S MUSIC ALBUM**
*album*; artist; producer; label
 *Absolute Modern Worship for Kids 4*; Phoebe Ebensberger, Emily Ebensberger, Abbie Ebensberger, Joseph O'Brien, Timmy O'Brien, Mikey O'Brien, Abbie Chapman, Meghan O'Brien, Adelaide Bauer, Kristen Bauer, Karissa Selby, Emma Rose Williamson, Tyler Beiden, Garrett Williamson; Chance Scoggins; Fervent Records
 *All God's Animals*; TJ McCloud; Brandon Scott Thomas, Eric Wyse; Martingale Music
 *David: Shepherd, Psalmist, Soldier, King!*; Bible StorySongs; Paula King, Catherine Walker; Bible StorySongs
 *Shout Praises Kids – I Am Free*; Jeff Sandstrom, Kurt Goebel, Stephen Leiweke, Jeremy Redmon; Integrity Music
 *Sleepytime Lullabies;* Praise Baby; Matt Huesmann; Big House Kids
 *Tell The World*; Hillsong Kids; Julia A'Bell, Gio Galanti, Andrew Crawford, David Wakerley; Hillsong, Integrity Music

**SPANISH LANGUAGE ALBUM**
*album*; artist; producer; label
 *Abriras Las Puertas*; Malin; Miguel Angel "Malin" Villagran; Integrity Music Latin
 *Alabanza Y Adoracion: Del Corazon*; Lucia Parker; Tom Brooks, Dario Navac; 3:16 Media
 *Mi Salvacion*; Ingrid Rosario; Christian Cartone; Rejoice Music

P000121

EX. 21-9

EXHIBIT 17
PAGE 1663

*Refrescate!*; Aline Barros; Juan Salinas; Integrity Music Latin
*Rescatame*; Seventh Day Slumber; Alejandro Allen, Susana Allen; BEC
*Sobrenatural*; Marcos Witt; Marcos Witt; CanZion
*Tengo sed de Ti*; Soraya Moraes; Marco Moraes; Line Records

**SPECIAL EVENT ALBUM**
*album*; artist; producer; label

    *Billy: The Early Years Official Motion Picture Soundtrack*; Brooks & Dunn, Mac Powell, Sara Evans, Alan Jackson, China Edelman, Patty Griffin, Brandon Heath, Gregory Page, Michael W. Smith, Melinda Doolittle, Roy Orbison, Brad Paisley, Josh Turner, Sierra Hull, John Cowan, Harry Stinson, Ronnie Bowman, Ronnie McCoury, John Wesley Ryles; Anastasia Brown; Arista Nashville, Essential Records
    *Country Bluegrass Homecoming Volume One*; Gaither Vocal Band, Marty Stuart & His Fabulous Superlatives, The Grascals, Buddy Greene, The Isaacs, Gordon Mote, Ralph Stanley & The Clinch Mountain Boys, The Booth Brothers, George Jones, Wesley Pritchard, Reggie & Ladye Love Smith, Brittany Allen, Jeff & Sheri Easter, Charlotte Ritchie, Doyle Lawson & Quicksilver, Jimmy Fortune, Dailey & Vincent, Jason Crabb, Rhonda Vincent & The Rage, Ernie Haase & Signature Sound, Cherryholmes, Lisa Daggs-Charette, Vince Gill, Sonya Isaacs, Becky Isaacs Bowman; Bill Gaither; Gaither Music Group
    *How Great Thou Art: Gospel Favorites from the Grand Ole Opry*; The Charlie Daniels Band, Mac Powell, Alan Jackson, Patty Loveless, Ronnie Milsap, Ricky Skaggs & The Whites, Sara Evans, Brad Paisley, Trace Adkins, Loretta Lynn, Vince Gill, Dierks Bentley, Carrie Underwood; Steve Gibson; Sony BMG Nashville
    *Passion: God of This City*; Chris Tomlin, Charlie Hall, David Crowder*Band, Christy Nockels, Kristian Stanfill, Fee, Matt Redman; Nathan Nockels; Sparrow Records, sixsteps Records
    *Your Name*; Joel Auge, Leeland Mooring, Paul Baloche, Aaron Shust, Phil Wickham, Josh Reedy, Ayiesha Woods, Ian Eskelin, Mark Stuart, Vicky Beeching, Jared Anderson, Christy Johnson, Sean Loche, Aaron Boyd, Jason Roy, Wes Willis, Lincoln Brewster, Adam Agee; Ian Eskelin; Integrity Music

**CHRISTMAS ALBUM**
*album*; artist; producer; label

    *Christmas Gaither Vocal Band Style*; Gaither Vocal Band; Russell Mauldin; Gaither Music Group
    *Christmas Songs;* Fernando Ortega; John Andrew Schreiner, Fernando Ortega; Curb Records
    *Home for Christmas*; BarlowGirl; Otto Price; Fervent Records, Curb Records
    *O Holy Night*; Sara Groves; Ben Shive; INO Records
    *Peace on Earth*; Casting Crowns; Mark Hall, Mark A. Miller; Beach Street

**PRAISE & WORSHIP ALBUM**
*album*; artist; producer; label

    *A New Hallelujah*; Michael W. Smith; Michael W. Smith; Reunion Records
    *Great God Who Saves*; Laura Story; Ed Cash; INO Records
    *Hello Love*; Chris Tomlin; Ed Cash; Sparrow Records; sixsteps Records
    *Opposite Way*; Leeland; Matt Bronleewe; Essential Records
    *The Invitation*; Meredith Andrews; Jason Ingram, Rusty Varenkamp; Word Records

Dove Awards in the Musical and Choral categories are given to the creators.

**MUSICAL**
*title*; creator; publisher (award given to creator and publisher)

    *Child of Wonder*; Lari Goss, Rob Howard; Word Music
    *East to West*; Gary Rhodes; Word Music
    *God Bless the USA*; Sue C. Smith, Joel Lindsey, Russell Mauldin; Brentwood-Benson Music Publishing
    *Savior*; David Moffitt, Sue C. Smith, Travis Cottrell; Brentwood-Benson Music Publishing
    *The Risen Christ*; Don Cason, Karla Worley; Clear Call Music

**YOUTH/CHILDREN'S MUSICAL**
*title*; creator; publisher

    *An Island Christmas*; Wayne Haun, Shelby Haun, Joel Lindsey; Lillenas Publishing Company
    *Angels We Have Heard*; Dave Clark, Jayme Thompson; Brentwood-Benson Music Publishing
    *It's a Wonder-Full Life*; Pam Andrews, Luke Gambill; Brentwood-Benson Music Publishing
    *Lifesong*; Sue C. Smith, Simon Hawkins, Kris Crunk; Brentwood-Benson Music Publishing
    *The Christmas County Spelling Bee*; Celeste Clydesdale; Clydesdale & Clydesdale, Word Music

**CHORAL COLLECTION**
*title*; creator; publisher
> *Cradle That Rocked The World*; Geron Davis, Christopher Phillips, Jukka Palonen; Brentwood-Benson Music Publishing
> *Glorious Day*; David Moffitt, Sue C. Smith, Travis Cottrell; Brentwood-Benson Music Publishing
> *He Still Leads – Christ Church Choir*; Landy Gardner, Joy Gardner, Christopher Phillips; Brentwood-Benson Music Publishing
> *I'll Say Yes*; Carol Cymbala; Word Music
> *Make a Joyful Noise*; Regi Stone; Word Music

**RECORDED MUSIC PACKAGING**
*product*; art director; graphic artist; illustrator, photographer; label (Dove Award in the Recorded Music Packaging category given to the art director, graphic artist, illustrator and photographer.)
> *...Is My Friend* (Hawk Nelson); Invisible Creature; Don Clark; Don Clark; Jeremy Cowart, Neil Visel; BEC Recordings
> *Remedy Club Tour Edition* (David Crowder*Band); Shelley Giglio, David Crowder; Gary Dorsey; Brody Harper; Sparrow Records, sixsteps records
> *Revelation* (Third Day); Tim Parker, Beka Blackburn; Tim Parker; David Mcalister, RW Sims; Essential Records
> *Storm the Gates of Hell Deluxe Edition* (Demon Hunter); Invisible Creature; Ryan Clark; Shane McCauley, David Stuart, Greg Lutze, Ethan Luck; Solid State Records
> *The Tide Will Swallow Us Whole* (Trenches); Invisible Creature; Ryan Clark; Solid State Records

Dove Awards in the Video categories are given to the artist, director and producer (if other than the artist).

**SHORT FORM MUSIC VIDEO**
*title*; artist; director; producer; production company; label
> *Daylight*; Remedy Drive; John Erwin, Andy Erwin; Erwin Brothers Motion Pictures; Word Records
> *Fan Mail*; KJ-52; Sam Sanchez; Sam Sanchez; Difted Productions; BEC
> *In the Valley of the Dying Sun*; House of Heroes; Danny Yourd; Steve Hoover; Endeavor Media; Mono vs. Stereo
> *Movin'*; Group 1 Crew; John Erwin, Andy Erwin; Dan Atchison; Erwin Brothers Motion Pictures; Fervent Records
> *Slow Fade;* Casting Crowns; John Erwin, Andy Erwin; Erwin Brothers Motion Pictures; Beach Street

**LONG FORM MUSIC VIDEO**
*title*; artist; director; producer; production company; label
> *Alive and Transported*; tobyMac; Eric Welch; Tameron Hedge, Dan Pitts; Broken Poet Productions; Forefront Records
> *Comatose Comes Alive*; Skillet; Carl Diebold; Carl Diebold, Paul Kerby, Zachary Kelm; Atlantic, Lava, Ardent, INO Records
> *Country Bluegrass Homecoming Volume One*; Bill & Gloria Gaither; Doug Stuckey; Bill Gaither; Gaither Television Productions; Gaither Music Group
> *O Holy Night*; David Phelps; David Phelps, Jimmy Abegg; David Phelps, Jim Chaffee, Jimmy Abegg, Ben Pearson; MG&A; Word Records
> *The Altar and the Door Live*; Casting Crowns; Cary Goin; John Erwin, Andy Erwin; Erwin Brothers Motion Pictures; Beach Street

# # #