# Exhibit 13

The following facts are admitted and require no proof.

1. The website www.youtube.com is an online video-sharing service owned by Google where users can upload, share, and watch videos.

2. YouTube launched in 2005.

3. By 2010, users were uploading more than 50,000 hours of video content to YouTube each day and there were more than two billion views of YouTube videos each day.

4. By 2012, users were uploading more than 85,000 hours of video content to YouTube each day and there were more than four billion views of YouTube videos each day.

5. Today, YouTube has over a billion users and there are more than 576,000 hours of video content being uploaded to YouTube each day, and each day users watch a billion hours of video, generating billions of "views" each day.

6. [OMITTED]

7. A view count does not identify any one person in particular as having watched a particular video.

8. Moreover, a "view" does not necessarily mean that a human actually watched or listened to the video while it was playing; it only means that the video was played.

9. In addition, a "view" does not necessarily mean that a video was played in its entirety or was even played for more than a few seconds.

10. [OMITTED]



JOINT EXHIBIT
CASE _____
EXHIBIT 122

EXHIBIT 32
PAGE 1898

11. [OMITTED]

12. [OMITTED]

13. Google is aware of certain instances in the past in which video view counts were improperly inflated by third parties using automated means in violation of YouTube policy.

14. In 2008, there were approximately 194 million videos available for viewing on YouTube, including approximately 61 million videos that were uploaded to YouTube in 2008 alone. The available videos accumulated approximately 381 billion views during 2008.

15. In 2009, there were approximately 349 million videos available for viewing on YouTube, including approximately 99 million videos that were uploaded to YouTube in 2009 alone. The available videos accumulated approximately 509 billion views during 2009.

16. In 2010, there were approximately 533 million videos available for viewing on YouTube, including approximately 139 million videos that were uploaded to YouTube in 2010 alone. The available videos accumulated approximately 756 billion views during 2010.

17. The YouTube videos receiving the most "views" in 2010 were:

EXHIBIT 32
PAGE 1899

      a. First, the Official Music Video for Justin Bieber's song, Baby, featuring Ludacris, received 425,688,273 views in 2010;

      b. Second, the video for Shakira's song, Waka Waka (This Time for Africa), received 270,763,562 views in 2010;

      c. Third, the video for Lady Gaga's song, Bad Romance, received 266,191,920 views in 2010;

      d. Fourth, the Official Music Video for Eminem's song, Love the Way Lie, featuring Rihanna, received 251,890,764 views in 2010;

      e. Fifth, the Official Video for Justin Bieber's song, One Time, received 183,274,415 views in 2010.

18. In 2011, there were approximately 818 million videos available for viewing on YouTube, including approximately 213 million videos that were uploaded to YouTube in 2011 alone. The available videos accumulated approximately 1.1 trillion views during 2011.

19. The YouTube videos receiving the most "views" in 2011 were:

      a. First, the Jennifer Lopez song, On the Floor, featuring Pitbull, received 464,437,051 views in 2011;

      b. Second, the video Crocodile Attack received 407,888,327 views in 2011;

      c. Third, the video for LMFAO's song, Party Rock Anthem, featuring Lauren Bennett, GoonRock, received 339,831,952 views in 2011;

      d. Fourth, the video Sterio heart received 313,286,752 views in 2011;

      e. Fifth, the Official Music Video for Justin Bieber's song, Baby, featuring Ludacris, received 259,746,426 views in 2011.

EXHIBIT 32
PAGE 1900

20. In 2012, there were approximately 1.1 billion videos available for viewing on YouTube, including approximately 515 million videos that were uploaded to YouTube in 2012 alone. The available videos accumulated approximately 1.4 trillion views during 2012.

21. The YouTube videos receiving the most "views" in 2012 were:

   a. First, the video for Psy's song, Gangnam Style M/V, received 1,101,849,272 views in 2012;

   b. Second, the video for Carly Rae Jepsen's song, Call Me Maybe, received 373,789,532 views in 2012;

   c. Third, the Official Video for Michel Telo's song, Ai Se Eu Te Pego, received 373,608,879 views in 2012;

   d. Fourth, the Official Video for Gotye's song, Somebody That I Used To Know, featuring Kimbra, received 331,408,797 views in 2012;

   e. Fifth, the Official Video for One Direction's song, What Makes You Beautiful, received 271,945,208 views in 2012.

22. In 2013, there were approximately 1.5 billion videos available for viewing on YouTube, including approximately 697 million videos that were uploaded to YouTube in 2013 alone. The available videos accumulated approximately 1.6 trillion views during 2013.

23. The YouTube videos receiving the most "views" in 2013 were:

   a. First, the video for Psy's song, Gangnam Style M/V, received 783,446,910 views in 2013;

   b. Second, the video for Psy's song, Gentleman M/V, received 619,058,370 views in 2013;

   c. Third, the Official Video for Miley Cyrus's song, Wrecking Ball, received 461,848,016 views in 2013;

EXHIBIT 32
PAGE 1901

  d. Fourth, the Official Video for Macklemore & Ryan Lewis's song, Thrift Shop, featuring Wanz, received 440,889,984 views in 2013;

  e. Fifth, the Official Video for Miley Cyrus's song, We Can't Stop, received 332,047,880 views in 2013.

24. For each video in the above paragraphs for 2008-2013, the view count stated is only for the specific video identified, not all videos of that song posted on YouTube.

25. The sound recording of "Joyful Noise" is embodied in five videos posted to YouTube:

  a. A video posted to YouTube on January 21, 2011, titled "Flame—Joyful Noise" at the url, https://www.youtube.com/watch?v=QCcW-guAs_s (Video 1).

  b. A video posted to YouTube on January 21, 2011, titled "Flame—Joyful Noise" at the url, https://www.youtube.com/watcv=jTLeHuvHXuk (Video 2)

  c. A video posted to YouTube on December 18, 2009, titled "Joyful Noise—Flame feat. Lecrae and John Reilly" at the url, https://www.youtube.com/watch?v=PwoEOB3Jr8Y (Video 3).

  d. A video published to YouTube on November 7, 2009, titled "Flame—Joyful Noise with Lyrics" and available at the url, https://www.youtube.com/watch?v=zaUIncoyJ4w (Video 4).

  e. A video posted to YouTube on March 15, 2008, titled "Flame ft. Lecrae and John Reilly – Joyful Noise LYRICS" at the url, https://www.youtube.com/watch?v=HU3gAGWoKYM (Video 5).

26. As of March 11, 2012, Video 1 had a view count of 293,956.

27. As of March 11, 2012, Video 2 had a view count of 483,931.

EXHIBIT 32
PAGE 1902

28. As of March 11, 2012, Video 3 had a view count of 7,283.

29. As of March 11, 2012, Video 4 had a view count of 18,153.

30. As of March 11, 2012, Video 5 had a view count of 561,718.

31. The view counts for Videos 1-5 do not identify any one person in particular as having watched any of the five videos listed.

32. Myspace LLC operates the website service www.myspace.com. Myspace is a social networking website, which was founded in 2003.

33. [OMITTED]

34. [OMITTED]

35. Each "play" does not necessarily mean that a person actually listened to the song while it was playing; instead, it indicates that the playing of the song was initiated.

36. Each "play" does not necessarily mean that the song was played in its entirety or was even played for more than a few seconds.

37. Each "play" of a song does not necessarily mean that a person initiated the play of a song. During Myspace's history, users have used "bots," which are autonomous programs that can interact with computer systems and websites such as Myspace, to autonomously initiate plays of a song.

38. A "play" does not identify any one person in particular as having initiated playback or listened to the song in question. Myspace has no records of and cannot identify whether any one person in particular has played or listened to a song.

EXHIBIT 32
PAGE 1903