# Exhibit 14

The following facts are admitted and require no proof:

1. Billboard is a company that produces charts in relation to music.

2. Billboard produces nearly 200 charts a week, relating to mainstream top 40, and in various genres, including pop, rock, R&B/hip hop, country, gospel, and Christian music.

3. Billboard's most popular charts are the Billboard Hot 100, which is the top songs of the week, and the Billboard 200, which are the top albums.

4. The charts relating to mainstream top 40, rock, R&B/hip hop, and country music are larger in terms of market volume and audience volume than the charts relating to gospel and Christian music.

5. *Our World Redeemed* appeared 37 times on two charts in the genres of gospel and Christian music between March 22, 2008 and January 17, 2009.

6. "Joyful Noise" appeared 32 times on one chart in the genre of gospel and Christian music between January 15, 2011 and January 21, 2012.

7. Neither *Our World Redeemed* nor "Joyful Noise" appeared on any charts outside of the genres of gospel and Christian music.


JOINT EXHIBIT 124

EXHIBIT 34
PAGE 1907