# Exhibit 15

The following facts are admitted and require no proof.

1. Jordan Houston received total gross income of $631,448.47 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.

2. Jordan Houston incurred costs attributable to the aforementioned exploitation of "Dark Horse" in the amount of $119,343.76, consisting of legal and accounting fees.

3. Karl Martin Sandberg received total gross income of $1,265,083.02 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.

4. Karl Martin Sandberg incurred the following costs attributable to the aforementioned exploitation of "Dark Horse."

   a. Management commissions in the amount of $126,508.30, calculated as a 10% commission of gross income from Dark Horse;

   b. Legal, administrative, and accounting fees in the amount of $12,650.83, calculated as a 1% commission on gross income from Dark Horse relating to such professional fees.

5. Lukasz Gottwald received total gross income of $347,797.89 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.

6. Lukasz Gottwald incurred the following costs attributable to the aforementioned exploitation of "Dark Horse."

   a. Production expenses in the amount of $245.17
   b. Professional fees in the amount of $77,334.57.

11278257.1



JOINT EXHIBIT 125

EXHIBIT 35
PAGE 1909

7. Kasz Money Inc. received total gross income of $1,079,218.20 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.

8. Kasz Money Inc. incurred the following costs attributable to the aforementioned exploitation of "Dark Horse."

    a. Production expenses in the amount of $760.75

    b. Professional fees in the amount of $239,969.46.

9. Henry Walter received total gross income of $826,704.07 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.

10. Henry Walter incurred the following costs attributable to the aforementioned exploitation of "Dark Horse."

    a. Management fees in the amount $124,005.61, calculated as a 15% commission of gross income from "Dark Horse";

    b. Legal fees in the amount of $41,335.20, calculated as a 5% commission of gross income from "Dark Horse"; and

    c. Business management fees in the amount of $41,335.20, calculated as a 5% commission on gross income from "Dark Horse."

11. Sarah Hudson received total gross income of $670,852.47 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.

12. Sarah Hudson incurred the following costs attributable to the aforementioned exploitation of "Dark Horse."

    a. Legal fees in the amount $15,837.50, calculated as a percentage of an advance from Prescription Songs;

2

11278257.1

EXHIBIT 35
PAGE 1910

b. Legal fees in the amount of $32,750.75, calculated as a 5% commission of gross income from "Dark Horse," less the legal fee on the advance; and

c. Business management fees in the amount of $33,542.63, calculated as a 5% commission on gross income from "Dark Horse."

13. Kathryn Elizabeth Hudson received total gross income of $3,260,782.07 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.

14. Kathryn Elizabeth Hudson incurred the following costs attributable to the aforementioned exploitation of "Dark Horse."

a. Management commissions in the amount of $489,117.31, calculated as a 15 % commission of gross income from Dark Horse;

b. Legal fees in the amount of $163,039.10, calculated as a 5% commission on gross income from Dark Horse relating to such professional fees;

c. Business management and accounting fees in the amount of $163,039.10, calculated as a 5 % commission of gross income from Dark Horse.

15. Kobalt Music Publishing America, Inc. received net income of $132,476.14 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.

16. WB Music Corp. received net income of $130,450.36 from the exploitation of the composition and sound recording of "Dark Horse" in the United States.