# Exhibit 16

| Date | City | State |
|---|---|---|
| 09/02/2010 | Ft. Knox | KY |
| 09/14/2010 | Somerset | KY |
| 09/24/2010 | McPherson | KS |
| 09/25/2010 | Auburn | IN |
| 10/02/2010 | Little Rock | AR |
| 10/08/2010 | Buffalo | NY |
| 10/09/2010 | Amherst | MA |
| 10/29/2010 | Ecorse | MI |
| 10/30/2010 | St. Louis | MO |
| 11/06/2010 | Greenville | SC |
| 11/14/2010 | Fort Jackson | SC |
| 11/15/2010 | Waco | TX |
| 11/16/2010 | Lubbock | TX |
| 12/29/2010 | Macon | GA |
| 01/29/2011 | Louisville | KY |
| 02/05/2011 | Minneapolis | MN |
| 02/12/2011 | Kansas City | MO |
| 02/25/2011 | Lakeland | FL |
| 02/26/2011 | Orlando | FL |
| 02/27/2011 | New Orleans | LA |
| 03/04/2011 | Oshkosh | WI |
| 03/05/2011 | Ft. Worth | TX |
| 03/06/2011 | Kilgore | TX |
| 03/09/2011 | Boaz | AL |
| 03/12/2011 | Muncie | IN |
| 03/19/2011 | Greensboro | NC |
| 03/26/2011 | Sterling Heights | MI |
| 03/31/2011 | Albuquerque | NM |
| 04/01/2011 | Marion | IN |
| 04/08/2011 | Mesa | AZ |
| 04/15/2011 | Bloomington | IN |
| 04/16/2011 | Tampa | FL |
| 04/29/2011 | Smithfield | RI |



EXHIBIT
Gray 14
11/15/17

| Date | City | State |
|---|---|---|
| 04/29/2011 | Smithfield | RI |
| 04/30/2011 | Lansing | MI |
| 05/13/2011 | San Bernardino | CA |
| 05/21/2011 | Ocean Grove | NJ |
| 05/23/2011 | Tyler | TX |
| 05/28/2011 | Heidelberg | Ger |
| 06/04/2011 | Martinsburg | WV |
| 06/14/2011 | Estes Park | CO |
| 06/16/2011 | Wilmore | KY |
| 06/18/2011 | New Castle | PA |
| 06/21/2011 | Lindale | TX |
| 06/25/2011 | Duluth | GA |
| 07/08/2011 | Olathe | CO |
| 07/10/2011 | San Juan Capistrano | CA |
| 07/13/2011 | Lindale | TX |
| 07/22/2011 | Sacramento | CA |
| 07/24/2011 | Kansas City | MO |
| 08/02/2011 | Springfield | KY |
| 08/04/2011 | Gilford | NH |
| 08/05/2011 | Marietta | GA |
| 08/06/2011 | Fayetteville | TN |
| 08/07/2011 | Harker Heights | TX |
| 08/12/2011 | Aston, Birmingham | UK |
| 08/13/2011 | London | UK |
| 08/19/2011 | Lewisville | TX |
| 08/20/2011 | Ecorse | MI |
| 08/26/2011 | Institue | WV |
| 08/28/2011 | Hartville | OH |
| 09/02/2011 | Elmira | NY |
| 09/03/2011 | Shelbyville | KY |
| 09/04/2011 | Mount Vernon | IL |
| 09/08/2011 | Louisville | KY |
| 09/09/2011 | Renton | WA |
| 09/11/2011 | Mt. Washington | KY |
| 09/21/2011 | Gallatin | TN |
| 09/23/2011 | Lawrenceburg | TN |
| 09/30/2011 | Virginia Beach | VA |

| Date | City | State |
|---|---|---|
| 10/05/2011 | Harvest | AL |
| 10/08/2011 | Sayreville | NJ |
| 10/21/2011 | Orleans | ON |
| 10/22/2011 | Hamilton | ON |
| 11/04/2011 | Mankato | MN |
| 11/05/2011 | Hoffman Estates | IL |
| 11/12/2011 | Anaheim | CA |
| 11/19/2011 | Billings | MT |
| 11/20/2011 | Flint | MI |
| 11/30/2011 | Poplar Bluff | MO |
| 12/02/2011 | Toronto | ON |
| 12/03/2011 | Phoeniz | AZ |
| 12/30/2011 | Macon | GA |
| 12/30/2011 | Byron | GA |
| 12/31/2011 | Bridgetown, St. Michael | BRB |
| 01/07/2012 | Ocean City | MD |
| 01/14/2012 | Nashville | TN |
| 01/15/2012 | Pigeon Forge | TN |
| 01/21/2012 | North Massapequa | NY |
| 02/18/2012 | Decatur | GA |
| 02/25/2012 | Hendersonville | TN |
| 03/02/2012 | Garland | TX |
| 03/03/2012 | Metairie | LA |
| 03/10/2012 | Albuquerque | NM |
| 03/24/2012 | Greensboro | NC |
| 03/31/2012 | Dallas | TX |
| 04/05/2012 | Rosemont | IL |
| 04/13/2012 | Sacramento | CA |
| 04/21/2012 | Eugene | OR |
| 04/28/2012 | | Tobago |
| 05/05/2012 | Pittsburgh | PA |
| 05/12/2012 | Council Bluffs | IA |
| 05/13/2012 | Omaha | NE |
| 06/08/2012 | Euclid | OH |
| 06/16/2012 | Rochester | NY |
| 06/17/2012 | Cresco | PA |

3

| Date | City | State |
|---|---|---|
| 06/23/2012 | Waco | TX |
| 06/24/2012 | Chesapeake | VA |
| 06/26/2012 | Columbus | TX |
| 06/28/2012 | El Cajon | CA |
| 06/30/2012 | Charlotte | NC |
| 07/07/2012 | Orlando | FL |
| 07/13/2012 | Desoto | TX |
| 07/14/2012 | Lebanon | IL |
| 07/28/2012 | Loveland | CO |
| 08/01/2012 | Snyder | TX |
| 08/04/2012 | Midland | TX |
| 08/10/2012 | Bremerton | WA |
| 08/11/2012 | Huntington | IN |
| 08/14/2012 | Columbus | OH |
| 08/16/2012 | Petersburg | VA |
| 08/17/2012 | White Fish Bay | WI |
| 08/18/2012 | Green Bay | WI |
| 08/25/2012 | Parsons | KS |
| 09/02/2012 | Mount Vernon | IL |
| 09/22/2012 | Buffalo | NY |
| 09/23/2012 | Nashville | TN |
| 09/25/2012 | Mountlake Terrace | WA |
| 09/29/2012 | Ontario | CAN |
| 10/05/2012 | Beaumont | TX |
| 10/12/2012 | Killeen | TX |
| 10/24/2012 | Johnson City | TN |
| 10/26/2012 | Smyrna | GA |
| 10/27/2012 | Columbia | SC |
| 11/01/2012 | Mankato | MN |
| 11/10/2012 | Willoughby Hills | OH |
| 12/14/2012 | Cincinnati | OH |
| 12/28/2012 | Cleveland | OH |
| 12/29/2012 | Macon | GA |
| 12/30/2012 | Louisville | KY |
| 12/31/2012 | Concord | NC |
| 01/01/2013 | Nashville | TN |
| 01/18/2013 | Summersville | WV |

| Date | City | State |
|---|---|---|
| 01/20/2013 | Pigeon Forge | TN |
| 01/31/2013 | Southfield | MI |
| 02/23/2013 | Dumfries | VA |
| 03/09/2013 | Port St. Lucie | FL |
| 03/16/2013 | Columbia | SC |
| 03/23/2013 | Battle Creek | MI |
| 04/16/2013 | Marshall | TX |
| 04/19/2013 | Pharr | TX |
| 04/26/2013 | Grand Rapids | MI |
| 05/18/2013 | Cross Lanes | WV |
| 05/24/2013 | Chicago | IL |
| 05/25/2013 | Edmonton | AB |
| 06/01/2013 | Sheridan | WY |
| 06/07/2013 | St. Robert | MO |
| 06/15/2013 | Charlotte | NC |
| 06/17/2013 | Estes Park | CO |
| 06/19/2013 | Spicewood | TX |
| 06/20/2013 | Houston | TX |
| 06/23/2013 | St. Simons Island | GA |
| 06/24/2013 | Jekyll Island | GA |
| 06/25/2013 | Columbus | TX |
| 06/29/2013 | Chevy Chase | MD |
| 07/03/2013 | Sandia | TX |
| 07/13/2013 | Saginaw | MI |
| 07/19/2013 | Paducah | KY |
| 08/03/2013 | Miami | FL |
| 08/16/2013 | Fayetteville | TN |
| 08/17/2013 | Austell | GA |
| 08/24/2013 | Hamlin | TX |
| 08/30/2013 | St. John's | Antigua |
| 09/14/2013 | Casper | WY |
| 10/18/2013 | Jacksonville | AR |
| 10/19/2013 | Mocksville | NC |
| 10/22/2013 | West Point | NY |
| 10/25/2013 | St. Louis | MO |
| 11/02/2013 | Marion | IN |

| Date | City | State |
|---|---|---|
| 11/09/2013 | Lindale | TX |
| 11/10/2013 | Arlington | TX |
| 11/15/2013 | Wentzville | MO |
| 11/16/2013 | Douglas | GA |
| 11/21/2013 | Ashland | KY |
| 11/22/2013 | Mt. Zion | IL |
| 11/23/2013 | Savannah | TN |
| 12/27/2013 | San Diego | CA |
| 12/28/2013 | Santa Clara | CA |
| 12/29/2013 | Denver | CO |
| 12/31/2013 | Richardson | TX |
| 01/18/2014 | Kansas City | MO |
| 01/26/2014 | Cleveland | TN |
| 03/07/2014 | Paducah | KY |
| 03/29/2014 | Charlotte | NC |
| 04/04/2014 | Kilgore | TX |
| 04/05/2014 | El Paso | TX |
| 04/25/2014 | Cross Lanes | WV |
| 05/10/2014 | Virginia Beach | VA |
| 06/06/2014 | St. Robert | MO |
| 06/16/2014 | Fort Walton Beach | FL |
| 06/20/2014 | Gaylord | MI |
| 06/24/2014 | Sullivan | MO |
| 06/27/2014 | Santa Clara | CA |
| 07/04/2014 | Nassau | BAH |
| 07/12/2014 | Sacramento | CA |
| 07/31/2014 | Eunice | LA |
| 08/02/2014 | Jacksonville | FL |
| 08/29/2014 | Saint Rose | LA |
| 08/30/2014 | Whittier | CA |
| 09/05/2014 | Danville | KY |
| 09/13/2014 | Casper | WY |
| 09/13/2014 | Casper | WY |
| 09/19/2014 | Tampa | FL |
| 09/24/2014 | Huntsville | TX |
| 09/27/2014 | Erie | PA |

| Date | City | State |
|---|---|---|
| 10/04/2014 | Dallas | TX |
| 10/08/2014 | Jacksonville | FL |
| 10/11/2014 | St. John's | NL |
| 10/21/2014 | Charleston | SC |
| 11/07/2014 | Greensboro | NC |
| 11/15/2014 | Fairfield | OH |
| 11/22/2014 | Lowellville | OH |
| 12/29/2014 | Springfield | IL |

P000046