UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATHERYN ELIZABETH HUDSON, et al.,<br><br>    Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx)<br><br>Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND REPLY DEADLINE FOR POST-TRIAL MOTION AND MOTION FOR PREJUDGMENT INTEREST** |

The Court has considered the parties' Joint Stipulation to extend the Reply Deadline for Defendants' Post-Trial Motion and Plaintiffs' Motion for Prejudgment Interest and hereby orders the following schedule:

/ / /

/ / /

/ / /

/ / /

11760123.1

**[PROPOSED] ORDER**

| Event | Date |
|---|---|
| Defendants File Reply in Support of Post-Trial Motion | December 27, 2019 |
| Plaintiffs File Reply in Support of Motion for Prejudgment Interest | December 27, 2019 |

**IT IS SO ORDERED.**

Dated: December 17, 2019        By: _____
                                      Honorable Christina A. Snyder
                                      Judge of the United States District Court

11760123.1

2

**[PROPOSED] ORDER**