# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Marcus Gray, et al.

　　　　　　　　v.　　　　　　　　Case Number: 2:15-cv-05642-CAS-JC

Katheryn Elizabeth Hudson, et al.

Judgment was entered in this action on  09/12/2019 / 473  against Defendants Houston, Sandberg, Gottwald, Kasz Money, Inc., Walter, S. Hudson, K. Hudson, Kobalt Music Pub. Am., Inc., WB Music Corp. and Capitol Records, LLC

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | $400.00 |
| Fees for Service of Process (L.R. 54-3.2): | $797.15 |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | $14,328.61 ~~$20,450.61~~ |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $187.82 |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $4,472.61 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | $20,186.19 ~~$26,308.19~~ |

> Fees for realtime, videography and expert witnesses are not taxable pursuant to L.R. 54-3.5 and L.R. 54-3.6.

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other

/s/ Michael A. Kahn
Signature

Michael A. Kahn
Print Name

Attorney for: Plaintiffs

Costs are taxed in the amount of $20,186.19

Kiry Gray
Clerk of Court

By: _[signature]_
Deputy Clerk

December 19, 2019
Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Google, Inc., Sacramento, CA | 1 | $40.00 | | | | | $40.00 |
| YouTube, LLC, San Bruno , CA | 1 | $53.91 | | | | | $53.91 |
| YouTube, LLC, Sacramento, CA | 1 | $53.91 | | | | | $53.91 |
| MySpace, LLC, Los Angeles, CA | 1 | $40.00 | | | | | $40.00 |
| | | | | | | TOTAL | $187.82 |

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**