UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS GRAY (p/k/a FLAME), et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHERYN ELIZABETH HUDSON (p/k/a KATY PERRY), et al., <br><br> Defendants. | CASE NO. 2:15-cv-05642-CAS (JCx) <br><br> Honorable Christina A. Snyder <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE EVIDENTIARY OBJECTIONS TO PLAINTIFFS' REPLY EVIDENCE IN SUPPORT OF THEIR PREJUDGMENT INTEREST MOTION** <br><br> Date: March 16, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 8D – 8th Fl., First Street <br><br> Filed: July 1, 2014 <br> Trial: July 17, 2019 |

11810855.1

**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION**

**[PROPOSED] ORDER**

The Court has considered the *Ex Parte* Application filed by Defendants seeking leave to file evidentiary objections to the December 27, 2019 Declaration of Michael Kahn (the "Kahn Declaration," ECF 510).  After consideration of the Application, and for good cause shown, the Court hereby **GRANTS** the Application.  Defendants are to file the evidentiary objections attached as Exhibit 1 to the Declaration of Jeffrey M. Movit as a stand-alone document.

**IT IS SO ORDERED.**

Dated:  January    , 2020            By: _____
                                         Honorable Christina A. Snyder
                                         Judge of the United States District Court