UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-CV-05642-CAS-JCx | Date | January 22, 2020 |
|---|---|---|---|
| Title | GRAY ET AL. V. PERRY ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present        Not Present

**Proceedings:** (IN CHAMBERS) - DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE EVIDENTIARY OBJECTIONS TO PLAINTIFFS' REPLY EVIDENCE (ECF No. 515, filed on January 21, 2020) (IN CHAMBERS)

Before the Court is defendants' ex parte application for leave to file evidentiary objections to evidence submitted with the Declaration of Michael Kahn, ECF No. 510 ("Kahn Declaration"), which was filed in support of plaintiffs' reply in support of their motion for an award of prejudgment interest, ECF No. 505 ("Reply"). See Ex Parte Application, ECF No. 515 ("Application").

Defendants filed their ex parte application on January 21, 2020. See Application. The ex parte application states that plaintiffs' counsel will not file an opposition, but that plaintiffs do not consent to the application. Id. at 2. Having carefully reviewed defendants' unopposed submissions, the Court finds good cause to **GRANT** the ex parte application.

Defendants shall be permitted to file their evidentiary objections to the evidence attached to the Kahn Declaration. Unless specifically requested by the Court, the Court will not entertain any further submissions with regard to plaintiffs' pending motions for prejudgment interest or judgment as a matter of law.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |