# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

Name of U.S. District Court: | Central District of California, Western Division

U.S. District Court case number: | 2:15-cv-05642-CAS (JCx)

Date case was first filed in U.S. District Court: | 07/01/2014

Date of judgment or order you are appealing: | 03/17/2020 *

\* and all other interlocutory orders merged into the judgment

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⊙ Yes   ○ No   ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

MARCUS GRAY, PKA Flame; EMANUEL LAMBERT; CHIKE OJUKWU

Is this a cross-appeal?   ○ Yes   ⊙ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⊙ Yes   ○ No

If Yes, what is the prior appeal case number? | No. 19-56195

Your mailing address:

Michael A. Kahn, Capes Sokol

8182 Maryland Avenue, 15th Floor

City: St. Louis   State: MO   Zip Code: 63105

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Michael A. Kahn   **Date** 04/13/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

MARCUS GRAY, PKA Flame; EMANUEL LAMBERT; CHIKE OJUKWU

Name(s) of counsel (if any):

Michael A. Kahn
Daniel R. Blakey
Jonathan S. Jones

Address: 8182 Maryland Avenue, 15th Floor

Telephone number(s): (314) 505-5406

Email(s): kahn@capessokol.com; blakey@capessokol.com; jones@capessokol.c⊞

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Capitol Records, LLC, Jordan Houston, Lukasz Gottwald, Sarah Theresa Hudson, Karl Martin Sandberg, Henry Russell Walter, WB Music Corp., Kobalt Music Publishing America, Inc., and Kasz Money, Inc.

Name(s) of counsel (if any):

Aaron M. Wais
Gabriella A. Nourafchan

Address: 2049 Century Park East, 18th Floor, Los Angeles, California 90067

Telephone number(s): (310) 312-2000

Email(s): amw@msk.com; gan@msk.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ◉ No

## **Appellees**

Name(s) of party/parties:

Capitol Records, LLC, et al. (see above listing for Aaron Wais)

Name(s) of counsel (if any):

Christine Lepera          Jacob D. Albertson
Jeffrey M. Movit

Address:  437 Madison Avenue, 25th Floor, New York, New York 10022

Telephone number(s):  (212) 509-3900

Email(s):  ctl@msk.com; jmm@msk.com; j1a@msk.com

Name(s) of party/parties:

Katheryn Elizabeth Hudson p/k/a Katy Perry

Name(s) of counsel (if any):

Vincent H. Chieffo
Alana C. Srour

Address:  1840 Century Park East, Suite 1900 Los Angeles, CA 90067-2121

Telephone number(s):  310-586-7700

Email(s):  ChieffoV@gtlaw.com; SrourA@gtlaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  *2*                                  *New 12/01/2018*