1  Michael A. Kahn (pro hac vice)
   Kahn@capessokol.com
2  Jonathan S. Jones (pro hac vice)
   Jones@capessokol.com
3  CAPES SOKOL
   7701 Forsyth Blvd. 12th Floor
4  St. Louis, MO 63015
   (314) 721-7701
5
6  Daniel R. Blakey (SBN 143748)
   blakey@capessokol.com
   CAPES SOKOL
7  3601 Oak Avenue
   Manhattan Beach, CA 90266
8
9  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS GRAY, et al., | CASE NO. 2:15-cv-05642-CAS (JCx ) |
| Plaintiffs, | Honorable Christina A. Snyder |
| v. | **PLAINTIFFS' OBJECTION TO DEFENDANTS' APPLICATION FOR COSTS** |
| KATHERYN ELIZABETH HUDSON, et al., | |
| Defendants. | Filed: July 1, 2014<br>Trial: July 17, 2019 |

Plaintiffs object, in part, to the Application to Tax Costs filed by All Defendants Except Katheryn Elizabeth Hudson (Dkt. 530). Specifically, Plaintiffs object to $1,515 in service of process costs that Defendants claim are taxable, as follows:

1. 9/18/2017: $646.25 for Service of Lecrae Moore, Atlanta, GA (Def. App., Ex. A, p. 5).
2. 9/18/2017: $387.75 for Attempted Service of Cross Movement Records, Woodbury, NJ. (Def. App., Ex. A, p. 6).
3. 9/19/2017: $258.50 for Attempted Service of Cross Movement Records, Sicklerville, NJ (Def. App., Ex. A, p. 7).
4. 9/22/2017: $258.50 for Service of Cross Movement Records (Def. App., Ex. A, p. 8).

Service of process fees for service of subpoenas related to documents that are not filed with the court, served upon opposing counsel, or used at trial are not properly taxable as costs. See, *Bucklin v. Am. Zurich Ins. Co.*, No. 211CV5519SVWMRWX, 2013 WL 12233717, at *3-4 (C.D. Cal. Oct. 30, 2013). Moreover, the service fees for the subpoenas at issue are not taxable as they were not "under Rule 45," as Local Rule 54-3.2 requires, because they were out of state and did not comply with the 100-mile rule. *City of Pomona v. SQM N. Am. Corp.*, No. 211CV00167RGKJEM, 2018 WL 6380747, at *2 (C.D. Cal. Aug. 27, 2018).

Respectfully submitted,

/s/ Michael A. Kahn
Michael A. Kahn (pro hac vice)
Kahn@capessokol.com
Capes Sokol Goodman Sarachan PC
8182 Maryland Ave., 15th Floor
St. Louis, MO 63105
Telephone: (314) 721-7701

Daniel R. Blakey (SBN 143748)
blakey@capessokol.com
Capes Sokol Goodman Sarachan PC
3601 Oak Avenue
Manhattan Beach, CA 90266

***Attorneys for Plaintiffs***

**PLAINTIFFS' OBJECTION TO DEFENDANTS' APPLICATION FOR COSTS**