| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 24 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARCUS GRAY, PKA Flame; et al.,

    Plaintiffs-Appellees,

v.

KATHERYN ELIZABETH HUDSON, PKA Katy Perry; et al.,

    Defendants-Appellants.

No. 19-56195

D.C. No. 2:15-cv-05642-CAS-JC
Central District of California,
Los Angeles

ORDER

Appellant's unopposed motion (Docket Entry No. 9) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo