UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARCUS GRAY, PKA Flame; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> KATHERYN ELIZABETH HUDSON, PKA Katy Perry; et al., <br><br> Defendants-Appellees. | No.   20-55401 <br><br> D.C. No. 2:15-cv-05642-CAS-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

The court has received the appellant's notice (Docket Entry No. 6) of a certification under Ninth Circuit Rule 10-3.1(f) filed with the district court. The notice includes a request for an extension of time to make arrangements with the court reporter to pay for the transcripts pending the district court's resolution of the issue. The request is treated as a motion to stay appellate proceedings and is granted.

The previously established briefing schedule is vacated. Appellate proceedings are stayed until July 17, 2020. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

tah/6.15.20/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7