| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | NOV 10 2020 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARCUS GRAY, PKA Flame; et al.,

    Plaintiffs-Appellants,

v.

KATHERYN ELIZABETH HUDSON, PKA Katy Perry; et al.,

    Defendants-Appellees.

No. 20-55401

D.C. No. 2:15-cv-05642-CAS-JC
Central District of California, Los Angeles

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' unopposed motion to maintain under seal portions of volume 4 of the excerpts of record (Docket Entry No. 21) is granted.

The Clerk shall file publicly the opening brief and volumes 1 through 3 of the excerpts of record, and shall file under seal the unredacted volume 4 of the excerpts of record. Within 14 days after the date of this order, appellants shall submit for public filing a redacted volume 4 of the excerpts of record that tracks the redactions set forth in appellees' unopposed motion to maintain the seal.

The pending motion for leave to transmit physical exhibits (Docket Entry No. 15) will be addressed in a separate order.

The existing briefing schedule shall continue in effect.

PK/Sealed Documents